UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>  v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, and NICHOLAS MCGRANE,<br><br>    Defendants. | Case No. 1:19-cv-01031-RDA-TCB |

## REVISED STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, on August 8, 2019, Plaintiff Plymouth County Retirement System ("Plymouth County") filed its Class Action Complaint ("Complaint"), alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

**WHEREAS**, on October 7, 2019, Plymouth County and Oklahoma Police Pension and Retirement System ("Oklahoma Police") (collectively, the "Pension Funds"), timely filed a motion for appointment as Lead Plaintiff under the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4;

**WHEREAS**, on November 12, 2019, the Court appointed the Pension Funds as Lead Plaintiffs under the PSLRA, and appointed the law firm of Saxena White P.A. as Lead Counsel for Lead Plaintiffs and the proposed class, and the law firm of Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for Lead Plaintiffs and the proposed class;

**WHEREAS**, it is customary in securities class action cases under the PSLRA for the appointed Lead Plaintiff to file a consolidated amended complaint ("Consolidated Amended Complaint") after its appointment as Lead Plaintiff;

**WHEREAS**, on October 25, 2019, the Pension Funds and Defendants (collectively, the "Parties"), filed a Stipulation and Proposed Order (ECF No. 27) (the "Stipulation") providing that Lead Plaintiffs would file a Consolidated Amended Complaint with the Court within 45 days of the Court's Order appointing the Pension Funds as Lead Plaintiff;

**WHEREAS**, the Stipulation has not been entered, but provides that the current deadline for Lead Plaintiffs to file a Consolidated Amended Complaint would be December 27, 2019;

**WHEREAS**, the current deadline of December 27, 2019 falls in the middle of the year-end holiday season, during which time counsel anticipates limited personnel availability due to the holidays; and

**WHEREAS**, the Parties have met and conferred, and for the convenience of all Parties, hereby enter into the following revised stipulation regarding the schedule in this matter which provides for a fourteen-day adjustment of the previously proposed schedule:

**NOW, THEREFORE**, the Parties, through their undersigned attorneys and subject to the Court's approval, stipulate and agree to the following:

1. Defendants need not respond to Plymouth County's current Complaint, filed August 8, 2019.

2. Lead Plaintiffs shall file a Consolidated Amended Complaint with the Court on or before January 10, 2020.

3. If Defendants choose to file a motion to dismiss under Rule 12 of the Federal Rules of Civil Procedure, such motion shall be due no later than March 9, 2020.

4.      Lead Plaintiff's response to Defendants' Rule 12 motion to dismiss shall be due no later than 30 days after Defendants' filing of the motion.

5.      Defendants' reply to Lead Plaintiff's response shall be due no later than 15 days after Lead Plaintiff files its response.

**SO ORDERED** this _____ day of _____, 2019.

_____
Rossie D. Alston, Jr.
United States District Judge

DATED: December 2, 2019

STIPULATED AND AGREED TO BY:

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Joseph E. White, III (*pro hac vice* forthcoming)
jwhite@saxenawhite.com
Brandon T. Grzandziel (*pro hac vice* pending)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

*/s/ Ashley C. Parrish*
Ashley C. Parrish
Va. Bar No. 43089
aparrish@kslaw.com
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, 2nd Floor
Washington, D.C. 20006
Tel: (202) 626-2627
Fax: (202) 626-3737

Paul R. Bessette (*pro hac vice*)
pbesette@kslaw.com
Michael J. Biles (*pro hac vice*)
mbiles@kslaw.com
Tyler W. Highful (*pro hac vice*)
thighful@kslaw.com
Jill R. Carvalho (*pro hac vice*)
jcarvalho@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Tel: (512) 457-2050
Fax: (512) 457-2100

3

Steven B. Singer (*pro hac vice* forthcoming)      *Attorneys for Defendants Evolent, Frank*
ssinger@saxenawhite.com      *Williams, and Nicholas McGrane*
Sara DiLeo (*pro hac vice* pending)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice* pending)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888)  631-3611

*Lead Counsel for Lead Plaintiffs*

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 2, 2019, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

5