**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                         Plaintiff,<br><br>              v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON<br>                         Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:19-cv-01031-RDA-TCB<br><br><br>CLASS ACTION |

**DECLARATION OF ASHLEY C. PARRISH IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Ashley C. Parrish, declare as follows:

I am admitted to practice before this Court. I am a partner of the law firm of King & Spalding LLP, and I represent Defendants Evolent Health Systems, Inc., Frank Williams, Nicolas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton in the above-captioned matter. I submit this declaration on behalf of all Defendants. Attached to this declaration submitted in support of Defendants' Motions to Dismiss Plaintiffs' Amended Class Action Complaint are true and correct copies of the following documents:

1. An SEC filings reference chart entitled "Allegations and Corresponding Reasons for Dismissal."  A true and correct copy is attached as Exhibit 1.

2. Evolent Health SEC Form 10-K for the fiscal year 2018, filed with the SEC on February 28, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 2.

3. Presentation for J.P. Morgan Healthcare Conference for Evolent Health, held on January

1

15, 2020.  A true and correct copy is attached as Exhibit 3.

4.   Evolent Health Investor Day analyst conference transcript from event on May 11, 2018.
     A true and correct copy of relevant excerpts is attached as Exhibit 4.

5.   Evolent Health Investor Day analyst conference transcript for a call taking place on May
     30, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 5.

6.   Evolent Health SEC Form DEF14A Proxy Statement, filed with the SEC on April 30,
     2019.  A true and correct copy of relevant excerpts is attached as Exhibit 6.

7.   Evolent Health SEC Form 8-K, filed with the SEC on May 7, 2019.  A true and correct
     copy is attached as Exhibit 7.

8.   Evolent Health SEC Form DEF14A Proxy Statement, filed with the SEC on April 27,
     2018.  A true and correct copy of relevant excerpts is attached as Exhibit 8.

9.   Evolent Health SEC Form DEF14A Proxy Statement, filed with the SEC on April 27,
     2017.  A true and correct copy of relevant excerpts is attached as Exhibit 9.

10. Evolent Health SEC Form 8-K, filed with the SEC on May 29, 2019.  A true and correct
     copy is attached as Exhibit 10.

11. Verified Complaint for Injunctive and Declaratory Relief, filed February 15, 2019 in
     *University Health Care, Inc. v. Commonwealth of Kentucky Finance and Administration
     Cabinet*, Commonwealth of Kentucky Franklin Circuit Court Civil Action 19-CI-00160.
     A true and correct copy is attached as Exhibit 11.

12. Evolent Health SEC Form 8-K, filed with the SEC on February 1, 2016.  A true and
     correct copy is attached as Exhibit 12.

13. Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan to the
     Insurance Department of the State of Kentucky for the year ended December 31, 2016,

2

Available at https://passporthealthplan.com/wp-content/uploads/2017/02/2016-Annual-Statement-UHC.PHP-to-KY-DOI_small-file-web-view-optimize....pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 13.

14. Evolent Health SEC Form 10-K for the fiscal year 2016, filed with the SEC on March 3, 2017.  A true and correct copy of relevant excerpts is attached as Exhibit 14.

15. Article entitled "Building a Resilient Managed Medicaid Program in the Face of Uncertainty," published April 2018 in the Healthcare Financial Management Association's journal.  A true and correct copy is attached as Exhibit 15.

16. Evolent Health SEC Form 8-K, filed with the SEC on July 12, 2016.  A true and correct copy of relevant excerpts is attached as Exhibit 16.

17. Evolent Health Investor Day analyst conference transcript from event on May 11, 2017. A true and correct copy of relevant excerpts is attached as Exhibit 17.

18. Report, "Medicaid Managed Care Organization (MCO) Performance Report – 2017," Kentucky Hospital Association, published September 2018.  A true and correct copy is attached as Exhibit 18.

19. Report,  "Medicaid Managed Care Financial Results for 2018," Milliman Research, published June 2019, available at https://assets.milliman.com/ektron/Medicaid_managed_care_financial_results_for_2018.pdf.  A true and correct copy is attached as Exhibit 19.

20. Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan to the Insurance Department of the State of Kentucky for the year ended December 31, 2017, available at https://passporthealthplan.com/wp-content/uploads/2018/03/2017-UHC-PHP-Annual-Statement-for-Internet.pdf.  A true and correct copy of relevant excerpts is

3

attached as Exhibit 20.

21. Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan to the Insurance Department of the State of Kentucky for the year ended December 31, 2018, available at https://passporthealthplan.com/wp-content/uploads/2019/03/20190301171304.pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 21.

22. Letter from Passport Health Plan to the Kentucky Senate's Medicaid Oversight and Advisory Committee, dated September 6, 2019.  A true and correct copy is attached as Exhibit 22.

23. Kentucky EQRO Audit of Passport Health, Inc. for year ending June 30, 2018, conducted by IPRO, available at https://chfs.ky.gov/agencies/dms/DMSMCOReports/passportcompliancereview1.pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 23.

24. Letter from the Kentucky Cabinet for Health and Family Services Department of Medicaid Services to Passport Health Plan, dated August 16, 2017.  A true and correct copy is attached as Exhibit 24.

25. Letter from the Kentucky Cabinet for Health and Family Services Department of Medicaid Services to Passport Health Plan, dated November 17, 2017.  A true and correct copy is attached as Exhibit 25.

26. Evolent Health SEC Form 10-Q, filed with the SEC on November 5, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 26.

27. 2019 Kentucky Guide to Choosing a Medicaid Managed Care Organization (MCO).  A true and correct copy is attached as Exhibit 27.

4

28. Bid protest letter from Passport Health Plan to Commonwealth of Kentucky Finance and Administration Cabinet, dated December 11, 2019.  A true and correct copy is attached as Exhibit 28.

29. Evolent Health Special Analyst Call transcript for a call taking place on May 29, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 29.

30. Evolent Health Fourth Quarter 2018 Earnings Call transcript for a call taking place on February 26, 2019.  A true and correct copy is attached as Exhibit 30.

31. Evolent Health Third Quarter 2019 Earnings Call transcript for a call taking place on November 5, 2019.  A true and correct copy is attached as Exhibit 31.

32. Evolent Health Second Quarter 2018 Earnings Call transcript for a call taking place on August 7, 2018.  A true and correct copy is attached as Exhibit 32.

33. Evolent Health SEC Form 8-K, filed with the SEC on October 3, 2016.  A true and correct copy is attached as Exhibit 33.

34. *Insider Louisville* article entitled "Passport's Finances Being Dragged Down by $220M in 'Management Fees' to Evolent Health, published on January 25, 2019.  A true and correct copy is attached as Exhibit 34.

35. Chart listing historical stock price information for Evolent Health taken from Yahoo! Finance website on January 31, 2020.  A true and correct copy is attached as Exhibit 35.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 6, 2020.

/s/ Ashley C. Parrish
Ashley C. Parrish

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and attached exhibits that were not filed under seal via the Court's CM/ECF Filing System, and that all attached exhibits filed under seal are being served via electronic mail on all counsel of record in this case.

/s/ Ashley C. Parrish
Ashely C. Parrish

6