# Exhibit 4

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH

# Analyst/Investor Day

## Friday, May 11, 2018 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 15

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

# Call Participants

**EXECUTIVES**

**Anita Cattrell**
*Chief Innovation Officer*

**Chad Pomeroy**
*Chief Technology Officer*

**Dan Paladino**

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Frazer Buntin**
*President of Value-Based Services*

**Nicholas McGrane**
*Chief Financial Officer*

**Seth Blackley**
*President*

**Thomas Peterson**
*Co-Founder & COO*

**Unknown Executive**

**Mary Langowski**

**Stephen Houghland**

**Unknown Attendee**

**ANALYSTS**

**Unknown Analyst**

**ATTENDEES**

**John Chomeau**

**Julia Andrieni**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. Good morning, everybody. Thank you for being here. We've got a lot of content. As many of you know, we're never been known for our brevity. But the thought is that if we're able to cover the landscape and talk a little bit about sort of where we are as an organization, how we got started and then some of the things we're working on in some of our core markets, hopefully, that will give you a good overview. We want to make sure we allow time for questions and then it's an interactive session. So we've got a lot of content. I think we're going to try to move relatively quickly to make sure we can cover the full agenda. So let's see if this works here, yes.

So just in terms of the agenda, I'm going to kick us off with some brief overview of history of Evolent, where we are in 2018, some context around the markets that we serve and the dynamics in those markets. We're then going to step back and talk about health care policy, and we're joined today by Mary Langowski, who has been working in the policy world probably for longer than she'd like anyone to know, but a deep expert in the space, a great opportunity to get her wisdom about what's going on, on Capitol Hill, at HHS, at CMS. And so that will be a bit of a conversation opportunity for people to ask questions.

Two markets as a result of the policy that we're spending a lot of time on are Medicare and Medicaid, and I think just a deeper dive into what are the dynamics in those markets, why do we like them from an Evolent and a provider perspective. What's nice is we have some guests with us today, Steve Houghland, who is the CMO at Passport Health, a big Medicaid plan in Kentucky, and has just been a real champion for clinical innovation with our partner there, lots of really interesting things to talk about.

We've got Tom Peterson, our COO; Frazer Buntin, who heads up a lot of our value-based care work; Chad Pomeroy, our CTO, take a dive deeper into the technology; and then John Chomeau from Lee Health that's a newer partner for us and right in the midst of some pretty exciting things in the health system in Fort Myers. So we'll spend some time with some customers there.

We'll then go into clinical. And we're joined by Anita Cattrell, who is a superstar in our team really, running all of our clinical efforts; and Dr. Julia Andrieni from Houston Methodist, who has been a great partner for us in taking clinical best practice and actually implementing it in a distributed health system environment, which is always challenging but really rewarding when you drive results.

We'll have Nicky touch a bit on the clinical -- on the financial model and just give you a sense of where we are financially, how we think about the business financially. And then I'll do a brief wrap, and then we'll take Q&A. And again, we're happy to take Q&A as we move along in the presentation.

So that's the plan for today, a lot of content. We'll try to give people maybe some walking around time or a few breaks. Coats can come off if it gets a little hot in here, but thank you for being here.

So couple of things, again, just to organize what I want to talk about. It's a little bit our current strategy and the market opportunity that we see. Health care policy and the legislative landscape, incredibly important. If you think about the average health system provider, 60% of their business and growing is in Medicare and Medicaid. So if you work in health care as a provider, you are radically influenced by the government and health care policy. So it's a very important context for what we do. Deep dive, as I said, in Medicare and Medicaid, diving into clinical and then the financial overview.

So for those of you that might be new to the story, Evolent really goes back to 2011. And it came out of a series of conversations that Seth Blackley and Tom Peterson and I had done with probably 30, 40 health systems and physician groups across the country. And what we heard at that time was that there was going to be a radical shift in the landscape of health care, largely driven by rising costs and the inability of the current model to control costs. Important element of it, it wasn't administrative costs but clinical costs. And if you look at most of the payer models, and they would admit this, they've used network to negotiate price, and they've been able to have very little impact on providers and their clinical outcomes. Just hard

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

for Minneapolis to tell somebody you have to practice this way. Most physicians don't respond very well to that. So huge cost pressure.

We also have the availability of clinical data for the first time in EMRs, so the ability for providers to know a lot more about their patient base. I mean, population health context, when you've got 100,000 people to manage, that's incredibly important in your ability to actually drive results. And what we're seeing from the government side, which we'll comment on, is Medicare ready to break the federal budget. You look at those numbers and just the current growth rate of Medicare, it will absolute break the federal budget. There will be no room for entitlement spending for any of the other programs because it grows and the federal budget line stays flat. So feeling that, both in Medicare and Medicaid, there was going to be a radical shift in reimbursement to performance-based reimbursement. We're just not going to pay you fee-for-service anymore. And then one of the big insights about this, so, one, there is going to be financial urgency for providers because fee-for-service rates were going to come down in terms of their growth rates, so financial pressure. And then what we heard in almost every conversation from providers is we don't have the capabilities to do this. So when we think about everything we're trying to manage, EMR, supply chain, all the issues of managing physician practices, all these businesses that we manage, when we think about trying to build the infrastructure to do all the things clinically you need to manage, population health and to build, if you're going actually take risk, the administrative portion of that and the talent that you need and the infrastructure, we simply don't have the scale to do that. So if you could build a national network and an infrastructure, world-class infrastructure to support multiple provider organizations across all populations, we don't want one system for Medicaid and another for Medicare or commercial, if you can do that, then sign us up. We want to be part of an organization that can do that.

And I think that's played out in the market. We'll still have conversations today with health systems of the $5 billion, $10 billion size that have sort of tried this and said, "You know what? At $10 billion, we don't have the scale to do this on our own." So hence that was the idea, this belief that we could build a national network of providers transforming to value-based care.

One very important component of the idea, which we adopted from UPMC, one of the most successful provider payers in the country, is that you want one integrated platform to do all of this and that there were massive benefits from the integration. So bringing together clinical, financial, all of that in the administrative platform across all populations made it easier operationally, and there were big insights by combining what you would get out of claims and what you would get out of clinical and that you could really differentially manage these populations versus traditional players, also because providers have the physician relationships, right. The health systems now own 60% of primary care physicians. Physician IPAs are all oriented around a common objective, so very different model to traditional players.

So when we thought about differentiating Evolent, a couple of things that we wanted to be very clear that were part of our brand, one, provider-driven. So we wanted to organize around physicians and providers. We still believe that's where health care is ultimately delivered, particularly for chronic patients. If you think about the issues that they face, that takes a physician and an integrated care team to manage those patients. And so we wanted to build the infrastructure and ability to do that.

I talked about this notion of integration. So payer-agnostic, we can do all payers. We can do Medicare, Medicaid but one platform. So operationally, it's simple for your team, and you can leverage that scale across all of your patient base.

Embedded and aligned partnerships, and this comes a little bit from our Advisory Board lineage, but we do not want to be a vendor. We've never had a conversation with a customer about being a vendor. We've had a conversation about being a long-term partner. And from the very outset, we've tried to figure meaningful ways to build alignment that makes that at a 10-, 20-, 30-year relationship.

And then proven clinical and financial results. So we did have the lineage of UPMC, their analytics. A lot of the clinical programs that they built to start. And then we took that and then have invested hundreds of millions of dollars and incredible expertise in building on that and creating a very unique set of clinical programs, algorithms and ways to drive improvements and outcomes.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What that's resulted in, if you think about starting in 2011, very strong growth. So the good news is we're able to accumulate a network of customers. We've been able to grow. And in general, we've been able to accommodate that growth with the platform, so it has scaled as we've grown. And then if you just think about Evolent by the numbers today, that vision of a national network, I guess we're 6.5 almost 7 years in, over 30 partners. So we're beginning to cover out the map and really building those benefits, a national network from a contracting perspective. We're now above 3 million lives as of today, so about 3.1 million lives on the platform. Most importantly, when you think about why we started the company, it was to have a clinical impact in a differential way. We believe 30,000 -- 33,000 nights last year, we kept people out of the hospital with proactive interventions through our provider partners. That kind of result obviously saves cost. It improves quality of life, and that's ultimately how you build a business that's delivering on metrics like that.

If you sort of look at the last 12 months revenue, we're at $474 million and then 3,000 employees today and an amazingly talented group. I've worked in health care in many places and other businesses, and it is an unbelievable asset for the company, just the talent base we've built and how mission-oriented they are and the impact that they want to have. So that's a little history on Evolent.

Just to catch you up on 2018. We just reported results for the first quarter, $144 million in revenue for quarter 1, so continued strong growth. We've had some nice new wins this year, both in the Next Gen ACO and Medicaid and right on pace with 6 new launches in the early part of the year. We hope to add some more partners to our network across the year.

And then just to highlight some of the relationships. I mean, John's here from Lee Health. This has been a fabulous relationship for us working with them in Next Gen. If you think about a provider trying to organize for a Medicaid bid and what's required to do that, it's a lot of work and a lot of complexity. And we've worked together hand-in-hand and really excited to get, at least, the preliminary announcement of that award. Still things to work through, but a really exciting relationship with Lee. And as John will talk about, that's an organization that really wants to move aggressively towards value, so an opportunity to grow with them over time.

Right here in New York City with SOMOS, a very unique IPA. Where they're located every 3 blocks, there's a provider. And if you think about in Medicaid populations and access and having an impact, this is a group that's performed historically at very low MLR and wants to capture some of that value back, and New York happens to be a state with a lot of innovative things going on. So starting with a very large population in the district program, and hopefully, looking to grow that over time, but 2 very exciting relationships.

Frazer, who's here, has been running our Next Gen ACO cohort. It's the largest cohort of its kind in the country. 10 organizations, over 200,000 lives willing to really take downside risk because, together, we have the confidence we can deliver against that, and that is off to a very good start.

And then strong operational progress. If you didn't notice, since we acquired Valence, we've tripled the lives on the platform. And if you think about trying to bring that on from a scalability and growth perspective, always really challenging, not to say we don't have issues there, but really strong performance from the operational teams and things going very well on the health plan services business.

Strategically, if you step back, based on those themes, I think a couple of things that sort of fly around the board table at Evolent. One, Medicaid and Medicare, huge areas of focus for a number of reasons we'll talk about in the presentation. But ways to aggregate large amounts of lives, the chronic condition nature of a lot of those patients, providers' unique ability to do that. National network doesn't matter as much in Medicare and Medicaid, if you think about being a provider organization. So a lot of reasons why we like those markets. They're very dynamic, which means we're able to respond and really help our providers respond to changes in the market.

From a solutions perspective, we're working very hard to get better and better at what we do. So we record data. Anita records data on everything that we do, and she is our hardest critic on did this action and this investment that we make, did it actually have an impact, are we generating a 3:5:1 return in the effort we're putting in and the savings that we're generating for partners? How can we be leaner in terms of how we deliver those solutions? Ultimately, if we get really good in a cost-efficient way of delivering

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

outcomes, our providers will win in the market, and we will ultimately win in the market. So huge focus there.

Product expansion. We did not go small. When we launched the company, we decided integrated platforms. So that means if you need help in Stars, in risk adjustment, you need a specific clinical program for complex patients in Medicare, we are going to do it all. And we've been able to use M&A selectively to tuck in some capabilities that have really advanced our capabilities. We've done a lot of it organically, but M&A is an important part of that. And those of you who cover health care know that there are thousands of companies out there, many of them not that valuable to what we do, but a few very valuable. And that's an important part of the strategy.

Partner selection and growth. I do think one thing we've learned is you need committed organizations to be successful. If you want to just step in and take a shared savings contract, you don't really want to move away from fee-for-service. That's not a great partner for us. We're not going to add a lot of value. They're not going to really move. We're going to put resources. They're not going to be a lot of -- a large customer over time. So one thing that we've learned is customer selection is critical. And if we can catalyze a market with a leading organization and build a 5-, 10-, 15-year relationship, it is worth putting the effort in to do that.

And we've talked a little bit about capital, taking some performance risk if that creates the alignment we need for a long-term relationship. If you just look at the ROI potentially of a customer over 10 or 15 years, absolutely worth it. We'll talk a little bit more about when we do that, highly selective. So most of our business is still PMPM, normal fee-for-service, but this is an important part of the strategy.

And then as I talked about, efficiency scale, I mean, we are spending a lot of time thinking about the scalability of the business long term. What does it look like 4 years from now? How do we get ahead of that in terms of investments and looking for opportunity?

So now I'm just going to step back and talk about the market. Most of you cover health care, I'm not going to beat this to death. I've been seeing slides like this for 25 years at every health care conference I have gone to. But there's an important component here, and it's time. And a lot of the real veterans in health care that -- who are some of the smartest people I know, their big points going back 5 years ago was that when you have this amount of pressure, when we talk about the trust fund potentially bankrupting, and it's not in 2040, it's in 2026, and when you just look at the growth of the Medicare curve and a flat federal budget and the pressure that begins to place on all of these other programs, policymakers are going to have to act. Same goes in Medicaid. Everything you're reading about with the new administration and what's likely to happen, there's less dollars to go around. So if you're a policymaker, think about your choices. I'm going to radically cut rates, dramatically cut rates, politically very difficult to do. Providers are the largest employers in most districts. That's why it's been very hard to cut those rates. So what do you do? You say, "I can't cut rates radically, but what I can do is begin to move people to performance-based reimbursement with real downside." And we're going to maybe use a carrot initially, shared savings, but we're going to ratchet up the risk that providers need to take because that's the only way to really address this budget crisis.

And what you see and what you heard Seema Verma talk about this week is if you look at the data, those providers that have the most downside risk exposure, that's where you see the greatest quality and cost improvement. You don't see it on the fee-for-service side. So early evidence suggests this is the way the government is going to move, and there's reasons for it here.

So think about it, less dollars to go around, performance-based reimbursement, and then you break it down by segment. These are very large markets. It's one of those interesting things about health care, 100,000 Medicare beneficiaries is $1 billion in premium. So you've got these very large chunks of dollars, and you can see the innovations going on in each market, reducing fee-for-service, bringing in MACRA and MIPS. So the only way physicians are going to get increases in bonus and income is by participating in risk, starting to create innovator programs. You think in Medicaid, increasing state budget pressure, movement to provider-driven managed care. And that's just -- you think about managed care and Medicaid, that's been largely around moms and kids and babies, but a lot of the costs are in the complex population that have generally been unmanaged. So you think about our providers, the sort of certain

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

systems that we're building really targeted at that population and then waivers encouraging innovation, which we think creates a lot of opportunity, hence the opportunity in Florida and other states.

And then on the commercial side, commercial has been slower to move, but the same economic pressure is there. And what's really happened is they've just raised -- they've raised deductibles. I would say they pushed a lot onto the employee and increasingly, that will force more narrow network options for employees, which, again, plays to the provider side.

So if you sort of run that through and do a reasonable analysis of what's available, what's not, which providers do we think we could move each of these segments and then think about our portion of that from a service perspective, it's roughly a $45 billion market. You can cut that back, it could be $40 billion, $50 billion, but it is somewhere in that range.

So one part about the thesis that I think is underappreciated, it is rare to step into a market of this size as a new player with the potential for market leadership in the way that we have in the last several years. And having been in a lot of businesses, I love businesses with huge market size because it gives you an opportunity to navigate and grow in many different ways, so very large market.

And then we talked about this. But one of the big insights about health care is that in the next 5 years, 70% of spending is going to go to chronic patients in Medicare and Medicaid. And you think about that from a dynamic, so 70% of spending in the chronic condition patients in Medicare and Medicaid and the entire delivery system ill-equipped to manage, that's not how it's been configured at all.

So if you think about then our ability to build systems to help providers and physicians manage those patients more effectively, and we know that traditional payers have not managed those patients well, there is a big opportunity to shift share towards provider-driven models, some of those in partnership with payers, but it becomes a very important dynamic. And you can sort of see that. The middle graphic is just making the point. I can make some improvements to commercial population operation in terms of cost, largely through benefit design and the way we do copays and deductibles. But it is in Medicare and Medicaid where the advantages that providers have, clinical data, the ability to really engage physicians, the ability longitudinally to manage a patient where those advantages are much starker. And I also don't have to have a national network, which is important to the employer side. So that's why we like Medicare and Medicaid as markets, and that thesis has played out. So many of you asked why were we making the big investment in Medicaid a couple of years ago with Passport. And today, we have about 1.5 million lives, soon to be 2 million lives in Medicaid in a 2.5-year period. So I think the reason is, is because this is a market, along with Medicare, that has a lot of attractive dynamics for provider organizations.

If you think about a provider, and I think a lot of people don't step back and think about the customer, a physician group, a provider organization, a federally qualified health center and they're starting to think through about where do we play on this continuum of risk? What most have discovered is the lower left-hand side is a loser from a financial perspective. I get some shared savings benefit, but I take all this utilization out of the system, and I don't really get rewarded for it. So the most sophisticated providers are realizing we have to play in the upper right-hand side. And for all this value we create, if you think about 33,000 bed days, all that savings, we need to get a bigger portion of that to be successful and particularly given the pressure on the fee-for-service side. So they're confronting, moving up the right-hand side. As John and others will tell you, that's a scary proposition for a health system board, for a physician board. A lot of times they can be worried about are we going to lose our shirts given the history of what's happened on the risk side.

So Evolent, the real purpose of Evolent was giving providers the confidence to transform towards more risk-based arrangements through the types of systems that we talked about. And if you think about a provider and what they need and you think about what we do, there's really 3 aspects to what we do. There's a clinical platform. So I now am not going to just wait for patients to come see me. I'm going to manage a population, I've got to be very proactive and get to these patients early. I've got to intervene effectively. I've got to reduce cost. I want to keep that diabetic who goes to the emergency department 9 times out of the hospital, but I need a number of things to do that. I need care management. I need predictive modeling. I need clinical programs. I need the ability to identify the patient. I need the utilization management function. If you think about it administratively, if I'm actually going to open a plan,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I need to be able to process claims. I need to be able to do risk adjustment. Pharmacy is critical. So how are we going to manage pharmacy costs? Analytics and performance management of the financial side, we need to be doing that on a daily basis because you've got to be very good on the administrative side. And then I need a technology platform that connects all these things together, so I can do this scalably across multiple programs. And so with the Identifi platform, we'll talk more about it, it is the connective tissue that drives all of this and allows you -- and you talk about all these other applications out there, very few of them have Stars embedded in what they do. Very few of them have that concept of utilization management, right, because that's a traditional payer function that really take all this financial data available. And so that becomes an important part of the proposition.

And so as you can see, we're not really needed in a simple pay-for-performance arrangement, which I would argue is probably where at least half of the market is, taking light shared savings. Yes, we can improve their performance, but we're a pretty sophisticated solution to that. Where we really, really shine is when providers are taking meaningful risk. And the good news is, I'd say, we're starting to see the top 1/3 of the market either there or moving in this direction. And then as more financial pressure comes, that will go to even the bulk of the market, and we'll see 2/3 of the market that really need a sophisticated integrated solution. Again, we think ours is highly unique given that it's purpose-built and we've invested for several years.

Identifi, we've talked a lot about. But again, I just want to step back and say suddenly we're asked to manage the population of Manhattan, and we're at risk for it. And you suddenly think about a provider taking that on, well, what would you want to do? The first thing is you want to know as much about that population as you possibly can immediately. What Identifi does, if there's 30 different EMRs and physicians across here, there's claim systems coming in, there's different hospitals, there's pharmacy, lab, biometric data, it pulls all that data quite easily from the work that we've done to build these connections into a data repository where you've got all of that information. Anita and her team have built out thousands of rules, which say, if A then B then C, then we know this patient is going to cost a lot of money, not the last 12 months, but in the next 12 months. And we know if we intervene, there's a high degree of likelihood we're going to be successful in improving that outcome for the patient. So a massive amount of IP has gone into those rules and logic. And what she'll talk about is the -- our ability now to predict a high-cost patient is higher, we believe, than anyone in the industry with the work that we've done. And that's -- you think about scarce resources to deploy, that's an incredibly important piece of what we've built.

Then you actually have to work with the delivery system and engage physicians, and we believe a physician engaged with a patient is much more effective than a Cigna nurse calling a patient at home. Most of us, if we see our payer calling us, don't answer the phone for lots of reasons. We don't want to tell them about our conditions. Not the fault of the payers, it's just a historical. But if it's your doctor, if you get a call from your doctor on your mobile phone or a letter from your doctor, we tend to feel accountable, and we tend to respond. So the engagement rates in a physician-driven model are 5x what they are with traditional payer outreaches trying to go around the physician, and it's because we have a trusted relationship with our doctor.

And then if we reorganize the physicians' workflow, so they're not spending time with the patients that they didn't really need to see, but they're really engaging with the high-cost patients, and we're providing an integrated team to support that, then we can really change the trajectory for that patient.

And then ultimately, you can again improve costs, improve quality dramatically, and that's really what Identifi does and why it's such an important part of what we've built at Evolent.

What that's led to is pretty strong results. So just to look at a few here, in a newly launched ACO and our Complex Care program, 48% reduction in medical spend, 60% reduction in in-patient admissions; an MA partner, 50% reduction in 30-day readmission rates through our transitions program, 31% reduction in average length of stay; and then a full-risk partner achieving $100 million in identified savings through a bunch of different levers that we have across the full platform. But it's those types of results, both clinically and financially, that ultimately allow our providers to perform really well in risk-based arrangements, to build the confidence to expand into other areas, and again, very consistent with what we want to be doing from a mission perspective.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As partners get that success, then they build confidence. And this is just an example of Deaconess, a system maybe that when we started out, a relatively small market in Indiana, very large customer for us. So again, it says good things about the size of this market and the number of health systems that we can serve and have very large relationships with. But we started out, they had some MA-delegated risk. We started with that population in their ACO, had real success in managing that population, prepared them for Next Generation ACO, which is a lot of downside risk. You can do very poorly in Next Gen if you don't perform well. First year, they're a top 5 performer in the country. They're actually today seen as a cohort leader from the 10 participating organizations, looking broadly at their strategy and risk to try to capture the value they've created with the patient population they're managing. And then thinking through how can we take their experience, their model and potentially apply some of the learnings from that to Track 3 to other Medicare ACO programs and continue to build out this cohort that's innovating in Medicare? So it's a great example of deliver early. You build success and you build confidence, and then organizations begin to see their whole business model transform. And the idea is that we ultimately want to do that across the market.

So one of the things we've talked about is just how do we catalyze that. We've talked about using capital in selective situations. Just thought I'd talk about our business model. So substantially, all of our revenues today are really on the left-hand side as a capabilities partner. So we provide a suite of services, and people choose different aspects of the platform, and we charge an implementation fee upfront and then we charge a recurring per-member, per-month fee based on the population and the level of service. If it's a full health plan in Medicare, that's a huge PMPM. If it's Medicaid and we're doing one portion, it's smaller. Smaller PMPM doesn't mean less profitable. We can be very profitable in all aspects of our business, but it just has to do with the size of the premium. And in general, 2% to 5% of premium is the decent way to think about the economic model on the left-hand side.

On the right-hand side, we've talked recently about using capital selectively in fairly limited ways but to align ourselves with our partners by putting in capital to be able to say we need you to do the following 7 things if you're going to be successful in their value business to really get a longer-term commitment from them in terms of the relationship. So hopefully, longer term in terms of the contract and use it very selectively. And in doing that, a provider would step back and go, "Wow, you're not just simply taking fees. You're longer term engaged with this organization," and that creates alignment from the very outset.

So we are doing that in situations where we see a Tier 1 provider, Tier 1 market where we really believe we can build a $30 million, $50 million, $100 million recurring revenue business in that market and where that capital investment and you look at the return on that capital across the whole relationship and the fee base, where you're looking at very, very strong returns from that deployment. So increasingly, we're going to do that more and more, highly selective. And you look at the new relationships we brought on this year, those relationships have been largely fee-based. But we are going to look for opportunities to do that. SOMOS is an example of one where we're actually co-invested with them and their ACO.

Historically, this has worked very well for us. So you think about the Passport relationship, we invested in building the Medicaid Center of Excellence. That, I think, really helped align us with that organization. It has turned into an incredible partnership. We've been able to expand our service offering there, so we're now doing our PBM, our TPA. We're doing risk adjustment there. We actually have some ambitions to leverage their brand and platform potentially, more broadly in the state and in contiguous states. And so if you look at that $10 million investment and you say, "Well, did you generate a return from that?" This will be a very high-return relationship for us. The 10-year relationship, over $80 million a year in revenue, and so you just think about that investment and alignment makes a lot of sense from lots of different perspectives.

On the M&A side, I think we've used our balance sheet quite judiciously and productively. Valence has been an absolutely wonderful transaction for us. It gave us the TPA portion. It allowed us to integrate that into the Identifi platform and really differentiate our offering. We've tripled the number of lives on the platform since acquiring Valence. So both strategically and financially, very attractive transaction.

True Health in New Mexico, a very different type of transaction for us. But in New Mexico, we saw an opportunity to build a unique provider-based organization. There was a health plan coming out of the co-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

ops with 22,000 commercial lives, and we thought the ability to really expand that and grow our service and tech base there. And so far, so good. We want to prove that out across of this year, but a great first quarter, a great team there and we think a great opportunity to do multiple products in New Mexico. And by the way, New Mexico is a state with over 50% of the -- of its population in Medicaid. So you think about our investment in Medicaid and the ability to expand there, it's also a smaller market but an interesting market in Medicaid Advantage. So just a sense that we have been able to use capital, we're going to do it very judiciously. But we believe it can catalyze certain markets and also help to build out our capabilities.

So if you step back, 35 partners today, beginning to fill out this map. We have a very strong pipeline. We'll touch on that a little bit. But you just think about what's going on and a lot of providers trying to figure out ways to move, and that's health systems, it's physician organizations, it's existing provider-owned health plans that need more sophisticated infrastructure. But what we're seeing is a lot of interest in what we have and that we're very uniquely positioned in the market. And some of the differentiation is around alignments. We are not a vendor. People see us as provider-oriented, as someone who really wants to be a partner for 10, 15, 20 years. A lot of our differentiation is around clinical value, which is what we feel is unique for providers in this market. 30 years of being no ability to manage clinical by any of the payers and why we've had rising health care costs. You've now got providers with clinical data, physician networks with longitudinal way to manage patients, and that's the advantage that they need to take advantage of given what's going on in the fee-for-service side.

A full solution. So we talked about where you need help in Next Gen ACO, you need Medicaid, you need help with a commercial local employer, we have that full suite capability one-stop shop. And then proven results, an incredible team with deep experience on both the payer and the provider side. The average health system physician organization has maybe one person in the whole organization that really understands the space well. And you think about launching a multiple hundred million dollar business and not having the talent base, that's one thing we bring to the table that's very supportive of our clients. And then a rigorous focus. And you'll see this in Anita's section. I mean, we're not putting up data to put up data. We are rigorously looking at outcomes. These are things we could write and put in Health Affairs, so being our most vocal critics about are we adding really value. And we are getting better and better and better, and that's going to be a big lead from just a proprietary clinical program and data perspective that we think will be a real asset for the organization.

So that's overview on Evolent, a little bit about where we are, strategy, characteristics of the market, how we add value for customers. And given that backdrop, I thought I'd turn it over to Seth Blackley, co-founder and President; and Mary, and we'll talk a little bit of health care policy.

**Seth Blackley**
*President*

All right. This is the easy part of the presentation is predict what the Trump administration will do. But Mary has had years on the Hill, deep understanding. And so I thought I'd give her a chance to first introduce herself and a little of her background.

**Mary Langowski**

Great. I'm Mary Langowski. I think I know some of you, but seen 1 million of you at conferences. So these guys made me sound like I'm incredibly old and ancient and around forever. We were back there laughing in the corner like I think it's time for Botox. I formerly -- I run a -- currently, run a consulting company and I do a range of policy work, strategy, corporate development work with a number of organizations that really try to merge the public and private sectors and how those will work together. Previously I was an EVP at CVS and worked on the CVS Aetna deal and their growth strategy, moving them outside the pharmacy space and then to a broader area that's health care, really relating to what Frank was talking about, how the system's very ill-equipped to deal with the disease state facing our country right now. And so we're seeing a lot of both government response to that and private sector response to that. So I think we'll get into a little bit of that today. That's it on me, Seth.

**Seth Blackley**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. So I think what we're going to do, Mary is just going to just talk for a couple of minutes on general themes that we're seeing out of the beltway but also around the country from the states. And then we have a couple targeted questions that we're going to answer, and then we'd open it up if there's Q&A on specific questions that you have on the policy front. So we'll start with sort of a general overview.

**Mary Langowski**

Yes. So we thought we'd give you just a little bit of flavor for who these folks are. You know all of these names, but I want to give you a sense of just kind of how this administration is thinking about the health care space, what kinds of conversations we have with them and just a little flavor of these players.

This is a very -- I mean, it's no secret. You don't need me to sit here and tell you this is a very different administration from the Obama administration. But how they're different I think is really important in terms of how that translates into what comes out and what we can expect to come out of the administration.

So just kind of an overarching comment is that you've got, in general, a very market-friendly group of people coming into this administration. It's taken them a while to get their feet under them, and that matters because they're a little slow to get their agenda together and get things out, but they're very ambitious. And these are people who are from the private sector, very private sector friendly and come in with a lot of opinions about what needs to be done. I think in the Obama administration -- and I'll get to why this actually matters from a policy perspective. But in the Obama administration, you had a lot of -- you also had people who had experience in private sector, but you had a lot of academic and policy-focused people. So what that means is those folks were really good at cranking out policy and regulation and programs, and they got a lot done, but they didn't always know exactly how that translated to the private sector. So where the rubber meets the road, how does -- what does this mean for business planning? What does this mean when you operationalize this regulation or this policy? So I'd say when we talk about these new groups of people, they're -- we're the opposite of that. So they're coming in much more private sector oriented, and they're struggling now with how do we translate this to a policy or a regulation in an administration that doesn't want to overengineer programs, in an administration that doesn't want to overregulate? How do we do this so that it works for the private sector and is a little less -- or a little more frictionless than what they would have felt was coming out of the Obama administration.

So it's interesting because these guys are very friendly. Practically, you can go in and talk to them about a lot of different ideas, but they're struggling to push stuff through the bureaucracy. They don't know how to govern in a lot of ways. Some of them do, so Alex Azar, but he's so high up. He's not going to be the one pushing some stuff through. And Azar, interestingly, you've got secretaries who are sort of statesmen or stateswomen, and you've got secretaries who are -- who grow up as staffers, and Azar is a staffer mentality. Sylvia Burwell was a staffer mentality. And so what that means is there's less high-level public speaking, and there's more I'm coming in, knowing what I want to get done in this place and knowing what I can get done. He's formerly a GC under the Bush administration in HHS. He knows what can get through and what can't get through. But some of the folks underneath him are new. He's brought in a bunch of private sector players, both from pharma, hospitals, that PBMs. These are people who understand the impact of what they're doing in the private sector but are going to have to learn how to govern.

Seema Verma, very experienced on the Medicaid side, has really spent the last year learning Medicare. And then the newest addition -- and by the way, there's a lot of really important stuff that are not on here. So when we're trying to get things done, we're reaching lots of different players in the White House, lots of different players in HHS beyond these folks. These are really key people. But the newest addition, Adam Boehler, comes from the private sector, really apolitical, has never served in government, and joined to broaden the Center for Medicare and Medicaid Innovation. So people who are coming in with a really ambitious agenda and want to get a lot of stuff done. And then, of course, it is very easy to forget about what's going on in the state, but there is more state activity happening now than probably ever before and where we're going to see a lot of new models and new opportunity.

**Seth Blackley**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018**

Great. Yes and then just a quick thing that I'd add on the Evolent front relative to all this. One, we have pretty good relationships, thanks to Mary, but also personal relationships with a number of these individuals. And we're spending time around our agenda with them actively, which has been great. And then secondly, I'd say, in general, there's a view that's value is 1 of the 3 or 4 key pillars that's critical. So value purchasing is critical. And then I'd say there's a pretty hard-edged view that having providers take on real up and downside. Risk programs is the better path than a very slow walk, which the Track 1 ACO program would have been a slow walk, and the Next Gen program would have been a true risk program. There are 500-plus Track 1 like ACOs of Medicare. There's 50 Next Gens. We feel the Next Gen program has done well, the 500 Track 1 less well. And we think this administration, for example, will push the 500 towards the 50. So we'll see more movement away from Track 1 towards things like Next Gen, which I think is a good thing for Evolent over time. We think it's the right answer from a policy standpoint, and we feel that this group of people agrees with that. And that's just one program, but I think there's a number of examples like that that -- a year ago, with Tom Price, we weren't sure where things were going and it was a little unclear. With this group of people firmly in seats, we feel quite good about where the policy winds are blowing for us at the moment. So that's just a second on Evolent.

Here are a few questions that we teed up. I guess Mary and I will take a few of these to start. And then if there are others, let's jump to that quickly. Again, one of them, I think I've just started on. Mary, I don't know if you have anything to answer or add to the sort of overall Trump administration point of view on politics?

**Mary Langowski**

Yes. I'll just say a little bit more about that. We mentioned the Azar priorities. I think that added clarity that a lot of folks in the market needed, there is a lot of rhetoric coming out. As you said that the last year, it was a little confusing because they would come out and say -- make negative comments about ACOs and sort of bucket all ACOs into the same thing. And when you went in and had private meetings, it was clear they really like at-risk programs like Next Gen. So they really needed to come out and state how they felt about some of those steps. So Azar came out and outlined his priorities: affordable insurance; opioids; lowering prescription drug costs, which, obviously, there's a lot of discussion about today; and then a push to value.

I think the thing to watch on value is they are going to -- they are really, for the last 6 months, have been taking a look across the programs internally, from the MSSP program to Next Gen to all of the CMMI programs that exist to say, "Okay, what's working or what's not working or what should we do about it? And consequently, where are the gaps?" And that's where we're going to see activity coming, where are the gaps and where do they want to kind of make their mark. Do they want to tweak and build on some of these programs? Do they want to kill some of these programs? But it's clear that they are favorable to financial alignment with providers. They're favorable to risk.

Now again, going back to my comment at the beginning, they are learning how to deal with stakeholder groups and folks that aren't necessarily in agreement with that agenda. They had a recent RFI that came out, and it is a very clear indication of a move in the fee-for-service base to allow providers to take on more risk with more flexibility, with more consumer benefit. We can get into more details around that. But they're dealing with some pushback to that. So we'll have to see in the coming weeks what ends up being the [indiscernible] made.

**Seth Blackley**
*President*

Great. Other -- the other comment I'd make just with the respect to what we're seeing, state and federal, is just generally the concept of total budget health care instead of cost plus health care, cost plus being fee-for-service, total budget being more value based. You see that in the [ interior wall ]. I think you may also see action around the dual-eligible population, which are a large group of patients, about 10 million people across the country, driving a disproportionately large spending category for both Medicare and Medicaid. That's another example beyond the Next Gen ACO program where I think we'll see a lot of innovation from both federal and state. And it could create interesting opportunities for Evolent to support providers and managing under a total budget model revenue fee-for-service.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mary Langowski**

Okay. That actually relates to the -- how are we doing, I guess we should say, entitlement reform not Medicare and Medicaid and the pressure that Frank talked about with solvency issues by 2026. That pressure typically creates pressure on Congress to do something. But this is not a very highly functioning government right now, and there's not a lot of noncontroversial policies that could be deployed against that pressure.

So then the question becomes, okay, well then how can you regulate and use your regulatory authority to nibble away at that? And I think that's where they'll look at how do we get more aggressive with value within CMMI, how do we look at the high-cost patients differently. You've got, in Medicare Advantage, high-cost patients that are being very effectively managed by good subcontractors, but the government isn't seeing the savings there, so they may want to look at ways to see that savings in fee-for-service, which is basically completely relevant for players like Evolent.

On the Medicaid side, they also have those pressures. So you look at duals, none of the stuff has really worked out. And there's an eagerness to take a run out of those programs, and that is totally pretty nonpartisan in nature. And then you've got Seema Verma, who is really well versed in some of those more difficult populations, so I think we'll see activity there.

**Seth Blackley**
*President*
Okay. Questions?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Seth Blackley**
*President*

[ Jason] ?

**Mary Langowski**

No, no, no. Not you.

**Unknown Analyst**

It seems I had a [indiscernible]. But what's the top 3 things that you could do? Obviously, if you had built providers' costs in there, right, acquired that risk, what are the key things that you'd push us to do? And then as we kind of go through this process, right, what are the signs that you look for to [indiscernible]?

**Mary Langowski**

Yes. That's a really good question. That's why I didn't want you to go to him first because I knew that would happen. So number one, when they're getting acquainted with the current program and the mistake any new administration makes is to come in and say, "They all stink." What happened before, right, like let's do our own thing. So my #1 recommendation would be hang on a second. There are some good stuff going on that just needs some tweaking. I think Next Gen is a prime example of you've got a total cost-of-care program sitting there. It's branded with the Obama administration brand. So reopen that, tweak it. There are some risk-adjustment issues we'd like to see fixed. There are some probably overengineering we'd like to see fixed to make providers more successful. But there's no reason to not go full bore into a program like that, that currently exists and add some of the things that this administration really values, like some of the -- how do you drive savings back to the consumer, how do you focus more on voluntary enrollment so that consumers are more engaged in picking their Next Gen ACOs. So that's number one, and it's not very difficult to do nor is it very controversial. And rebrand it if you want to rebrand it, right? Number two is find those gaps and really enhance the -- what I would call the on ramp to risk, so that you're genuinely getting providers on the ramp and time limiting them and pushing them up that risk ramp. I think what we've seen and you can speak to the Evolent experience better, but if you don't have -- if you're not serious about the on ramp to risk, then you don't get the organizational focus necessary to get them there. So we think it's important to move folks along that. And I think Adam would agree with that, the value of financial alignment. Things like that, providers are very scared. So what CMS struggles with and what CMMI career staff have been struggling with is what does the ramp look like and how do we create the entry point for providers to get on what's the technical system, who are the players in the market like Evolent, who could help bring those providers along. We really want to see providers being adherent to MACRA and being successful [indiscernible]. And then number three is that stuff is sort of controversial but not terribly so. And number three would be do something really fun once you're there for a while to really disrupt things like oncology drugs or something that will probably get them hopeful for Congress.

**Unknown Attendee**

Doesn't that have flaws in it, that drugs like [indiscernible] adverse effects, drugs like -- that's Trump had a fight [indiscernible]?

**Mary Langowski**

So 2 minutes on drug costs. There's the rhetoric and there's the policy, and what we see today coming out is really incremental and more practical and also revealing that they are not going to doing anything on prices. They're going to tinker around on some of the other levers they can use that are easier, but it's pretty tough to take on pharma on price itself. So Trump has very aggressive rhetoric. But if you talk to Azar and some of the other folks, they are trying to figure out what are their levers for much more incremental adjustments. The CMMI authority, they can test different models. They can use pharmacists

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

differently. They can test completely different B2B pricing models and that kind of stuff, but really, fundamentally larger than CMMI.

**Unknown Attendee**

[indiscernible] about wanting to see the administration wanting to use one size [indiscernible] decides that the [indiscernible]. What's the appetite of those one size [indiscernible] for a reason? So how willing do you think that bulk of both there's going to be upside [indiscernible]? And I guess more of the administration question is if Democrats make a big push in the midterm, how do you see that impacting Medicaid policy?

**Seth Blackley**
*President*

Yes. Great question. So on the first one, again there's 500 plus today in the Track 1 program. There's obviously a subset of those they think are already thinking and planning about moving up the curve. They want to proactively. Organizations like Lee Health that see the vision around why that makes sense. And I think the data has come in now, which is the Track 1's results have not been as good as the Next Gen Track 3 results. So I think people who are thoughtful are looking at that and saying, I see why it makes sense to take more downside to get more upside, and everything works better. So I think there's a decent chunk of those that'll all be fine with it. There will be another set that will be more reticent. I think that creates opportunities for us, being more as an aligned partner to help them move up that curve, and I think what the administration's going to do likely is make it less attractive to be in status quo fee-for-service, meaning, this is getting in pretty wonky now, but you get into the MIPS versus MACRA world, which means if you don't participate in a full risk program over the next few years, it becomes a base, say, less attractive on the fee-for-service side. So see them as they're trying to make the status quo of being just a fee-for-service provider less attractive, and so I think that's the real answer to the question, which is, if that's true, suddenly taking on a little bit more risk is better. So I think that's the short answer, generally. On the Medicaid side, Mary will have a lot of depth here too. One of the potential policy outcomes is more of a block grant methodology of some sort, and we may call it something different, but how do we put some restrictions on the growth. And our view on that, is that that will be tough on the states, on question. They won't like it. It will probably create opportunities for us at Evolent because the way -- if you're the state of Kentucky, or the state of North Carolina, name a state, and suddenly, I have lower growth, then lower total dollar pools to put against my population, I don't want to cut access. If I can, I have to figure out how to restrict spending though, and one way to do that is engage the provider community to do more for less. And not really different than the Next Gen ACO program, right. It's the same concept, total budget, live beneath it, and I think innovative providers, like some of the ones that we have here today, will actually look at that challenge positively, because it's better than the status quo. And so there's -- I think that's pretty interesting potential. From an Evolent standpoint, I think it'll be very tough, politically, and tough on the states if something like that happened.

**Mary Langowski**

Yes, so on the political side, 26 of the 35 seats that are up in the Senate are democratic seats, which makes the map really, really difficult for them to win back the Senate. Two are seats [indiscernible]. They may have to hold all of theirs in order to win back the Senate. So the odds are stacked a bit against them. Nine open seats are republican. But having said that, 2018 will largely determine whether there's any productive discussion on entitlement reform. With regard to block grants, there's a lot of discussion about per capita caps potentially being easier to swallow, and less sort of tougher for democrats in particular, because there's not a difference in it with the per capita cap to -- or there's not the incentive to get people off the Medicaid roll, so that's really important. But even in the absence of any of that, you've got so much with an administrator at CMS who really is focused on Medicaid, something that we just haven't really seen. You're going to see them getting, I think, very creative in using the regulatory authority to go as far as they can. But what that will have looked like so far is the latest form of what they would consider to be a consumer-friendly approach to Medicaid. They're putting in work requirements and those types of things, but there are limits to that. If anybody in here pays attention to Medicaid, Seema Verma just came out yesterday or the day before, and said no to Kansas' request for a waiver, because it was

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

too restrictive. So philosophically, I think these guys feel like Medicaid's role should be a roadmap out of poverty and that there should be a more active and engaged consumer. So what that means is more flexibility to the states, more pressure on the states financially and potentially, some cost shifting to the consumer, potentially some benefit design flexibility as well, and then a focus on social determinants, behavioral, all the things that we actually know matter in a population to manage health. I mean a lot of the smart -- really smart health care folks in this administration understand that we're not getting it, the stuff that actually manages care very effectively. And so then, how do they put regulations into place to enable that better.

**Unknown Attendee**

Okay, next question on [indiscernible]. What are the odds, just both on [indiscernible] or do you think that's not the way they want to go? Like you mentioned [indiscernible].

**Mary Langowski**

I think they -- there is broad favorability among both parties for Medicare Advantage. If you asked me what I think the future looks like in their eyes, it's they like people getting into MA, but I would imagine that the future, according to them, is really a more consumer-driven approach to choosing your -- what kind of Medicare you're going to be on. So I, as a consumer, go on some sort of exchange, and I'm picking between Medicare Advantage or Next Gen ACO, or a new program, or whatever fits me, and you're lining those things up against one another, which operationally, they really can't do now. But that would be a much more, consumer-empowered in their eyes type of approach. So I don't -- everybody -- there is a lot of favorability for MA, but I wouldn't say that they are necessarily interested in pushing people into MA. They're very interested in provider alignment and provider risk-based programs. And I think that there's where you're going to see a bigger focus. The thing they have to figure out is how to thread the needle to make sure providers are successful in results risk-based programs, while preserving savings to the agency and the treasury at the same time, and figuring out what that savings balance looks like when your shift [ growth ] to providers. So -- and this is a group that likes provider risk.

**Unknown Attendee**

Mary, [indiscernible] your part from their appetite, do you go down the risk path? Was there a bit of an [indiscernible]?

**Mary Langowski**

Well, I think in the first year that the administration folks were kind of waiting and seeing and needing a clearer signal, for sure, from -- although having -- I mean, look, if you ask the administration, they didn't think they were that unclear, but they were. It was tough for folks really out in the marketplace to understand what they were going to do. You still don't have a lot of love for mandatory programs, people without price there. Again, they don't love very heavy-handed regulations. But I don't sense that anymore. I mean the market is, particularly with Azar's comments, and we've had conversations with these folks about, you've got to send clear signals about what -- where you're headed, and I think they've done that effectively. And so I think our partners and my clients have responded and said, okay, we're going ahead -- we're moving ahead with this. We understand that they're favorable to it. And they put out an RFI in the fall, the CMMI, they put out another RFI a few weeks ago. So their favorability to risk is pretty clear at this point.

**Seth Blackley**
*President*

Yes, I'd say the last 90 to 120 days, they were materially different than the previous years.

**Unknown Attendee**

Going back to Bob's questions, the -- moving to the 500 deal [indiscernible] Next Gen. How soon do you think [indiscernible] action [indiscernible] 500 [indiscernible]?

**Seth Blackley**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*President*

Yes, I mean, so interesting thing is, some of the 500 we're in conversations with already, with the current regulations and their organizations that want to do it under the current structure. There are some things built-in to the programs for Track 3 as an example, which is one of the Next Gen life programs that encourage graduation out of Track 1. So I think you're going to see some of that no matter what. I think your question of might they do something more, to make the status quo less attractive, limit time frames, I think they will do things. They have lots of small levers at their disposal to do that. I'd be shocked if they don't do some of those small things, so make it incrementally more or less attractive. Whether they do something big that really shakes it up and forces a giant swathe of them to move, I don't know. And I'm not sure we know yet. We're obviously having conversations with the administration about the pros and cons of that. I don't think that will happen in the next 3 months. It might happen in the next 6 or 9, would will be my take, sort of general time line.

**Mary Langowski**

Yes. I think it's -- the question is really, they can probably do it whenever they want. When will they is the practical aspect of how much pushback they want to deal with. And they're sensitive to the fact that some providers need time. The goal is not to have everybody walk away from these programs. So they're really trying to balance the practicality of how do we -- again, what does the ramp look like? How do you make providers successful in these programs?

**Seth Blackley**
*President*

How -- Dan, how are we doing on time? We have a couple more questions?

**Dan Paladino**

10 minutes.

**Seth Blackley**
*President*

Okay, we'll take a couple more.

**Dan Paladino**

[indiscernible].

**Seth Blackley**
*President*

Oh, sure, yes.

**Unknown Attendee**

Just a question, you mentioned to [indiscernible] at the time, I think it was [indiscernible] account to be a part of that [indiscernible]. What is your view? Is that really a spin-off of [indiscernible]? What is your view of, what did you say, sort of on the cost of capital and what are the odds of something happening [indiscernible]?

**Seth Blackley**
*President*

The question is, what's the HSAs and the likelihood of uptick there?

**Mary Langowski**

So the broader play about consumerism, I think you'll see -- always have a tough time associating HSAs with consumerism, because I don't put that label on it. So HSAs, they are supportive of HSAs. They expanded the HSA in recent legislations, in the last 12 months or so. So they're very favorable to using

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

associations' [ help and ] HSAs think the democrats hate, frankly, in using the regulatory authority to push some of those things. But then there's the -- when I was talking about some of their other consumer, what they consider to be consumer-friendly programs, some of it may be some cost shifting, but it's also how do you look at driving consumer enrollment in these programs, direct enrollment in these programs instead of prospective attribution? How do you add voluntary enrollment and really enable providers to market and educate more to the consumer? How do you drive savings and share savings with the consumer? They're participating in a really successful ACO, and they're doing everything right, and they're seeing they're really engaged in intensive primary care or behavioral modification and how do you provide incentives to them? So some of those are already embedded in the Next Gen programs. It's a matter of thinking through how you punch up some of those. So that consumerism label applies to all sorts of mechanisms that I think they're interested in looking at, from more consumer responsibility to more consumer sharing in the end state.

**Seth Blackley**
*President*

I think of HSA as sort of synonymous with also higher deductibles, right, and cost shifting to consumers, generally. And with -- if you're on the provider side of the world, that's actually a tough dynamic, right? It increases price transparency, it increases pressure on cost and value. So I'd say the bigger trend we see on the provider side is that trend is going to match a trend, the shift to consumers is it's awakening providers more to the concept of, huh, that's going to happen to me anyway, and I'm going to be priced out of a commodity, I'd actually be more interested in thinking about the world as a total budget, right? I'd rather be in it, from a value standpoint. Maybe John and the other providers here can talk to that. But it's actually one of the forces that prods, I think, providers towards value a bit more.

**Mary Langowski**

Yes, and it's -- actually, they've got to reconcile that kind of support for those policies with the disincentive it creates for, if you're in a total cost of care program, do you want a lot more care? As a pronoun of care, right? And if you create those incentives for that, it's really -- it goes against the total value equation.

**Seth Blackley**
*President*

Other questions?

**Unknown Attendee**

I was at a health 2018 [indiscernible] actually [indiscernible] group that [indiscernible]. I went up to him afterwards and I said, "Look, hey well, is it making money?" Just as crudely as you put it. The kind of answer to that [indiscernible] 5% [indiscernible]. So can you just help [indiscernible]?

**Mary Langowski**

Was he a [indiscernible]?

**Unknown Attendee**

I'm not sure. But like really different programs, how do you [indiscernible] Next Gen ACO program? I mean you talk about the House like on [indiscernible] upside benefit or is it middle of the road or is it downside [indiscernible]? And do you have any general thoughts on it [indiscernible]?

**Mary Langowski**

Yes, I do. Do you want to start if I [indiscernible]?

**Seth Blackley**
*President*

Yes, sure. Yes, I mean, I think it's variable depending on who you're working with, meaning the ones that are more sophisticated are doing the right things, I think are doing quite well. Deaconess is an

example. Many of the what I would say, is the Next Gen Track 3 as an example, are ones that are more conversant in that space, and have done well. Ones that are dipping their toe in the water are not really changing anything, because there's no downside, like the Track 1s, the data's not as good. So I think it's highly variable, is the answer. The other side of that question to me is that, that -- I think the 45% MLR demonstrates the magnitude of the opportunity. When you think about delegating risk to a managed care organization, they tend to have very small 1% to 2%, 3% incremental improvements by doing classic payer tactics to manage cost. When you engage the provider, there is a tenfold opportunity, because 1/3 of all hospital admissions, half in some cases, are not necessary as an example. So that's -- I think your data point actually speaks to the long-term opportunity we see with providers and from Evolent's standpoint, is to work with the providers that can generate that kind of opportunity. And there are a number that have done incredibly well, as we've all seen over the last 10 years, that it just depends on do you have the right tools, systems, talent, contracts, there's a whole host of things that we're talking about today that are critical. But I think it speaks to the size of the opportunity.

**Mary Langowski**

And I'm not sure which company that was, but it also depends on some of those that are built from the ground up, they own their clinicians, they're trained in an at-risk environment from day 1, and that's all they do, is a very different scenario than shifting an organization, which is where Evolent comes in, to move organizations towards that ideal state. It also depends on risk adjustment. Some of them are playing games, and some of them are -- some of them have a patient population that allows for a lot of savings. It's just all those factors going to the recipe of whether it makes fees or not.

**Seth Blackley**
*President*

All right. Maybe one more question. Does anybody else have a last one? All right. Great. Thank you very much.

**Unknown Executive**

I think I'll -- we'll do a quick, very quick 5-minute break, some people want to either call or use the restroom, [indiscernible] just come back, right, in 5 minutes, and we can start on [indiscernible]. [Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

# Presentation

**Seth Blackley**
*President*

Okay. So we're going to spend a few minutes talking in a little bit of depth about our Medicare and Medicaid opportunities in the marketplace and what Evolent's doing to support those. We're going to go reasonably quickly here, but just to start, a little bit of acronym definition nomenclature. As we start, if you want to use these at your cocktail party tonight, they'll make you very hip and cool. But there's some health care policy acronyms and nomenclature that are critical, I think, to understand this section.

When Evolent does work, and across Medicare and Medicaid, we think about 3 general areas. One, is ACOs, accountable care organizations; things like Next Gen, these are programs generally that we think from the state or from the federal government, are total budget programs that the provider community has to live under a budget, okay? So that's ACO. We can also do work with the managed care organizations. So think Humana, [ Sintine ], United, et cetera, and that, we refer to as capitation, okay? So that is aligning with those organizations that already have a total budget, the provider can then take on a capitation arrangement, underneath one of those managed care organizations. And the third version is provider-sponsored health plan. And again, all 3 of these, the common underpinning is these are total budget healthcare methodologies, as opposed to fee-for-service or cost-plus methodologies. So try these out tonight at your cocktail party and see how you do.

Let me talk a little bit about how Evolent thinks about doing work across each of these 3 areas: ACOs, managed care capitation and provider-sponsored plans. Starting with Medicare, I think we've talked at length about this one in the top left, but this is -- or these are the programs like the Track 1, Track 3 Next Gen program from Medicare. It's a big portion of our opportunity going forward. As we discussed, there's a tenfold opportunity moving the lower Track programs upwards. Deaconess is a good example of this, as is Lee Health and others.

In the middle category on Medicare, under the managed care capitation category, that one that does a little bit less work here, but it's a big opportunity. There's 19 million lives today, switches coming up on 40% of all Medicare is in Medicare Advantage. And that program, we can do partnerships with Humana, Cigna, United, other payers and our provider partners around the country, just like they would for Next Gen would take a total budget program and try to live with underneath that. And we have a number of partners there.

On the far right, provider-sponsored Medicare Advantage plans, there's actually already 3 million lives in these programs today. MedStar is an example of a partner for us here. Evolent can support those partners, and we think we'll see growth in this category.

In the bottom left, Medicaid ACOs is a new concept, something you wouldn't have found in the marketplace 5 years ago. But just like with the Next Gen program, states are now sort of saying hey, there's blocks of our dollars that we would like to capitate down to providers through an ACO. That's a big opportunity for us. We have a partnership with C3 in Boston that we announced not too long ago, that is a good example of that work.

In the middle bottom, there are managed Medicaid organizations that have a large swathe of the population today, 60 million lives, that they can, in turn, look to the providers to help manage the cost structure underneath their programs. And then we have a number under development there.

And then finally, in the bottom right, providers, at times, start their own provider-sponsored Medicaid plans. Passport would be a prime example of that, as would the recently health announcement as would CountyCare.

So just a sort of filling out the map as to how we think about these 6 categories and most of our activity falls into one of these categories. As Frank said at the beginning, we think critical to support all 3

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

categories up and down, and -- all 6 categories. That way, if you're a provider, you can begin to have a common platform across all these areas.

Just a second on Medicaid, and I'm going to turn it over to Tom and Steve who we'll introduce as we start here. The Medicaid problem is pretty significant for the states today. As you can see on the far left, the portion of state budgets driven by Medicaid is growing steadily.

Have you seen -- you've probably seen the news on teacher strikes popping up all across the country, it's largely because of this issue, which is the Medicaid program's growing. It's squeezing out most other state expenditures right now. It creates a pretty big opportunity, the federal government said we're going to let innovation solve this problem. And so on the far right, you see growth in things like state ACO programs on Medicaid. I think you're going to see growth that was managed. As Frank said earlier, it's not just the moms and kids within Medicaid, but you're going to get the really sick populations, the dual eligibles, et cetera. So this, to us, is just generally a large opportunity for growth and supporting the states in their objectives, and why do providers even have interest in supporting total budget health care and Medicaid? There's a couple, one of which is being in fee-for-service, and Medicaid is not the greatest proposition on Earth to begin with, the status quo is not that attractive. And so it allows the provider to say if I'm losing money today supporting my Medicaid patients, if I get into a managed program, maybe I actually have a chance. David, to your point, 45% of them, there's a chance to manage down the cost and actually have some margin at the end of that.

Strategically, it provides scale, and I think from a community standpoint, as you'd hear, the mission of all these provider organizations we partner with is to support the communities, the Medicaid population, generally, the most needy niche of this populace. So we find a lot of interest from the provider community in supporting these programs in general.

So I think we're going to talk for the rest of the session about the things that we've done in Medicaid. They generally fall into 3 categories: the providers-sponsored category; existing plans, like CountyCare, like Passport, new provider-sponsored plans, which again, the Lee Health announcement would fall into that category; and third, more of an ACO model, supporting state programs and the like.

So I want to introduce, first, Tom Peterson, Co-Founder and COO, and then I think he'll -- also we have Dr. Steve Hoagland here, he's the Chief Medical Officer of Passport. So up to Tom, here.

**Thomas Peterson**
*Co-Founder & COO*

Thanks, Seth. Well I think in previous meetings, we've talked a little bit about the Medicaid Center of Excellence and the reasons behind it, but just as a refresher for those of you who aren't familiar with the concept, so we've entered into partnership with Passport Health Plan in 2016, and really, the impetus behind it, we've been talking a lot today about the importance to be able to cover all lines of business for our provider partners, and not have to be niched out into different solutions for different populations; be able to go all the way up to risk continuum. And at the time, when we launched that partnership, we had some light -- this is before, pre-Valence, we have some light capabilities in Medicaid, but really, most of our expertise was in Medicare. So the partnership with Passport was really an opportunity for us to establish a proof point.

When you're going out and trying to win business in other states, the bulk of the RFPs are all based on your track record and your experience, and the ability to have a partner that we can reference in terms of that track record. So you'll get questions in RFPs related to your HEDIS performance or your quality measure improvement performance over the last 2 years, last 3 years, et cetera, and you're really disadvantaged if you don't have that track record. So it gave us an opportunity as Evolent, so from an impetus, from Evolent perspective, to build that track record. Also, to expand our capabilities with Passport to allow those capabilities to flow back to Passport, but also then expand and basically export those capabilities. An example of that would be, when we first got started in Medicaid with Passport, you've got a lot of churn in the Medicaid population. One of the more challenging aspects of managing that population is the churn, the need to be able to keep track of those members, and then be able to intervene with those members as they come into the system without a lot of historical data. So our clinical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

R&D department, working with Steve and his team, rolled out a new enrollee stratification model, which basically uses consumer data and whatever information we have around, housing information, et cetera, demographic information, to create a cohort and a phenotype of that individual to stratify that patient. So as an example of what you'd need to do in Medicaid, because of the difference of data availability that you might not be -- might not need to do as much in other populations. And so you could go across all the capabilities and just a need to make sure that we're customizing those and making them specific to Medicaid.

From a Passport perspective, the ability to really redefine their clinical model with our support, working closely with Steve on developing that clinical model, to grow jobs in Kentucky as an opportunity, both to continue to contribute to the community, but also as an important way to be an important player in the states, from an ongoing competitive perspective. In ongoing RFPs, et cetera, it's good to be bringing jobs to the state when it comes to those -- the power of your RFP response. And then just to continue to expand. And we've been layering in more capability. So we started, just gives you a sense for what Passport brought to the table, around marketing, health plan, finance community engagement and Evolent capabilities around really the clinical capabilities at first. We started by incorporating and re-vouching the clinical staff and working closely with Steve to do that. As we incorporate those clinical staff, there's a redefining of the clinical model, all of the stratification rules, customized for Medicaid, re-envisioning the behavioral health integration points as well as the use of community health workers in the market. So a different clinical model that has to be adjusted to Medicaid, taking and integrating all the programs that Passport had already in place and bringing them together onto the platform. We view, identify, and we'll talk about that later, as the scalable mechanism through which we replicate those programs across other markets. So all of that has to get embedded into the platform from data integration, use of new data sources to stratification logic, reporting output all the way through to the care management platform from a clinical perspective.

Then as we rolled in the health and services, the TPA, that was complete on -- in January 2018, that now gives us the administrative capabilities, but again, important to note that as we're rolling out those new capabilities to them, be able to export to other markets, there's a significant amount of customization that goes into that for these Medicaid populations around payment models. One of the most important things in Medicaid is encounter reporting, you're reporting your encounters to the state to make sure that you're accurately reflecting the claims volume since you're paying the claims and the actuaries are going to set the rates so you need to get as high of an encounter experience as possible. So how you actually manage encounters is really important. So we had to customize and work with, Passport had a really strong track record on encounter reporting. And then risk adjustment, we rolled out a new set of Medicaid-specific risk adjustment rules, which are very different from Medicare Advantage risk adjustment rules, and got those in place.

And so, going into the future, and Steve will talk about this, from here, it's really now more about going further down the line around payment models, with physicians realigning, for the physicians and expanding those capabilities into other states.

So the value proposition, just to kind of recap here is really the clinical programs from Evolent's perspective, the clinical programs that we were able to ingest into our platform around some of these services, high-risk maternity, foster care, really integrating behavioral health. The experience to support these, the RFPs, and be able to actually give us a better opportunity to win those RFPs, we have created now an entire RFP database that is then being used as we go into other states, that incorporates kind of the learnings as we go, in looking to expand into other states.

And then a stable operating environment. So again, all of our utilization management staff are now based in Louisville. We've got claims staff in Louisville. We have call center staff in Louisville. Those individuals are going to be used to support those functions that are scaled functions that do not need to sit in the market. So there are certain functions that are going to need to sit in South Florida as we launched the health plan on Lee Health's behalf. But there are other functions that you needed to have at scale and it's one of the biggest disadvantages to provider-sponsored health plans is the inability to achieve the scale benefits of the national payers. We bring them that ability to benefit from this scale, but also the ability to integrate locally in the market.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then in 2017, some of the value experienced for Passport in generating 27 -- $75 million in medical savings, a lot of that's driven through pharmacy. But, as I mentioned before, we've worked with Steve to retool the care management model to be a holistic care management model as opposed to being very disease-focused. A lot of care management programs end up being focused on really understanding 1 root cause of the problem as supposed to the larger issues that might be more behavioral in nature, environmental in nature, et cetera, and have that be more holistic. A locally operated TPA, that we talked about, and then expanding new models.

So what this gives us is the combination of the clinical and operational capabilities on 1.5 million Medicaid lives to then expand out into other partners. The first place in which we've been able to do this is in this FQHC Network, because we did not yet have the TPA capabilities. So we first leveraged the MCOE in a clinical way. This is working with 15 independent FQHCs that are brought together in a network that take capitation from the state for both physical and behavioral health. As a result of that, we had to -- across 100,000 different members. So imagine integrating with 15 different entities that are rolled up into a corporate or a parent entity that each have their own workflow, that has their own -- they all have separate instances of their EMR, they're all on Epic, but have separate instances of their EMR. All the change management that goes into that and rolling out the clinical model, and rolled out new integrated physical and behavioral health programs within that -- in that state.

So one of the things we've done is now using behavioral health data to modify our stratification logic, to be able to incorporate behavioral health data to identify higher risk associated with a medical admission; and then, likewise, the behavioral health data for the purposes of understanding the risk of a behavioral health admission, which then goes into a different care team, different care process use. So if you've got an individual that's strictly a behavioral health risk, that might be exclusively managed by behavioral health practitioner, those that are really comorbid between behavioral and physical health care team approach that incorporates the behavioral health, and the physical health care management heavily using the local community health workers in the market.

So we're partnering with them, providing a full spectrum of services and just off and running, so we're about in our first quarter after completing implementations. And what we've seen, and Anita will talk about this later, is our results and our Medicaid programs as we do our evaluation of our clinical programs, are really, already approaching the results that we've seen in other -- in our other populations, with significant reductions in adverse admissions, reductions in readmissions, and then increases in those preventative services and routine care that you want to be seeing as a result.

So from there, I'm going to hand it over to Steve. Steve is sort of the living example of how we partner with organizations. Steve draws his check from Passport. I draw my check from Evolent, and yet we work together as a team.

Steve's the Chief Medical Officer at Passport. He oversees the medical directors there, and we have the care managers on staff at Evolent. And so it takes a tremendous partnership for us, for this to be successful, and Steve's been a fantastic partner. So I'll hand it over to Steve.

**Stephen Houghland**

Thank you, Tom. So I know you don't want to know very much about me, and I think you gave me an hour, correct? So those that you don't know me, I know, I've been to be prone to be a little long-winded at times, so I will try to be brief. As I look at the sketch though, it's always interesting, I saw this one bullet here, and it looks like, at one point in time, I was considered to be a good physician, and then I stopped being one in 2013. Not sure what happened there, maybe a change in roles.

But at any rate, Passport -- so just quickly about Passport. As Seth mentioned earlier, I mean, we are -- we consider ourselves to be a provider-sponsored plan. However, in reality, depending on how you want to look at things, we could be considered an ACO, or have the opportunity to be an ACO, because our sponsors, 4 of which are providers, that have unique lives, a unique attribution model, so we could potentially carve out something that's very different with them, and we actually used to say that we were an ACO before ACOs were defined. Our first -- we first started in 1997 as a demonstration project in Kentucky. We really were an ACO. But then we also are a managed care organization. Our regulator

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

views us as an MCO. And it's a challenge for us, because we're often compared to the other national MCOs, when, in reality, we feel like we have a little different player. So we have the ability to be flexible, depending on what role we need to play. But I think we need -- also, we haven't really had that discussion about the ACO role, but something I think that it could be a great opportunity for us in the future.

So things I do want to talk about though, are the things that we're doing with Evolent. I'm sorry, you've already heard quite a bit about the clinical programs, and it's very important, but some of the other things that we're doing, related to growth and support of the community.

Passport is in Kentucky, and yes, I did survive the derby even. I didn't go. It's still kind of a mess in the city. So it's a lot of fun, but Kentucky and Louisville itself have some very unique characteristics, I think, that we have to consider. It's a community that is trying to grow, but has a lot of challenges. We see ourselves and Evolent, as a partner, in trying to address some of those challenges, both from a development for the community as a whole, then thinking about our membership of about 300,000 members in Kentucky, of which about 120,000 of them are in Louisville, Jefferson County itself. What can we do to make more of an impact?

Historically, we've looked at how we work with providers, and we will continue to do that. But the dawning and growing understanding that what clinicians do in an exam room, and working with their patients, their clients, our members, their families, has a limited scope, that we're impacting about 10%, 15%, depending on who you believe, of their health. So how do we work in other ways to try to address the other factors that are driving health and health care?

And so part of that activity is in developing a new campus in the western portion of Jefferson County, which has historically been an area that has great need. We're not a total solution in that area, but we view ourselves as a facilitator. And working with Evolent, we're seeing a lot of interest. It's gained attention from local leaders, from state leaders, and we actually have national attention coming in as a result of that which today, it's the beginning of an opportunity for change, to try to bring together the things that are more impactful for overall health and well-being for our members, and then, ultimately, for the community to make a change.

Kentucky, unfortunately, is a target-rich environment for health care improvement. We rank in the bottom 5 in almost every health metric in the United States, and behind several undeveloped countries as well, especially related to some birth outcomes. It's -- again, it's an opportunity for all of us to make a big difference, and we really appreciate the willing partner that Evolent has been in that.

Moving quickly, Tom mentioned the work that we're doing in trying to change the expectation of our providers, and change the experience for them and, at the same time, changing the experience for our membership. We see that as being really important. There were a number of things that happened outside of our control, which is often the case, that led to a change in the way that we have been working with our providers over time. And a lot of that was driven by a change in contract that we had with the state, where our traditional financial arrangements with our providers did shift a small portion of risk to them. But as a result of a significant rate cut that we received, we had to go out and do a massive re-contract for our entire network, over 2,000 providers in primary care. To do that in a way to be able to really carefully select how much risk you shift was next to impossible for us, so we had to revert to a very outdated method of reimbursement, back to fee-for-service, actually.

As we've come through that time, we're now approaching, coming back to where we were. So I think, as an example, sometimes you have to take steps backward in over to move forward. But this now, armed with better analytics, we're able to do this in a much more realistic manner than we've had in the past, and one that is actually more likely to deliver the value that we expect from our providers to our membership.

And we're starting slow, but it's moving. We have some characteristics in our -- the way our network is developed, and the way our members select, that gained some real flexibility and feasibility to it. So we have over 300,000 members in our net that are ours. About 7 providers and provider groups account -- have attributed 1/3, roughly, of the membership. So that gives us a lot of scale and actually allows spread of risk within those different groups that is not possible to be done whenever you have a wider distribution

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of membership and smaller amounts to your full network. And so that type of scale is really important as we try to set out in a model that doesn't undermine the ability of the providers to be successful.

So we start again with a -- more of an upside for our providers with the understanding that, over time, we'll continue to shift back to something that does have more of a shared risk for them. And then ultimately, where we have massive consolidation of our membership in providers, tens of thousands or more members to a provider, I think gives us the opportunity to look at full -- more full risk. And our association with [ Acton ] Medical Center, where there's an additional benefit outside of the direct fee-for-service -- or the direct contractual relationship, with their ability to capture other dollars related to Medicaid programs, is another area that we continue to explore. Move quickly, I wanted to try to make up some time in the air. I'm trying to get back.

**Seth Blackley**
*President*

Oh it's great. I mean one, just to overlay to what Steve's comments. I think, you look at the results of the partnership, Evolent-Passport over the last few years under Tom and Steve's leadership, about 5% improvement in MLR roughly, so which is about $75 million of improvement to Passport's bottom line. That is while, I think, taking care of patients in a way that is better more coordinated, more integrated and better for the providers. So if you boil all what Steve just mentioned down to sort of the results, the $75 million improvement in the bottom line is a big deal, and it helps make, I think, the mission sustainable, and gives an opportunity for us to expand what we're doing in the state. And that's -- from an investor's standpoint, in taking away the net result is critical. I don't know, Tom, if you'd add anything to that. But that was across the analytics and technology and platform, the compensation models, the clinical programming, and then also, the health plan services, Valence platform, which the Passport team adopted recently. So I think that gives you a full picture of the impact of all the work.

**Stephen Houghland**

And maybe, just to give the group a bit of scale of what we administer on a yearly basis, we're about a $1.8 billion medical expense organization. So roughly $5 million a day in medical claims are paid by us. So percentages add up very quickly to make real change and impact on the financial side, but then also, the reality is that's driving health outcomes and the contribution between the 2 is really powerful.

**Thomas Peterson**
*Co-Founder & COO*

And I think the progression, just it's not uncommon to find that pharmacy is the place you can have the most immediate impact. So starting with pharmacies, we're getting the clinical model in place and we're beginning to see greater percentage of that improvement coming through the clinical model. As that takes root because you're effectively changing behavior, it takes a little bit more time. So starting with pharmacy on results, and then seeing it fall through into the rest of the clinical model. Any other questions? Any questions?

**Seth Blackley**
*President*
Questions for -- yes?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

[indiscernible]

**Thomas Peterson**
*Co-Founder & COO*

You're talking about the Kentucky rate cut?

**Unknown Analyst**

Yes. The Kentucky rate cut.

**Thomas Peterson**
*Co-Founder & COO*

Okay. Do you want to speak to that?

**Stephen Houghland**

Yes, it was challenging. Luckily, we had a nice...

**Thomas Peterson**
*Co-Founder & COO*

Let me repeat the question. The question was about -- there was a Kentucky rate cut of about 5%, that happened a year ago, roughly a year ago. So the question was, what was the impact on that in terms of the priorities?

**Thomas Peterson**
*Co-Founder & COO*

So for Passport, it had a real impact. I mentioned that we had to look at recontracting our network, because it was essentially over a couple of contracts, it ended up being about a 10% reduction in our base rates. So very significant for us. We were able to manage that based on having built up a healthy amount of reserves. So we've managed through that by delaying some of the impact to providers by using some of our reserves. Still came through that with a very healthy statutory network to manage from a risk-based capital standpoint. We did have to pass some of that over time, but it was not the full 10%. It's had some impact on relationships. It does. I'm not going to deny that. But our -- the people that have been with us the longest, our sponsors, were understanding and worked with us through that. We worked with them to try to, again, delay some of the impact. It -- today, we -- well, last year, we've reported a 1 -- roughly a 1% margin, which is what we typically budget, a 1% to 2% margin as a nonprofit, we won a bit there, but we -- we've been able to weather that storm.

**Unknown Attendee**

[indiscernible] .

**Thomas Peterson**
*Co-Founder & COO*

So the question is related to the distribution of these members to those physicians and whether that's skewed or spread evenly?

**Stephen Houghland**

Those are really, what we'd say, those are more belly buttons, and they roll up to a smaller number of groups. And so in that 2,200 groups are a large -- well the [ Acton ] Medical Center in Louisville, which has about 700 physicians in that. Another large health system that employs a sizable number of primary

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

care providers as well as the FQHCs. So it ends up being a small number of groups that we work with. Our entire network is about 5,000 primary care providers, and over 10,000 specialists. So this ends up being a smaller fraction of the total population of providers that make up our network.

**Thomas Peterson**
*Co-Founder & COO*

You have the contract of the network at the group level, right? So the contract's at the group level, but there certainly are going to be providers in that group that pay more attention based on the percentage of their business that is made up by Passport.

**Stephen Houghland**

And this is one of the places of tension at times, where managing your network versus the expectations of your regulator that you have every provider that you possibly can within your network. And so, how do you balance that? And you can make some of the financing and the risk-based models more difficult to strike, especially when you have a small number or numbers attributed to a provider.

**Thomas Peterson**
*Co-Founder & COO*

Okay, right. And there was another question over here.

**Unknown Attendee**

Yes, it was part of the same plan [indiscernible].

**Thomas Peterson**
*Co-Founder & COO*

So is the question specific to Passport expansion?

**Unknown Attendee**

Yes.

**Thomas Peterson**
*Co-Founder & COO*

Okay. The question is related to Passport expansion plans.

**Stephen Houghland**

The part of the reality is that there is a small movement every year of Medicaid members from 1 Managed Care organization to another. Kentucky is about 1% to 2%, typically, during open enrollment. Now there are changes that had occurred -- that are occurring in policy at the state level that will have some impact on that. Despite that, we have continued to see month-over-month, an incremental growth in our membership at the decrement of some of the other MCOs that operate in Kentucky. But I guess to answer that quickly, I think in the short term, slow growth in Kentucky related to Medicaid unless there is a decision that has an impact on the number of managed care organizations that are operating within the state, and so suddenly, there's a large number of members that become available. So slow growth there. We also do have a Medicare Advantage product that we haven't really spoken much about. It's a small plan that we restarted 2 years ago. It's a dual-eligible special needs plan, so they all have both Medicaid and Medicare, the majority of which have Passport as their Medicaid provider. But it -- that's another place of growth for us. Historically, we had 9,500 members in that program. Currently, we have about 2,500 with the growth plan of to about 5,000 over the next year or 2.

**Seth Blackley**
*President*

Yes, I'll just add one thing to that, which is having spent time with Steve and Mark Carter, the CEO of Passport, the Board, a little bit, I think the rate cut was tough, the ability to have that $75 million

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

performance improvement get back to profitability in a good way, I think is building confidence that doing more is possible when we have the capability. So I think it highlights the Evolent-Passport partnership. It brought both -- they brought a lot to us and vice versa to a place where I think whether it's Medicare Advantage, expansion of Medicaid, et cetera, I think more confidence even now, and that's, to me, one of the best parts of the partnership. And when we started it, that was the idea, which is, if we scale up the capabilities, we help each other. It actually does enable growth for us into places like Florida and for Passport across the state, et cetera. So that, to me, is one of the best parts of the partnership a couple of years in, is confidence to grow.

**Thomas Peterson**
*Co-Founder & COO*

Okay, question?

**Unknown Attendee**

How much of it [indiscernible]?

**Thomas Peterson**
*Co-Founder & COO*

So the question's how sustainable is the 5% improvement in medical loss ratio, and how do you find the next 5%?

**Stephen Houghland**

That's a great question. I think part of it is a reinvestment into the network, to allow them to be more creative. I mentioned some of the social influencers, yes, there's several terms that out there, determent that we kind of have evolved to more of social influencer, so it's less nihilistic in feel. But allowing the provider to be creative, to impact the different things that are ultimately driving behaviors for their members; their clients our members. So I think it is sustainable. The other thing is that right now, are the administration is understanding that there are trends that are occurring. And so it doesn't -- we get a sense that we're not going to be left with another massive cut that we have to deal with, and their understanding that there are national trends that are showing some growth in medical expense.

**Thomas Peterson**
*Co-Founder & COO*

And generally, what we find is, again sequentially, if you're looking for the quickest hit, you go to pharmacy and readmissions. Then you go to -- and we're looking at the way in which you're managing utilization overall. Then it's the impact on adverse events through a better care management program, so ambulatory care management, and with a focus on both ambulatory and post-acute. And then -- but the biggest leverage point is engaging the physicians in a way that you can influence referral patterns, you can influence the practice of care, et cetera. So you look at that over a series of years, it switches from being more pharmacy-led to being more network-led over time, and that's how you continue to see those results over time.

**Seth Blackley**
*President*

I think it's a really -- by the way, I think it's a really important place, which connecting, David, your question earlier, the 45% MLR. The provider community, as you get down to an ACO model, has more room to innovate than the traditional MCO model. And I think that's the power of a provider-led approach, is there is a lot of -- so I would think, Mark and Steve have said from the beginning, we're just scratching the surface of the interesting things we can do. We'll never be that low of an MLR, but there's opportunity for improvement. And I think the traditional MCO model is tougher. I mean, they have a couple levers, but not as many. And so that's the, I think, just connecting some of these dots.

**Thomas Peterson**
*Co-Founder & COO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Frank, how much time do we have?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I'd say we want some more questions.

**Thomas Peterson**
*Co-Founder & COO*

Okay. Right here?

:p id="D00" name="Unknown Attendee" type="D" />

A little bit of a follow-up to that, the themes of technology. How far out are you pushing and how far off is identifying [indiscernible] internal at Passport and your people? What fee do you get off the doctor? And when you think about people on the [indiscernible] is the other thing is the amount of change, pure management and doctor behavior. Are you using technology to do that? Is that the Identifi platform? Or does that then roll into -- how does that get embedded into the [indiscernible] or whatever platform? Where does -- how far can that Identifi platform push out to the docs?

**Thomas Peterson**
*Co-Founder & COO*

Yes. The question is how does the Identifi platform support physician behavior change? How much does it push out to the individual docs. Steve, why don't you take a crack and then I'll --

**Stephen Houghland**

Sure. And I didn't do the slides justice actually. The -- I guess, Slide 39, it talks about joint operating committee structures and care conferences. Part of the model that we have with these 7 groups does envision that and actually does move Identifi practice into their -- try to incorporate it into their workflow, and we're in the process now of discussing with some of the largest organizations, the opportunity to integrate into their EHRs. Things have been done in other markets that Evolent has been in longer, but the real -- I guess, if I could back up just a second. One of the things that happened as a result of the financial pressures that we faced caused us to shift some of the things that we were planning, and we had to prioritize things differently. And at the detriment of that were some of these pieces of technology and how we can move that out a little bit faster because we had to put out some buyers. We're now at a point where we are having those real discussions, and we are seeing providers use that. So it definitely is going to be a real key to hitting the desired outcomes that we want.

**Thomas Peterson**
*Co-Founder & COO*

And as you can imagine, the compensation model is critical to -- you get to provide the information out to the physician through Identifi Practice and into the EHR. But the -- it has to be combined with the compensation model so that there's skin in the game with it. So those 2 things really happened. And the amount of attention that the physicians are now paying into -- on Identifi Practice versus previously because we're rolling out the compensation model is like night and day. So the capabilities are there, it's just getting mind share and making sure that they're using them. So one more? Yes, right in the back.

**Unknown Attendee**

Yes, maybe on the social determinants. Sounds like [indiscernible] before maybe on the same market but this question. They don't really build [indiscernible] social determinants into Identifi as opposed to just a [indiscernible]?

**Thomas Peterson**
*Co-Founder & COO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

The question is how do you build social determinants into Identifi? Steve, do you want to take a crack? Do you want me to take a crack?

**Stephen Houghland**

You'd probably better.

**Thomas Peterson**
*Co-Founder & COO*
Well -- and Anita can probably speak on this much more eloquently than I can, but there's a lot you can do in social determinants of health. The question is what outcome are you trying to influence through influencing that social determinant of health. So the first thing we've been doing is really doing a correlation analysis on the impact of that social determinant on the adverse event. So as an example, food delivery for post-acute for a post-discharge is a critical determinant of readmission. You don't have healthy food after your admission, it's going to drive in your readmission. So we're using our analytics team to do correlation analysis of the social determinant to the adverse event. So it's really focused not exclusively on the social determinant, but the impact of that social determinant on the actual adverse event we're trying to affect. So by doing that, we're then refreshing our stratification logic to tee up those patients who are at risk for readmission as a result of being in a health -- in a food desert, as an example, and then using that to drive Meals on Wheels to that individual location. So you can go through different types of adverse events. Some are more influenced by homelessness and what are the strategies related to homelessness. Others are based on job security, so looking at job banks and those sorts of things to affect diabetic care. So it's not a one-size-fits-all and it can be really expensive to do the right thing. But -- so it has to be tied to an actual medical event that you're trying to avoid in the process. So that -- and then Identifi is taking in those data elements and using those additional data elements to then feed into the stratification models to drive the intervention. Okay, thank you for the questions. Next, we have, I think, Frazer and Chad who's coming up.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

# Presentation

**Frazer Buntin**
*President of Value-Based Services*

Great. Thanks, Tom. Just to recap, Frazer Buntin here, I lead our value-based services division on the operations side within Evolent. That includes all of our ACO partnerships as well as risk adjustment, Stars and HEDIS. Within the ACO side, both Medicare and Medicaid, and we will spend some time today talking about within the Medicare market, the ACO component.

So I've spent a lot of time on the road. I get to be in a lot of really interesting operational meetings, and so I really see this stuff happening at a detailed level. We talked some about the different types of Medicare ACOs out there. A lot of Track 1s and 2s. 500 of those, those are really ACOs, where you don't have a huge opportunity to invest in infrastructure, basically because the deal terms don't allow a large enough financial return to do the things you need to do to perform.

When you move into Tracks 3 and Next Gen, larger business opportunity, larger opportunity for investment, larger opportunity for performance. And so that's where we have focused a lot.

We have 10 Next Gen partners representing 20% of all national Next Gens plus several Track 3s. We consider those the sector that we want to play in. We do have some Track 1s. So when you load all of our partnerships together in the Medicare ACO, it's probably closer to 15 markets there.

So we have the luxury of being able to participate with a lot of partners that play in that advanced space, and we'll talk more around what does that mean for Evolent and what does that mean for our partners.

So what do we see? When I'm out in the marketplace, what are our observations around these advanced Medicare ACOs? So this is starting to get really interesting when you look at what are the operations and what's happening within the health systems and the IPAs out there. So one, Medicare ACO, it continues to be an anchor line of business for value because a couple of reasons. One, the deal terms are relatively predictable year-over-year. So you know you're going to get data from CMS. You're -- generally, you know what time of year and at what frequency you're going to get data from CMS. The construct of the economics is generally pretty stable as opposed to commercial payer partnerships, where those can change more frequently, you may not have access to all of the data. So it does continue to be an anchor line of business. And then, the MACRA bonus, the advanced payment bonus that these ACOs receive, it actually could be a subsidy on the operating expense to run this. So that's an observation.

Secondly, I think of the ACO as the CIN, so the clinically integrated network several years ago, that was a big topic. And health systems and IPAs are using the ACO as a way of affiliating with independent physicians for a lot of reasons. Being able to secure appropriate volume from those physicians is a critical part, so you hear less and less about clinically integrated networks as a standalone and doing kind of volume-based contracting, and it's more about we want to grow our community network of physicians through the ACO.

Third observation, a big shift from patient-centric activities to network-centric. So let me explain what I mean by that. 2 or 3 years ago, when you said population health value-based care, everybody would think that means care management. Care management equals population health. Care management primarily focused on patients. That was the first phase. The second phase, we're really seeing a push into ACOs managing the network; the ecosystem within their community, the nursing homes, the specialists, the DME providers, the home health agencies. And so we'll talk about what does that look like and what are the results there.

So the role. Within a partner, within a health system or a physician group, we're seeing the ACO really having a seat at the table. So this is no longer a pilot or something that we want to try and we'll put a few people on it. We're really seeing the ACO have a seat at the table within the health system with real senior leadership. It's a top 3 strategic initiatives for a lot of these systems out there.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And so what does that look like? Really interesting point here: the centralization of traditional services. You've heard the analogy of having 1 foot in each boat, half in fee-for-service and half in value. These are really interesting shifts that we're seeing out there. And so take a department or a function within a hospital system that was traditionally set up under a fee-for-service model like discharge planning. So patients are leaving the hospital, that was traditionally a very hospital function. We need to get that bed open so we can bring another patient in. We're seeing health systems actually move that function into the ACO for the risk lives. So if you have ACO lives and non-ACO lives coming to the hospital, segmenting that department and saying, we actually want to do -- have the ACO do discharge planning and case management on these risk lives because the ACO thinks about it from a very different lens than let's open up a bed. And so you have something that is 25, 30 years been underneath a fee-for-service model. The ACO is now managing that function because they're looking downstream to say what's the best nursing home we can send this patient to or do they need to go to a nursing home, could they go home instead and what are the value and cost drivers associated with that shift.

Along those lines, we have functions that historically sat with the PCP, hospice and home health recertifications. This gets into the weeds, but this is actually pretty interesting. That used to flow directly through a PCP office. Now you can see an ACO actually intervening there and saying, let me help this physician make a good decision on whether this health care services is needed and to what degree and then route that back out to the physician group.

So again, things that 4 years ago, you never would have dreamed that a hospital system would be intervening out into the health care ecosystem outside of their own employed physicians, outside of their own facilities, the way they are today, really seeing that change happen this year.

And then the third point, within that health care ecosystem, you're seeing -- we're seeing health systems and physicians start to pick who they want to work with. So when you have a bunch of different nursing homes, a bunch of different home health agencies, a bunch of different orthopedic surgeons, cardiologists, DME, not everybody is going to play the same, and there are going to be ones that step into value and embrace it and there are those that are going to be slower and you see the ACO starting to define who's going to play ball and who isn't, who's going to be a winner and who's not and start to drive affiliations and co-management agreements and partnerships with these types of things. Some of these are done very locally and some of them are done on the back of a policy. A nursing home waiver, where you can take somebody who shows up at the emergency room and route them to a nursing home, that's a policy decision that's being applied very locally. And so you see the health system driving and really influencing that ecosystem within a community.

So how does Evolent support this? I'll hit some of these and we'll let Chad cover some of them. Care management, again, has historically -- that was the starting point upheld for value-based care equals management. It's still an important part of it. You need to run care management really, really well. You have to manage productivity extremely well there because you have staff costs there, but operating under a performance management structure to ensure you get an ROI on those investments.

Network performance, talked a little bit about this, but how do you look out into the ecosystem, use data to understand who is performing well across all of these different subsectors and then driving relationships and tactics to frankly, find the best and choose the best and work with the best from a value standpoint.

Data and analytics, understanding which patients you go after, understanding which network partners you go after from data analytics. Again, Chad will talk about that.

R&D, value-based care is not static. It is extremely dynamic and you can't take a platform and a care management off the shelf and expect it to stay the same for the next 12 months, much less several years. So having a department and a capability that is constantly looking at what is working, what's not working, what is new and driving that through an improvement engine, as we call it, to make sure you're maximizing the return on that.

ACO learning collaborative, I love this. This was created organically through our ACO partners across both Next Gen and Track 3. We bring all of our partnerships together in a very real time and fluid manner to share intellectual property, to share playbooks and tactics. And so what Dr. Andrieni does in Houston

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

around moving case management into the ACO, we can now share that across all of our partnerships in a very real-time manner.

And so if you think about what other opportunity for noncompetitive health systems by operators for operators to share in, in nearly real time, there's no other opportunity. I mean, there's consulting companies and there's other ways to get very specific, but bringing those partnerships together so the operators can actually share in nearly real time has been really fun to see.

And then what -- how we support that, Evolent, we're codifying all of those tactics, we're codifying all of those methods, we're putting those into playbooks and then we're distributing them out. So think about a library of intellectual property, so to speak, that is very unique and specific to Medicare ACOs, likely the most robust library of how do you succeed in the nation due to the volume and our ability to facilitate that.

So what does that look like last year? 17,000 patients engaged in our clinical programs, 90% of those had a graduation rate from these programs. So again, back to the productivity required on the patient-centric and then dozens and dozens of network-based programs that are driving performance on that side.

What does it look like from a cycle standpoint? The data integration Seth talked about earlier, but needing to pull in data from all of those sources. So when you do a patient-centric or a network-centric activity, that you're -- you have the complete picture and you're working on the right tactics for that. So identifying which patients to work with or which nursing home to work with or which cardiologist to work with is part of that predictive identification.

Targeted engagement, meeting that patient where they are, engaging that patient in the right way, engaging that home health agency in the right way, driving performance on it. So if we said we were going to recertify 200 home health approvals this month, how many did we do? If we said we were going to engage 1,200 patients in the transitional care model, how are we doing on a daily, weekly basis? And then, the improvement engine around all of that, this is not static. It's extremely dynamic and having dedicated staff and functions and department that is really focusing on how does this change is the critical piece in the center there.

So I will turn it over to Chad Pomeroy, our Chief Technology Officer, to talk through some of the details.

**Chad Pomeroy**
*Chief Technology Officer*

Thank you. As if a lack of tie wouldn't tip off the CTO, but anyways. So I'm going to start with data, and you think about the Identifi platform, you think about health management in general, data is the lifeblood, and we've been collecting data from payers and clinical sources and third parties since we started the company in 2011.

Aggregating that data really starts with data collection, so actually going out to points of care. So some cases, we'll go out to EMRs. We'll go directly, we'll go to aggregators, we'll go to warehouses. So there's collection and there's normalization and standardization. If you know much about health care data, you know it's probably some of the dirtiest unstructured data of any of the industries out there. So collecting that data and being able to normalize it and understand what it means from one EMR to another or one payer to another is an important step. And then aggregating that around patients and providers and facilities and then you're in a position where you can run analytics, drive insights, drive workflow quality metrics. And so we've spent a lot of time on this.

There's a lot of details behind it. Most of our implementations start with a rudimentary data set and then over the course of a relationship can expand and expand. So we don't have a massive big bang data collection in order to start care, but to reach sort of maximum impact, we continue to add data sources throughout those relationships.

One other added value that we bring through the Identifi platform is it's multi-tenant. So all of our clients' data is in the same repository and it goes through same normalization efforts. So when you think about those lives and you think about us managing patients and markets, we draw insights for our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

clients on their data, but we also bring insights from other clients and other markets and can use that for comparatives and information and learnings from the programs.

So data collection is certainly the foundation of what we do, hitting into a warehouse that then powers everything, as I said, from quality scores to financial analysis to workflow recommendations, risk adjustment activities and then we have a suite of applications that sits on top of that platform.

And you think about them in sort of 2 broad categories, although our objective is to bring them together, of course. There's the population health management suite of applications, you got that on the left side and then care management health plan administration on the right.

And so everything from what was discussed earlier, are we reaching out into positioning EMRs? Yes, we have an EMR set of capabilities, where we'll push information into EMRs. We have single sign-on for our applications, so physicians or caregivers in their applications can actually pop into our insights and applications without having to jump out of what they're working through.

We have a care management tool, so care programs, programs goals, interventions, care plans, all of that is managed within Identifi Care.

We have an Engage application that I think we talked a little bit about last year where we're building. We've now rolled that out into a couple of markets. We're moving that into Passport. That's a mobile application for patients to interact with their care team. So we're pushing that directly into patients with their mobile solutions and tying them into Identifi Care and then bridging that back into the EMR.

We have Identifi Practice as a tool that we use to push to physician offices, information about their attributed patients, all the programs they're enrolled in. It's also a cycle that allows that to interact with Identifi Care for care management activities.

And then we have Identifi Network is a new tool for us. Provider data management is a big sort of nexus between care management and health plan administration. So Identifi Network, it allows provider data management for care. So who are the providers? How are they rendering care? Under what type of licensure? In what facilities? And then, how are you paying claims against that provider? And how do you bridge that combination? So we're rolling that out.

RAF risk adjustments and now we start to transition into some of the health plan administration activities. So risk adjustment, utilization management and then care management from a health plan perspective, service claims and web portals. So that's a quick overview of the platform.

A couple of key investments in the last year. We moved the Identifi platform into the Microsoft cloud in Q3 of last year. So that represented about 500 servers. A lot of information, all of our 3.1 million members moved into the cloud which gives us a little bit of reach. Obviously, access to some of the Microsoft investments that they're making in their data centers. It assists with our scalability. So when we talk about rolling out new clients, so most was 500,000 or 600,000 lives that we put into the platform, being able to turn that on and accelerate implementation is very helpful from a cloud perspective.

Line of business expansion, so as we have been rolling into Medicaid, building programs across Identifi Care, the analytic tools, Practice, so a lot of investment there. And then, most importantly, in some of the recent investments around our claims payment tool set that we acquired as a part of the Valence Healthcare acquisition last year, so a lot of work on re-platforming and integrating that in with the platform.
So quick run there. Any questions on Identifi or the platform?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

I'll just throw a question to you. Have a lot of experience here with [indiscernible] and how does Indentifi differentiate [indiscernible]?

**Chad Pomeroy**
*Chief Technology Officer*

Yes. So the question was with experience in large payers, how do we think about Identifi and how that might differ from investments that a large payer might make? I think starting with the provider data, so our efforts around network and thinking about a provider as both a deliverer of care and a contract that they need to be paid. In most large payer organizations, they're very segmented. And so understanding that a provider is a neurologist, who might be a pediatric neurologist on these days, working out of these facilities and a general neurologist on these days, working out of the hospital facility, they're paid differently under different [ TENS ] and how patients are attributed and the care that they're receiving. They would not differentiate that as a payment from how they would organize care and so being able to associate patients to them under each of them and coordinating and being able to represent that data back to them is differentiated. Most payers would think of them, again, as how do I pay you and then there's that care thing happening over there, and how do I aggregate data and just disseminate that out in scorecards or quality metrics, we think about sort of making that central to the platform. So provider information and then patient and consumer, the same way, so how do we drive data and insights back to them? That was a big driver for Engage for us, was how do we meet patients where they are, and most of them these days are carrying around cellphones just like all of us. And so we were spending a lot of time outreaching by phone, doing things in the office, but we were missing more sort of asynchronous interaction opportunities and engage what we're seeing. Really high pickup on some of the early users of it is patients liked being able to engage with the care team offline and when they want to as opposed to having to do it in the physician office or on the phone. And so those are some of the investments that we're making that are different.

**Unknown Attendee**

[indiscernible] think of that [ whole ] platform?

**Frazer Buntin**
*President of Value-Based Services*

Yes. I think to just -- to sort of get a sense of where Identifi sits in the marketplace, the left side of the page is the clinical, right? The right side of the page is more the planned financial. Chad just spoke to how, I think, the right side is a bit different and sometimes the left. The EMRs do pieces of the work on the left-hand side. I think what's become very clear over the last 2 years is bridging both the left and right of this page, is something that's pretty unique. And Epic and Cerner aren't doing that and the payers aren't doing that, there's a unique place that I think we set, which is under full-risk programs, you need both sides of the page and there's not a comparable technology platform that does both out there. And while, as a provider, you might look to Cerner and Epic for pieces or you might use your payer for the pieces on the right, when you're really taking risk, we're finding people want the whole thing in one place.

**Unknown Analyst**

[indiscernible] more of my questions are [indiscernible] health [indiscernible] is there anything that's on your product road map offer today that wasn't on [indiscernible]?

**Chad Pomeroy**
*Chief Technology Officer*

So the latter part of the question, is there anything in the road map or not on the road map that clients are asking for? Most of what we find is we're generating insights that are driving road maps from client

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

needs as opposed to clients asking for things. Clients asking for things might be more specific and granular, so at a program level. So that might be based on insights of the data drives. So they might want to adjust, I think you heard earlier, an adjustment to a readmission stratification program or something. So those kind of things will come out of the insights and the collaboration in working with the client. The macro things that we're building provider data management with Identifi Network, that's something that's just an industry challenge across the board. I think how we're choosing to solve it and bridging both care management and health plan administration is unique, and I don't see many people really understanding how that comes together, unless you're living in a world where these 2 things are coming. A lot of our clients, what's interesting, if you think about the spectrum, we have clients that come in as a health plan operator looking for us to administrate their health plan of sort of a legacy Valence world at CPA, and we're adding care management. And then, we'll have somebody who'll come in on the care management side, Passport, where we started on care management and then we added TPA. And so we have to support clients that come in on anywhere on the spectrum. But what's interesting is in our ability to turn on the other modules without having to reintegrate, reimplement, it's just -- that's kind of unique from what we've seen, being able to color both sides.

**Frazer Buntin**
*President of Value-Based Services*

Yes, and I agree with all that, and I think that in a competitive sales environment, what we're seeing a lot of is -- and SOMOS could speak to this if you spoke to them at some point, but they looked at lots of options for who to partner with. Some of the -- the only other companies that have the breadth of this sort of stack all the way across the top would be companies that have acquired lots of businesses over the years and stacked them together. What they find and what we see a lot in our competitive processes is they're silo-ed because they were -- there's an acquisition-based rollup of a bunch of different companies versus we built this integrated organically from the beginning. And that's beginning to pay dividends I think in a sales environment where people understand each of these pieces actually speak to each other and help drive an integrated outcome versus the data's not actually linked. And that's been a -- so just speaking from a sales environment standpoint and how we compete in the marketplace, that's been a big deal because there's nobody else that actually has anything integrated.

**Chad Pomeroy**
*Chief Technology Officer*
And I will just add just one last thing, which is I think coming at this from the last 6 or 7 years, managing risk and delegated risk and thinking about the care management piece, we've built a platform sort of solving for that, not selling software per se, but really solving the business partner challenge and adding to the platform as we go, as the use cases expand. So having 20 or 30 markets that drives us in different sort of sequence and different approach has really allowed us to construct the platform that I think it's sort of purpose built, which is a little different than, as Seth mentioned, folks that sort of went into solve one thing in a very narrow manner and then tried to aggregate it to other pieces.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frazer Buntin**
*President of Value-Based Services*

Yes. Thank you. So next up, John Chomeau, who is the Chief Population Health Officer with Lee Health and a terrific partner of ours. John has been in Medicare with Lee and is now more in Medicare with Next Gen and also adding Medicaid as well. So you can hear directly from him.

**John Chomeau**

Thanks, Frazer. I'm going to give you a couple of perspectives. Before joining Lee, I was previously the President of Magellan, Behavioral Health, focusing on commercial Medicare, Medicaid and commercial and federal lives. I also was the President of Medicare for Aetna and was there for a number of years and before that, United. So I bring a strong payer perspective to the world of providers and my bias now is that if you really are trying to effect all the change that we're trying to effect within the cost of care, quality, outcomes and really solve the integration of behavioral and medical, physical, it really is going to happen at the provider side. I mean, I love the insurance company time I had, but we always seem to be one step removed from being able to interact with that patient on a level that allowed us to really truly make a difference. So that's my perspective coming into the room.

Like to share just a couple of minutes around why this Evolent experience has been unique to Lee. We are a large nonprofit, publicly-owned hospital system in Fort Myers. We operate in Lee County -- or had been operating in Lee County until recently. We've now expanded that, obviously, with the Medicaid procurement. We have over 1,500 employed physicians. We have 13,000 employees. So we're fairly big and complex. And we entered into this relationship with Evolent, really, when we stepped back and said there are 2 action-forcing events that we're facing in our coming year. I came on board last year in January, made the presentations to the Board in April that we would do this with Evolent and our partner. We would chase both the Next Gen ACO because that was closing and we also would put our hand up and raise our hands and say, we'd like to procure with the state on Medicaid. If you think about that time line, April approval, Next Gen going live, 1/1, and then you look at the complexity of a state procurement that happens every 5 years in Florida. We received the ITN, the intent to negotiate in July and our documentation, 36,000 pages, hit our agency's doors on October -- excuse me, November 1, and then we just finished the procurement process, where the state announced that they intend to award our organization with Evolent as our partner, the contract in Region 8. So an amazing, amazing transformation.

And what I would like to impress upon all of you is that when you think about what we just did as a provider, which as a publicly-owned hospital system, very conservative, very risk intolerant, nervous about a lot of things, publicly elected board, you would think that this would not have been possible. But I think because of the talent and the expertise and the clinical models and the technology and the team that was literally on the ground with us every single week, this was possible.

So as you evaluate kind of this organization's ability to flex and stretch and bring best practices -- I've heard Steve talk a number of times about what's happened to Passport, he's my shining beacon. He's the guy that when I hold up where we want to be, he's like, yes, that's where we want to be. And all that good stuff coming out of the Medicaid Center of Excellence allowed us to be helpful. When I said 36,000 pages, it was really the expertise of about 150 people working on this thing and a lot of those folks had experience with Passport, so very, very exciting.

We are currently leveraging the Next Generation ACO work. This is the strategic chart that I presented back in April to our board. We were going to build our Next Gen ACO model from the ground up. We have 25,000 lives in that ACO today. We are performing in our fifth month. Not a lot of information I can share on that openly yet, but I can tell you that our readmission rates on that cohort of lives has dramatically reduced from where it was, kind of all-cause readmission fee-for-service to where it is. And I

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

think later as we kind of go through this relationship with Evolent, they would definitely be able to share that information in probably a case study but probably not available today.

That allowed us to also become very competitive in how we approach our integrated care, acute, post-acute and ambulatory for a cardiac bundle. We were asked by CMS to participate in the bundle. Obviously, those BPCI bundles are all modifying as we change. We are looking at all 32 with the help of Evolent. They're doing the work with us, and we will know more about which bundles we'll participate in, in the future based on the expertise that Evolent has provided us.

I mentioned briefly the Medicaid procurement. 8 awardees in the state, highly contested right now. We're in the protest period, so there's not a lot of open discussions outside of those that have raised the concerns. We'll get through that process and then we're already in full implementation. Evolent has parachuted into our community a team of leaders that are highly seasoned in the Medicaid space, and we're already in the implementation and operation mode of that.

And then, we also have an aspiration. As a large self-insured employer with 19,000 lives under management, we have one of the best-performing employee plans in the country. We'd like to spread that benefit to other employers in the region that we operate. And I think that's the last point that I'll make.

Lee County, by virtue of, I believe, of legislation that was struck in Florida, has always operated in Lee County under -- as Lee Health. We are now looking at the region of Florida, and we actually have aspirations beyond. And I think being able to have a partner like Evolent, allowing us to have the expertise, the technology, the scales, the implementation experts as well as the ability to provide clinical performance for populations that we take under our model has really given us the confidence as a very conservative health system to take these steps forward.

So I'm very, very happy with where we sit today. It's early. So a year from now, I might be more gray than I am now. I might be a couple feet shorter, but I can tell you that at least we're off to a great start, and we're very excited about what's happening in Southwest Florida. Questions?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

What would be a [indiscernible] through your partnership with Evolent [indiscernible]?

**John Chomeau**

Yes, we had a very small internal team that led this. Seasoned people like myself that really understood how to do this, but we committed our entire employed physician organization, our entire operations organization as well as all the other supporting services like finance as well. So it was a matrixed model. It wasn't like we went out and built up a large team of 100 people to go do this with Evolent. We really relied on them to carry the majority of the weight, but we had a small, very focused executive leadership team that really drove the engagement with Evolent. Yes?

**Unknown Attendee**

There's a lot of sort of startup MA plans that kind of providers [indiscernible] in Florida [indiscernible]. Like how do you think about that as kind of an impact? [indiscernible] about [indiscernible] facilities [indiscernible] next plans.

**John Chomeau**

Yes, it's a great question. Having come from MA, at United and at Aetna, obviously, understand it, understand it quite well. It's definitely within the scope of our discussions right now. I think we on Southwest Florida part of the state are a little different than the East Coast. You don't have the penetration on MA that you would see on the eastern parts of Florida. So we're having those discussions. We have not made any decisions as of yet, but you would see, obviously, with an ACO and with other capabilities, it would make sense.

**Unknown Attendee**

Could there be an encompassing set of it for being a supplier there? Or like, did you think about [indiscernible]?

**John Chomeau**

It's all about beneficiary choice. And having worked so closely with CMS for many years, I'm a big believer in that, going back to early, early leadership with CMS, Tom Scully and others. So I'm all about giving them the options. As a provider organization, and this is one of the things that the state clearly saw in their award on the Medicaid side, we're provider service and that relationship is unique in Florida. So we are going to be using our providers differently probably than if we just had a contracted network. Yes?

**Unknown Attendee**

A question on [indiscernible]. Do you think that [indiscernible] you'd get tension with the relationship, [indiscernible] that model for contract awards [indiscernible]?

**John Chomeau**

Yes, I hope not. We've been good partners for years. I mean, we've -- for the last 5 years, we've all worked seamlessly as a provider organization and other MCOs. We have a lot of respect for them, they have respect for us. This just kind of changes -- for people that elect this plan, this changes the relationship a bit. But my hope is that there really isn't a divide that's created there. We really need to be focused on the community outcomes. Good question. Thank you. Yes?

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

You'll probably not to be able to answer, but I think there's probably like [ 276,000 ] Medicaid lives now. I mean do you have any expectations in the company [indiscernible]? Maybe give us some perspectives [indiscernible]?

**John Chomeau**

To be determined. Obviously, not only will there be legacy lives that'll stay within the plans that they're in today. In the award, in the Region 8, there were 2 incumbents that were unseated and 2 new entrants. So there are a total of 4 awardees of the 240,000 lives. Our expectation is as a provider of services today, 42% of the lives in Region 8 are basically cared for by Lee, Lee Health or Lee Health providers. So there's a natural affinity towards the system, but our expectation is we'll be somewhere between 20,000 and maybe 40,000 lives max. First year, that's probably a reasonable assumption. Good question. Thank you. Any other questions? So yes?

**Unknown Attendee**

Do you have existing partnerships before Evolent [indiscernible]?

**John Chomeau**

Yes, you might expect a large provider system had a number of existing relationships, sales individuals coming down and trying to steer us into these conversations. When I arrived in January, the most credible was Evolent. One of the things that we decided to do through Evolent's expertise is to do a due diligence analysis on us. What's their perspective on their -- on our ability to get there from here? And they, completely unbiased, said you're not very good and here are the things that you're not good at yet if you want to be competitive. So we relied on them kind of in a phased discussion of tell us what we need to fix, tell us how we might fix it. And then we made a procurement decision, as you would as a public entity, and did a full analysis on whether or not that would be -- they'd be the right partner. It's a great question. Any other discussion questions? I just thank you guys for the opportunity. Great, great discussion today and, hopefully, next year, I can provide some statistics and data. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay, I'm going to keep us moving here. If people need to break, it's fine to get up and move about. But Anita and Dr. Andrieni, why don't you guys just come on up? And we're going to spend a little bit of time.

We've talked about the importance of clinical, and that ultimately, if you're going to differentiate around these populations, that's where you need to deliver. And there's no 2 better people to talk about our clinical work than these 2. So thanks.

**Anita Cattrell**
*Chief Innovation Officer*

Thank you, Frank. So I'm going to talk a little bit about our clinical model, which we've touched on in various parts of the conversation already. And then, hand it over to Dr. Andrieni, who is the CEO and President of our Houston Methodist ACO, to talk about how it really comes to life for the physician and our partner, PCP practices.

So we all know that in any given year, medical expense is highly concentrated. So 5%, we've all heard the statistics, 5% of the population accounts for 50% of all expense. So we also know that, that cohort, that 5%, is all actually not persistent over time in that in the following year, their medical expense actually reduces drastically, without any clinical intervention, it's really just regression to the mean. And so what this means is that our window of opportunity for actually impacting these patients is actually really short and it requires us not to only identify them earlier before they incur any of this expense, but also understand who is actually impactable or can be impacted and through what clinical intervention.

And so pretty sure you've touched on this. So what does it actually take? And so there are a couple of key functions that you really need to do this well. One is being able to aggregate data. So Chad touched on this. I'm going to take you through an actual patient example of how do you really create a comprehensive clinical social behavioral profile that you can use to actually guide the care management.

Two, then how do you use all that information, imply more advanced algorithms on it to really identify who's going to have an impactable event in the near future that you can actually address through a clinical intervention?

And then, third, which is obvious is actually being able to activate or engage that patient and the provider in that care. It's a critical step that's often overlooked by a lot of other solutions in the market.

And then, last, being able to consistently deploy an evidence-based intervention towards that patient to actually see the results. And so we know that when we do this well, you're going to actually see some really impressive results.

So these numbers are actually based on propensity score matched case control studies, where we take a managed cohort. So members who -- or patients who have gone through our programs actively and graduated and compared them to a cohort that haven't been through these interventions, but are comparable, and we match them on a one-to-one basis, on demographic, socioeconomic status and social determinants, prior cost and utilizations, comorbidities and chronic conditions and kind of a gamut to make sure that they're actually comparable in risk and then we can actually compare the 2. And so what you're seeing on the slide is the difference. And I think aside from sort of the magnitude of the reduction, I think what's most compelling is just the consistency that we actually see across very different populations. And we've even gone as far as having a third party sort of independent reviewer look at this and really validate it to say this is actually real.

And I think, what we've kind of come to believe is the reason that we can see this consistency is just our hyper-focus on being able to actually optimize every step of the process. And I think what's so important to understand is that when you're thinking about the value equation, it's actually compounding.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So at each step of the process, it sort of depends on the step before. So you start with identifying the right patient, right? So if you don't identify the right patient, you can engage them and manage them, but you're still not going to see a result. If you find the right patient, but you can't engage them, again, you're not going to see any value. And last, if you find the right patient, engage them, but you're applying a wrong intervention or you're doing it in a cost-ineffective way, again, you're not going to see the result. And I think this is exactly why care management, for a lot of other organizations, is actually just not ROI positive. And when we actually start partnering with new organizations, we find that we're fixing a lot of the issues that actually contribute to through the deterioration of its performance, whether it be a lot of physician referrals, which we've shown are less impactable than our stratification referrals, or the fact that they use one approach to engage every patient, regardless of their social situation. Or the fact that they might have nurses embedded in the practice who're being pulled out and doing sort of low-value activities and aren't focused on the right ones.

So what does great performance look like? I'm going to take you through each step of this process in an example, just to give you something tangible and show you how we're continuously improving and innovating on this process.

So data aggregation, so Chad talked about this at a high level and showed all the different sources that we're taking in through Identifi, but I wanted to give you really concrete examples. I'm going to introduce you to our friend, John Doe. And so typically, most organizations start with administrative data. So you have medical claims and eligibility. And so what that tells you is that John is 70, he has diabetes, hypertension, chronic kidney disease, he admitted to the hospital over a year ago. Like generally doesn't sound that sick, right? And that's all you kind of have to go off of. But when you start layering other data sources, so admission, discharge transfer data that we get from our hospitals, we learn that John actually had an ER visit last week and complaining of swelling and shortness of breath. And then, we actually get some of the labs that are associated with that visit, and we realize that his labs are out of control, and we're seeing some deterioration over the last couple of months. And then we get some pharmacy data and we see an increase in scripts but we also see a behavioral health marker. So a prescription for anti-anxiety meds, even though he didn't have a medical diagnosis, so it's an indicator that there might be something going on there. Then, we can integrate all the social data. So whether it be through census information or information on the ground that we start learning that he lives in a food desert, which means he doesn't have access to high-quality food. He is likely to live below the poverty line. He doesn't have a car that's registered to his address, so -- and he's not on a bus route, so he probably doesn't have any reliable transportation. And then, we find out that he lives alone through some of the self-reported information that he provided when he joined the plan. And then, through all the information actually coming out of Identifi and comparing him to other patients, we actually know he's highly activated and that he's very likely to engage in some of our programs.

And so when you start layering on all this information, it paints a very different picture of his risk than what you just started with, with administrative claims. So once we kind of have that profile, we can start applying some more advanced algorithms to that to really understand what is he at risk for. And so what you're seeing here is essentially those 8 data domains and using machine-learning algorithms and other advanced processes, we can start looking for patterns in the data.

So through hundreds and hundreds of variables across these 8 domains, we can look for specific patterns that are actually associated with the specific outcome, an adverse event. And we've designed a number of these adverse events and then actually created clinical interventions around them.

So in the case of John, some of the things that triggered, so he had that ED visit, right? And it was for swelling and edema and we noticed that his GFR, through the labs that came through, indicated that his CKD was progressing. We, like I said, found out about that new script for anti-anxiety meds, which indicates a behavioral health issue and his social situation. So collectively, this sort of pushed him over the risk threshold and it triggered him for risk of an avoidable admission due to his chronic disease.

And so what's really important to understand is that pattern is unique to John. So someone else may have a completely different pattern across that data and still be at risk for the same kind of ambulatory-care-

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sensitive admission, but it really speaks to sort of the dynamic nature. And I think that's where we see the best results with our stratification is to be able to actually conform to the changes in our population.

So being able to identify John before the admission seems really obvious, right, in order to stop it. But it's actually not always possible in sort of some of the standard systems. So when you think about sort of a standard claims-based approach to stratification and care management, and you look at John's situation, so he has an ED visit with a primary diagnosis of Stage IV CKD. But because of the actual claims lag, we actually don't know about it until 60 or 90 days later, at which point, we alert a community health worker to outreach to John, and we find out that he's already admitted for edema. And this is a really difficult scenario that you see in a lot of products out there.

So now if we run John through sort of our real-time stratification approach, he admits to the ED and we actually know within minutes through our EDC feeds that he's in the ED. A few, maybe hours later, we know that his chief complaint was swelling and shortness of breath. And maybe a couple of hours after that, we get his inpatient labs to suggest that he's now progressed from Stage III to Stage IV CKD. And at that point, we can actually alert and automate in the system an alert to go out to a community health worker to outreach John. She gets a hold of him, coordinates with his PCP to get him into the office within a day, where the PCP can actually start him on Lasix and then refer him to nephrology and so on and so forth, then we avoid the admission.

So actually, avoiding the admission requires us, as I said before, to actually engage John. And so I think what's really important is we use the same algorithms to -- that we use to actually predict an admission to predict an engagement level. And so using things like neighborhood composition, behavioral health status, caregiver status, their prior experience in the health care system, we actually know how likely John is to activate and engage in our programs before we even contact him. And what that lets us do is actually tailor our outreach strategy. So in the case of John, we knew he was going to -- he was very highly likely to activate. We actually took the most cost-effective approach to engaging him, which was a community health worker who -- and we gave her all the information about his social situation, so she knew that she needed to solve for his transportation issue before she even talked to him.

And -- but whereas, patient A in this example, much harder to engage, we might actually triage that directly to a primary care office and actually have them outreach the patient. And so by doing this, sort of more analytically driven approach to engagement, we've actually seen a 30% lift in our engagement rates across our members.

So now that we have John engaged, what do we do with him? I think it's really important to understand that John is just one of millions on the platform and one of tens of thousands of cases just like his. And what's really interesting, and I think Frazer alluded to this, is that we have a team of data scientists and epidemiologists who are constantly analyzing every case on the platform and really understanding what worked for what type of patient when. And what we do then is actually distill down what are the very specific activities that the care team that needs to engage in to actually see a result with John.

So in this case, he was automatically stratified for a complex care program, at which point, action items were created and sent to the community health workers, who arrange for low sodium meal delivery after he was discharged from the ER and transportation to his PCP and nephrologist office. The RN in parallel was doing a much more comprehensive assessment to really make sure that we had a long-term plan for John that involved his PCP, who initially prescribed Lasix to get the sort of near-term event under control and then sort of long term, working with his nephrologist to manage his disease more effectively.

And I think this last point around how do you integrate the intelligence into the primary care practice and the physician workflow is just so critical. So I'm going to actually turn it over to Dr. Andrieni who's going to talk about how that works at Houston Methodist.

**Julia Andrieni**

Thanks. Thank you, Anita. Thank you. So first, I think I will just start by telling you a little bit about Houston Methodist. So Houston Methodist Health System is one of their strategies to prepare for the future is to be a leader in value-based care. And so this is our first venture in taking risk with a payer in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a Medicare shared saving program Track 3 in 2017. And when that decision was made, in our partnership with Evolent Health, we knew we needed a dynamic data platform with predictive analytics to succeed. And that's where our partnership with Evolent Health began because we needed that to even begin to get into this risk business.

So how do we do this? How do we use this data platform in our primary care network? One of the ways that we do it is all our primary care practices have 2 teams of people. One team is our population health advisers and those are the nonclinical people who bring out to the physician practices monthly or every other month and also to their staff, cost, utilization and quality reports so they can compare themselves to other practices in the ACO network and they can compare themselves also to national metrics. Now this is the first time a physician has ever seen data like this, actually. And so it's putting some power in their hands to share best practices for the high performers, but at the same time, looking for opportunities to be creative to dig down and solve the problem. And so that's a good thing for our physicians because they like data and they like being creative in solving problems. So that's been one effort that is a win for them.

The clinical effort is the coordinated care nurses that do the case management and how they use this platform is, if we have 16,000 patients, how are we going to know who are the impactful patients to reach out to? How are we going to know which programs to put patients in? How are we going to know which resources we need unless we have some type of predictive analytics that works, so that we're actually putting resources where it would be impactful? And so those then, that care management team, is an extension of the primary care offices. They're calling patients on behalf of the primary care practice, engaging them in programs and in giving that feedback to the physicians.

And we have 3 programs: complex care, transitions in care and also advanced illness care that patients graduate from in working with the primary care practices. And in terms of practice support, those care nurses, those care managers, we've actually expanded that effort, that care team. We have nurses, we have social workers and we have pharmacists, actually, on our care team now because value-based care is a different way of looking through a different lens than the traditional fee-for-service. And still, if we used our case managers to manage these patients in our hospital, they would be doing it like they did in a fee-for-service world, where they focused on length of stay. We're not doing that with our case managers. We're actually focusing on the care of that patient, so that instead of going to multiple post-acute facilities, they hopefully can go home with home health and we close the gap with the primary care physicians so that we just are closing a loop for more continuity of care.

In terms of the EHR, the records of these care nurses and case managers are in the physician's EHR. So they can see exactly where they're closing gaps of care. Our pharmacists also document and do medication reconciliation, and in the patient risk course and I'm going to show you how that gets integrated within our EHR because that is one of the coolest things, I think. Every single patient in our program has a readmission risk score, has an ED utilization risk score and a complex care risk score, and that score means something to the entire care team. A physician sees that in real time when they see the patient and then they may bring to them more frequently if they're at risk for readmission. If a nurse sees that, she may reach out to them more frequently. She may actually engage them for a longer period of time. If that patient goes to our ED, the ED physician sees that, the hospitalists, the entire care team and the continuum can see these risk scores and it actually drives change and gives them new information for care.

We talked about these 2 resources that support the primary care practice network. The population health adviser, which is the nonclinical, think of them also, in addition to sharing cost utilization and quality reports, think of them as masters of practice transformation because they also go into the practices and work with the staff to drive change.

To give you an example, in this population, what we found, we weren't doing fall risk assessments in people 65 or older. We weren't doing depression screening. So these population health advisers are training all the medical assistants in that practice when they do their vital signs to remember to do the depression screening, the fall risk and with that, we're improving quality and picking up things that we would not have picked up. That information that the medical assistants are gathering goes back to Identifi to even this dynamic data source that we're sharing.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now our clinical team, our coordinated care nurses, think of them as patient transformation. Patient transformation because why do I say that? They are the ones who are doing the assessments for social determinants of health or social influences. They're the ones finding the barriers to care? Why did that patient miss that appointment? Do they not have transportation? Why is there a gap in their medication? Is it because -- is it a socioeconomic reason, they couldn't afford the medication? They're finding out the barriers that can drive -- that can actually address things that are not being picked up in the primary care office. And that data also gets entered back into that dynamic data source. So think of those nurses as an extension of the primary care office closing gaps of care and addressing barriers to care. So those are the 2 core teams that work with the primary care physician network.

We've also embedded within our EHR, the ACO quality metrics dashboard, so that each physician can see their own scores in real time, embedded in the EHR and drilled down to the patient level to close gaps of care. And we have this by practice level, by physician level so that we know where we are standing and what we need to work on in terms of quality.

So what does the governance of this look like from a physician point of view? And this is bidirectional. So we have a physician Board of Directors for the ACO, of which 70% of the voting members are primary care physicians who have these Medicare beneficiaries. And we also have a patient on the Board and those are some CMS regulations. And then, we have committees, our PAC, our Physician Advisory Council, is our think tank. These are our most seasoned clinicians, where we will present data and potential solutions and get feedback. And then, that will boil back up to our board. And we have representation from all our largest practices on that, and that's probably one of the more popular committees. We also have a Finance and Ops Committee, where Practice Managers and physicians and a Quality Committee do the focus on our quality metrics.

And then, you heard about the Population Health Manager. And I want to give 2 examples here. You see the chronic kidney disease. I want to give an example, where we saw universally in all of our practices, we were huge outliers for home health expenditures, well above the national average. All our population health managers were saying that we were seeing that in all the practices, this levels up to our Governance Board. And we realize when we speak to the primary care physicians, at the end of a busy day in practice, they're signing those home health forms, so at the end of this saying no one's really reviewing them nor were they really trained to be case managers to review these forms. So at the governance level, we said, why don't we hire a Case Manager to, as a service, the ACL will review all the home health forms, call the patient, call the home health agency. And in our first year, we actually were able -- we declined 47% of the home health forms because they were just this serial continual -- it wasn't a need the patient needed. It wasn't -- we were able to actually find an opportunity for savings because this is not something -- and it was a win for the physicians because this isn't their expertise, and it was a win for the ACO because that was substantial savings.

And then, a clinical example that we use in this is the chronic kidney disease. So by mining the data on certain complex conditions like chronic kidney disease, if we can slow the progression from a Stage III to a Stage IV or a Stage IV to a Stage V, that's hundreds and thousands of dollars per member per month of savings and slowing the progression. And also if we can prevent them from being crash cases that go into the ED for hemodialysis, that's another savings.

So we thought, if we can mine the claims data combined with the lab data, we can bring to these primary care physicians, their list of chronic kidney disease patients that are in a Stage III or Stage IV, and we found that almost 1/3 of them did not have a nephrology follow-up in 12 months. So they hadn't really been identified. So I do believe we're providing better care by mining data and putting it in the hands of the physicians, so that we can be more proactive instead of reactive. And I think that's one of the main ways we use data.

So I do think of this as physician-led because we are giving them data and working with them to come to create a solution. And we wouldn't even know what the opportunities were if we didn't have the data to review to begin with. And then -- and each practice may have their own challenge, but those are the challenges we all work on together. And by doing that, I really do think we're providing value to the physicians and to the patients and that resonates with physicians, that value to the patients, because

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

that's really what that's about. But when I say value to the physicians, they're getting an infrastructure to help them take care of these patients with our nursing care advisers, with our population health advisers and also with these IT tools.

So how do we begin this journey? And this sort of gives you our journey. So the first thing that happens is we have to identify who are the patients. In our first year, we had 16,000. This year, we have about 25,000. But who are the patients? So we actually labeled all the patients in our EHR throughout the system who are in the program, so that everyone will know wherever that patient went, this is a patient in that program. This is a value-based care patient. But then, the really important thing was the predictive analytics. For all of those patients, we needed to know what was the readmission risk score, the complexity risk score as well as the ED utilization because it really changed how we manage them and who we outreach to. It also changed what resources do we need, how many of these patients do we have?

And then, we form collaborative partnerships to take care of the patients. We don't have urgent care centers, but our primary care physicians, what are we going to do in after hours, in weekends when they're not working? In the old world, they would go to the ED. Looking at the data, we're shifting them to urgent care centers that are in their neighborhoods and we have partnerships with the urgent care centers. And now we are responsible for the continuum of care. Even when that patient is not in our hospital, not with our physicians, we don't own post-acute facilities either, but we have to have partnerships with them so that we're in those spaces now, managing patients for goals of care. It's no longer, you go to a skill nursing facility, you're going to be there 21 days because well, that'll be paid for. We go into it and we say, what are the goals of care? We're going to get you get back to your primary care physician. And I feel like patients are spending more time at home and less time in the hospital if we prevent admissions and less time in post-acute facilities if we can get them back home safely, and so those are our goals of care. And we've had a lot of good patient feedback on that also.

And then, quality. Amidst all of this, we're constantly monitoring quality and hard-wiring it so that it is at the fingertips of the physicians, to understand that what we're doing by screening more people for falls or for depression, that we're picking up more cases that could end up in an ED, in a hospital and being more proactive, being more proactive in patient care instead of reactive.

So on technology and innovation driving patient outcomes. We mentioned about the risk scores that are embedded in our EHR, and I will show you exactly a snapshot of what that looks like and what that means. So the care team that really drives how we manage patients, from an administrative level, it also tells us a lot about who our population is and where we need resources. ED ping, when one of these patients ends up in any of our hospitals, the care team gets a ping on their telephone and myself included, so that I'm always aware of how many patients are going to our hospitals. We all get a ping, so they call that ED physician, that hospitalist and say, this is the patient in our ACO and can we help you and case manage this, this really has to be admitted? Because there are patients that come into the ED that really need case management and are admitted because there's no one to do that. There are patients who come into the ED, who could have IV hydration, antibiotics and probably go home if someone were there to help manage that. And there are patients that come in the ED that can use the skilled nursing facility waiver, meaning they don't have to spend 3 nights in a hospital to get to a SNF. We can actually transfer, so our team is managing all of that.

And then, identifying flag in the EHR. This is so that people know these patients are in the program, the entire team. So what does that look like in the EHR? This is a snapshot. That little tiny, I don't know if you can see it, pink or red banner that says HMCC, that's our name, Houston Methodist Coordinated Care MSSP Program, is just so that everyone -- if they see that little red banner, this the MSSP patient. Everyone knows wherever the patient is, they're in this program.

And then, we've embedded also in the snapshot, the risk scores that you see where it says patient risk banner. And what we did is we color-coded it green, yellow and red. So that you don't need to know the exact number, but if you see readmission risk score is high, that means the nurse may say I'm going to follow this patient in my transitions of care program longer. That doctor may say I'm going to see that patient sooner. And so it really drives changes in the care. And then also listed in there, you can see it says Medicare shared saving program is not currently utilizing care advising services because the problem

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

resolved, goal was met. So in this case, this would mean a patient would have gone through the program and graduated. But in other cases, it will list the name of the care adviser so that everyone will know who is the care adviser and the phone number, and if the patient is in the ED or wherever they are, they can reach someone and know this is the person managing that patient.

And so some results I'm very happy to share with you. This is our first year of ever taking risk in 2017 with any payer. And remember, we're Houston, which means we did have a little thing like Hurricane Harvey. I was thinking I can't believe we took risk this year. How do we not see this coming? But it worked out anyway. As you can see, we really did prevent admissions. So what does that mean? It means that we were being proactive and were able to identify avoidable admissions. And we were able to identify avoidable admissions and put a care team behind that to educate patients to be proactive about their care, to get them in to see their primary care or to identify those chronic kidney disease patients early. That's what that means, avoidable admissions by decreasing to our baseline.

We're leveling off our ED visits, still up a little, but I think we'll end the year on a high note. These aren't final results, but that is leveling off and that's leveling off of the use of urgent care and also being proactive, getting patients in during primary care office hours, increasing access. That's really important there. And other results, and these were -- the other results that we had, we worked in the post-acute world. Now we don't have any post-acute facilities, but we actually hired our own team to case manage all discharges in our hospital because we're managing them differently. We're standardizing the process, where a patient goes based on criteria and not where a bed is. What meets the goals of care? Person doesn't go to an LTAC who cannot do so many hours of physical therapy days, it doesn't make sense. It's an overuse of a resource, and we found a big opportunity there and still find a big opportunity there in these results.
So I think -- yes, any questions? Yes?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

Maybe one of those same sort of questions asked at an investor day. Obviously, early on your [indiscernible] technology. Is there a point, 3, 4 or 5 years later, let's say we've learned everything we can learn from that and we need to scale that, we don't need to give as much. Maybe we still need Identifi for the lens of the services, we've figured it out, we don't -- we can bring this in now? And how you think about what they bring to table to learn now and that how thinking that [ usage ] is growing with certain [indiscernible] over time or eventually you learn it and you keep on [indiscernible]?

**Julia Andrieni**

That's a very good question. I think value-based care is a new journey for a lot of people, and taking risk is even a newer journey for a lot of people. So I don't think everyone has figured all of those things out. I think one of the greatest value that Evolent has brought to us is an analysis of us in taking risk, and also the data platform that is dynamic -- that is dynamic in real-time, having a warehouse like that to utilize is so smart and also the predictive analytics, those tools. We have a hybrid team. We have some Evolent care managers and we have some Houston Methodist care managers. We actually have a hybrid team at Houston Methodist. So I think that you're going to see different flavors in different places based on their resources, based on their expertise, but I haven't seen any places that's really cracked the information technology platform like this and growing. And that's really core to give you direction as to which patients that you're going to outreach to, what resources you need, that's really core. That's a core strength that's needed. Yes?

**Unknown Attendee**

[indiscernible]

**Julia Andrieni**

So Houston Methodist Systems Board, I've been presenting at their annual board retreat now -- this is our second year in the ACO, and I've been presenting for 4 years in a row, and no one else has. So they are very interested in value-based care and where it's going and how we perform in this. And part of that is seeing the payer-mix shift in the hospitals with increasing Medicare, decreasing commercial just by the aging population. And part of that is seeing that they think this new payment model, this new model of care is the future. So I see they are very interested in this topic. And in any work that I do, and, in turn, the CEO of the system, I present out every other month about this ACO, because they also see it as a way of aligning physicians because physicians are deciding which ACO to belong to. You can only belong to one ACO. And so they are deciding which health system, which physician organization ACO am I going to belong to, the private physicians. The employed physicians are usually in the ACO of their home institutions, but all of those private, and Texas is a territory regionally, where there's still a lot of private physicians. And so health systems want them to be aligned to them. And this is a mechanism for that. And it's a mechanism for that for 2 reasons. One is MACRA. If they join an ACO that takes risk, they automatically get alternative payment model. They don't have to do MIPS. That means they get a 5% lift in all their Medicare fee-for-service payments. So there are multiple reasons, but one has to do it preparing for the future as a health system, new models of care, new care delivery model. Another one has to do within your own region aligning physicians who can only join one ACO. Yes?

**Unknown Attendee**

Is there a natural feeling on the amount of [indiscernible]? Like how do you think about that natural tension that exists, kind of how the model's evolved if you could?

**Julia Andrieni**

Good question. So how do I see that? In our model, we're still very much in a fee-for-service world. Very successful in a fee-for-service while at same time preparing for the future and how much can you take

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

out? I think we are so beginning, and almost I think everyone, in taking risks, we are all beginners in that journey. And as we dig more into the data, we find more opportunities. So there is only so much you can -- you will find those abortable admissions, so you keep building on that base. But how you build that base is actually through scaling up. So for instance, last year 16,000, this year 25,000. Those are all new physicians, new patients we're bringing in. We're going to use the same infrastructure we did in the first year and build on that. So the opportunity we find is in the scaling up and also in finding and using the same avoidable admissions to new physicians who haven't done this before, but also in finding new opportunities. Like with the home health, just drilling down. I think there's a lot more opportunity there than we've touched upon yet. But that's where we are in the market. There's a lot more. And I know [ Dillage ] very well. We talk all the time about strategies and things to do. And I think we're all very new in the market, and I think there's a lot we haven't quite touched. And as technology becomes more sophisticated with more data points, I think we're going to see more and have more innovations, right.

**Unknown Attendee**

But the whole concept of it this, we're at 50% applicants off of it [indiscernible] it doesn't feel like any of it is [indiscernible].

**Julia Andrieni**

Now I understand completely. Now I know what you are saying. And the reason I had a problem with this question is, you're going to find this very strange. But in Houston, we are in such a different market. We just built a whole new tower because we are growing population in Houston. So we are so different than most of the United States, we just built another hospital tower. We opened a hospital in the Woodlands last year. We open at Tower this July. And we're building another tower. And we're at capacity. So they're looking at this saying, okay, this Medicare population we're taking there, there's always going to be people in Medicare that need the bed, but we're back filling with the younger commercial population, because our population in Houston is growing, but I know that doesn't represent a lot of the regions. It's just we're different. And that's why -- I had to think for a minute, well, that's not us, but that's why it's not us. Yes?

**Unknown Attendee**

All these inductions work with [indiscernible]?

**Julia Andrieni**

That's a good question. You'd be amazed at what you can do with defined resources. Because once you have, like, those population health advisers have multiple practices. Those care nurses have multiple practices and they're outreaching not to all those 25,000, but only the impactable ones. So we're working smarter and doing that type of work, and we don't need as many resources. And in terms of allowing other like we saw, it's better for us to have our own case manager in the hospital than use theirs because they don't understand -- they -- we don't have every patient in the hospital, and they're not going to remember every 20th patient to do it this way, so we do it ourselves. So when there's scale-up, we haven't had to do so many more resources. And one of the things that finances this, I think, too is that 5% lift in the Medicare fee-for-service for all of our employed physicians. That helps the system too. They're actually collecting more revenue because we took risk. And so we're balancing that collection of revenue that they're gaining because we have a pretty robust physician organization. And I always point out to them, they're getting this extra revenue because we're participating in this program. And so those 2, that helps balance it out, that equation. Yes?

**Unknown Attendee**

[indiscernible]

**Julia Andrieni**

So the question is about home health referrals. Where do we defer them to or how do we find that 47%? So the home health referrals, in many cases, primary care physicians were just signing forms for years. So when we hired a nurse utilization and they call up the patient, I remember this, I said, well how -- they called the patient and said, how's your wound doing? And the woman said, honey, I don't even have a

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

wound. I don't know why these people keep coming. And so that was -- that patient did not need another resource, right. And so we identified those, but then other ways we did, is we used certified nursing assistants. We have a program called Grand-Aides. Grande-Aides are certified nursing assistants. So you don't need a nurse for some levels of care. So part of it was shifting to that. That was the other part. Yes?

**Unknown Attendee**

[indiscernible]

**Julia Andrieni**

Yes. Yes, we did need more of the clinical team than the population health advisers. And 3 of our population health advisers are actually wearing at least 2 hats. Because they may go to the -- they may have 5 or 6 practice meetings a month, but then they are doing another job. So I have 3 of my population health advisers that are doing other things for the ACO, and they have their 5 practices, but they have other things; that's not a full-time job for them. And then I have probably about probably about 3 population health where it is a full-time job, and they have heavier practices. But yes, the mix between the 2, more clinical team is needed than population health advisers. And population health advisers, some are full time, and some are doing other functions within the ACO and this function.

**Unknown Attendee**

[indiscernible]

**Julia Andrieni**

So the ratio a lot of people utilize is like, and Evolent can speak about their ratio, but the ratio that I hear and that we've used in the past is like 1:200 high risk, 1:200 high-risk nurse. And then pharmacy, it manages far more. We have 3 pharmacists and they manage all are because they are the wraparound. For those complex care multiple medications, they are the referral. Those nurses then refer to them. The nurses refer to behavioral health. So you need less of those, more of the nursing care managers, about 1:200 high risk. Yes? I'm sorry.

**Unknown Attendee**

[indiscernible] What are some of the things that [indiscernible]?

**Julia Andrieni**

Great, great, great question. So we're doing a couple of things. One thing that we do is we actually use those Grand-Aides, certified nurse assistants, go into the home. And they actually fill the pillboxes, go over it and they bring in an iPad and they have like an iPad visit with the nurse or the pharmacist with the patient. And other things they do is they go to the primary care physician office with the patient. Sometimes the nurse will go with the patient. And so -- and then the other thing we do is looking for those gaps in medications. You can get gap reports from CVS to see when medications aren't filled, but that's still not getting to your question of, people can fill their meds and they're still not taking them. So then the other piece of that is understanding why. Is it side effects? Is it cost? Is it too many meds? So that's really why we have our pharmacist involved. Is there a way to simplify this in terms of cost and number of medications? That's why we have pharmacists involved to try to solve that problem because there's usually a reason. Or is it depression that we have just not diagnosed? And that's not -- why they're not taking their medicine. I mean, it's multifactorial. So it's like why is that? Why -- trying to get to the why. Because I think people want to be healthy and there may be issues that were not addressed or that we're not aware of. And so we have to identify those barriers. And sometimes we have gone into the homes to do that. Yes?

**Unknown Attendee**

Just talk a bit about your long-term vision [indiscernible].

**Julia Andrieni**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. So the plan was, do we plan to make money in this and fee for it -- and in the future how -- what is the vision for this, right? Okay. So currently, because -- in our shared savings program, Track 3, that means that we will get 75% of the savings back in 2017. And in our physician participation agreement, our goal is to give 50% of the savings back to primary care physicians, another reason physicians want to join, right? And so what is our overall vision for that is to grow scale in our current program to bring savings back to support our primary care network and the system at the same time. And then to work towards being what, I like the way Frazer said, ACO is the new word for clinical integration. And to work with our specialists in the co-management and build out that system with this primary care network. But if you were to ask the system, the overall vision, the reason they want to be leaders in value-based care, is because we can't afford to manage Medicare patients with this growing population the way we currently are. It's not -- the cost is prohibitive. And we want to provide the highest quality of care, but we can't do it the way we've been doing it. So that would be, number one, why we got into this because we know that's growing, and we have to do this. And because we're in Houston, we're a growing population, where there are a lot of commercial payers, and we're backfilling those beds with those commercial payers. So that works well for us. But we know, when CMS makes a decision like this, and if they're really going to push people towards risk, which it looks like they are, that it won't be long before commercial payers will be thinking that way too. And some of them are tippy-toeing into that too, with just upside or upside and downside. So we want to be really good at this, ready, so that we can do this in either market, just preparedness for the future. I think the big question is the pace of change. And that may be different in different regions. But how do you know that pace of change? So we got into this to be prepared for the future. Yes. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. We're almost finished. We're going to go ahead and plow through. I've always learned that ending meetings early is a good thing from my meetings' experience. So we're going to try and do that.

I'd just say this, I've been in health care for 25 years, and this is the hard gravel road of health care. And I mean, really changing physician behavior, patient behavior, engaging chronic patients, it's not a onetime intervention; it's an ongoing effort. And this is where, if you think about the cost pressure, that's going to exist in health care, the organizations that do this well are going to be the winners. And to Jason's point earlier, there are going to be losers. There will be losers in markets and then there will be winners. And if you think about the layered insights, like someone asked, I think, Sandy, about will providers do all this on their own, and our partners bring an incredible set of capabilities. But if you think about the level of insight required to do this well, I've got to get the right data, I've got to -- it's got to be clean data. It's got to be for multiple EMRs, it's not just 1 EMR. I've got to do it across an entire community. I've got to have a learning organization that learns the rules and builds them out. We now have several thousand rules. I've actually got to think about who the impactable patients are, what the right intervention is, how I engage the physician community in doing that. I don't need to do that just across Medicaid; I've got to do it across Medicare and multiple chronic programs. But we haven't done kidney care. We haven't done palliative care. We haven't done oncology. We haven't done specialty drugs. I mean, this is massively complex. And when people talk about and get excited about big data, and these AI and all these things in health care, it absolutely means nothing if it's not driven all the way through the delivery system into these programs and getting physician participation, earning actually rewards for physicians participating, and continuing to get better and better. So to me, this is a multiple-year investment that we've made. And if you think about the average provider system trying to do this on their own and incorporate all these insights, I think next to impossible surely is to do it at this standard.

So I think what we've attempted to do is to continue to build out a team that can reinvest in those insights, new clinical programs, share best practices. I mean what we've done in kidney care, it's actually an insight that came out of a program that we worked with at Stanford. And what Dr. Andrieni has done is to put that to get an early nephrology consult involved by pulling data elements, and what that can do in kidney care cost, which is a massive societal problem, when 1% of our GDP is spent on kidney care, these are pretty big insights, that again, I think are going to develop year-over-year.

So I just want to -- really do want to congratulate Anita, Dr. Andrieni, all our partners who are really driving these clinical things all the way through, and just there's so many elements that need to come together. And I think it's very unique relative to what I see going on across the country.

So we're going to end on the financial section. And I will turn it over to Nicky, and then I will do a very quick wrap, and again appreciate everyone sort of sitting through and hanging in, a lot of depth there. Thank you.

**Nicholas McGrane**
*Chief Financial Officer*

The clinical works great. People want to know what the numbers are going to be, I know. Okay, well to Frank's point, I just want to thank everyone for coming today. Hopefully, today was constructive. And please feel free to follow-up with me with any questions coming out of today.

I'm going to start with just running through the financial highlights. Here we go. One of the themes today, hopefully, that people took away is that we are participating in a very large and evolving market. And with that, we've been able to deliver strong and consistent growth both with existing partners as well as adding new partners.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We've a scalable platform with significantly high flow-through on incremental lives, and I'll walk through that. We've a strong track record of accretive capital deployment. And then finally, the business model is a PMPM recurring model, and that gives us a high degree of revenue visibility.

So again, talking about growth. 79% compound annual growth rate in revenues in the last 5 years, driven principally by lives on platform. For those of you newer to the story, let me just walk through how we actually make money. It's a per-member per-month model under long-term agreements. Our PMPM is typically 2% to 5% of our partners' premium dollar. And the range there typically, it varies by which population we're serving and the scope of the services we're providing.

In the first quarter, we had 2.8 million lives on the platform and $13.77 PMPM. 80-plus percent of revenue today under PMPM arrangements, the first quarter of '18, we did introduce the True Health premium revenue. And about 10% of our revenue today has a fee-at-risk arrangement embedded in it. This is a balanced upside, downside arrangement with our partners.

So turning to profitability, and just stepping back for a minute. We went public in the second quarter of '15, and set out to turn EBITDA positive by the end of '17. We achieved that milestone, as you can see, in the third quarter of last year and have made progress since then. And how we've been able to do that is we've had a close to fourfold increase on lives on the platform from '15 through Q1 of '18. And through that period, we've delivered consistent gross margins, and really leveraged this platform. I mean, Frank started out the day. It was a big idea, build a comprehensive platform. So we've really leveraged that platform. And you've seen a 20 percentage point drop in SG&A as a percent of sales over that time period.

So the margin -- margins has been driven through really leveraging the platform we've been driven -- we've been -- we have built. And I would say it's been a very deliberate strategy. And we continue -- we intend to continue to drive margins through the same mix of gross margin enhancement and leveraging the platform to continue to drive margin expansion over time.

On the capital strategy, a lot of questions on this in the last 12 months or so. So it's a balanced strategy, but I think it's also a very strategic strategy. I'll start with the co-investment with partner strategy. And again, it's strategic because these are choices we are making. We're looking at situations where we want to partner with motivated partners to catalyze market opportunities that may otherwise not be available to us. So again, it's a very deliberate strategy on our behalf. We believe we're deploying modest amounts of capital in the context of large multiyear agreements.

So it's a thoughtful strategy. It's strategic. We believe it enhances alignment and retention, which is a key long-term objective. And it gives us access to downstream -- to capture downstream value in these arrangements. I think a lot of the work that Frazer walked through and Chad and Anita and Dr. Andrieni, just the amount of value that's being -- we're creating, we'd like to find a way to capture a portion of that as well. So again, I think the co-investment strategy is strategic and an important part of our strategy. But, again, it's in selective instances.

Turning to M&A. I think in M&A, what we've tried to do is really enhance our capabilities. We're trying to be a full platform. I think the Valence acquisition was important in that regard. Secondly, on the other end of the spectrum, we're also looking to bring in-house capabilities that we might be buying in the marketplace. So Accordion was an example of that. But generally speaking, also when you look at our acquisitions, they've been highly accretive. We've been -- really been able to drive growth through that through entities we acquired. So again, it's an important part of our strategy. So I think, again, a very balanced perspective on capital deployment.

So just Frank touched on this earlier, so just kind of going back over the deals we've done. And again, I think successful track record here in the M&A realm.

And I'll just wrap up with anyone who wasn't able to tune in Tuesday night on earnings in the first quarter. So we had a very solid first quarter: adjusted revenue in the quarter of $144.4 million, representing 35% growth; adjusted EBITDA of $7.9 million. We ended the quarter with $200 million of cash on hand. And as you've walked through, we've added 6 partners year-to-date.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As we said in the first quarter, in the first quarter we introduced a segment. So we've adjusted services revenue of almost $125 million, about 17% growth; adjusted EBITDA on the services business of $7 million; and we have 2.8 million lives on the platform. True Health, the commercial business in New Mexico, $23.6 million in revenue, right in line with expectations; and a solid bottom line performance with producing just under $1 million of EBITDA in that division; and we ended the quarter with right about 22,000 commercial members in New Mexico.

So okay, with that, turn it back to Frank.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. So I think in terms of a few takeaways that we are hoping people would have from the day. I think one of the most important is that there is a massive transformation beginning in health care. And again, it starts with payers, costs out-of-control and the need to control those costs. Medicare, we talked about breaking the federal budget. It's doing the same thing if you look at state budgets, and the amount Medicaid is taking up of state budgets, it's a stunning number.

So we are at the forefront of that change. A lot of people have asked where are we? We're in the early innings. We're in the very early innings. And yet, we've built a $0.5 billion revenue company in the early innings. And as you start to see more programs move in this direction, the opportunities in Medicaid that we talked about, the narrow networking that's going to happen on the commercial side, we are going to see more of the market move in this direction and need to perform.

We talked a little bit about why providers. And we know, historically, payers have been very good at building national networks and offering consistency in terms of an administrative platform to support that. It's been very difficult for them to manage clinical costs by telling providers how they need to practice. The reality is you need to engage providers. I mean, I think some of the things you've heard from Dr. Andrieni, the governance, physicians involved, engaged. We've got a home health issue. How do we solve this? If a payer had told them to do that, do you think they would have at the end of the day not just signed the forms? They would have just signed the forms. But they're engaged, one, because they want to deliver better health care and you're bringing them much better data; but also financially, they're incented to do that and they are seeing where things are going in terms of their own income and threat to their future. So you see a movement where providers, you think about chronic patient management, and David's question earlier about how do you engage that person who's the diabetic, it is through a team built around the physician. I mean that's ultimately how we're going to do it. So I think providers are uniquely suited to do it. And if you think about their brands in local markets, if I'm a Medicare enrollee, whose brand is more powerful, Cigna's or NewYork-Presbyterian's? NewYork-Presbyterian is a much more powerful brand on a local basis and the physicians affiliated with that. Same with SOMOS in New York. That relationship with the doctor ultimately is the brand for the patient. So in Medicare and Medicaid, there is a real opportunity over time for providers to build share. And again, you don't need to move a lot of share to have a huge portion of premiums moving in this direction and hence the market opportunity ultimately for Evolent.

Third thing that you heard, and again, I think it's very important in any business that I've ever analyzed, I try to put myself in the shoes of the customer. So I'm now the customer. My entire existence, either as a physician or a hospital, I wait for patients to come into my office. I have very little proactive outreach because I don't get paid for it. I don't have the time to do it. And suddenly, everything is being flipped, and I'm now being asked to manage the health of a population. So I've got to change my whole interaction. I've got to do it across multiple government programs in Medicare, Medicaid. I've got to have unique offerings that match with employers and consumers. I've got to have clinical programs. I need better data. I don't need data just for my EMR, I actually need it from the whole community to be able to effectively outreach with these patients. And then I need all the administrative infrastructure to do that.

And I don't want to have 1 system for Anthem and another system for United. Imagine being in a practice and having 7 different care managers calling on these patients. So I want 1 system that scales, that's integrated, that does it across multiple populations, that continues to get increasing sophistication in terms of the ability to execute because it is going to be hard. There's going to be less dollars to go around

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

and you're going to have to get better and better year-over-year faced with less dollars to go around in health care.

So that's the idea behind a scalable world-class platform that can be applied across all these different populations. Slightly different tweaks to programs. The local market issue, which Dr. Andrieni mentioned, which is so critical here. And you see a lot of great models and people will come to me and talk to me about this great physician group in Southern California and I'll say, hey, have they been able to export that to 25 markets? I've never seen it in health care, very hard to do. We took a very different approach, which is, we're going to build a highly standardized and configurable platform that can be applied to 50, 100 markets. All our lineage from the Advisory Board is around how you do that. You always have to customize the last 20%, but having a standardized platform and process and tiers of things that allows you to do it at scale, very challenging. And you rarely see it with a provider organization that start in one market and try to do it in 100 markets. So again, I think, that gives us some advantage.

And then I do think, we set out our aspirations since we've done this, has not been to do this for the sake of doing it. It has been to be the market leader, to really add value in clinical care, to ultimately enable our customers to be incredibly successful, to imagine tens of millions of lives on this platform, and to really drive a significant movement that we think is going to happen across the next several years in health care. And we're at the early innings, but I think we've had a very good start. I think we've had very solid consistent performance. We've managed a tremendous amount of growth, this team, and I think, has done an incredible job. You think about tripling the lives on the Valence platform across the last 2 years, not an easy thing to do. And yet I feel like we're in a good place from an operational perspective and very well positioned from a brand perspective in this market as it continues to evolve and grow.

And I think as Nicky talked about, and again experience over time, it's nice having a business model where you invest in a fixed cost asset. And as you scale, your marginal incremental cost is low, your business begins to scale, you have a recurring revenue nature to what you do, a visibility that comes with that and then an ability to really manage efficiency and cost, so that you have ultimate scalability with the economic model. So underpinning this is a very good economic model, which is beginning to show as we've gotten to size and scale and we start to see the bottom line expansion.
So we're really appreciative again, of everyone. This is a long couple of hours on health care and diving deep into what we do, we appreciate everyone being here. And I'm happy to open it up to questions for any of the speakers or panelists, but for me as well. Yes?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So the question was what kind of competitors do we see in the marketplace? First, the biggest competition we've always had is providers just deciding to do this themselves. In any business I've been involved in, selling to health systems or providers, that's always the choice. I do think, as organizations step into this and to begin to realize the complexity, those that might have said no to us 5 years ago are coming back and saying, wow this is complex, we actually need support in doing this. Second place they would turn is to point solutions. Any of you who've attended HIMSS know that there were 10,000 companies that span across this area from analytics to everything. But the challenge is, if I'm the person on a ground running that provider ACO, I've got to knit together 10, 15 different solutions. And when there's time constraints, as John talked about, imagine if you try to knit together 15 point solutions to do Next Gen and to do Medicaid, it's quite challenging. So -- but what do see providers with point solutions. There's a couple of pure play competitors that were sort of organized like us. Tenet had a division, Conifer that was doing some of this xG out of Geisinger. We don't see them in the market very much. I'm sure they're there and doing great things, but we don't run into them in most of our selling situations. And then the last place would be traditional payers. I think payers, obviously, have the infrastructure to do this, but they also have some natural conflicts given where they sit in the market. So if you just take -- let's take United as an example. United's been pretty contentious in their relationship with providers, how aggressive they've been on unit price. So they've had that tension. And then they're also getting into the surgery center business, they're acquiring physicians groups. They're playing on all sides of the fence in health care. So if you step back and think about it, it's not United's fault, but if I'm a provider and I'm suddenly going to attach my whole growth strategy into one platform to do this, I've got a lot of conflict with payers. And I think it's been difficult for payers, therefore, given that conflict, to be able to be the single source of service relative to us, and that's why we're highly differentiated there. You will see providers do individual ACO deals for a set of lives with United, but if I really need an infrastructure to do this and power my growth strategy for the next 5 to 10 years, I think we've been really distinctive there. But that's what we say from a competitive set. By the way, we do not see a common competitor. I mean that's the most important thing. We do not see a common competitor in our selling situations. Yes?

**Unknown Attendee**

[indiscernible] questions. I know looking back at your IPO, [indiscernible]. Now that you're [ 30 ] customers in, kind of goes [indiscernible] long-term profitability? Anything renewals we should think about to have on our radar at night? How are you [indiscernible] shape up [indiscernible]?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

So 2 questions. There was margin profile and margin characteristics. And second, how we're thinking about renewals. I'll start, Nicky can add. On the margin side, I think what we've learned is where we can get concentration in a market and scale, that actually flows through to the bottom line for us. So where we have a lot of lives, we have our fixed cost infrastructure. You can get very high levels of contribution in those market situations. If it's a very tiny market and we're putting some resources on the ground and it's couple of million dollars here, we don't have many of those, but that would strain margin. So nothing has changed about our view of the long-term margin profile of the business. The speed of that achievement of the goals you talked about will be based on our ability to get pretty significant scale in some of our core markets. Hence the reason when people ask, why would you put $10 million into a Passport relationship, well, it's because we felt that could be a very, very large client for us and a very attractive client from a long-term perspective. So that's where you're going to see us catalyzing markets where we think good

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

long-term potential and good margin profile. On the renewals side, I think last year was unique in the sense that, for our early customers, it was the first renewal cycle for a few large customers. And now what you're going to see, if you think about our average contract length being 5 years, we're going to see a portion of contracts come up for renewal every year. Valence has had a longer history of renewals, a very high renewal rate historically. So they've been in business for 20 years. So I'd say, there we have a lot more history. Here, nothing different to point out from this year, except we'll go through the normal cycle. Obviously, an opportunity, hopefully to expand services. In some cases, sometimes you'll have people pulling in and out of populations. And we're doing everything we can to deliver great service now to be building deep relationships to make sure what we're doing is sticky, and hopefully, to ensure very high renewal rates on our customer base. And that's been our experience thus far. Yes?

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So the question is really on scalability. How much can you scale up and scale down? I think, one, we've been able to demonstrate the ability to go up pretty incredibly in the last 12 months. Again, if you think about some of the large contracts we brought on, so several hundred thousand life contracts with very short implementation cycles in Illinois and Indiana, the Passport TPA conversion, which was quite rapid. I think we feel very good about the infrastructure we've built, and our ability to take on very large pieces of business and to do it rapidly and to meet the needs of our clients, and to do that in multiple product areas. I think as to the question of whether we sort of go down into areas, where let's say a client has 5,000 lives in a shared savings. And let's say we knew that, that was about all they were going to do across the next several years. In general, I don't think we would pursue that business. I don't think we've been configured to sort of do very, very small contracts where it's largely tech only and where we don't see a significant ability to really scale that contract over time. And if you think about it, I mean, at some level, I have limited resources, so my choices, do I want to put those resources towards an organization that's going to build to several hundred thousand lives where we can have $30 million, $50 million of recurring revenue, or when I'm trying to build scalability and margins, it's going to contribute to that, or do I want to build a very different business, and I've been in that business before where I'm selling hundreds and hundreds of just software only, where from our estimation of what we see in the market, those clients will not be successful, that's not really where we're oriented. And that's not to say we wouldn't start out with someone who is there and we see a clear growth path, and we work with them and get that commitment. So we do start out with clients that are small, but we know that they're ultimately going to scale over time. But this is really a business -- and if you think about it, we're adding -- let's say this year we add 7 to 9 partners and again, are able to drive the sort of growth that we've driven, that's really where for the right 7 to 9, to 10 partners a year versus trying to go to 20 and many that aren't going to be large-scale customers, I think it would present a different set of challenges for us, and I don't think we need to do that.

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So the question is, is risk from a fee perspective and where that fits into our overall economic profile? What I'd say today is, well over 90% of our revenues are fee-for-service based. We do have, and if you look at our Next Gen ACO program, you look at with several clients, there are situations where we have a base set of fees, and yet, we have a portion of those fees that are risk, based on very specific performance metrics. I would say in general, historically, we've performed very well against those performance arrangements. And if you actually look at the margin profile of giving that reduction and having the upside, I would say our margin profile in the performance-based arrangements is higher than had we simply charged for fee-for-service. So one, I think it could potentially contribute to the margin

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

profile of the business being willing to put some fees and we get to share in the upside. By the way, a lot of our customers, it's not what they want, they actually want the fee basis, but we find there's a portion of the market that really wants to see the alignment with performance. And then the second thing is, I do think, when you start to see the results we're generating on a consistent basis and the ability for all of this learning to consistently deliver value, Next Gen cohort would be a great example. I mean, we're doing 10 of these, right. We know exactly what we can do relative to these opportunities, and where we can confidently catalyze the market by going to someone and saying, I know you got some hesitation about this. We have confidence we can deliver the results and we're actually willing to put some skin in the game to do that. I think it's very meaningful in terms of our differentiation. How do I get to market? And one of the big messages I hope everyone took away from today is customer selection is very important too, right. Us getting to Tier 1 markets and Tier 1 customers, those that are going to get to several hundred thousand lives and low-cost physicians, they are going to be successful. Those are going to get $50 million, $100 million [indiscernible]. So by deploying some of our fee basis in ways that gets them to work with Evolent, I think it's quite powerful. So on a percentage basis, I would say over time, and this will take time to develop, but if -- to me 20% of our revenue base was coming in from these performance-based arrangements and we're very smart about it, and we get better and better at doing it, and again, we feel like ultimately, we deliver better margins, I think that would be where [indiscernible]. So I think, seeing the 20%, 25%, again, it will take us a while to get there, but that surely would be reasonable in my mind. Second we talked about co-investing in our clients. So a great example is a physician IPA, the one we just announced in New York. It was one of the top performers in the New York market in terms of [ OR ], had access potentially to over 0.5 million patient [ MVR ]. It's a type of organization at the state every payer would want to work with. And the physicians don't have a lot of capital to [indiscernible] arrangement and we put forward, as an example, an upfront $5 million or $10 million to have an ownership in that [indiscernible] and win an incredibly valuable relationship for which you could have eventually, I think 1 billion lives running through [indiscernible], we think that's a very smart investment if you think about the servicer PAC fees that we will get over a 10-year relationship, longer-term relationship, alignment and trust with the organization that we work with, it's an absolute no brainer. And sometimes will push me, oh well that means you're sort of behind [indiscernible] and yet at Oracle, discount at an enterprise relationship upfront and waives implementation fees or GE financed a huge infrastructure business, I mean, no one would blink an eye. But these are potentially $1 billion relationships over 10-year periods. And so I just think it's important for people to step back and recognize that we are not just simply selling [indiscernible]; we're entering into a long-term business relationship. And where we can use tools in a very disciplined way that create that alignment and also allow us to say look, by the way, if we're going to put the $10 million in, you've got to -- you do these 10 things to be successful, to us the full economic picture of that if you look at the returns on capital for doing that and it becomes, I think, a very logical thing to do. And you do it again in a very disciplined way and only in [ joint ] situations, but that's how we think about it. Yes?

## Unknown Attendee

[indiscernible]

## Frank J. Williams
*Co-Founder, CEO & Chairman*

Yes. I think these generally, they do coincide in organizations that they have downside risk. And if you think about it, right, it's a -- you've got a provider, a physician for a hospital [indiscernible] looking at this [indiscernible]. And then one of the things that gives us confidence is, hey, we got this organization, I want to help them execute and guess what, they actually have confidence from their past performance that they're willing to sort of be co-owners with us, I think that's very meaningful. And I will say there's portions of the market, Lee is a great example, we have downside risk in Medicaid. We wanted all the upside on that side, so we are not in the downside because it's their choice. We saw a lot of the market that will want us to charge fees and they'd want to have all the upside associated with those arrangements. But if we think there's a very high-quality provider, world-class, totally committed to a value strategy and we can sort of win in that market as a leading provider and take some risk, [ and get ] confidence on because we've done it in the past, we know [indiscernible] we're going to use that selectively and [indiscernible].

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Unknown Executive**

That one's going to feedback.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay, ready?

**Unknown Attendee**

How do you think about the mid- to high-teens growth rates with 7x [indiscernible]

**Unknown Executive**

His mic is acting a little funny, so I'm going to give him a new one. Or is this -- should I not worry about it? The [indiscernible] is off and the wireless is not working.

**Unknown Attendee**

But the problem, shouldn't your partnership change or does the volume change?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well, I think that I missed the first part of your question because of the overhead noise, but I think what you're asking is does the partnership change.

**Unknown Attendee**

What drives the degree of toleration growth? Is it the composition of your partnership or is as you add one?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I mean, I think if you look by definition, let's imagine 2 years from now and we have about 50 partners, right. And yes, just by law of words, numbers, we probably would have more new. Let's say at that point our target is 10 to 12 partners a year. A lot of our growth is going to come from that 50 which is still in the early innings of value-based care and that the average penetration [indiscernible]. The average penetration of value-based business across our portfolio may be 10% to 15% of the revenue is in value-based arrangement. So across that 50, right, if you imagine that they want to get to 1/3 to 1/2 of their business in value-based contracts, let's say, that's a 5-year goal, then we could triple our size just simply within our customer base, triple or quintuple based on ours. So I think you will see as people get in to -- I started in Next Gen, but now I want to go into Medicare Advantage, now that I'm in Medicare Advantage, I want to do duals and Medicaid, that, that will be a big source of growth for us. It's always good to add to the network because year-over-year, again, we're increasing that cross-sell base. And the nice thing and part of the full portfolio benefit, and Passport is a good example, so Passport we really started out just doing clinical, right? And we had good success, a great partnership. We introduced our PBM, which really helped address this rate cut and allowed them to get a lot of savings on the pharmacy side. We introduced risk adjustment, which was a new service, which again was really important in terms of helping economics. And then they actually moved over to our TPA towards the end of last year. And so you can see the growth within that. And now if they decide to grow their Medicare business, or they decide to go into a contiguous state, we'll also grow with lives as well as services. So that's how we think about it. Yes, David?

**Unknown Attendee**

The Next Gen ACO, if you're picking the right partners and you're creating value through your relationship, that cohort of ACOs should be able to, as a group, have some really good metrics to compare against

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the [indiscernible] customers. How do you feel about your ability to kind of outperform the KPOs that [indiscernible]?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So the question was in Next Gen, we have a cohort, how do we feel about our performance versus the rest of the cohort, will we have data for that? So I think there's 2 elements to a lot of these programs. One is, how are you doing on the clinical side of engaging patients and delivering clinical value. I think we feel -- and all the learning lessons we have, I think we feel very good about our level of engagement, our impact on those populations, the metrics we're going to be able to produce, the additional clinical programs we're introducing. There is another nuance in these programs and in most payer delegated arrangements, which is the benchmark is very meaningful for these organizations. And the reality is you could have fabulous clinical performance, but the way CMS actually did the benchmarking methodology, you could end up with a very bad benchmark out of the gates. And so I do think there's sort of 2 sides to these arrangements. One, how did an organization start from a benchmarking perspective. And for a lot of them they either need a new benchmarking methodology or it's going to be a while, even if you have fabulous clinical performance, to get to where you need to get to economically. What we can control are the clinical metrics in those situations and to be able to produce the types of studies that Anita and her team do, and I think you will see a lot more data come out now that we have a pretty large cohort and we'll have over a year experience that will demonstrate that we are able to add a lot of value on the clinical side.

**Unknown Attendee**

I think one of the things that investors maybe appreciate it a little [indiscernible] opportunity but maybe not as linear as would have expected. And I curious of what you're doing to protect the business, to make it a little bit more linear, talk about [indiscernible] other things that would get at that.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I think -- so the question is the business hasn't been particularly linear. And so, therefore, what are we doing to protect the business in that way. I think it's a great question. I mean, look, sometimes we don't step back. All of those that are in health care, those that are investors, realize that a massive transformation happened in the last 18 months. We had a new administration, a new administration, which wanted to overturn the health care policies. We had a repeal placed, replaced repeal, HHS Secretary replaced, very little information coming out from providers at all from the new administration; a really, really hard year for almost every player in the health care space for that reason. And so we're going to have things like that happen, right? And so you're right, it's not linear. I think the way we continue to have a high-performing business and one that's relatively consistent is doing what we do, which is building incredible relationships with providers in the market, building a leading brand in the space, being incredibly creative about how we catalyze leading providers to move, getting ourselves in market situations that can be very large in terms of scale, in delivering consistent results, building their confidence so we grow within those clients, and then that referral base grows and we continue to grow. I mean, the good news is, I guess, if I were an investor and I were looking at the landscape and I had some nervousness about it, I might be nervous if we had to win 150 new clients a year in this business. I mean the good news is, if we bring on 8 to 10 new clients, that should set up the growth that we need given the way we've configured this business. And to a point, we've got to choose the right customers. They've got to really move. Like, we're not going to do well if we get a lot of people that just do 5,000 shared saving lives. So all of this intelligence work, the deal creativity that we've brought to the table, what we will weigh out ahead of Next Gen as an example because our policy people and provider knew that this was a great opportunity, our work now with legislators on Capitol Hill to catalyze a lot of this. So it's being really creative from a partner development perspective in terms of what opportunities do we see, what's our offering that really encourages providers to move and then ultimately, how we deliver and look, I mean, I think it's sometimes lost on people that we started the business 7 years ago, and we're going to be approaching $600 million in revenue, and we've had pretty consistent numbers, we've consistently hit

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our numbers. And again, that's a lot of work underneath it to do that, but I think we've had a good track record on that thus far. Still a lot of work ahead, but a good track record thus far.

Are there questions? Okay I can see those -- there's one more question. I was seeing sort of furrowed value-based care brows out there. And that maybe we talked about it enough, but we're almost done here. Yes, please?

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes.

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So 2 questions. One, a lot of our growth, given that we've added a lot of lives on the Valence platform, what does that imply? And then second, are there other assets like Valence that are out there? I think one of the reasons for making the Valence move is we had enough intelligence from our partner base that if we had that offering and the integrated vision with Identifi, which is a very differentiated vision in the market, that it was going to do very well. And so the good news is, I think that piece has played out. We had a number of things teed up at the time we did that deal knowing that we could cross-sell and add pretty significantly to that platform. So that's the good news. I would say on the other side, our client adds were relatively normal. I mean, last year I talked about I'd say our average client size and what you might have called the traditional business, at least how they started, was slightly lower than historical. So I guess we had people being a little bit more conservative given all the new administration swings last year. But I wouldn't say there was some massive shift in the business. We grew, I mean, I don't have the numbers in front of me, but from...

**Nicholas McGrane**
*Chief Financial Officer*

2 to 2.8 million lives

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, so 2 to 2.8 million lives as a result. And then if you look at the revenue, the revenue growth is pretty spectacular given that year. So it's on both sides that that happened. In terms of other assets, I mean, we are very focused on high-quality assets that allow us to do 2 things: continue to differentiate our platform, so we are leading in the space; and that offer us cross-sell opportunities into their customer base. So we can take our offering. And I would say, there aren't 50 assets out there, but we do see a lot of attractive assets. I mean, one of the reasons we did the capital raise, a lot of people had asked us way we expected to see an acquisition right away after doing the raise. We had a few things in the pipeline that we felt very good about and couldn't get the deal terms that we wanted. I mean, we want to be very disciplined in terms of what we pay and making sure we can generate a high return. But right now, I would say, we have a number of attractive things we're looking at. And again, it's getting the right configuration, the right deal, making sure there is cultural alignment. I mean, we don't plan to go out and acquire 100 things, we plan to go out and acquire, select few really good things that align very well. And I think you'll see some things from us, hopefully, across the next several months that complement our existing platform.

Okay. All right. Yes. The brows are fully furrowed. Thank you. We really appreciate everyone sitting in, and hopefully, this was useful at going a little bit deeper. But thank you very much. We appreciate it.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.