# Exhibit 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the**
**Securities Exchange Act of 1934**
**(Amendment No. )**

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐    Preliminary Proxy Statement
☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒    Definitive Proxy Statement
☐    Definitive Additional Materials
☐    Soliciting Material under § 240.14a-12

# EVOLENT HEALTH, INC.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

    (1)    Title of each class of securities to which transaction applies:

    (2)    Aggregate number of securities to which transaction applies:

    (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4)    Proposed maximum aggregate value of transaction:

    (5)    Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1)    Amount Previously Paid:

    (2)    Form, Schedule or Registration Statement No.:

    (3)    Filing Party:

    (4)    Date Filed:

**EVOLENT HEALTH, INC.**
800 N. Glebe Road, Suite 500
Arlington, VA 22203



**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**to be held on June 8, 2017**

Dear Stockholder:

You are invited to attend the 2017 annual meeting of stockholders (the "Annual Meeting") of Evolent Health, Inc. (the "Company"), a Delaware corporation, which will be held on Thursday, June 8, 2017, at 10:00 a.m., local time, at 800 N. Glebe Road, Suite 500, Arlington, VA 22203. The Annual Meeting will be held for the following purposes:

1. To elect the three Class II director nominees named in the proxy statement to serve on our Board of Directors until our 2020 annual meeting of stockholders and until their successors are duly elected and qualified; and

2. To ratify the appointment of PricewaterhouseCoopers LLP as our independent registered public accounting firm for the fiscal year ending December 31, 2017.

In addition, stockholders may be asked to consider and vote upon any other matters that may properly be brought before the Annual Meeting and at any adjournments or postponements thereof.

Any action may be taken on the foregoing matters at the Annual Meeting on the date specified above, or on any date or dates to which the Annual Meeting may be adjourned, or to which the Annual Meeting may be postponed.

Our Board of Directors has fixed the close of business on April 18, 2017, as the record date for determining the stockholders entitled to notice of, and to vote at, the Annual Meeting and at any adjournments or postponements thereof.

*We make proxy materials available to our stockholders on the Internet. You can access proxy materials at http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements. You also may authorize your proxy via the Internet by following the instructions on that website. In order to authorize your proxy via the Internet you must have the stockholder identification number that appears on the enclosed proxy card.*

By Order of our Board of Directors,

*Jonathan Weinberg*

Jonathan D. Weinberg
*General Counsel and Secretary*

**Important Notice Regarding the Availability of Proxy Materials for**
**the Stockholder Meeting to be Held on June 8, 2017**

**This proxy statement and our 2016 Annual Report to Stockholders are available at**
**http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements**

**You may request and receive a paper or email copy of our proxy materials relating to the Annual Meeting**
**and any future stockholder meetings free of charge by emailing proxymaterials@evolenthealth.com,**
**calling 1-844-246-2928, or visiting http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements**

Arlington, VA
April 27, 2017

Board, if such stockholder complies with the applicable notice procedures, which are discussed on page 37 of this proxy statement.

**Executive Sessions of Non-Management Directors**

Our corporate governance guidelines provide that the independent directors serving on the Board should hold an executive session at least once a year. In accordance with such guideline, the Board regularly schedules executive sessions. The executive sessions are chaired by our Presiding Director and facilitate candid discussion of the independent directors' viewpoints regarding the performance of management and the Company.

**Anti-Hedging and Anti-Pledging Policy**

None of our executives have engaged in any hedging transactions with respect to our stock and none of our executives have engaged in any pledging transactions with respect to our stock. Under our policies no director, officer or employee may buy or sell puts, calls, other derivative securities of the Company or any derivative securities that provide the economic equivalent of ownership of any of the Company's securities at any time.

We also have an anti-pledging policy whereby, no director, officer or employee may pledge Company securities, unless the pledge has been approved by the Audit Committee.

## EXECUTIVE COMPENSATION

We are an "emerging growth company" as defined under the JOBS Act. As such, we are permitted to meet the disclosure requirements of Item 402 of Regulation S-K by providing the reduced disclosures applicable to "smaller reporting companies," as such term is defined under the Securities Act, and we have elected to comply with such reduced disclosure requirements.

**Summary Compensation Table**

The following table sets forth information concerning the compensation earned by our chief executive officer and our two other most highly compensated executive officers, who we refer to as our named executive officers, during our fiscal years ended December 31, 2016, and December 31, 2015, (other than for Mr. Wigginton, who was not a named executive officer during fiscal year 2015).

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($)[1] | Option Awards ($)[2] | Non-Equity Incentive Plan Compensation ($) | Nonqualified Deferred Compensation Earnings ($) | All Other Compensation ($)[3] | Total Compensation ($) |
|---|---|---|---|---|---|---|---|---|---|
| Frank Williams (Chief | **2016** | $ 500,000 | $ 600,000 | $ 500,000 | $ 1,250,000 | $ - | $ - | $ 10,600 | $ 2,860,600 |
| Executive Officer)[4] | **2015** | 435,000 | 400,000 | - | 1,913,350 | - | - | 10,600 | 2,758,950 |
| Seth Blackley | **2016** | 325,000 | 400,000 | 325,000 | 812,500 | - | - | 10,600 | 1,873,100 |
| (President) | **2015** | 308,250 | 339,000 | - | 1,125,500 | - | - | 10,600 | 1,783,350 |
| Steve Wigginton (CEO, Valence Health) | **2016** | 355,000 | 500,000 | 65,000 | 65,000 | - | - | 10,600 | 995,600 |

[1] The amounts reported in this column represent the aggregate grant-date fair value of restricted stock units ("RSUs") granted during 2015 and 2016, as computed in accordance with Accounting Standards Codification 718 "Compensation-Stock Compensation" ("ASC 718"). For a further discussion of the assumptions used in the calculation of the grant-date fair values for the RSUs pursuant to ASC 718, please see Note 11 of Notes to Consolidated Financial Statements contained in our Annual Report on Form 10-K, filed on March 3, 2017. For further discussion of RSUs granted in 2016, see the discussion following the "Outstanding equity awards at fiscal year end" table.

[2] The amounts reported in this column represent the aggregate grant-date fair value of the stock options granted during 2015 and 2016, as computed in accordance with ASC 718. For a further discussion of the assumptions used in the calculation of the grant-date fair values for the stock options pursuant to ASC 718, please see Note 11 of Notes to Consolidated Financial Statements contained in our Annual Report on Form 10-K, filed on March 3, 2017. For further discussion of stock options granted in 2016, see the discussion following the "Outstanding equity awards at fiscal year end" table.

[3] Amounts reported in this column represent a 401(k) matching contribution provided by the Company to each