# Exhibit 13

# ANNUAL STATEMENT

OF THE

# University Health Care, Inc. d/b/a Passport Health Plan

**2016**

of

## Louisville

in the state of

## Kentucky

TO THE

## Insurance Department

OF THE

## STATE OF Kentucky

FOR THE YEAR ENDED

DECEMBER 31, 2016

HEALTH

# 2016



# ANNUAL STATEMENT
## FOR THE YEAR ENDING DECEMBER 31, 2016
OF THE CONDITION AND AFFAIRS OF THE

### University Health Care, Inc. d/b/a Passport Health Plan

NAIC Group Code _____0000_____ , _____0000_____  NAIC Company Code ___52621___   Employer's ID Number ___61-1325905___
(Current Period)      (Prior Period)

Organized under the Laws of _____Kentucky_____ , State of Domicile or Port of Entry _____Kentucky_____

Country of Domicile _____United States_____

Licensed as business type:  Life, Accident & Health [  ]   Property/Casualty [  ]   Hospital, Medical & Dental Service or Indemnity [  ]

Dental Service Corporation [  ]   Vision Service Corporation [  ]   Health Maintenance Organization [ X ]

Other [  ]   Is HMO, Federally Qualified? Yes [  ] No [ X ]

Incorporated/Organized _____10/31/1997_____   Commenced Business _____10/01/2000_____

Statutory Home Office _____5100 Commerce Crossings Drive_____ , _____Louisville, KY, US 40229_____
(Street and Number)                     (City or Town, State, Country and Zip Code)

Main Administrative Office _____5100 Commerce Crossings Drive_____
(Street and Number)

_____Louisville, KY, US 40229_____   _____502-585-7900_____
(City or Town, State, Country and Zip Code)          (Area Code) (Telephone Number)

Mail Address _____5100 Commerce Crossings Drive_____ , _____Louisville, KY, US 40229_____
(Street and Number or P.O. Box)                 (City or Town, State, Country and Zip Code)

Primary Location of Books and Records _____5100 Commerce Crossings Drive_____
(Street and Number)

_____Louisville, KY, US 40229_____   _____502-585-7329_____
(City or Town, State, Country and Zip Code)          (Area Code) (Telephone Number) (Extension)

Internet Web Site Address _____www.passporthealthplan.com_____

Statutory Statement Contact _____David Stanley_____ , _____502-585-7329_____
(Name)                              (Area Code) (Telephone Number) (Extension)

_____David.Stanley@passporthealthplan.com_____   _____502-585-7950_____
(E-Mail Address)                         (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Henry Morris Altman Jr. | Chairman of the Board | David Andrew Stanley | VP and Chief Financial Officer |
| Mark Barnett Carter | Secretary & Ex-Officio, and Chief Executive Officer | | |

### OTHER OFFICERS

| | | | |
|---|---|---|---|
| Venkat Veerubhotla Sharma | Vice Chairman | Allan Tasman | Treasurer |
| Julia Joseph Bell | VP and Chief Marketing and Communications Officer | David Michael Henley | VP and Chief Compliance Officer |
| Stephen John Houghland | VP and Chief Medical Officer | John Eugene Burich | VP of Strategy and Business Development |
| Gary Earl Bensing | VP of Human Resources | Troy Allen May | VP and Chief Information Officer |
| Carl Felix # | VP of Operations Oversight | | |

### DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Mark Barnett Carter | Michael Wayne Gough | James Allen Hedrick | Gregory Carl Postel |
| Linda Marie Sims | Allan Tasman | James Howard Taylor | William Bosse Wagner |
| Manfred Gordon Reid Sr. | Henry Morris Altman Jr. | Venkat Veerubhotla Sharma | David Gregory Laird |
| Veronnie Faye Jones | Jennifer Landrum Elliott | Ramona Leslie Johnson | Sean Lamar Francis # |

State of ................Kentucky................
                                    ss
County of ................Jefferson................

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

_____   _____   _____
Henry Morris Altman Jr.         David Andrew Stanley         Mark Barnett Carter
Chairman of the Board       VP and Chief Financial Officer    Secretary & Ex-Officio, and Chief Executive Officer

Subscribed and sworn to before me this
___2 4th___ day of ___February, 2017___

_NICOLE L. ROBINSON_
Notary Public - Special Commission
My commission expires: June 4, 2019

a. Is this an original filing?   Yes [ X ] No [   ]
b. If no:
    1. State the amendment number _____
    2. Date filed _____
    3. Number of pages attached _____

Case 1:19-cv-01031-MSN-WEF   Document 50-13   Filed 02/06/20   Page 4 of 5 PageID# 796

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

# ANALYSIS OF OPERATIONS BY LINES OF BUSINESS

| | 1 Total | 2 Comprehensive (Hospital & Medical) | 3 Medicare Supplement | 4 Dental Only | 5 Vision Only | 6 Federal Employees Health Benefit Plan | 7 Title XVIII Medicare | 8 Title XIX Medicaid | 9 Other Health | 10 Other Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Net premium income | 1,747,750,539 | 0 | 0 | 0 | 0 | 0 | 17,653,217 | 1,730,097,322 | 0 | 0 |
| 2. Change in unearned premium reserves and reserve for rate credit | 0 | | | | | | | | | |
| 3. Fee-for-service (net of $ .......... medical expenses) | 0 | | | | | | | | | XXX |
| 4. Risk revenue | 0 | | | | | | | | | XXX |
| 5. Aggregate write-ins for other health care related revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 6. Aggregate write-ins for other non-health care related revenues | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 7. Total revenues (Lines 1 to 6) | 1,747,750,539 | 0 | 0 | 0 | 0 | 0 | 17,653,217 | 1,730,097,322 | 0 | 0 |
| 8. Hospital/medical benefits | 724,662,788 | | | | | | 9,244,754 | 715,418,034 | | XXX |
| 9. Other professional services | 368,277,948 | | | | | | 2,154,340 | 366,123,608 | | XXX |
| 10. Outside referrals | 0 | | | | | | | | | XXX |
| 11. Emergency room and out-of-area | 98,905,706 | | | | | | 688,370 | 98,217,336 | | XXX |
| 12. Prescription drugs | 333,158,297 | | | | | | 1,749,310 | 331,408,987 | | XXX |
| 13. Aggregate write-ins for other hospital and medical | 144,203,825 | 0 | 0 | 0 | 0 | 0 | 363,139 | 143,840,686 | 0 | XXX |
| 14. Incentive pool, withhold adjustments and bonus amounts | 0 | | | | | | | | | XXX |
| 15. Subtotal (Lines 8 to 14) | 1,669,208,564 | 0 | 0 | 0 | 0 | 0 | 14,199,913 | 1,655,008,651 | 0 | XXX |
| 16. Net reinsurance recoveries | 10,326,744 | | | | | | | 10,326,744 | | XXX |
| 17. Total hospital and medical (Lines 15 minus 16) | 1,658,881,820 | 0 | 0 | 0 | 0 | 0 | 14,199,913 | 1,644,681,907 | 0 | XXX |
| 18. Non-health claims (net) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 19. Claims adjustment expenses including $ .......284,383 cost containment expenses | 1,504,383 | | | | | | 267,000 | 1,237,383 | | |
| 20. General administrative expenses | 169,051,568 | | | | | | 4,302,044 | 164,749,524 | | |
| 21. Increase in reserves for accident and health contracts | (1,280,459) | | | | | | | (1,280,459) | | XXX |
| 22. Increase in reserves for life contracts | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 23. Total underwriting deductions (Lines 17 to 22) | 1,828,157,312 | 0 | 0 | 0 | 0 | 0 | 18,768,957 | 1,809,388,355 | 0 | 0 |
| 24. Net underwriting gain or (loss) (Line 7 minus Line 23) | (80,406,773) | 0 | 0 | 0 | 0 | 0 | (1,115,740) | (79,291,033) | 0 | 0 |
| **DETAILS OF WRITE-INS** | | | | | | | | | | |
| 0501. | | | | | | | | | | XXX |
| 0502. | | | | | | | | | | XXX |
| 0503. | | | | | | | | | | XXX |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0599. Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0601. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0602. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0603. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 0699. Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 1301. Supplemental Payments | 119,717,208 | | | | | | | 119,717,208 | | XXX |
| 1302. Durable Medical Equipment | 19,138,160 | | | | | | 363,139 | 18,775,021 | | XXX |
| 1303. Graduate Medical Education | 5,348,457 | | | | | | | 5,348,457 | | XXX |
| 1398. Summary of remaining write-ins for Line 13 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 1399. Totals (Lines 1301 through 1303 plus 1398) (Line 13 above) | 144,203,825 | 0 | 0 | 0 | 0 | 0 | 363,139 | 143,840,686 | 0 | XXX |

7

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## FIVE - YEAR HISTORICAL DATA

| | 1<br>2016 | 2<br>2015 | 3<br>2014 | 4<br>2013 | 5<br>2012 |
|---|---|---|---|---|---|
| **Balance Sheet** (Pages 2 and 3) | | | | | |
| 1. Total admitted assets (Page 2, Line 28) | 414,637,256 | 444,232,022 | 357,230,511 | 177,614,299 | 184,113,083 |
| 2. Total liabilities (Page 3, Line 24) | 217,880,491 | 194,313,600 | 142,369,311 | 76,871,581 | 89,989,091 |
| 3. Statutory minimum capital and surplus requirement | 122,815,751 | 110,732,294 | 80,590,142 | 48,332,170 | 54,746,302 |
| 4. Total capital and surplus (Page 3, Line 33) | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 | 94,123,992 |
| **Income Statement** (Page 4) | | | | | |
| 5. Total revenues (Line 8) | 1,747,750,539 | 1,653,065,718 | 1,290,295,480 | 685,371,079 | 795,710,688 |
| 6. Total medical and hospital expenses (Line 18) | 1,658,881,820 | 1,508,823,479 | 1,098,567,768 | 644,957,318 | 765,010,988 |
| 7. Claims adjustment expenses (Line 20) | 1,504,383 | 2,149,289 | 4,067,107 | 419,361 | 3,538,263 |
| 8. Total administrative expenses (Line 21) | 169,051,568 | 107,528,988 | 79,092,182 | 51,296,579 | 51,056,830 |
| 9. Net underwriting gain (loss) (Line 24) | (80,406,773) | 33,283,503 | 108,568,423 | (11,302,179) | (11,989,698) |
| 10. Net investment gain (loss) (Line 27) | 7,465,343 | 5,852,633 | 6,403,100 | 7,844,072 | 10,193,914 |
| 11. Total other income (Lines 28 plus 29) | 15,032,500 | 0 | 0 | 0 | 0 |
| 12. Net income or (loss) (Line 32) | (57,908,930) | 39,136,136 | 114,971,523 | (3,458,107) | (1,795,784) |
| **Cash Flow** (Page 6) | | | | | |
| 13. Net cash from operations (Line 11) | (48,295,371) | 90,469,117 | 153,909,320 | (20,595,675) | (19,123,937) |
| **Risk-Based Capital Analysis** | | | | | |
| 14. Total adjusted capital | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 | 94,123,992 |
| 15. Authorized control level risk-based capital | 61,407,876 | 55,366,147 | 40,295,059 | 24,166,085 | 27,373,151 |
| **Enrollment** (Exhibit 1) | | | | | |
| 16. Total members at end of period (Column 5, Line 7) | 298,498 | 281,029 | 236,330 | 131,518 | 177,510 |
| 17. Total members months (Column 6, Line 7) | 3,567,940 | 3,248,370 | 2,458,602 | 1,471,226 | 2,078,505 |
| **Operating Percentage** (Page 4) | | | | | |
| (Item divided by Page 4, sum of Lines 2, 3, and 5) x 100.0 | | | | | |
| 18. Premiums earned plus risk revenue (Line 2 plus Lines 3 and 5) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 19. Total hospital and medical plus other non-health (Lines 18 plus Line 19) | 94.9 | 91.3 | 85.1 | 94.1 | 96.1 |
| 20. Cost containment expenses | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 |
| 21. Other claims adjustment expenses | 0.1 | 0.1 | 0.3 | 0.0 | 0.4 |
| 22. Total underwriting deductions (Line 23) | 104.6 | 98.0 | 91.6 | 101.6 | 101.5 |
| 23. Total underwriting gain (loss) (Line 24) | (4.6) | 2.0 | 8.4 | (1.6) | (1.5) |
| **Unpaid Claims Analysis** | | | | | |
| (U&I Exhibit, Part 2B) | | | | | |
| 24. Total claims incurred for prior years (Line 13, Col. 5) | 158,931,881 | 124,655,083 | 60,203,252 | 73,197,079 | 88,306,053 |
| 25. Estimated liability of unpaid claims – [prior year (Line 13, Col. 6)] | 174,975,949 | 124,874,925 | 68,935,644 | 81,055,160 | 95,429,827 |
| **Investments In Parent, Subsidiaries and Affiliates** | | | | | |
| 26. Affiliated bonds (Sch. D Summary, Line 12, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 27. Affiliated preferred stocks (Sch. D Summary, Line 18, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 28. Affiliated common stocks (Sch. D Summary, Line 24, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 29. Affiliated short-term investments (subtotal included in Sch. DA Verification, Col. 5, Line 10) | 0 | 0 | 0 | 0 | 0 |
| 30. Affiliated mortgage loans on real estate | 0 | 0 | 0 | 0 | 0 |
| 31. All other affiliated | 0 | 0 | 0 | 0 | 0 |
| 32. Total of above Lines 26 to 31 | 0 | 0 | 0 | 0 | 0 |
| 33. Total investment in parent included in Lines 26 to 31 above | | | | | |

NOTE: If a party to a merger, have the two most recent years of this exhibit been restated due to a merger in compliance with the disclosure requirements of *SSAP No. 3 - Accounting Changes and Correction of Errors*? ........................................................................................ Yes [  ]  No [  ]

If no, please explain ........................................................................................