# Exhibit 20

# ANNUAL STATEMENT

OF THE

# University Health Care, Inc. d/b/a Passport Health Plan

2017

of

Louisville

in the state of

Kentucky

TO THE

Insurance Department

OF THE

STATE OF Kentucky

FOR THE YEAR ENDED

DECEMBER 31, 2017

HEALTH

2017

Case 1:19-cv-01031-MSN-WEF   Document 50-20   Filed 02/06/20   Page 3 of 4 PageID# 923

ANNUAL STATEMENT FOR THE YEAR 2017 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## ANALYSIS OF OPERATIONS BY LINES OF BUSINESS

| | 1<br>Total | 2<br>Comprehensive<br>(Hospital<br>&<br>Medical) | 3<br>Medicare<br>Supplement | 4<br>Dental<br>Only | 5<br>Vision<br>Only | 6<br>Federal<br>Employees<br>Health<br>Benefit Plan | 7<br>Title<br>XVIII<br>Medicare | 8<br>Title<br>XIX<br>Medicaid | 9<br>Other Health | 10<br>Other<br>Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Net premium income | 1,925,009,372 | 0 | 0 | 0 | 0 | 0 | 28,008,542 | 1,897,000,830 | 0 | 0 |
| 2. Change in unearned premium reserves and reserve for rate credit | 0 | | | | | | | | | |
| 3. Fee-for-service (net of $ ............................ medical expenses) | 0 | | | | | | | | | XXX |
| 4. Risk revenue | 0 | | | | | | | | | XXX |
| 5. Aggregate write-ins for other health care related revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 6. Aggregate write-ins for other non-health care related revenues | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 7. Total revenues (Lines 1 to 6) | 1,925,009,372 | 0 | 0 | 0 | 0 | 0 | 28,008,542 | 1,897,000,830 | 0 | 0 |
| 8. Hospital/medical benefits | 753,840,754 | | | | | | 24,184,229 | 729,656,525 | | XXX |
| 9. Other professional services | 405,709,950 | | | | | | 4,199,904 | 401,510,046 | | XXX |
| 10. Outside referrals | 0 | | | | | | 0 | 0 | | XXX |
| 11. Emergency room and out-of-area | 112,033,074 | | | | | | 1,212,980 | 110,820,094 | | XXX |
| 12. Prescription drugs | 324,106,460 | | | | | | 2,191,880 | 321,914,580 | | XXX |
| 13. Aggregate write-ins for other hospital and medical | 147,903,871 | 0 | 0 | 0 | 0 | 0 | 485,312 | 147,418,559 | 0 | XXX |
| 14. Incentive pool, withhold adjustments and bonus amounts | 0 | | | | | | | | | XXX |
| 15. Subtotal (Lines 8 to 14) | 1,743,594,109 | 0 | 0 | 0 | 0 | 0 | 32,274,305 | 1,711,319,804 | 0 | XXX |
| 16. Net reinsurance recoveries | 6,329,948 | | | | | | 66,392 | 6,263,556 | | XXX |
| 17. Total hospital and medical (Lines 15 minus 16) | 1,737,264,161 | 0 | 0 | 0 | 0 | 0 | 32,207,913 | 1,705,056,248 | 0 | XXX |
| 18. Non-health claims (net) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 19. Claims adjustment expenses including $ ............230,057 cost containment expenses | 722,208 | | | | | | 520,151 | 202,057 | | |
| 20. General administrative expenses | 182,745,021 | | | | | | 5,910,911 | 176,834,110 | | |
| 21. Increase in reserves for accident and health contracts | 0 | | | | | | | | | XXX |
| 22. Increase in reserves for life contracts | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 23. Total underwriting deductions (Lines 17 to 22) | 1,920,731,390 | 0 | 0 | 0 | 0 | 0 | 38,638,975 | 1,882,092,415 | 0 | 0 |
| 24. Net underwriting gain or (loss) (Line 7 minus Line 23) | 4,277,982 | 0 | 0 | 0 | 0 | 0 | (10,630,433) | 14,908,415 | 0 | 0 |
| **DETAILS OF WRITE-INS** | | | | | | | | | | |
| 0501. | | | | | | | | | | XXX |
| 0502. | | | | | | | | | | XXX |
| 0503. | | | | | | | | | | XXX |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0599. Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0601. | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0602. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0603. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 0699. Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 1301. Supplemental Payments | 121,559,194 | | | | | | | 121,559,194 | | XXX |
| 1302. Durable Medical Equipment | 21,289,573 | | | | | | 485,312 | 20,804,261 | | XXX |
| 1303. Graduate Medical Education | 5,055,104 | | | | | | | 5,055,104 | | XXX |
| 1398. Summary of remaining write-ins for Line 13 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 1399. Totals (Lines 1301 through 1303 plus 1398) (Line 13 above) | 147,903,871 | 0 | 0 | 0 | 0 | 0 | 485,312 | 147,418,559 | 0 | XXX |

ANNUAL STATEMENT FOR THE YEAR 2017 OF THE University Health Care, Inc. d/b/a Passport Health Plan

# FIVE - YEAR HISTORICAL DATA

| | 1<br>2017 | 2<br>2016 | 3<br>2015 | 4<br>2014 | 5<br>2013 |
|---|---|---|---|---|---|
| **Balance Sheet** (Pages 2 and 3) | | | | | |
| 1. Total admitted assets (Page 2, Line 28) | 454,370,239 | 414,637,256 | 444,232,022 | 357,230,511 | 177,614,299 |
| 2. Total liabilities (Page 3, Line 24) | 240,931,935 | 217,880,491 | 194,313,600 | 142,369,311 | 76,871,581 |
| 3. Statutory minimum capital and surplus requirement | 128,722,146 | 123,150,712 | 110,732,294 | 80,590,142 | 48,332,170 |
| 4. Total capital and surplus (Page 3, Line 33) | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 |
| **Income Statement** (Page 4) | | | | | |
| 5. Total revenues (Line 8) | 1,925,009,372 | 1,747,750,539 | 1,653,065,718 | 1,290,295,480 | 685,371,079 |
| 6. Total medical and hospital expenses (Line 18) | 1,737,264,161 | 1,658,881,820 | 1,508,823,479 | 1,098,567,768 | 644,957,318 |
| 7. Claims adjustment expenses (Line 20) | 722,208 | 1,504,383 | 2,149,289 | 4,067,107 | 419,361 |
| 8. Total administrative expenses (Line 21) | 182,745,021 | 169,051,568 | 107,528,988 | 79,092,182 | 51,296,579 |
| 9. Net underwriting gain (loss) (Line 24) | 4,277,982 | (80,406,773) | 33,283,503 | 108,568,423 | (11,302,179) |
| 10. Net investment gain (loss) (Line 27) | 12,830,009 | 7,465,343 | 5,852,633 | 6,403,100 | 7,844,072 |
| 11. Total other income (Lines 28 plus 29) | 0 | 15,032,500 | 0 | 0 | 0 |
| 12. Net income or (loss) (Line 32) | 17,107,991 | (57,908,930) | 39,136,136 | 114,971,523 | (3,458,107) |
| **Cash Flow** (Page 6) | | | | | |
| 13. Net cash from operations (Line 11) | 34,627,604 | (48,295,371) | 90,469,117 | 153,909,320 | (20,595,675) |
| **Risk-Based Capital Analysis** | | | | | |
| 14. Total adjusted capital | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 |
| 15. Authorized control level risk-based capital | 64,361,073 | 61,577,947 | 55,366,147 | 40,295,059 | 24,166,085 |
| **Enrollment** (Exhibit 1) | | | | | |
| 16. Total members at end of period (Column 5, Line 7) | 318,361 | 298,498 | 281,029 | 236,330 | 131,518 |
| 17. Total members months (Column 6, Line 7) | 3,793,806 | 3,567,940 | 3,248,370 | 2,458,602 | 1,471,226 |
| **Operating Percentage** (Page 4) | | | | | |
| (Item divided by Page 4, sum of Lines 2, 3, and 5) x 100.0 | | | | | |
| 18. Premiums earned plus risk revenue (Line 2 plus Lines 3 and 5) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 19. Total hospital and medical plus other non-health (Lines 18 plus Line 19) | 90.2 | 94.9 | 91.3 | 85.1 | 94.1 |
| 20. Cost containment expenses | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 |
| 21. Other claims adjustment expenses | 0.0 | 0.1 | 0.1 | 0.3 | 0.0 |
| 22. Total underwriting deductions (Line 23) | 99.8 | 104.6 | 98.0 | 91.6 | 101.6 |
| 23. Total underwriting gain (loss) (Line 24) | 0.2 | (4.6) | 2.0 | 8.4 | (1.6) |
| **Unpaid Claims Analysis** | | | | | |
| (U&I Exhibit, Part 2B) | | | | | |
| 24. Total claims incurred for prior years (Line 13, Col. 5) | 157,356,933 | 158,931,881 | 124,655,083 | 60,203,252 | 73,197,079 |
| 25. Estimated liability of unpaid claims – [prior year (Line 13, Col. 6)] | 186,183,669 | 174,975,949 | 124,874,925 | 68,935,644 | 81,055,160 |
| **Investments In Parent, Subsidiaries and Affiliates** | | | | | |
| 26. Affiliated bonds (Sch. D Summary, Line 12, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 27. Affiliated preferred stocks (Sch. D Summary, Line 18, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 28. Affiliated common stocks (Sch. D Summary, Line 24, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 29. Affiliated short-term investments (subtotal included in Sch. DA Verification, Col. 5, Line 10) | 0 | 0 | 0 | 0 | 0 |
| 30. Affiliated mortgage loans on real estate | | 0 | 0 | 0 | 0 |
| 31. All other affiliated | 0 | 0 | 0 | 0 | 0 |
| 32. Total of above Lines 26 to 31 | 0 | 0 | 0 | 0 | 0 |
| 33. Total investment in parent included in Lines 26 to 31 above | | | | | |

NOTE: If a party to a merger, have the two most recent years of this exhibit been restated due to a merger in compliance with the disclosure requirements of *SSAP No. 3 - Accounting Changes and Correction of Errors*? .................................................................................................................................... Yes [  ] No [  ]

If no, please explain .........................................................................................................................................................................................