# Exhibit 21

# ANNUAL STATEMENT

OF THE

# University Health Care, Inc. d/b/a Passport Health Plan

2018

of

## Louisville

ın the state of

## Kentucky

TO THE

## Insurance Department

OF THE

## STATE OF Kentucky

FOR THE YEAR ENDED

DECEMBER 31, 2018

HEALTH

# 2018

# STATEMENT OF REVENUE AND EXPENSES

| | | Current Year | | Prior Year |
|---|---|---|---|---|
| | | 1<br>Uncovered | 2<br>Total | 3<br>Total |
| 1 | Member Months | XXX | 3,869,294 | 3,793,806 |
| 2 | Net premium income (including $ 0 non-health premium income) | XXX | 1,945,920,405 | 1,925,009,372 |
| 3 | Change in unearned premium reserves and reserve for rate credits | XXX | | 0 |
| 4 | Fee-for-service (net of $ medical expenses) | XXX | | 0 |
| 5 | Risk revenue | XXX | | 0 |
| 6 | Aggregate write-ins for other health care related revenues | XXX | 0 | 0 |
| 7 | Aggregate write-ins for other non-health revenues | XXX | 0 | 0 |
| 8 | Total revenues (Lines 2 to 7) | XXX | 1,945,920,405 | 1,925,009,372 |
| | **Hospital and Medical:** | | | |
| 9 | Hospital/medical benefits | | 821,948,317 | 753,840,754 |
| 10. | Other professional services | | 422,369,184 | 405,709,950 |
| 11 | Outside referrals | | 0 | 0 |
| 12 | Emergency room and out-of-area | | 112,413,109 | 112,033,074 |
| 13. | Prescription drugs | | 359,048,153 | 324,106,460 |
| 14 | Aggregate write-ins for other hospital and medical | 0 | 130,477,863 | 147,903,871 |
| 15 | Incentive pool, withhold adjustments and bonus amounts | | | 0 |
| 16 | Subtotal (Lines 9 to 15) | 0 | 1,846,256,626 | 1,743,594,109 |
| | **Less** | | | |
| 17 | Net reinsurance recoveries | | 7,968,843 | 6,329,948 |
| 18 | Total hospital and medical (Lines 16 minus 17) | 0 | 1,838,287,783 | 1,737,264,161 |
| 19 | Non-health claims (net) | | | 0 |
| 20 | Claims adjustment expenses, including $ 222,696 cost containment expenses | | (3,106,512) | 722,208 |
| 21 | General administrative expenses | | 193,988,868 | 182,745,021 |
| 22 | Increase in reserves for life and accident and health contracts (including<br>$ increase in reserves for life only) | | 47,415,290 | 0 |
| 23 | Total underwriting deductions (Lines 18 through 22) | 0 | 2,076,585,429 | 1,920,731,390 |
| 24 | Net underwriting gain or (loss) (Lines 8 minus 23) | XXX | (130,665,024) | 4,277,982 |
| 25 | Net investment income earned (Exhibit of Net Investment Income, Line 17) | | 6,241,150 | 5,277,062 |
| 26 | Net realized capital gains (losses) less capital gains tax of $ | | 1,698,678 | 7,552,947 |
| 27 | Net investment gains (losses) (Lines 25 plus 26) | 0 | 7,939,828 | 12,830,009 |
| 28 | Net gain or (loss) from agents' or premium balances charged off [(amount recovered<br>$ ) (amount charged off $ )] | | 0 | 0 |
| 29 | Aggregate write-ins for other income or expenses | 0 | 87,087 | 0 |
| 30 | Net income or (loss) after capital gains tax and before all other federal income taxes<br>(Lines 24 plus 27 plus 28 plus 29) | XXX | (122,638,109) | 17,107,991 |
| 31 | Federal and foreign income taxes incurred | XXX | | 0 |
| 32 | Net income (loss) (Lines 30 minus 31) | XXX | (122,638,109) | 17,107,991 |
| | **DETAILS OF WRITE-INS** | | | |
| 0601 | | XXX | | 0 |
| 0602 | | XXX | | 0 |
| 0603 | | XXX | | 0 |
| 0698 | Summary of remaining write-ins for Line 6 from overflow page | XXX | 0 | 0 |
| 0699 | Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | XXX | 0 | 0 |
| 0701 | | XXX | | 0 |
| 0702 | | XXX | | 0 |
| 0703 | | XXX | | 0 |
| 0798 | Summary of remaining write-ins for Line 7 from overflow page | XXX | 0 | 0 |
| 0799 | Totals (Lines 0701 through 0703 plus 0798) (Line 7 above) | XXX | 0 | 0 |
| 1401 | Supplemental Payments | | 103,294,234 | 121,559,194 |
| 1402 | Durable Medical Equipment | | 21,292,088 | 21,289,573 |
| 1403 | Graduate Medical Education | | 5,891,541 | 5,055,104 |
| 1498 | Summary of remaining write-ins for Line 14 from overflow page | 0 | 0 | 0 |
| 1499 | Totals (Lines 1401 through 1403 plus 1498) (Line 14 above) | 0 | 130,477,863 | 147,903,871 |
| 2901 | Income from Lucina Strategic Alliance | | 65,000 | 0 |
| 2902 | Income from Tesco Settlement | | 16,595 | 0 |
| 2903 | Interest Income from PNC | | 5,492 | 0 |
| 2998 | Summary of remaining write-ins for Line 29 from overflow page | 0 | 0 | 0 |
| 2999 | Totals (Lines 2901 through 2903 plus 2998) (Line 29 above) | 0 | 87,087 | 0 |

ANNUAL STATEMENT FOR THE YEAR 2018 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## ANALYSIS OF OPERATIONS BY LINES OF BUSINESS

| | | 1<br>Total | 2<br>Comprehensive<br>(Hospital<br>&<br>Medical) | 3<br>Medicare<br>Supplement | 4<br>Dental<br>Only | 5<br>Vision<br>Only | 6<br>Federal<br>Employees<br>Health<br>Benefit Plan | 7<br>Title<br>XVIII<br>Medicare | 8<br>Title<br>XIX<br>Medicaid | 9<br>Other Health | 10<br>Other<br>Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Net premium income | 1,945,920,405 | 0 | 0 | 0 | 0 | 0 | 37,634,908 | 1,908,285,497 | 0 | 0 |
| 2 | Change in unearned premium reserves and reserve for rate credit | 0 | | | | | | | | | |
| 3 | Fee-for-service (net of $ medical expenses) | 0 | | | | | | | | | XXX |
| 4 | Risk revenue | 0 | | | | | | | | | XXX |
| 5 | Aggregate write-ins for other health care related revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 6 | Aggregate write-ins for other non-health care related revenues | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 7 | Total revenues (Lines 1 to 6) | 1,945,920,405 | 0 | 0 | 0 | 0 | 0 | 37,634,908 | 1,908,285,497 | 0 | 0 |
| 8 | Hospital/medical benefits | 821,948,317 | | | | | | 13,857,081 | 808,091,236 | | XXX |
| 9 | Other professional services | 422,369,184 | | | | | | 3,888,850 | 418,480,334 | | XXX |
| 10 | Outside referrals | 0 | | | | | | | 0 | | XXX |
| 11 | Emergency room and out-of-area | 112,413,109 | | | | | | 1,425,741 | 110,987,368 | | XXX |
| 12 | Prescription drugs | 359,048,153 | | | | | | 4,259,003 | 354,789,150 | | XXX |
| 13 | Aggregate write-ins for other hospital and medical | 130,477,863 | 0 | 0 | 0 | 0 | 0 | 644,182 | 129,833,681 | 0 | XXX |
| 14 | Incentive pool, withhold adjustments and bonus amounts | 0 | | | | | | | | | XXX |
| 15 | Subtotal (Lines 8 to 14) | 1,846,256,626 | 0 | 0 | 0 | 0 | 0 | 24,074,857 | 1,822,181,769 | 0 | XXX |
| 16 | Net reinsurance recoveries | 7,968,841 | | | | | | | 7,968,841 | | XXX |
| 17 | Total hospital and medical (Lines 15 minus 16) | 1,838,287,785 | 0 | 0 | 0 | 0 | 0 | 24,074,857 | 1,814,212,928 | 0 | XXX |
| 18 | Non-health claims (net) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 19 | Claims adjustment expenses including $ 222,696 cost containment expenses. | (2,909,746) | | | | | | | (2,909,746) | | |
| 20 | General administrative expenses | 193,792,101 | | | | | | 9,028,047 | 184,764,054 | | |
| 21 | Increase in reserves for accident and health contracts | 47,415,290 | | | | | | | 47,415,290 | | XXX |
| 22 | Increase in reserves for life contracts | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 23 | Total underwriting deductions (Lines 17 to 22) | 2,076,585,430 | 0 | 0 | 0 | 0 | 0 | 33,102,904 | 2,043,482,526 | 0 | |
| 24 | Net underwriting gain or (loss) (Line 7 minus Line 23) | (130,665,025) | 0 | 0 | 0 | 0 | 0 | 4,532,004 | (135,197,029) | 0 | |

**DETAILS OF WRITE-INS**

| | | 1<br>Total | 2<br>Comprehensive<br>(Hospital<br>&<br>Medical) | 3<br>Medicare<br>Supplement | 4<br>Dental<br>Only | 5<br>Vision<br>Only | 6<br>Federal<br>Employees<br>Health<br>Benefit Plan | 7<br>Title<br>XVIII<br>Medicare | 8<br>Title<br>XIX<br>Medicaid | 9<br>Other Health | 10<br>Other<br>Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0501 | | | | | | | | | | | XXX |
| 0502 | | | | | | | | | | | XXX |
| 0503 | | | | | | | | | | | XXX |
| 0598 | Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0599 | Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0601 | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0602 | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0603 | | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0698 | Summary of remaining write-ins for Line 6 from overflow page | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0699 | Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 1301 | Supplemental Payments | 103,294,234 | | | | | | | 103,294,234 | | XXX |
| 1302 | Durable Medical Equipment | 21,936,270 | | | | | | 644,182 | 21,292,088 | | XXX |
| 1303 | Graduate Medical Education | 5,247,359 | | | | | | | 5,247,359 | | XXX |
| 1398 | Summary of remaining write-ins for Line 13 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 1399 | Totals (Lines 1301 through 1303 plus 1398) (Line 13 above) | 130,477,863 | 0 | 0 | 0 | 0 | 0 | 644,182 | 129,833,681 | 0 | XXX |

## FIVE - YEAR HISTORICAL DATA

| | | 1<br>2018 | 2<br>2017 | 3<br>2016 | 4<br>2015 | 5<br>2014 |
|---|---|---|---|---|---|---|
| **Balance Sheet** (Pages 2 and 3) | | | | | | |
| 1 | Total admitted assets (Page 2, Line 28) | 387,006,630 | 454,370,239 | 414,637,256 | 444,232,022 | 357,230,511 |
| 2 | Total liabilities (Page 3, Line 24) | 294,881,513 | 240,931,935 | 217,880,491 | 194,313,600 | 142,369,311 |
| 3 | Statutory minimum capital and surplus requirement | 141,667,744 | 128,722,146 | 123,150,712 | 110,732,294 | 80,590,142 |
| 4 | Total capital and surplus (Page 3, Line 33) | 92,125,117 | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 |
| **Income Statement** (Page 4) | | | | | | |
| 5 | Total revenues (Line 8) | 1,945,920,405 | 1,925,009,372 | 1,747,750,539 | 1,653,065,718 | 1,290,295,480 |
| 6 | Total medical and hospital expenses (Line 18) | 1,838,287,783 | 1,737,264,161 | 1,658,881,820 | 1,508,823,479 | 1,098,567,768 |
| 7 | Claims adjustment expenses (Line 20) | (3,106,512) | 722,208 | 1,504,383 | 2,149,289 | 4,067,107 |
| 8 | Total administrative expenses (Line 21) | 193,988,868 | 182,745,021 | 169,051,568 | 107,528,988 | 79,092,182 |
| 9 | Net underwriting gain (loss) (Line 24) | (130,665,024) | 4,277,982 | (80,406,773) | 33,283,503 | 108,568,423 |
| 10 | Net investment gain (loss) (Line 27) | 7,939,828 | 12,830,009 | 7,465,343 | 5,852,633 | 6,403,100 |
| 11 | Total other income (Lines 28 plus 29) | 87,087 | 0 | 15,032,500 | 0 | 0 |
| 12 | Net income or (loss) (Line 32) | (122,638,109) | 17,107,991 | (57,908,930) | 39,136,136 | 114,971,523 |
| **Cash Flow** (Page 6) | | | | | | |
| 13 | Net cash from operations (Line 11) | (98,495,112) | 34,627,604 | (48,295,371) | 90,469,117 | 153,909,320 |
| **Risk-Based Capital Analysis** | | | | | | |
| 14 | Total adjusted capital | 92,125,117 | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 |
| 15 | Authorized control level risk-based capital | 70,833,872 | 64,361,073 | 61,577,947 | 55,366,147 | 40,295,059 |
| **Enrollment** (Exhibit 1) | | | | | | |
| 16 | Total members at end of period (Column 5, Line 7) | 319,575 | 318,361 | 298,498 | 281,029 | 236,330 |
| 17 | Total members months (Column 6, Line 7) | 3,869,294 | 3,793,806 | 3,567,940 | 3,248,370 | 2,458,602 |
| **Operating Percentage** (Page 4) | | | | | | |
| (Item divided by Page 4, sum of Lines 2, 3, and 5) x 100 0 | | | | | | |
| 18 | Premiums earned plus risk revenue (Line 2 plus Lines 3 and 5) | 100 0 | 100 0 | 100 0 | 100 0 | 100 0 |
| 19 | Total hospital and medical plus other non-health (Lines 18 plus Line 19) | 94 5 | 90 2 | 94 9 | 91 3 | 85 1 |
| 20 | Cost containment expenses | 0 0 | 0 0 | 0 0 | 0 0 | 0 1 |
| 21 | Other claims adjustment expenses | (0 2) | 0 0 | 0 1 | 0 1 | 0 3 |
| 22 | Total underwriting deductions (Line 23) | 106 7 | 99 8 | 104 6 | 98 0 | 91 6 |
| 23 | Total underwriting gain (loss) (Line 24) | (6.7) | 0 2 | (4 6) | 2 0 | 8 4 |
| **Unpaid Claims Analysis** | | | | | | |
| (U&I Exhibit, Part 2B) | | | | | | |
| 24 | Total claims incurred for prior years (Line 13, Col 5) | 197,557,719 | 157,356,933 | 158,931,881 | 124,655,083 | 60,203,252 |
| 25 | Estimated liability of unpaid claims – [prior year (Line 13, Col 6)] | 204,533,080 | 186,183,669 | 174,975,949 | 124,874,925 | 68,935,644 |
| **Investments In Parent, Subsidiaries and Affiliates** | | | | | | |
| 26 | Affiliated bonds (Sch D Summary, Line 12, Col 1) | 0 | 0 | 0 | 0 | 0 |
| 27 | Affiliated preferred stocks (Sch D Summary, Line 18, Col 1) | 0 | 0 | 0 | 0 | 0 |
| 28 | Affiliated common stocks (Sch D Summary, Line 24, Col 1) | 0 | 0 | 0 | 0 | 0 |
| 29 | Affiliated short-term investments (subtotal included in Sch DA Verification, Col 5, Line 10) | 0 | 0 | 0 | 0 | 0 |
| 30 | Affiliated mortgage loans on real estate | | 0 | 0 | 0 | 0 |
| 31 | All other affiliated | 0 | 0 | 0 | 0 | 0 |
| 32 | Total of above Lines 26 to 31 | 0 | 0 | 0 | 0 | 0 |
| 33 | Total investment in parent included in Lines 26 to 31 above | | | | | |

NOTE If a party to a merger, have the two most recent years of this exhibit been restated due to a merger in compliance with the disclosure requirements of SSAP No 3 - Accounting Changes and Correction of Errors? .Yes [  ]  No [  ]

If no, please explain