# Exhibit 23



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

| Quality Assessment and Performance Improvement: Measurement and Improvement *(See Final Page for Suggested Evidence)* | | | | |
|---|---|---|---|---|
| **State Contract Requirements (Federal Regulation 438.236, 438.240)** | **Prior Results & Follow-Up** | **Review Determination** | **Comments (Note: For any element that deviates from the requirements, an explanation of the deviation must be documented in the Comments section)** | **Health Plan's and DMS' Responses and Plan of Action** |
| **19.1 QAPI Program** | | | Includes review of MCO Report #84 QAPI Program Description (see Quarterly Desk Audit results). | |
| The Contractor shall implement and operate a comprehensive QAPI program that assesses monitors, evaluates and improves the quality of care provided to Members. | Full - This requirement is addressed in Passport's 2016 Quality Improvement Program Description page 6. | | | |
| The program shall also have processes that provide for the evaluation of access to care, continuity of care, health care outcomes, and services provided or arranged for by the Contractor. | Full - This requirement is addressed in Passport's 2016 Quality Improvement Program Description page 7. | | | |
| The Contractor's QI structures and processes shall be planned, systematic and clearly defined. | Full - This requirement is addressed in Passport's 2016 Quality Improvement Program Description page 6. | | | |
| The Contractor's QI activities shall demonstrate the linkage of QI projects to findings from multiple quality evaluations, such as the EQR annual evaluation, opportunities for improvement identified from the annual HEDIS indicators and the consumer and provider surveys, internal surveillance and monitoring, as well as any findings identified by an accreditation body. | Full - This requirement is addressed in Passport's 2016 Quality Improvement Program Description page 11. | | | |
| The QAPI program shall be developed in | Full - This requirement is addressed in the agenda and minutes | | | |

#1_Tool_QI_MI_2018 PHP.docx
4/30/2019

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Quality Assessment and Performance Improvement: Measurement and Improvement**

**Scoring Grid:**

| Compliance Level | Full | Substantial - | Minimal - | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 3 | 0 | 0 | 0 |
| Total Points | 9 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial - | Minimal - | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

Full Compliance        MCO has met or exceeded requirements
Substantial Compliance    MCO has met most requirements but may be deficient in a small number of areas
Minimal Compliance    MCO has met some requirements but has significant deficiencies requiring corrective action
Non- Compliance    MCO has not met the requirements
Not Applicable (NA)    Statement does not require a review decision; for reviewer information purposes

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Quality Assessment and Performance Improvement: Measurement and Improvement**

**Suggested Evidence**

**Documents**

QI Program Description (MCO Report #84)

QI Work Plan (MCO Report #17)

Evidence of member involvement in development of QI program

Annual PIP proposals and summary reports (MCO Reports #19, 90 and 92)

Quality Improvement Committee description, membership, meeting agendas and minutes

Committee description, membership, meeting agendas and minutes for QMAC

Clinical Practice Guidelines

Provider Manual

Provider Newsletters

Provider Committee minutes


**Reports**

Annual QI Evaluation Report (MCO Report #85)

HEDIS Final Audit Report and IDSS rates (MCO Report #96)

Healthy Kentuckians Outcomes Measures Report

CAHPS Report (MCO Report #94)

Provider Satisfaction Survey Report (MCO Report #95)

NCQA Accreditation Certificate and ISS Survey Report or status of accreditation

Evaluation, analysis and follow-up of performance measure results

Evaluation, analysis and follow-up of provider compliance with Clinical Practice Guidelines

Monitoring of consistent application of practice guidelines for utilization management, enrollee education, and coverage of services

MCO Committee Activity (MCO Report #21)



IPRO
Improving Healthcare
for the Common Good

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

**Grievance System**
**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 11 | 2 | 0 | 0 |
| Total Points | 33 | 4 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.85 | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

Full Compliance          MCO has met or exceeded requirements
Substantial Compliance   MCO has met most requirements but may be deficient in a small number of areas
Minimal Compliance       MCO has met some requirements but has significant deficiencies requiring corrective action
Non- Compliance          MCO has not met the requirements
Not Applicable (NA)      Statement does not require a review decision; for reviewer information purposes

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review

**Grievance System**

#2_Tool_Grievances_2018 Passport
4/30/2019



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
### Suggested Evidence

### Documents

Policies/procedures for:
- Grievances including handling of quality-related cases
- Appeals
- State hearings
- Maintenance of grievance records

QI Committee minutes or other documentation demonstrating investigation, evaluation, analysis and follow-up of aggregated grievance and appeal data
Process for evaluating patterns of grievances
Sample letters for notice of action, grievance resolution and appeal resolution

### Reports

Quarterly reports of grievances and appeals (MCO Reports #27, 28 and 29)

### File Review

Member and Provider grievance files for a sample of files selected by EQRO
Member and Provider appeal files for a sample of files selected by EQRO
QI Committee minutes or other documentation demonstrating investigation and any action taken for individual grievance and appeal files selected for review by the EQRO

#2_Tool_Grievances_2018 Passport
4/30/2019



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

**Health Risk Assessment**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 1 | 0 | 0 | 0 |
| Total Points | 3 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility

Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Health Risk Assessment**
**Suggested Evidence**

**Documents**

Policies/procedures for:
- Initial health screening assessment (including initial health screening tool)

**File Review**

File review of a sample of cases selected by the EQRO

**Reports**

Quarterly reports on the number of new member assessments; number of assessments completed; number of assessments not completed after reasonable effort; number of refusals (MCO Report # 79)
Evidence of monitoring of health screening assessment completion rates, and follow-up actions to increase completion rates

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Quality Assessment and Performance Improvement: Structure and Operations – Credentialing**

Scoring Grid:

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 1 | 2 | 0 | 0 |
| Total Points | 3 | 4 | 0 | 0 |

Overall Compliance Determination:

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.33 | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable | Statement does not require a review decision |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Quality Assessment and Performance Improvement: Structure and Operations – Credentialing**
**Suggested Evidence**

**Documents**

Policies and Procedures for:

- Enrollment of network providers
- Enrollment of out-of-network providers
- Provider Credentialing and Recredentialing including delegated credentialing
- Monitoring of provider sanctions, complaints and quality issues between recredentialing cycles
- Altering conditions of participation
- Termination/Suspension of providers
- Initial and ongoing assessment of organizational providers

Credentialing Committee description, membership, meeting agendas and minutes

**Reports**

Reports of oversight of delegated credentialing

Reports to DMS and/or other authorities of serious quality issues that could result in provider suspension or termination

Sample provider file report of provider credentialing for DMS Fiscal Agent

Sample reports to DMS of cases where a provider requires review by the Credentialing Committee

**File Review**

Sample of Credentialing and Recredentialing files for varied provider types selected by the EQRO



**Final Findings**

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Quality Assessment and Performance Improvement: Access**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 12 | 0 | 0 | 0 |
| Total Points | 36 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable | Statement does not require a review decision |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Quality Assessment and Performance Improvement: Access**
**Suggested Evidence**

**Documents**

Policies/procedures for:
- PCP responsibilities
- Provider hours of operation and availability, including after-hours availability
- Provider program capacity requirements
- Access and availability standards
- Emergency care, urgent care and post stabilization care
- Out-of-network emergency care
- Direct access services
- Voluntary family planning
- Referral for non-covered services
- Referral and assistance with scheduling for specialty health care services

Process for monitoring of provider compliance with hours of operation and availability, including after-hours availability
Process for monitoring of provider compliance with PCP responsibilities
Process for addressing non-emergent ER visits
Sample provider contracts – one per provider type
Provider Manual
Benefit Summary (covered/non-covered services)
Corrective action plan submitted to DMS for inadequate access, if applicable

**Reports**

Monitoring and follow-up of provider compliance with hours of operation and availability, including after-hours availability
Monitoring of provider compliance with PCP responsibilities
Provider access and availability reports
GeoAccess network reports and maps (MCO Report #12A) for:
- Primary care
- Specialty care
- Behavioral health services including mental health and substance abuse providers

#5_Tool_Access_2018 PHP
4/30/2019



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

- Emergency care
- Hospital care
- General dental services
- General vision, laboratory and radiology services
- Pharmacy services

Access and delivery network narrative reports (MCO Report #13)

Evidence of evaluation, analysis and follow-up related to provider program capacity reports

Reports of Out-of-Network Utilization

Evidence of evaluation, analysis and follow-up related to out-of-network utilization monitoring

Evidence of evaluation, analysis and follow-up related to non-emergent ER visits



Improving Healthcare for the Common Good

Final Findings

## KY EQRO ANNUAL REVIEW
### October 2018
### Period of Review: July 1, 2017 – June 30, 2018
### MCO: Passport Health Plan

**Quality Assessment and Performance Improvement:  Access – Utilization Management**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 6 | 3 | 0 | 0 |
| Total Points | 18 | 6 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.67 | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility

Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings
**Quality Assessment and Performance Improvement: Access – Utilization Management**
**Suggested Evidence**

**<u>Documents</u>**
Policies/procedures for:
- Utilization management
- Review and adoption of medical necessity criteria
- Monitoring to ensure clinically appropriate overall continuity of care
- Incorporation of prior authorization data into QI plan

UM Program Description
Contracts with any subcontractors delegated for UM
Evidence of provider involvement in the review and adoption of medical necessity criteria
UM Committee description and minutes
Process for detecting under-utilization and over-utilization of services
Sample letter for notice of action

**<u>Reports</u>**
UM Program Evaluation
Monitoring of consistent application of review criteria and any follow-up actions
CAHPS Report (MCO Report #94)
Provider Satisfaction Survey Report (MCO Report #95)
Prior Authorizations (MCO Report #59)

**<u>File Review</u>**
Sample of UM files selected by EQRO

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Program Integrity**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 64 | 0 | 6 | 2 |
| Total Points | 192 | 0 | 6 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.75 | | |

As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility

Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Program Integrity**
**Suggested Evidence**

**Documents**

Policies/Procedures for:

- post payment audits
- internal monitoring and auditing
- preventive actions
- annual ownership and financial disclosure

Program Integrity Plan including related policies and procedures

Program Integrity training program and evidence of training for Compliance Officer, staff, providers, subcontractors and members

Program Integrity Unit description including Compliance Officer position description

Program Integrity Committee description and minutes

Documentation of annual disclosure of ownership and financial interest including owners/directors, subcontractors and employees

Provider contract provisions for FWA

Vendor contract provisions for FWA

**Reports**

Evidence of PIU preventive actions and ongoing monitoring of MIS data

SUR Algorithms (MCO Report #75)

Quarterly Program Integrity Reports (MCO Reports #76 and 77)

Provider Outstanding Account Receivables (MCO Report #71)

Explanation of Member Benefits (MCO Report #73)

**File Review**

Program Integrity files for a random sample of cases chosen by EQRO

ADO files selected by EQRO

#6_Tool_Program_Integrity_2018 Passport
4/30/2019

IPRO

Improving Healthcare
for the Common Good

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

**Early and Periodic Screening, Diagnosis and Treatment (EPSDT)**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 1 | 0 | 0 | 0 |
| Total Points | 3 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Early and Periodic Screening, Diagnosis and Treatment (EPSDT)**
**Suggested Evidence**

<u>**Documents**</u>
Policies/procedures for:
- EPSDT services
- Identification of members requiring EPSDT special services
- Education/information program for health professionals
- EPSDT provider requirements
- Coordination of physical health services and behavioral health services
- Coordination of other services, e.g., early intervention services

EPSDT member/provider ratio and case management ratio for EPSDT children with special needs
Evidence of communication of required EPSDT information with eligible members and families
EPSDT Coordinator position description
Description of tracking system to monitor acceptance and refusal of EPSDT services
Process for monitoring compliance with EPSDT services requirements including periodicity schedule
Evidence of case management function providing education and counseling for patient compliance
Process for ensuring follow-up evaluation, referral and treatment in response to EPSDT screening results
Linkage agreements between MCO providers and behavioral health providers to assure provision of EPSDT services
Copies of practitioner training materials and other educational/informational materials and attendance records
Process for calculating EPSDT participation and screening rates including quality control measures
Evidence of submission of EPSDT Encounter Records, including special EPSDT procedure codes and referral codes
<u>**Reports**</u>
EPSDT CMS-416 report (MCO Report #93)
Quarterly reports of EPSDT activities, utilization and services (MCO Report #24)

<u>**File Review**</u>
Sample of UM and member and provider appeals related to EPSDT services selected by the EQRO

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**
**Quality Assessment and Performance Improvement: Structure and Operations – Delegated Services**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 3 | 0 | 0 | 1 |
| Total Points | 9 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | | **2.25** | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
October 2018
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**

**Quality Assessment and Performance Improvement: Structure and Operations – Delegated Services**
**Suggested Evidence**

**Documents**

List of subcontractors including type(s) of services provided and date of initial delegation
Contract with each subcontractor
Accreditation certificate and report for each subcontractor
Policies and procedures for subcontractor oversight
Subcontractor Oversight Committee description, meeting agendas and minutes
Documentation of ongoing oversight of subcontractors including follow-up
List of subcontractors terminated during the period of review
Evidence of DMS notification of all new subcontractors and terminated subcontractors
Evidence of disclosure of subcontractor activity to DMS

**Reports**

Pre-delegation evaluation report for new subcontractors
Periodic, formal evaluation reports for each subcontractor, including those with accreditation
Subcontractor certificate of accreditation and survey report



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings

**Quality Assessment and Performance Improvement: Health Information Systems**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 2 | 0 | 0 | 0 |
| Total Points | 6 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

Full Compliance          MCO has met or exceeded requirements
Substantial Compliance   MCO has met most requirements but may be deficient in a small number of areas
Minimal Compliance       MCO has met some requirements but has significant deficiencies requiring corrective action
Non- Compliance          MCO has not met the requirements
Not Applicable           Statement does not require a review decision

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings
**Quality Assessment and Performance Improvement: Health Information Systems**
**Suggested Evidence**

**Documents**

Policies/procedures for:
- Claims processing
- Claims payment
- Encounter data reporting

Process for verifying the accuracy and completeness of provider and vendor reported data
Process for screening data for completeness, logic and consistency
Evidence of timely and accurate reporting of encounter data to DMS
Process for monitoring compliance with claims payment timeliness requirements
Process for tracking and reporting erred encounter records
Evidence of participation in Encounter Technical workgroup
Method for meeting KHIE requirements
Status of efforts to have PCPs establish connectivity to KHIE

**Reports**

Timeliness of Claims Payment
Results of compliance monitoring for timeliness of claims payment and compliance with prompt pay statute
Internal quality measurement results related to accuracy and completeness of encounter data, including analysis and follow-up



**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

Case Management/Care Coordination

Scoring Grid:

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 5 | 1 | 0 | 0 |
| Total Points | 15 | 2 | 0 | 0 |

Overall Compliance Determination:

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.83 | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Case Management/Care Coordination**
**Suggested Evidence**

**Documents**
Policies/Procedures for:
- Identification of members for care management services
- Care coordination
- Comprehensive Assessment including guidelines for referral to care management programs
- Care Plan including criteria for care plan development
- ISHCN including identification, screening and assessment
- DCBS and DAIL clients
- Coordination of care for children receiving school-based services
- Pediatric sexual abuse examination
- Measurement of utilization, access, complaint and grievance, and services for DCBS population.

Case manager and care coordinator position descriptions
Evidence of dissemination of information to members, member representatives and providers relating to care management services
Evidence of monitoring effectiveness of case management
Evidence of tracking, analysis, reporting and interventions for indicators measuring utilization, access, complaints and grievances, and services for DCBS population
Evidence of dissemination of information and materials specific to the needs of the ISHCN member
Evidence of practice guidelines or other criteria considering the needs of ISHCN

**Reports**
Reports of service plan reviews conducted for DCBS and DAIL clients (MCO Reports #65 and 66)
HRAs (MCO Report #79)

**File Review**
Care Coordination and Complex Case Management files for a random sample of cases selected by EQRO
DCBS Service Plans and DCBS Claims/Case Management files for a random sample of cases selected by EQRO



**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

Final Findings

**Enrollee Rights and Protection: Enrollee Rights**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 16 | 0 | 0 | 1 |
| Total Points | 48 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | | **2.82** | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility

Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings

**Enrollee Rights and Protection: Enrollee Rights**
    **Suggested Evidence**

**Documents**
Policies/Procedures for:
- Member rights and responsibilities
- Member Handbook
- Choice of primary care provider
- PCP changes
- Referral for non-covered services provided by FFS Medicaid providers
- Second Opinions
- Required member services functions including, but not limited to, call center and medical call-in system
- Cost Sharing

Member Handbook including any separate inserts or materials
Sample Member newsletters and other informational materials
Sample Provider newsletters and other informational materials
Provider Manual or evidence demonstrating that policies/procedures related to member rights and responsibilities are communicated to providers

**Reports**
Census information on common ethnicities and languages other than English spoken by 5% or more of the enrolled population in a county
Annual Member Services Report
Call center metrics (MCO Report #11)



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings

**Enrollee Rights and Protection: Member Education and Outreach**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 9 | 0 | 0 | 0 |
| Total Points | 27 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

Final Findings
**Enrollee Rights and Protection: Member Education and Outreach**
**Suggested Evidence**

**Documents**

Policies/procedures for Member informational materials
Member and Community Education Outreach Plan
Outreach plan for homeless persons
Member Handbook
Member informational materials
Policies/procedures for promoting delivery of services in a culturally competent manner and evidence of communicating these policies/procedures to subcontractors

**Reports**

Reports of outreach activities

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Medical Records**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 1 | 0 | 0 | 0 |
| Total Points | 3 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

| | |
|---|---|
| Full Compliance | MCO has met or exceeded requirements |
| Substantial Compliance | MCO has met most requirements but may be deficient in a small number of areas |
| Minimal Compliance | MCO has met some requirements but has significant deficiencies requiring corrective action |
| Non- Compliance | MCO has not met the requirements |
| Not Applicable (NA) | Statement does not require a review decision; for reviewer information purposes |

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
    **Medical Records**
    **Suggested Evidence**

**Documents**

Policies/procedures for:

- Confidentiality/HIPAA
- Access to medical records
- Transfer of records
- Medical records and documentation standards
- Process and tools  for assessing/monitoring provider compliance with medical record standards including performance goals
- Advance Medical Directives

Sample contracts between MCO and network providers and subcontractors demonstrating provisions for medical records and documentation standards; and confidentiality/HIPAA requirements

Member materials related to Advance Directives

Provider materials related to Advance Directives

Evidence of signed confidentiality agreement on behalf of employees, agents and assigns

**Reports**

Provider compliance assessment/monitoring results and follow-up

#13_Tool_Medical_Records_2018 PHP
4/30/2019

**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

**Behavioral Health Services**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | 3 | 2 | 1 | 0 |
| Number of Elements | 1 | 3 | 0 | 0 |
| Total Points | 3 | 6 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | 3.0 | 2.0 – 2.99 | 1.0 – 1.99 | 0 – 0.99 |
| Points Average | | 2.25 | | |

As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review, may adversely affect the scoring of a requirement and result in possible sanctions by DMS.

**Reviewer Decision:**

Full Compliance            MCO has met or exceeded requirements
Substantial Compliance     MCO has met most requirements but may be deficient in a small number of areas
Minimal Compliance         MCO has met some requirements but has significant deficiencies requiring corrective action
Non- Compliance            MCO has not met the requirements
Not Applicable (NA)        Statement does not require a review decision; for reviewer information purposes

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**
**Behavioral Health Services**
**Suggested Evidence**

**<u>Documents</u>**
Policies/procedures for:

- Behavioral Health services
- Clinical coordination between BH services providers and PCPs
- BH provider program capacity requirements
- BH services hotline
- Court-ordered services
- Case management services for members including discharge planning
- Accessing free or discounted medication

Benefit Summary (covered/non-covered BH services)
Provider Manual
Sample PCP contract
Sample BH provider contract
Process for educating members of where and how to obtain BH services
Process for monitoring compliance with hotline requirements
Process for educating PCPs of BH services/requirements
Evidence of training of PCPs regarding BH services/requirements
Sample participation agreement with CMHCs
Sample collaborative agreement with state operated or state contracted psychiatric hospitals
Process for coordination of services for members committed by court of law to the state psychiatric hospital
Guidelines/procedures ensuring accessibility, availability, referral and triage including emergency BH services
Process for facilitating the exchange of pharmaceutical information among providers
Process for evaluating continuity and coordination of care among providers
QI Plan
Process for monitoring BH providers participation in quarterly Continuity of Care meetings hosted by the state operated or state contracted psychiatric hospital.



**KY EQRO ANNUAL REVIEW**
October 2018
Period of Review: July 1, 2017 – June 30, 2018
MCO: Passport Health Plan

**Final Findings**

### Reports

Geo Access network reports and maps (MCO Report #12A) for behavioral health services including mental health and substance abuse providers
Access and delivery network narrative reports (MCO Report #13)
Reports of access and availability of BH providers
Evidence of monitoring of compliance with hotline requirements (MCO Report #11)
Evidence of ensuring follow-up after hospitalization for BH services
Evidence of monitoring compliance with BH standards

### File Review

BH/PH Coordination files for a random sample of cases chosen by EQRO



**Final Findings**

**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Pharmacy Benefits**

**Scoring Grid:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Value | **3** | **2** | **1** | **0** |
| Number of Elements | 5 | 0 | 0 | 0 |
| Total Points | 15 | 0 | 0 | 0 |

**Overall Compliance Determination:**

| Compliance Level | Full | Substantial | Minimal | Non-Compliance |
|---|---|---|---|---|
| Points Range | **3.0** | **2.0 – 2.99** | **1.0 – 1.99** | **0 – 0.99** |
| Points Average | 3.0 | | | |

**As part of the review IPRO assessed the MCO's implementation of any actions proposed by the MCO in response to last year's findings. It should be noted that deficiencies previously identified that continue to be deficient in the current review may adversely affect the scoring of a requirement and result in possible sanctions by DMS.**

**Reviewer Decision:**

Full Compliance           MCO has met or exceeded requirements
Substantial Compliance    MCO has met most requirements but may be deficient in a small number of areas
Minimal Compliance        MCO has met some requirements but has significant deficiencies requiring corrective action
Non- Compliance           MCO has not met the requirements
Not Applicable (NA)       Statement does not require a review decision; for reviewer information purposes

Shading of Review Determination Column Only=Not subject to review, e.g., header, DMS responsibility
Shading of Columns for Review Determination, Comments and Health Plan's and DMS's Responses and Plan of Action=Not subject to review for the current review year, e.g., standard deemed due to full compliance achieved during prior review



**KY EQRO ANNUAL REVIEW**
**October 2018**
**Period of Review: July 1, 2017 – June 30, 2018**
**MCO: Passport Health Plan**

**Final Findings**
**Pharmacy Benefits**
**Suggested Evidence**

<u>**Documents**</u>

Policies/procedures for:

- Pharmacy benefit requirements
- Structure of pharmacy program
- Pharmacy claims administration
- Pharmacy rebate administration
- Prospective and retrospective drug utilization review
- Pharmacy restriction program
- Medicaid prescriptions

Preferred Drug List

Listing of drugs requiring prior authorization

Pharmacy & Therapeutics Committee description, membership, meeting agendas and minutes

Process for informing members and pharmacy providers of preferred drug list and related information

Process for evaluating the impact of the pharmacy program on members

Prior authorization process

Process for monitoring and managing the pharmacy program

<u>**Reports**</u>

Evidence of reporting and analysis of the pharmacy program to ensure compliance with Federal and State requirements

Monthly Formulary Management (MCO Report #39)

Prior Authorizations (MCO Report #59)