# Exhibit 35

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 01/03/17 | $14.90 | $14.90 | 453,000 |
| 01/04/17 | $15.00 | $15.20 | 680,700 |
| 01/05/17 | $15.20 | $15.10 | 1,006,000 |
| 01/06/17 | $15.25 | $15.90 | 799,800 |
| 01/09/17 | $15.95 | $15.50 | 502,600 |
| 01/10/17 | $15.50 | $16.75 | 653,700 |
| 01/11/17 | $16.85 | $16.75 | 515,300 |
| 01/12/17 | $16.65 | $17.60 | 861,300 |
| 01/13/17 | $18.30 | $18.95 | 1,631,800 |
| 01/17/17 | $18.95 | $19.00 | 962,100 |
| 01/18/17 | $19.05 | $19.00 | 758,500 |
| 01/19/17 | $19.05 | $19.35 | 702,600 |
| 01/20/17 | $19.45 | $18.80 | 788,000 |
| 01/23/17 | $18.85 | $18.45 | 391,600 |
| 01/24/17 | $18.45 | $18.20 | 589,900 |
| 01/25/17 | $18.30 | $18.25 | 442,100 |
| 01/26/17 | $18.20 | $18.05 | 453,700 |
| 01/27/17 | $18.05 | $18.10 | 245,100 |
| 01/30/17 | $18.05 | $18.20 | 508,100 |
| 01/31/17 | $18.25 | $18.20 | 358,600 |
| 02/01/17 | $18.25 | $18.25 | 392,100 |
| 02/02/17 | $18.15 | $18.10 | 320,400 |
| 02/03/17 | $18.10 | $18.25 | 409,300 |
| 02/06/17 | $18.20 | $18.40 | 313,400 |
| 02/07/17 | $18.40 | $18.15 | 374,100 |
| 02/08/17 | $18.10 | $17.70 | 434,500 |
| 02/09/17 | $17.70 | $18.35 | 369,700 |
| 02/10/17 | $18.40 | $18.25 | 243,000 |
| 02/13/17 | $18.25 | $18.45 | 302,800 |
| 02/14/17 | $18.30 | $18.65 | 295,400 |
| 02/15/17 | $18.55 | $20.15 | 806,300 |
| 02/16/17 | $20.05 | $20.70 | 792,200 |
| 02/17/17 | $20.70 | $20.60 | 335,700 |
| 02/21/17 | $20.60 | $19.95 | 341,200 |
| 02/22/17 | $19.90 | $19.60 | 187,600 |
| 02/23/17 | $19.60 | $19.90 | 360,200 |
| 02/24/17 | $19.75 | $20.35 | 407,500 |
| 02/27/17 | $20.35 | $20.00 | 387,100 |
| 02/28/17 | $20.00 | $19.70 | 572,900 |
| 03/01/17 | $19.60 | $21.15 | 1,761,700 |
| 03/02/17 | $21.10 | $20.55 | 716,000 |
| 03/03/17 | $20.05 | $20.25 | 1,153,000 |
| 03/06/17 | $20.05 | $19.65 | 422,400 |
| 03/07/17 | $19.55 | $19.05 | 530,800 |
| 03/08/17 | $20.00 | $19.65 | 844,800 |
| 03/09/17 | $19.80 | $19.75 | 1,152,100 |

Source: Yahoo! Finance 01/31/2020

## Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|---|---|---|---|
| 03/10/17 | $19.85 | $20.65 | 1,043,000 |
| 03/13/17 | $20.65 | $20.45 | 277,900 |
| 03/14/17 | $20.60 | $20.20 | 191,500 |
| 03/15/17 | $20.30 | $21.25 | 434,700 |
| 03/16/17 | $21.25 | $21.90 | 276,000 |
| 03/17/17 | $21.95 | $21.90 | 436,800 |
| 03/20/17 | $21.85 | $21.65 | 315,200 |
| 03/21/17 | $21.80 | $20.65 | 297,400 |
| 03/22/17 | $20.60 | $20.40 | 485,600 |
| 03/23/17 | $20.40 | $19.90 | 255,500 |
| 03/24/17 | $19.95 | $20.85 | 650,100 |
| 03/27/17 | $20.60 | $21.25 | 659,300 |
| 03/28/17 | $20.65 | $20.55 | 5,923,700 |
| 03/29/17 | $20.55 | $20.80 | 1,456,800 |
| 03/30/17 | $20.70 | $21.60 | 1,513,500 |
| 03/31/17 | $21.60 | $22.30 | 1,708,400 |
| 04/03/17 | $22.45 | $23.30 | 1,218,700 |
| 04/04/17 | $23.15 | $22.70 | 1,011,400 |
| 04/05/17 | $22.80 | $22.40 | 680,900 |
| 04/06/17 | $22.40 | $22.15 | 812,500 |
| 04/07/17 | $22.15 | $22.05 | 1,407,400 |
| 04/10/17 | $22.05 | $21.85 | 492,300 |
| 04/11/17 | $21.75 | $22.25 | 774,000 |
| 04/12/17 | $22.20 | $21.60 | 606,600 |
| 04/13/17 | $21.55 | $21.00 | 860,600 |
| 04/17/17 | $21.05 | $21.95 | 728,900 |
| 04/18/17 | $21.75 | $21.75 | 610,100 |
| 04/19/17 | $21.85 | $21.90 | 688,600 |
| 04/20/17 | $22.00 | $22.35 | 390,500 |
| 04/21/17 | $22.30 | $22.30 | 570,500 |
| 04/24/17 | $22.55 | $22.65 | 1,004,400 |
| 04/25/17 | $22.80 | $22.90 | 768,900 |
| 04/26/17 | $22.95 | $22.20 | 346,200 |
| 04/27/17 | $22.25 | $22.70 | 355,400 |
| 04/28/17 | $22.70 | $23.25 | 595,200 |
| 05/01/17 | $23.25 | $23.05 | 921,400 |
| 05/02/17 | $23.10 | $23.60 | 879,000 |
| 05/03/17 | $23.55 | $23.60 | 823,500 |
| 05/04/17 | $23.60 | $23.65 | 461,600 |
| 05/05/17 | $23.65 | $23.40 | 472,100 |
| 05/08/17 | $23.40 | $23.95 | 633,700 |
| 05/09/17 | $24.00 | $24.05 | 734,500 |
| 05/10/17 | $24.05 | $24.75 | 1,448,300 |
| 05/11/17 | $24.75 | $24.55 | 1,554,000 |
| 05/12/17 | $24.60 | $25.15 | 991,500 |
| 05/15/17 | $25.35 | $24.95 | 886,700 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|---|---|---|---|
| 05/16/17 | $25.05 | $24.05 | 6,893,300 |
| 05/17/17 | $23.75 | $23.10 | 2,236,300 |
| 05/18/17 | $23.00 | $23.25 | 1,081,300 |
| 05/19/17 | $23.30 | $23.55 | 839,300 |
| 05/22/17 | $23.60 | $23.35 | 907,000 |
| 05/23/17 | $23.40 | $23.35 | 793,500 |
| 05/24/17 | $23.35 | $23.90 | 1,064,500 |
| 05/25/17 | $24.00 | $23.90 | 1,046,500 |
| 05/26/17 | $23.90 | $23.50 | 641,600 |
| 05/30/17 | $23.45 | $22.70 | 609,200 |
| 05/31/17 | $22.75 | $22.95 | 699,700 |
| 06/01/17 | $23.05 | $24.60 | 1,220,300 |
| 06/02/17 | $25.00 | $25.90 | 1,366,800 |
| 06/05/17 | $25.90 | $26.05 | 596,300 |
| 06/06/17 | $25.75 | $26.00 | 808,700 |
| 06/07/17 | $26.10 | $27.10 | 1,293,700 |
| 06/08/17 | $27.30 | $27.35 | 831,300 |
| 06/09/17 | $27.35 | $25.80 | 1,637,300 |
| 06/12/17 | $25.70 | $24.05 | 911,400 |
| 06/13/17 | $24.30 | $25.45 | 1,117,100 |
| 06/14/17 | $25.80 | $25.75 | 968,600 |
| 06/15/17 | $25.50 | $25.10 | 748,400 |
| 06/16/17 | $25.00 | $26.40 | 1,387,500 |
| 06/19/17 | $26.50 | $26.40 | 829,800 |
| 06/20/17 | $26.35 | $26.50 | 1,183,200 |
| 06/21/17 | $26.65 | $26.75 | 774,200 |
| 06/22/17 | $26.75 | $25.90 | 1,614,600 |
| 06/23/17 | $26.90 | $27.10 | 6,197,100 |
| 06/26/17 | $27.25 | $26.20 | 834,300 |
| 06/27/17 | $26.10 | $25.20 | 898,200 |
| 06/28/17 | $25.30 | $25.40 | 625,800 |
| 06/29/17 | $25.25 | $25.30 | 1,058,800 |
| 06/30/17 | $25.40 | $25.35 | 652,400 |
| 07/03/17 | $25.45 | $25.15 | 357,300 |
| 07/05/17 | $25.20 | $25.50 | 467,000 |
| 07/06/17 | $25.15 | $24.55 | 705,500 |
| 07/07/17 | $24.80 | $25.65 | 1,259,400 |
| 07/10/17 | $25.55 | $25.40 | 529,400 |
| 07/11/17 | $25.45 | $25.50 | 544,300 |
| 07/12/17 | $25.80 | $26.05 | 607,600 |
| 07/13/17 | $26.10 | $26.35 | 793,900 |
| 07/14/17 | $26.60 | $26.70 | 523,000 |
| 07/17/17 | $26.85 | $26.85 | 684,200 |
| 07/18/17 | $26.70 | $26.85 | 408,700 |
| 07/19/17 | $26.90 | $26.35 | 469,200 |
| 07/20/17 | $26.35 | $26.35 | 455,900 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|---|---|---|---|
| 07/21/17 | $26.50 | $26.05 | 429,200 |
| 07/24/17 | $26.00 | $26.40 | 381,600 |
| 07/25/17 | $26.25 | $26.20 | 320,400 |
| 07/26/17 | $26.30 | $26.10 | 363,700 |
| 07/27/17 | $26.15 | $24.85 | 521,700 |
| 07/28/17 | $24.75 | $24.55 | 413,100 |
| 07/31/17 | $24.65 | $24.70 | 437,100 |
| 08/01/17 | $24.90 | $24.75 | 416,500 |
| 08/02/17 | $24.90 | $24.15 | 734,700 |
| 08/03/17 | $24.10 | $23.75 | 626,600 |
| 08/04/17 | $23.80 | $24.10 | 421,000 |
| 08/07/17 | $24.10 | $23.95 | 1,076,800 |
| 08/08/17 | $21.10 | $19.85 | 4,963,300 |
| 08/09/17 | $19.65 | $18.15 | 8,527,200 |
| 08/10/17 | $18.15 | $17.65 | 3,201,900 |
| 08/11/17 | $17.75 | $18.40 | 2,941,100 |
| 08/14/17 | $18.60 | $18.75 | 2,808,000 |
| 08/15/17 | $18.70 | $17.65 | 2,147,800 |
| 08/16/17 | $17.65 | $17.25 | 2,838,800 |
| 08/17/17 | $17.20 | $17.05 | 1,880,300 |
| 08/18/17 | $17.00 | $17.05 | 1,576,900 |
| 08/21/17 | $17.10 | $17.25 | 1,201,300 |
| 08/22/17 | $17.30 | $17.20 | 923,400 |
| 08/23/17 | $17.05 | $17.65 | 1,180,600 |
| 08/24/17 | $17.65 | $17.80 | 1,329,300 |
| 08/25/17 | $17.85 | $17.30 | 1,463,800 |
| 08/28/17 | $17.30 | $17.80 | 1,028,900 |
| 08/29/17 | $17.50 | $17.10 | 2,464,500 |
| 08/30/17 | $17.10 | $16.55 | 2,069,300 |
| 08/31/17 | $16.50 | $16.70 | 1,425,100 |
| 09/01/17 | $16.80 | $17.15 | 1,153,800 |
| 09/05/17 | $17.15 | $17.70 | 1,469,200 |
| 09/06/17 | $17.85 | $17.85 | 1,171,000 |
| 09/07/17 | $17.90 | $17.80 | 1,382,000 |
| 09/08/17 | $17.75 | $17.85 | 1,181,700 |
| 09/11/17 | $17.85 | $17.90 | 1,082,700 |
| 09/12/17 | $17.95 | $17.95 | 644,900 |
| 09/13/17 | $18.00 | $17.70 | 633,400 |
| 09/14/17 | $17.65 | $17.45 | 903,900 |
| 09/15/17 | $17.50 | $17.25 | 2,649,100 |
| 09/18/17 | $17.25 | $16.45 | 1,261,300 |
| 09/19/17 | $16.50 | $15.65 | 3,725,000 |
| 09/20/17 | $15.90 | $15.95 | 1,892,700 |
| 09/21/17 | $15.90 | $16.20 | 1,107,400 |
| 09/22/17 | $16.20 | $16.75 | 1,852,500 |
| 09/25/17 | $16.65 | $16.30 | 1,300,100 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|---|---|---|---|
| 09/26/17 | $16.45 | $16.65 | 1,263,100 |
| 09/27/17 | $17.00 | $17.50 | 3,545,700 |
| 09/28/17 | $17.60 | $18.25 | 1,615,600 |
| 09/29/17 | $18.15 | $17.80 | 1,559,900 |
| 10/02/17 | $17.85 | $18.70 | 2,569,300 |
| 10/03/17 | $18.75 | $18.65 | 2,936,300 |
| 10/04/17 | $18.50 | $18.60 | 2,046,200 |
| 10/05/17 | $18.60 | $18.25 | 1,028,100 |
| 10/06/17 | $18.25 | $18.15 | 1,237,700 |
| 10/09/17 | $18.05 | $17.35 | 1,135,300 |
| 10/10/17 | $17.40 | $16.60 | 1,782,700 |
| 10/11/17 | $16.55 | $16.65 | 1,229,700 |
| 10/12/17 | $16.55 | $16.70 | 926,600 |
| 10/13/17 | $16.55 | $16.50 | 1,334,200 |
| 10/16/17 | $16.55 | $16.10 | 962,200 |
| 10/17/17 | $16.10 | $15.80 | 1,425,700 |
| 10/18/17 | $15.95 | $16.00 | 745,000 |
| 10/19/17 | $15.95 | $16.35 | 1,017,800 |
| 10/20/17 | $16.45 | $17.00 | 1,000,400 |
| 10/23/17 | $17.05 | $17.00 | 993,200 |
| 10/24/17 | $17.15 | $17.10 | 817,100 |
| 10/25/17 | $17.10 | $17.00 | 836,100 |
| 10/26/17 | $17.00 | $16.85 | 485,400 |
| 10/27/17 | $17.05 | $16.60 | 936,900 |
| 10/30/17 | $16.60 | $16.35 | 812,600 |
| 10/31/17 | $16.40 | $16.25 | 1,239,800 |
| 11/01/17 | $16.40 | $15.30 | 1,843,500 |
| 11/02/17 | $15.20 | $14.90 | 1,946,600 |
| 11/03/17 | $16.30 | $13.25 | 6,302,300 |
| 11/06/17 | $13.30 | $11.00 | 8,257,700 |
| 11/07/17 | $11.25 | $11.10 | 7,917,400 |
| 11/08/17 | $11.10 | $11.75 | 3,889,000 |
| 11/09/17 | $11.65 | $11.70 | 2,155,900 |
| 11/10/17 | $11.60 | $11.15 | 3,966,900 |
| 11/13/17 | $11.00 | $11.45 | 1,376,400 |
| 11/14/17 | $11.35 | $10.50 | 2,009,300 |
| 11/15/17 | $10.35 | $10.75 | 1,771,800 |
| 11/16/17 | $10.90 | $11.05 | 1,641,900 |
| 11/17/17 | $10.95 | $11.15 | 1,277,800 |
| 11/20/17 | $11.15 | $11.15 | 1,613,900 |
| 11/21/17 | $11.15 | $11.60 | 1,730,400 |
| 11/22/17 | $11.65 | $12.15 | 1,357,700 |
| 11/24/17 | $12.20 | $12.05 | 756,400 |
| 11/27/17 | $12.05 | $12.10 | 864,300 |
| 11/28/17 | $12.15 | $12.55 | 1,871,200 |
| 11/29/17 | $12.65 | $12.65 | 2,163,200 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 11/30/17 | $12.65 | $12.85 | 1,629,700 |
| 12/01/17 | $12.80 | $12.85 | 1,916,000 |
| 12/04/17 | $13.05 | $13.00 | 1,558,700 |
| 12/05/17 | $12.95 | $12.95 | 3,405,800 |
| 12/06/17 | $12.95 | $12.85 | 3,686,500 |
| 12/07/17 | $12.70 | $13.25 | 1,244,300 |
| 12/08/17 | $14.00 | $12.95 | 3,365,000 |
| 12/11/17 | $12.90 | $12.90 | 1,650,500 |
| 12/12/17 | $12.95 | $13.00 | 1,155,600 |
| 12/13/17 | $12.95 | $13.00 | 1,548,100 |
| 12/14/17 | $13.00 | $12.90 | 1,177,000 |
| 12/15/17 | $13.00 | $13.05 | 1,739,600 |
| 12/18/17 | $13.15 | $13.05 | 1,287,900 |
| 12/19/17 | $13.10 | $13.05 | 1,154,400 |
| 12/20/17 | $13.15 | $13.55 | 1,063,100 |
| 12/21/17 | $13.60 | $13.80 | 1,222,700 |
| 12/22/17 | $13.75 | $13.60 | 1,059,500 |
| 12/26/17 | $13.55 | $13.45 | 774,200 |
| 12/27/17 | $13.50 | $13.10 | 871,200 |
| 12/28/17 | $13.15 | $12.80 | 1,081,200 |
| 12/29/17 | $12.85 | $12.30 | 727,800 |
| 01/02/18 | $12.35 | $12.80 | 1,545,200 |
| 01/03/18 | $12.85 | $13.40 | 1,284,200 |
| 01/04/18 | $13.95 | $13.25 | 891,700 |
| 01/05/18 | $13.25 | $12.95 | 636,900 |
| 01/08/18 | $12.95 | $12.85 | 781,000 |
| 01/09/18 | $12.90 | $13.20 | 1,156,900 |
| 01/10/18 | $13.65 | $13.95 | 1,709,600 |
| 01/11/18 | $13.95 | $14.60 | 1,303,000 |
| 01/12/18 | $14.75 | $15.05 | 1,498,800 |
| 01/16/18 | $15.10 | $14.30 | 1,889,900 |
| 01/17/18 | $14.40 | $13.85 | 1,296,500 |
| 01/18/18 | $13.85 | $13.80 | 918,200 |
| 01/19/18 | $13.85 | $14.20 | 1,114,500 |
| 01/22/18 | $14.25 | $14.50 | 672,100 |
| 01/23/18 | $14.50 | $14.90 | 1,108,200 |
| 01/24/18 | $15.00 | $14.80 | 968,000 |
| 01/25/18 | $14.95 | $14.30 | 665,800 |
| 01/26/18 | $14.30 | $14.65 | 607,300 |
| 01/29/18 | $14.60 | $14.50 | 478,300 |
| 01/30/18 | $14.25 | $14.20 | 611,000 |
| 01/31/18 | $14.25 | $14.10 | 595,500 |
| 02/01/18 | $14.00 | $13.95 | 582,000 |
| 02/02/18 | $13.70 | $14.05 | 684,800 |
| 02/05/18 | $13.90 | $13.50 | 855,600 |
| 02/06/18 | $13.25 | $13.80 | 892,600 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|---|---|---|---|
| 02/07/18 | $13.80 | $14.10 | 549,400 |
| 02/08/18 | $14.10 | $13.80 | 816,200 |
| 02/09/18 | $13.95 | $14.05 | 869,400 |
| 02/12/18 | $14.10 | $13.70 | 577,100 |
| 02/13/18 | $13.55 | $13.65 | 515,500 |
| 02/14/18 | $13.50 | $13.95 | 669,600 |
| 02/15/18 | $14.05 | $14.25 | 685,500 |
| 02/16/18 | $14.30 | $14.25 | 497,200 |
| 02/20/18 | $14.10 | $14.05 | 577,800 |
| 02/21/18 | $14.10 | $14.00 | 692,200 |
| 02/22/18 | $14.15 | $14.05 | 507,900 |
| 02/23/18 | $14.20 | $14.45 | 502,100 |
| 02/26/18 | $14.45 | $14.50 | 599,800 |
| 02/27/18 | $14.45 | $14.00 | 1,131,900 |
| 02/28/18 | $14.55 | $14.65 | 3,659,700 |
| 03/01/18 | $14.80 | $14.30 | 1,887,700 |
| 03/02/18 | $14.05 | $15.30 | 2,177,100 |
| 03/05/18 | $15.25 | $16.30 | 1,692,000 |
| 03/06/18 | $16.25 | $16.50 | 1,219,600 |
| 03/07/18 | $16.40 | $16.15 | 650,100 |
| 03/08/18 | $16.15 | $15.75 | 597,600 |
| 03/09/18 | $15.80 | $15.60 | 907,400 |
| 03/12/18 | $15.60 | $15.95 | 828,800 |
| 03/13/18 | $16.15 | $15.45 | 763,200 |
| 03/14/18 | $15.50 | $15.05 | 886,200 |
| 03/15/18 | $15.05 | $14.80 | 629,100 |
| 03/16/18 | $14.80 | $14.60 | 775,500 |
| 03/19/18 | $14.50 | $14.05 | 876,000 |
| 03/20/18 | $14.05 | $13.90 | 609,100 |
| 03/21/18 | $13.85 | $14.40 | 530,700 |
| 03/22/18 | $14.15 | $14.10 | 588,300 |
| 03/23/18 | $14.10 | $13.90 | 812,100 |
| 03/26/18 | $14.05 | $14.15 | 474,800 |
| 03/27/18 | $14.15 | $13.85 | 705,200 |
| 03/28/18 | $13.85 | $13.90 | 565,100 |
| 03/29/18 | $13.90 | $14.25 | 487,200 |
| 04/02/18 | $14.25 | $13.80 | 628,500 |
| 04/03/18 | $13.85 | $14.20 | 421,700 |
| 04/04/18 | $13.90 | $14.50 | 418,300 |
| 04/05/18 | $14.60 | $15.00 | 621,700 |
| 04/06/18 | $14.90 | $15.00 | 823,700 |
| 04/09/18 | $15.10 | $14.65 | 779,300 |
| 04/10/18 | $14.90 | $15.30 | 869,600 |
| 04/11/18 | $15.20 | $15.45 | 295,100 |
| 04/12/18 | $15.60 | $15.70 | 403,800 |
| 04/13/18 | $15.75 | $15.70 | 314,100 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 04/16/18 | $15.80 | $15.80 | 405,900 |
| 04/17/18 | $15.95 | $16.50 | 1,000,500 |
| 04/18/18 | $16.50 | $16.45 | 484,800 |
| 04/19/18 | $16.35 | $16.30 | 533,100 |
| 04/20/18 | $16.25 | $16.85 | 503,900 |
| 04/23/18 | $16.90 | $16.65 | 548,000 |
| 04/24/18 | $16.60 | $16.40 | 724,800 |
| 04/25/18 | $16.35 | $16.55 | 875,100 |
| 04/26/18 | $16.70 | $16.60 | 625,400 |
| 04/27/18 | $16.65 | $16.75 | 809,700 |
| 04/30/18 | $16.80 | $16.50 | 607,400 |
| 05/01/18 | $16.50 | $16.50 | 738,600 |
| 05/02/18 | $16.55 | $16.55 | 719,900 |
| 05/03/18 | $16.45 | $16.45 | 545,200 |
| 05/04/18 | $16.40 | $16.80 | 535,900 |
| 05/07/18 | $16.90 | $16.90 | 790,900 |
| 05/08/18 | $16.90 | $16.75 | 677,200 |
| 05/09/18 | $16.90 | $16.60 | 1,145,200 |
| 05/10/18 | $17.50 | $18.15 | 2,310,000 |
| 05/11/18 | $18.10 | $18.50 | 1,104,700 |
| 05/14/18 | $18.80 | $18.90 | 1,205,900 |
| 05/15/18 | $18.90 | $19.30 | 982,200 |
| 05/16/18 | $19.30 | $19.65 | 1,166,400 |
| 05/17/18 | $19.65 | $19.65 | 853,200 |
| 05/18/18 | $19.75 | $19.50 | 531,500 |
| 05/21/18 | $19.55 | $19.50 | 440,700 |
| 05/22/18 | $19.65 | $19.80 | 767,200 |
| 05/23/18 | $19.50 | $19.85 | 780,500 |
| 05/24/18 | $19.75 | $19.75 | 801,300 |
| 05/25/18 | $19.80 | $19.95 | 605,300 |
| 05/29/18 | $19.80 | $20.15 | 762,500 |
| 05/30/18 | $20.55 | $20.70 | 1,085,800 |
| 05/31/18 | $20.70 | $20.45 | 1,271,400 |
| 06/01/18 | $20.60 | $19.80 | 2,127,600 |
| 06/04/18 | $20.30 | $21.00 | 2,382,800 |
| 06/05/18 | $20.85 | $21.40 | 872,200 |
| 06/06/18 | $21.20 | $21.65 | 1,267,900 |
| 06/07/18 | $22.00 | $22.20 | 1,759,100 |
| 06/08/18 | $22.20 | $22.85 | 1,543,500 |
| 06/11/18 | $22.85 | $22.65 | 1,013,800 |
| 06/12/18 | $22.65 | $23.25 | 1,074,800 |
| 06/13/18 | $23.20 | $22.90 | 914,300 |
| 06/14/18 | $23.00 | $23.05 | 827,500 |
| 06/15/18 | $22.90 | $23.25 | 823,500 |
| 06/18/18 | $23.50 | $23.30 | 938,100 |
| 06/19/18 | $23.40 | $23.45 | 1,691,500 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 06/20/18 | $23.45 | $23.95 | 1,163,600 |
| 06/21/18 | $24.00 | $22.80 | 1,178,500 |
| 06/22/18 | $23.00 | $23.15 | 1,376,200 |
| 06/25/18 | $22.70 | $22.50 | 654,700 |
| 06/26/18 | $22.55 | $22.65 | 595,400 |
| 06/27/18 | $22.70 | $21.60 | 680,800 |
| 06/28/18 | $21.55 | $21.90 | 893,200 |
| 06/29/18 | $22.00 | $21.05 | 1,047,300 |
| 07/02/18 | $20.85 | $21.60 | 1,166,000 |
| 07/03/18 | $21.80 | $22.40 | 761,900 |
| 07/05/18 | $22.55 | $22.60 | 687,600 |
| 07/06/18 | $22.60 | $23.00 | 592,100 |
| 07/09/18 | $23.00 | $22.90 | 794,900 |
| 07/10/18 | $22.90 | $22.65 | 784,100 |
| 07/11/18 | $22.40 | $22.70 | 525,300 |
| 07/12/18 | $22.90 | $23.00 | 522,400 |
| 07/13/18 | $22.95 | $22.25 | 589,000 |
| 07/16/18 | $22.25 | $22.60 | 771,400 |
| 07/17/18 | $22.70 | $22.80 | 638,100 |
| 07/18/18 | $22.80 | $22.95 | 538,500 |
| 07/19/18 | $22.85 | $22.90 | 394,600 |
| 07/20/18 | $22.95 | $23.05 | 463,400 |
| 07/23/18 | $23.25 | $23.20 | 854,800 |
| 07/24/18 | $23.30 | $21.60 | 1,121,500 |
| 07/25/18 | $21.60 | $21.80 | 442,600 |
| 07/26/18 | $21.80 | $21.85 | 427,800 |
| 07/27/18 | $21.90 | $20.85 | 516,500 |
| 07/30/18 | $20.85 | $20.10 | 983,000 |
| 07/31/18 | $19.95 | $20.20 | 601,700 |
| 08/01/18 | $20.20 | $20.20 | 656,000 |
| 08/02/18 | $20.15 | $20.55 | 528,600 |
| 08/03/18 | $20.15 | $20.25 | 588,700 |
| 08/06/18 | $20.25 | $20.90 | 331,200 |
| 08/07/18 | $20.25 | $20.20 | 910,600 |
| 08/08/18 | $20.80 | $21.20 | 1,351,800 |
| 08/09/18 | $21.10 | $21.00 | 656,100 |
| 08/10/18 | $20.95 | $21.95 | 991,100 |
| 08/13/18 | $22.20 | $23.20 | 1,635,400 |
| 08/14/18 | $23.20 | $24.05 | 816,100 |
| 08/15/18 | $23.75 | $23.35 | 852,800 |
| 08/16/18 | $23.80 | $24.00 | 585,100 |
| 08/17/18 | $24.00 | $23.70 | 510,600 |
| 08/20/18 | $24.00 | $24.10 | 796,400 |
| 08/21/18 | $24.05 | $23.95 | 529,600 |
| 08/22/18 | $23.95 | $23.55 | 499,300 |
| 08/23/18 | $23.60 | $23.55 | 443,500 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 08/24/18 | $23.55 | $24.05 | 574,300 |
| 08/27/18 | $24.35 | $24.35 | 521,100 |
| 08/28/18 | $24.25 | $23.80 | 840,800 |
| 08/29/18 | $23.95 | $24.60 | 663,500 |
| 08/30/18 | $24.40 | $25.10 | 764,300 |
| 08/31/18 | $25.15 | $25.50 | 603,400 |
| 09/04/18 | $25.50 | $25.30 | 1,287,000 |
| 09/05/18 | $25.30 | $24.45 | 646,700 |
| 09/06/18 | $24.45 | $24.50 | 578,000 |
| 09/07/18 | $24.40 | $24.75 | 299,200 |
| 09/10/18 | $24.95 | $25.35 | 707,300 |
| 09/11/18 | $25.45 | $25.75 | 703,100 |
| 09/12/18 | $25.85 | $26.15 | 1,697,000 |
| 09/13/18 | $27.00 | $27.60 | 2,741,500 |
| 09/14/18 | $28.00 | $27.65 | 746,700 |
| 09/17/18 | $27.50 | $26.90 | 713,000 |
| 09/18/18 | $26.80 | $27.15 | 622,800 |
| 09/19/18 | $27.10 | $27.25 | 636,100 |
| 09/20/18 | $27.40 | $27.05 | 529,700 |
| 09/21/18 | $26.95 | $27.55 | 895,600 |
| 09/24/18 | $27.45 | $27.45 | 534,500 |
| 09/25/18 | $27.75 | $28.75 | 708,300 |
| 09/26/18 | $28.85 | $28.55 | 580,100 |
| 09/27/18 | $28.50 | $28.20 | 526,500 |
| 09/28/18 | $28.10 | $28.40 | 578,200 |
| 10/01/18 | $28.43 | $27.04 | 1,142,300 |
| 10/02/18 | $27.01 | $26.69 | 669,400 |
| 10/03/18 | $26.72 | $26.92 | 669,300 |
| 10/04/18 | $27.29 | $26.31 | 1,031,100 |
| 10/05/18 | $26.72 | $26.60 | 854,700 |
| 10/08/18 | $26.34 | $26.29 | 1,128,600 |
| 10/09/18 | $26.07 | $27.20 | 989,300 |
| 10/10/18 | $27.03 | $25.43 | 1,074,900 |
| 10/11/18 | $25.16 | $24.90 | 802,000 |
| 10/12/18 | $25.60 | $25.44 | 1,279,300 |
| 10/15/18 | $25.40 | $25.24 | 799,600 |
| 10/16/18 | $25.55 | $26.20 | 902,600 |
| 10/17/18 | $25.84 | $25.23 | 2,542,800 |
| 10/18/18 | $25.18 | $24.96 | 1,792,000 |
| 10/19/18 | $25.00 | $23.87 | 1,063,500 |
| 10/22/18 | $23.89 | $24.63 | 1,290,700 |
| 10/23/18 | $24.13 | $23.83 | 832,000 |
| 10/24/18 | $23.71 | $21.71 | 1,869,500 |
| 10/25/18 | $21.99 | $22.23 | 1,192,600 |
| 10/26/18 | $21.55 | $21.66 | 880,400 |
| 10/29/18 | $22.05 | $21.90 | 777,600 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 10/30/18 | $21.92 | $22.40 | 585,500 |
| 10/31/18 | $22.79 | $22.20 | 1,138,000 |
| 11/01/18 | $22.36 | $22.97 | 855,400 |
| 11/02/18 | $23.10 | $22.82 | 833,500 |
| 11/05/18 | $22.79 | $22.74 | 909,300 |
| 11/06/18 | $22.61 | $22.86 | 1,009,000 |
| 11/07/18 | $23.31 | $26.03 | 2,892,200 |
| 11/08/18 | $25.98 | $25.86 | 840,900 |
| 11/09/18 | $25.67 | $25.19 | 715,800 |
| 11/12/18 | $25.03 | $25.19 | 873,100 |
| 11/13/18 | $25.46 | $24.47 | 471,600 |
| 11/14/18 | $24.75 | $24.45 | 754,300 |
| 11/15/18 | $24.31 | $24.96 | 801,000 |
| 11/16/18 | $24.80 | $24.63 | 679,300 |
| 11/19/18 | $24.49 | $23.20 | 773,600 |
| 11/20/18 | $22.70 | $22.66 | 458,900 |
| 11/21/18 | $22.97 | $23.67 | 417,600 |
| 11/23/18 | $23.49 | $24.08 | 190,100 |
| 11/26/18 | $24.41 | $24.40 | 552,500 |
| 11/27/18 | $24.33 | $24.60 | 419,700 |
| 11/28/18 | $24.81 | $26.16 | 603,000 |
| 11/29/18 | $25.81 | $26.15 | 1,060,600 |
| 11/30/18 | $26.12 | $25.70 | 1,046,600 |
| 12/03/18 | $26.21 | $24.50 | 1,126,000 |
| 12/04/18 | $24.31 | $22.16 | 1,326,900 |
| 12/06/18 | $21.44 | $20.80 | 1,635,700 |
| 12/07/18 | $20.79 | $20.23 | 2,120,400 |
| 12/10/18 | $20.22 | $20.50 | 810,600 |
| 12/11/18 | $20.91 | $20.66 | 1,459,400 |
| 12/12/18 | $21.03 | $21.27 | 952,000 |
| 12/13/18 | $21.28 | $19.81 | 899,600 |
| 12/14/18 | $19.36 | $19.20 | 1,284,100 |
| 12/17/18 | $18.85 | $18.39 | 1,121,000 |
| 12/18/18 | $18.55 | $18.58 | 1,131,500 |
| 12/19/18 | $18.55 | $18.39 | 890,600 |
| 12/20/18 | $18.28 | $17.95 | 1,156,700 |
| 12/21/18 | $17.96 | $17.95 | 1,145,400 |
| 12/24/18 | $17.50 | $17.75 | 370,000 |
| 12/26/18 | $17.85 | $18.59 | 750,900 |
| 12/27/18 | $18.20 | $19.39 | 917,800 |
| 12/28/18 | $19.48 | $19.71 | 801,700 |
| 12/31/18 | $19.91 | $19.95 | 522,300 |
| 01/02/19 | $19.70 | $19.70 | 624,800 |
| 01/03/19 | $19.47 | $19.30 | 578,000 |
| 01/04/19 | $19.71 | $20.00 | 684,900 |
| 01/07/19 | $20.15 | $20.92 | 893,900 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 01/08/19 | $21.26 | $20.75 | 1,089,500 |
| 01/09/19 | $20.95 | $20.48 | 831,600 |
| 01/10/19 | $20.40 | $19.20 | 1,297,300 |
| 01/11/19 | $19.07 | $18.26 | 1,662,200 |
| 01/14/19 | $18.08 | $18.12 | 1,556,400 |
| 01/15/19 | $18.08 | $18.12 | 655,500 |
| 01/16/19 | $18.16 | $18.37 | 843,500 |
| 01/17/19 | $18.18 | $18.78 | 713,100 |
| 01/18/19 | $18.94 | $18.66 | 742,400 |
| 01/22/19 | $18.35 | $17.92 | 827,100 |
| 01/23/19 | $18.01 | $17.54 | 1,163,700 |
| 01/24/19 | $17.61 | $17.59 | 2,644,300 |
| 01/25/19 | $17.84 | $17.50 | 981,600 |
| 01/28/19 | $17.31 | $17.20 | 1,222,300 |
| 01/29/19 | $17.00 | $16.93 | 655,400 |
| 01/30/19 | $17.10 | $17.19 | 883,500 |
| 01/31/19 | $17.19 | $17.68 | 734,700 |
| 02/01/19 | $17.58 | $17.45 | 1,081,600 |
| 02/04/19 | $17.42 | $17.70 | 579,800 |
| 02/05/19 | $17.80 | $17.91 | 604,200 |
| 02/06/19 | $17.84 | $17.11 | 769,200 |
| 02/07/19 | $16.96 | $17.02 | 852,800 |
| 02/08/19 | $16.92 | $16.88 | 615,000 |
| 02/11/19 | $17.15 | $16.96 | 639,100 |
| 02/12/19 | $17.12 | $17.25 | 1,261,800 |
| 02/13/19 | $17.34 | $17.20 | 1,476,000 |
| 02/14/19 | $17.09 | $16.39 | 1,764,100 |
| 02/15/19 | $16.54 | $16.80 | 2,142,400 |
| 02/19/19 | $16.73 | $14.99 | 3,033,900 |
| 02/20/19 | $15.06 | $14.54 | 5,495,600 |
| 02/21/19 | $14.45 | $13.98 | 2,214,200 |
| 02/22/19 | $13.98 | $14.30 | 3,719,600 |
| 02/25/19 | $14.43 | $14.58 | 1,417,300 |
| 02/26/19 | $14.59 | $14.67 | 2,290,200 |
| 02/27/19 | $12.94 | $14.07 | 3,823,500 |
| 02/28/19 | $14.00 | $13.19 | 2,223,100 |
| 03/01/19 | $13.19 | $13.29 | 2,395,700 |
| 03/04/19 | $13.26 | $14.15 | 3,199,200 |
| 03/05/19 | $14.16 | $13.52 | 1,311,100 |
| 03/06/19 | $13.65 | $12.54 | 1,712,100 |
| 03/07/19 | $12.53 | $12.17 | 1,084,900 |
| 03/08/19 | $12.19 | $12.48 | 1,076,600 |
| 03/11/19 | $12.48 | $12.50 | 1,024,600 |
| 03/12/19 | $12.58 | $12.49 | 1,098,800 |
| 03/13/19 | $12.63 | $13.06 | 1,439,500 |
| 03/14/19 | $13.04 | $13.01 | 1,411,300 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 03/15/19 | $13.07 | $13.11 | 1,655,100 |
| 03/18/19 | $13.18 | $12.63 | 1,034,000 |
| 03/19/19 | $12.64 | $12.90 | 1,109,300 |
| 03/20/19 | $12.90 | $13.10 | 1,473,300 |
| 03/21/19 | $13.04 | $14.00 | 2,899,700 |
| 03/22/19 | $14.00 | $13.33 | 1,491,600 |
| 03/25/19 | $13.30 | $13.46 | 686,200 |
| 03/26/19 | $13.61 | $13.17 | 873,400 |
| 03/27/19 | $13.14 | $12.59 | 934,300 |
| 03/28/19 | $12.67 | $12.51 | 1,430,300 |
| 03/29/19 | $12.62 | $12.58 | 1,056,800 |
| 04/01/19 | $12.74 | $12.45 | 571,400 |
| 04/02/19 | $12.50 | $12.45 | 730,900 |
| 04/03/19 | $12.50 | $12.32 | 603,600 |
| 04/04/19 | $12.36 | $12.28 | 656,300 |
| 04/05/19 | $12.36 | $12.40 | 910,300 |
| 04/08/19 | $12.70 | $12.58 | 879,300 |
| 04/09/19 | $12.56 | $12.63 | 1,320,400 |
| 04/10/19 | $12.68 | $12.69 | 1,078,700 |
| 04/11/19 | $14.26 | $13.21 | 4,264,500 |
| 04/12/19 | $13.28 | $12.97 | 1,589,900 |
| 04/15/19 | $13.00 | $13.47 | 1,656,500 |
| 04/16/19 | $13.50 | $13.39 | 1,138,300 |
| 04/17/19 | $13.41 | $12.70 | 1,816,900 |
| 04/18/19 | $12.65 | $13.23 | 1,370,600 |
| 04/22/19 | $13.18 | $13.65 | 1,084,400 |
| 04/23/19 | $13.66 | $13.69 | 1,145,900 |
| 04/24/19 | $13.69 | $13.61 | 502,000 |
| 04/25/19 | $13.60 | $13.56 | 570,100 |
| 04/26/19 | $13.66 | $13.67 | 870,800 |
| 04/29/19 | $13.80 | $14.13 | 706,100 |
| 04/30/19 | $14.04 | $13.55 | 676,000 |
| 05/01/19 | $13.56 | $13.56 | 576,600 |
| 05/02/19 | $13.53 | $13.83 | 919,700 |
| 05/03/19 | $13.96 | $14.00 | 984,500 |
| 05/06/19 | $13.68 | $14.39 | 684,600 |
| 05/07/19 | $14.19 | $13.70 | 968,100 |
| 05/08/19 | $14.44 | $14.20 | 1,513,900 |
| 05/09/19 | $14.12 | $14.36 | 1,142,300 |
| 05/10/19 | $14.21 | $14.52 | 820,900 |
| 05/13/19 | $14.16 | $13.60 | 806,700 |
| 05/14/19 | $13.64 | $14.12 | 612,800 |
| 05/15/19 | $13.95 | $14.22 | 567,700 |
| 05/16/19 | $14.27 | $14.37 | 552,000 |
| 05/17/19 | $14.23 | $14.20 | 473,600 |
| 05/20/19 | $13.96 | $14.16 | 568,100 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 05/21/19 | $14.24 | $14.54 | 763,200 |
| 05/22/19 | $14.40 | $14.50 | 624,000 |
| 05/23/19 | $14.30 | $13.90 | 833,800 |
| 05/24/19 | $13.95 | $14.15 | 488,400 |
| 05/28/19 | $14.03 | $14.15 | 696,300 |
| 05/29/19 | $14.04 | $10.01 | 8,754,100 |
| 05/30/19 | $10.10 | $10.69 | 2,376,500 |
| 05/31/19 | $10.53 | $10.64 | 1,454,400 |
| 06/03/19 | $10.66 | $10.63 | 1,202,700 |
| 06/04/19 | $10.75 | $10.33 | 1,728,100 |
| 06/05/19 | $10.42 | $10.24 | 971,100 |
| 06/06/19 | $10.17 | $9.41 | 2,864,800 |
| 06/07/19 | $9.54 | $8.90 | 2,375,400 |
| 06/10/19 | $9.00 | $8.88 | 2,599,800 |
| 06/11/19 | $8.90 | $8.83 | 2,200,000 |
| 06/12/19 | $8.75 | $7.94 | 5,168,000 |
| 06/13/19 | $7.99 | $8.44 | 2,405,200 |
| 06/14/19 | $8.41 | $7.98 | 2,346,400 |
| 06/17/19 | $8.00 | $8.07 | 1,171,000 |
| 06/18/19 | $8.11 | $7.98 | 1,103,100 |
| 06/19/19 | $7.98 | $7.99 | 999,500 |
| 06/20/19 | $8.02 | $7.90 | 2,000,700 |
| 06/21/19 | $7.85 | $8.41 | 5,398,300 |
| 06/24/19 | $8.55 | $8.26 | 1,895,000 |
| 06/25/19 | $8.27 | $7.74 | 1,601,600 |
| 06/26/19 | $7.94 | $7.71 | 1,422,700 |
| 06/27/19 | $7.76 | $7.87 | 1,623,000 |
| 06/28/19 | $7.94 | $7.95 | 1,551,300 |
| 07/01/19 | $8.08 | $7.83 | 877,300 |
| 07/02/19 | $7.82 | $7.56 | 993,800 |
| 07/03/19 | $7.59 | $7.64 | 548,300 |
| 07/05/19 | $7.57 | $7.63 | 673,300 |
| 07/08/19 | $7.60 | $7.34 | 1,515,400 |
| 07/09/19 | $7.28 | $7.55 | 734,900 |
| 07/10/19 | $7.59 | $7.26 | 1,109,400 |
| 07/11/19 | $7.27 | $7.22 | 865,500 |
| 07/12/19 | $7.28 | $7.36 | 1,031,100 |
| 07/15/19 | $7.37 | $7.44 | 1,643,500 |
| 07/16/19 | $7.45 | $7.46 | 1,388,300 |
| 07/17/19 | $7.46 | $7.19 | 1,555,700 |
| 07/18/19 | $7.17 | $7.01 | 1,473,800 |
| 07/19/19 | $7.00 | $6.65 | 976,100 |
| 07/22/19 | $6.66 | $6.45 | 1,573,500 |
| 07/23/19 | $6.46 | $6.59 | 1,756,500 |
| 07/24/19 | $6.56 | $6.85 | 1,904,800 |
| 07/25/19 | $6.85 | $6.48 | 1,184,800 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|---|---|---|---|
| 07/26/19 | $6.51 | $6.74 | 1,256,500 |
| 07/29/19 | $6.76 | $6.82 | 1,182,400 |
| 07/31/19 | $6.91 | $6.82 | 1,442,200 |
| 08/01/19 | $6.84 | $6.38 | 1,241,000 |
| 08/02/19 | $6.33 | $6.39 | 1,087,500 |
| 08/05/19 | $6.22 | $6.12 | 1,050,600 |
| 08/06/19 | $6.17 | $5.82 | 1,817,600 |
| 08/07/19 | $5.52 | $6.69 | 6,913,400 |
| 08/08/19 | $6.71 | $7.14 | 2,740,400 |
| 08/09/19 | $7.09 | $7.17 | 1,508,000 |
| 08/12/19 | $7.15 | $7.42 | 1,073,500 |
| 08/13/19 | $7.38 | $7.12 | 1,085,100 |
| 08/14/19 | $7.24 | $7.10 | 1,586,100 |
| 08/15/19 | $7.07 | $6.98 | 1,615,500 |
| 08/16/19 | $7.02 | $7.30 | 1,082,200 |
| 08/19/19 | $7.38 | $7.41 | 1,077,100 |
| 08/20/19 | $7.50 | $7.57 | 997,400 |
| 08/21/19 | $7.62 | $7.31 | 816,400 |
| 08/22/19 | $7.35 | $7.41 | 634,700 |
| 08/23/19 | $7.35 | $7.02 | 928,200 |
| 08/26/19 | $7.07 | $7.02 | 874,700 |
| 08/27/19 | $7.05 | $6.31 | 1,292,200 |
| 08/28/19 | $6.29 | $6.56 | 994,600 |
| 08/29/19 | $6.60 | $6.81 | 994,000 |
| 08/30/19 | $6.85 | $6.87 | 837,700 |
| 09/03/19 | $6.80 | $6.21 | 1,634,200 |
| 09/04/19 | $6.25 | $6.63 | 987,100 |
| 09/05/19 | $6.76 | $6.94 | 1,394,300 |
| 09/06/19 | $6.97 | $7.14 | 1,381,100 |
| 09/09/19 | $7.16 | $7.53 | 708,200 |
| 09/10/19 | $7.52 | $7.96 | 2,154,200 |
| 09/11/19 | $7.98 | $7.89 | 1,427,300 |
| 09/12/19 | $7.83 | $7.02 | 1,768,800 |
| 09/13/19 | $7.09 | $7.35 | 1,354,500 |
| 09/16/19 | $7.34 | $7.42 | 774,700 |
| 09/17/19 | $7.39 | $7.81 | 1,095,200 |
| 09/18/19 | $7.75 | $7.88 | 1,159,200 |
| 09/19/19 | $7.89 | $7.84 | 1,115,000 |
| 09/20/19 | $7.82 | $8.30 | 1,787,400 |
| 09/23/19 | $8.24 | $8.31 | 2,073,900 |
| 09/24/19 | $8.33 | $8.18 | 1,036,300 |
| 09/25/19 | $8.10 | $8.13 | 1,331,100 |
| 09/26/19 | $8.14 | $7.58 | 1,510,600 |
| 09/27/19 | $7.60 | $7.25 | 1,025,000 |
| 09/30/19 | $7.19 | $7.19 | 1,153,600 |
| 10/01/19 | $7.22 | $7.46 | 1,094,700 |

Source: Yahoo! Finance 01/31/2020

**Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019**

| Date | Open | Close | Volume |
|---|---|---|---|
| 10/02/19 | $7.38 | $7.13 | 1,299,000 |
| 10/03/19 | $7.12 | $7.39 | 861,800 |
| 10/04/19 | $7.42 | $7.45 | 658,000 |
| 10/07/19 | $7.46 | $7.66 | 873,000 |
| 10/08/19 | $7.54 | $7.44 | 1,008,800 |
| 10/09/19 | $7.55 | $7.38 | 442,700 |
| 10/10/19 | $7.40 | $7.33 | 686,000 |
| 10/11/19 | $7.46 | $6.87 | 1,022,700 |
| 10/14/19 | $6.81 | $6.62 | 736,700 |
| 10/15/19 | $6.60 | $6.97 | 928,900 |
| 10/16/19 | $6.99 | $7.27 | 630,300 |
| 10/17/19 | $7.33 | $7.54 | 549,100 |
| 10/18/19 | $7.50 | $7.46 | 607,600 |
| 10/21/19 | $7.50 | $7.54 | 675,500 |
| 10/22/19 | $7.55 | $7.62 | 677,400 |
| 10/23/19 | $7.64 | $7.79 | 838,000 |
| 10/24/19 | $7.79 | $7.14 | 520,600 |
| 10/25/19 | $7.13 | $7.11 | 700,400 |
| 10/28/19 | $7.13 | $7.51 | 1,084,300 |
| 10/29/19 | $7.48 | $7.71 | 840,900 |
| 10/30/19 | $7.68 | $7.63 | 753,900 |
| 10/31/19 | $7.64 | $7.62 | 719,400 |
| 11/01/19 | $7.68 | $7.80 | 838,900 |
| 11/04/19 | $7.95 | $7.80 | 1,380,800 |
| 11/05/19 | $7.78 | $8.00 | 1,107,100 |
| 11/06/19 | $8.62 | $9.07 | 4,210,400 |
| 11/07/19 | $9.12 | $9.33 | 1,538,100 |
| 11/08/19 | $9.32 | $10.12 | 1,856,700 |
| 11/11/19 | $10.10 | $9.27 | 1,046,600 |
| 11/12/19 | $9.24 | $9.20 | 1,145,800 |
| 11/13/19 | $9.04 | $9.21 | 667,800 |
| 11/14/19 | $9.12 | $9.11 | 741,800 |
| 11/15/19 | $9.16 | $9.50 | 1,300,400 |
| 11/18/19 | $9.49 | $9.68 | 1,153,700 |
| 11/19/19 | $9.65 | $9.69 | 1,137,300 |
| 11/20/19 | $9.59 | $10.16 | 1,241,700 |
| 11/21/19 | $10.15 | $10.38 | 1,413,500 |
| 11/22/19 | $10.50 | $10.50 | 1,143,100 |
| 11/25/19 | $10.52 | $10.66 | 916,200 |
| 11/26/19 | $10.72 | $10.68 | 1,278,200 |
| 11/27/19 | $10.66 | $7.76 | 15,269,100 |
| 11/29/19 | $7.73 | $7.21 | 2,941,800 |
| 12/02/19 | $7.16 | $6.61 | 2,973,000 |
| 12/03/19 | $6.50 | $6.49 | 1,871,300 |
| 12/04/19 | $6.46 | $6.72 | 2,710,500 |
| 12/05/19 | $6.75 | $6.68 | 2,283,900 |

Source: Yahoo! Finance 01/31/2020

# Evolent Health, Inc. Historical Stock Prices 01/01/2017 - 12/31/2019

| Date | Open | Close | Volume |
|------|------|-------|--------|
| 12/06/19 | $7.08 | $7.73 | 3,620,300 |
| 12/09/19 | $7.75 | $7.87 | 1,797,500 |
| 12/10/19 | $7.81 | $8.99 | 4,833,800 |
| 12/11/19 | $9.00 | $8.26 | 5,577,700 |
| 12/12/19 | $8.32 | $8.41 | 1,022,300 |
| 12/13/19 | $8.39 | $7.72 | 1,541,900 |
| 12/16/19 | $7.69 | $7.52 | 2,856,700 |
| 12/17/19 | $7.54 | $7.12 | 3,970,400 |
| 12/18/19 | $7.19 | $7.31 | 1,249,100 |
| 12/19/19 | $7.33 | $7.66 | 1,414,200 |
| 12/20/19 | $7.67 | $7.56 | 1,239,100 |
| 12/23/19 | $7.59 | $8.06 | 2,998,700 |
| 12/24/19 | $8.10 | $8.72 | 1,697,400 |
| 12/26/19 | $8.72 | $8.75 | 1,310,900 |
| 12/27/19 | $8.84 | $8.85 | 1,188,000 |
| 12/30/19 | $8.98 | $9.08 | 1,408,500 |

Source: Yahoo! Finance 01/31/2020