UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT SYSTEM
and OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and On
Behalf of All Others Similarly Situated,

                        Plaintiffs,

v.

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS MCGRANE, SETH BLACKLEY,
CHRISTIE SPENCER, and STEVEN
WIGGINTON,

                        Defendants.

Case No. 1:19-cv-01031-RDA-TCB

**LEAD PLAINTIFFS' MOTION FOR LEAVE
TO AMEND THE AMENDED CLASS ACTION COMPLAINT**

Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System (collectively, "Lead Plaintiffs" or "Plaintiffs") respectfully submit this Motion for Leave to Amend the Amended Class Action Complaint.

Attached as Exhibit A is Lead Plaintiffs' [Proposed] Second Amended Class Action Complaint. Attached as Exhibit B is a form of Lead Plaintiffs' [Proposed] Second Amended Class Action Complaint indicating the proposed changes.

Pursuant to Local Rule 7(E), counsel for Lead Plaintiffs certifies that it met and conferred with counsel for Defendants in good faith in an attempt to narrow the area of disagreement between the parties. Defendants stated that they could not consent to the amendment at the time but would reserve judgment until after reviewing Lead Plaintiffs' Motion and Proposed Second Amended Class Action Complaint. Pursuant to Local Rule 7(F)(1), unless otherwise directed by

1

the Court, Defendants' response (if any) will be due within 14 calendar days and Lead Plaintiffs'

reply will be due within 6 calendar days after service of Defendants' response.

Dated: May 7, 2020                                    Respectfully submitted,

                                                     /s/ Steven J. Toll
                                                     Steven J. Toll
                                                     Va. Bar No. 15300
                                                     stoll@cohenmilstein.com
                                                     Daniel S. Sommers
                                                     dsommers@cohenmilstein.com
                                                     Megan Kinsella Kistler
                                                     mkistler@cohenmilstein.com
                                                     **COHEN MILSTEIN SELLERS & TOLL PLLC**
                                                     1100 New York Avenue, Suite 500
                                                     Washington, D.C. 20005
                                                     Tel: (202) 408-4600
                                                     Fax: (202) 408-4699

                                                     *Liaison Counsel for Lead Plaintiffs*

                                                     Maya Saxena (*pro hac vice* forthcoming)
                                                     msaxena@saxenawhite.com
                                                     Joseph E. White, III (*pro hac vice* forthcoming)
                                                     jwhite@saxenawhite.com
                                                     Brandon T. Grzandziel (*pro hac vice*)
                                                     brandon@saxenawhite.com
                                                     **SAXENA WHITE P.A.**
                                                     7777 Glades Road, Suite 300
                                                     Boca Raton, Florida 33434
                                                     Tel: (561) 394-3399
                                                     Fax: (561) 394-3382

                                                     Steven B. Singer (*pro hac vice* forthcoming)
                                                     ssinger@saxenawhite.com
                                                     Sara DiLeo (*pro hac vice*)
                                                     sdileo@saxenawhite.com
                                                     Joshua H. Saltzman (*pro hac vice*)
                                                     jsaltzman@saxenawhite.com
                                                     **SAXENA WHITE P.A.**
                                                     10 Bank Street, 8th Floor
                                                     White Plains, New York 10606
                                                     Tel: (914) 437-8551
                                                     Fax: (888)  631-3611

                                                     *Lead Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2020, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*
