**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, *et al.*, | ) ) ) ) |  |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. 1:19-cv-1031 (RDA/TCB) |
| EVOLENT HEALTH, INC., *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

**ORDER**

On Friday, June 5, 2020, the Court entered a Memorandum Opinion and Order granting Lead Plaintiff's Motion for Leave to Amend the Amended Class Action Complaint. (Dkt. 68.) The Order stated: "Lead Plaintiffs' Second Amended Class Action Complaint (Dkt. 60-1) shall be deemed filed as of the date of this Order." (Dkt. 68 at 6.) The Order was docketed on Monday, June 8, 2020. Accordingly, Defendants had no way of knowing that the clock started running on their 14-day period in which to respond under Federal Rule of Civil Procedure 15(a)(3) until June 8. Accordingly, it is hereby

ORDERED that Lead Plaintiffs' Second Amended Class Action Complaint (Dkt. 60-1) shall be deemed filed as of June 8, 2020. Accordingly, Defendants' responsive pleading under Rule 15(a)(3) is due on Monday, June 22, 2020.

1

ENTERED this 9th day of June, 2020.

_____  /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia

2