**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

PLYMOUTH COUNTY RETIREMENT           §
SYSTEM, Individually and On Behalf of     §
All Others Similarly Situated,                   §
                    Plaintiff,           §     Case No. 1:19-cv-01031-RDA-TCB
                                  §
              v.                         §
                                  §     CLASS ACTION
EVOLENT HEALTH, INC., FRANK            §
WILLIAMS, NICHOLAS MCGRANE,       §
SETH BLACKLEY, CHRISTIE               §
SPENCER, and STEVEN WIGGINTON     §
                    Defendants.       §

## [PROPOSED] ORDER

This matter comes before the Court on the Motion to Dismiss Plaintiffs' Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton (collectively "Defendants").

For the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is **GRANTED**.

It is FURTHER ORDERED that this matter is hereby **DISMISSED** with P**REJUDICE.**

DATED:_____, 2020

                                    _____
                                    HONORABLE ROSSIE D. ALSTON, JR.
                                    U.S. DISTRICT JUDGE