**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

PLYMOUTH COUNTY RETIREMENT §
SYSTEM, Individually and On Behalf of §
All Others Similarly Situated, §
               Plaintiff, §    Case No. 1:19-cv-01031-RDA-TCB
                       §
            v. §
                       §    CLASS ACTION
EVOLENT HEALTH, INC., FRANK §
WILLIAMS, NICHOLAS MCGRANE, §
SETH BLACKLEY, CHRISTIE §
SPENCER, and STEVEN WIGGINTON §
              Defendants. §

**DECLARATION OF ASHLEY C. PARRISH IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, Ashley C. Parrish, declare as follows:

I am admitted to practice before this Court.  I am a partner of the law firm of King & Spalding LLP, and I represent Defendants Evolent Health Systems, Inc. ("Evolent"), Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton in the above-captioned matter.  I submit this declaration on behalf of all Defendants.  Attached to this declaration submitted in support of Defendants' Motions to Dismiss Plaintiffs' Second Amended Class Action Complaint are true and correct copies of the following documents:

1.     A chart that lists all allegedly false and misleading statements, the location in the SAC that cites them, and the citation to the full document in the Exhibits to this Declaration. The chart also includes the reason the statement cannot form the basis of a claim, as described in the Memorandum in support of the MTD SAC.  A true and correct copy is attached as Exhibit 1.

1

2.      Evolent SEC Form 10-K for the fiscal year 2019, filed with the SEC on March 2, 2020. A true and correct copy of relevant excerpts is attached as Exhibit 2.

3.      Presentation for J.P. Morgan Healthcare Conference for Evolent, held on January 15, 2020. A true and correct copy is attached as Exhibit 3.

4.      Evolent Fourth Quarter 2019 Earnings Call transcript for the call that occurred on February 25, 2020. A true and correct copy is attached as Exhibit 4.

5.      Evolent Investor Day analyst conference transcript from the event that occurred on May 11, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 5.

6.      Evolent Investor Day analyst conference transcript from the event that occurred on May 30, 2019. A true and correct copy of relevant excerpts is attached as Exhibit 6.

7.      Evolent SEC Form DEF14A Proxy Statement, filed with the SEC on April 30, 2019. A true and correct copy of relevant excerpts is attached as Exhibit 7.

8.      Evolent SEC Form 8-K, filed with the SEC on May 7, 2019. A true and correct copy is attached as Exhibit 8.

9.      Evolent SEC Form DEF14A Proxy Statement, filed with the SEC on April 27, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 9.

10.     Evolent SEC Form 10-K for the fiscal year 2017, filed with the SEC on March 1, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 10.

11.     Evolent SEC Form 10-K for the fiscal year 2018, filed with the SEC on February 28, 2019. A true and correct copy of relevant excerpts is attached as Exhibit 11.

12.     Evolent SEC Form 8-K, filed with the SEC on May 29, 2019. A true and correct copy is attached as Exhibit 12.

13.     Evolent Investor Day analyst conference transcript from the event that occurred on May

11, 2017.  A true and correct copy of relevant excerpts is attached as Exhibit 13.

14.    Evolent SEC Form 8-K, filed with the SEC on February 1, 2016.  A true and correct copy is attached as Exhibit 14.

15.    Medicaid.gov's "Encounter Data Toolkit," available at https://www.medicaid.gov/medicaid/downloads/medicaid-encounter-data-toolkit.pdf.  A true and correct copy is attached as Exhibit 15.

16.    Evolent SEC Form 8-K, filed with the SEC on July 12, 2016.  A true and correct copy of relevant excerpts is attached as Exhibit 16.

17.    2019 Kentucky Guide to Choosing a Medicaid Managed Care Organization (MCO).  Available at https://chfs.ky.gov/agencies/dms/DMSMCOReports/Guidetochoosingaplan.pdf.  A true and correct copy is attached as Exhibit 17.

18.    Report, "Medicaid Managed Care Financial Results for 2018," Milliman Research, published June 2019, available at https://assets.milliman.com/ektron/Medicaid_managed_care_financial_results_for_2018.pdf.  A true and correct copy is attached as Exhibit 18.

19.    2016 Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan, filed with Kentucky Department of Insurance for 2016.  Available at https://passporthealthplan.com/wp-content/uploads/2017/02/2016-Annual-Statement-UHC.PHP-to-KY-DOI_small-file-web-view-optimize.pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 19.

20.    2017 Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan, filed with the Kentucky Department of Insurance, available at https://passporthealthplan.com/wp-content/uploads/2018/03/2017-UHC-PHP-Annual-

Statement-for-Internet.pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 20.

21.    Letter from the Kentucky Cabinet for Health and Family Services Department of Medicaid Services to Passport Health Plan, dated August 16, 2017.  A true and correct copy is attached as Exhibit 21.

22.    Letter from the Kentucky Cabinet for Health and Family Services Department of Medicaid Services to Passport Health Plan, dated November 17, 2017.  A true and correct copy is attached as Exhibit 22.

23.    2018 Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan, filed with the Kentucky Department of Insurance, available at https://passporthealthplan.com/wp-content/uploads/2019/03/20190301171304.pdf.  A true and correct copy of relevant excerpts is attached as Exhibit 23.

24.    *Insider Louisville* article entitled "Passport's Finances Being Dragged Down by $220M in 'Management Fees' to Evolent, published on January 25, 2019, with page numbers added for reference.  A true and correct copy is attached as Exhibit 24.

25.    Evolent Fourth Quarter 2018 Earnings Call transcript for the call that occurred on February 26, 2019.  A true and correct copy is attached as Exhibit 25.

26.    Letter from Passport Health Plan to the Kentucky Senate's Medicaid Oversight and Advisory Committee, dated September 6, 2019.  A true and correct copy is attached as Exhibit 26.

27.    Evolent Special Analyst Call transcript for the call that occurred on May 29, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 27.

28.    Evolent Second Quarter 2018 Earnings Call transcript for the call that occurred on

4

August 7, 2018.  A true and correct copy is attached as Exhibit 28.

29.    Evolent SEC Form 10-K for the fiscal year 2016, filed with the SEC on March 3, 2017. A true and correct copy of relevant excerpts is attached as Exhibit 29.

30.    Evolent Third Quarter 2017 Earnings Call transcript for the call that occurred on November 2, 2017.  A true and correct copy is attached as Exhibit 30.

31.    A selected list of cautionary language, warnings and Risk Factors listed in Evolent's SEC filings, including in its 10-Ks and 10-Qs.  A true and correct copy is attached as Exhibit 31.

32.    Evolent SEC Form 8-K, filed with the SEC on October 3, 2016.  A true and correct copy is attached as Exhibit 32.

33.    Evolent SEC Form 8-K, filed with the SEC on February 28, 2020, with attached Exhibit 99.3, "2017 and 2018 Audited Consolidated Financial Statements of University Healthcare, Inc. and Subsidiaries."  A true and correct copy is attached as Exhibit 33.

34.    Chart listing historical stock price information for Evolent taken from Yahoo! Finance website on January 31, 2020, an accompanying graph using the same data.  A true and correct copy is attached as Exhibit 34.

35.    Evolent First Quarter 2017 Earnings Call transcript for the call that occurred on May 9, 2017.  A true and correct copy is attached as Exhibit 35.

36.    Evolent SEC Form 10-Q, filed with the SEC on May 10, 2017.  A true and correct copy of relevant excerpts is attached as Exhibit 36.

37.    Evolent SEC Form 10-Q, filed with the SEC on August 7, 2017.  A true and correct copy of relevant excerpts is attached as Exhibit 37.

38.    Evolent SEC Form 10-Q, filed with the SEC on November 9, 2017.  A true and correct

copy of relevant excerpts is attached as Exhibit 38.

39. Evolent Fourth Quarter 2017 Earnings Call transcript for the call that occurred on February 27, 2018. A true and correct copy is attached as Exhibit 39.

40. Evolent First Quarter 2018 Earnings Call transcript for the call that occurred on May 9, 2018. A true and correct copy is attached as Exhibit 40.

41. Evolent SEC Form 10-Q, filed with the SEC on May 10, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 41.

42. Evolent SEC Form 10-Q, filed with the SEC on August 9, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 42.

43. Wells Fargo Health Care Conference transcript for the event that occurred on September 5, 2018. A true and correct copy is attached as Exhibit 43.

44. Evolent SEC Form 10-Q, filed with the SEC on November 8, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 44.

45. Evolent First Quarter 2019 Earnings Call transcript for the call that occurred on May 7, 2019. A true and correct copy is attached as Exhibit 45.

46. Evolent SEC Form 10-Q, filed with the SEC on November 5, 2019. A true and correct copy of relevant excerpts is attached as Exhibit 46.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 22, 2020.

/s/ Ashley C. Parrish
Ashley C. Parrish

6

**CERTIFICATE OF SERVICE**

I certify that on June 22, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and attached exhibits that were not filed under seal via the Court's CM/ECF Filing System, and that all attached exhibits filed under seal are being served via electronic mail on all counsel of record in this case.

/s/ Ashley C. Parrish
Ashely C. Parrish