# Exhibit 1

## STATEMENTS ALLEGED TO BE FALSE OR MISLEADING AND THE CORRESPONDING REASONS FOR DISMISSAL[1]

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **10-Ks: 2016 and 2017** (Exs. 29 at 19 and 10 at 19)<br><br>SAC ¶¶ 136, 160<br><br>The solution we offer our target market contemplates one strategic option—to pursue clinical and technological integration to reduce utilization and total cost… . | ▪ Corporate puffery |
| **10-Ks: 2016, 2017, and 2018** (Exs. 29 at 9, 10 at 7, and 11 at 8)<br><br>SAC ¶¶ 137, 161, 185<br><br>The partnership model enables cultural alignment, integration into the provider care delivery and payment work flow, long-term contractual relationships and a cycle of clinical and cost improvement with shared financial benefit.<br><br>We have sought to partner with leading providers in sizable markets, which we believe creates a growth cycle that benefits from the secular transition to value- based care. By helping these systems lower clinical and administrative costs, we believe we are positioning them to offer a low cost, effective care setting to payers, employers and consumers, which enables them to capture greater market share. As providers have succeeded in lowering costs and growing market share, this enables them to increase their value-based offerings. By virtue of our business model, we benefit from our partners' growth. | ▪ Corporate puffery<br>▪ Forward-looking statements |
| **1Q 2017 Earnings Call (May 9, 2017) – Frank Williams** (Ex. 35 at 5)<br><br>SAC ¶ 140<br><br>"In terms of growth to our existing partners, I am also excited about our work across the last year at Passport Health Plan in Kentucky. Passport is a nationally recognized organization in Medicaid and we've been able to leverage its experience and strong provider network in combination with the Evolent platform to drive greater efficiency and to improve quality of care across the [Plan's] large and diverse population." | ▪ Corporate puffery<br>▪ No scienter |

---

[1] Portions of text that are <u>underlined</u> were omitted from the SAC.

[2] The SAC underlines many portions of these statements. This chart does not include Plaintiffs' emphases, which do not appear in the original SEC filings nor in the transcripts of calls.

1

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **10-Qs: 1Q 2017, 2Q 2017, 3Q 2017, 1Q 2018, 2Q 2018, 3Q 2018** (Exs. 36 at 7; 37 at 7; 38 at 7; 41 at 7; 42 at 7; and 44 at 7) SAC ¶¶ 141, 149, 155, 165, 172, 176<br><br>The Company's services include providing our customers, who we refer to as partners, with a population management platform, integrated data and analytics capabilities, pharmacy benefit management ('PBM') services and comprehensive health plan administration services. Together these services enable health systems to manage patient health in a more cost-effective manner. | ▪ Corporate puffery |
| **1Q 2017 Earnings Call (May 9, 2017) – Frank Williams** (Ex. 35 at 18) SAC ¶ 143<br><br>"I think [the integration of Valence into Evolent] has gone incredibly well—always has hiccups, but I think it's gone really, really well relative to other integrations that I've been a part of historically. I would say now we're at a point, having worked through that, feeling greater stability in operations, like we have the ability to scale. If you think about bringing on Passport, that's going to be another 300,000 lives on the platform, and our commitment was to get that absolutely right in terms of serving clients at a high standard from the outset."<br><br>[Full quote included here; portion underlined omitted from SAC] | ▪ Facts not pled<br>▪ No scienter |
| **2017 Investor Day (May 11, 2017) – Steve Wigginton** (Ex. 13 at 27–28) SAC ¶ 145<br><br>"We have approximately 1 million lives on this platform, this part of our platform. The integration process with the Valence health team has proceeded at or above our expectations. I think we're really pleased with the team that we were able to bring in. We've had great retention. We've also had, I think, strong cultural alignment. And as I mentioned, there's really a lot of complementarity to the service offerings, and so it's allowed us to expand our footprint. And I think, as we'll hear a little bit from a Passport standpoint, we see some cross-sell opportunities across our respective partners."<br><br>[RE: Aldera, software company acquired by Evolent]: "We have been in the process since then now of integrating that team. That team was largely a development shop, software development, QA, tests and customer support. Combining that with the IT resources that sat inside the Valence business, eliminating hand-offs, really creating a seamless, highly-integrated infrastructure."<br><br>[Full quotes above; portion underlined omitted from SAC] | ▪ Facts not pled<br>▪ Context: statements are not about Passport<br>▪ No scienter |

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **2017 Investor Day (May 11, 2017) – Christie Spencer** (Ex. 13 at 29)<br><br>SAC ¶ 146<br><br>"And so when Evolent purchased Valence and Aldera, Passport was really, really excited about the prospect of another option to these 3 models that we had identified, and we did a lot of due diligence. I think Frank [Williams] characterized it in the earnings call as kicking the tires, I would say. We actually took off the hood and turned on the radio and made sure that everything was working the way that we want it to.  And ultimately, I think there was 5 or 6 different things that really led to the decision from a systems standpoint."<br><br>[Full quotes above; portion underlined omitted from SAC] | ▪ Facts not pled<br>▪ No scienter |
| **3Q 2017 Earnings Call (Nov. 2, 2017) – Frank Williams** (Ex. 38 at 6, 9)<br><br>SAC ¶ 152<br><br>"In terms of anticipated growth across our existing partner base, we've successfully launched Passport, and as of today, an additional 150,000-plus lives for Cook County onto our health services [SAC replaces health services with Valence] platform …<br><br>"As a reminder, we made this decision together for several reasons. First, we wanted to provide a higher level of service for Passport members and providers. By integrating our clinical and administrative platforms, we'll be able to provide a differentiated and more efficient service for our members. Second, we recognize the opportunity to expand the depth of our strategic alliance, leveraging best practices from both entities to create value for Passport unmatched by a traditional vendor client relationship. Finally, it was important to all of us to build out new functions and teams in Louisville to continue growing the Medicaid Center of Excellence.<br><br>"Teams across Evolent have been working full time on this data migration and operational integration throughout the year and went live on time in early October and will ramp across the fourth quarter.  This includes the integration of administrative and clinical platforms, allowing the daily transmission of files between the Aldera and Identifi platforms to support claims, risk stratification, care management, authorizations and analytics. To ensure a seamless transition for providers and plan members, teams continue to monitor operations closely and report a smooth transition. In the months since go live, over 1.6 million enrolment transactions have been completed as we onboard more than 300,000 Passport Health Plan members across the quarter."<br><br>[Full quotes above; portion underlined omitted from SAC] | ▪ Corporate puffery<br>▪ Forward-looking atatements<br>▪ Facts not pled<br>▪ No scienter<br><br><br>[Note: SAC replaces "our health services platform" with "Valence platform." This is inaccurate because Evolent's platform included many other services, notably Identifi, and Evolent refers to all those services when it references the "health services platform."] |

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **4Q + Full Year 2017 Earnings Call (Feb. 27, 2018) – Frank Williams** (Ex. 39 at 5, 6)<br><br>SAC ¶ 158<br><br>"The past year was also important in terms of integrating Valence into our broader health plan services offering and successfully scaling the organization with several large clients [including Passport] coming in across the year. While we still have work to do in fulfilling our long-term vision, the integration is going incredibly well and the Valence platform has enhanced our differentiation significantly in the marketplace.<br><br>\*\*\*<br><br>"Lastly, with the integration of Valence and Aldera into our health plan services platform, we're seeing strong success providing services to existing and larger scale provider-owned health plans. The integration of the back-office claims and network management system . . . is highly differentiated in the market, and these organizations get to a higher level of performance in a more demanding market." | ▪ Corporate puffery<br><br>▪ No scienter |
| **1Q 2018 Earnings Call (May 9, 2018) – Frank Williams** (Ex. 40 at 6, 8)<br><br>SAC ¶ 164<br><br>"<u>Where we've been distinctive is providing</u> a cost-effective infrastructure that integrates clinical and administrative functions under one roof, and allows our provider partners to leverage the benefits of integration in driving performance."<br><br>"<u>We've also</u> been driving efficiency and operational scale within our Medicaid business."<br><br>[Full quote included here; portion underlined omitted from SAC] | ▪ Corporate puffery<br><br>▪ No scienter |
| **2018 Investor Day (May 11, 2018) – Frank Williams** (Ex. 5 at 60)<br><br>SAC ¶ 167<br><br>"Passport is a good example, <u>so Passport we really started out just doing clinical, right? And we had good success,</u> a great partnership. <u>We introduced our PBM, which really helped address this rate cut and</u> allowed them to get a lot of savings <u>on the pharmacy side. We introduced risk adjustment, which was a new service, which again </u>was really important in terms of helping economics. <u>And then they actually moved over to our TPA towards the end of last year. And so you can see the growth within that.</u>"<br><br>[Full quote included here; portion underlined omitted from SAC] | ▪ Corporate puffery<br><br>▪ Facts not pled<br><br>▪ Not false as shown in public documents<br><br>▪ No scienter |

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **2018 Investor Day (May 11, 2018) – Seth Blackley** (Ex. 5 at 26)<br><br>SAC ¶ 168<br><br>"I think, you look at the results of the partnership, Evolent-Passport over the last few years under Tom [Peterson] and Steve [Houghland]'s leadership, about 5% improvement in MLR roughly, so which is about $75 million of improvement to Passport's bottom line. That is while, I think, taking care of patients in a way that is better more coordinated, more integrated and better for the providers. So if you boil all what Steve just mentioned down to sort of the results, the $75 million improvement in the bottom line is a big deal, and it helps make, I think, the mission sustainable, and gives an opportunity for us to expand what we're doing in the state. And that's—from an investor's standpoint, in taking away the net result— is critical. . . . But that was across the analytics and technology and platform, the compensation models, the clinical programming, and then also, the health plan services, Valence platform, which the Passport team adopted recently. So I think that gives you a full picture of the impact of all the work." | ▪ Facts not pled<br><br>▪ Not False as Shown in Public Documents<br><br>▪ No scienter |
| **2Q 2018 Earnings Call (Aug. 7, 2018) – Frank Williams**<br>(Ex. 28 at 18–19; 8)<br>SAC ¶ 171<br><br>[In response to question about machine learning:] "… <u>And then on the technology side, I would just say that the investments we've made have paid off. We have a</u> differentiated platform, highly integrated. <u>It's allowing us</u> to standardize and reduce costs in many areas…"<br><br><u>As a result, the Evolent care model and platform is helping to</u> drive some impressive consistent results for our partners <u>across Medicare Advantage, the Next Gen ACO program and Medicaid populations.</u><br><br>[Full quote included here; portion underlined omitted from SAC] | ▪ Corporate puffery<br><br>▪ Context: discussing Medicare *and* Medicaid<br><br>▪ No scienter |
| **2Q 2018 Earnings Call (Aug. 7, 2018) – Frank Williams** (Ex. 28 at 15)<br>SAC ¶ 171<br><br>"<u>I mean, the good news is we stood up over 30 partners. We've done a lot in Medicaid. We've got deep expertise in our team. So we have people involved to get as precise as we can and then to be</u> conservative in how we're building infrastructure to make sure we're managing costs well <u>and all of those sorts of things. So I feel good about how we've approached it. And obviously, we'll have to see where we come out.</u>"<br><br>[Full quote included here; portion underlined omitted from SAC] | ▪ Corporate puffery<br><br>▪ No scienter<br><br><br><br>SAC alleges this statement was made by Nicholas McGrane; it was by Frank Williams. Ex. 28 at 15. |

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **Wells Fargo Health Care Conference (Sept. 5, 2018) – Frank Williams** (Ex. 43 at 4) <br> SAC ¶ 175 <br><br> "In [Passport's] own plan, we believe we've helped to generate over $100 million in savings, which was highly valuable to that organization." | ▪ Facts not pled <br> ▪ Not False as Shown in Public Documents <br><br> ▪ No scienter |
| **As Reported in *Insider Louisville* article (Jan. 25, 2019)** (Ex. 24 at 7–8) <br> ¶ 179 <br><br> Evolent told Insider via email that the 'majority of the fees Passport pays to Evolent are directly tied to local staff—at cost—as well as (insurance claims processing) and pharmacy benefit services at a lower per member cost than prior periods.' The company said it has 'hundreds of employees supporting Passport' and that 'the number of employees has increased in line with the increases in scope of our partnership with Passport' and that 'the number of our employees in Louisville exceeds our original projection.' However, the company did not provide details. | ▪ Facts not pled |
| **4Q + Full Year 2018 Earnings Call (Feb. 26, 2019) – Frank Williams** (Ex. 25 at 6, 24) <br> SAC ¶ 182 <br><br> "Lastly, in Medicare Advantage, we're launching a targeted strategy in a few focus markets where the reimbursement and provider dynamics are favorable. While we're not focused on outright majority ownership in health plans, we are interested in exploring creative, aligned co-ownership arrangements where we can partner with providers to help them monetize clinical value through MA [Medicare Advantage]." <br><br> [Q re: co-investing strategy]: "We're going to learn from every relationship, but there is no big change in strategy based on what we see happening with Passport specifically." <br><br> [Full quotes included here; portion underlined omitted from SAC] | ▪ Forward-looking statements <br> ▪ Context: Medicare market different than Medicaid market; statement does not relate to purchase of a Medicaid plan such as Passport <br><br> ▪ No scienter |

*Continued on Next Page*

6

| Statements Alleged to Be False or Misleading[2] | Reasons for Dismissal |
|---|---|
| **4Q + Full Year 2018 Earnings Call (Feb. 26, 2019) – Frank Williams** (Ex. 25 at 23, 24)<br><br>SAC ¶ 183<br><br>Analyst Q re: balance sheet risk:<br><br>A. "No. No, we don't have any broader exposure."<br><br>…<br>Analyst Q: "What would prevent you from potentially acquiring some of [Passport's] assets if not the whole business?"<br><br>A: "Again, it's pretty hard to speculate on that. I don't think we've thought about acquiring a full Medicaid plan. It's just not in our strategic lens at this point. Again, in certain situations, we've talked about co-ownership models where we might have a minority stake in something, but related to Passport, that's not something that is currently being evaluated." | ▪ Forward-looking statements<br><br>▪ Cautionary language<br><br>▪ No scienter |
| **1Q 2019 Earnings Call (May 7, 2019) – Frank Williams** (Ex. 45 at 6)<br>SAC ¶ 188<br><br>"Currently, we're pursuing several major initiatives in close collaboration with the Passport leadership team ….<br><br>* * *<br><br>"Based on these initiatives and given the strength of its clinical model, we believe that Passport is making solid progress towards improving its financial performance, while continuing to provide market-leading care to its members. Overall, we remain hopeful that the combination of the new reimbursement rates, administrative and clinical improvements and efforts to strengthen the balance sheet will provide a path for Passport to be successful long term in the Kentucky Medicaid market." | ▪ Forward-looking statements<br><br>▪ No scienter |