# Exhibit 6

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH

# Analyst/Investor Day

## Thursday, May 30, 2019 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

Case 1:19-cv-01031-MSN-WEF   Document 76-6   Filed 06/22/20   Page 3 of 52 PageID# 1871

# Table of Contents

Call Participants ..................................................................... 3

Presentation ..................................................................... 4

Question and Answer ..................................................................... 12

Case 1:19-cv-01031-MSN-WEF   Document 76-6   Filed 06/22/20   Page 3 of 52 PageID# 1871

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Andrew Hertler**
*Chief Medical Officer*

**Anita Cattrell**
*Chief Innovation Officer*

**Ashley Ridlon**
*Vice President of Health Policy*

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Greg Fuller**

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

**Kate Rollins**
*Chief Nursing Officer*

**Ramon Tallaj**

**Unknown Attendee**

**Nicholas McGrane**
*Chief Financial Officer*

**Scott Andrew Bowers**
*National Medicaid President*

**Seth Blackley**
*President*

**Thomas Peterson**
*Co-Founder & COO*

**Unknown Executive**

**ANALYSTS**

**Stanislav Berenshteyn**
*SunTrust Robinson Humphrey, Inc., Research Division*

**ATTENDEES**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

All right. Well, good morning. Why don't we plan on getting started. I thought maybe I needed to change some lounge music there, I don't think of jazz music and investor days going together. But thanks to all of you for being here. I think we've got a relatively robust agenda.

Okay. Good. Now this is a little out of synch with what I'm seeing here. So the slides are advancing here, but they're not advancing on the screen, on here. Okay. There it is. Okay.

All right. Well, good morning. Welcome to our Investor Day. We're again glad to have all of you here. I think we've got a relatively robust agenda. We're going to run from 8:30 to midday and we've got a lot to cover. So we're going to start with just an overview of the value-based care market landscape, where we plan it, what our strategy is, how we think of the various business lines we're in. We're going to spend a lot of time on Passport. Obviously, we had a major announcement yesterday. There's a lot of questions about it. Where does that fit into our strategy? Why are we doing this type of deal? And we really want to dive in there and talk about the logic of it. And why we're confident and what we're doing there. We'll then take a break. We'll then go to our clinical approach to value. I think a lot of really interesting and cutting edge work that our team is doing clinically, which is a major part of our thesis. We'll then talk about the New Century Health, which is a recent organization we've brought into our platform that we feel has enormous potential. We have an opportunity to have the Founder here as well as the Chief Medical Officer. And then we'll go to Medicaid, which has been a big market for us and talk a little bit about what we're doing there. And then talk about financials and obviously, leave time for questions. We'll also try to open it up for questions maybe towards the end of the presentations, if in various sections people want to go deeper. Okay. So that's the plan. And we'll get moving here.

So okay. All right. So just the focus for today. As I talked about it, strategy, market landscape, deep dive on clinical perspective, overview of New Century, Medicaid and then the financial overview. So just starting. I think a couple of things that we wanted to emphasize in terms of the investment thesis. First, this is a very large market. It's one that is unfolding. I think we're at the early innings. I think we occupy a very unique market leadership position: over 35 partner organizations, 3.4 million lives. Highly differentiated offering and we're really going to talk about that, but there are very few organizations that have full platform. So clinical, administrative, financial all the things that someone would need in risk or value-based business, the ability to drive and capture clinical value. That's a big part of the thesis of the movement to provider-based health care is that providers armed with better data, tools, integrated care teams can really drive clinical value. And so a very important aspect of what we're trying to do in the market that we think is very different. An attractive business model as we'll talk about multiple avenues of organic growth. I think you've seen that in the run. I mean, we really -- first full year was 2012, and today we have service business approaching $700 million in revenue. So we've had very strong growth historically, recurring revenue model business under long-term arrangements and then a scalable services and technology platform. As we add lives to the platform, the incremental cost to serve those lives is low, and that's where you get scalability in the model. And then a large and growing market, as I talked about.

So moving, again, just to the company overview and what we do. First, we provide an integrated platform. And why does that matter? You see a lot of point systems out there, hey, we're going to buy a data warehouse, we're going to use analytics, we're going to use extension of our EMR. But to actually manage risk business, value business, to manage health plans, you need an integrated platform. You need data that really can drive workflow. So if we have at-risk patients, can we actually get those to the home health nurse to coaches and practices? Can we get the right financial analysis in terms of the risk-oriented deal we want to do? So all of those things need to come together for providers to perform well in this market.

It's also been a struggle in some ways for payers, payers have had historically contentious relationships with providers. It's been hard for them to say, hey, use our platform. And by the way, you're going to have to use the platform of 5 other payers to do your value business. So the idea that we can be a one-stop

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

shop, handle all payers, and be essentially a connector between payer and provider is an important part of the thesis and a real gap in the marketplace. And today, again, a national network of payers and providers that we work with. And as I talked about clinical being a big part of the thesis. Who we serve? About 50% of our lives in Medicaid. So if you go back to 2015, we really didn't have any presence in Medicaid, but we've grown very rapidly there to over 1.5 million lives. Medicare around 30% of our book, and then, commercial at about 23%.

We talked about some of the numbers, but $686 million last 12 months revenue on the services side, flattish in terms of EBITDA. We had lower growth in the first half. We've talked about returning to growth double-digit in the second half and going into 2020, and again, emerging confidence that we will do that. And as I talked about, 35 partners and 3.4 million lives.

So a big part of the thesis here, let's see, I'm getting -- okay. Got a little bit different ordering with my pack here, apologies. So if you think about what's happened really across the last 12 months, we've had a lot of very good things happen. We entered the Pacific Northwest in a relationship with Premera Blue Cross, so demonstrating that we really can work productively directly with payers and really be this linchpin between payers and providers. That opens up a dramatic market for us where lives actually sit today. You think about the addition of New Century, also a place where we can do line item carve-outs, manage specialty areas that are very difficult for payers to manage, given the pace of drug development, given the pace of changes in therapy modalities, the need to engage at a very deep level with physicians in cardiovascular services and oncology, so in many ways a new channel for us. And again, 1 that doesn't rely exactly on the thesis of value-based care because it's -- you're actually going to where lives are today, and I think that's important.

We partnered with True Health and SOMOS. And we're going to talk about SOMOS later. SOMOS is an IPA in New York, the exact type of organization we want to be working with. So an ACO, very well-positioned in the market, and yet wanted a partner really to help them scale and manage risk and a great historical track record there. Florida entry into Medicaid, unique for provider-based organizations to win an initial Medicaid bid across several markets.

New Century and then incredible development and building on our IP clinically in terms of 25 new programs, adding to Identifi, really building a knowledge base that is truly unique in the industry and again, a very valuable asset for us.

So again, the thesis is we really collaborate with providers and payers to drive clinical value and monetize clinical value. Now why is this important? For those of you who have been in health care for the last 20 years, this really hasn't happened. We've had rising premiums, rising spending, out of control additions in costs. And this is all the while the industry had scaled on the admin side. But there has been a real inability to engage providers, to really get them to care for the health of a population versus waiting for people to get sick, for aligning incentives, for getting them to really work productively, and this is the massive opportunity from a policy perspective we need to address. And so a lot of our work is around how do we drive clinical value working with very engaged providers, leveraging all the tools that you need to [ do it ] and then how do you help to monetize that? And then how do we get paid for it? And that's ultimately our resulting economic model which we'll talk about.

Again, why does it matter? It is my favorite slide, maybe, in all of health care. But it's a simple slide. It just shows that the federal budget is not increasing or it's increasing at a very low rate and yet you look at the predicted growth in Medicare and Medicaid and it would absolutely collapse the federal budget, and would collapse all entitlements below. And so there is a massive interest in Washington on both sides of the aisle to drive to very different reimbursement modalities than just simply paying people for production. And so that's a massive shift in the industry. Payers that hold lives today have the same problem, they need to deliver a more competitive offering in terms of price. That increasingly means narrow networks, it increasingly means engage provider groups in very different reimbursement modalities. And we're in the early innings. But we're in the early innings, we've been able to build a $700 million business and we just see these pressures increasing in every way and in every segment of the market. And so as that accelerates, we find ourselves in a very strong position. And again, in the early innings have been able to build a $700 million business.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Why the focus on clinical? And what's really going to address the cost issue? Well, for those of you who cover health care, there is an interesting anomaly that's surprising to many, but if you look at medical expense, a very small portion of the population is driving 50% of the medical expense. So if you think about that high cost chronic condition patients not engaged in their health, not maybe even engaged with their physicians, the physicians seeing 30 patients a day, 5-minute visits with those patients, no follow-up in terms of pharmacy, in terms of engagement and yet, an ability to flip that. Engage the patient very early before they even get sick, engage the provider, provide resources around the provider and then ultimately, drive value. That's what the Identifi platform does. This was developed at UPMC for this very purpose. Let's pull all the data and information possible on an existing population, so that we can stratify the risk correctly. Meaning, we can identify before they get sick, the patients that are about to cost a lot of money in the coming year. As we will talk about, we're very good at doing that, we think the best in the industry at predicting who is going to get sick.

Then it's -- you actually have to do something about it. There's lots of talk about analytics and big data, actually, not that helpful in the health system world when you've got patients flying through every day, you've got to figure out a way to drive that through and ultimately, engage patients early, engage them through their physicians. So this is a very important insight that when you try to contact directly from payers, most people don't pick up the phone. They will, when your physician office calls, when it's a letter from your physician office. So part of the thesis around engaging with providers and leveraging great clinical data and robust clinical programs and multiple engagement modalities is that you'll engage patients at a much higher rate. And therefore, you'll have a significant impact on this population. There's lots of other areas to go at, but if you can nail this, you're well on your way to performing very well under value-based arrangement. So we'll talk more about clinical later, but this is a big emphasis in our thesis, in our differentiation in the market.

What does that lead to? Last year, I mean we document the result of our work, we do it versus control groups. Last year, we kept people out of the hospital 41,000 nights through those inventions. You think about the cost that happens when someone goes into the hospital. The bad things that can happen when people go into the hospital, what it means for families? This is a big deal. And this leads to a very strong cost reduction, which you'll see on the slide here. So a reduction in total medical expense of 24%. And then our Medicare Advantage population, inpatient admissions down 38%, ED visits down 51%. Again, this is validated by an external institute. We take this very seriously versus like control groups. What happened when we intervened with a like patient versus that had no intervention and we've seen very, very strong results. You think about scaling this, about driving this deeper, about continuing to develop clinical programs. Again, it allows our partners to differentiate in their markets to deliver better value and then to perform well under these arrangements. And we're adding to that year-over-year both in terms of the technology and the clinical knowledge base.

So why does that matter? Again, we talked about this before, but it matters because Medicare and Medicaid in particular are very large spending areas. There's out of control growth in expenses and right now the payment methodologies are changing very rapidly and providers need support. They're actually not able to simply move into complex value-based arrangements and perform because of the complexity of the administrative side, of the clinical side, the financial risk, et cetera. So I noticed I am ahead here. I'm going to go back here. Yes. So the Medicare market $750 billion market. We're going to talk about the policy element of this, but moving to risk-based ACOs and bundles, there's line item opportunities because of out-of-control costs in oncology, cardiovascular and other specialty areas, existing providers MA plans that ultimately need support in infrastructure and scale. And then ones that are potentially launching new plans.

On the Medicaid side, there's existing plans, which is a very large market today of provider-driven Medicaid plans and there's capitation increasingly happening. On the Medicaid side, states are innovating in lots of different ways around complex populations. That's the unmanaged part of the spend and therefore, government programs represent a significant market for what we do because it really is made up of chronic condition patients that are driving a lot of cost and hence, a provider-driven engaged model of very high value in these segments.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Commercial, also very interesting. We're seeing it develop more rapidly in certain markets. So I'd say, it's very geographic specific. And obviously, an opportunity there, but our real emphasis has been on the left-hand side in Medicare and Medicaid.

Okay. There's -- I've got a little delay up there. That's what it is. So what do we do? Very simply, we really provide 2 different platforms to provider organizations that we work with. And again, serving between payer, that could be the government or payers that have risk, and providers. For those of you who know the payer world, this has been difficult for them to do because a lot of their legacy systems do not have a lot of flexibility in terms of payment. They don't have good ways to engage with providers. Providers a lot of times don't want their systems and their practices. And so again, we serve as a conduit between both government and commercial payers and providers.

And turning on the left-hand side, we just talked about clinical. So the ability to manage a population to get all the data that you need and to manage them more productively. We obviously do that. We can do that across a full population in Medicare, Medicaid, in commercial, also at the line item level. So we talked about it with New Century, which initially is in oncology and cardiovascular services. We believe there are opportunities to expand into other specialty areas where you see high variability, variability that can be controlled more effectively. And again, there's a very large market with existing players that hold risk and then you have bundling and opportunities with that capability there. That is supported by the Identifi platform. And we have some customers that work with us initially just in clinical, so they don't actually need the admin side. Maybe they're getting a delegated capitation contract that we can provide just a clinical platform. On the right-hand side, there are a lot of existing provider-owned plans out there. There are those that need the administrative support so that could be claims payment, it could be all the elements of actuarial, that type of sport. And we have that full platform all the way from front, middle to back office. That's supported by the Aldera platform which really came with our investment in Valence. And then we have some clients that might work with us just in that area.

Now what's interesting is -- what we're finding is a client that might start just on the admin side suddenly recognizes, jeez, we really need to perform on the clinical side and we want to add in the Identifi platform and clinical services or vice versa. So I am on the clinical platform, I am now taking a new arrangement. I actually need to administer this. We want to pay providers differently and can you administer that for us? So this sets up a great cross-sell opportunity for us in getting people on the full platform. And then we have some clients, which you see on the bottom, which work with us across the full platform. So they're actually leveraging both clinical and administrative. And there is something very important here, there's very few options to have a fully integrated platform where you're pulling clinical and claims together, you can do more innovative benefit structures. And again, you can leverage the connections between the 2 to deliver much higher value. And so that has been an area of investment for us that we think creates a high degree of differentiation in the market and we're seeing that payoff in terms of our pipeline. So that's been a recent area of investment and one that I think we'll see pretty tremendous yield.

So if you then translate that platform into markets. What markets are we focused on? And what do we ultimately serve? So if you look on the left-hand side, when we think of our core market which you see in the orange, it really is 3 different areas. First is, health plan services. This has been a well-developed market. Again, not as oriented as provider plans as, I think, our approach has been. So I think we're bringing something new and unique here with the integration that we just talked about. But this would be claims processing, all the back office support. Again, this is a very defined market. What you see in the provider segment is not a lot of investment in infrastructure, band-aided together. And now that they want to grow and increasingly it's required to really perform under their arrangements, it's a pretty big opportunity for us. So this really is taking advantage of our investment in Valence. We have sort of more than doubled lives on the platform and we see a very big market here and a number of interesting opportunities in our pipeline. Probably a $20 billion market, over 200 targets, excess of 100 million lives in this segment.

Second segment is pop health. You could argue that, that's maybe where we started, that as providers and ACOs we're looking for delegated risk arrangements that we could support that through a clinical model that could really deliver value and when providers had real downside risk. And again, a lot of focus there. It's a very big market. It's evolving very rapidly but probably about $40 billion in size. And again,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a lot of our clinical stack focused their and a lot more development going on as we speak and we'll talk about that on the policy side.

And then third is specialty management. This is really what New Century does. Very strong value proposition prepayers, and we'll spend time on it, but when you can go to a payer and 25% of their spend in cardiology and oncology -- 25% of Medicare is on cardiology and oncology, and you can deliver real savings against that right away and potentially double 7% to 10% immediate savings to 15% to 20%, that's a very strong value proposition in the market.

So together, that's roughly close to a $65 billion, $70 billion market. Very attractive margin profiles in that business. There is linkages together, so increasingly we're going to have clients that work with us across all of those platforms. And again, a lot of our focus in a very large market and to which we have very strong penetration.

On the health plan side, this has not been an area of focus for us. We really have 1 arrangement here historically, that's been with New Mexico. Very unique market situation. And we really have not been organized ultimately, to try to capitalize on asset value in health plans. And we have been pretty clear that, that's not a huge part of our strategy. I would argue that the New Mexico deal has been a good deal for us. Stable, we surely have built asset value. It's actually a contributor in terms of EBITDA, but again not a specific area of focus for us. Now we just announced yesterday that we're investing in a health plan where we will have a coownership stake with Passport. So we want to come back to that and say, hey, if this is not a real part of our go-forward strategy, why would we make this investment in Passport? Why strategically would we do that if we don't see this as a major area of focus in the future? So we'll talk about that specific arrangement and why we're doing it. But just to be clear, this is not a major focus of our ongoing strategy. If you then look at sort of how it breaks down in terms of business model. The health plan services side, fee-based, it's an established market. PMPM is based on very different populations, recurring revenue, approximately 20% of our revenues today. And it's a high area of growth focus because we see a lot of demand in the market. And we're seeing a lot of demand for the integrated platform that I talked about.

Pop Health side, fee-based and performance-based arrangements. So increasingly, if you look at both pop health and specialty management, what we're trying to do is capture the clinical value that we're creating. And what we've argued is that simply trying to do that on a fee basis, we're going to provide a platform, we're going to drive that clinical value, is not the best way to monetize that. And what we're finding is in our performance-based arrangement, we're actually driving much higher margin. And we're creating alignment with our customers because we're saying, look, we're confident we can deliver here. We'll charge you a base fee, but we actually are confident we can deliver value and therefore, we're going enter performance-based arrangement.

So that's one thing that has evolved, as we've gotten into the business is recognizing that, that doing that offers us an opportunity for more growth and higher margin. And so you will see a big emphasis in our business not simply on the fee-based side, but really trying to enter arrangements where we're aligned with providers, they feel we're in it with them, we're delivering performance and then we're capturing value from that. And our early results there, just in terms of what we can do from a margin perspective are better than what we're ultimately achieving in the fee-based business.

Lastly, I talked about health plan operations. Not a strategic area of focus, a pretty small portion of our revenue today. We are not looking to put more capital into this segment. So if you just think about revenue here as we grow, it will decline as a portion of our overall base. And again, it's not like we have 4 of these in the pipeline or looking to do more health plan deals. So this will be a declining segment for us. I think it makes sense in New Mexico. What we've have done, we've built an asset value there. We've actually earned very good service margins on that business, so overall a strong return from that investment. And then we're going to come back to Passport and talk about the totality of our relationship there. And again, why we think doing something different here and what we view as a one-off situations makes sense. So we'll spend more time on that.

So with that, that should give you a sense again, how we're thinking about the market? What are the macro trends that drive it? Where are we differentiated? What does our platform look like? How does that

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

translate into specific business segments? What are the sizes of those segments? What are the margin profiles of those segments? And then where do we see each of those segments from a growth perspective? But I think the good news is it's not 1 segment, we see several segments that ultimately apply. And again, I keep advancing past here, so apologies. Wait, I'll see here. Okay. Here we go. Yes, so if you then step back and say how does all of that lead to our differentiation in the market? Partner commitment. We really have not wanted to be a vendor in the space, there's lots of vendors you can go to HIMSS and see 10,000-point solutions. We started out going to our provider partners and saying, "We can deliver an outcome," and we're committed to that.

Scaled relationships. Scale makes a difference in this market. Why would we adjust our approach from fee-based relationships to more performance-based? And why would we have a scalable platform? It's because we ultimately want to get to large number of lives in markets and you can get to very strong contribution margins.

Accountability shared and then aligned financial models, as we talked about earlier, an important part of the thesis. And again, positions us well to sustain our relationships hopefully for 10, 15 years in terms of how we work with our partners.

In terms of the long-term market outlook, I mean, we talked a lot about this, but some of the numbers do jump off the page. Health care 20% of the U.S. budget, 40% of the federal budget and growing, 26% in Medicaid's share of state budgets. I mean, this is an enormous problem. It's not going away, it's getting worse. And you're going to see a lot of pressure here, which we believe will continue to send providers in this direction and payers who are in the early innings. So if you think about the market really expanding, we think it will happen across the next several years and we're very well-positioned as the leader in the space. And again, have built a pretty big business in the early innings.

Market shift. You start to see the amount of ACOs moving to risk. And then you think about the unmet need on the provider side. I think one of the big insights when we went out into the market early on, was providers saying, "Look, we don't have the capability to do this on our own, in any way, form or fashion. We don't have the talent, we don't have the systems, we don't have the integration cross functionally. And we could attempt it, but we need to move fast, it's very difficult to do on our own." And hence, that's created the market opportunity that we see in front of us.

So with that, we wanted to dive into the policy side a little bit. I wanted to welcome up Ashley Ridlon on our team to talk a little bit about what's going on in Washington. We'll also take and open up questions at the end. Ashley has been running around Washington for the last 15 years at CMS, it's a bipartisan health policy group. So good deal of experience here. And most importantly, she's been on the forefront of bringing our partners to Washington at all levels of CMS with Congress, really bringing their needs and desires based on the early experiences and figuring out how we get those incorporated into policy. So I think it will be good to just hear from her what's really going on behind closed doors. Thank you.

**Ashley Ridlon**
*Vice President of Health Policy*

Thank you. And hopefully, you worked out all the kinks with the clicker here, so I'll -- there we are. Good morning, everyone. I wanted to first just give a snapshot view what's going on in Washington. There is a lot going on, which can be surprising. Sometimes we hear a lot about the political polarization, there's certainly a lot of that. You know probably a lot of these things, I'm sure you're all following this, so we won't go through the whole list. But just kind of at a glance, the administration is focused really high level on 3 priorities; lowering prescription drug costs; affordability, so short-term plans, association health plans, which we know have some legal challenges. But a lot of regulatory activity coming out of the administration as well as value-based care. I mean, I think it's very encouraging that value-based care under HHS Secretary Azar has been in the top 3 priorities. And then when you drill down a little bit into what centers for Medicare, Medicaid services is focused on, they also look at reducing provider burden, streamlining measures, making programs simpler, focusing on high risk populations. A lot of talk about competition and choice. But we certainly see a lot of focus in this area, which is encouraging. And then on The Hill, we're seeing similar themes coming out, some bipartisan activity going on in prescription drug prices, mostly focused on competition and generics. Hospital surprise billing is another area, and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

this is something that really resonates with the public. We hear a lot of concerns about this, and we're seeing some bipartisan legislation come out, most recently from the Senate Health Committee. The cost containment package. This is led by -- Health Committee Chairman Alexander is really focused on these 2 core issues; prescription drug pricing and hospital surprise billing. Still not easy to get a bill like this over the finish line. So I think there's a lot of conversation, but it can certainly take some time for these things to advance.

And then, of course, as I mentioned, there are -- there is a lot of political conversations going on around Medicare-for-All, a variety of proposals on that front and, sort of, Republican alternatives to that, repeal or replace of the Affordable Care Act. And so I think the politics on some of these broader issues can certainly slow down, even some of the really doable bipartisan types of initiatives. And then, if I look at this holistically, if there's 1 unifying theme here, it's really cost, right? Americans are feeling the pinch at the pharmacy counter and they're seeing it when they get their hospital bills. It's health insurance affordability. A lot of focus on coverage of preexisting conditions. So that really seems to be driving the activity on both the administrative side and the legislative side. And so looking to 2020, of course, the political environment and the tone will only heighten. As we get closer they are certainly lots of candidates, they're all staking out their territory, Democrats on Medicare-for-All. The Trump administration, I think the President most -- first and foremost, talking more about Obamacare repeal, maybe even to the chagrin of his own party sometimes. And then you see a real mix in terms of Democrats and Republicans looking at health care as a top priority. So Democrats tend to rank it in the top 5. Republicans, not so much. And then in battleground states that we are really focused on, and this was really true in the recent midterm election. You -- battleground states are less likely to put health care on the top. So it will be on the ballot, but will it really be driving voters? I think that still remains to be seen. Early projections are that the status quo will remain in the Senate and then the House, where you will see margins narrow. But potentially the House retaining control of Democrats, and in Senate, Republicans maintaining control. So if you think about passing -- the chances of passing really sweeping reforms in health care, especially in the next Congress would be very low. And potentially some of these more bipartisan issues, drug pricing, hospital billing, those type of things, there might be some action on that.

And you see the same things when you poll voters. What's in the top when it comes to health care. It really is prescription drug costs, hospital billing and preexisting conditions, which of course creates challenges for members of Congress that really want to address health insurance affordability.

So there's been a lot of progress and this is where I have been focusing a lot of time and where Evolent has is -- we continue to see alternative payment models proliferate throughout the market. There are 46 so far that the Innovation Center at CMS has put out; 10 of those models have ended their periods of testing, 2 of those models have become permanent. And so you kind of see this, it is truly an innovation lab, but you kind of see this effect of -- we're doing a lot of model testing, but there is a little bit of a bottleneck in terms of what's actually becoming a permanent model. So that's kind of always been my question is when are we going to see that bottleneck start to open up and we'll see these models actually become more embedded in Medicare payment policies? As -- I think, Frank mentioned, the Medicare Shared Savings Program. We're now seeing a more aggressive path to risk in that program. So that's -- a lot of these are kind of 5-year models, so you project out, I think, we'll see continued growth in those models and continued participation across payers as well. So this -- Medicare has recently cited that 26.5 million or slightly more Americans are impacted by these models. So this is across payers, Medicare, Medicaid, commercial lines. And they encompass 900,000 or so providers. So huge, huge part of the market and growing. CMS recently estimated a quarter of Americans would be in so-called outcomes models in the future, especially with the release of their most recent models, the biggest one being direct contracting.

So they are these increasing incentives, MACRA Advanced Alternative Payment Model bonus, continues to be, I think, a driver, where providers can get the 5% bonus for the next 5 years or so. And that is, I think, continuing to push things away from fee-for-service towards these models, even though they remain for the most part voluntary. Now we have heard from the administration an interest in bringing back some mandatory models and those tend to go out and be tested in certain geographic areas. And so we've

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

heard a couple of specific areas there, radiation oncology, ESRD, chronic kidney disease, specific patient groups. But certainly some potential for new models that come out that are mandatory models.

So this just again is showing the growth in ACOs. This is across market segments with the majority being in the commercial market: 48% commercial, 46% Medicare and 6% Medicaid in over 1,000 ACOs, this is 2018 data. So you see 1 in 10 Americans, 1 in 5 Medicare beneficiaries, and an ACO. Could we see that dip a little bit with Medicare Shared Savings Program more aggressively moving to risk? Sure, but I think the dip would be potentially pretty moderate. Continued growth in Medicare Advantage, as we've already talked about, and that is going strong. And not only growth in MA, but the percentage of plans that are really taking on innovative approaches to value and -- so I think we will see that increase as well. There is some data showing nearly half of MA plans are already starting to go through more value-based model design.

And on the Medicaid front. I think we talked about the federal budget pressures. The states' budget pressures are incredibly challenging. And you really see an intersection where the state budget pressures and population health dynamics that we're seeing -- where you -- this highest proportion of really chronically ill beneficiaries is really driving the cost. Still challenges with opioids, prescription drug costs, behavioral health has been a huge issue and addressing social determinants of health. So you see states continuing to invest in these types of models, integrating long-term services and support. And so there's kind of a range, it really depends on -- on the state in terms of how intense the interventions are. So everything from -- we're going to encourage value-based payments and Medicaid contracting to we're going to require you to actually develop a strategy for value-based care, to you will actually tie a portion of your premium to value-based care. And then you start to see some vanguard states really coming out aggressively with the models, New York is one of them with its Innovator model and really trying to drive value in Medicaid. So I think you will only see that increase reaching a ton of Medicare -- I'm sorry, Medicaid expansion. And so I think that there will only be an increasing need to address those challenges, both on the population health side and on the budget side. So with that, we can -- do you want to?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I think we'll, can you hear me? Okay. That's fine. We'll open up to questions, but I'll start with one. So we -- you've had the luxury of working with some of the early leaders who went into the initial ACO programs. And now we've brought them to Washington to really talk about how they would like to see the payment programs modify, what features that they can put into these programs that we really have them leap into risk? And talk a little bit about what are some of the things our partners and you have tried to emphasize with CMS that are important in making those successful.

**Ashley Ridlon**
*Vice President of Health Policy*

So we've done a lot of work with the -- really more sophisticated players in the market, and these are providers taking on high levels of risks, full risk. And I think the devil is really in the details in these programs. So direct contracting model came out, it provides some new options for providers. So our next generation APO partners have been asking really tough questions and we unfortunately don't know the answers yet. There's still a lot of details forthcoming about how do you calculate the benchmark? How do you deal with risk adjustment? How do you factor in kind of regional efficiency types of factors? So predictability and stability are really some key things that we have been asking for a firm commitment from the administration with these model tests. You sometimes don't have that like you do in a permanent program in Medicare. So that's been a big challenge. And I'd say another one that we're really kind of weighing in on, especially as you're an organization taking on full risk in Medicare, to have some tools to really develop a high-value network of providers and to help beneficiaries to choose that network. And -- because in fee-for-service, Medicare beneficiaries have choice. They can go see any provider they want to see, and so to kind of keep the network as whole as you can requires providing really robust beneficiary incentives and really good provider incentives to be high-value. So those are just some of the things that we're really pushing on, really stronger tools. Is there any other question? Yes.

**Unknown Attendee**

[indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Repeat the question.

**Ashley Ridlon**
*Vice President of Health Policy*
All right. Sure. So the question was on the Next Gen ACOs. If we see that program being extended or really kind of what are their options moving forward. CMS has said that it will sunset the Next Gen ACO program at the end of 2020. In fact, they have referred to the direct contracting model as the next, Next Gen. And actually if you look at the direct contracting global model, it looks very similar to Next Gen ACO. I think again we need to know more about the details, we need to know really how does the benchmarking work. They've said they're moving closer to a Medicare Advantage-like structure, but we really don't -- we don't know yet, what the -- there is a capitated PMPM or PDPM in Medicare. What is that rate? And how are they measured? And those details will really matter. So for Next Gen ACOs, their choices are really, you move into the Medicare Shared Savings Program enhanced track, that's 75% upside risk and 40% to 75% downside risk or you move into a Next Gen -- or direct contracting model, either the global model or the geographic model. Any other policy questions? Okay.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Thank you, Ashley. I mean one of the things that has been really nice in our work here is we have been probably the most important convener in working with policymakers, just because we are working with the most advanced organizations. That really does allow us to bring experience from the field, which is highly valued, and particularly where we have deep relationships in Washington. So thanks and great work. So we wanted to spend some time, obviously on Passport, which we just announced a new investment there yesterday. And I think couple of things that we want to talk about. First, if you just go back and sort of review an executive summary of the deal. I'm going to be joined by Tom Peterson, our Chief Operating Officer, Scott Bowers, who will become the CEO at Passport and has years of experience in the Medicaid market working for several very large plans.

A little bit about the situation at Passport. So as we know, Passport came under some financial pressure with a cut in the rate, went through a period of trying to get the rate adjusted, really for the last rate period, and did not get the rate adjusted and in some ways reacted a little bit slowly to the change. And then at the end of the year we were sort of brought into the mix to really drive performance improvement there. I think one of the big things that happened is a new rate came out as of April, there was a very strong increase in the rate and one that we feel is highly reflective of trend. And so we feel like we've got a very good top line revenue story there. And then a number of initiatives that we started at the beginning of the year really, sort of, taking over and running day-to-day implementation of a series of initiatives to reduce admin and clinical costs and really get the plan in a much better place. And that's been underway really since the end of the year. We have a clear line of sight into what's going on there. You then take the situation.

So with all of that going on in the market and state politics, which were -- quite a lot of friction there at the end of the year. I think the owners stepped back and said, "Look, we think this is actually a very valuable health plan. It's surely valuable to us. It hasn't really been run well over this last period. We're not sure that it's easy to run a standalone plan on our own, we really need the scale of a national based organization. And frankly, we want someone who is a capital partner alongside us. And we want to be part of it? We think there's an ability to really grow and scale the plan over time." And came to us and we sort of found this out. And we said, "Look, we're not really -- health plan ownership is not a big part of our strategy, it's not really how we engage with providers. Our preference would be, we could, sort of help get you through this interim period here. You're going to have a very high value plan based on the initiatives that we're taking on and that's probably what we would think is the recommended approach." They came back and said, "We've really made a decision that we want a capital partner, we are engaged and we're highly engaged, but we want someone alongside us." And so they actually ran a competitive process. They need to as a nonprofit organization with provider owners. Had several organizations that came into the fold that were quite interested in getting engaged, they engaged at a very high level.

And then we stepped back and said, "Well, what do we want to do here? Do we simply want to step out of the process and sort of welcome a new owner into the situation? What would that look like? Or do we ultimately want to engage at some level. And if we do, what would be, sort of, the merits of that?" And so that's really what occurred. And I'll go a little bit into just, sort of, the deal itself, the merits and then I'll come back and dive into why we did it. So it was a competitive process. We were selected. We don't have perfect information. We don't believe we were the highest bidder. There were several bidders that, on a market basis, saw this as a very attractive asset, very attractive market entry. You don't see that many Medicaid plans out there with over 300,000 lives with the long history of a Passport. So we won because we worked with this organization. They saw what we could do at the end of this year, and coming into this year when we took on more responsibility. It was less location for members. It's provider oriented and kept it that way and community-based, which was very important to the owners. So as a part of that, we decided to invest $70 million in the plan. We take a 70% stake in the plan, we provide some interim balance sheet support, again, we think that would be on a temporary basis.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And then we would actually expand our oversight role, full implementation of our clinical programs, so we take on more responsibility. We saw a pretty dramatic opportunity with New Century, when we actually did analysis on their specialty care spending to another portion, a very significant value we could drive in the plan. And so pretty significant expansion of our role and responsibilities. And again, some of the rationale is, this has been a plan in the market for 20 years. It's in some ways been a very attractive plan from a membership perspective, and in some ways, managed like a non-profit. Not with the same urgency that you might see, if it had a for-profit owner. We have been engaged for several months and we had a clear line of sight with the new rates and the initiatives that we're taking on that we could drive very strong performance in the plan. Again, we wouldn't take ownership in the plan really into the second half of the year.

By the second half of the year we have very high confidence we can get the plan to breakeven and then positive contribution in the fourth quarter. And these aren't by long behavior-change initiatives. This is hard stuff. Recontracting, network optimization and things that you do that you get immediate savings on and where we have clear visibility. So that was a very clear path for us, an important part. And we actually felt in some ways we had asymmetric information. We knew this because we were engaged and involved. Even with that, it was still a very attractive asset for several players in the Medicaid market.

Ownership stake we've talked about. Again, ownership and health plans not really our focus, but it surely aligns us with providers. It gives us, sort of, at some level a permanent place in that market, a perpetual relationship. We definitely like that feature for our service business. A 10-year extension in term is very valuable in the service business for those of you who've been in it. You don't really have a renewal moment in that situation. You're embedded. The enhanced MSA agreement, and I'll talk about this, drives substantial growth for us -- substantial growth and margin for us immediately and also going into '20 and beyond. So that is very attractive when you think about what we want to accomplish as an organization. And then, look this -- we know this asset very, very well. We are very deep. And it is at a moment where there is immense value creation that can happen, both in our work on the service side and expansion of the relationship and again, what we can do with the asset. So going a little bit deeper and I think this is probably in my mind the most important slide and really talking about our perspective on the deal. You just think about what I laid out before in terms of our business model and the services we provide.

Passport traditionally has sat in health plan services and pop health. So we've had a very extensive relationship with them. We provide service and infrastructure. We have not been responsibility -- responsible for running the plan, and that's a really important distinction. We weren't running the financial side of the plan, we weren't making a lot of the decisions on network. There were lot of things that -- again, from our perspective, we would've done that for whatever reason -- a very good team there. They've built an incredible plan and it's highly regarded in the state, but not as aggressive in managing as if -- as we would've been. But we still provided very valuable service, we put in clinical infrastructure, but we're set to go. I mean we have the infrastructure in place to drive a lot of value in a short period of time. So that's our existing scope. But by the way, that business, if you take the performance component to it, is about -- it's close to $100 million business with contribution margins similar to our health service business.

So that's a very attractive piece of business. So at one level you could argue, okay, they came to us and said, "Do you want to take an ownership stake?" There's one part of this, was defensive that said, "Boy, we have a great, strong relationship here. It's a big contribution," and there -- sort of a defensive aspect to, "Boy, we'd like to protect this. This is a great relationship for us, and we think we can drive a lot of value." Then second, they said -- as we did analysis on what they really needed to do to run the plan well, an opportunity to expand our scope clinically in what we're doing, more of an oversight role, again really running the plan once the deal is completed but getting engaged in the interim and then expanding with New Century. Well, we're not talking small savings opportunity, we're talking an organization that's been doing this for 15 years, we have all the claims data, we've gone through every line item, and we believe it can generate tens of billions of dollars of savings in the plan based on what we see going on today.

So a pretty significant expansion opportunity. Here we say 50% to 75% expansion. It could frankly be beyond that as you go into 2020. So there is the defensive part, there's then the offensive part, but the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

offensive part quite relevant -- I guess, do I need to click to have that come back up? Let's see -- here -- not sure what happened there. Anyway I'll do it descriptively.

So an ability to really add significant scope to the relationship. And if you think about our overall objective, what we've laid out for this year, it is that in 2020, we want to be teens growth, a very strong contribution margins based on a run rate we've described in the fourth quarter, growth into 2020. And by doing those 2 things, maintaining the existing business, adding the scope that we're talking about, we close 1 deal of the several we have in our pipeline, and we are at high double-digit growth for next year with very strong margin expansion. So this does fit into a very clear plan we have, to have very strong core services business with strong contribution margin, strong contribution margins going into '20, obviously contributes to the second half of the year. So very aligned with the objectives we have on the core side. And if you take it in total, so adding 50% to the [ 150 ] or greater, and you think about the contribution margins relative to that and the value of that business, the value is substantial, and the ability to grow that beyond.

So I think from that perspective, our traditional service business hopefully, it makes sense as to why we would pause and say, wait a minute, should we just step away? If we stepped away, imagine a national Medicaid MCO would've come in, they would've bought the asset and surely they would've figured out a way for us to be much less engaged than we were engaged. So that probably would have gone away in some form or fashion. Now we've got still a large business, we've got a lot in the pipeline, a lot to grow, but when we think about the goal of high teens growth, which we can see relative to next year and strong margin contribution, it felt like this was surely worth looking at; outside of our strategy, somewhat one-off of situation relative to scale and uniqueness of this market but, boy, it seems like something we should look at.

So now let's look at the investment. We made the decision to invest -- how are we doing this? Still working on the slides -- made the decision to invest as we talked about, $70 million in the plan for 70% stake. That's an implied valuation of about $100 million in the plan. Passport is going through an RFP process. They've been in the state for 20 years. They're highly regarded in the state, they're very strong in the community, they've got provider owners. So -- and they have an incumbency advantage. So we think there's a very strong likelihood that they'll perform very well in the RFP. If they win the RFP, we will have preserved the business that I just talked about and grown it substantially. We would've setup 2020. You can look at the value of a high teens growing service business with very strong margin contribution, that would be in the bank.

And then second, we'd have ownership -- 70% ownership in a plan that now, by any metric you look at it, is worth $300 million to $400 million in asset value in a very short period of time. And the line of sight we feel for breakeven and pretty decent margin contribution on the other side, and there we are sitting in the fall with that ownership stake, and we're in control of the situation. And we've described the fact that we're not really in the business of owning health plans, but think of the position we're in relative to that asset. Might we take some additional provider investment in the plan who want greater ownership? Might we have a financial partner at that stage?

Again, we want to do the right thing for the plan, we can stage that at the right timing, we're very committed to the community. But we have the ability, then to set that up in a way where we preserve the service business and growth, we've done exactly everything we told you we would do. We've put $70 million in, we have a chance with asymmetric information and a big moment coming potentially, least to surely justify that investment. And then we have the ability also to move into a different ownership place over time where we have a lower ownership stake, surely we would have room at $100 million valuation going to $300 million, $400 million to do lots of creative things there and align with our provider partners. That's feels like a pretty good deal. So then the question is, well, what happens if they lose the RFP? Is that a smart deal? So -- and that's a good question.

So one, right away we still grow our service relationship. So you could look at the margin of the increment of adding the revenue that we're adding and maintaining what we have given the situation that was presented to us. And surely, we would generate a strong return on that incremental business and maintaining that for the full year. This would play out, through the middle of 2020. Church -- this sure

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

would be better off than not being there. And if you look at the $70 million investment -- and again, you can't calculate this perfectly, but what would happen is you'd serve those Medicaid members through the end of the year, the plan would wind down and you do sort of analysis of the planned value at wind-down and what ultimately would be distributed and has to be approved and everything else, but we believe there's substantially more than $70 million in the breakup value of the plan. So what have we done? We either won the RFP and put ourselves in a very strong position all the way around, or disappointing, it didn't win the RFP, still provided service, it still would be a major contributor and important contributor to growth in 2020 and the P&L in 2020. And we have a way we believe solidly to get our capital out.

So not ideal, I mean sometimes strategy doesn't lay out perfectly. Having done this for a long time, you lay out a strategy, and you get into a market situation where you have to respond, and we made a decision about how we wanted to respond, and there wasn't -- when we did all the analysis, just so you know -- you're wondering boardroom, is this -- did we think this would be well received? We didn't, because whenever we do, that's when everyone thinks, oh they're in the health plan business or going into the health -- we are not going into the health plan. But we see and are presented with an opportunity, and looking at the dynamics, would we rather not have gotten into this position? This happened. And so we were presented with an opportunity. And imagine the other side. Imagine again as I said, someone else wins it and they win the RFP, we would have made I think a dramatic mistake, we would have lost the service business, an asset would've gone for $100 million valuation that's now worth $400 million. We were there in a leadership position, embedded in the community and we stepped away? Bad outcome. Maybe better if we lose the RFP, and we hadn't done anything, but I don't think so. I mean we are committed to our partners -- and by the way, this is really important, a very committed ownership group. We spent a lot of time with the owners. Are they willing to do the things to make the plan successful? Are they committed? Yes. And the important part is by sitting in that position, we can then end up in the right ownership position relative to our strategy. So yes, we made a decision to control our own destiny. Yes, we knew that people would be concerned that, wait, does this mean the business model has radically shifted? No, it hasn't. But health care is a local market business, and when you have a plan with over 300,000 lives, where you're embedded and can lot of -- add a lot of value.

You make a decision that says, we think we can create a lot of value here, a little bit off-strategy, but we're pretty clear on the upside, downside here, and we feel comfortable with the risks that we're taking. And there was -- it just wasn't a close call for us. And again, a lot of you saying, "God, I wish you didn't do it." The stock went down a lot yesterday, maybe it's a worse decision, because -- and we disagree. We disagree because we have confidence we can add a lot of value to the asset, and I do want you to fast-forward to the fall, winning the RFP, high teens growth, maybe higher in our service business with a couple of things in our pipeline closing and this, strong margin contribution, and we're holding an asset, which we paid very little for that's now worth a lot more. And then the downside scenario isn't really a bad downside scenario, if you think through and it plays out how we think we will.

So I wanted to make sure we talked about it. People definitely had questions yesterday, and I would say as we spend time with some of our major shareholders, really going through the logic, they got it. They surely got it in terms of understanding why we would get to this decision. Now a lot of people say, "Boy, I wish you weren't in this position because ideally, we'd love you not to be -- have -- be investing alongside your clients in this way in this particular situation," and we agree. But that's not the situation that was presented to us. We took advantage of the opportunity, and we think we can create extraordinary value and manage the downside quite well if we don't, and we think ultimately it could be a big value-creation opportunity for us. So I just wanted to make sure we talked about it. And now I want to turn it over to Tom, who has been on the ground there really since late December, very deep, and can just give you a little color on the situation there and also introduce Scott and talk a little bit about plan.

**Thomas Peterson**
*Co-Founder & COO*

Thanks, Frank. All right. Are we getting it back up. Does the clicker work anymore, Dan? It does.

Okay. All right. So Frank gave you a lot of the background, so I'm not going to go into a lot of the detail here that we've talked about yesterday, and Frank just explained today. But I have been on the ground

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

working closely with the Board and with the provider sponsors, the previous member-owners of the plan. And just to give you a little bit of color on kind of what they were kind of experiencing. Everyone feels -- and if you can see from the -- some of the media reactions that we've had, everyone feels that Passport is sort of the jewel of the state. And if you're getting any of the media that you see there, there's a strong community connection of that health plan and there's an emotional connection to the health plan. And people believe fundamentally that it's good for Kentucky. But as a result of the rate, the lawsuit, the PR which was challenging, the management team was under a lot of pressure, and so were the sponsors. And so despite having this really strong profound belief in the mission of Passport and the potential for Passport, the sponsors really felt as though they needed to take on a partner. And so since -- as Frank mentioned, starting in January, once the writing kind of became on the wall around the real impact of the rates and the fact that there was not likely to be retroactive rate relief, there was additional level of urgency that was placed on this, and I'll talk a little bit about this later on as to what we actually did about it. But we were able to get in there and really understand what a tremendous opportunity there was going forward here.

And so the fact that we were in there, we had relationships with the provider sponsor-owners, Neeli Bendapudi who is the president of the U of L has been actively involved, literally like every day involved in this process, incredibly important to her. She's been there a year. This is an important legacy decision for her to make sure that this is in good stead and that she and U of L continue forward with this important as an important strategic asset for them. But they felt like they needed a partner, and that they needed a partner who could bring national scale, could bring management support, so talent, management, leadership. Again, that management team we worked alongside for a long, long time. It was just an opportunity to bring an additional outside perspective and outside leadership into the plan. They're looking for a capital partner, and they were looking for stability to go forward.

And the fact that we were in there and we knew Passport deeply was a huge benefit, both to them and to us. So one of the biggest things that they were looking for was they wanted to minimize disruption to the members, minimize disruption to the providers, minimize disruption to the employees, and we were the best option to be able to do that. So it was not just a financial decision. This was how do you protect this asset, Passport, that people across the state passionately believe in and do it in a way that's going to create the least disruption for the state of Kentucky? And we were the best option. And that was a -- it was a deeply personal decision that the owners made and particularly, Dr. Bendapudi made in selecting Evolent. As Frank said, it was a very competitive process, but we -- they were involved along the way. Every conversation was -- the tone of every conversation was, we need to know that you're in it for the long haul to U of L. It is really -- we are a provider-based organization. It's really important to us that we have a partner, and they wanted the same back with us.

So this is truly a partnership opportunity, comanaged opportunity and that's the way we needed to set it up going forward. So we really did check all the boxes, and the biggest advantage I think from their perspective that we had was the ability to move very quickly. We really can't waste any time. As Frank had said, even since January, we had started putting initiatives into place, but from a leadership perspective, we were able to very quickly introduce Scott Bowers, who I'll ask to come up in a second. Two important individuals across the state to make sure that people understood that this would be in good hands going forward, ensure a clean handoff from Mark Carter, who has been running that health plans for last 8 years and is incredibly well respected in the state, make sure that we did honor to his role in the community and make sure that there was a smooth transition. And we were able to do that as well. And so from a relationship standpoint in the community, from what's best for the state of Kentucky, this met all of the needs across the board. And so I'll introduce Scott. Scott will talk to you to little bit about his background and why he is also excited about it.

**Scott Andrew Bowers**
*National Medicaid President*

Thanks, Tom. I think crown jewel is the right word there in Kentucky. I mean I jumped into operating Medicaid health plans in 1996 and have had a good 20-year track record of going to different Medicaid health plans, being part of growth plans, turnaround plans and seeing a lot of different markets. And yesterday was a big day for Passport and for the community and for the state. And the optimism and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the positivity and the embracement, or the folks embracing this idea of U of L endorsing with the other provider sponsors and the smooth transition from Mark Carter and his leadership team to bring the assets and the capabilities that Evolent now has and can that much more get engaged was palpable. And the community was able to hear some quotes from the mayor, over the last couple of weeks have talked to a lot of important folks, officials around the state, and there is a belief that the rich tradition of Passport's service in the community can go on.

And so having quickly just a comment about the lens that I'm looking through, my -- one of my last Medicaid leadership roles was running United Healthcare's largest Medicaid health plan in terms of membership revenue and EBITDA. We had a -- I was there for 5 years. We rewon an RFP that was worth over $15 billion over 6 or 7 years and learned quite a bit about what it takes to not just grow but to pull the right levers around an expense side of the house. And so I think when you think about what had been going on at Passport and what we can now bring to the table, moving from a services or vendor lens to now being engaged as operators who have oversight and can make the management decisions, we can change their strategy a bit. And so what I mean by that is Passport had very much historically been focused on, rightly so, quality, right? Customer service. And that is where they got their brand that is -- that's so strong, and the members, the outcrying and outpouring by members and providers to get this right for Passport is there. I think, however, there has been such a focus on the rate advocacy side that the sense of urgency, as Frank and Tom talked about on the expense side, I think that can improve. And so when we think about the medical side and the administrative side, we've already put some things in place that are starting to take some real roots, that are starting to turn the corner in a big way.

So I just -- to back up a second and sort of reframe, strong history to the extent that the regulator, called DMS, even brought CMS in to one MCO to discuss what they call the Kentucky HEALTH waiver, which is all the work requirement, waiver work, and Passport was chosen. So DMS felt that comfortable, CMS was very comfortable. And so what do we now going forward? Well working hard on recontacting, working hard on stronger behavioral health integration and really collaborating with the providers in a new and different way to make that work. So I think bringing our deep national expertise and our capabilities to an already strong brand sets us up to really move this thing forward in the right way.

With that, I think there's another slide we can flip to, do I have the clicker? And I think Frank and Tom did justice to how we have positioned ourselves to get deeper and deeper into Medicaid. And this idea that we jumped in with UPMC back in 2011, strong Medicaid roots, taking their platform, evolving Identifi to take this technology and drive both clinical and administrative size, so that it is more effectively integrated. Moving then in 2016 to start this partnership in the services vendor relationship, starting with clinical and over time evolving to the TPA or the third-party administrative services. Then in 2016, partnering and acquiring Valence, their capabilities, including the Medicaid expertise. And Valence in its own right had 20 years of Medicaid leadership and Medicaid expertise.

And also we acquired the Aldera platform, which has now been integrated into our Identifi solution, all leading up to really 2018, 2019 Item #4 there where I was -- had the opportunity to partner to help us launch additional plans, most notably in Florida where we partnered with other provider sponsors. We talked about Miami Children's, Lee Health and Baptist Health, those 3 independent deals that we did. Tom can talk more about those. Arkansas, New York, Illinois, all good places where we continue to beta-test how we continue to improve the expenses in medical cost and administrative costs. All tees us up to be able to have the tools in our toolbox now to make significant improvements within Passport. And then item #5 there, this New Century Health solution that we're bringing to market again, tens of millions of dollars of opportunity in oncology and cardiology, getting into specialty management, really continues to bring the toolbox. And I think with the brand with some key leaders that we're retaining within Passport but now infusing our national expertise and all of our Medicaid DNA, I think really is going to take things forward.

So with that, Tom, I'll take it back to you.

**Thomas Peterson**
*Co-Founder & COO*

Thanks, Scott. So in terms of a little more detail about why we're optimistic for the future, I think the slide that we talked about from a services perspective kind of overlaid on top of that some additional

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

areas of opportunity. But I think what's important to note is, as we mentioned, up until about December or January, we were really providing services, we were providing the clinical services to manage medical expense and then the administrative services -- and really proud of the work we were doing in those areas on the clinical side. If you look at it, actually medical trend is largely flat to decreasing. We had reduced hospital admissions per thousand, but what was happening in addition to the rate was there were some changes in the mix of the membership that had a bigger impact on the rate. There was really high behavioral health trend north of 10%, behavioral health trend. And then despite the tremendous value we had delivered within pharmacy services in 2017 across 2018, there were some policy changes made that increased hepatitis C and other drugs that caused a pretty significant pharmacy trend. So the combination of those impacts, despite the clinical work we're doing on the medical side and having a good impact there, had an impact on the overall plan financials. And then on the administrative side, similarly proud of the work we're doing, had worked through the implementation issues. We had implemented the new TPA, had worked down our inventory, have our claims flowing out the door extremely quickly, really proud of that. But both on the clinical and on the administrative side, really performing services until we got in there. And there's a big difference between performing services and running a health plan. And those -- the differences are your ability to control the other variables that are really important to the performance of the health plan. And I'd say in January what we did was we effectively created a shadow management team. So we had our own -- we brought in our CMO, our own CEO, our own COO, a Chief Actuary, Head of Network Contracting, and we were shoulder to shoulder with Passport leadership.

We did this together. We were -- we just brought a level of additional talent, urgency and as the writing was -- again the writing was on the wall on the rates, everybody sort of looked at it and said we need to really take this very, very seriously and move very quickly. And so our objective really is to get to a 90% to 91% medical expense ratio and an 8% to 9% administrative ratio. And by April, we had effectively implemented 90% of the initiatives to get to that point. So we -- in that, part of that is rates, but a part of that is implementing new contracts with the 4 biggest opportunities in terms of contract rate negotiations we had negotiated, gotten those out of the way. We have made significant changes on the admin side, reducing administrative cost through reducing inefficiencies, aligning the organization, cutting discretionary spending. But then on the medical expense side, some of the things we were able to do is introduce new utilization management policies because we now have greater responsibility over authorization rules. Actually drive network contracting in the way that we weren't able to previously. And from a pharmacy perspective, have a greater role in the [ PMT ] of the pharmaceutical and therapeutic committee.

And then lastly the importance of New Century Health and implementing the oncology and cardiovascular services. So we've got a very clear path to the other 10%. We're actually executing on that, but one of the things of note is some of the reasons we say this stuff scales in over time is the state of Kentucky has a 90-day notice to notify providers when you're going to terminate or change that contract. And some of the UM policies have a notice period, 90-day notice period. So these actual initiatives are implemented but will take time to ramp up across the year. So we have tremendous confidence in our ability to do everything that Frank said with this health plan and it's because we were in there early that we saw the opportunities here. And as Frank mentioned, we have really -- information that was really important to give us the bullishness on the performance of this plan. Right, so I'll just finished by recapping, again Frank has covered this in other settings. But what we see to be the real key strategic element of this deal, strong market condition, or position, really we know this market. This market, as I mentioned, this is a health plan that everybody is rooting for in the state, and that's really important. We're excited to be part of that, at scale with the 315,000 members, talked about the substantial opportunity for improvement in the performance. Expansion of the services agreement in a way that's important to note. These add tremendous value to the plan and bring revenue to Evolent. It's -- it is truly a win-win in terms of the -- of value those services and then the opportunity for upside through a shared ownership model down the road. So I think those conclude the formal remarks so I think we're going to take some Q&A.[Audio Gap]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Thomas Peterson**
*Co-Founder & COO*

We do have the ability if we wanted to go to a minority stake and the plan to do that. We were going to do the 100% full sale of the plan. We would agree on that with all of the owners, but we could sell a significant stake in the plan in the current governance agreement.

**Unknown Attendee**

Can you talk a little bit more about the improvement in the MLR? So like 2 years ago, what was the MLR? I think it was like fairly high, like 94%, 95%. And I think I heard you just say that it's now trending to 90%, 91% range. Is that accurate, did I hear that correctly?

**Thomas Peterson**
*Co-Founder & COO*

What I said is those initiatives that we have in place when fully annualized will get us to that 90%, 91%, but they are going to be ramping up over time. But yes that is our target to be 91%. The point that you're mentioning on performance, the plan is really run around 90%, 91% pretty consistently. A few years ago, it was in the 80s. 2 years ago, the rate -- the state actually had a rate increase as well because it was outside of the contract term. They did a 6-month rate increase. That was about 4 -- sorry, rate decrease -- about a 4% rate decrease, that had a negative impact on the financials as well. The state then came back in July of that year and increased the rates back up. So the next year, plan did perfectly well, but that 1 year was the year where the state had adjusted rates temporarily and then brought them back up.

**Unknown Attendee**

How many hundreds of basis points improvement in MLR do you expect to realize, say, over the next 6 months due to the initiatives that you're putting in place?

**Thomas Peterson**
*Co-Founder & COO*

I would say on the MLR alone if you -- are you including rate in that?

**Unknown Attendee**

Yes.

**Thomas Peterson**
*Co-Founder & COO*

Okay. The MLR alone, about 10.

**Unknown Attendee**

Okay. And then, Frank, I think yesterday you mentioned the number, $180 million in cost savings. Is that correct? Like and then that will be a combination of administrative cost as well as medical cost?

**Thomas Peterson**
*Co-Founder & COO*

Yes. We're looking both at administrative cost opportunities. And the administrative cost opportunities in the health plan, if you look at the audited financials from 2018 versus other MCOs, Passport's administrative loss ratio is actually as low as, if not lower than, others, but we're looking to find another 1.5% on admin. We've already found almost all of that. We're already -- that's a big part of what we've already achieved. It's about 1% on the admin side, the remainder is medical side.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

**Unknown Attendee**

And then just one more. Who actually owns the other 30% of the plan. Is it the hospitals like, for example, the University of Louisville? And I would imagine that they probably had fairly high reimbursement rates relative to the rest of Kentucky. So like are the hospitals -- is there -- like are they resisting, sort of, some of the processes you're putting in place? Like how can hospitals are you now going to exclude from your network? I imagine they are probably not happy about potentially being excluded. And then if you're implementing more aggressive prior off procedures, basically you're talking about reducing the cash flow to some of those hospitals. Are you facing any resistance from other 30% owners of the plan?

**Thomas Peterson**
*Co-Founder & COO*

Yes, so from the other owners it's important to note the way rates are set, they are set by region. So you're not compared -- if you have a teaching hospital in Louisville, you're not compared to a real hospital outside of that region. So the rates are apples to apples in that particular market. We have worked with the sponsors and we are working with the sponsors to make sure that we're generating the best improvement possible with those sponsors. That is part of the process that we're going through. Strategically, they understand the importance of that and being aligned with the overall performance of the plan. So that is an ongoing conversation that we have with them and we'll continue to evaluate that overall. Across the rest of the state, we are in the midst of re-contracting effort, and we're communicating closely with the department of Medicaid services. We have to stay in lockstep with them. We have to make sure that we're meeting adequacy standards as we do that. But it is -- one of the opportunities is to look at unit cost across the state. And so that is part of the process we're going through.

**Unknown Attendee**

Tom, maybe for you. If other state provider-driven plans do a strategic review of their own situation, would they come to the same conclusion that Passport came to that they need a larger capital partner? And if not, why do you think it's so unique here?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, I would say not necessarily, and then I think this is a pretty unique situation if you think about how this played out with the pretty strong political fight with the state. And the institutions that are the owners have much broader relationships with the state. I think that created a pretty unique situation. So I don't think this was a pure economic decision for them. I think you sort of -- I think they felt, look, we've gotten ourselves sort of sideways with the state, and there's a lot that we want to collaborate with the state on, and so sort of a fresh start here helps to clean that up rather than the pure economics. Because at some level, they easily could have maintained ownership stake, they could have increased our role and simply -- I think they wanted to send a very strong signal to the state that there's a new sheriff in town, there's a new sense of how we want to collaborate with the state and sent a very strong signal, which I think led them to what they decided to do. And so I think it's pretty unique to this market, and we generally don't see that in a number of the other markets that we're in today.

**Unknown Attendee**

And maybe one more quick one. Once the RFP goes through and the entity changes from nonprofit to for profit, does it -- they need to go back to DMS for recertification? Or is there a specific step that need to go through or is it not material?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, I think transfer of the contract to the new entity will be approved by the executive cabinet.

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Can you talk about how the agreement will help set up the company for good growth in 2020, both revenues and margins? I think you were fairly explicit on sort of revenues that trend. Can you maybe help us understand where the margins will be sort of exiting the year? And sort of what type of contribution you'd expect or where you'd be trending?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well, I think what we've talked about exiting the year is getting to $50 million, $60 million run rate. And I think what we've implied is that if you add growth and top line on top of that, you would see the associated expansion in margins on the bottom line. And this would be one significant contributor to that. There's a number of other things that would be a contributor to it, but a significant contributor.

**Unknown Attendee**

As a follow up, can you talk about where the balance sheet will be post the execution of the deal and sort of where cash and cash flow will be?

**Scott Andrew Bowers**
*National Medicaid President*

Sure. So the question was on the balance sheet. So a couple of points. We can finance this transaction on cash on hand. We had $180 million of cash on hand at the end of first quarter. And so with cash on hand that we can finance the transaction. I think what you've seen us do in past is post a transaction, we've tended to replenish the balance sheet because we want to make sure we're in a very comfortable position. And I'd say we're looking at non-equity alternatives to that post the deal. And the other third point is in terms of -- you talked about margins and exit. The other big point is getting the cash flow independence, so exiting '19 into '20, so the combination of those things makes us feel comfortable with the steps we're taking here.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I think we're on time, I think we've 15-minute break scheduled now, is that right? So let's take a 15-minute break. Thank you for sticking in for a couple of hours of content.
[Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

We're going to get restarted, okay? Let people get back in and get seated for a second. [ Brian ], you're going to get in trouble back there. Kidding.

All right, thanks, everybody. Okay, we're going to dive in now to our clinical work. That was a big theme, and if you think, underlies our differentiation and everything we're doing in the market. We have Anita Cattrell, our Chief Innovation Officer, unbelievable asset for Evolent in terms of her knowledge base and the work that she's done. You'll see that in the presentation; and Kate Rollins, our Chief Nursing Officer, has been very engaged with a number of our clients and knows every aspect of what we do from a care management patient engagement, so really going from theory down to what really happens when we engage patients and work through physicians, and so with that, I'll turn it over to them, thanks.

**Anita Cattrell**
*Chief Innovation Officer*

Thanks, Frank. As Frank mentioned, let me talk a little bit about our population health approach. And this is really sort of underpins our whole clinical strategy in terms of how we identify patients before they actually incur expense, how we actually engage them in a very personalized approach, and then how we manage them very prescriptively in order to sort of sustain a very consistent result.

So before I kind of jump into the details, I thought it would be helpful just to talk a little bit about our approach and philosophy to how we manage patients and populations, [ driven ] in context of how population health has even evolved over the last couple of decades. And I think it's interesting just to see sort of how it's evolved and how, frankly, a lot of other solutions in the market haven't sort of evolved in the same way that I think Evolent has. And so when you think about sort of the earliest conceptions of disease management, it was really started by big Pharma back in the '90s, and they threatened by, sort of, HMOs figured out who had certain diseases by the medicine they were dispensing, and then we'd call them and talk to them about their diabetes and why was it important to take the medications. And sort of the payers and some of the organizations kind of latched onto this and created sort of these broad disease programs. So you'd take all your diabetics and you'd call them up and you'd tell them the same thing and you hope for the best. And that sort of how a lot of system and even payers today still operate. And I think some folks got smarter, and said, "Well, maybe I don't have to do the same exact thing for every diabetic, maybe there's some diabetics who are sick, and unmanaged and some who are not."

And so there's this early conception of stratification, which is to say I'm not going to do exactly the same thing for every person. But generally speaking, they were very simplistic. So you take someone who has high blood sugar, and you give them some approach and someone who doesn't, and no sort of conception for how people actually move from risk -- high risk to low risk and in-between. And then sort of Big Data and analytics came onto the scene and concepts of machine learning and AI, and it got a little bit more sophisticated than that. People understood that you actually had to predict risk. You had to actually find people before they incurred expense. But still today a lot of the solutions on the market are still based on total cost of care with very little sort of clinical relevance. When people started integrating social determinants of health and understanding that health care is not just about health, it's actually about your social situation and conditions, but what's always sort of been missing and still today when you actually look across the market, is this concept of what actually works for what person, which is really the underpinning of how you generate a return on this type of investment.

So what program is actually going to have an impact on what patient? And so when we actually kind of looked and started the company 7 years ago, we said, "Well, the one field that actually does this really well is personalized medicine," which arguably the whole point of personalized medicine is to make sure that a very specific intervention works for a very particular patient. And so we took sort of the underpinnings of personalized medicine and really created what we called, sort of a precision pop health

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

model. And it's sort of -- the premise of it is really taken from personalized medicine, to say that we only look at impactable patients. And I'll talk a little bit about what that means. But at a high level, it's patients who are actually going to benefit from an intervention that we can provide. Two, we're going to create a very personalized approach to how we intervene, and Kate is going to talk a lot of it -- a lot about how we do that. And then three, we have to have to have measurable outcome, right? So if you actually think about most of the pop health solutions on the market, it's really hard to understand if they're having an impact. Because they actually can't create a system where they can understand the effects they're having and then monetize or quantify that. And so that's a lot about what we're going to be talking about today.

I want to talk about this concept of impactability because it really does sort of underpin our entire strategy, and it's really -- again the concept is that a patient is going to incur a very specific clinical event and that we can engage that patient and stop that event from happening, specifically through a very targeted intervention. And so I've listed a handful of different events that we will predict. There's about 40 of these, so this is just a subset, but everything from what we call an ambulatory care-sensitive admission, so an admission that is related to a chronic disease that if you had better outpatient care, you could actually prevent or readmission into a hospital or nonemergent ED use, surgical complications, so all the things that late life care, so if you are over medicalized in the late stages of life. All of these things that we can predict and then intervene on in a very specific way. And so the reason why the concept of impactability becomes really important is because that people don't necessarily appreciate sort of the compounding effects of pop health. So if you think about it, you identify them, you engage them, you manage them. It seems pretty simple sort of at face value, but essentially, you can't get better than the previous step. So as a result, a lot of folks actually in a lot of organizations focus almost exclusively on identifying.

So you hear a lot about Big Data, stratification tools and so a lot of energy is goes into that and even though as much energy goes into it, it still sort of falls short for a couple of reasons. One is they still kind of think about risk statically, so you're either high risk or low risk and that doesn't really change and they often suffer from a really extensive claims lag or data lag in how they identify these patients. And then you compound that with a one-size-fits-all engagement approach. They spend all this time and energy trying to figure out who the right person is, and then they just call them on the phone and read a script, and they don't ever actually engage them in the program.

And when they think about managing it, it's very -- it's highly variable, so it's often just based on sort of individual judgment of that particular nurse who happened to engage that patient. And so how is Evolent different? So along these 3 kind of dimensions, the first is when we identify a patient, it's very dynamic and it's using real-time data. And so we get to that patient earlier and we actually understand whether that patient is again, impactable. When we think about engagement, we use a lot of the same kind of AI and analytics to understand sort of how that patient is actually going to respond to an intervention. So we know that we don't all respond the same way to care, to help and to failure right along your health pathway, and so we actually try to understand that before we ever reach out to a patient and then tailor the intervention to be most effective.

And then last is really taking out the variation and we'll talk a lot about the Identifi platform and how that essentially prescribes the workflow for an individual patient to actually prevent that outcome from happening. So take each one of these one at a time, starting with identification and then strat. So what does sort of real-time stratification mean? And a lot of sort of solutions on the market, there is -- they are mostly claims based, so they take an administrative plane. And there is an inherent lag with actually receiving claims around 90 days, so they have to be billed, they have to be paid, they have to be adjudicated, and that's about a 90-day process. So in this schematic if you look at that blue dot, let's say that's an ED visit that happened January 1. So somebody went to the ED on January 1, and that was the event that actually triggered them as high risk, so they were then restratified into a program.

But generally speaking, if you're looking at a claims-based algorithm, you wouldn't actually know that, that patient went to the ED until April. And so by the time you actually reach out to them, which is that orange dot, it's 96 days later, and they were high risk so they incurred on average about $20,000 in that 96-day period. And that is generally the issue with a lot of these solutions in the market. And so what we've done is actually try to proxy that event. So instead of waiting 96 days for the claim to be paid and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

adjudicated and sent, we actually look at all these other data sources. So -- and then essentially create a proxy for that event happening. So in this particular case, it was an ED visit, we get an -- what we call it, an admission, discharge, transfer notification from the hospital. So we actually know within minutes that the patient was in the hospital. By the time the patient is discharged, we know the diagnosis, we know why they were there. And we have contracts now with national lab vendors who will provide us real-time information on labs within an in-patient setting and outpatient. So we'll know that this person had a GFR that was high and out of range.

And we can connect into billing data, and so we'll actually know again pretty quickly if there was a professional bill that was submitted for that patient, and so in this case we knew that there was nephrology consult done for this patient. And then we'll even know through some of our pharmacy benefits management programs that what prescription was actually prescribed and sold for this patient. And we know that within days, if not hours. And so what's interesting is a lot of people say "Well, can you charge through that?" And they can actually access that information, but it's how you process it. So we take that information and then we actually integrate it with all the historical information on that patient. And we integrate it with all the social information on that patient. So a dozen different domains on where they live, what language do they speak, what's their financial situation, what's their housing situation, are they food insecure? All of these different things that again get to this concept of impactability. Like can we actually prevent the event from happening? And so we're not even done there yet. We actually then say if they are impactable, how do we engage them? What's their sort of, what we call, behavioral phenotype. And that -- all that information is then sent to our care team, not in 96 days but instead in 2 days. And so all that expense that occurs at $20,000 per patient, now we're ahead of it. We've engaged the patient, we've engaged the provider, we have a care plan in place, we prevent that expense from actually occurring.

So the second aspect which I mentioned is this concept of behavioral phenotyping. And I think again, I'll emphasize that you hear a lot about Big Data and stratification, but a lot of the actual value that we generate is on how we engage and manage a patient, because that's actually where the savings comes from. And so we take a very similar approach in that we try to understand as much about a patient as we can before we ever actually even outreach to them. And we think -- we look at their demographics, we look at where they live, we look at their behavioral health status, we look at whether they have caregiver support. We can even look at their prior interactions with the health care system to understand if they are positive or negative. And we take all that information in and we actually predict what we think their behavioral phenotype is. So anywhere from fully activated, I am incredibly engaged in my care, I'm already on the path to I'm completely indifferent, I actually don't think I have an issue, I'm in denial, and I don't want to make any changes. And based on sort of where the patients fall on this spectrum, we can actually tailor intervention to make sure that we are delivering it in the most effective way. So I'm going to hand it over to Kate, who's actually going to take you through some examples of how we do this.

**Kate Rollins**
*Chief Nursing Officer*

So I've done case management for many years, and it -- for those of you who are familiar with it, the way it usually works is they just hand you a list, somebody hands you a list.

Can you hear me?

**Anita Cattrell**
*Chief Innovation Officer*

It's on...

**Kate Rollins**
*Chief Nursing Officer*

I am usually -- does this work better? All right. So usually you get a list, and you go through that list. The problem is that's not very effective, and when you have limited resources, especially with RNs, not only is it inefficient but it's not very productive, and it's not efficacious at all. So we all know that we're all a different, we all have different behavior types, different levels of activation with going to the gym or eating

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

correctly or whatever it may be. And we also have individual ways of solving problems, whether that be a health care problem or a financial problem. So through this fancy behavioral phenotyping, what we're able to do is to really predict what type of patient do we have in front of us. And that's really important for the way that we engage them. We no longer need an Excel spreadsheet with robocalls. We're really going to tailor the outreach and our collaboration with our providers in the community to identify what's the best way to first engage them, meaning see them face-to-face or get on the phone, what is the best way to provide an intervention, what type of intervention should be provided? And then also with folks you who you know you are not going to be able to engage, you're going to have to have a completely different model, where you're actually going into a provider's office.

So there are lots of examples here. I won't go through all of them, but if you look at a patient that is inspired, they're motivated, they're going to need reinforcement. And we know with this kind of behavior type based on their level of activation, what's going to work really best for them is giving them words of positive -- they're going to need a coach. They're going to need somebody who says, "You're doing a great job, I need you to keep it up, what -- walking around the mall for 30 minutes last week was perfect, you're awesome." The activated patient, you don't need to do the same type of coaching and outreach. And you can see from a clinical model, especially the economics of this, this is much less expensive, you don't need the same intensity. For the activated patient, you're going to do boosters. You're going to watch to see if they hit a road bump, or are they doing really well and you're going to provide a booster. For folks on the other end who are indifferent, for those, you're going to have to really work closely with the provider and you may have to actually embed yourself in that office alongside the provider to say, listen, things are -- I can see that you're really suffering with what you're going through here, let's start step-by-step. So this really changes the way that we're delivering care and also provides us the opportunity to train our team towards delivering this care very specifically so that they become experts in it.

If we go to the next slide, and I think this is really interesting for those of you who are familiar with the way that the nursing process work. A lot of it is up to nursing judgment or clinical judgment. And if you have a community health worker, maybe a nonlicensed person or licensed social worker. A lot of the way that we work traditionally is based on how you were trained, what your experiences are. Those may all be really good, but when you have a large group and you're trying to scale and get to one specific outcome, you're going to get a tremendous amount of variability. So based on the experience of that nurse, the background of that nurse, what typically happens is, we've identified that their decision points throughout a case. They're very common. You would think that there would be a lot of variability in that, there is not. And this is a really good example of a patient that you're talking to and you think, maybe they are depressed, maybe you are a younger case manager, you don't even really know. And the decision point is, should I even screen the patient for depression or anxiety? And as you move through these -- this workflow, you start to see other decision points that can dramatically impact the course, the trajectory where that patient is going. Do they need to go to a BH specialist? What's the best way to engage this person? When should I engage him? Should I call the physician? And what are the barriers that I have assessed or identified versus having the patient identify and share those barriers? Did I achieve the goal that was intended? Variability across the way. And I want to focus on that last point in particular, is that in order to achieve these very specific impactable outcomes that Anita talked about, it's one outcome.

So she outlined 40 different predictive models, but the easiest one is, we're trying to prevent people from going to the hospital when we know, for certain, that they no need to go there if I can get involved as a nurse. Everybody needs to be tracking to that same outcome. And often in case management, this Nancy nurse maybe, "Oh I just want to get the patient to the doctor." You may have the more advanced nurse that's like, "I want to keep the patient out of the hospital for the next 3 weeks." So it's really important that the underlying conceptual model and the construct from with your which -- that you're working from, that it's very consistent. And then, that allows Anita and the team to be able to actually do control-match studies where they can study what's working, what time frame is it working, things like that.

When you add in Identifi, which is our platform, our population health platform, and you can teach the care team about this conceptual model and how to use decision support to guide your very specific intervention, this is most aligned with what you see happening at like NIH. It's very controlled. It reduces variation and we know that it works. And so it -- what it's really doing is applying science to the nursing

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

process. So the way that this works when you add support for the nurse or the other care team member -- and we don't force it down throats because nurses like me would absolutely resist against that. But in this case, you're prompted. You're prompted to do valid and reliable screenings for anxiety, depression. You are prompted to take action on those, even though maybe your gut tells you, "Oh they're not crying on the phone, they're not really depressed, I don't really need to reach out to the doctor." With these kinds of clinical pathways, you're prompted to do this. And then moving through the rest of this specific case is that you know that there are set points that we've been able to demonstrate using rigorous statistical methods with regard to how much time needs to go by for follow-up. And I'm not just saying you throw it out into the community to a social worker, good luck, go see the social worker. But closing the loop, specifically on referrals and then gauging the effectiveness of that referral.

And then last but least, you're now providing standard intervention, a standard way of evaluating the outcome and then what you're able to do is to tie that to cost savings. With clinicians, we talk about the clinical outcomes, but we know that you need to equate that into cost savings in order to add additional programs and do other things like that. So this is really kind of the fruit of our labor. We very aggressively manage key performance indicators. Again, this is mapped oddly enough, it mapped to the Florence Nightingale nursing process, how handy. Doing assessment, individualized care plans, closing the loops on referrals, providing evidence-based interventions and using valid and reliable tools.

So we have quantified that. Those are -- those key performance indicators are weighted. And you can see the difference, if you have a team or an individual care team member and their KPI score is lower. So let's say, they're doing a great job with getting the referral from the predictive model, the stratification. Great. That gives them a 17% leg up on getting that cost savings. But you can see that when the KPI scores go above 80%, the increase in cost savings or the increase in the achieved outcome is significantly increased.

So you see in this example, 17% to 54%. The right side of the slide, I think is one of the most interesting. Because a lot of folks focus on just the engagement. You'll hear that especially is large health plans. How many patients do you engage? What's you're engagement rate? Who are you encouraging? Do they have diabetes? Whatever it may be.

What's really interesting about this slide is that the yellow -- I hope nobody is colorblind, but for the yellow and the orange, you see that both of those trajectories are folks who are identified through strat who are high risk. One is engaged. So when I say engaged, I mean they made it through the whole program. So they didn't fall off the bandwagon anywhere in-between. That orange line is showing you the folks who were high risk and not engaged. And what you see there is that there is a really big difference in the cost savings. The patients that you get all the way through are going to have a significant cost savings. The lower band there, the gray, says that they're not identified as high-risk and then you see that the savings are kind of flat. And those are the patients that you don't want to spend your time engaging with. And forgive me, I'm just realizing because I can't read the green, I think I mixed it up, that the high-risk engaged but they are not successfully -- but they are successfully graduating, you're going to see that they're going to get the cost savings.

So really the point here is the more precision you can add to identifying the right folks and providing a consistent intervention over time and graduating them, you're going to get cost savings.

The last piece of this is that our clinical model is really developed to be sustainable. We didn't want to develop a clinical model where you had to have me with the patient for the next 10, 15, 20 years as they went through their clinical journey. We need to provide them with the ability to manage these things on their own and then, like I said, keep them activated, so that when they do hit a bump in the road, they feel like they can go back to a trusted place to kind of get a booster or refreshed.

So we've talked a lot about the Passport. Over the past year, we spent a lot of time laying the foundation there clinically. And what I mean is, in order to get these great outcomes and to have consistent outcomes, you've got to lay a very tightly focused foundation on -- based on your clinical training. So our nurses are trained in, not just motivational interviewing but also on these behavioral phenotypes, how do you identify a different -- a level of activation? What are the specific things you're going to do to engage that patient? We actually trained over 70 care team members. And this isn't like to a 2-hour training, it's pretty intensive. We also had to focus on increasing the capacity of caseloads. So we're very particular

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

about caseloads. Those are based -- those are not just pulled out of the air, they're based on time studies and correlating them with the effectiveness of the cases. But anytime you have a nurse who's not working to the full caseload, you're not reaching the capacity. You're -- so you have patients who are not going to be taken care of, which means you're not going to get the cost savings. It's really important to fill that capacity. And that that's something that you see often in the hospital because we know that there are nursing shortages, but in this care model, across the country, you don't always see very tight monitoring of caseloads. The next thing is making sure that patients have these integrated care plans. Our care plans were really designed for the patients themselves. They are not medicalized, they are really to supplement the provider care plan. So they are very focused on their own level of activation, also focused on what are the interventions that, that patient wants to take at that time. So for the patients that may be inspired, it may be that you are sending them daily affirmations that make them feel good. For the patient that really understand what's going on but they need a smart goal, you may be updating this care plan frequently to outline what those smart goals are.

And then the next thing is, is something in managing patients that we've done forever and that's referring patients. Referring patients is easy. Anybody can do it. Referring somebody and closing the loop on that to make sure that they got to that place of referral, that you have collaborated with that agency or with the other provider could even be a specialist, getting a report from them and then identifying together what's the best course forward for the patient. We got these numbers to near perfect. And what that does is that it assures that we are in a great place to get those clinical outcomes, which then I translate into dollars as a way to save money.

To just take it full circle, I really am a nurse. And for me, the idea of following this process and keeping somebody out of the hospital, keeping them from going back to the hospital, keeping them from going to the emergency room for things that are avoidable is really why we're doing this work. It's just a plus probably for a lot of people here that it actually changes the amount of money that you save. So we do have a 5:1 ROI on this. This is almost unheard of in the type of care management that we do. It's usually a break even or just a nice to have. But it's really as we've applied a rigorous scientific framework, you'll see that we're achieving great outcomes across many programs. Do you have any questions for Anita or I? Sure.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

So you said you are a nurse. So how do nurses look at this whole thing? Do they feel like you're actually helping, give them continuing education? Or is this just they feel they're just being watched over?

**Kate Rollins**
*Chief Nursing Officer*

I think somebody planted him in the audience. So in full transparency, in the early days, they would actually -- Anita would send over the patients that were stratified and the nurses would just close the cases. So 7 years ago, they said, "Oh, I don't think this patient is sick." And so we really had to change the strategy because as you know, there is a nursing shortage. People will leave if they don't feel like they're doing the work that they are meant to do. So really what we did was we got a large group of nurses together and did a lot of discussions. What it really came down to is these are nurse researchers, and that is what has worked. We've tried different things like, "Oh, if this team gets their engagement rate up; or oh, you get to go to Starbucks." That doesn't work. But the minute that we switch to, you are a nursing researcher and this is how we're going to advance nursing science, things changed. We also in alignment with that, developed the clinical ladder for the nurses. So that nurses could advance their clinical expertise, especially for those who don't want to go into like management and administration the way that I did. And together, those 2 things have dramatically changed the way that the nurses feel about it. In full transparency, there are folks who don't want to be a nurse researcher. They want to do case management, the way that they've done it for 30 years. And I think they quickly see that this probably isn't the best place for them. That's the kind of distinct part of it.

**Unknown Attendee**

For all the work you do, I know that nurses do a lot of the heavy lifting in terms of the clinical value which is actually delivered, so thank you very much for your profession and all the work you do. Can you maybe just talk a little bit about how you actually engage the members like -- do you typically call them and talk with them on the phone? Or do you text them? Or do you e-mail them? And then how do you like the Identifi platform relative to other sort of systems that you've used in your career?

**Kate Rollins**
*Chief Nursing Officer*

Repeat the second part of the question about Identifi. I'm sorry, I didn't hear.

**Unknown Attendee**

Like, how do you -- like when you stratify the patients and you actually extract the data from the Identifi solution, how does that platform compare to maybe other systems that you may have used like MEDITECH or one of those EMR solutions?

**Kate Rollins**
*Chief Nursing Officer*

Yes. So I've used a lot of those. I date myself back to paper. Identifi is designed to take out really all of the administrative work that nurses have historically spent a lot of time on. Everything is automated. So the strat engine is running. There are multiple strat engines. They automatically push those patients based on priority into the nurses' queue. So when I wake up in the morning and I -- let's see, okay we got 12 minutes. When I wake up in the morning and I go into Identifi, I immediately see the cases, I know how I got those cases, I know if it was the transition care predictive model, complex care model, it was a doctor referral, whatever it may be, I can see that immediately. We also have different indicators that are front and center when you click into that patient that identify the type of patient that you're managing. Because what we found through doing time studies the old fashion way, is that nurses were literally spending 30 minutes going through, what we call a chart. They were going through, "Oh, do they get those medical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

filled? Oh, who's the doctor? Oh, look they switch to that." Trying to put together like a mental picture that actually, unfortunately just predicted that they'd go to the hospital, which is not really that good. Like if I go to Denny's right now, I'll put a $100 on the table. I will predict exactly who will go to the hospital. But that's not enough because that just gets me part of the way there and it's 2 different interventions and blah, blah, blah. So Identifi is -- it was designed by nurses. I was one of the big mouths who sat there early on and I was like, "No, don't do that; do this." So it's very automated. The first part was -- does that kind of answer the first part? With using indicators within the system to take away? No, you can still use nursing judgment. Like for example, if an indicator is low because the patient is new to the plan, has no historical claims, they are homeless, but you know because the social worker that you work with just said, "Listen, we've got a big problem here," you're not locked in into like a corral or a way -- a clinical pathway of sorts. They call... Yes. So...

[Audio Gap]

**Unknown Attendee**

You just sort of gave a list of 10. So how many do you actually engage with [ first ] of those 10? Is it 8, 3, 5?

**Kate Rollins**
*Chief Nursing Officer*

Yes. That's a great question. So if we do use various ways about reaching people. We also will have different engagement rates based on the type of patient. Are they are a Medicaid patient, a Medicare patient? And then interestingly enough, when we look at these phenotypes, if you're on that right side and you're totally disengaged, I can stalk you. Like in some Medicaid plans, you're required to feet on street and go knock on the door, which is -- can be kind of scary, but like I know full well that's not going to do it. So we do have prompts and ways of identifying those patients and then further stratifying them so that we're using the appropriate engagement modalities. It doesn't make any sense to just call every single person. It's very frustrating. It actually decreases the nurse's kind of enthusiasm or ability to connect with that patient, so we try to do it in batches also. We are never going to send a nurse a list of a 100 or 50 patients. We do it in -- we have a real-time strat engines that will sent out maybe 3 or 4 at a time. And that makes it much more meaningful than having a list of a bazillion people.

**Stanislav Berenshteyn**
*SunTrust Robinson Humphrey, Inc., Research Division*

Stan, SunTrust. So I guess just an offshoot of that question. So the first part is, I guess, what percentage of the high-risk patients that you identify to engage are you able to engage? And then of that cohort, how many are you effective in actually changing the trajectory of their treatment?

**Kate Rollins**
*Chief Nursing Officer*

I'm going to give that to…

**Anita Cattrell**
*Chief Innovation Officer*

Yes. So it does depend on a couple different things, as Kate said. So I'll take Passport as an example as a good one. Medicaid populations tend to be more challenging to engage. The industry standard for Medicaid engagement rates of people that you identify is somewhere between 10% to 20%. Right now for complex populations, we're at about 75% to 80%. And that's on our path. And then as Kate mentioned, for those people who are sort of indifferent or not activated, will actually work through the provider to actually engage them, and so we can usually make up that difference through the providers for those patients that are harder to engage.

**Stanislav Berenshteyn**
*SunTrust Robinson Humphrey, Inc., Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So the follow-up question was of those that you're engaging, how many are you actually effective in changing the course of the treatment?

**Anita Cattrell**
*Chief Innovation Officer*

Oh, great. Yes. Great question. So that chart where Kate shows the arrow, so the people who are fully graduated, so it varies between 80% to 90%. We'll actually complete the program and accomplish and achieve all of the goals that have been set forth through their care plan.
[Audio Gap]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

# Presentation

**Seth Blackley**
*President*

Okay. Good morning, I am Seth Blackley, President at Evolent. And I'm privileged to be joined by Dr. Joaquin Baralt, CEO of New Century Health. Joaquin actually founded New Century 15 years ago. And that's a privilege to have a founder still connected to a company 15 years in. Prior to that, Joaquin was a pioneer of Medicare Advantage in South Florida. So a lot of experience under value-based care models over many years. And Dr. Andy Hertler, the Chief Medical Officer at New Century Health, has been the CMO for last 5 years. Prior to that, he was a practicing oncologist, owned an oncology practice and have a lot of experience in managing oncology pathways over time. So we're going to just give a little bit of an update on New Century Health. As a reminder, we closed on the New Century acquisition last fall. And we wanted to tell you a little bit about how the first 6 or 8 months have gone.

Just as a reminder, in terms of New Century Health, some of -- a bit of history and reminder on what New Century actually does. Three primary aspects that the New Century business model and clinical approach: one, the New Century team approaches risk-bearing organizations. It could be Humana as a payer, it could be -- Heritage is also a customer, which is a risk-bearing physician group and engages with those risk-bearing organizations that take and manage and support the risk management methodology of cardiology and oncology. So that's sort of step 1. Step 2, and Dr. Hertler will talk about this, is actually a very detailed clinical guideline approach to engaging with cardiologists and oncologists to improve the quality and cost of the care. It's not a payer traditional UM model, it's more of engage providers under best quality, best evidence. Coming in third, the model really shares the clinical and financial value created. And on average, New Century guarantees 10% reduction in the total cost of care for cardiology and oncology. That is shared through a sort of a performance-based fee model back with the payer or the risk-bearing physician group. So those are sort of the 3 primary functions of New Century Health in the dimensions that they operate. I'd say, just in general, 6, 8 months in, I think, we're on or ahead of plan on most of the key metrics with this acquisition. It's going well, overall. And we'll talk about the growth prospects as we get into it.

As we flip to the next slide, just a little bit around the market opportunity. And there's 2 reasons why we were attracted to New Century to begin with: one, it's a large market. So cardiology and oncology represent within the MA world, as an example, 25% of total spending. And so it's a big slice of the total cost. If you can manage cardiology and oncology, using a lot of -- frankly, the similar techniques that Anita and Kate were discussing, you could have a big impact on the total cost of care. And then second on the right-hand side of the page these are complex areas. High trend, new science, new drugs, these are hard things for a typical physician organization or primary care group or even a plan to kind of get their hands on. I remember we were doing the diligence for New Century. I spoke with the Chief Medical Officer, one of the largest health plans in the country, and his commentary was that even with all the investment they can make, it's very hard to get the level of specialization around these specialties that they need within a health plan. And so they turn to organizations like New Century. Relative to the growth opportunity, I mentioned that I think we're off to a good start with the acquisition. Joaquin will talk a bit more about this.

But today, New Century, we think is highly differentiated in what they do. And yet if you look at it in the bottom left when we acquired the business, they had about 2.5% of the total addressable market under management. And yet, the platform and the approach is differentiated, there are not other organizations doing what they do. And so the very obvious opportunity is to take 2.5% to something much larger over time. And that sort of represented in that $8 billion market. And that's really just increasing the penetration of what we do today across more lives. We're off and running on that. Joaquin will talk about it.

And then over to the right, there is an opportunity beyond that $8 billion. It's probably an order of magnitude bigger that includes expanding to Medicaid, includes additional specialties, includes different scope of care, includes bundled payment methodology, et cetera.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So overall we see it as a very large opportunity. If you look at the 4 listed items in the far right, we actually have good initiatives underway on each of those whether it's cross-sell or the bundles program and so we're off to a good start.

Before I turn it over to Joaquin, just a last comment. I've been overseeing the sales force at Evolent, largely since we started the company, I'd say, overall the pipeline for the business feels really good right now. And within New Century, also I feel like there is just a very substantial opportunity in front of us, not to put pressure on Joaquin, but we talked that there is a clear path to a billion dollar business. With New Century over time, the cross-sell opportunities and the things we're doing when we acquired the business, it was roughly $200 million and that's a real thing in the future without putting a specific timeline on it, the opportunities there and significant.

And with that, I'll pass it to Dr. Baralt.

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

Thank you, Seth. And I've been fighting a little bit of allergy today, so sorry for the crying eyes and all that stuff. But yes, we founded New Century about 15 years ago. The idea was can we do specialty care better than a health plan can. Think about it this way. If you have a problem like cancer or heart disease, you wouldn't go through a generalist. Health plan can only be that generalist, they can only get so deep on these specialties. By specializing and going deep in these specialties, we're able to really align with clinicians as to what needs to happen, how to align clinically, and basically that drives our -- the model.

So we align financially with them. The clear alignment is through clinical alignment with the physician. So in the short window of time we've been here, the pipeline is very robust. Our platform, Dr. Hertler will talk a little more about that, is agnostic when it comes to specialty. So one of the things we see as an opportunity for growth is to add other specialty beyond cardiology and oncology. We can pretty much bring the level of expertise to any specialty we think that makes sense for us to grow in. Also the opportunity for cross-sell within just current Evolent business has been tremendous. We've seen tremendous opportunity, couple of contracts already signed and a lot more in the pipeline to come.

Next slide. Here we'll talk a little bit about how do we think about secret sauce, how do we go about creating this clinical alignment with our providers. We are first and foremost -- fundamentally evidence-based medicine is what drives us. We work with over 900 physicians today in our proprietary network, about 8,000 nationally. We differentiate how we account for providers, we have all the tools and capabilities to do financial alignment, but the most important part, again is clinical alignment. And I think if you take anything away from what we do differently than maybe some payers is that we take that very seriously. And in a very collaborative approach, we align with a community physician on what treatment is and how it should be done and then that service gets done. Another part of our process is, we have a very structured and robust contracting strategy. So as we're gaining into contracts, whether it's with physician groups, with payers, we know how to protect margins, we know how to mitigate negative trends as it may be coming in, we have tools that help us do that. When it comes through the secret sauce a little bit, when you look at the triangle, how do we create these pathways? What's the difference between compendium or national Level 2 pathway and what we do at Level 1? Well, we start with science. We look at primary literature. We look at natural guidelines, we bring into that, we start reading the evidence, it's very important. In these very highly innovative areas, there is not great clinical trials. You would think there is, but there isn't. So understanding the evidence behind what's new and what's upcoming is critical to making a determination. After that, we layer in whatever community we're in, medicine is community-based. So each community will have its certain things the way they do things. We layer that into the process as well. We take that to an independent Scientific Advisory Board. We have one for each of the specialties we manage. And this example will be on oncology, but it's the same for all specialties. When we go to Scientific Advisory Board, we present our policy, our point of view as to what we think should be done about this new innovation, what should be done about this regimen or this treatment case.

And that Scientific Advisory Board, which is comprised of academic and community physicians, then make the final determination. Then only then do we create the Level 1 pathway that we apply. So it's a pretty rigorous process and we hold ourselves to that standard, that it's not the New Century way, it's the way

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the Scientific Advisory Board advises us. When you look at the middle, that's an example of an oncology regimen. You would think that there's only one specific treatment for cancer and it's very well documented and fortunately that's not the case. And this is example this cancer type you may start with 7, sometimes, there may be up to 15 different choices up to what regimen you can do at any given time. We layer in the efficacy of that treatment, not all treatments are equally efficacious on the treatment. So that's the first filter we'll apply to that general pathway. Then we look at toxicity or side effects, which of these treatments has an equal amount or smaller amount of toxicity that brings the number down to potentially 3 in this example. And then we -- then and only then that we look at cost. So if they're equal in efficacy, they have equal toxicity, then we look at cost and we recommend the most value-based solution for that patient at that given time. That's how we drive those -- how we improve the quality and how we improve the cost.

The graph on your right there shows the study we did about a year ago and the difference between compendium, which is how the pathway starts and the Level 1 pathway. And as you can see, we almost halve the cost for patients on the most common cancer types. And again, we do this through engaging with the physician in a peer-to-peer environment to peer-to-peer, oncologist-to-oncologist, cardiologist-to-cardiologist to get them to align clinically. Any questions so far?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Attendee**

Just regarding that chart on the right, are the outcomes the same? Are they better? Are they worse? The costs are lower, but can you talk about the outcomes?

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

Yes. So because the process only takes us to cost at the very end of the funnel, we first look at the efficacy of the treatment. The treatments are actually either improving the cost because we've filtered out all the bad ones that don't improve or at least equal. So that's how we get through either improving or at least equal quality on that service.

[Audio Gap]

**Unknown Attendee**

Beyond cardiology and oncology?

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

So we're thinking about other spaces like rheumatology, we're thinking about other specialties potentially rehab, potentially vision. We're looking at different other avenues of which ones will make sense. A lot of that has to do with the cross-sell opportunity as we move forward. But almost any specialty again, the platform is agnostic, the process could be applied to any specialty we want.

So we engage with the physicians themselves, not directly with the member on this process. So from that, the cancer types may be different, the diseases may be different. Again, adherent to the treatments and all that in consideration, but we engage at the process of engaging with the physician, getting into that peer-to-peer conversation and say, "Hey, is this the best regimen and treatment for this patient at this time?" In that process, whether it's Medicaid or Medicare that really doesn't come up, it's about the best treatment for that patient at that moment.

**Unknown Attendee**

That [ pipeline ] robust right now. What type of prospects are you talking to? And what are the different range of deals that could happen with those prospects?

**Seth Blackley**
*President*

Yes. I mean I think we -- as we think of the pipeline in a couple of different areas, one is cross-sell in the Evolent space across the 3 million lives that we have. New Century, when we acquired it, had just over 500,000 lives, that's a pretty large opportunity. Frank mentioned Passport as an example, and so that's 1 example that's already done and that's going into effect shortly. There's other opportunities beyond Passport that are in the cross-sell category. So that feels very good, probably ahead of where we thought it would be. And then, the second category is, what I would call, the other national, regional MCOs that are not current clients of Evolent. And that also feels quite good. We've added sales resource the -- sort of business. We take some of the sales teams that have been proven at Evolent over the years and brought them over to the New Century side and that methodology is also working. And that growth could be either existing NCH partners, new markets or it could new logos. And so you sort of net all that out, and it's been a very strong uptick, I'd say, from when we acquired the business to kind of what -- both has been signed and done. But also what's kind of weighted pipeline ahead.

[Audio Gap]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Seth Blackley**
*President*

Yes. So the question was is there an opportunity to increase the PMPM? There is, for sure, historically, often since you would have either just oncology or just cardiology, we're increasingly seeing opportunities to do both together. And then there are some scope opportunities to expand kind of the areas of coverage within cardiology and oncology that would increase the PMPM. And then as Joaquin said, you could also just go to new specialties. That last piece is not active right now, it's more of a growth opportunity in the future. Anything you add?

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

No.

**Seth Blackley**
*President*

Okay.

**Unknown Attendee**

On specialty agnostic, how long does it take to add and kind of scale in some of these new specialties?

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

Andy, I might kick this one to you. The -- I would say, and you can provide some more color on this. The -- by adding the medical leadership as the first step, though probably in 2 to 3 months we have a pretty good idea of what that -- what's the driving force of that specialty? What needs to happen? What needs to be programming. We can probably kick something off between after that point, after 6 months. After that, it would -- we'd be ready to kick something off. Andy?

**Andrew Hertler**
*Chief Medical Officer*

I would agree on that…

**Seth Blackley**
*President*
And yes, the other opportunity out there is -- just as New Century was an attractive acquisition target, there are some smaller M&A opportunities that fall into the category of -- they're doing a specialty or 2, but they don't have sales force cross-sell opportunity like we do. I mean so that's another way to think about specialty expansion that we think is interesting.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Seth Blackley**
*President*

Dr. Hertler, do you want to go through a little bit of your clinical overview and then we can repickup, maybe a few last Q&A. That sounds good?

**Andrew Hertler**
*Chief Medical Officer*

Certainly. So I'd like to talk a little bit here about how we take these pathways and put them into operation by first walking you through our workflow and then giving a clinical example. Our pathways are loaded into our web-based specialty care management platform. And the provider or his office interacts through this platform and this collects the key clinical data we need to define a patient scenario. In an oncology patient, the medical record will have reams of data. There is probably 6 to 10 pieces of information, which will define exactly what that clinical scenario is. So we essentially build up a picture of that patient and then the platform offers them all of the treatment options that are available for that patient, clearly highlighting the ones that are a preferred pathway. If they select the preferred pathway, the Rules Engine looks at it and gives an instantaneous approval. So the platform is essentially both clinical decision support as well as a prior authorization platform. If it is not one of our pathway choices, then our clinical team, oncology or cardiology nurses and doctors reviews it. If necessary, they reach out to the physician for a peer-to-peer discussion, and we attempt to keep these very collegial. In oncology, we have tumor boards where new patient are presented, everyone sits in the room. They get quite heated at times, but we come up with a consensus treatment plan for the patient and we try to keep these peer-to-peer discussions as a tumor board or as a clinical discussion when you pull your colleague across the hall, out and say, what would you do with this patient? Happens all the time. That's the way we try to run these peer-to-peers. And most of the time we do reach agreement and get an -- a plan we can improve, but 1% to 2% of the time we don't, in which we then recommend a denial and forward that to the health plan. But that approval or that denial has been electronically transmitted to the health plan, to the provider, and in a few cases, to the patient. All the data is stored in our data warehouse. When the claim comes in, that goes to our warehouse as well. We adjudicate the claim, make certain that what was authorized is in fact what's given. So that's the process. So I'll briefly walk through a case study of how this works. This is a Medicare Advantage plan, 40,000 members, and they were spaced with spiraling treatment costs or their oncology population that they felt posed the threat to their membership. And their desire was to build a sustainable program which could engage providers and through engaging the providers, lead to a better patient experience and improve patient outcomes. They also were in a very competitive market and they wanted to increase their star rating as well. So our approach was to, really fourfold. It was first to bring our workflow platform that I just discussed, put that into play with our clinical pathways as well as our clinical expert review. We need to engage and align the providers and this is done first by building a network. We contract with the physicians who we have identified as high-value providers in that region. And we also engage them by approving their work processes. Our platform allows instantaneous authorization, its -- which dramatically decreases their offices' workloads. And we also strive to pay claims very rapidly. We also have a number of different physician compensation forms which try to align them with the creation of high-value outcome. I've often said, I can have the best pathway in the world. If it's going to cost the practice money, I'm not going to get a lot of use of the pathway. So this is very important. However, equally important is the data we can provide to the practices. Through our data warehouse, we can do financial and clinical benchmarking at a physician level, at a practice level, at a regional level. And nationally, physicians are very competitive. And when I walk in and can show them that they're not performing as well as their peers. After they get done questioning my data, questioning my parentage that they will eventually look at it and there will be sometimes interesting discussions. But we find that it usually does motivate change. None of them want to be below average. So the data is very, very important.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Finally, we integrate with the payers, our portal can immediately check member eligibility. We transmit as, I noted, both the approvals and the recommended denials onto the payer and to the provider themselves. So to give you an example of one of our -- of actually alternative payment. We have a number of different plans, but the physician compensation plan we put in place in this market.

Community. This was a community practice market. These practices had been very -- historically very dependent on their drug margin. In fact, when I had a practice, we made more money off our drug margin than we did by seeing patients. It was vitally important. Our last desire in the world is to cripple the community practices. They are some of our highest-value providers. So our intent is to bring down the cost of care, but not hurt the providers, not by extracting it out of the providers themselves. That margin is variable in Medicare. Right now, it's 6% above the average sales price and commercial plans, it can range as high as 25% above the average sales price. And you can see in this exact example here, if they have a couple of options for therapy and one of them is $20,000 and the other is $5,000 and yes, those numbers are real. They will be looking at a $1,200 margin on the $20,000 therapy and a $300 margin on the $5,000 therapy.

So essentially what our plan does is, it takes that margin we create a case rate. We just see the patients treated, give them the $1,200. We don't care about the $1200, we care about the other $15,000. So we then just purchase the drug at average sales price, pay them a case rate and then develop a plan based upon the quality metrics and the outcomes to share some of those savings back with the provider themselves. This is the result in this market. We've been there 4 years. And you can see -- that it is a little bit of a gradual processes, the physicians have to get to know us, there is a lot of work with my medical directors going into the office literally meeting with the physicians. We have monthly meetings to go over the utilization, when were you on our pathways? What you were off them? What were your missed opportunities? And over the course of the 4 years, we've had a cumulative savings of $18 million in this market. And we started out with a pathway adherence of 49%, that's pretty typical. We usually start out around the 50% range and we're now running 78% and usually again, fairly typical, we get up towards 80% once we're in an established market. I often tell physicians, they said, "Wouldn't it like 100%?" Well, my answer is, no. If they're a 100%, I actually am very scared. There's too many exceptions and too many times when maybe our pathway for this particular patient is not the right choice. And that's why we have that peer-to-peer process when you go off pathways because we fully recognize that and understand and even encourage it.

So thank you, and I think we have few minutes left if there is any additional questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

# Question and Answer

**Unknown Attendee**

Just 2 quick questions. One on PMPM, the PMPM rate. Could you talk about what the trend for that has been for customer renewals? And then secondly, thinking about the pharmacy product that Evolent had before in conjunction now with New Century, is there any synergies between those 2 as you integrate them together?

**Andrew Hertler**
*Chief Medical Officer*

Yes. I can talk a little bit about the oncology trend, which it depends little bit on our scope. The drug trend can run as much in oncology, it can run as much as 10% to 12%. Usually our -- we have professional charges, radiation, which has much less of a trend and the trend is probably more like 7%, 8%. We usually keep the trend down around 2% to 3% with our management, in terms of the pharmacy and Evolent and all…

**Seth Blackley**
*President*

And I think Adam, just to add to Dr. Hertler, so I think you're also asking about what our fee trend is upon renewal? Is that right? When we get a renewal. So there it varies, but it typically would be up a bit. You might include new scope, you might add new drugs that were historically carved out. So upon renewal, sometimes you'll see a step up that goes beyond the kind of 2% to 3% of management, but it's sort of in that zone, maybe 3%, 4%.

In terms of the PBM opportunity, today -- the management is really on a peer-utilization basis today. There is an opportunity to create a specialty PBM, right? In a specialty PBM model, you can actually over time both create higher quality, lower cost and when we say the pharmaceutical margin is an opportunity to probably sharing that more. That would be in a product development opportunity. Right now, it's not a current-year thing, but it is an opportunity to kind of connect some of the competencies we have with what this team has done. Anything you'd add?

**Joaquin Baralt**
*Chief Executive Officer of New Century Health*

The only thing I would add is add, we've had customers forever. Retention rate is great. All our contracts kind of renew. And we had talked a little bit about our front-end structure and how we contract. We don't just take blind rates, our contract has levers and they involve [ utilization ] as new drugs come in and all that. We have mechanisms in those contracts to adjust as we go forward.

**Unknown Attendee**

Can you talk a little bit more about the rate fees for the drugs? So if there is a drug that costs $20,000 versus one that costs $5,000, so there's a case rate of $1,200 to renegotiate? Like how does that work? Like who negotiates that rate? Because doesn't the PBM usually have like a contract in place with the member? Doesn't the PBM drive that? And then within Medicare, isn't it ASP plus the percentage? So if you can maybe just provide a couple more details on how that actual contracting process works?

**Andrew Hertler**
*Chief Medical Officer*

Within oncology, the drugs fall in Medicare really into 2 classes, you've got your Part B and your Part D. The Part B, office administrated -- administered, that's what the physician -- the PBMs have pretty much stayed out of that area. So in that case, from our standpoint, it's direct contracting with the physicians. We have a few cases where we are actually purchasing the drugs and having it shipped to the physician. But those practices are getting rebates on those drugs. What they are, they're not going to tell us. So

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

-- but we aim the contract that -- in that plan, that ASP, we certainly don't want to contract over ASP plus fixed, which is the Medicare rate. The Part D, when we manage those -- is a little more complex. We usually have to work with the PBM. We have to make sure that our pathways align with their formulary. And we need to get them to honor our authorization request once they go into place. So it does add a little bit of complexity. I'm not sure I completely answered your question.

**Unknown Attendee**

So today, roughly what percent of the lives are using 2 of the therapeutic areas instead of just 1? And then second to that, how many of the customers that are using 2 started off with 2 versus started off with 1 and added the second later?

**Seth Blackley**
*President*

Yes. I can think of only -- let me see, we only have 1 payer, I think, right now that doesn't have both. We usually lead with oncology. It's the bigger pain point, the higher trend specialty, and then bringing cardiology behind that. I think of our contracts, I would say 50% of them, we started with both, and then the remainder we brought in cardiology over time.

**Unknown Executive**

Thank you.
Thomas?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Thomas Peterson**
*Co-Founder & COO*

All right. Back again. Hello, everybody.

Okay. So what we want to talk about is just how our tools and capabilities platform is being used in the Medicaid market. I'm going to get us kicked off just talking about some of the trends we're seeing in terms of how our tools are being used in the Medicaid market. And then I will hand it over to Greg Fuller, who is our marketing president, working in this market here; and Dr. Tallaj will talk about SOMOS.

Okay. So third time is a charm on this slide. So we talked a lot about our clinical platform. I think what's really important to note is that what we found overtime is that organizations that are truly at risk value what we do significantly more than those that are dabbling in value-based care. So those that are just doing upside-only deals and that sort of thing tend to look to maybe point solutions, et cetera, versus those that are truly all in managing risk. And so if you're all-in on managing risk, it means you are a reasonably sophisticated provider-based, management services organization such as SOMOS, which is really taking capitated contracts and then -- and actually managing the administrative portion of that and the clinical portion of that or your health plan, more likely than not. With us it has been provider-sponsored health plans, but more and more as with the Premier announcement full health plan. And I think the reason that this market is really, this risk bearing -- full risk-bearing market is compelling to us is because, to the extent to which we're able to help them achieve things that they've historically not being able to achieve on our platform. And that is because of our provider DNA and the extent to which we align with providers and we bring a different approach to achieving that engagement, which has really has been the Holy Grail for payers for some time since getting people involved in care-management programs and aligning at the clinical-practice level, which we'll talk about with respect to SOMOS. So what payers value -- and actually Passport was the place that we first started pioneering some of this, but what payers really value is our ability to engage the network in a different way because we understand their workflow, we understand the way their practice operates, we understand how they think about a patient holistically as opposed to just based on one problem at a time, they have to address the entirety of the patient. Very little clinical ROI. Kate talked about the 5:1 ROI that we see, but most -- if you go into most health plans, they are doing little or nothing on care management and what they are doing, very difficult for them to point to any substantial -- substantive ROI. And as a result, they tend to pull back on a lot of those resources and they view it as an admin, that's hard for them to justify. So that's both because of their low engagement rates that Anita talked about, and the fact that their impact on managing those patients is far lower.

And then the last thing is the disconnect. What resonates with them is they historically have had a real disconnect between the clinical systems and the administrative systems, and the idea that we can bring those together in one place in just -- an example of that is, across almost every network that you work with, they will have at least 3 portals. They've got their own EMR portal, there might be a portal for admin that they go into to do the authorizations or check status of claims and then there's another portal for a risk-adjustment vendor that's trying to get there -- get in there to actually get with the -- code these patients and then another portal that -- for people that are trying to get in there to help them with quality scores. And the idea that you can streamline that experience for a physician's office by bringing them 1 entry point or administrative and clinical services is something that reduces the friction to the provider, adds value to the provider from the payer perspective. And that's really, really compelling.

And I mentioned that we sort of first learned this with Passport and -- because that was the first place that we actually integrated Identifi the clinical application with Aldera, we're now branding all of this Identifi. So it's the first place that we brought UM and care-management capabilities and integrated it with the TPA at Passport.

One of the other place that we added a lot of value at Passport was really around optimizing the care model, which is something that -- I think Kate mentioned it, but a lot of payers are still very disease

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

centric in how to think about patients, they're very -- sort of solving the problem that is, sort of, most here and now as opposed to really looking holistically around those underlying behavior-change elements. And so you have to fundamentally change the care model, which drives those engagement rates that Anita was talking about and drives the clinical ROI. And again, you go into -- we can go into payer after payer after payer and ask them what the ROI is on their care-management programs, and generally they can't tell you. They feel like it's the right thing to do, they have to do it for brand-security purposes, but they really can't tell you that there's a real ROI there.

So on that -- those 2 underlying trends of our business, just both the fact that risk-bearing entities value what we do to a greater degree than those that are not and the idea that we want to bring the clinical and the administrative capabilities together, we've continued to invest in bringing this all together. You have seen this Identifi slide, I'm sure in many different settings. But where this is one used to just really be on the left side of the page here, around Identifi Care, how we engage, EMRi, which is how we actually exchange information with the EMR, practice how we display information to the physician in their practice. And then now more integrating that Identifi network, Identifi Community, UM, et cetera. Network management is a really fun topic, so a lot of people love to get and talk long, just debates about provider files and how provider data gets managed. But it is one of the Achilles' heels of a lot of organizations, just being able to understand where a provider actually practices, what services they practice at one location versus another, what are their hours, what equipment is there versus another location. There's a whole set of use cases that exist for admin for paying a claim. So you need to know, to pay a claim you need to know their EMPI number, you need to know their tax ID number, you need to know the services they are providing. But for care-management purposes, you need to understand what additional support infrastructure exists there, what care managers they are aligned with and there's a lot of other critical data. And so that underlying need to have a network application that feeds into the both clinical and the administrative is a -- sort of an underpinning of the platform.

So I'll just take you through -- since we've acquired Valence in fall of 2016. We've been on this path to really one integrated clinical and administrative platform. I mentioned Passport in September 2017. It was really the first time we integrated UM and claims. We then integrated the portal in June -- in January of 2018, that's what I was mentioning of 1 entry point to the providers, bringing the Rules Engines together. Again, there's different needs from an administrative perspective on rules and different data that you have access to versus from a clinical perspective, bringing together that Identifi network piece that I was just talking about into one underlying data source for how the network gets managed. All bringing that up to one integrated platform. And so from a payer perspective, you can establish a foothold on any aspect of that spectrum, so some of them might be particularly interested in changing out their TPA, but what we've been finding is the ability to connect the clinical creates more compelling value proposition in the sales process but also a more compelling up-sell opportunity going forward.

Just a refresher on health plan services, I mentioned -- and when we were talking about Passport that there's a big difference between providing services as a services provider to a health plan versus managing the health plan. But through our health plan services offering, we really do provide full outsourced capabilities across the spectrum. And traditionally that is sort of sitting behind as a services provider to a health plan leadership team that's running the health plan. But across every aspect from front office, middle office to corporate functions we provide all of those services. And in those instances -- those few instances we've talked about where we have a greater responsibility for the health plan, we're actually managing the day-to-day health plan as well.

So what do payers really like about the value? Again, the ability to align to -- through providers with the payer lens, the fact that we come from a provider orientation. You can start at one end of the spectrum and migrate to the rest of the spectrum, having the ability to really drive performance in risk by controlling the clinical. Another example of that is some risk arrangements you might go into where they might delegate -- like a health plan might delegate to you just care management in one instance. Over time, they may end up delegating you a utilization management as they shift the payment model over to a capitation arrangement. Over time from there you might want to then start paying claims because you realize you don't have access to the data in a realtime enough way, and so you want to actually be paying claims. And so it's really important to be effective in managing risk, that you have access to the full spectrum. And last thing you want to do is, sort of, go switch out your underlying platform as you add on

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

capabilities as you manage risk. And so the ability to sort of seamlessly add on those capabilities as you go is a real value proposition.

Passport. So really from a -- strictly from a partner -- services partner perspective, this is where we really first experienced how we bring all this together. On the right-hand side, our clinical and operational, financial, all sort of working together, spent a lot of time talking about this but we are proud of the medical-expense reductions that we've achieved there. The 15,000 members, those are the members that have been engaged in active care management programs. So that's the top 10%, up 8%, that we have engaged intensively, 80% of those, as Anita was talking about, in care management programs. It doesn't count all the outreach you do to form a quality perspective, all the outreach you do for a utilization management perspective, all the ways in which we're monitoring these patients through stratification. See, if we look at that number, like that seems like a small number, but when you think about what we're talking about, it's the 10% of the cost -- 10% of the patients that drive 50% of the cost and we're able to actually engage 80% of those patients is massive. And when you compare that to the engagement rates of other providers in this space or services providers in this space, it's a real differentiator. And I think the opportunity that we see is in anchoring with a health plan, CountyCare as an example, also 315,000 of lives in Illinois with a significant market share. We've been really been proud of the operational performance that we've had there. So in the middle, we've basically helped them increase their membership by 100% by implementing over 4-month period the TPA to a whole new set of lives, we've been hitting our SLAs with the highest performing MCO in terms of receiving encounters and highest score possible from an NCQA perspective. That then gives us the ability to expand on the left side of this from the clinical perspective, so we're currently only doing utilization management but with the potential to expand that to other services.

So any questions for me, I'm going to hand it over to Greg, if not. But that's my piece. All right. Greg Fuller?

## Greg Fuller

Good morning, everyone. So first, I'm going to start by telling you a little bit about our partner SOMOS, which is here in the backyard in New York City. I'll introduce Dr. Tallaj, and we're going to go through a couple of questions, really want to introduce you to one of our most exciting partners, in my opinion. We've been working with them for over the past year. But starting by way of background, SOMOS means "We Are" in Spanish. And sort of break that down, in terms of the patient, it really means that we are Medicaid, we are the underserved and we are minorities in the communities across the boroughs of New York City. In terms of staff, we have community health workers, we have population health managers and a range of over 3,500 physicians working in the neighborhood in the communities. And in terms of outcomes, we're really working on something big. And so Tom talked about from an Evolent perspective, the platform and the services that bring together both the clinic and health plan services and that's exactly the journey that we're on together with SOMOS. SOMOS is one of the largest, independent physician associations in New York State. They are a network of primarily [ Latinx ] and Chinese physicians and patients as well. They have an excellent reputation for high-quality, culturally-competent and community-driven care. And if you add it all up, they're working with close to 10% of the Medicaid population in New York City. They've been on a journey, as you see on the slide here, across several phases. We really got started working with SOMOS in first phase, and these sort of overlap, but working with the DSRIP program, which is an innovative model for moving from pay for reporting to pay for performance, and really setting the foundation for broader movement towards value-based payment and innovation in that space.

Last thing I'll just highlight is, SOMOS -- and I'm sure you've read this in recent, previous press releases, SOMOS is the only physician-led group who's been designated in New York State in the Innovator risk model, which Ashley highlighted earlier in the morning. It's one of the more innovative programs across the country.

Moving on, in terms of the patient population, this slide here shows some data about the Latino population in New York City. And it really says two things to me. It says that the patient population -- we are at a high risk for chronic diseases, if you look at disproportionate percentages here in terms of higher blood

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

pressure, asthma, HIV, for example. And we're also disproportionately affected by social determinants of health. Two examples pop out in terms of food security and access to fresh foods in the community as well as higher levels of poverty and unemployment. And the key to point, all of those things make it very complex for patients to get the care that they need and equally critical for clinical programs to target them and reach out.

So this together creates a very large impact, and it's -- I'm excited to introduce Dr. Tallaj in a second. But you see SOMOS and Evolent bringing a very aligned mission and a complex set of capabilities. And the third part of the equation is really New York State as an innovative payer, setting the way for models like Innovator, like DSRIP, and really working with physician leaders in the community to be able to make this change happen.

Couple of other things beyond mission alignment and performance. There's also a strong accountability in the relationship that we have with SOMOS in terms of outcome. And I think it creates a very compelling recipe for success.

So just introducing Dr. Tallaj, I'm incredibly privileged to work with you and your network of physicians. He's the Chairman of the Board and Co-Founder of SOMOS. He oversees the network of 3,500 providers and more than 650,000 Medicaid patients in the city. He continues to lead numerous health care missions to the Caribbean, most recently bringing a delegation of bilingual SOMOS providers in the aftermath of Hurricane Maria to Puerto Rico. He's originally from the Dominican Republic and completed his internship here in New York in Internal Medicine at St. Luke's Roosevelt Hospital. He obtained his American Board of Internal Medicine before establishing his practice in Washington Heights in 1997, where he continues to be an active member and community champion. And since 2012, he's been the Chair of the Board for the Balance ACO, one of the high-performing Medicare ACOs in the state and is an attending physician in the Department of Medicine at Mount Sinai. Interesting fact, he is also the former chair of Youth Community Development Board for the Sports Commission of New York and a very avid fan of the Yankees -- Sorry, Met's fans.

So without further ado, Dr. Tallaj, thank you for joining us today. I'd like to start by asking you a few questions to highlight your journey with SOMOS and your perspective as the leader among independent physicians. So kicking us off, I was wondering if you could briefly describe why SOMOS came to be. Why was it founded? And what at that point was missing, in your perspective out there in the market for independent physicians?

**Ramon Tallaj**

If I may, I don't want this to continue being like a Phantom of the Opera meeting. You've got to say it like a Mamma Mia meeting.

Let's get to start. But this is the reality. I came from Dominican Republic, which I met -- I was on the Ministry of Health for -- one of my partners just arrived [indiscernible]. And Dominican Republic I was on the Ministry of Health. And I met the current [ John O'Connell ] from New York, Catholic, very devoted. And they're trying to build a children's hospital. And we were not successful to do that, but we had a good relationship and we made a lot of transformation in health care in the Dominican Republic. And they invite me to come 1991, January 1, and I went to St. Clare's Hospital. You are from New York, Saint Clare's Hospital was the only hospital to care for AIDS patients when nobody want, there was no money. At that time it was the only place that was taking care of those patients. Then I spent my time there as -- in my training. But the important thing by 19 -- by 2001, managed care was a reality in New York and we applied for that, it was very difficult, 4, 5 months waiting, almost every single patient in my community was [ being denied ] was been assigned to one, only one hospital to enroll it to -- a hospital in that community, when I say names, and we were not allowed to be part of that, given our position in community. Still we are not part of the hospital in this year, 2019. But we should see because at that of the time they were able to meet with us or meet with them and find out what happened. And we became an IPA, managed care IPA. Then several IPA starting New York. The Chinese, another group from Queens, That's how we start. But what happened, it's really true is that when we clearing these changes in the way that we get paid and the way that we relate to our patients at that time was only that. Me and some of the patients, I had no idea what happened to my patients, what happened with the nurses, what happened

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 30, 2019

with the CEOs, when they go into hospitalization it was very difficult to get -- there was no connection. Then come this [ rep ] very magic scene the [ indiscernible ], he was created by the Governor of New York, with a sign, Medicaid, [ Governor Cuomo ]. And certainly, we were able to apply. We were not invited to that party. [ Was keeping ] by the time that we arrived it was too late. And we got designation -- I was able to see that the Chinese failed, all the groups failed, and I was able to sit down, and in probably 4 weeks, We had signed 1,000 at the beginning, 200 primary cares exclusivity was to be part of DSRIP only through us. A lot of things happened in the middle of that which I should tell you. But important is, we succeed in that. I mean at the beginning I had to have somebody who really help me to do this and we got a RFP, another corporation was now in New York. We choose them and by 6 months we kick them out, because they did nothing at the time. I don't want to say the name, here [ Henry ]. But what happened is, we start learning the process. How to decrease 35% [ admissions, how to decrease ER visits. But with one difference, we were not [ arrived ] to seize the [indiscernible] said about what happened with my community. We are the community. Every intervention that we have then we have to do an RFP to find the best partner, and we bring here, naming -- from [ Anthem ] Corporation and [indiscernible] all these people trying to -- and we realized who was the people more aligned, doing this already in the country and we found Evolent. Thank God. We start working together, we still in the process. And wanted to check things to be sure, but we're moving on. And in the state of New York, there is 2 possibilities within the DSRIP. I don't know you know what DSRIP means, but we were assigned 850,000 patients, Medicaid, then they make another check to ask me -- we were outsiders, this one is supposed to be for hospitals, not for us. But there's no way to go to the party without us because we represent close to 15% all the Medicaid lives. And without us probably we would have failed. And I have some friends, but here were me and my partners who worked together to find their way how to become a more -- opportunity to do this. And this is how we were able to get into this game all this [ waste of ] time. And today, I don't know if I've come too far [ with that ] realities. We are -- when we apply, we got [ $500,000 ]. Hospital institution use $5 million, $7 million, $10 million. And when the result came, we got [ 97.6 ] or something like that. And those institutions paying millions of dollars, well reputated (sic) [ reputed ], who are the one teaching physicians to be physician, [ guided 685 ]. The -- something certain that's going on here that still the state had to look at us. We need to change. There's something going on here. Certainly, we have all these metrics that they're looking for us to do, we excel in that. And we are excel on that for being an outsider. I give you one example. I present all my documents one day, and we were nonauthorized -- non authorizers. Who says we're not authorized? Oh, I say that today. Next week, I came back with 1,200 notarized documents and then they were happy to be able to do that, and they took it all -- the very next minute, they took it out. All these crazy things that happened, but I want to focus more in that -- in this relationship because we have something unique in front of us and it's hard to change the way the health care is delivered in communities. And I could tell you today that if you are a patient go to Park Avenue, who you see is the best doctor because the street they are, I don't think they have. We have now. All these physicians with integrated computer system, all going through the DSRIP, all of them are able to -- because of that to avoid duplication of service. Now we're missing a tool. Here's the tool, how do we predict, how this thing that we do every day with compassion. And now I don't only see the patient [ tend through ] DSRIP is in front of me had holistic way to see what happened to him at his house. I know what happened, we had no money, no food, only for transportation because the city, also in the community are all special and we are working together. And somehow [indiscernible]. We have, for example, Montefiore and The Manassas Group, who are really working with us trying to find solutions. Is that -- you need more in that? Was that a good start? Should we continue?

**Greg Fuller**

Yes. So tell us a little bit more about the challenges that you're working on in the community, and sort of the vision that you have for the neighborhood-based care and transformation that SOMOS has into the future?

**Ramon Tallaj**

Well, let me see my notes regarding that because I don't -- when you handle resources and you had a physician which is actually -- all these physicians are independent. And they are with us, we don't charge to be with us, it's a part -- it's an independent and is spontaneous, you could go out or in whenever you want to. And when you have this kind of group and you are able to put together that each one of them

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

start working as an orchestra in one direction, and everybody knows when to do and what to do. And now you bring them a tool to be able to act while his state [ is factoring ] who, when and how you need to act, to solve patients' problem before. This is why I could tell you right now we have increased 35% admissions -- hospital admission, another 30% in ER visits. Our quality measures are up above 90% -- 98%, I'm sorry. And we could not even make more money in DSRIP because we had improved every year 10% and in third year we were already at 98%. I cannot go to 108% because it's not allowed to. And this is a kind of crazy thing to say.

**Greg Fuller**

Is that -- do you have any -- I know we don't have other physicians in the room, but do you have any lessons from the work that we're doing that you'd offer, so we think about partnering with other providers in the Medicaid space and elsewhere in the country?

**Ramon Tallaj**

Well, the problem is, when you dominate communications, even we try and even to -- out there to everybody, what a good piece is happening in New York. How come my patients now living in south of the Bronx, which know my name, what I do I'm their doctor, I'm going to take care of that, she knows the team, we're a [ 100-people industry ] working together that we're able to find them, bring them, take care of every decision that there is need to be made, working with them, that never happened. And I don't see it will ever happen without this help. And I don't know if I answered your question directly. But all I said is this, it will never be an opportunity in the country if we don't embrace these kind of changes. I'm in New York, but this is the kind of scene that -- the needs of the community, the reality of this on a stable -- economic instability that they have and the poor access that they have. Now that we are able to do this, to make that together with the technology that you bring. And it used to seeing the technology and our way that we do that work in our community together to be what happens in the country, to be the model for the country.

**Greg Fuller**

I'm we're very excited. I think the old adage is, if you can do it to New York, you can do it anywhere. And really excited about the change that we're embarking upon here. Together with...

**Ramon Tallaj**

Spreading that in....

**Greg Fuller**

I think we have both a lot to learn from each other and to add to the scale. And if anyone's looking for a new doctor, you can find Dr. Tallaj after -- he's got a great bunch. So thank you very much.

**Ramon Tallaj**

I do want to say one thing. Lots of opportunity in front of us, in front of us mean locally and in the country. Locally, we are dealing with a call, and I mentioned the innovation, no? Now we are allowed to, the only group as a primary care physician-lead group, to do Innovation, which mean that we could sit down with the planning of up to 95% of the premium be managed by us together, to bring the best that we could do at a [ stability ] just the need. And more important, to stop the crazy incremental expenses based on the saving that we know we can do. That's one thing. And the second opportunity that we have is that we have another 600,000 Medicaid lives on Medicare. In ACO, I've got to say that, in the ACO, we are the #1 for the last 2 years and we're going to be for the next -- this year, too, that just passed, we're going to able -- we have saved $66 million to the federal government in CMS and now $44 million more. I was told this year, we're going to go to now $110 million. And thus maximizing and the way we do work and certainly now using the tool about prediction. I believe this is the way to go for the next century, I would say.

**Greg Fuller**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spglobal.com/marketintelligence

Thank you so much. Thank you, Dr. Tallaj.

## Frank J. Williams
*Co-Founder, CEO & Chairman*

So real quick, we're going to go to financial section. But I think the importance of that discussion that we just had, a lot of theory right, about movement to value. And yet what you just heard about is a group of physicians that historically have incredible MLR performance that, one, need to scale what they do, so they actually need tools to do it across a large population, they need support. But there's an ability if you do that potentially to manage MLRs in the high 70s, low 80s, and then accrue a lot of that benefit back to the providers and ultimately back to the payer. And the fact that we're able to align with a physician group like this, make sure they get the contracting terms right and help them execute. And then you literally have a physician in every 3 blocks, by the way, in the districts they serve, so incredible access, you can make a pretty massive difference in terms of cost and quality. And when we talk about the larger health care problem, being able to affiliate with these groups and offer the tools that we do can create tremendous value.

So I appreciate the discussion and Dr. Tallaj. So Nicky, you want to do the finance section? Thanks.

## Nicholas McGrane
*Chief Financial Officer*

Never been a CFO following an inspiring physician. I don't have [ a Denny's trick ]. Okay.

So just touch on the financial highlights here. We've got the ability to deliver strong revenue growth. I think you saw in the slides, we addressed several large -- we are several large addressable markets across the 3 different business lines. And we have the ability to grow both with existing customers and add new logos to the platform. Recurring revenue model with high visibility under long-term arrangements, under PMPM model. And we've a scalable model with very a high flow-through and incremental lives added to platform. In the period from 2015 through the first quarter, we've got a compound annual growth rate and revenue of 40%. And you'll see that's being driven by substantial increase in lives on the platform with $3.4 million lives on the platform, with a little over $13 PMPM at the end of Q1. At the LTM, Q1 revenues of $686 million, you'll see from the blue on that chart, the backbone of the business is the recurring revenue [ PNL ] piece. Transformation is now relatively small piece of the business, and then the premium revenues from True Health making up the last piece of the puzzle.

I wanted to take a minute, Frank put this slide up earlier and sort of walked through the business model in a number of dimensions. So if we're starting on the left-hand side, the key market. So Frank and Tom have gone through this, but we've got the health plan services piece and then within this, sort of, underneath the clinical platform, we have the population health and then specialty management, and we refer to that as sort of population management and then line item management. Obviously, as we walk through in New Century, managing oncology and cardiology. Just to give some -- and in the last piece on the True Health New Mexico under the health plan operations.

Example customers. So Tom put up the CountyCare, 315,000 Medicaid plan in Illinois. We're providing health plan services there. When you look to the business model, that is a fee-based business. So PMPM, lives times PMPM, fee-based recurring revenue model. Within the clinical side, under population health, Deaconess, a hospital system in Indiana, and then within specialty management Simply Health MMA plan. And here within the clinical side on pop health and specialty management, as Frank said, what we're trying to do here is that the -- the business model is a combination of a fee-based and performance-based arrangement. So what we're trying to do is set up arrangements, we used the word alignment a lot, so we are aligned for our partners to grow, add lives, add increased risk in the sense that what -- a lot of what we saw today in the clinical side, they have the risk, it's there in the business and so getting these contracts structured in a way where they begin to take on the risks, be it 2-sided risk with CMS or with payers. And then we want to structure the arrangements where we can participate in the clinical savings that we are driving. When you look at the -- on the percentage of the business, so the backbone of the business, the core services make up 85% of revenue. And I would say today, we've got an approximate LTM pro forma revenue percentages here, so we've added in New Century for a full 12 months, so taking

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our LTM and adding in 6 months of incremental revenue associated with New Century. You see the revenue percentages there. The pop health business is about 40%. New Century about 24% and the health plan at 22%. I will say what -- the way the business works in reality is a lot of customers are taking different pieces of that puzzle. So what we've tried to do here is just give an approximate percentage because we moved revenue from different customers into these segments, where you think about some of our customers would take revenue from -- going forward, you will see increasing numbers of revenue from all 3 pieces of the puzzle.

When you look to growth on the far right, so within health plan services, we see a high growth opportunity, a very big market and if you look to the start of this year, River City, Premera and we've added customers on that side, specialty management, I think, Seth and the team there gave us a sense of the opportunity both within the Evolent platform, within the Evolent client base, but also just within the modest penetration you see that New Century has today, it's a very high revenue opportunity there as well.

I would say on the population health side we used to -- we sort of said medium growth there. We continue to add customers in that realm. I do think when you look at the health plan services and specialty management, health plan services were generally getting customers that have existing lives to their scaled relationships at the outset. Specialty management, again, existing lives, high PMPM. In the population health, we tend to -- some of the arrangements can be smaller in nature where they're building lives over time. But I think, it's -- all 3 piece of the puzzle are very important. You see that in action at several places, but just sort of relative growth and then the True Health part, as Frank talked through -- talked about, not the core focus. We kind of covered that already today.

Just want to talk through profitability for a minute. If you look at the period from '16 to '18, you saw sustained improvement and profitability. And that was driven by scale to a close to 5x increase in lives on the platform in that time period and leveraging the SG&A. It's still, again, coming in early in the business' history, building a large platform to serve multiple populations in multiple arrangements, so leveraging SG&A and a sustained increase in profitability over that time.

We've talked a lot about the dynamics going on in '19, so the first quarter and first half of the year, revenue was impacted by a mismatch in revenue -- mismatch between cost and revenue associated with the clients who are rolling off the platform. For those who haven't been following closely, we are continuing to serve customers in runout periods with reduced revenues, so that impacted our profitability in the first half of the year.

When I look to at the second half of the year and the return to profitability and achieving the exit run rate -- target exit run rate EBITDA, $50 million we've talked about, that's driven by top line growth. And I think, one of the themes of the day-to-day is just increased confidence towards the midpoint of the range and above given what we're seeing. And then targeted cost reductions that we're driving through the business. So again, increased confidence to achieving that outlook.

And then when I look beyond '19, we're looking for a sustained margin improvement, so to build on where we exit this year, and that sort of coming back to the original -- what drove us historically, which is scale, so continuing to drive double-digit top line growth and leveraging SG&A growth to rebound, just sort of continue to build on our margin performance exiting 2019.

Just want to look at the capital deployment, both in M&A and alongside partners here. So we just had an inspiring conversation with -- about SOMOS, but that's in a sense where we used a modest amount of capital to align with a high-performing physician group, enter a new market, so we get access to a new market with a high-performing group, important to them and important to us, and hopefully you got a sense of the alignment there.

I would say when we approached M&A, our orientation was to build out the platform and enhance the differentiation. So Valence, obviously added the health plan services component, New Century on the specialty line management. So it was important to us as, sort of, building out that vision of the company. I think going into this we thought we had an opportunity to drive growth but we've really exceeded our expectations in terms of our ability to take on these businesses and drive growth, be -- given the national

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

platform that we serve, the strength of our sales team. So at Valence, we've close to -- we've more than doubled the lives on the platform from the day we bought that business. Seth gave some lofty goals today on the New Century side. So -- and we'll repeat those numbers. But they're sort of big opportunity on -- to sort of drive New Century. So I think M&A is an important part of the puzzle because when we can buy these businesses, not only do we -- the cross-sell as you sort of see stacking up the platform, it's an important part of our, a, building differentiation but also ability to drive growth. It really drives a very high ROI on acquisitions and so I think we approach M&A with an orientation of ensuring it is a strategic fit. But I think we've really been able to drive growth, and hence very high returns on capital deployed in these arenas. So just a quick overview.

I'll turn it to Frank to wrap it up.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Thanks, Nicky. Okay. So appreciate everyone. It's a long day, a long morning, a lot of content, I thought a good discussion.

If you think about where we went this morning, I think we started with a big problem we have. And it's a style problem because it's so much of GDP, which is we have a rising healthcare-cost problem that's pretty dramatic. It's not a 10-year away problem, it's a now problem in all segments, largely driven by rising clinical cost inability to control medical expense. The way to control medical expense is through provider-driven models, where we're leveraging all the tools that we have available to engage patients, a small portion of patients driving a very large portion of total cost.

So if you look at that and you just look at market total, it is a very large market. What you also heard is we got into -- the solution set is, we've actually radically increased the TAM since we launched the company in 2011 because we were largely just in the pop health segment. Now with health plan services, you think about New Century, you think about also opening the payer market. We've also expanded that large part -- market pretty significantly and where a lot of lives already exist today. So as we know a lot are going to move to value, that's great. But we have a series of solutions that address where lives sit today with organizations that are very focused on reducing cost. So large market, early innings, we built a fairly large business already and given where we're positioned, we're very well-positioned across those segments to continue to grow.

Three areas of differentiation that are pretty important, a provider orientation. That has been the hardest thing in health care to do. For those of us who've been in the industry for a long time, is really engage position. It does not work by telling them how to practice and simply building up UM roadblocks, it has not worked. And so by engaging with physicians, by leveraging their relationships with patients, working with them effectively, you can really deliver value. That's an important part of our differentiation.

Second is a fully integrated platform. Aside from large payers, there are very few organizations, very few that we know that have the fully integrated platform that we have. So I'm a provider, I'm SOMOS, I want to do risk across Medicare, Medicaid, multiple payers and I want one place to go. There are very few non-payer solutions out there. Now there are payers that do it. But the problem is there are historically contentious relationships with payers and if I go with one payer, how are other payers going to react? So do I have to have 4 or 5 systems? So that's a very important source of differentiation in the market that we are talking about. And then we spend a lot of time on clinical, that's where it's at, that's really what's going to drive value. So as we can add value there, there's ability for our partners and us to capture that. So cost, movement to value, very large market and very clear differentiation. We then talked about 3 primary businesses, health plan services, a known business, a fee-based business, it's been around for a while, again, we feel very differentiated. And particularly, with our brand oriented towards providers. We talked about population health, that was the original inception of the company, a lot going on there. In the policy realm, you'll get to see a lot more will be going on there.

And then lastly, we talked about this idea of line item, but taking areas -- and again, I've been in this business before, where you see high variability, payers have difficulty managing it because of something going on with the trend. It could be drugs, it could be new modalities. They can't keep up with it,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

therefore, they can't really engage with physicians effectively. It's unnecessary variance and could be managed much better. That is a very good business. It's good because you can walk in the room and say, "We can deliver 7% to 10% savings tomorrow and we can double it over time." That is a very strong proposition with people that are holding risk in one form or fashion and there's a lot of lives there. So we talked about those, just 3 distinct business units, and I think we made a clear statement that, yes, we own a health plan in New Mexico. That's not really our business, it's been a good investment. We told you at the time, we thought we could manage it to surely stability, we could generate good service margin revenue. We actually saw EBITDA contribution there, the small amount of capital and they're important, great team, but sort of set that aside strategically. It's not a major area of investment for us.

So you take all of that and what does that get you? Well, it gets you, if you add it all up and you go 2021 and where we see -- where we are, $1 billion revenue service business based on the team's growth we've talked about. And with what Nicky talked about, a scalable margin profile and one where as we add revenues we'll see very nice margin expansion of the business. We've seen that before, growth matters and so a very nice setup to service business.

We talked about Passport. That was obviously an important subject, given the announcement. You can see where Passport fits into that service vision of the business, working with them in all of those areas. A great opportunity for us to expand with a population we have experience with, so it fits into that vision and now we're left with one thing, well, wait, you made a decision to invest $70 million in capital and have an ownership stake in a health plan. But yes, that's distinct from the strategy, what about -- I see how that fits into services, it surely makes there. But about the $70 million? And I think what we talked about is, look, we were in a market situation, we had a decision. We decided to be opportunistic based on all the information and data that we have, the team on the ground, all of our experience there, 2 outcomes we believe with the $70 million. One is, we do everything we said we're going to do. And when the RFP is an incumbent and a strong community organization and we have an asset that surely is worth a lot more than the $100 million we invested in. And we're sitting in a position where we can do the appropriate things with the ownership stake, with the provider alignment to essentially orient the business model the way we want to there. That feels like a pretty good decision. If we end up not winning the RFP, if the plan does wind down across 1 year or 15 months, it truly helped us in the 2020 vision, it gives us a longer time to transition. It contributes real meaningful margin across that period. That feels good and surely, it isn't a big shock to the system, we've managed that much better. But in the wind-down period, based on what we know and -- again, things do change, but based on what we know, we have an excellent opportunity to recoup our capital and so that was the decision related to that.

So that's sort of where we are. I mean obviously, we weren't happy with the reaction yesterday. We know investors aren't happy with the reaction yesterday. I do think across time if you look at since our start in 2011, we've executed very well across that time. We've built a very large business, it's highly differentiated in a market that we think matters. It's significant what we're doing. You don't see transformational business models in health care. We've built the scale where it is a real business. It is no longer a concept. We've identified 3 businesses. And you could step back and say, "Let me just look at those business on a standalone basis," and I think you'd see tremendous value in those businesses. You can then just stack up, what we believe, will be a very strong valuation with what we're doing. Our focus over the next several months is executing on that. I think if we do that, we'll find ourselves in a very good position. So I recognize that again, the decision announced -- wait we didn't really want this, we weren't looking for a direct investment in a health plan. Hopefully, we've explained the rationale, not a change in strategy, opportunistic decision that we think will pay off. But we're focused on ultimately building a scalable service business, very healthy margins, very healthy growth and given what we're doing, again, well-positioned to do that.

So great questions. Good day. We had a chance to talk with many of you yesterday and look forward to those discussions. We'll be at conferences coming up and a chance to engage more deeply in a lot of the topics that we talked about. I really appreciate all of you here, all of you on the simulcast. And I thought it was a very good discussion. So thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.