# Exhibit 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )**

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material under § 240.14a-12

# EVOLENT HEALTH, INC.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

      (1)    Title of each class of securities to which transaction applies:

      (2)    Aggregate number of securities to which transaction applies:

      (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

      (4)    Proposed maximum aggregate value of transaction:

      (5)    Total fee paid:

☐    Fee paid previously with preliminary materials.

☐    Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

      (1)    Amount Previously Paid:

      (2)    Form, Schedule or Registration Statement No.:

      (3)    Filing Party:

      (4)    Date Filed:

**EVOLENT HEALTH, INC.**
800 N. Glebe Road, Suite 500
Arlington, VA 22203



**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**
**to be held on June 13, 2018**

Dear Stockholder:

You are invited to attend the 2018 annual meeting of stockholders (the "Annual Meeting") of Evolent Health, Inc. (the "Company"), a Delaware corporation, which will be held on Wednesday, June 13, 2018, at 10:00 a.m., local time, at 800 N. Glebe Road, Suite 500, Arlington, VA 22203. The Annual Meeting will be held for the following purposes:

1. To elect the four Class III director nominees named in the proxy statement to serve on our Board of Directors until our 2021 annual meeting of stockholders and until their successors are duly elected and qualified;

2. To ratify the appointment of PricewaterhouseCoopers LLP as our independent registered public accounting firm for the fiscal year ending December 31, 2018;

3. To approve an amendment to the Evolent Health, Inc. 2015 Omnibus Incentive Compensation Plan;

4. To approve the compensation of our named executive officers for 2017 on an advisory basis; and

5. To select the frequency of future advisory votes on executive compensation on an advisory basis.

In addition, stockholders may be asked to consider and vote upon any other matters that may properly be brought before the Annual Meeting and at any adjournments or postponements thereof.

Any action may be taken on the foregoing matters at the Annual Meeting on the date specified above, or on any date or dates to which the Annual Meeting may be adjourned, or to which the Annual Meeting may be postponed.

Our Board of Directors has fixed the close of business on April 17, 2018, as the record date for determining the stockholders entitled to notice of, and to vote at, the Annual Meeting and at any adjournments or postponements thereof.

*We make proxy materials available to our stockholders on the Internet. You can access proxy materials at http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements. You also may authorize your proxy via the Internet by following the instructions on that website. In order to authorize your proxy via the Internet you must have the stockholder identification number that appears on the enclosed proxy card.*

By Order of our Board of Directors,

*Jonathan Weinberg*

Jonathan D. Weinberg
*General Counsel and Secretary*

**Important Notice Regarding the Availability of Proxy Materials for**
**the Stockholder Meeting to be Held on June 13, 2018**
**This proxy statement and our 2017 Annual Report to Stockholders are available at**
**http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements**

**You may request and receive a paper or email copy of our proxy materials relating to the Annual Meeting**
**and any future stockholder meetings free of charge by emailing proxymaterials@evolenthealth.com,**
**calling 1-844-246-2928, or visiting http://ir.evolenthealth.com/Annual-Reports-Proxy-Statements**

Arlington, VA
April 27, 2018

**EXECUTIVE COMPENSATION**

**Compensation Discussion and Analysis**

**Executive Summary**

*Named Executive Officers ("NEOs")*

This Compensation Discussion and Analysis describes the compensation of our NEOs named in the Summary Compensation Table for 2017:

| Name | Position |
|---|---|
| Frank Williams | Chairman of the Board and CEO |
| Seth Blackley[1] | President |
| Nicholas McGrane | Chief Financial Officer |
| Thomas Peterson | Chief Operating Officer |
| Steve Wigginton[2] | Former CEO, Valence Health |

[1] On April 18, 2018, Mr. Blackley was elected as a director of the Company.
[2] As of March 2, 2018, Mr. Wigginton resigned from the Company.

*2017 Highlights*

Below are highlights of our financial performance in 2017, including revenue and Adjusted EBITDA , which were the performance metrics used for the Company's 2017 Annual Executive Bonus Plan (the "2017 Bonus Plan"):[1]

• Revenue of $435.0 million, an increase of 71.1% compared to 2016; Adjusted Revenue of $436.4 million, an increase of 70.3% compared to 2016
• Net income (loss) attributable to Evolent Health, Inc. of $(60.7) million; Adjusted EBITDA of $(2.2) million

[1] See Appendix A to this proxy statement, entitled "Use of Non-GAAP Financial Metrics", for the definitions of Adjusted Revenue and Adjusted EBITDA, and reconciliations to revenue and net income (loss) attributable to Evolent Health, Inc.

21