# Exhibit 13

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH

# Analyst/Investor Day

## Thursday, May 11, 2017 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

spglobal.com/marketintelligence

# Table of Contents

Call Participants .................................................................................... 3

Presentation .................................................................................... 4

Question and Answer .................................................................................... 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Call Participants

**EXECUTIVES**

**Chris Dawe**

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Heather Orth**
*Market President*

**John Richard Mach**
*Former Chief Medical Officer*

**Mike Minor**
*Former President of National Medicaid*

**Nicholas McGrane**
*Chief Financial Officer*

**Seth Blackley**
*President*

**Steven J. Wigginton**
*Former Executive Vice President*

**Thomas Peterson**
*Co-Founder & COO*

**ANALYSTS**

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

**Unknown Analyst**

**SHAREHOLDERS**

**Unknown Shareholder**

**ATTENDEES**

**Dave Self**

**Fred Wallisch**

**Fredrick Wallisch**

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Appreciate everyone being here. We've got a nice crowd here from Evolent as well as a few of our customers. Really happy to have everybody here this morning. I liked Dan's slide.

So I think what we wanted to try to do today is obviously have this be a relatively open forum, happy for people to ask questions as we go along. And that's the whole point of devoting this amount of time to who we are and what we do. So we really do want to encourage that dialogue. In terms of the agenda, what we thought we'd do is do a real brief overview of Evolent. Most of you know us well, but for those of you who don't, we thought we'd just provide a little update on the market, who we are and what we do. And then I think this amount of time affords us an opportunity to dive much deeper into what we do and how we do it. And so we do have the customer panel, so we're going to look at what we are doing in the next generation APO program. And we got a few folks who sort of head up what we do from a national basis and then folks in the field and then some of our customers as well.

We're then going to go into work at Passport Health Plan. That's a client that we brought on well over 1 year ago that's in the Medicaid market in Kentucky; a really interesting partnership for us and a great opportunity to talk about how we can work collaboratively with a leading-edge provider. So we'll cover a much deeper dive on Medicaid.

And then we're going to go a little bit into how do we see the future in terms of the solutions we're developing for the market: how do we drive performance for organizations that are moving towards value; how do we think about product development, solution development, et cetera; and then touch base a little bit on the financials; and then do Q&A. But I do want to encourage people to ask questions as we go along, and again, we want this to be as informal as a group of people in very nice suits can be. So that's what we're going to try to do today. Okay?

All right. So for those of you who don't know us well, what we really set out to do was to build a national network of organizations that were moving to value-based case. And for those of us who have been in healthcare for a long time, we really felt there was a sea change going on, largely because of pressures which we'll talk about in the traditional economics of the provider business. Both for physicians and hospitals that there was a big shift and that shift was going to drive people into very different reimbursement arrangements so that they could maintain their financial positions and continue to do what they do. What we also learned, and this is going back about 6 years ago when we were looking at the market and trying to understand what healthcare providers were thinking about, the other thing we discovered is they really didn't have any of the capabilities to do this resident within their organizations. So they didn't have the technology, they didn't have the infrastructure, they didn't have the people knowledge and when you actually looked at what you needed to do, it was not only broad-based expertise that you needed to do across all the things that we do, but you needed to be very, very deep to do this well. So we saw a market movement and also a customer base, which was really going to struggle to do this on their own and needed outside support.

We also felt that you could do this in a very different way. If you think about the traditional payer model, they've tried to from on high manage the clinical side and it's been very, very difficult to do, to try to tell physicians how to practice with a manual, or to have a nurse tell them yes or no, does not engage them and surely doesn't engage patients. And so that's why, when you see all the premium increases, the whole national healthcare debate is because of this inability to control the medical loss ratio. Providers haven't been engaged, they get 20 different sets of rules from payers and they decide, we don't want to participate, they're not incented to participate and that's why the system hasn't worked. So a big belief that we wanted to build our infrastructure around engaged providers. And then if you engage providers, you change the way you paid them, you provide them the necessary tools and support and they will much more effectively engage patients. And given that 50% of cost is driven by 5% of patients, high-cost

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

chronic condition patients, engaging those patients in their health was going to be incredibly important to delivering value.

The second piece we learned in the early research was that there are massive benefits from integration. If you look at the leaders in this field, Kaiser, UPMC, Intermountain, those types of organizations, it is the bringing together of clinical, financial and administrative, all into 1 picture of the patient that ultimately drives a tremendous amount of value. It also drives scale from an operational perspective so we wanted to have an integrated platform.

Third piece is payer agnostic, which you may say "Why does that really matter?" But if you're a physician today, you've got 7 different payers with 7 different care management approaches with 7 different approaches to risk adjustment and you imagine all those people coming to your office every day, at some point you just I'm not participating. I can't think about which payer or which patient. So the idea that we could build 1 platform that applied to all payers, that streamlines operations, makes it a lot simpler for providers, both on the hospital side and the physician side.

And then lastly, we wanted to come to the market with proven results. One of our early partners was UPMC, which today is approaching $13 billion in revenue, $9 billion in capitation over 3 million lives. They've built an incredibly successful analytics and informatics group over that time and we were able to leverage that IP, leverage that technology when we launched the business and that really gave us an early start. And we've built out a pretty incredible team to add to that, plus all of our customers across our national network are contributing to the knowledge base over time.

So those are some of things we think are really important in actually executing and making us a little bit different than some of the traditional approaches in the market. What that's allowed us to do in a pretty short period of time is get to about 2.8 million lives that we support in risk-based arrangements on the platform. That's across multiple populations, so Medicaid, Medicare, commercial. We did about $256 million in adjusted revenues last-year and continue to have very high growth since our inception at the end of 2011; about 2,500 employees and today in about 30 metro markets.

And from an economic perspective, if you go to the lower left-hand side, long-term contracts, recurring revenue model, embedded organic growth and inherent scalability. Once you build the infrastructure and you add lives to the platform, the marginal cost to serve those incremental lives is low and that's where you ultimately get scale. So that's the fundamental business and economic model.

So just going to the market and this is something that many of you cover on a day-to-day basis. Going back years ago, when I was at The Advisory Board, we did a study on provider margins, just looking at changes in demographics, so the amount of the population that was moving into Medicare and Medicaid, and then the likely pressure on reimbursement in all of the segments that most providers serve. The interesting thing about that study, which was done in 2010, is what it said is that if I just stand pat doing what I'm doing and I allow the demographics to shift the way they're expected to shift, that's aging baby boomers in Medicare, it's people coming on to the rolls in Medicaid, and as a 3% margin business today back in 2010, by 2025 that's a negative 15% to 20% margin business. That was an incredibly important piece of why we thought it was a really important time to launch the business that we launched. In other words, that providers were going to be under tremendous financial pressure and therefore, they couldn't just stay in fee-for-service and continue doing that what they're doing, because the demographics of the population, 70% of spending going into high cost chronic condition patients in Medicare and Medicaid. So a massive shift for providers. Going to turn their economics upside down and therefore, a need to do things very differently and move into value-based arrangements.

And you can see all the segments, I mean, you guys follow all of this, you look at the Medicare budget just simply versus projected federal revenues and it will break the federal budget if it continues at its current growth rate. So no matter what you hear about the election and you don't hear anyone talking about going back to fee-for-service, and you don't because it will absolutely break the federal budget. So huge pressure in Medicare.

Medicaid, as we know, has a lot of pressure on states and I have Chris Dawe here who is going to talk a little bit about sort of post-election and repeal and replace, what we think the implications are. But the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

reality is in Medicaid there's not a lot of dollars to go around. States have got to figure out how do we use each dollar we spend in the best way possible and therefore, value-based provider-driven solutions are going to be incredibly important to make Medicaid actually work.

And then on the commercial side, we've seen, I would say less bold innovation here, but a huge push towards high deductible plans, self-insurance, shifting risk to consumers and now more consumers making choices based on value, based on pricing, et cetera. And so all of those pressures, if I'm a hospital today or even a physician organization, I have 2 choices. Do I lower my cost structure as much as possible so I become the low-cost leader in essentially renting bed days to payers? Or do I say, "God, that's really hard for me to do. Because I have got a pretty high cost structure, I'm not going to win in that world. There's going to be lots of substitutes for that. What I ultimately want to do is move up the food chain and get a higher portion of the premium dollar because I have the clinical data, I have the physician relationships, I can integrate those things together and I can deliver much better on MLR than a traditional payer" and that's where it's at. Because that's where 85% of the premium dollar is.

So again, the belief was that providers are going to be much better positioned to manage clinical care, having all of those advantages over traditional payers. Not that I'm saying traditional payers are going to go away. They provide huge value in marketing plans and obviously, national network and things like that. But on what really matters today, we think provider driven solutions offer a big advantage. And I think we believe policymakers see that too if you see a lot of the changes that have gone on there.

So that's a little bit of a backdrop of again, why we see financial pressure that's actually driving the industry to move. And we are seeing that pick up with increasing pace. I think as I've commented on a few of our last calls and conferences, I'd say across the last 6 months, in almost every provider conversation we're in, we are hearing that there is acute financial pressure on certain aspects of their business, either driven by unit price pressure and negotiations with payers that's becoming harder and harder, driven by volume being taken out of the traditional hospital setting into other settings, getting tiered out of a network, but small changes like that have a big influence on provider economics. And that's important for us because then it gets people to act. And again, moving into risk is a scary proposition for a number of providers. The economic rationale has to be there and then they have to feel they can be successful and that's really where Evolent comes in, in terms of providing all of that infrastructure and support.

So with that, I did want to turn it over to Chris Dawe. Chris was actually in the Obama administration. Very involved in a number of aspects of the Affordable Care Act and been in policy in Washington for a long time, a lot longer than looks like his age is. But I did want to have Chris open it up here. This would to be a great place for if people have questions to ask Chris about his perspective.

## Chris Dawe

Thanks, Frank. Good morning. Chris Dawe, I'm the Vice President of Payer Partnerships at Evolent. So I'm responsible and run our ACO solution nationwide, working with our provider partners to launch or grow their risk-bearing ACO businesses, whether that be in Medicare, a lot of work in the next-generation ACO program, but also with Medicare Advantage-delegated deals as well as the commercial market. Also run our health policy team, as Frank mentioned. Spent most of the last decade working on payment reform in the federal government at the Senate Finance Committee, HHS and National Economic Council at the White House, all of which is to say that I have the unenviable role of being our resident political prognosticator, which has got to be one of the worst gigs going these days. You either are very certain what's going to happen and are viewed as a liar or a fool, or you don't really know and then what value you added. But luckily for me, Frank hasn't decided to hold me accountable for any predictions just yet. So I won't be sharing resumes.

What I want to do is a few quick things, give us some thoughts on implications of the current piece of legislation that's now passed the House, the AHCA, and has moved over to the Senate. And what that means -- what we think that would mean if enacted for providers, what they think about their journey towards a value-based orientation. Give a few data points and tidbits for things to watch as the Senate picks up the ball here. And then share some reflections on what I've seen out in the market over the past

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

6 or 8 months about how providers who are thinking about, as Frank talked about, their journey, how they're viewing all this madness in Washington.

So first on the AHCA. I won't bore you with all the detailed summary, I think you're probably fairly familiar with it, but to me what's as striking as anything that's in the bill is what's not in there, which is that anything to do with moving the agenda forward around the federal government's role in leveraging their purchasing power to drive the move towards value, it's not touched at all. Medicare Advantage is left alone. We still think that's the gold standard of aligning a value-based proposition for a provider. That's left as is and, of course, is growing organically on its own. And on the fee-for-service side, with some of the experiments and demonstrations that the last administration picked up, there was talk early in January, December about whether the CMS Innovation Center, which has been the engine for this, would be on the chopping block. Not only is that not included but there's bipartisan legislation that's sort of flying under the radar from Senators Hatch and Wyden that actually explicitly doubles down on CMMI. And so I think look for more of that once we move past the repeal and the replace phase. And then the bigger change in 2015 was the bipartisan push to change the way physicians are compensated through what was called MACRA. Again if there's one thing that folks seem to agree upon in health policy in Washington is that MACRA is not going anywhere and will be implemented. So the signals still seem to be clear coming from Washington on what Medicare's going to do here.

In terms of Medicaid, Frank mentioned this, great opportunity for providers who are looking to reorient towards value and outcomes because of the not only the scale opportunity but also the opportunity with utilization. Medicaid is a major piece of this. I think what's interesting is, as you think about what the implication of a per capita cap, basically shifting financial liability on to the states, I think it's only going to lead them to look for someone else that they can shift financial liability on to. We're already seeing that happen and accelerate with the push toward managed care in Medicaid. And I think that would only -- the trajectory curve on that would only pick up. You may be aware that 80% of the beneficiaries in Medicaid are now in managed care but only something like 40% of the spend. And so those higher costs, sicker, more complex patients are the ones that you would see that ramping up into the managed care and Medicaid. And that's a great opportunity for providers. There's more room there to improve care and save. So I think that's probably ultimately a win once you factor in the -- some loss in coverage from a value perspective.

And then where all the politics are, are around the commercial market, individual market, the benefit changes, pre-existing conditions, so that's all the politics. From a policy perspective, at least as it relates to value, I don't see a lot of impact there. Those aren't markets that are crucial to providers who are trying to build a value-based business.

So this is a few thoughts on AHCA. Now what does this mean for the Senate? You may have seen some of the quotes, Bob Corker from Tennessee. "I put the House on mute a long time ago. I have no idea what's in the bill. We're starting over here in the Senate." They really are starting from scratch. A couple of things to look for: and first, widely underreported Section 3206 of the FY '16 confirmed budget resolution states, and is still in effect, that the Senate product, in order to retain this fast-track reconciliation status, needs to have the same amount of net savings as the House bill. Everyone's focus on this $1 billion that was in the reconciliation instructions, but they actually have to come up with the exact amount of savings as the House. So CBO tells us in week of May 22, they'll have a CBO report. But you can be sure that even with these last-minute amendments, that's still saving well more than $1 billion, I believe the last estimate was in the $200 million, $300 million range. That's really going to hamstring the Senate's ability to buy people off, move dollars around, do whatever they can to get to 50 votes. So keep your eye on that, starting to be reported a little bit more.

The second thing on Medicaid, more than half, a majority of sitting Republican Senators are from states that expanded Medicaid. So they have a lot of interest in making sure that they both check the box in what they've long promised with reforming Medicaid. But not do anything that would unnecessarily upset folks back home. So I think what you see there is some of the ideas and the cuts maybe being lowered in level and pushed off until later years. So it's "Hey we'll be long gone, governors will long gone and that'll be someone else's problem, but we did what they said we would do." What that then means is there are fewer dollars being saved in that 10-year window, which creates a problem with what I just mentioned, in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

terms of the reconciliation instruction. And the third point, as many folks now believe, that this is just a tax bill dressed up as a healthcare bill, with fewer dollars being saved, you start getting folks like Senator Lamar Alexander, who is a key player, talking about pushing out the effective date of the repeal of the taxes, which is going to create a huge problem with conservatives in the Senate and perhaps as they try to take this and push it back through the House where, as you know, folks have drawn some really bright lines about what they can and can't support.

So we'll see how it all plays out. There's obviously a still a lot -- a ton of political pressure on them to come up with something that they call repeal and replace, but there are several pieces of this that are stacked against them.

So a few quick thoughts on what we're seeing in the market. The first reaction has been the policy stuff has been an accelerant to this but my local market conditions, the pressure from employers and payers is what's really fundamentally driving my need to change. That doesn't change I think.

As you look through all of this, no one would look at this and say it looks like there are more dollars coming in through fee-for-service. And so the answer increasingly seems to be to move upstream and get closer to the premium dollar and as long as the MACRA piece is around, which is really reigniting competition for physician alignment in the market, they need to some steps whether it's an advanced alternative payment model, getting them in your MA network to lay some concrete on that physician network and make sure that doesn't fracture, which has both value and legacy volume implications. I'll stop there. Turn it back over, we can do questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Analyst**

[indiscernible]

**Chris Dawe**

Yes, yes. The question was what should folks expect on the timing in the Senate. We had in our office, a couple of days ago, Dan Todd, who's a former Senior Health Counsel of Senator Hatch and the Finance Committee, worked for Tom Scully at CMS, a good Republican insider. He's saying they're shooting for July 4 recess, but he is extremely skeptical that they'll hit that. We have -- they have to wait until the CBO comes out, again earliest the week of May 22, to even start this process. Again, that's their -- they don't even know their bogey yet on how much they have to save. So the process doesn't really start in earnest until after that. So if you're starting in June and starting from scratch, July 4 seems ambitious. I think they'll then push to look to get at least something by the August recess. I still don't -- I still haven't heard a credible case for how all these pieces come together and get you the 50 votes. But we'll see.

**Unknown Analyst**

You mentioned a doubling down in one of the bills in regards to CMMI. Is that regards to the funding amount or the level of activity they want to push with regards to fund holes or movement to value-based. Could you go into a little more detail?

**Chris Dawe**

Yes. So a couple of things. I was referring specifically to a chronic care improvement act that Senators Hatch and Wyden have put together with a bipartisan group and the Finance Committee in which they explicitly push CMMI to create new and better models that address the 20% of beneficiaries driving 80% of the spend. So that's the piece I was referring to. But even MACRA in and of itself, that had 400 plus votes in Congress and you can't even get a post office named with 400 votes but somehow moving to pay for value in healthcare garnered that. That's very explicit that the only way, really that physicians are going to have more avenues to get a guaranteed 5% bonus and get out of this p for p death matches, new models that CMMI is going to produce.

**Unknown Analyst**

[indiscernible]

**Chris Dawe**

Like I said, I gave up political prognostications for Lent and I think I'm going to keep that a permanent sacrifice. Like I said, I think there are some major hurdles there. But the political pressure from the base to have something is still there. Couldn't give you an exact odds, that's a -- again, I'd be falling into that liar or a fool.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*
Any other questions for Chris? We're going to lose him as he goes off to meet with a potential partner. Okay, all right. Good enough.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2017

# Presentation

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. So what does this means? I mean, a lot of people still will step back and say, "Okay, what do you really do at Evolent?" And I think if you suddenly now, let's imagine we're a large physician group or we are a large provider system and we're confronting all these changes, it's pretty complex. And if you think about it, if I'm the average health system and I decide, look Medicare is being cut and I'd like to have a stronger position in the market, I'm interested in launching an MA plan. Think about starting that from scratch. You don't have the talent, the infrastructure, the technology, the clinical programs, the ability to work with CMS, the ability to actuarial product design. And that's just one of the boxes on the page here. If I want to do something creative in Medicaid, same thing. I need a different set of programs, I need an infrastructure to support it. If I want to work with a local employer that's approached me and said, "Look, we want to do a narrow network arrangement with you. I've never work really directly with an employer." They're going to ask for things that we don't have resident in house. It gets complex fast. There's lots of payer delegated risk arrangements. Providers can get absolutely fleeced by payers who are essentially professional negotiators. So how do you think about terms, about network, about all of those things? So the average provider is looking at a wave of all these new things that dramatically impact their business financially. And so the idea that an Evolent could step in as a long-term partner and say, "Look, with 1 infrastructure, 1 team, we can help you referee all of this, get the right deals in place, build a long-term plan and execute," that's really where we sit, in between providers and a rapidly changing market that's across a variety of populations.

And we'll go into this in more detail later, but if you think about what you have to do. So if you focus on that second box at the top, right, I've got all these different populations, health plans that I now need to think through. How do I structure an arrangement? How do we add value for patients? And then if you just take launching an MA plan, as I talked about before, you've got to do all the things in the middle. I've got to have clinical programs, I've got to have ways of engaging patients, I've got to do quality and risk coding, I've got to work with CMS, I need compliance. I've got to get my network lined up and I've really got to drive referrals. I have to have physician report carding. I've got to manage out of network and then I've got all the back-office health plan services from paying claims, all the things you need to do to ultimately operate a health plan or a delegated risk arrangement. And this is massively complex. The providers that are advanced in this area invested several hundred million dollars across 15 years and most providers don't have the time.

So our ability to step in and say, "You know what, some of this you may want to do on your own, but the places where you don't have the expertise and where you need to move quickly, we can provide all of that." That was the idea. One integrated platform and then all supported and integrated by a very unique technology application that was developed at UPMC. We moved that code over. We have permanent license rights to that code. We have totally rebuilt the application. But it actually serves to connect all of these pieces, clinical, financial, administrative, into 1 platform. And what's unique about it is it can pull data from 20 different practice EMRs, which is what you see in most markets where you've got a lot of independent physicians, but again, all 1 infrastructure to manage the pieces that you see here.

The reason you can see this is appealing is if you look at our national network, so in a short period of time, the market has voted with their feet and said, look we need this type of support, given the dollars at stake, how fast we need to move, how hard it is to do, the inability to get to scale as a provider, and so now the Evolent network approaching 30 systems across the country, we'll probably be in 40 not too soon and cresting above 4 million or 5 million lives. So you really start to see this idea, it was the original idea of a provider-driven national network building. And you can think about the benefits both for contracting regionally to have providers in contiguous states. There's real advantages, you can pick up best practice that gets shared across these populations. You can think of cohorts that develop around things like the NextGen ACO where you're taking all of that knowledge and sharing it across the cohort, because these organizations are in different regions. There's some real benefits to what's emerging. And again, you can

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

see this map being filled out and ultimately having a very powerful national provider-driven network, which really was our original vision.

A lot of questions again: has the market slowed down as a result of a lot of uncertainty and election pressure. And as you know, we recently reported, we've had strong consistent revenue growth, that's been constant since we launched the business and met our objectives in the first quarter of this year. We've had continued growth in lives, now to 2.8 million lives. So really starting to build scale and that's across multiple product areas. We've added 4 new partners this year. Again, an average, we'd like to add 5 to 7 to support our growth for 2018. So we feel we're off to a strong start. And you can see some of the organizations there, and again, it's a variety of different organization, which really does open up the market for us. So physician-driven markets, ACOs, health systems, existing provider owned payers. That's been a market that we didn't know how well we'd be able to penetrate that, but what we are seeing is organizations that have lives don't have the sophistication and scale to grow and support what they want to do and so that's a great market for us as well.

And then just in terms of some highlights, we did bring on a 400,000 life contract, pretty sizable, through our relationship with Valence and we'll talk a little bit more about that today, but really exciting to bring that on. We continue to have regular consistent releases and identify adding functionality and capabilities so keeping that as a leading-edge tool and a really strong tech development team. We launched our next-generation ACO cohort, so 6 organizations, 200,000 lives running at NextGen. That's setting up a great business development pipeline for this year. Our first participant, Deaconess, had very strong results last-year and is really building on that, so a lot of excitement about NextGen. We continue to focus a lot on culture and really trying to build a very unique talent environment and I think that gives us an edge too, is just having an unbelievable workforce that's highly committed to our mission and supporting our long-term partners.

So that's really it in terms of the performance highlights, in terms of just stepping back and just the sort of thesis for the organization. Having done a lot of different things, I think one of the things that's very unique about this company is just a new company stepping in to a new market which is of this size. So however you size it, you can cut our assumptions by 1/3, it's a $30 billion, $40 billion, $50 billion market and we have an opportunity to be the market leader. I think that's very rare to step in with this size of an opportunity and it is picking up in pace. We're getting past the innovator, zealot part of the market and now as financial pressure increases, we're going to see the market accelerate. And we're already seeing that.

Second, having a differentiated solution and integrated platform. I mean, we really did go big. We took some risk in launching the business and going big but the -- because we saw the market size and the potential to really dramatically add value for proprietors, we wanted to have a full solution. I think that's positioned us very uniquely. If you imagine going back to the myriad of all those different segments coming at you as a provider, the question is would you rather have an integrated platform or would I rather piece together 50 point solutions and consultants and all sorts of things to try and execute. We felt an integrated platform was pretty critical.

Third, we've now been at it for over 5 years and we have results. We have clinical results, we have market-based results, we have incredible experience in our team and if you're a physician group or a health system executive team and you're quite nervous about this transition, you want to see results. And we absolutely have those in what we are doing.

And then lastly, we knew that if we could build the infrastructure and begin getting to scale, that as you added additional lives, you'd see the power of the economic model of the business. And simply stated, an incremental life and an existing relationship, the marginal cost to serve that life is small. So once you get past the huge upfront investment, you begin to see scale economies and we are starting to see that and we'll see that at the tail end of this year.

So that's the thesis. Hopefully, that's enough for those of you who didn't know anything about what we do to hear a little bit about it. And now we want to sort of dive in to some deeper customer examples and give you a sense of how it actually works in the field.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So with that, why don't we move to our customer panel and I'll call up Tom Peterson, who is of our Chief Operating Officer and have him introduce the folks on the panel.

**Thomas Peterson**
*Co-Founder & COO*

All right. I think we are mic-ed up. Yes, excellent. Thank you. Yes, let me mics at the table.

Hi. Tom Peterson, Chief Operating Officer, one of the co-founders with Frank and Seth. I think I've met a number of you from time to time, so it's nice to see a lot of you again. And I'm joined -- I'm going to -- at the far end of the table by Dave Self, who is the Chief Administrative Officer with St. Luke's Health Partners, one of our newer partners that joined with Evolent in the beginning of the year. And so we'll hear a little bit more from Dave later on. And then in the middle, I'm going to do 3 of the introductions, Heather Orth who is our Market President for the Evansville market with Deaconess Health Systems. And Heather was formerly a Deaconess employee. And as we sometimes do in our partnerships, was actually -- became an Evolent employee as a part of that relationship when we launched that a couple of years ago. So you're going to hear from both St. Luke's and Deaconess. And then I'll hand it over to John.

**John Richard Mach**
*Former Chief Medical Officer*

High I'm John Mach, I'm the Chief Medical Officer for Evolent Health.

**Fred Wallisch**

And I am Dr. Fred Wallisch. I'm the Director of Accountable Care for Deaconess Health Systems in Evansville, Indiana.

**Thomas Peterson**
*Co-Founder & COO*

Great. So we're going to sit so we'd like to avoid the strange mic handoff dance that we could get into. So I wanted to start off by talking a little bit about what's attractive with respect to the next-generation ACO, both to Evolent and to our partners and why we're excited about it and why we think our partners are as well. So we put the next-generation ACO in the context of other types of risk deals that our partner organizations could be considering or could be getting into. Everything from a bundle payment arrangement on the bottom left, up to a provider sponsored health plan; that's what a PSHP stands for. And we really do believe in the terms of capitation deals or deals where there's up- and downside risk. That the next-generation ACO program is quite a good capitation arrangement, both in terms of how it handles rebasing. A lot of payer deals rebase every year; makes it very difficult for you to actually generate savings on a year-over-year basis. The ability to increase your baseline effectively by doing risk adjustments for up to 3% increase in overall, effectively your baseline, as a result of risk adjustment. And then some of the opportunities you have with the waivers with next-generation ACOs. So as an example, you have a 3-day SNF waiver which traditionally, you'd have to wait 3 days in a hospital in order to admit to a SNF, you can do direct to skilled nursing facility admissions through that and we've found that to be really compelling in terms of adding value proposition. And then also, the effect that it is treated as an advanced payment model for CMS, which means it qualifies for the MACRA 5% increase for professional services under MACRA. And as a result of that, it reduces some of the downside risk that you might have in getting into this particularly program and makes it actually more attractive to attract independent physicians into that network because they can also qualify for sort of that payment model.

It's not perfect. There are some limitations that you have with next-generation ACO, particularly around network. It's still an open network. So what you get is you get attributed a certain number of lives based on your history and then those patients can go anywhere. So where you might have a narrow network product and a payer capitation deal where you can actually control the network and, to some extent, control the benefits, here, you don't have the ability to do those things. So it really does require you to be able to maintain network management. So referral management, managing leakage, those sorts of things, it puts a lot of emphasis on your relationship with your physicians. How primary care refers to specialists, closing that loop back to the primary care docs and making sure you keep them in your network and those

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

sorts of things that with either a provider-sponsored health plan or a payer capitation deal, you might have additional levers.

The other major difference is the lack of the ability to do utilization management. So since you don't do the authorizations in a next-generation ACO, you don't always know where your patients are at the time, right? With an authorization, you know that you just had an admit to a hospital. That makes it a little more challenging and so we have had to come up with strategies for identifying patients, where they are at the time, getting access to ADP systems, so feeds from various hospitals, having individuals in the hospitals that are notifying us when we have an admission, having individuals and hospitalists in the skilled nursing facilities, notifying us when there's patients there so we can actually get our arms around them and take care of them.

So those are the aspects of the next-generation ACO that we like. We have 11 operating partners at this point that are in either next-generation ACO or Track 3 and Track 1 MSSP. The majority of these are in next-generation ACO, the vast majority of them. We have a couple in Track 3 and a couple in Track 1. I think what we're finding is that Track 1 and shared savings deals that are exclusively shared savings, when you add in the operating costs and the ability to generate savings and then you deduct from that the reduction in admissions that are generating in order to produce that savings, it becomes difficult for the numbers to go all the way around the block on some of the Track 1 and shared savings deals. And that's why we're seeing more health systems recognize that they need to move up the continuum to take on up- and downside risk so they can take advantage of that.

Just a few notes on the consistency of the program. So one of the benefits of having a nationally sponsored program is that it's the same across the country. So if you go into different markets, even if you do a capitation deal with Cigna in 3 different markets, they're different deals that you negotiate them separately, et cetera, you're dealing with different management teams. There are different aspects of what you control versus what you don't control. The nice thing about the NextGen ACO is it's a consistent program across the country. And so that allows us to build large scale out of that program and so everything from talent and training. We have a talent road map basically that says look if we're going to add a certain number of new partners every year, we want to identify market medical directors and general managers and those sorts of things and career path them into that through internal promotions, et cetera, so that we can make sure we're putting our best talent into those markets.

Best practices that we can share. So we do cohort calls with our existing partners. We just had a cohort meeting this week, where we bring partners together and we're talking about best practices that we're learning across the various markets and there's a tremendous opportunity for shared learning. We learn from our partners every day and they learn from each other and so there is an opportunity there to really, really take advantage of that.

And then with respect to implementation. So we were able to launch, I think, 9 new -- a lot of these 9 new programs or next-generation ACO clients on January 1, 2017. So these are all -- a lot of these are new programs and the consistency of those programs helps us be able to -- same data field, same data format, implementation guides, work plans, all of that are consistent. So from an implementation and efficiency perspective and then our ability to manage that volume and scale that volume, which is one of our -- one of our business priorities is to be able to scale that. It helps to reduce that variability versus having again 3 different Aetna payer data feeds so we have to try to work through all that data issues with each of those data feeds.

Just an example of the aspects of how we think about productizing effectively around managing a risk deal is we actually build toolkits. And so we have a central team that codifies the knowledge. And these are just some examples of the areas that we codify around market operations, around governance. How to launch a physician advisory committee, a specialty committee, we'll talk a little bit about that as we go. Standard communication materials, there are restrictions on what you can communicate to beneficiaries, making sure that those are compliant, those meet the CMS guidelines, the ability to rapidly roll those out. From a quality perspective, you have to do data collection. We do that through both receiving the MR data and then an end of year, what they call a [ GCO ] audit. So there's a consistent way of going about audit

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

every-year and making sure that we are collecting the data that hit the quality thresholds that are part of the program.

Different opportunities for financial modeling, actuarial, valuing, network savings initiatives, as an example. Consistent medical economics approach that we would -- that we deploy across. And then CMS interactions. So CMS actually allows you to comment on the programs or suggests modifications to the program and so our ability to pool our voices effectively, has helped significantly in when we're finding things that are -- look wonky around the baseline and the actual -- in how they're handling the baseline, we have the ability to provide input into that and make modifications, those sorts of things. So we think there's a lot of opportunity to generate from ACO.

Last slide for me and John and I are going to present this together. If you really look at it, there's 4 main drivers. The nice thing about the next-generation ACO is the -- it's all relative, but the relative lack of limits to the complexity of what we are actually doing with these -- in these partnerships. Again, since we're not doing utilization management, we're not doing benefit design, there's no product development from a Medicare Advantage product, there's not the sales and marketing aspects of it. We focus on 4 main drivers and we organize ourselves operationally and clinically around those 4 drivers.

I'm going to talk about the 2 on the right. So from a risk-adjustment perspective, it's all about getting started early, using whatever data you have available to you to get started early, as soon as you know that you're going be in the program, so prior to the start of the year. So say the program starts on January 1, 2018, in the fourth quarter of 2017, we'd be working with our partners on risk adjustment with the presumed panel that they would have. So we don't know exactly who they're going to have but we know who and which Medicare beneficiaries are accessing their practices. We may not have access to claims data yet, but if they were a Track 1 MSSP provider, we do have access to claims data. So we know which patients have chronic conditions that have HCCs that we want to make sure we get them back in for a wellness visit and begin to understand what the disease burden of this population is so that we can engage them in our care management program. But we do that even prior to the launch of that program to make sure that we're getting maximum benefit of our clinical programs on January 1 once we kind of press go. And that helps us. Given the business cases on these, it helps us make sure that we're not losing time as we start the first year of the program.

Bottom right, on network performance, this is really -- would be considered clinical savings that are generated in other ways in our care management programs. So it's things like shipping side of care from a hospital-based operating room to a free-standing surgery center for doing colonoscopies or cataract surgeries, those sorts of things. Things like post-acute and how you manage the post-acute network with respect to doings direct-to-SNF admits from the ED as opposed to admitting to the hospital or putting, what we call [ SNF-fits ] into the skilled nursing facilities, so that we are managing length of stay and managing appropriateness of admissions. It's working on home health and making sure that we're just discharging to home, where possible. So these are initiatives where we are engaging the network. So we're working through the primary -- initially, through primary care and then through the specialist to make sure that we are identifying the most -- highest-quality and most efficient method of delivering those services. But it's less on a -- and so on a one patient-by-patient basis and more by using data, by engaging the network to make sure they're making the right decisions consistently.

And I'll hand it over to John.

**John Richard Mach**
*Former Chief Medical Officer*

Thanks, Tom. As Tom mentioned, without the typical health plan levers to manage or to drive clinical savings, the importance of quality and care management really pop up to the top of importance. On the quality side, a couple of things I want to mention novel product to Evolent, we believe or at last count, we had over 2,000 rules, clinical rules, looking for gaps in care, bumping up against the numerous datasets and again, we have the luxury of a lot of different datasets we have access to. And then importantly, those gaps are really put into the workflow of the physician via electronic medical record and other vehicles to really make sure it happens. So it's not sufficient just to identify the gap. We have an efficient way to close

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

those gaps and that drives your quality scores. And then lastly, applying the rigor and standards of MCQA requirements and making that even across all our partners to support as well as driving results.

And then on the care management side, and if we have time later, I have some time to talk more deeply about this, but things I want to highlight about care management today is, probably the first point I want to make, and Frank touched on this, is when we're driving clinical value, we think about it doing it with providers, not to providers. And that makes a big difference, and that partnership is really a distinguishing feature of how we approach that. And you'll hear from our panelists in a little bit.

The first step is really supplementing what the doctors need to really address the high cost, high needs patients where the most opportunity is by bringing an extended care team to them. And we're working with them in figuring that out and making sure they're focused on nonmedical drivers of cost, which can drive 40% to 60% of excess cost in the high-risk people, so supplementing that.

And then once you have that set up, you've got to be really careful about how you choose to deploy those resources, given they are very expensive. So using predictive analytics looking for next year's drivers of cost is really important. And then also, equally important in our view, is that not just looking at all patients who might be sick next year but those that you can actually have an impact on, and getting really high degree precision and tuning of that stratification model so that you're not waste precious resources on the people you can't impact.

And then lastly, really working together with the doctors, I mention that to them, to develop a jointly -- single care plan that is jointly developed and carried through. And I want to note that just within the last week or so, I saw health-affiliate -- Paris article and yet another study and slowly emerging but really clearly is the kind of -- and in this case, the article was about the pioneer ACO in Boston and the relative contribution of care management. And the key is this, one of the main drive -- if not the main driver, are the savings they generated. So care management and doing that well is really becomes a central feature in something like NextGen ACO.

So I think we're going to head next to have our panelists present some initial slides on some background on their systems and their approach and then we'll move to Q&A.

**Fredrick Wallisch**

Sure. Thanks, John. Thanks for the invitation to come and share a little bit of our story. We're always excited to do that. As I mentioned before, I am family-practice trained but I'm the Director of Accountable Care for our health system. And just a quick overview of the Deaconess Health Systems. We're a not-for-profit, locally governed, fairly nimble organization, founded in -- yes, we're celebrating our 125th anniversary this year, so plenty of cake and parties if you ever make it to Evansville.

We're about $800 million in net revenue; very good bond rating; about 250 employed physicians, both in the hospital and in our multi-specialty group; about 5,500 employees. We are completely integrated with Epic on the inpatient and outpatient side and have been so for about 8 years now, and all the accolades that go along with a strong IT department.

We started in the MSSP Track 1 in 2012 and moved into the next-generation ACO program in 2016. So we were one of the original 18 in that cohort. We have many other models and many other pair partnerships that we work with as well. As far as the health system itself, about 540 total beds and 2 acute care hospitals. We have joint ventures with cardiology and with OB-GYNs for a couple other specialty hospitals, a joint venture with HealthSouth on acute rehab and also an inpatient psychiatric program.

We enjoy about 63%, 64% market share in the region. We have a main competitor that is part of Ascension Health. One of the things that we realized early on was that in order to be successful in this space, we needed to be first to market and a first mover in that space to really get out ahead of the completion. We also realized that the payers drive a lot in the market. Anthem has about 50% of the total market share in our area, so really reaching out and being proactive with those -- with the payers was an important part of what we're doing as well.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As far as just moving forward, we really began our partnership with Evolent in 2013, and really have grown up a little bit with them over time. But we were looking for a rapid movement into that space. We realized that staying in that fee-for-service world, as Frank pointed out before, was not going to be successful long term, and we needed to move into that value space pretty aggressively. We were looking for, rather than piecemeal-ing together several different consultants and several different platforms, really looking for that single solution for what we needed. And that's what led us to our partnership with Evolent at that point.

And really one of the drivers for what we wanted to do was the fact that we wanted to remain independent. We had consultants come in and tell us that we needed to puff up our books and prepare to be taken over or bought out. We wanted to remain independent. And so this is a way of doing that for us, being first to market, really a growth strategy and we really needed all those pieces that Frank mentioned before.

So just a real quick on our strategy. I like to think of this as a three-legged stool. So those 3 middle pieces, the network platform, the financial platform and the clinical platform, you need all of those 3 pieces built at the same time or it's not going to be successful. We needed to achieve scale to make our investment and population health sustainable model. That included the MSSP originally then the transition into next-generation program as well as our payer partnerships with some of our payers.

We moved -- as far as the scale goes, we moved from about 9,000 lives at risk to over 100,000 lives within about a 2.5-year period. And so a lot of growing pains but a lot of success comes out of that. As far as the network, we really needed to look outside of our own 4 walls. We have partnered with 3 other health systems that are independent within our region. We have partnered with multiple independent primary care and specialty physicians and gone from a network of about 90 physicians to over 240 currently in our next-generation population. And that's taken a lot of education, a lot of work, but that's the scale that we need to drive what we're doing.

The financial platform. Again, how do we take on that risk? How do we develop those strategies to work with payers and work with CMS, excuse me, to really take that risk and make it financially viable?

The clinical platform, it's great to have the contracts and the network but if you're not doing something different, at the end of the day, you're going to fail. Unless you're managing those patients, those risked lives, you're going to fail. So the clinical programs that we had started down the pathway towards and then really accelerated when we partnered with Evolent, really is what has taken us to the successful point that we are. And it's got to be physician led. We learned that early on without the physicians that you don't have that buy-in. So we have a very strong physician leadership team in our Physician Advisory Council. We include specialists in that as well and we can talk a little bit more about that maybe in some of the questions later on.

And then, really, the change management process. How do you take a group of physicians? And I can say this because I am a physician. How do you take these physicians who are getting multiple inputs from multiple payers, and how do you cohesively drive that forward to be successful? How do you educate those physicians? How do you really get the buy-in and the engagement that they need to take care of their patients? And that's really, again, what kind of drove us to Evolent and drove us to some of the partnerships that we formed both with CMS and with our payers.

It's been a successful model up to this point and I'm going to turn this over to Heather so that she can tell us about some of those.

**Heather Orth**
*Market President*

All right, great. Good morning, everyone. I have the pleasure of sharing, really, what happens whenever we apply this operating model and the national solution into a local market who's seeking to solve things such as achieving scale and being able to improve quality of care and care for patients while also achieving financial stability.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

So what have we seen at Deaconess? We were one of the first next-generation ACOs, started in January 1, first year of the program, one of 18. And we took this model that we have developed. We worked with our Deaconess partners, implemented the model in the market. And from a results perspective have some very strong results to share with you today.

From a quality perspective, we were able to achieve a scale of physicians and a network across 3 states, 2 time zones, 13 electronic medical records and successfully educate all of those physicians and clinicians about what's required from the program for a quality perspective. And we were able to successfully achieve and meet the quality requirements for year 1 for NextGen ACO. And we're ready for year 2.

From a risk-adjustment factor perspective, so Tom talked a little bit about that earlier, we were able to achieve our operating targets. We were able to educate and mature our network and our physicians within the network. So they understood the importance in this new world of fully documenting complexity for their patients, not just from a financial perspective, but also from a clinical care perspective.

So moving on to the clinical programs that you briefly heard about. Imagine this. Imagine 30,000 patients spanning 26 counties, 250 primary care physicians, 13 different electronic medical records, 2 time zones. How do you, as a single health system, manage that population? So we are able to take our solution, our IT infrastructure, Identifi, that you've already heard about and effectively educate all of our providers and clinicians across our next-generation ACO cohort to effectively deliver our clinical programs to the right patient at the right time, so improved quality, better care for patients.

But what have we seen in terms of financial performance? So we have our preliminary results. We have tracked very favorably all year. We've seen improvements in our utilizations. Anecdotally, we've heard tremendous success stories from our patients, from our physicians. We've had excellent enrollment and from a financial perspective, we're anticipating currently around $5 million to $7 million in shared savings for year 1 performance. And based on some preliminary information, we're anticipating finishing at the top of the pack, within the top 3.

So really expressing some favorable strong performance and results to show that, really, this whole model and this team that we built, healthcare partners and our clients helps our patients and helps us achieve the business results that we need to see.

So with that, I'm going to turn it over to Dave Self. Dave is the Chief Administrative Officer at St. Luke's and he's going to talk to you a little bit about [ fair market. ]

**Dave Self**

Well, thank you, Heather and Dr. Wallisch, and thanks to Tom for having me follow such a tremendous success story. We're a little new to this game.

**Thomas Peterson**
*Co-Founder & COO*

No pressure.

**Dave Self**

Thanks. A couple of things about our organization. One, I'm not native to this particular side of the industry, I spent about 25 years on the payer side, joined St. Luke's 2.5 years ago. So I brought over the other team's playbook and when I changed jerseys, it was because I saw the limited utility in the payer side of trying to not pay out to providers and how the game was moving. And Frank framed it well earlier. In fact, everyone that's spoken so far has really framed this up. So let me dig into some boring business facts. I'm not a physician, so you're just going to have to deal with the humble business guy.

St. Luke's Health System is, as Deaconess, over 100 years old. It became a system about 10 years ago, really was a federation of hospitals coming together and so we're still going through the growing phase of pooling together physicians. You can read the screen for yourself as well as I can read it to you, but I will tell you that remaining independent was high on the list of the Board of Directors' criteria for why we would begin this top business transition from volume to value from the currency for service environment

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

where it's do-something-and-get-something to taking accountability for the totality of the healthcare dollar after administration. When you net everything else out, that's what it comes down to, that the provider takes $1 on the table and says, "Here, payer, you take your $0.10, that's your administration, your profit and your margin. We'll take the other $0.90. We'll be 100% accountable for that." We got into the game, 1/1 of this year with 161,000 accountable lives attached to the health system in St. Luke's Health Partners. We are a wholly-owned subsidiary of St. Luke's Health System. We have a separate fiduciary Board of Directors that does report out to the mother ship.

So we have several layers of accountability. And the reason that St. Luke's Health Partners was created, and what was attractive about coming over to this side of the equation to me, was that the federal government, major employers and insurance companies were actually ahead of the curve. CMS put a stake in the ground a while ago and said, "You know what, we're not going to keep paying you just for ticks through the meter. You've got to move the needle on quality and outcomes, and we're going to tie your compensation to that." And major employers going back into the early odds didn't say. And if you look at Boeing and even Safeway, which is now part of the Boise hometown Albertsons, go team, they said, "It's not good enough for us just to cut checks every month for our population. So docs, we want you to have skin on the game." So we started looking at the entire population, both commercial and Medicare. And when I joined 2.5 years ago, a lot of the pieces were there. It was a little like looking at the floor of a garage and seeing a car in pieces. Great foundational work had been done but only somebody that had some experience could see that maybe this could be a Corvette.

And so we brought in my dyad partner Dr. George Beauregard from Boston. He'd done this work for about 15 years, both in Boston and Harrisburg, PA. And we started putting together the 7 key elements of being a financially and clinically integrated network. And we did not seek out Evolent because they were Evolent. We actually started looking for a technology platform to build out analytics. We sent out an RFI, took 7 companies, bedded it down to 3, shortlisted it. And about that time, I think, Frank got ahold of our President and CEO of the St. Luke's Health System, Dr. David Pate. He said, "Hey listen, I want to stay in touch with you, we're making some good progress." Frank, I won't put words in your mouth, but it was compelling enough for Dr. Pate to pick up the phone and call George and myself and say, "If you guys are interested, you should probably have a chat with them." We were already shortlisted for a technology deck.

We got on the phone and met with Sara Crate, with Seth Blackley, with Tom and others, made a trip out to the East Coast and cut everybody else off the short list except IBM Watson, and then it wasn't a fair fight because Evolent and what they brought to the table was a very different value proposition than IBM. And IBM Watson is a great platform. We think there's tremendous utility in what they do. But what we got with Evolent and what was extraordinarily attractive to my partner-in-crime, Dr. Beauregard, is the subject matter expertise, the people that they can put at the elbow of our providers, and we've got a lot of them, over 2,200 as you can see on the screen; and also the technology that I was really looking for in order to have a single platform across both the NextGen ACO and also our commercial population.

So that's a Reader's Digest version of why we chose Evolent. But we did not go out looking for what they ultimately provide. We also started out thinking it would be kind of a training wheels sort of relationship. I will tell you that we have most recently told the Board of Directors of both our organizations at St. Luke's Health System that -- of the decisions that George and I have made, we consider this to be one of the best so far. We view them as a partner and not on paper. We have folks at our house, in our office. We have a little different model than Deaconess as far as the employment construct, but the team that we have on the ground working brings that subject matter expertise we're able to look forward to fully deploying the Identifi platform across all of the clinics and having our internal staff use it as well.

A couple of things that are great interest to us. Well, okay, to me, but of that 161,000 people that are attached to us in accountable agreements, that constitutes about $900 million of annualized spend. And that's in our first year of being in the game, in this accountable environment.

On the Medicare component, we were in the MSSP long before I joined St. Luke's. They did very well on quality and they were horrible at containing cost. So we knew that the quality piece was possible but now how do you crack the nut on the dollars? And that's where we felt that Evolent would bring real

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

value when we made the decision to jump to the NextGen ACO, not without controversy and risk in our organization. So we're grateful for the opportunity to work with these folks.

And the last piece of the value proposition that I saw was a financial backstop and the ability to share risk in a meaningful way. Because when you get into something in the first year, with my background, I want to lay the risk out somewhere else. We were in deep conversation with a number of commercial reinsurers and provider excess loss organizations. What we found with Evolent was the opportunity to have a high quality backstop.

So we ended up with people, subject matter experts, the technology and the financial backstop in 1 partnership and that was extraordinarily attractive to us. We don't have the background yet that Deaconess does, so I can't tell you what the results are, but we hope to emulate their success as we move forward. Early returns are good, but I'm a conservative guy, so I'm not going to talk about placement and pecking order.

We're grateful for the opportunity to have the learning collaborative that's been discussed as well. We had some folks out in Arlington earlier this week and we think that, that is going to help accelerate our progress as well.
And with that, I think we probably want to get to Q&A, so I'll stop there and turn it back to Tom and Dr. Mach.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Thomas Peterson**
*Co-Founder & COO*

Thanks, Dave. Yes, so we're going to turn it over to Q&A. I'm going to get things started with a question, maybe John will have one as well then we'll be happy to take some from the group. So first is for Dave and then Fred, feel free to comment on this as well. But you talked about the benefits with respect to MACRA and the advance payment model. I'd like for you both to comment on how you view this next-generation ACO and your broader payer risk deals with respect to the docs in your network and in particular, the independent docs and how you view this as either adding value to them or strengthening those relationships.

**Dave Self**

Certainly. We went out with a new participating provider agreement last September to the marketplace, and my expectation was that we would see about 1,500 total participating providers or so. And we had about half of those employed. So that's 1 signature that's fairly easy to get. But of the other 750, we felt that we'd have a good mix and felt that being part of the NextGen ACO through the network would help satisfy that MACRA versus MIPS challenge that many independents have. And we were right. We ended up outperforming and ended up with more than 2,200 providers. So you can tell that there's a real fear among some of the providers in the independent community wanting to be aligned with an organization, a program that allows them to avoid MIPS and participate meaningfully in MACRA with expertise. And that's something that we're able to find through the Evolent relationship. And also, as our team learns, we're becoming more adept at providing that guidance in the marketplace, too, but it was a strong driver to building the network.

**Fredrick Wallisch**

And I'd say we actually started in NextGen before that was in place. And so it's kind of been a bonus for our providers to realize that they're part of this, but still, the quality recording and the pieces around that were very attractive to our independent facilities as well as our independent docs. And I think just taking it out to them, knowing that they needed to be doing something in the space, was very attractive to them. Again, even before the MIPS and MACRA piece came on board. The other thing that I think is attractive is that, it's kind of the concept that all boats rise with the tide. And as we -- one of the frustrations was having differentiations in your panel. As a provider, how do I keep some of these things straight? But as we get more and more lives on this platform, which the NextGen allows us to do and some of our other deals, that gets to a critical mass and that raises the help of the entire panel of patients because you treat them all the same. So it was -- that was as much a benefit for our independent folks as anything else when we started a couple of years ago.

**Thomas Peterson**
*Co-Founder & COO*

Fred, the NextGen ACO, just on paper, is much more physician friendly because it doesn't really rely on the fact that you don't have the utilization management benefit determination, Mother-may-I process. On flipside, of course, the challenge, of course, is you still have to get clinical savings without those levers. Talk about how you and Deaconess approach that and what adjustments did you have to make and your thinking and your process from that.

**Dave Self**

Good question. I think that if you go back to 2014, even before we kicked off of a lot of these things, we developed our Physician Advisory Council. And our Physician Advisory Council is made up of 12 practicing primary care physicians. And they help vet all of our programs, they help pilot our programs, they've helped us develop and tweak incentive models as well as some of the scorecard that we've done. So getting that physician buy-in is extremely helpful to managing some of those things when you don't have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2017

the health plan levers. Specialists are part of that as well. We have a separate specialist counsel that although they're not necessarily financially tied to this, they understand that over time they will be, and so they're learning how to manage some of these things with us. We have some comanagement agreements in place with specialty and primary care, and trying to develop those more, really letting them drive some of our programs around end-stage renal disease, around heart failure. They have a big stake in that, so allowing them to do that. I think also the technology platform, the Identifi, has been extremely beneficial in that regard, just the gaps in care and some of the financial modeling that again, not being a health plan, we don't have that. And then building some -- on that, the ADT feeds from our independent folks really helping us drive some of those some of those things when we don't have access to that data set from the -- being a provider on a health plan.

**Thomas Peterson**
*Co-Founder & COO*

Any questions from the group? In the back?

**Unknown Attendee**

My question's about market share within your geography. I think you both talked about [indiscernible] how much is that [indiscernible] what type of share specifically do you [indiscernible]?

**Dave Self**

We see about 2 out of 3 claims deployed to the payers in the 20 counties in the St. Luke's Health Systems footprint are generated by our providers and so we've got right in that 2/3 range of market share. We also enjoy an 80% market preference by survey among consumers for the brand. And so we felt that those 2 things, hand in hand, allowed us to take a risk and move into the next-generation ACO with some confidence as well as the fact that we knew that the needle could be moved on quality through the MSSP program as a background. But then when we looked at the commercial population as well, we had to take into consideration, are we just fooling ourselves that everybody loves us or can we actually go out and take this risk? And it's too early to tell. We started off in a big way but in 18 months, I'll feel a lot better about the actual performance and then also whether both the physicians remain in the network participating, if they find value, and the consumers continue to make us a choice as well.

**Fredrick Wallisch**

And I'll say at Deaconess, the fee-for-service has been very, very good to us. It's allowed us to enjoy double-digit margins and it's been very successful. But we looked at it as an opportunity to do things from a position of strength rather than a, "Oh, my gosh, we've got to do something tomorrow." So building that infrastructure and leveraging that fee-for-service world kind of a foot in 2 canoes if you will, and slowly moving more of that over to a risk-based model, was something that we felt comfortable doing. And then I remember in late 2015, when we're deciding whether to go into NextGen or not, somebody finally just said, "We built this platform, we have to use it." And so it was kind of that nudge of, hey, we've been successful with our own employees -- I'll give you an example. We haven't raised premiums. For 3 years in a row, we didn't raise premiums for our employees. Last year, we did but this year it'll stay flat again. Those successes helped us move in that direction but we also looked at it as a growth strategy. That 63% allows us to do some things, allows us to take some risks that maybe we wouldn't otherwise be able to do and look at that as a growth strategy for a bigger region than just our own 4 walls.

**Thomas Peterson**
*Co-Founder & COO*

Yes, I'd say that's what we see in most of the organization, there's a race to try to lock up the independent docs as quickly as you can, right? So get them aligned to your -- if you've got splitters, how do you get them aligned to the referral patterns that end up into -- feeding into your health system. And so when you talk about the participation agreements that you're signing with these docs, you can't be into next generation if you [indiscernible] right. So you want to get them locked up and get them referring into your referral stream. So that's a big opportunity and traditionally, health systems haven't had a lot of levers other than buying physician practices to try to get the benefit of the downstream referrals. This allows

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

those independents to remain independent. They get the benefit of the 5% bump in MACRA and they have the -- in order to make sure you're providing quality care and coordinating that care, you're keeping it at that system. Brian, any questions?

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

Yes, I have a question for Heather. When you think about the savings that Deaconess is likely to achieve, are there 2 or 3 certain areas, where the bulk of that's like risk adjustment or network expansion? Or it's just pure clinical variation [ you adopted ] [indiscernible] system?

**Heather Orth**
*Market President*

Sure. So what we've really seen in terms of drivers for success is the ability to really hold the cost curve, particularly in the area of inpatient utilization and so what we've seen is an improvement in our inpatient utilization, which is what we would expect with several of our clinical programs that we have. So we have seen that play out. We've also seen, which we would have expected, increase in primary care physician utilization. So what that tells us is we are able to -- and we are being successful in engaging our population and directing them back into their primary care physician practice. So they can -- it's ambulatory care that they need in order to manage their chronic conditions and not end up with a hospital admission. So at this point, I think that's probably one of the biggest improvements that we've seen that we can point to.

**Unknown Attendee**

For Dave and Fred, [indiscernible] by taking the leap in becoming a payer versus operating [indiscernible] contract, so what -- where you are in the process of kind of going all the way in as a payer versus this kind of contractor traditional [indiscernible]?

**Thomas Peterson**
*Co-Founder & COO*

We're supposed to be repeating the questions.

**Fredrick Wallisch**

So the question just around that continuum of going from the risk-based arrangements all the way up to being a payer. And I think for Deaconess, that was one of our initial thoughts was around are we big enough to become a payer? And the answer was probably not quite big enough and the market may not have been right for that. So what we did was we sought out a partner for that. So we actually do partner with Indiana University Health Plan and provide a cobranded commercial and MA product in our market. They didn't really have much of a presence down in our area. They did in the rest of the state. So they kind of opened up some networking opportunities for us. And that's been successful and allowed us to kind of dip our toe in that without building all the back-office infrastructure and the investment that goes along with that. But certainly, that's on -- I mean, it's always in the back of our minds of do we need a partner or can we do this on our own.

**Dave Self**

I have a favor to ask of the Evolent team. Make sure legal counsel at St. Luke's hears that I made these statements. We are not an insurance company. We take performance risk. So the insurer still maintains the contract between the consumer or the employer and their organization. We simply take the performance risk, essentially a global cat for a specific amount of the dollar. As in the NextGen ACO, it's a similar program with some belt and suspenders on how much you can win or lose. But on the commercial population, where we're using the same methodology as we are with Evolent on the NextGen ACO, we expect to see a significant improvement in the performance -- the financial performance of these arrangements. And it is a performance-based risk, not an insurance risk. So the day may come. We choose to not say never, but at this point, becoming an insurance company in actuality is not on the radar screen for us. That's a much bigger jump for many systems and certainly for ours.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Thomas Peterson**
*Co-Founder & COO*

Any other questions?

**Unknown Attendee**

John, you said you might [indiscernible]. Can you talk about how many [indiscernible] are realistic for [indiscernible] a lot of money it doesn't want to take on risk, how does that ultimately [indiscernible]?

**John Richard Mach**
*Former Chief Medical Officer*

Yes, okay. So we have time in the schedule, I don't know if we'll get to it later, if we can take some of these questions, just to answer briefly though, when you first start out and you think, well, I just have to have 1 coordinator on that and you assign her, usually, all the responsibilities of coordination and taking care of the non-medical issues. And that's the only tool in your toolbox, then most caseloads tend to be really long. You'll see -- thinking about PACE organizations and other people that are managing high risk and they'll be -- I hear a lot of quotes, these aren't ours, did a lot of quotes, that it's in the 30 to 40 patients per care manager range. When you have -- and again, there's a big piece of that is are they the right people. So it's a really important piece. When you have technology, reporting, performance management, call centers, centralized call centers, to support them, community health workers, think about that extended care team in ways that you're having everybody operate at the top of their license. You can get significantly better caseloads and really keep that nurse focused. And so instead of her dialing and getting a lot of no answers or a lot of busy signals, figure out some warm transfer options, have somebody else do that, so she's not doing that. And also, whereas home care visits are really important for a care manager and a subset of people, they're pretty precise about who you have to do that on instead of just flatly saying, "Everybody gets a home visit once a month." And so we're getting a lot of physicians with all the work we're doing on that. So you can double, maybe even get up into the 80, 90, 100 range if you do some of those supplemental things and we don't think we've seen the top limit of that yet.

**Unknown Attendee**

For Fred or Dave, a couple about physician compensation model, like, how much more physicians get paid? And when they get paid [indiscernible]? What's the [indiscernible] physician?

**Dave Self**

Sure. And to repeat the question, what is the physician compensation reimbursement methodology that we've chosen. We are also a physician-led organization. And one of the key committees is the contracted funds flow committee. And they develop a funds flow methodology that -- and they landed on a 10% -- it's essentially a withhold. We don't call it that because that's a bad word for physicians, 10% withhold. And then with performance, after they go through gates like citizenship, and, of course, quality and cost performance, they can actually earn above that and there's not cap on that. There's caps on what we can perform, what we can do with NextGen ACO specifically but we blend it, we're using the same methodology for NextGen, so we blend that with the commercial. And the physicians, I believe we have 5 key categories right now. We're starting with the primary care docs, oncology, nephrology, hospitalists and missing a key one, obviously, oncology. And then we have a bundle for the orthopedic component. We've not put them fully into the risk model yet. That's how we're addressing it.

**Fredrick Wallisch**

And we're doing similar things within our employee group but with almost 60%, 70% being non-employed by Deaconess. What we do, there's a lot of incentive programs that are based into this. Our physicians aren't taking the risk. Deaconess is taking all the risk on these programs. So we're not shifting that to the individual providers. So we incentivize them, a lot of that is process driven now. But laying the groundwork for outcomes-based performance, sharing scorecards, sharing data with our physicians on a regular basis, we have pod meetings where we bring groups of physicians together and share that data.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we're moving in the direction of more outcomes-based measures. But within our health systems, we're working with them, supplying some of the data that they need in order to have those -- that withhold model or some change to their compensation where Deaconess is only about 5% rather than 10% with our employed physicians, but moving in those directions.

**Thomas Peterson**
*Co-Founder & COO*

And Deaconess has actually pre-funded certain incentives. With the shared savings, that pool gets refunded first. So to your point, it's not prisoner's dilemma where we don't get paid if the overall system doesn't make money. So they actually get incentives ahead of time. I don't know, Heather, if you want to talk a little bit about the ED bundle, might be a good example of that.

**Heather Orth**
*Market President*

Sure. So for example, one of the things that we've seen across our populations in our ACO is we have some opportunity to reduce emergency room utilization. And so what we worked with our risk physician leaders on is how do we design a program so that we can begin to get physicians across the network engaged and having more access within their practices, helping their clinical teams understand the importance of reducing emergency room utilization and reimbursing physicians for some of those activities that will decrease emergency room utilizations, like expanding their office hours, having some alternative ways of business. So what we did was design an emergency room incentive bundle, where we provide education for the staff, education for the physician, regular reporting and then there's a menu of activities that the physicians can choose from with their practices to say, "You know what, I think we're going to do 3 or 4 of these things to help us drive down emergency room utilization. So I'm going to start offering some Saturday hours or evening or morning." So that allows the physicians to begin to receive some compensation right away for those activities that might not be reimbursed through a fee-for-service model. And as an ACO, it allows us to drive performance forward before we actually have the outcome. And just to add to that, I think the other thing to keep in mind that we've seen with our affiliate physicians who are independent, is it's not just about those incentive dollars, but it's also about the additional staff and the additional support that we're providing to them, and they see that as a benefit in addition to

the monetary benefit.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

So I think we're just about the end of our time -- into our time and that equipment. We'll just have a quick one.

**Unknown Attendee**

Which of them is asking you their [indiscernible] or it's just something that you [indiscernible]? And then [indiscernible] on hospitals and then are you seeing market share; have your volumes increased as a result of these programs?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

The last part of the question was, have volumes increased and...

**Unknown Attendee**

Are the payers asking you?

**Dave Self**

Are the commercial payers asking us to take risk. The volumes may have increased. It's too early to tell right now. Right now, we're into our probably second month, not quite third month of credible data. So it's hard to say what's actually shifted within the St.'s [ result ] system. We have virtually all the hospitals in

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the region with the exception of 2, one of which is participating and then we have our competing systems in [indiscernible] that does not participate with us. So the commercial payers came to us because of our market share and said, "We'd like to have this conversation." Two said, "We'd like you to take it all." One backed off of that. We have the 75-25 with them on a specific line of business in the ACA lines of business and then also small group. We also have 100% risk in 3 MA plans with 3 of the payers. We proposed that because we feel that we could win there. And we think that that's reflected positive impact of the work done by Evolent.

**Unknown Attendee**

So are the copay [indiscernible] ask that are just steering volume into your system to have this arrangement over your contenders?

**Dave Self**

The out-of-network penalties are set up to drive it in, yes.

**Unknown Attendee**

And then is there a withholding on hospitals as well?

**Dave Self**

There is not currently a withhold on the hospitals.

**Unknown Attendee**

Do you think the [indiscernible] on that?

**Dave Self**

Aside from pleading the fifth on that, I would predict that there are 2 lines of business currently that have a high probability of being positive, and we have 2 lines right now that are probably going to show red ink at the end of 2017.

**Unknown Attendee**

[indiscernible]

**Dave Self**

It's really too early to tell. They're still trying to figure out exactly how the -- their current EMR, if they're independent, is matching up with the work that we're asking them to do. We're not perfect on integrating those other EMRs yet, but we're working to get that information and to identify it through a third party.

**Thomas Peterson**
*Co-Founder & COO*

All right. Well, thank you all very much. And yes, Nicky.

**Nicholas McGrane**
*Chief Financial Officer*

We just had a one [indiscernible] with this [indiscernible] being in the spot a couple of [indiscernible]. Can you just elaborate a little bit on the '16 program, what you've learned [indiscernible]?

**Heather Orth**
*Market President*

Absolutely, I will. So we have seen some preliminary information from CMS. And again, as I have mentioned, they're anticipating a very strong performance in the first year in the first cohort, and more specifically, expecting to land, if not at the top, perhaps the second. So really, either the first or second

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spot is what we're thinking right now in terms of leadership and performance across all of the NextGen ACOs for the first year.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

And [ that says ] something about PMPM savings per beneficiary now.

**Heather Orth**
*Market President*

Correct, correct. And it's not final, it's preliminary, so we're going to have to give it a little time to play out. But over the year, we've been tracking with a really strong performance. And based on results that we're seeing after we closed out 2016, we're waiting to get that finalized. But it looks excellent, so thank you.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. We'll invite the Passport team up next.
[Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Steven J. Wigginton**
*Former Executive Vice President*

Okay. We'll get started with the next session. My name is Steve Wigginton. And I'm joined by Mike Minor; and to my immediate left, Christie Spencer, who lead our national Medicaid business. And we're going to talk a little bit about 2 acquisitions that we made late last fall and do a little bit of an update on the integration progress there, and then we'll transition a little bit into the relationship that we have with Passport.

We announced, I think yesterday or the day before, that Passport had selected our new Identifi claims health plan services offering to power their plan earlier in the fall. Talk a little bit about the selection process and then also the impact that we're driving with our premiere Medicaid Center of Excellence partner, Passport, and then, of course, questions.

Quickly, just a little bit of an overview, I think, come back to the transaction we did in October of last year. The beginning of October, we closed the acquisition of Valence Health, a Chicago-based, value-based care provider with really 2 sort of distinct lines of business. The first, the administration platform, which we believe long term is critical to be integrated in with the clinical platform that we've developed over the last 6 years, and obviously, with the clinical heritage in [ IC ] of 12 years prior for UPMC health plan.

And then they also had some population health tools, analytics tools, workflow tools and an advisory business similar to Evolent's transformation business. That second set of offerings, essentially, we have brought together their advisory services team with ours, so we have a little additional leverage, and some real depth in the pediatric market which was new for us. Children's hospitals have a unique set of challenges and often opportunities, and Valence was very deep in that part of the market.

The population health technology, in many ways, was either similar to, redundant with, or potentially additive to our Identifi platform. And so over the last 6.5 months, we have been steadily working to migrate over those parts of the population health platform that makes sense to be added into Identifi. And obviously, to the extent that there's redundancy or we have stronger performance in Identifi, we're migrating customers onto that platform.

The primary driver in terms of our interest in Valence and the value that it's delivering long term really sits in the administration platform. We have the underlying technology for claims payment and adjudication. We also have service provision capabilities, so the staff, if you will, to support a back office of the health plan, both provider and member administration. We also have what would be traditional medical management-type overlays that help monitor and guide unit utilization such as utilization management and case management that are integrated in with the claims platform.

I think one thing that's highly unique about the Valence platform overall is that it is very much a provider-oriented approach. And so from initial deployment all the way through to ongoing service provision, their -- the clients are provider-sponsored health plans, and so they have a unique opportunity to impact cost and quality but also a different set of information and informatics needs in order to inform their provider population and essentially, take advantage of the information that's at their disposal.

We have approximately 1 million lives on this platform, this part of our platform. The integration process with the Valence health team has proceeded at or above our expectations. I think we're really pleased with the team that we were able to bring in. We've had great retention. We've also had, I think, strong cultural alignment. And as I mentioned, there's really a lot of complementarity to the service offerings, and so it's allowed us to expand our footprint. And I think, as we'll hear a little bit from a Passport standpoint, we see some cross-sell opportunities across our respective partners.

In addition to the Valence acquisition, about a month later in November of '16, we acquired the underlying claims software platform, which was written and supported by a company called Aldera that's also just outside Chicago. We closed that acquisition in November. We have been in the process since then now of

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

integrating that team. That team was largely a development shop, software development, QA, tests and customer support. Combining that with the IT resources that sat inside the Valence business, eliminating hand-offs, really creating a seamless, highly-integrated infrastructure.

And then importantly, the work of integrating the financial and administrative data that we have in the claims and administration platform with the clinical data that Tom and John and others were referencing that sits inside Identifi, that's the Holy Grail. And then you really are able to affect some of the question that was asked around benefit design and co-pays and risk identification and patient engagement. When those pieces all come together, you can move the needle quite dramatically on cost and quality and then up through -- the key then is to figure how to get paid for it. For those clients that want to go direct-to-consumer with a health plan, we now have the ability to provide seamless backup and support. And from a clinical standpoint, regardless of payer, their own health plan, a Cigna deal, NextGen ACO, they've got 1 unified platform for clinical management.

So that's a long-term strategy on how these pieces fit. I'd say that the Aldera and Valence acquisitions together, as we think about how those are evolving and are -- what they've done for our platform, we're seeing a great deal of acceleration on our road map. So being able to bring Evolent's technology acumen and Chad Pomeroy, who leads our technology team, a quite strong track record for building and deploying new solutions. So we feel really confident about our ability to continue to develop and extend the administration platform for all of the various flavors of downstream compensation that ultimately become possible as you begin to delegate or partner with providers around different kinds of risk.

So that's an update on the acquisition. Obviously, we'll take some questions at the end. But both of them, I'd say, have performed well. And we're enjoying both the new clients that we've been able to work with but also being able to take these services to some of our existing clients.

And with that, as a segue, I'll turn it over to Christie, to talk a little bit, at least initially, about Passport's selection process and sort of what they saw in this platform. And then we'll transition over to a little bit of the other work we're doing with Passport. Christie?

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Great. Thanks, Steve. Just a little bit of context about Passport before I go into the actual decision-making process. Passport is a full risk provider-sponsored health plan. Has been in operation since the mid-'90s. It started out as a Medicaid demonstration project and actually operated as a sole source of Medicaid managed care for about 12 years. So in 2011, the state decided that they were going to expand a Medicaid managed-tier program and add competition to us as well as go state-live with its model.

So we were already thinking that we needed to have a change with our claims processing platform but with these new developments, we for sure needed one just to increase our flexibility and our speed to market. Knew we had lots of more competition, so we were gearing up for that.

So about 8 years ago, we started to look at different claims platforms and certified administrators. And we evaluated 15 to 20 of them, actually of the larger ones throughout the country, and really didn't find anything that totally met our needs. I would say we'd never have done our options from a higher level to kind of 3 different models. One was outsourcing to a health plan, which is our current model; and the second one was using a more traditional GPA; and the third was really going directly to a software claims vendor and kind of building out those things.

So there's pros and cons with each of those different models. For the outsourcing to the health plan, like I said, that was our current model. So we have lots of experience with what the pros and cons of that was. Specifically, they had lots of resources available to us because they were not only sourcing our health plan but their own, so they could spread lots of those development costs along many lives. So the cost of that was relatively reasonable. I think the cons on that particular model is that their resources were, for the most part, directed to their own risk-bearing models before they were directed to us. So they had their own priorities. They also didn't have their own claims system, so they were dealing with a fourth party actually to do many of the customization that we were looking for.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

And the other 2 options just from -- weren't really viable for us. The PPAs were a lot of add-on products. So again, we're working with lots of different vendors, which made customization and speed-to-market not any better.

And the last option was just really too expensive for a plan of our size. We were about 160,000 lives at the time, so kind of in that mid- to smaller market of HMOs. So to be able to launch our own claims platform and add on all of the things that needed to be done in addition to that, just wasn't viable for us. And the vendors that we talked to, there were some very solid claims systems available out there, but the amount of resources that we would have to add to our own infrastructure to build out the PPA pieces around that claims processing just we didn't feel like we could do it, and it would be too costly for a plan of our size.

So time and again, we continued to evaluate all the different options available to us, and ultimately, we stuck with our current vendor because we didn't think that the benefits of moving really warranted the 12- to 18-month focus of an integration of the different platforms. So -- and we had a 20-plus year relationship with our current vendor, which is a huge effort, as you can imagine, to unwind that.

And so when Evolent purchased Valence and Aldera, Passport was really, really excited about the prospect of another option to these 3 models that we had identified, and we did a lot of due diligence. I think Frank characterized it in the earnings call as kicking the tires, I would say. We actually took off the hood and turned on the radio and made sure that everything was working the way that we want it to. And ultimately, I think there was 5 or 6 different things that really led to the decision from a systems standpoint.

First, the location. Never underestimate that it's a quick hour-plane trip from Louisville to Chicago. So having that kind of access to the -- on the corporation was really important to Passport. The volume was within the limits of what we were looking for. They had a lot of Medicaid focus, which was very important to us. And probably, one of the most important things was we felt like the system gave us a lot more flexibility than we currently had. And again, that flexibly was required to add new types of payment mechanisms and to do things quicker than we were able to in the past. And I think that's driven by the fact that both the PPA Valence as well as the software platform of Aldera was also purchased by Evolent, which really puts everything in one kind of shoebox. So that was really, really important to us based on our experience with our current vendor.

I think another driving factor was the ability to do multiple products. Although Passport is primarily a Medicaid plan, we do have a very small Medicare Advantage plan that we operate and have some aspirations to move in some other markets. So we saw that the [ sturdiance ] with the exchanges and the other products that Valence brought to the table would be beneficial to us in the future. And finally, the past performance was well within what we were expecting. So Valence was able to show us their past performance, which included turnaround times that were within our limits; [ air ] rates that were good; adjudication rates, good. All the things that you would think about for a claims platform, we could check the box on all of those capabilities.

So -- and ultimately, from a higher level, the ability to integrate with Identifi, a promise of kind of -- and I think one of the biggest things that we found is we did -- from a kind of overview method is that most of the times when you -- when we looked at platforms, it was the claims system kind of driving the entire health plan operations, whereas as a provider-sponsored plan, we really wanted the clinical systems to be driving it. So having a -- and most third-party platforms are like that. They have a big claims system. They kind of add on the UM, they add on like case management, they're adding on all these little things, but the claims system is what's driving it. And we wanted the opposite. We wanted the clinical system to be driving it, and the claims system to be kind of an add-on. So that was the major difference than what we had found on our market as well. And of course, Passport's relationship with Evolent was very strong. A consideration, too, we wanted to be all in with that and see the full power of that integration.

So ultimately, we decided to go ahead with the Valence, Aldera implementation. We are in full implementation mode right now, and we do believe that going to that platform will help us achieve our goals, which originally were enhancing the capabilities in Kentucky as well as being able to diversify and scale those out to the rest of the country.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'm going to switch to the next page. I'm going too slow. So in regards to enhancing capabilities in Kentucky, I think we've made a lot of progress on those bits over the last year. We've been able to leverage Evolent's national contracts and the volume that Evolent does in other states. So really doing more than Passport could do by itself is a huge addition. But I think probably the biggest one is kind of that second bullet there, which is the upgrading analytics and technology. This was one of the areas where Passport knew we weren't doing quite as well as we should be. We had tried several products. Actually, maybe a year before, we -- before Evolent and Passport's relationship, we implemented a competitor product, and we had a lot of trouble with it. I think the product itself was okay, but there was no integration support. There was no -- I think somebody talked earlier about all the resources from a human resources perspective available to help us integrate it and to use it. And the major -- the other major roadblock was that we bought a stratification system, [indiscernible] system that wasn't connected to our pure management platform. So for the Identifi platform, a major benefit in my mind is that, not only do you get this superior predictive model, but you know what to do with it. So this list of patients that are predicted to have higher cost and some kind of negative outcome, it leads you to: Okay, now here's the things that you need to do to make it a better outcome in the future. So those were very disconnected in our previous platform. So that was really, really important that we had not only that integration, but also the staff that knew how to interpret the data and we had the system to follow that through to actually make an impact.

And then finally on the scaling, I think we're making a lot of progress there as well. And specifically in the job growth, we're adding a lot of jobs in Kentucky, which makes Passport very happy. It's core to their mission to improve the economic situation as well as the social determinants for the Medicaid situation in Kentucky. So a lot of good progress there.

And I think I'm going to, at this point, hand it over to Mike to drill down a little bit more sophistically about how Evolent is helping Passport on [indiscernible] areas.

**Steven J. Wigginton**
*Former Executive Vice President*

And, Mike, before you do that, I think we sort of crossed over a little bit there. But again, just to reorient. The initial partnership with Passport was about driving their performance in their market, primarily focused clinically, initially; and then, as we just discussed, now moving into the administration side. That was job 1. Job 2 then is to take that platform, essentially showcase center of excellence, and be able to leverage that in support of both their growth and our growth in other markets.

So it's critically important that this partnership is successful because it's foundational to our Medicaid growth ambitions. It also gives us fantastic access to other Medicaid plans around the country that are looking closely at Passport's performance as an indicator of what's possible.

So just a little bit of context around both the clinical and the administrative coming sort of on the heels of "why that." Mike?

**Mike Minor**
*Former President of National Medicaid*

So when you look at the slide here -- and again, I'm Mike Minor, National Medicaid President. One of the things that I think jumps out as we've been talking about this, but just to kind of frame it back up, as you look at some of the competencies laid out here, what you're going to see are -- when you see market, network, clinical model, what you're really talking about there is the ability to provide those capabilities. Really, that's the front-end part of the health plan house. But then now you can also see that from an Evolent solution offering that we're also able to provide, what we would call, the back-end health plan operation. So you got your claims system, call center, those types of capabilities. And so you really can provide a provider-sponsored health plan or provider-sponsored entity with all sides of a health plan.

And that "why that" feeling, if you think about that. So if you are a new provider-sponsored entity, and you want to jump into the Medicaid space, you might be at a point where you need to respond to an RFP procurement cycle. You might have already won an RFP procurement cycle, but now you need

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

to launch a health plan. And so when you look at the capabilities here, you have everything that you would need regardless of where you are on that continuum to launch a health plan. On the other side, let's say that you're an existing provider-sponsored Medicaid health plan, when you -- again, you look at the competencies here, you've got the ability to think about this from: Do I need support from an administrative function? Do I need a better call center? Do I need a different claims system? How about UM? When you think about the other part of the health plan as far as managing a medical loss ratio, you think about our clinical programs, our technology, really being on the ground and embedded with a Medicaid health plan and supporting them either way. And so it gives them -- it's not just 10% of the premium dollar or 90% of the premium dollar. It's really 100%. So -- and Passport, as I finish on this slide to say, when you think about this across the nation and you think about a regulator and what they would want in their program, Passport and this partnership provides another just very compelling example of what a provider-sponsored health plan can do for a regulator as far as what they're trying to achieve in that state.

So a little background here. Their -- our Kentucky partner, Passport, again, a 300,000 member health plan, been around for 20 years. All of a sudden, they took back-to-back premium decreases not because they had done anything wrong, the state just had made an actuarial decision to decrease the rates in 2 successive cycles. And so that put some compression on the margin. And while they -- again, here's a health plan doing everything the right way and for the right reasons. It did present a challenge when you think about it. This is a health plan that falls within that $1.5 billion to $1.8 billion premium level, and so a haircut of 10% is a challenge. And so what you're looking at here is there were really 6 levers that we looked at in partnership with the Passport leadership team to try to mitigate the premium challenge. And so...

**Steven J. Wigginton**
*Former Executive Vice President*

And, Mike, just before you get into that, I think -- I'm listening. I want to make sure folks are tracking with us. Post our partnership with Passport, part of what they were looking for was the ability to respond to pressures in their business. And a 10% in the aggregate premium cut was a huge pressure, unforecasted, that they needed to respond to in short order. It's a very well-run health plan. But the kind of expertise, tools, analytics and lever pulling that you need to move the dial back quickly and sustain performance financially is exactly the value proposition they were looking for from Evolent, the ability to come in and catalyze the kinds of performance responses that were necessary, and that you might see in a much, much larger organization with much more scale but not available to the Passport team. So just a little context for the situation we were in, in early '16.

**Mike Minor**
*Former President of National Medicaid*

Thanks, Steve. And so working together both executive teams from Passport and Evolent, we started to look at things really in the 6 buckets that you see here. And if you're looking at that, a question would be also on provider contracting rates working together say, hey, do we have the right unit cost prices as it relates to the premium that we're receiving? On utilization, management and care management, it was looking at are we seeing right services at the right time? Do we have the right network to support the Medicaid recipients that Passport was serving in the Commonwealth of Kentucky? Pharmacy, did we have the best unit cost pricing? And so as a combined tea, we started to evaluate all of those different levers, but again, making sure that we stayed committed to the mission and values that Passport has established over 20 years and as far as their commitment to working with providers and to being in the Commonwealth for the long term.

So when we laid out the plan, what this looked like, in 2016, one of the first components was a change in their pharmacy benefit manager and they moved to Evolent's PBM. And what that provided was just changes in unit cost pricing that were favorable, best-in-class formulary. We also made some changes from a UM process perspective, again just looking for: Were there industry-standard things that we needed to change in the Commonwealth that made sense both from a patient-safety perspective but also just from an insight as far as if we knew that we were seeing a patient come out, go into the hospital or

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

seek services, that we had that from an upfront perspective, from a utilization management perspective. And then as you start to think about that and play that through what we've heard today as far as how that gets marched into the clinical model, the stratification, the outcomes and the ability, then to take the clinical team that's embedded within that health plan in Kentucky with the patient and the physician, it's very powerful from an outcome perspective.

We looked at modifications to pay-for-performance programs. Again, there's been a lot of changes in Kentucky over the last 5 years, with expansion, with changes in managed-care organizations that are there. And again, just making sure that for the outcomes that we wanted, were we working with physicians in the right way with the right incentives?

And then as we go forward, you'll see that there's additional Identifi Care programs that we plan to implement through -- now through '17; EMR integrations; how we look at behavioral health from an urban and a rural perspective, that's going to be very important as we go forward on the Medicaid landscape; and then looking at new risk share reimbursement models; and again, continuing to try to innovate on the reimbursement structure as it relates to how providers are serving Medicaid patients.

**Steven J. Wigginton**
*Former Executive Vice President*
All right. Are there any questions for Mike or Christie?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2017

# Question and Answer

**Steven J. Wigginton**
*Former Executive Vice President*

Yes.

**Unknown Attendee**

[indiscernible].

**Steven J. Wigginton**
*Former Executive Vice President*

[indiscernible]. Yes?

**Unknown Attendee**

Maybe one for each. You mentioned the integration [indiscernible] how long do you expect the total combination of the integration of Identifi [indiscernible] administration platform today?

**Steven J. Wigginton**
*Former Executive Vice President*

Yes. So the question was around how long we think it'll take for the Identifi and claims payment platforms to be integrated. We're working on that now. I think the core linkages will be delivered this year for clients that are on both platforms. I don't think we'll ever be finished. There's continuous opportunity to advance the visibility to financial, administrative and clinical data for all the different players, particularly providers. But the core integration will be complete this year. Yes?

**Unknown Attendee**

You mentioned kind of a 2-based process. One was to improve the capabilities in the state of Kentucky. Number two, to then take that platform results and market it more broadly across the multiple states. How far along are you onto the second [indiscernible], so actually, I mean the results, data, scale to start moving this to other markets?

**Steven J. Wigginton**
*Former Executive Vice President*

Yes. It's a great question. So the question was for -- we talked about really driving performance in Kentucky with Passport as job 1. And then job 2 to take that more broadly as a part of our growth strategy around this Medicaid Center of Excellence partnership. I'll let Mike and Christie comment on our plans for growth. I would say progress to date, the selection recently by Passport, for example, of our GPA really speaks to their referenceability. The impact that Mike just talked about in '16 post the rate cut speaks to our ability to help drive their financial performance. So we are collecting the "evidence" we need to expand, and those activities are already ongoing.

**Mike Minor**
*Former President of National Medicaid*

Yes. I would say that as far as we're ready to expand, I think we -- again, we have all of the capabilities that a partner in a different state or a regulator would want, and we'll continue to monitor the RFP procurement cycles and continue to do our due diligence.

**Unknown Attendee**

Expand on that. How do you think the provider-managed Medicaid stacks up versus other entities? Do you think you have a distinct advantage going forward?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Mike Minor**
*Former President of National Medicaid*

Yes. And the question was do we think that a provider-sponsored health plan has a distinct advantage. I'd ask Christie, with your experience and background, if you'd like to answer that one.

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Yes, absolutely. I think they have some advantage. And I think states are looking for a different model from the national model that they've been exposed too, so far, so making sure that the providers are kind of under the tent with the state and the administrators I think is really important. And getting real practice transformation by getting the tools down to the site of care is -- it's a winning message for sure.

**Mike Minor**
*Former President of National Medicaid*

And I think if you look at some of the signals that state regulators have sent out about their willingness to alter their models on their Medicaid landscape and what their programs look like to make it available for providers who want to enter that space and looking to eliminate some of the challenges that they have seen in moving to that space, I think that that's something that we'll continue to see.

**Unknown Attendee**

Yes, Christie, you laid out the 3 buckets [indiscernible]. I think you said that the cheapest was to work with a health plan [indiscernible] not available. When you selected the Valence platform, can you talk about the cost profile versus what you [indiscernible] or was it comparable, was it cheaper, [indiscernible] or since you got better customization?

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Shall I answer that?

**Steven J. Wigginton**
*Former Executive Vice President*

Yes. So I think in general terms, yes, I mean, I think that you can talk a little bit about how you looked at it from an overall cost of operations perspective.

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Yes, I would say from Passport's perspective, definitely willing to pay a little bit more, but we ended up not having to pay more. So that's kind the short answer, very adaptable.

**Steven J. Wigginton**
*Former Executive Vice President*

I would say within our customer relationships, existing customer relationships, we are seeing opportunities to expand our service offering, things like fraud, waste and abuse, for example, which is something that must be systematically addressed by each of these plans. We're able to add these wraparound services to the core relationship. So as we think about expansion, that's definitely a piece of the puzzle, not just the core administration but some of the wraparound services that sit on top of that.

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Nicky, did you want to say something?

**Nicholas McGrane**
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

[indiscernible] you mentioned [indiscernible] can you talk a bit about C3 in Massachusetts and what's happening there, [indiscernible]?

**Mike Minor**
*Former President of National Medicaid*

Sure. So the question was following up on the question of how states are seeing provider-sponsored health plans as a favorable differentiator, things going on in Massachusetts. So Massachusetts is one of the states that when they were evaluating a Medicaid program, they were looking for a different model that encouraged providers to enter into the Medicaid managed care risk space. And so C3 is a group of FQHCs that have come together, and they have submitted to the state an application to take on the Medicaid lives that are attributed to their FQHCs. And so what the state has done is they've put a framework together that is a little bit like NextGen, where there's some upside and downside, and then it progresses and you have different tracks as far as how you like to move into that from a provider entity. And so it gives a provider group or provider-sponsored group that wants to enter that space different options as far as coming in. And obviously, the state is an example, where they must see value in having a provider more closely affiliated with managing the Medicaid life in that space.

**Steven J. Wigginton**
*Former Executive Vice President*

Any other questions? Yes?

**Unknown Attendee**

[indiscernible] health care [indiscernible] pressures on a lot of Medicaid plans [indiscernible]. Do you see now, the next 5 years, being able to do an acceleration in demand in these types of programs [indiscernible]? Do you think acceleration demand that you've got [indiscernible]?

**Steven J. Wigginton**
*Former Executive Vice President*

Well, I think Chris Dawe is the prognosticator, and he left. But the question was, do we see -- because of the pressures on Medicaid and their -- result in downstream performance pressure, I think is your question. Is that -- do we see that as a demand accelerator? Is that the question?

**Unknown Attendee**

Yes.

**Steven J. Wigginton**
*Former Executive Vice President*

Yes, for sure. I mean I think the more -- the bigger the premium on performance, the more a performance-enabling partner we think can grow. Obviously, the landscape is more challenging in general. The states, that are getting, for example, if that were to happen as currently architected, a fixed budget. They're going to have to innovate quickly to live within that budget. That -- we think that's not good for us. Yes?

**Unknown Attendee**

Christie had said that they also have the approved Medicaid expertise [indiscernible]. Can you just help educate us on sort of what's meant by that?

**Steven J. Wigginton**
*Former Executive Vice President*

Yes, I mean, I think there are very specific reporting requirements on -- for each state that are different, that are not arguably super rational. There's a -- many of these state Medicaid agencies are doing analytics and reporting and fraud monitoring and different things. So there's very specific reporting requirements by state. Once you've learned to submit those reporting -- those encountered submissions

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 1:19-cv-01031-MSN-WEF    Document 76-13    Filed 06/22/20    Page 37 of 54 PageID# 2082

in each state, you have a leg up. So that's one very distinct place. I think the membership and eligibility, it's very different than ID cards for commercial members. So there's a whole set of business processes and data transfer, data operations that's specific to the front-end, the membership and eligibility. And then all of the provider relations and you think about the networks that get built to support Medicaid, they themselves are typically fragile providers, and so -- financially. And so there's an understanding of sort of how to work in that market. I think those are 3 really front of mind differences and then there's the nuance of working closely with a plan that's in Medicaid, which tends to be very mission-driven, relies heavily on a partner for some of the IP that's necessary to be successful.

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

I think I would add to that, the reimbursement structures that are pretty unique to Medicaid also, [indiscernible] a lot of experience with.

**Steven J. Wigginton**
*Former Executive Vice President*

Yes, good point. Okay, one more. Brian?

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

Can you talk about how the essential integration of the clinical and claims management system will allow you to potentially actually change the design to drive different, perhaps, consumer behavior that are using the network differently, different copay levels, the different procedures [indiscernible] going through to that venture because of the integration [ pared to that ]? Does that kind of attribute to your model?

**Steven J. Wigginton**
*Former Executive Vice President*

Yes, I mean, Christie could probably speak to it better operationally. But the separation of those things makes many seemingly obvious integration points difficult. So a risk adjustment is a perfect example. Knowing when to reach out to a patient, making sure that you have the appropriate coding, that, that coding is technology supported both up and down. At the point of care when there's an interaction, drive all kinds of [ goodness: ] quality, financial performance, et cetera. So everywhere we can bring those things together. I think when you get to the benefit design or you get all the way out to things like copay, now you're really getting to the point-of-care consumer-facing applications portal, things of that nature. We think all of that is going to be ultimately -- creating that linkage will be able to drive that behavior, which for most of our providers means bring them into our system, into our connected care environment, let us deliver, I think, as [ Heather ] and Fred and Dave were talking about, a different value proposition from a care perspective: capture the volume and drive better performance. So for sure, that integration's key. Anything else?

**Christie Lynn Spencer**
*Former National Medicaid Chief Operating Officer*

Yes. I mean I have -- as an example of benefit designs, where the clinical and the administration kind of enhance each other. So any time those things can be working together, it makes a huge difference. Home help's physical therapy, those are the ones that come to mind, where you could have benefit limits, and yet, the protocols will keep them out of hospital as you get them more of those services. So when you have a claims added, it's in conflict with the clinical algorithm, it shows that it makes for lots of issues. And for a provider-sponsored plan, those issues are huge.

**Steven J. Wigginton**
*Former Executive Vice President*

Okay. Thank you very much.

**Nicholas McGrane**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

*Chief Financial Officer*

So there, we'll take 10.
[Break]

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Seth Blackley**
*President*

All right. I think we're going to get started. My name is Seth Blackley, Cofounder and President at Evolent. Everybody knows Dr. Mach; and obviously, Nicky McGrane, our CFO. My role at Evolent, oversee sales and development, M&A and strategy and the product and engineering teams. And I'll talk a little bit about the market with regard to that point of view and perspective, and then I'll hand it to John and Nicky. So jump in with questions as we go.

Chris already talked about this slide, but I want to just share one more angle on this slide, which is what are the buyers and the providers feeling as these different macro factors play out from a policy standpoint. I think on the left-hand side of the page, Medicare, Medicaid, as Frank said, really the view within the boardroom of the providers, health system or physician group, is that I'm not making money on these segments or I'm not going to be making money very shortly as fee-for-service goes this way. And so we're seeing a lot of system CEOs, physician group CEOs, FQHCs saying I needed just a different financial model. So we see a tremendous amount of activity there.

On the right-hand side of the page, commercial and consumers. Frank said it's a little more market-by-market depending on whether the employer or given market is doing. And so that's sort of the context in which I'll talk about the market itself.

If you think about Evolent and what we do, and we've talked, I think, historically about a total addressable market of $50 billion, we really think about breaking it down across these 6 segments. So Medicare, Medicaid and commercial and then either ACO or health plan. And I want to just take everybody today through each segment briefly to tell you about some of the things we're doing, but probably more importantly, what we see coming down the pike from pipeline and how the pipeline is feeling across each.

So start with Medicare. We've talked about just a lot today, top left, tremendous activity around NextGen ACO. I think we'll see that again for this year, a very good pipeline. But we also, I think, may see some of the traditional payers. And we've already had a few of these outreaches of: Hey, could you help us in these markets do the same thing you're doing on the NextGen side? So big deep vein here in terms of our $50 billion TAM. There's a lot of opportunity, and there's a big pipeline here.

The second one, Medicaid ACO. Mike talked about it a little bit. We talked about C3. I think this one feels like a new vein that we've just opened up. It's new for us. Massachusetts, we talked about. But if you look at all the states that are sort of on the avant garde of what's going on in this, what's going on in New York, New Jersey, what the district is doing, some of the things on the West Coast, I think you're going to see a lot more activity like we saw in Massachusetts that resulted in the C3 partnership for us. So more to come here, but there's going to be lots of opportunities as states think about how to manage cost and then think about what happens if block granting comes. Somebody asked the question earlier. There's going to be increased pressure from the states to actually manage their budgets and I think we're going to see even more activity in this space.

One little factoid that's really interesting is that despite Managed Medicaid being in 40 states, only about 50% of total Medicaid spending is in managed care today. So even across the states that are in Managed Medicaid, there's a lot of spending that's still not managed. And those states are coming to the providers like in Boston with C3 and say, "Hey, help us manage it." So this is going to be a very deep vein for us, I think, going forward, and more to come here.

Bottom left, commercial ACO. Here, it's less of a broad national in every market. But within certain markets, you may have a large dominant employer like we've had in Florida come to a provider and say, "Hey I'm tired of my trend doing this. Help me manage it." And then it's a lot like what Dave Self shared earlier in his market. You then have to either respond or proactively go to those employers, and we're seeing a lot of activity in this area. So that's sort of the ACO column.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2017

On the health plan side, Medicare, top right, think of this as Medicare Advantage. So to be specific, this is providers starting Medicare Advantage plans. There's a bunch of these out there, but it's a pretty hot space right now. A lot of companies trying to support this space, but we're doing a -- we're going to do a lot here. We've done a lot with MedStar and Premier and others. I think we will do a lot up in this top area.

Medicaid health plan. Again, this is a provider-sponsored health plan in Medicaid. There's already 10 million Americans that are in Managed Medicare with providers. So a big chunk of the current Medicaid market is provider-sponsored already. Passport is an example of that, but there's going to be more. I think we're going to see a lot more in this area coming across those 40 states that are already in Managed Medicaid. We've referenced it in the past. But every year, there's going to be probably 5 to 7 to 10 states where there's an opportunity to do a Passport-like partnership for us. And so there's going to -- these are large platform relationships for us that we have an opportunity around, and there'll be several every year and there are several that we're involved in right now that are pretty exciting.

And then the last bottom right, health plan in commercial. Premier is an example, the work we're doing here. A lot of this is a little up in the air with ACA. But this is another big market, where, again, all these providers have an advantage, we think. It's the reason the states are coming to the providers to do the work. And the same thing is true down in the commercial segment.

And the last thing I'd say, just from a physician perspective, imagine you're a physician, primary care physician. You wake up in the morning. You got to see 20 patients that day. 10 of them are going to be Medicare. You're going to have 7 of them who are commercial patients, you have 3 Medicaid patients. There might be 10 different payers, as Frank said earlier. And so you're that physician, you wake up in the morning, you got 10 different payers to deal with that each have a different process. So I think the big thing for Evolent from the very beginning has been play in all 6 boxes. So that, for that physician, and we talked about it with Deaconess and St. Luke's, 1 platform, 1 approach to doing everything across all 6 boxes has been why we've invested the way we have, but it's, I think, really differentiated when you're the physician or the provider and you can go to 1 platform to support all these. So while we have had examples, 1 logo here per box, many of our partners are starting just like St. Luke's and Deaconess, to populate multiple. And as we do that, I think what Evolent does gets a little bit more differentiated.

So speaking to that point, this is not the simplest chart on earth but this starts to lay out what we do and Frank showed this slide earlier, these are the components, right, that integrate across everything we do. I was just going to talk about 3 of them as examples to give you a little flavor for how the integration and the platform comes to life. So I'll talk for a second about Identifi, then PBM and then we're going to hand it over to Dr. Mach in a second to talk about clinical.

But on Identifi, I think everybody knows what it is historically on the clinical side. It's a lot about taking in data, identifying who are the sickest patients. So if we're in Boston with C3 and its 100,000 Medicaid patients, which of those are sick? Who do we need to intervene with? What intervention needs to happen and then rallying that out into workflow, into the EMRs, into the physicians, et cetera, et cetera. That's what I think everybody already knows about Identifi. As Steve was saying, with the acquisition of Valence and Aldera, we now have -- and building out a whole administrative side of this.

So clinical, now we have administrative, so think Identifi claims, don't think about TPA. Think Identifi claims and the ability to integrate those 2 things are really powerful, so just imagine your own life, you call the health plan, or your family calls the health plan. As you have these things integrated, the person on the other end of the phone can be totally integrated into the clinical work and hey, maybe this physician is the right one for you; highest quality, lowest-cost and help route you, the patient, to the right place. It will be highest quality, lowest cost or -- people familiar with revenue cycle. That revenue cycle is a vestige of PPA over here, provider over here and the friction that goes in between the denials and the authorizations. As we integrate these things, you're going to have a lot less of that over time. I think that's what Passport is looking at as one reason to integrate these 2 things. If you go to UPMC today, you'll look at their denial rates on their provider side, they're half the industry average. So it takes the friction out, makes things more efficient and you're able to deliver better care. And so that's really within the Identifi piece sort of where we're headed, particularly with the acquisitions that Steve referenced. So that's the Identifi piece.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

I just picked the PBM piece, it's just one small component but it's another example where I think the integration is really different. So if I'm a provider trying to pick a partner to do this work, I could just go to the PBMs and do that directly, and they provide the value at the bottom of the page, things like pricing and utilization management. But the things at the top of the page are pretty siloed out today, so what we do is we integrate all those things back through Identifi and direct it back to ultimately the intervention from a care standpoint and Dr. Mach will talk about that. But we're seeing 3% to 5% better drug cost because of the integrated model, and we work with the national PBMs on the part at the bottom, they're partners, but integrated all together through Identifi we think is really different, it's just an example.

So just in closing, to step back for a second, 2 examples of 2 partners: Premier, who we've been with for now 4 years; St. Luke's, you heard from earlier today. I think what's really interesting with these populations is Premier started really around the health plan, added the employees, have recently added payer contracts and have now added the NextGen ACO. You heard the same thing from the St. Luke's team and when you look at what Dave was talking about with how they've added from the original population around NextGen to other payer contracts, and frankly, more like capitation and maybe someday into the plan, as you said, who knows, other systems are thinking about that progression. And when you have everything integrated, technology, claims, financial, administrative, clinical all in one place, that physician that's seeing those 20 patients, eventually, you've got a lot of your panel. So 20 patients in the morning, if I have seen 15 of them and it's all the same information, the same financial model, the same clinical model, it's very powerful -- it's very sticky over time. And the scale that we can get from that for our partners so that they can make money but ultimately so we can also make money out of the scale, you start to see playing out as these populations stack. And that's really, that's the core of how the business works, why it works for our partners and why it works for us over time.

So let me stop there, see if there's any questions if not I think I'm going to pass it to Dr. Mach. Any questions on the market or what we're doing?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Unknown Shareholder**

Yes, maybe just one quick one. I heard the admission a couple of times today that transitioning or [indiscernible] in the long run. Can you talk about how aggressively you really feel like that type of standard -- I mean, is there a lot of stable and elderly patients, right, looking at [indiscernible] is it pretty different? Because it's not necessarily a chronic condition that could be managed more effectively, but it's just going to be a big instance as far as health care? And how much can you really affect that?

**Seth Blackley**
*President*

Yes. And the question for everybody on the phone was the portion of Medicaid spending that's not managed, how addressable and impactable is it really? So 2 quick answers. First, a lot of what we do is actually in the managed portion, right. So the Passport relationship is in the managed portion. A lot of these statewide Medicaid opportunities that I was referring are actually providers collaborating to respond in RFP for the managed portion. So just to be clear, that's probably where the majority of our work is and is going to be. In the other half, there definitely are pockets that are hard to manage and there's pockets that we think are very manageable. So let me give 2 examples that we think are very manageable. One is children with medical complexity. So if you have a kid who is really sick, those populations, there're not many of them, but there might be 20,000 in a given market, are spending could be couple of thousand dollars a month of healthcare and it's all the same things that Dr. Mach is going to talk about in terms of coordinating care that happen to be carved out because the pediatric overlay is complicated, but actually, with the Valence acquisition, we have a fair bit of depth in peds, we have a big team. So that's a population we can easily go to a state and say, "Let us help you manage it." And it's a big opportunity for us. Note the second population would be the long-term care population. So lot of spending in Medicaid is long-term care. And the issue that I'll defer to Dr. Mach who knows a lot more about this, but it's a lot of the same competencies of managing data to pick the sickest patients and doing the care management work, social needs, mental health needs, physical, medical and pharmacy all wrapped together. So it's very manageable. You have to be thoughtful and careful and you've got to price it right to do well, but we think there's big chunks of that we can do work with. Does that make sense? Okay. Other questions? Do you have one Ryan?

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

I had the same question.

**Seth Blackley**
*President*
You had the same question? All right. Cool, all right. I'm going to pass it off then.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2017

# Presentation

**John Richard Mach**
*Former Chief Medical Officer*

Thanks. Actually just first slide in part of answers this question. We thought we'd spend just a couple of minutes -- because we've been mentioning clinical value and clinical performance and care management a lot this morning, so we thought we'd spend a few minutes getting a little more granular on what that means and where we think about it. And for the purpose of this conversation, the kinds of things -- not going into full detail, but the kinds of things that we consider for clinical value are when care delivery changes to improve cost, and would exclude -- I'm just going out there and contracting, I'm going to get $0.20 on the dollar cheaper contract-wise, so really think about changing the care to get to the financial economic outcome.

This is the study by Don Berwick, I believe when he was still at CMS, looking at that very question of what is the potential. And this includes Medicare and Medicaid, and you can see on the left that's a very big number in terms of -- even though it's not the whole, obviously. There are -- you have to spend dollars on people that are sick. The question is where are the buckets on the weights and where's the opportunity, and we think about those top 3 categories as really amenable to care management and so that's the framework for that, so $150 billion back then on Medicare and Medicaid.

And strategically, we take really 2 swipes at it to really make a big difference, the first is at the high-cost, high-needs patients, and there's a lot more literature coming out and the focus of that, there's a lot more policy discussions around focusing on that, and the importance on these things, particularly about looking for -- you got to be very careful because interventions, as we talked about earlier, on caseloads are expensive, you've got to be very careful in the stratification and you've got to make sure you're addressing all their needs not just the medical ones, so their behavioral, psychosocial, et cetera, in order to drive the impact on that.

And then the next tranche would be 20%, 30% of the cost pyramid where we think a lot of that is, really sits in the clinical delivery system in terms of site of care, low-value services and opportunity along that line.

A little bit about the high-cost, high-needs because it is pivotable - pivotal on driving medical cost management. The -- we're -- in this case, we're talking about 7% to 10% in a Medicare population that we think about this. These people are very complicated and this gives you a flavor of all these things can coexist in a single person. So one of the key features of this, it's just not people with single chronic diseases, it's multiple chronic diseases which has all kind of implications about who is going to take care of them. You cannot overlay pure clinical guidelines one on top of another. There is a nice paper coming out of Hopkins that shows you will harm people if you just layer one guideline on top of another, so it becomes very sophisticated.

And then another key feature on this is, again, you have to look across all their needs, so if they have some disabilities, you've got to address that because that can just drive to hospitalization as well up if those are unaddressed.

And then lastly, there's really a frame shift that has to happen that is much more intensive involvement in patient preferences and their thinking in goals elicitation, which is a whole skill set that we think is a frame shift in terms of how we deliver that and how the doctors and the care managers do that.

And then lastly, you can see the level of fragmentation for these people. There's really good data on -- they'll actually see 2 different PCPs in a year, 7 specialists, 5 sites of care et cetera.

So we -- the pie chart represents roughly our estimate on -- so of the opportunity, the percentage that we think could be captured by 2 main interventions on the high-risk, high-needs people. It's really on the left is our care management, care coordination. We can talk about -- more about that if you're interested in, but it's really getting a comprehensive view of the person, having the cost-effective interventions and

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

intervening and you can see dramatic results as was mentioned at Health Affairs article, and then the care delivery side -- and that, by the way, I want to talk about care management. Traditionally, health plans do care management and it's really been built up and the industry really exists because of the absence of that in a typical delivery system. And so in many ways, you're kind of surrounding the delivery system then that provide these kind of things because you can't pay for that in a fee-for-service system, so you definitely have to add that in.

And then on the right-hand side, it's really about the -- more of the medical decision-making and supporting them in ways about sites of care, looking at -- no more complicated hybrid guidelines that look at multiple chronic conditions, et cetera.

One example in the earlier slides I showed around a technology platform, how that enables things, I just thought you'd -- a little bit of detail on how we do predictive modeling and kind of the old style way where you might just have administrative claims and now you've got a rich data source because of this integration that Seth was talking about. And before I just walk a few things around that, I want to remind myself to say that the power of predictive modeling, and one way to think about this is just a statistic called C-statistic that goes from 0 to 1. Where 1 is your perfect predictor of who the high-cost people are going to be in the future and 0 means you don't -- or 50 -- 0.5 is it's a random coin flip. Just going from 0.7 to 0.8 is the 3x ROI on these programs. And so the importance of getting this right is really dramatic, and so the data sources that are enriched by our approach in the integrated way, the way we look at different variables instead of just looking at utilization variables including socioeconomics particularly in the high-cost, high-needs people and the Medicaid people and behavioral health predictors, the -- instead of using grinded out regression analyses and statistics we have much more productive work with the machine language processing. And then lastly, focusing on instead of total cost of care which you -- really it's not as -- the whole total -- you can't impact the entire cost of care, you want get really precise about what you actually want to predict. So predicting impactable events is another feature that really helps us distinguish over predictive model versus others.

And then lastly, we've had our results validated and you heard stories from Deaconess and St. Luke's today about the performance of those, of these models and the -- we had the pleasure of having an outside institute and Al Lewis is the grandfather of care management and we have a very nice quote for him, but we are getting in the range for high-cost, high-needs in the 20% to 30% reduction predictive so we have to -- you can't look backwards, you have to predict what their costs would be and we have good data on that. And relative to that number, we are doing quite nicely and it's meaningful and material financially.
I think that's all I have from a slide standpoint. Yes. Any questions on that? Clinical value, care management and how we approach that? Happy to take any if there are any.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**John Richard Mach**
*Former Chief Medical Officer*

Yes?

**Unknown Attendee**

Yes, you said that there is a 3x ROI at 0.7% predictability to 0.8% for higher recitation. Where do you think your [indiscernible]?

**John Richard Mach**
*Former Chief Medical Officer*

In our hands, we're over 0.8%. So when they adopt our methodology and they have all these data sources, that's where we are.

**Unknown Attendee**

And before they come to you, do you feel like they're better than [indiscernible]?

**John Richard Mach**
*Former Chief Medical Officer*

Well, yes. I mean there are a lot of market-based tools out there, right? A lot of people offering these kinds of things and so traditional published data that we have, seeing are more in the 0.5 to 0.7 range frankly, without picking on any given one, but that's certainly the range we see. We haven't seen published data at the 0.8 level. Yes?

**Unknown Attendee**

Can you talk a bit about PBM and how you're involved with the maximum value there? When you think about the average [indiscernible] large [indiscernible], there's a lot of lives [indiscernible].

**John Richard Mach**
*Former Chief Medical Officer*

I'm going to ask Seth to answer some of the business oriented things, but before I do that, I want to mention that one of the things that's important is we think about it's not a stand-alone PBM equation where you're just trying to get drug costs down, because in high-cost, high-needs, you might actually increase medical spend. And so a part of what we think about clinically is the clinical pharmacist role on that and making sure -- yes, we don't want to get rid of drugs that don't [ need that, ] but we want to make sure they're also on that do, and we're willing to invest in that. So just give me a moment to -- give me a chance to input that.

**Seth Blackley**
*President*

Yes, I think the biggest thing to be really clear about is that we do this with the PBMs so we start with the baseline, the value they can create with their scale, their rebating. In fact, as an example, we work with CVS to help drive the pricing that our partners can get from CVS we think better than what they might better be able to get if they went directly to a given PBM. So that -- we hopefully start with even a better starting point, or at least as good as what they can do and I think what you're going to hear from Dr. Mach is all the clinical work, so think utilization; which drugs are actually prescribed? When is it done? The step therapy. What about those high-cost specialty drugs? Do we really need them in this case? Are there actually drugs that you could use that would reduce the medical cost if you did more of it? I think we do a pretty good job of optimizing all that, and that's kind of been the untapped frontier in the drug world, right? It's that the rebates and the pricing and the utilization management traditional payer-driven

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

methodology is pretty good. It's really the whole clinical realm that's been untapped, and that's what we are adding to what they already have.

**John Richard Mach**
*Former Chief Medical Officer*
Yes. And as an addendum to that, if you reduce the friction of the whole process, the docs get engaged in a whole different way, and they become much more interested in driving results within -- among themselves instead of somebody coming in over the top, so that's the power of that integration. Okay. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Nicholas McGrane**
*Chief Financial Officer*

Okay, so Frank had this slide up earlier, but it will just take a minute to wrap up and talk about the financial picture. As Frank said, we reported results Tuesday night. $107 million of revenue and EBITDA, just negative $4.8 million of EBITDA. And I think Q1 really sort of was emblematic of what we have been trying to do since we've gone public. It's our 8th consecutive quarter delivering at or above expectations, and we're consistently trying to deliver top line growth, organic growth in excess of 40% quarter-over-quarter and we're delivering that growth through both existing partners, so delivering the growth in the current year and adding new partners in setting up growth in the subsequent year. So I think that's what we have been trying to do and that's all in an effort to get to scale. Get to scale to cover all the investments we've talked about today, to deliver -- to get to break-even which we'll achieve in the summer/fall of this year. So as we get to 2.8 million lives and set up next year, that's what we've been trying to do over the last 2 years since we went been public, really just deliver consistent growth, set up the next year.

And as I think about the themes of today, we also took the chance -- time on Tuesday night just to reiterate guidance for the year, and sort of -- and I think that confidence is based on what you saw here today, over the course of the day, right? Where it starts off with delivering value at the client level, so you take Deaconess and St. Luke's, the performance last year, that's what we're out there selling is the performance we delivering.

I think what Tom talked about in the NextGen ACO program is also developing standardized products that we can take and deliver nationally. That's how you get to scale, that's how you get margin, is really standardizing things and creating that excellence that we can take out to partners and move at speed.

I think when we think about the breadth of the offering, so the addition of the TPA at Passport, you think about the full integration, we've talked about it for a long time, the combination of the clinical, financial, administrative, so continuing to build out the platform which further creates differentiation.

And then lastly, I think the perspective that the guys said at the very outset, a very broad view of the market, so sort of think of it as Seth's 6 boxes of growth. So really stepping back looking at Medicare, Medicaid, commercial and the different ways people can enter that market, different people are ready to move at different places and different speeds and different levels of risk.

So I think if you add that all up together, what we've been trying to do, as I say, is just deliver the growth we set out to deliver in the current year, consistently setting up our future, creating opportunity to both deliver scale but also continuing to invest in the platform and enhance a differentiation.

So hopefully, that sort of all came clear today. I think when we step back and Frank sort of put this up at the outset, but you look at Seth's 6 boxes of growth and I know people have said "$45 billion is a big number," but if you start to break down those 6 boxes and add it up, it's an achieve -- it is a really, really big market we're going after. As I said, I mean, the differentiated solution, building out the solution, integrating it, delivering value within -- allowing existing partners to grow on a single platform is a very, very differentiated feature. We talked about the proven results. And then on this attractive model, this consistent growth, setting up the subsequent year and getting to a place of scale and break-even, it's been our charge here.

So with that, sort of wrap it up but, hopefully, it's a productive day. And I think if anyone's any questions for any member of the group here, we'll take a couple of minutes here to take any more sort of Q&A across-the-board.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

# Question and Answer

**Unknown Attendee**

I guess could you talk about getting to scale [indiscernible]. Any quantification around what you think that could mean and how that would turn the P&L in any way as we look forward? And I guess the second question, as you think back over the last 8 quarters since you went public, what would you say has been the biggest surprise as far as opportunity? Has it been the uptick in the NextGen ACO? Has it been the TPA revenue stream that obviously, you added after the IPO? Engagement on a state level from managing that management [indiscernible]? I'm curious what you think is the biggest of that surprise?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

You guys can weigh in as well on the surprise factor. You want to take a shot at that, Seth? You were -- you're at the frontline.

**Seth Blackley**
*President*

I would say Medicare and Medicaid broadly, both segments, the pressure that is felt on the budget side for both of those budgetary segments, from the buyer's perspective that's creating programs like in Massachusetts or the NextGen piece on CMS, but then also on the provider side, of realizing, I think the boards have realized that these providers that it's not going great to be in fee-for-service, as Frank was saying at the beginning. So those are -- the depth and breadth of the opportunity around those segments is, I think, bigger than we've even thought 2 years ago when we said $45 billion TAM. It feels even bigger. So that'd be probably, for me, the biggest surprise.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say one of the things that I think we feel best about is the most sophisticated organizations, the ones with experience that have a large number of lives that you might have thought when we launched the business wouldn't need an Evolent, actually recognized that to scale, to get to a higher level of performance, they actually do need an Evolent, which means we're not having to work in every market in a de novo way and build up to a large number of lives when we can work with a great organization like Passport that starts out of the gates with 300,000 lives. That gets us to significant scale in a market right away. So I think one of the things I feel really good about is when our platform meets the test of the real leaders in the market and they recognize we can enhance value. That bodes well for our participation in the whole market. So I think that's sort of, I think, been one of the big surprise -- I wouldn't say surprises for us, but things that we feel really good about in terms of where we are. In terms of the economics of the business, I think what we've talked about is today, some of our larger clients, we have very strong gross margins with, so we know when we can build to scale and we can get a large number of lives on the platform, you do see strong performance in terms of margins. Or it's a new client, we're obviously making a huge investment and, therefore, you're going to have lower margins in those early years. But what we've talked about is getting into the 45% to 50% range in terms of gross margins, in the 20% range in terms of operating margins and obviously, continuing to drive strong, consistent top line growth and again, where you will get scale in the businesses where in the markets that we're in, we continue to have same-store growth. I think, as a lot of you know, we're less than 10% penetrated into the revenue base of our existing client base. If you think most of them who want to get the 1/3 to 1/2 of their business into value that means we can triple, quadruple, quintuple in size just in our existing market, and as we do that, we get to a scale in terms of the local economics and then obviously, because we're not needing to invest as much in centralized infrastructure and scale, as we build the revenue base we also get scale economies there as well. That's how we think about it.

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Maybe to stay on scale, you talk about the scalability of the administration platform with clients [indiscernible] transition to that. What are the costs [indiscernible]?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I think you mean as they move over to TBA, is that specifically the question?

**Unknown Analyst**

Right, yes.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well I think the nice thing is, and a lot of what Steve talked about earlier is, that's absolutely what we're trying to build. And one of the reasons why we made the investment in Valance, I mean the fact that they were already spread across multiple markets, that they were able to do some fairly large implementations quickly, and to execute at very high standards. We feel really confident about our ability to bring on a Passport and frankly, to continue to scale that platform. A lot of the work we're doing on the technology side is continue to improve the ability to configure quickly, so to have some amount of customization but also to have a lot of standardized processes in terms of how we do things so that we can scale effectively. So a lot of our work, I mean that's going to be the day-to-day of this year and into next year and beyond is continuing to drive scale and predictable processes. So I don't want to act as if we're done on that regard, but we do have confidence we can bring on large clients, our ability to bring on 400,000 life plan with MDWise is a testament to that. And obviously, we're going to try to get better and better at what we do over time.

**Nicholas McGrane**
*Chief Financial Officer*

And, John, and to Christie's point, the acquisition of Valdera, really actually owning the software with TPA's claims process and they're owning the software, creating [ what's priced ] at a highly scalable model. That's where you get the scale, is where the software is real and repeatable across multiple markets.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Steve, anything you wanted to add or…

**Steven J. Wigginton**
*Former Executive Vice President*

No.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. Yes?

**Unknown Attendee**

Frank, as you look at the pipeline, and you're surprised by the, I guess, people that are doing that to add lives. But you look at your pipeline, is it skewed more towards those entities that already have lives and value and need your help? Or starting from scratch?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I would say that the good news is that we have a lot those in the pipeline. I wouldn't say it's skewed in that direction. I think what you've seen, if you just look across our last 10 new customer additions, is a pretty wide open market for us, right? We've had a couple of the top physician ACOs in the country have

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

come on to the platform, so that enables us to work with physician groups that want to be at risk. We've been able to work with 2 very large and established Medicaid plans. We've been able to work with several health systems that want to get into NextGen ACO and see that as a platform into MA and others, so those are more traditional de novo plans. I think what I feel best about is that the pipeline is really diverse. It cut -- to have a federally qualified health plan organization in Massachusetts, to see the platform apply across that many segments, some that are going to start with a large amount of lives, some that are going to be new, some that are going to be health systems, physician organizations, less traditional ACOs, just makes me feel really good about market breadth and where we can take the platform. So I tell you, I feel best about the fact that it's highly diverse with all of those segments in it.

**Unknown Attendee**

Is there a natural lag time, do you believe, in your customer base from when they [indiscernible] one product to the next? So the example would be, let's do a NextGen ACO, let's wait 18 months and see how that works before we launch a Medicare Advantage Plan? Or do they do their [indiscernible] proof 1 hour before we take a leap of faith into the next one, we need more underwriting risk?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Health care, I think, as all of you know, is a local market business. We'd love for it to be the same everywhere. It's just not the way that it plays out. I'd say the general description that you gave, which is how do we get in, in a way that feels somewhat bounded, that we know we can perform, where the economics line up, where it works for the organization, that is where people generally want to start. In certain markets, where you have a lot of competition, where there's a real desire to use this as a strategy to grow share and also fend off competition, you're going to see people being much more aggressive. Also, I think as Seth and others talked about, we've got Medicaid-specific situations which are very different than that, right? We have got potentially a large network of providers that want to do something big in Medicaid, and are focused there on a single solution rather than thinking about all the other elements that you talked about. So I do think it's variable, I think for a de novo new client, what you laid out is fairly standard, but we are seeing some that want to be very aggressive and then some that are very solution-focused, based on what we talked about earlier.

**Unknown Attendee**

Frank, on the Medicare side, do you expect to see more employers who are on [indiscernible] is fixed, gradually move up to the [indiscernible] NextGen ACO and how do you see that as a change point for you guys to step in [indiscernible]?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Seth, do you want to take that?

**Seth Blackley**
*President*

Yes. I mean, it's a little bit what Dave described. I think that, yes, we do over time expect within the ACO segment. Providers are figuring out that I can do well if I'm in the NextGen segment. There is enough financial upside for me to do the things that I need to do, make the clinical changes that Dr. Mach was talking about. So we're already seeing that, I would say that the market is headed that direction. Some will keep going and start an MA plan. And I think what we're trying to do, as Frank articulated, is have 1 platform for that journey. So if they start in one place and migrate over time, they want to add the Identifi claims piece, to also pay the claims, the progression can be a little bit more smoother than having giant jumps. But generally, I'd say the smarter systems and providers are figuring out that you need to be able to take on real risk in order to have real returns and to make the real changes that you need to make. So I'd say yes, the market is generally moving in that direction.

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

When you guys first came out about 2 years ago, you talked about a $10 billion TAM that could go to $25 billion by 2020. Within the numbers that are already out there, is it that the [indiscernible] maturities that you [ inspected ], is that there is to take [indiscernible] market that you can project [indiscernible]?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I think market sizing at a macro level is never a perfect science. I mean I think what we tried to do was go about it 2 different ways, 1 macro looking segment by segment and understanding pacing of what the government was doing in Medicare and Medicaid; and then also, looking at a micro level, looking at the number of provider driven lives that were already out there in the market, so sizing today. What I would say in terms of pacing, if anything, I'd say that market has evolved, in some ways, maybe a little slower than we thought, and we've been health care for a long time so we don't hype and expect the market to shift radically. But I would say, I expected some of the financial pressure on providers to present itself maybe earlier than it did. And I would say in the second half of last year, we started hearing that really in every conversation, that in some way, they were being impacted financially by all of the things going on, whether it was aggressive pricing from commercial payers, really aggressive unit-price negotiations, whether it was being shared out of a network, whether it was only a government activity, a lot of CFOs saying, "This is no longer theoretical. I'm beginning to see the impact on our P&L and we are going to have to do something." And as soon as we see those signs, that's going to be a massive accelerant in the market for us. We've been able to build a pretty successful business out of the gates largely on innovators; people who wanted to move early, who felt that this was an ability to grow market share, really part of a growth strategy. But where the market will really hit a tipping point is where providers see the impact of all these patients moving into Medicare and Medicaid, those are lower reimbursement patients and in areas where the government is moving to performance-based reimbursement, that is going to force a real acceleration, and I think we'll see a pretty significant pickup. So if anything, I'd say roughly at the pace we expected but maybe a little slower. Yes?

**Unknown Attendee**

Can you talk about the pace of how you expect to add lives directly here going forward? [indiscernible] this year, at least the way you're guidance implies, is a little bit of a break with what we've seen in prior years where [indiscernible] make sense to me that providers are entering into perennial contracts with payers, there's a lot of bringing that one in [indiscernible] one each year, so is the timing a new normal that we should think about? Any color there would be great.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, I think -- I don't think it's a new normal, I think we're going to see different patterns and different hearers. I mean the good news is we had a great year in terms of adding 6 new partners. We had a couple of very large ones kick off in January which gave us very high visibility into this year. We've already added 4 partners this year and we know exactly when they're starting up, and a lot of those are really going to impact '18. So I would say the good news is we have high visibility into our revenue for this year. I think it's going to be perfectly rateable in the way that we've talked about it. There's obviously some additions you can get here and there, but we feel really good about where we are and the pacing throughout the year. And a lot of the work we're doing right now is setting up a team to already have 4 partners, to have the addition of Passport on the TPA is a really nice setup at this point in the year for '18. We've still got a lot of work to do. We've got great pipeline and things that we're working through, it's possible someone we bring on may want to start in the second half of the year on something that we're doing, so you could see some additions there. But right now, I'd say this is the pattern for this year which we have very, very clear visibility into, given that we gave guidance in late February and then obviously reiterated that 2 days ago. So I mean, there's pros and cons to having the level of visibility that we have. You're usually not going to see a $30 million spike out of nowhere in revenues, and hopefully you don't see it on the other end as well. Yes?

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

One area you guys haven't really touched that much on today is the competitive landscape. So I just was hoping you guys could touch on who you are seeing in RFPs and I think more importantly, what vendors are out there with, whether in the managed care space, the EMR space, general IT, are you seeing a lot of traction progress with -- do you think will be your maybe bigger competitors to you 5 years down the road?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Okay. Yes, I would say up to this point, we are not seeing a common competitor out in the marketplace. A lot of situations are field sole-sourced to us based on our relationships, based on the reputation that we've built. So we've engaged with an executive team, that they might be looking at one other alternative, but in some cases no other alternative, and we've built that trust and strategic relationship and are beginning something together. I think that's good news for us, we're not seeing common competition. I would say if you think about the buckets of competitors that are out there, there are obviously the large payers; Aetna and United have been particularly aggressive with Optum and Healthagen. I wouldn't say we see them in most situations. The United side obviously is trying to play on all sides of the fence, so in the surgery center business, buying physician groups at risk, that does create a lot of conflict for them in the market. It's hard for them to be the sole source long-term partner of a health system if they're playing all sides of the fence. I think Aetna has been a little bit purer but frankly less focused on Healthagen and more how do they get low unit price through a partnership in a market -- usually in a market, usually in the commercial segment. So we do see them, they're going to be around, they are large organizations, they've been successful. I do think we have a unique positioning versus those players as a non-payer, as someone without competitive conflicts and, as you saw today, with a very provider-driven model which is not historically how they've managed-care on the insurance side of their business. Lots of point solutions, there are thousands of them and so I think difficult for providers to sort through all the different vendors that are offering solutions. There's clearly very good point solutions out there and so we will see someone say, "Hey, we're going use so-and-so for this piece." And again, we're not looking to replace all elements of the stack if we don't need to. So we designed our system to be able to plug into those things but we will see those players out there. EMR vendors obviously, Cerner and Epic, others have large installed bases, providers generally do want integration in in-patient and then their owned assets. I think the one advantage we have is most networks, if you think about covering a large geography, are going to involve physicians and systems which fall outside of the traditional EMR. So I'm going to have physician practices with 20 different EMRs, I'm going to need to integrate pharmacy and lab, I'm going to need to think about risk adjustment and utilization management, so things that are more traditional payer functions and that just hasn't been the focus of those organizations. So they obviously provide great integrated applications for what they do. I think the fact we've got a purpose-built system and that most organizations need to incorporate multiple data sets for multiple physicians means they need an application like Identifi, and obviously, we sit on top of Epic and Cerner, and it's important that we're able to hook into those systems and that's what we do today. So look, there's lots of players out there on different pieces. I do think our positioning in where we sit, we're pretty unique and I wouldn't say there's anyone that I feel in some way is positioned in a unique way versus what we're trying to do. But those are the -- that's sort of the -- oh, there are also some pure-play organizations out there. So Tenet has a division which does some of this, xG which is out of Geisinger, so you see some kind of Lumeris, companies out there that are trying to do it, generally haven't built a full product scale, an integrated stack and have the national network that we've built. But we'll obviously see some of those players out there as well, but we don't -- hardly run into them in the market. Yes?

**Unknown Attendee**

[indiscernible] could you speak a little bit about the pricing trends that you're seeing, both with existing customers that you see all the time and those [indiscernible]?

**Seth Blackley**
*President*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes, I mean, I think it's been reasonably stable, I would say as a short answer. I think some of the changes you might see as you dissect our economics around mix, so when you do an ACO relationship, it has generally more lives and a slightly lower -- lighter scope. When it's health plan oriented it's sort of the opposite, and I think that's been probably the only real trend I would point to, everything else feels pretty stable.

**Unknown Attendee**

Can you help us understand that any way you outsource, you can't be the TPA and [indiscernible] billion dollars [indiscernible]. I don't really understand what the [indiscernible] beginning to insource [indiscernible].

**Nicholas McGrane**
*Chief Financial Officer*

I mean the vast majority of those dollars are on the TPA side as opposed to PBM going to UPMC. I think what we've talked about is if -- when we look at the TPA, that's a multiyear process we're undertaking. So we can see probably not so much '18 but '19 and beyond is more sort of when we kick that in. A lot of the lives today are on Medicare, not Medicaid, and so there's -- we've talked about needing to sort of get -- continue to work on the Valence platform to be able to insource that. So it's a longer-term opportunity. It's something we're staring at. It was a part of our logic for the acquisition, but it is a couple of years out in terms of where it's going and so.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*
Okay. Well, that was a lot of content, pretty deep, but a lot of what many of you have asked for in terms of just wanting to understand what we do and how we support clients. I really do want to thank everyone from the Evolent team and our clients that were here. It was great having you and we really appreciate the time. And I thought it was great to hear about what we're doing in the field and again thanks, everyone, for being here. Thanks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY – MAY 11, 2017

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.