# Exhibit 20

# ANNUAL STATEMENT

OF THE

## University Health Care, Inc. d/b/a Passport Health Plan

2017

of

Louisville

in the state of

Kentucky

TO THE

Insurance Department

OF THE

STATE OF Kentucky

FOR THE YEAR ENDED

DECEMBER 31, 2017

HEALTH

2017

ANNUAL STATEMENT FOR THE YEAR 2017 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## ANALYSIS OF OPERATIONS BY LINES OF BUSINESS

| | 1 Total | 2 Comprehensive (Hospital & Medical) | 3 Medicare Supplement | 4 Dental Only | 5 Vision Only | 6 Federal Employees Health Benefit Plan | 7 Title XVIII Medicare | 8 Title XIX Medicaid | 9 Other Health | 10 Other Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Net premium income | 1,925,009,372 | 0 | 0 | 0 | 0 | 0 | 28,008,542 | 1,897,000,830 | 0 | 0 |
| 2. Change in unearned premium reserves and reserve for rate credit | 0 | | | | | | | | | |
| 3. Fee-for-service (net of $ .......................... medical expenses) | 0 | | | | | | | | | XXX |
| 4. Risk revenue | 0 | | | | | | | | | XXX |
| 5. Aggregate write-ins for other health care related revenues | 0 | 0 | | | 0 | 0 | 0 | 0 | 0 | XXX |
| 6. Aggregate write-ins for other non-health care related revenues | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 7. Total revenues (Lines 1 to 6) | 1,925,009,372 | 0 | 0 | 0 | 0 | 0 | 28,008,542 | 1,897,000,830 | 0 | 0 |
| 8. Hospital/medical benefits | 753,840,754 | | | | | | 24,184,229 | 729,656,525 | | XXX |
| 9. Other professional services | 405,709,950 | | | | | | 4,199,904 | 401,510,046 | | XXX |
| 10. Outside referrals | 0 | | | | | | 0 | 0 | | XXX |
| 11. Emergency room and out-of-area | 112,033,074 | | | | | | 1,212,980 | 110,820,094 | | XXX |
| 12. Prescription drugs | 324,106,460 | | | | | | 2,191,880 | 321,914,580 | | XXX |
| 13. Aggregate write-ins for other hospital and medical | 147,903,871 | 0 | 0 | 0 | 0 | 0 | 485,312 | 147,418,559 | 0 | XXX |
| 14. Incentive pool, withhold adjustments and bonus amounts | 0 | | | | | | | | | XXX |
| 15. Subtotal (Lines 8 to 14) | 1,743,594,109 | 0 | 0 | 0 | 0 | 0 | 32,274,305 | 1,711,319,804 | 0 | XXX |
| 16. Net reinsurance recoveries | 6,329,948 | | | | | | 66,392 | 6,263,556 | | XXX |
| 17. Total hospital and medical (Lines 15 minus 16) | 1,737,264,161 | 0 | 0 | 0 | 0 | 0 | 32,207,913 | 1,705,056,248 | 0 | XXX |
| 18. Non-health claims (net) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 19. Claims adjustment expenses including $ ........230,057 cost containment expenses | 722,208 | | | | | | 520,151 | 202,057 | | |
| 20. General administrative expenses | 182,745,021 | | | | | | 5,910,911 | 176,834,110 | | |
| 21. Increase in reserves for accident and health contracts | 0 | | | | | | | | | XXX |
| 22. Increase in reserves for life contracts | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 23. Total underwriting deductions (Lines 17 to 22) | 1,920,731,390 | 0 | 0 | 0 | 0 | 0 | 38,638,975 | 1,882,092,415 | 0 | 0 |
| 24. Net underwriting gain or (loss) (Line 7 minus Line 23) | 4,277,982 | 0 | 0 | 0 | 0 | 0 | (10,630,433) | 14,908,415 | 0 | 0 |
| **DETAILS OF WRITE-INS** | | | | | | | | | | |
| 0501. | | | | | | | | | | XXX |
| 0502. | | | | | | | | | | XXX |
| 0503. | | | | | | | | | | XXX |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0599. Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0601. | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0602. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0603. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 0699. Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 1301. Supplemental Payments | 121,559,194 | | | | | | | 121,559,194 | | XXX |
| 1302. Durable Medical Equipment | 21,289,573 | | | | | | 485,312 | 20,804,261 | | XXX |
| 1303. Graduate Medical Education | 5,055,104 | | | | | | | 5,055,104 | | XXX |
| 1398. Summary of remaining write-ins for Line 13 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 1399. Totals (Lines 1301 through 1303 plus 1398) (Line 13 above) | 147,903,871 | 0 | 0 | 0 | 0 | 0 | 485,312 | 147,418,559 | 0 | XXX |

ANNUAL STATEMENT FOR THE YEAR 2017 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## FIVE - YEAR HISTORICAL DATA

| | 1<br>2017 | 2<br>2016 | 3<br>2015 | 4<br>2014 | 5<br>2013 |
|---|---|---|---|---|---|
| **Balance Sheet** (Pages 2 and 3) | | | | | |
| 1. Total admitted assets (Page 2, Line 28) | 454,370,239 | 414,637,256 | 444,232,022 | 357,230,511 | 177,614,299 |
| 2. Total liabilities (Page 3, Line 24) | 240,931,935 | 217,880,491 | 194,313,600 | 142,369,311 | 76,871,581 |
| 3. Statutory minimum capital and surplus requirement | 128,722,146 | 123,150,712 | 110,732,294 | 80,590,142 | 48,332,170 |
| 4. Total capital and surplus (Page 3, Line 33) | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 |
| **Income Statement** (Page 4) | | | | | |
| 5. Total revenues (Line 8) | 1,925,009,372 | 1,747,750,539 | 1,653,065,718 | 1,290,295,480 | 685,371,079 |
| 6. Total medical and hospital expenses (Line 18) | 1,737,264,161 | 1,658,881,820 | 1,508,823,479 | 1,098,567,768 | 644,957,318 |
| 7. Claims adjustment expenses (Line 20) | 722,208 | 1,504,383 | 2,149,289 | 4,067,107 | 419,361 |
| 8. Total administrative expenses (Line 21) | 182,745,021 | 169,051,568 | 107,528,988 | 79,092,182 | 51,296,579 |
| 9. Net underwriting gain (loss) (Line 24) | 4,277,982 | (80,406,773) | 33,283,503 | 108,568,423 | (11,302,179) |
| 10. Net investment gain (loss) (Line 27) | 12,830,009 | 7,465,343 | 5,852,633 | 6,403,100 | 7,844,072 |
| 11. Total other income (Lines 28 plus 29) | 0 | 15,032,500 | 0 | 0 | 0 |
| 12. Net income or (loss) (Line 32) | 17,107,991 | (57,908,930) | 39,136,136 | 114,971,523 | (3,458,107) |
| **Cash Flow** (Page 6) | | | | | |
| 13. Net cash from operations (Line 11) | 34,627,604 | (48,295,371) | 90,469,117 | 153,909,320 | (20,595,675) |
| **Risk-Based Capital Analysis** | | | | | |
| 14. Total adjusted capital | 213,438,304 | 196,756,765 | 249,918,422 | 214,861,200 | 100,742,718 |
| 15. Authorized control level risk-based capital | 64,361,073 | 61,577,947 | 55,366,147 | 40,295,059 | 24,166,085 |
| **Enrollment** (Exhibit 1) | | | | | |
| 16. Total members at end of period (Column 5, Line 7) | 318,361 | 298,498 | 281,029 | 236,330 | 131,518 |
| 17. Total members months (Column 6, Line 7) | 3,793,806 | 3,567,940 | 3,248,370 | 2,458,602 | 1,471,226 |
| **Operating Percentage** (Page 4) | | | | | |
| (Item divided by Page 4, sum of Lines 2, 3, and 5) x 100.0 | | | | | |
| 18. Premiums earned plus risk revenue (Line 2 plus Lines 3 and 5) | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 19. Total hospital and medical plus other non-health (Lines 18 plus Line 19) | 90.2 | 94.9 | 91.3 | 85.1 | 94.1 |
| 20. Cost containment expenses | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 |
| 21. Other claims adjustment expenses | 0.0 | 0.1 | 0.1 | 0.3 | 0.0 |
| 22. Total underwriting deductions (Line 23) | 99.8 | 104.6 | 98.0 | 91.6 | 101.6 |
| 23. Total underwriting gain (loss) (Line 24) | 0.2 | (4.6) | 2.0 | 8.4 | (1.6) |
| **Unpaid Claims Analysis** | | | | | |
| (U&I Exhibit, Part 2B) | | | | | |
| 24. Total claims incurred for prior years (Line 13, Col. 5) | 157,356,933 | 158,931,881 | 124,655,083 | 60,203,252 | 73,197,079 |
| 25. Estimated liability of unpaid claims – [prior year (Line 13, Col. 6)] | 186,183,669 | 174,975,949 | 124,874,925 | 68,935,644 | 81,055,160 |
| **Investments In Parent, Subsidiaries and Affiliates** | | | | | |
| 26. Affiliated bonds (Sch. D Summary, Line 12, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 27. Affiliated preferred stocks (Sch. D Summary, Line 18, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 28. Affiliated common stocks (Sch. D Summary, Line 24, Col. 1) | 0 | 0 | 0 | 0 | 0 |
| 29. Affiliated short-term investments (subtotal included in Sch. DA Verification, Col. 5, Line 10) | 0 | 0 | 0 | 0 | 0 |
| 30. Affiliated mortgage loans on real estate | 0 | 0 | 0 | 0 | 0 |
| 31. All other affiliated | 0 | 0 | 0 | 0 | 0 |
| 32. Total of above Lines 26 to 31 | 0 | 0 | 0 | 0 | 0 |
| 33. Total investment in parent included in Lines 26 to 31 above | | | | | |

NOTE: If a party to a merger, have the two most recent years of this exhibit been restated due to a merger in compliance with the disclosure requirements of *SSAP No. 3 - Accounting Changes and Correction of Errors*? ... Yes [ ] No [ ]

If no, please explain

29