# Exhibit 22



# CABINET FOR HEALTH AND FAMILY SERVICES
# DEPARTMENT FOR MEDICAID SERVICES

**Matthew G. Bevin**
Governor

**Cindy Arflack**
Director

Division of Program Quality & Outcomes
275 E Main St, 6 C-C
Frankfort, KY 40621
Phone:  (502) 564-9444
Fax:  (502) 564-0223
www.chfs.ky.gov

**Vickie Yates Brown Glisson**
Secretary

**Stephen P. Miller**
Commissioner

November 17, 2017

Mark Carter, Chief Executive Officer
Passport Health Plan
5100 Commerce Crossing Drive
Louisville, KY 40229

Subject: Consequences for Failure to Submit Encounters in Accordance with the Contract

Dear Mr. Carter:

Based on your contract with the Department for Medicaid Services (DMS) to provide managed care and Section 40.3 B, the following assessments apply:

**TIMELINESS SECTION**
 The total amount of penalties under this section shall be capped at 0.33% of the Contractor's monthly capitation rate.  For the month of **October 2017**, 0.33% of the Contractor's monthly capitation rate is **$531,659.97.**

1) Timely Submission of Encounter Files (Reference Daily MCO Claim Count Report if applicable)
    a. If a MCO fails to submit encounter files within five (5) days from the scheduled submission date, the MCO is subject to a $500.00 per day late fee.
    b. Passport Health Plan's encounter files were submitted in a timely manner so this fee does not apply.

2) Timely Submission from Adjudication Date (Reference ENC-0750-M, ENC-0755-M if applicable)
    a. If a MCO fails to submit encounters within thirty (30) days of the adjudication date, it is subject to a $1.00 per encounter per day late fee.
    b. Passport Health Plan's encounters submitted in **October** contained encounters which were **590,182** days late per the criteria above.  The penalty is **$590,182.00**.
    c. An additional assessment for Federally Qualified Health Centers (FQHCs) and Rural Health Centers (RHCs) encounters is assessed at $11.00 per day for each day greater than thirty (30) days.
    d. Passport Health Plan's FQHCs and RHCs had **1218** days greater than thirty (30) for a penalty of **$13,398.00**.

3) Timely Resubmission of Erred Encounters (Reference ENC-253M, ENC-1253M if applicable)



a. If a MCO fails to resubmit erred encounter files within sixty (60) days from receipt of the 277U Erred Record Report, DMS shall assess a late fee of $1.00 per encounter per day over sixty (60) days.
b. The penalty is assessed per day for each day the encounter record is not resubmitted and accepted by DMS.  Based upon the **October** data report, Passport Health Plan had no records over sixty (60) days. No penalty was assessed.
c. An additional assessment for Federally Qualified Health Centers (FQHCs) and Rural Health Centers (RHCs) encounters is assessed at $11.00 per day for each day greater than sixty (60) days.
d. Passport Health Plan's FQHCs and RHCs had no days greater than sixty (60) days. No penalty was assessed.

4) The penalty total for the Timeliness Section is **$603,580.00.** The assessment is capped at **$531,659.97.**

**ACCURACY SECTION**

The total amount of penalties under this section shall be capped at 0.33% of the Contractor's monthly capitation rate.  For the month of **October 2017**, 0.33% of the Contractor's monthly capitation rate is **$531,659.97.**

1) Threshold Error (Reference ENC-0450-M if applicable)
a. If a MCO submits encounters in a timely fashion, but containing a threshold error percentage greater than five (5) percent, it is subject to a $500.00 assessment per submission per file.
b. Passport Health Plan's encounters files submitted in **October** exceeded the five (5) percent threshold. **Ten (10)** files failed the DMS MCO contract requirements, so your firm has been assessed **$5,000.00.**

2) File Not in Required Format (Daily MCO File Count Rejection Report if applicable)
a. If a MCO fails to submit encounter data in the required form or format as required by DMS for one (1) calendar month, DMS shall assess an amount of $50,000.00 per file.
b. Per the definition of failed files subject to penalties, Passport Health Plan submitted no files in **October** that were in the incorrect required form or format. No penalty was assessed.

3) Exact Duplicates (Reference ENC-650-M if applicable)
a. If a MCO submits encounters that contain a duplicate encounter threshold error, DMS shall assess a $5.00 per duplicate encounter fee.
b. Based upon the data report, Passport Health Plan had a total of **2209** exact duplicates.   Your firm has been assessed an encounter fee of **$11,045.00** for the month of **October**.

4) The penalty total for the Accuracy Section is **$16,045.00.**

**COMPLETENESS SECTION**

The total amount of penalties under this section shall be capped at 0.33% of the Contractor's monthly capitation rate.  For the month of **October 2017**, 0.33% of the Contractor's monthly capitation rate is **$531,659.97.**

1) Failure to Submit Required Attestation (Daily MCO File Count Rejection Report if applicable)
a. If a MCO does not submit the required attestation showing all failed files were successfully resubmitted and accepted within sixty (60) days of notification, DMS shall assess an amount of $10,000.00 per file.
b. Passport Health Plan submitted no files that failed per the criteria above, so this does not apply.
c. An additional penalty of $1,000.00 per each late day beyond the sixty (60) days of notification shall also be assessed.
d. Passport Health Plan submitted no files that failed per the criteria above, so this does not apply.

2) The penalty total for the Completeness Section is **$0.00.**

**The total penalty is $547,704.97 for October encounter file submissions**.

Please refer to applicable supporting documentation via SharePoint.  Should your firm have any questions regarding this notification, please contact me within ten (10) business days of this letter.

Sincerely,


Cindy Arflack
Director, Division of Program Quality & Outcomes

Cc:     David Stanley, VP & Chief Financial Officer
        Elaine Hayes, Director, Claims & Reimbursement
        Tara Carnes, Manager, Compliance
        Catherine York, Office of Legal Services, Central Office Attorney
        Stephen P. Miller, DMS Commissioner
        Stacy Fish, OATS Director, Division of Medicaid System