# Exhibit 27

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH

# Special Call

## Wednesday, May 29, 2019 1:00 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

**1**

# Table of Contents

Call Participants ................................................................. 3

Presentation ................................................................. 4

Question and Answer ................................................................. 9

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Nicholas McGrane**
*Chief Financial Officer*

**ANALYSTS**

**Charles Rhyee**
*Cowen and Company, LLC,*
*Research Division*

**Jared Phillip Haase**
*William Blair & Company L.L.C.,*
*Research Division*

**Mohan A. Naidu**
*Oppenheimer & Co. Inc., Research*
*Division*

**Robert Patrick Jones**
*Goldman Sachs Group Inc.,*
*Research Division*

**Stanislav Berenshteyn**
*SunTrust Robinson Humphrey,*
*Inc., Research Division*

**Stephanie July Demko**
*Citigroup Inc, Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research*
*Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good morning, and welcome to the Evolent Health update conference call. As a reminder, this conference call is being recorded. Your host for the call today is Mr. Frank Williams, Chief Executive Officer of Evolent Health. This call will be archived and available later this evening and for the next week via the webcast on the company's Investor Relations website, ir.evolenthealth.com.

Here is some important introductory information. This call contains forward-looking statements under the U.S. federal securities laws. These statements are subject to risks and uncertainties that could cause actual results to differ materially from historical experience or present expectations. A description of some of the risks and uncertainties can be found in the company's reports that are filed with the Securities and Exchange Commission, including cautionary statements included in the current and periodic filings. [Operator Instructions]

At this time, I will turn the call over to the company's Chief Executive Officer, Mr. Frank Williams. Please go ahead.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Good morning. I'm Frank Williams, Chief Executive Officer of Evolent Health, and I'm joined by our Chief Financial Officer, Nicky McGrane; and our Chief Operating Officer, Tom Peterson.

As you saw in the press release and 8-K we filed this morning, Evolent plans to significantly expand our partnership with Passport Health Plan, and we wanted to offer the opportunity to discuss the details and answer questions at the end of our prepared remarks. This represents an exciting development for us and is the result of a unique set of circumstances that played out across the past several months. Overall, we believe we have a substantial value-creation opportunity, and this new joint venture demonstrates the depth of our relationship, breadth of our integrated Medicaid platform and the confidence that Passport's owners have in our ability to drive strong performance both operationally and financially.

Let's now dive into the details by going to the executive summary in the attached presentation that we sent, and I'll start with Slide 5. In terms of an overview of the transaction, Passport Health Plan owners ran a competitive process and selected Evolent Health as Passport's long-term operating and financial partner. Evolent will invest $70 million in the transaction for a substantial ownership stake in the plan as well as provide near-term balance sheet support. The transaction is expected to close in late third quarter, early fourth quarter of this year and is subject to closing conditions and regulatory approval. As part of the arrangements, Evolent will take on greater management oversight, operating responsibility and broader clinical scope to drive performance. An amended management services agreement will be in place immediately with a 10-year term, which will expand Evolent's core services and incorporate New Century Health in managing oncology and cardiovascular services.

In terms of the strategic rationale, I think 5 major points to the thesis. First, Passport has significant scale as a Medicaid plan with 315,000 lives in Kentucky's program and a long-standing reputation for high levels of member service and quality. The potential for growth in duals and related populations is significant across time.

Evolent has a clear line of sight to drive strong financial performance by the second half of this year with improved rates in effect as of the second quarter and identified administrative and medical cost-reduction opportunities. So this is a plan that we know well, one that we've been able to get very deep with across the last several months, and we believe we have the ability to fully showcase our suite of clinical programs and member engagement methodologies.

Third, the ownership stake is consistent with our performance-based business model and allows Evolent to optimize the performance of the health plan and capture significant value-creation opportunity. We believe

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the equity interest and shared ownership model creates strong alignment with providers and, again, really enables us to drive strong performance of the health plan.

Fourth, the enhanced MSA agreement locks in a long-term service relationship and drives substantial top line growth in the second half of 2019 and into 2020, so a significant impact on our near-term and our long-term financials.

And five, there's incredibly strong potential for value-creation opportunity given the quality of the underlying asset. Passport has an amazing reputation, a very large membership base. We've identified very clear areas for performance improvement. Again, working on this for several months, a clear line of sight into value creation, and then also attractive just given the implied current valuation of our investment.

If you turn to Slide 2 (sic) [ Slide 6 ], a little bit more detail on the situation that unfolded across the last several months. As many of you are aware, Passport has served Medicaid beneficiaries in the Commonwealth of Kentucky for over 20 years, highly regarded, great reputation, amazing service to members, so just a wonderful health plan and very tied into the local community. The owners of Passport, a group of provider owners, recently ran a competitive process to select a joint venture partner to optimize the future performance of the plan from a strategic, clinical and financial perspective. So this was a decision the owners made to optimize performance, to really make sure that the plan could be successful going into the future. And they wanted both an operating partner, so someone to really run the plan on a day-to-day basis, and also one that would be an equity holder alongside the existing providers.

As part of that process, and it was a competitive process, Evolent Health, as the current operating partner, was selected and entered into a definitive agreement, as we announced this morning. And just in terms of the mechanics, upon signing, Evolent will take over leadership of the plan, and Scott Bowers, our current National Medicaid President, will become CEO. Scott has very deep experience running a scaled Medicaid plan. He's been very involved with Passport, so he will become on the ground there on a day-to-day basis.

EVH will provide a $20 million statutory note to Passport to enhance its risk-based capital, and then Passport will amend its current Evolent services agreement to incorporate management oversight and control over additional administrative functions, so there'll be some expanded responsibilities there as well as agreeing to use New Century Health for oncology and cardiovascular services. So an ability for us to really step in, operate the plan directly using a full suite of capabilities, also expand our clinical footprint with a number of additional clinical programs, and then also get involved directly in specialty management.

Passport, the current non-for-profit entity, will respond to the recent-release Medicaid RFP, so this partnership will not close for likely 60 to 90 days, as we talked about. The current Medicaid contract runs through June 2020, so the RFP process for the next 5-year contract through 2025 has been launched, and submissions are due July 5 and a final decision likely by September 2019. So it will be business as usual in terms of Passport responding directly to the RFP, and obviously has been a business in Medicaid for 20 years and has a very strong position going into the RFP.

Upon conclusion of the RFP, Evolent has agreed to acquire a 70% stake in the plan for $70 million and will have shared governance rights with the existing ownership group. We'll continue to book revenues and incomes from the revised MSA on our income statement, and we expect to account for our ownership interest in the joint venture as an equity method investment.

As a locally based provider-driven plan, we have strong confidence that Passport is well positioned to win in the RFP and continue in the program as they have for several years, which should ultimately set up a very successful long-term service relationship and also equity in what we see as a very valuable asset. In the event that Passport does not win the RFP, the plan will continue to operate through the existing contract period. In that case, Evolent will have the opportunity to recoup substantially all of its committed capital in a wind-down scenario.

So those -- that just sets up how the situation developed and then how we see it playing out mechanically across the next several months.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We turn to Slide 7 for background on Passport Health Plan. It's the second-largest Medicaid health plan in Kentucky, established in 1997. It was formed by the University of Louisville, Norton Health and other local health care providers. Named the top Medicaid plan in Kentucky by NCQA for 2016 and '17, fabulous reputation amongst its members for service, for an engaged clinical model.

As of May 1, over 315,000 Medicaid members, so this is a plan of significant scale, one of the largest provider-directed plans in the country. A market leader in Region A, which is really Louisville and surrounding areas, consistent 25% statewide market share across the past 5 years. Other current Medicaid MCOs are WellCare, Anthem, Aetna and Humana. Medicaid membership is roughly 45% pediatric, 35% expansion and 20% adult. Passport also operates a D-SNP plan with 2,500 members who are eligible for both Medicaid and Medicare and an ability to grow in that area as well.

As many of you are aware, Evolent began working with Passport in February 2016, and the relationship has expanded across time to include a full suite of administrative and clinical services. And then we've also had a successful rollout of our national Medicaid Center of Excellence, which is based in Louisville. So an investment in the core asset base that we built out of Louisville, which applies to our national business but also applies with how we want to scale our relationship within Kentucky. And you can see, on the right-hand side, the geography as well as the membership build across the last several years.

Turning to Slide 8. Now going back to 2016, we didn't have a presence in Medicaid. We made a significant strategic commitment, given the focus nationally on managing Medicaid more effectively, particularly with chronic condition populations, so we made a very significant investment across this time. If you go back historically, when we launched Evolent, we had a strategic partner, still engaged with us in UPMC Health Plan. UPMC is one of the top Medicaid plans in the country, surely, from a provider-driven perspective. They contributed technology, IP, clinical know-how, a lot of that with depth in Medicaid, so we actually started out with a good deal of knowledge based on that relationship. As I mentioned earlier, in 2016, we formed the Medicaid Center of Excellence, and we made substantial investments to expand the clinical capabilities of Passport, developed a number of assets which we thought were very valuable to our national business and incorporated those.

In 2017, we acquired Valence Health. Valence's specialization was actually in Medicaid across several markets, providing a comprehensive back-office set of support and operations. The process began to actually integrate that back-office function with our clinical platform to create a very unique offering in the marketplace. And then really, across the last 2 years, we've substantially expanded to support Medicaid plans in several states, including New York, Florida and California, some of the largest markets in the country, and several other markets.

And then recently, we acquired New Century Health in October of last year, adding oncology and cardiology specialty management. We've seen that this applies very much to Medicaid populations. There's a substantial opportunity to improve quality, to improve the effectiveness of spending in these areas. We also began to support populations with discrete needs, and so we're developing a lot of depth in certain clinical areas that have relevance to Medicaid. And then significant breadth and investments in our clinical offering currently, including behavioral phenotyping, social needs indexing and additional care management programs.

So if you take all of that, today, we manage 1.7 million lives across 11 partner organizations in highly diverse geographic regions. This is a key part of our strategy just given the focus on Medicaid nationally, the chronic condition cost that emerged, the need for provider-driven models. And hence, the strategic partnership with Passport represents an extension of, really, all that we've built and, we think, ability to have a signature relationship that will have a big impact nationally in our Medicaid business.

If you go to Slide 9, you can actually see how we have assembled our platform in Medicaid and the benefits of an integrated platform. Usually, when you look at clinical and administrative, you see very separate systems. When you think about operating a Medicaid business, operating a health plan, you actually need to bring together both effectively, so the information on both sides is highly valuable in day-to-day management of patients and providing strong member service.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

On the clinical platform side, we do this at the population level, so extensive analytics and stratification, ability to identify at-risk patients early. We also have a very in-depth capability at the line-item level, meaning certain clinical program areas, specialty areas, as I referenced with New Century, so ability to deliver that with the clinical platform that's all supported by Identifi. And then on the administrative side, you need to manage all aspects from the front office to the middle to the back office. Our investment in Valence and Aldera enabled us to build that platform out substantially. And now we're integrating those 2 things together, which creates a very unique proposition in the market.

As we talked about in the past, in our Medicaid business, our partners work with us in different ways. So we have some that might work with us solely on the clinical platform side, you can see an example with Empower; or on the administrative platform side, some where there's greater focus there. SOMOS would be an example of that and some of the work that we're doing. We're actually also adding clinical in there.

But if you think about the relationship with Passport that has developed, really, across the last year, is we made a substantial investment in beginning to knit these things together. It takes time to actually put that in place. But once you do and link these things together, you have the ability to really drive substantial improvements in performance, both in core operation but also clinically, which is really important in overall cost management.

So if you think about the expansion of this relationship building on the platform, the vision that we laid out, it is a substantial opportunity. And we feel very well prepared to really drive performance improvement in Passport over the coming months and into the coming years.

So if you step back, turning to Slide 10, we really feel this is a strong strategic fit, that this represented a unique opportunity for us. First, as I described earlier, we're working with a plan that has a very strong market position, very consistent membership profile over the last several years being in the program. It's the second-largest Medicaid plan in Kentucky, again, with significant share, significant growth opportunity. A plan greater than 300,000 members is a very large scale, the premium revenues approaching $2 billion. So that's a very important aspect in health plan management, do you have enough scale, and certainly, that exists with this plan.

Passport has a long operating history. The team, over the years, has done an amazing job of building up their reputation and brand in the local community. They had relatively consistent profitability except in years where there've been interim rate cuts, which we saw going back to last year. And again, a lower rate retroactively applied, a need to respond to that. That takes some amount of time. And again, an inability to get an adjustment in the rate, which had been the main focus of the response strategy. And then we collectively dove in with the team there at the end of December and early January and really started putting in place a broad set of initiatives, and we see the benefit of those initiatives, which I'll talk about in just a second.

Also if you think about the path ahead and the ability and visibility to drive substantial improvement in performance, first, there has been a rate adjustment as of April 1 that we feel is more reflective of trend. That gives us a strong top line to manage the population. And then as I mentioned, we've got initiatives well underway around administrative efficiency, provider network optimization, behavioral health, specialty management and pharmacy. Significant financial improvements have already been captured. We have a number in flight that will take hold across this month and going into the summer. And then on top of that, we feel like with this arrangement, with the revised MSA, we'll have clear accountability and responsibility for driving all aspects of performance with the full backing of our provider partners.

And if you think about what we've talked about in all aspects of our business, that is ultimately what we wanted to set up in our relationships. We have the opportunity to do it here. We have the platform. We're deep and have extensive experience here and believe very strongly that we've got a clear line of sight to a high-performing plan given the scale and given the opportunity that we see.

We're also gaining significant enhancements to our management services agreements. This additional scope in sort of our core services as well as our work through New Century Health expands our revenue base significantly at Passport. That's for the remainder of this year as well as strong growth as we go into 2020. The fact we're restarting the arrangement with a 10-year term creates strong forward visibility for

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

us and very strong alignment with partners. So we're taking a relationship where we've made a significant investment. We've had very deep relationships with the team there, with the owners. We also had joint responsibilities and, in some cases, a number of aspects of plan management that we weren't involved in. This gives us the opportunity to have very clear alignment and accountability and ability to drive performance and exactly the type of relationship that we've built and want to ultimately support.

In terms of the equity investment, as we've talked about in the past, we are not embarking on a strategy to have 100% ownership stake in several health plans across the country. That really hasn't been our focus. However, where we've seen opportunities where we can co-invest and where we're deep, where we know we can drive scale and accountability, we do believe that it allows us to capture some of the upside that we're ultimately creating through a shared ownership model. So we have a very strong management services agreement, a very strong fee base that we generate and profitability associated with those services. But we believe we're building extraordinary value here, and there's an ability to capture that through shared ownership in the asset itself.

As we talked about, there's strong asset appreciation potential given the commitment of the providers and the owners, so that was a big part of the discussion. Do they see the same things we do in terms of opportunity? Are they fully committed? Are they on board? We believe we have all those commitments. There's inherent scale in a plan of this size. And then if you look at the implied current valuation of like plans, we believe we're investing under very favorable terms.

And then lastly, as I talked about, we've articulated the fact that if we think about the evolution of our business and wanting to be in performance-based shared ownership models, which create alignment, which create essentially long-term stickiness to the business, that there is an opportunity for us to do that here and, we ultimately believe, to create a significant amount of value.

So a lot of these situations that we've talked about from market-to-market are fluid. There are a number of markets where we would not have made this type of investment decision. A lot of factors go into it, as I've just talked about. But when an opportunity like this presents itself and we see multiple ways we can drive economic value in the core business through the asset and then what we're trying to accomplish nationally, this seemed like a natural fit. It's where the ownership group wanted to go. I think understandably, if you think about how the last several months have played out, and Passport has had some difficulties, and I think they wanted to go into this forward period with strong confidence in the operating plan, in the financial plan and then having a highly engaged partner to support them. And they believe very much in the value-creation opportunity we have in front of us.

So hopefully, that gives you a sense of the strategic rationale, how the situation unfolded, the terms of the agreement and some of our thinking in wanting to pursue it. And with that, I'll sort of end the formal remarks, and we'd be happy to take questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] The first question comes from Robert Jones of Goldman Sachs.

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

I guess maybe just -- you touched on a lot of this, and you highlighted a host of levers obviously you guys have to pull to help the performance of the plan, which clearly, you guys laid out in these slides this morning. But I think the obvious question for investors is, what's prevented the existing leadership team there from adopting all the in-depth strategies that you've outlined? I guess maybe just if you could boil down for us what's the -- what do you see as the biggest differences in the construct of this new relationship and what it can provide versus the previous arrangement with Passport and the leadership team there?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. Great question. I mean as I mentioned obviously the leadership team across the last, frankly, 2 decades has done an amazing job building what we felt, going back to 2016, was an extraordinarily unique plan and one that provided a high level of service to members. As I talked about, it's been a relatively stable plan across the last several years. If you go back to the September time frame, there was a retroactive rate cut. It hit Passport pretty hard. I would say that the leadership team largely focused on the actuarial discussion with the Department for Medicaid Services. In other words, the rate doesn't seem right relative to trend, and we're really going to focus on trying to make an adjustment to the rate. When that process didn't play out, you had deteriorating financial performance, and that's when we got more heavily engaged.

And in a lot of our relationships -- and Passport has been a pretty extensive partnership in terms of the way that we're engaged, but at the same time, there are a number of aspects of just driving day-to-day operations, the scope of our work that we actually weren't involved in at the time. And just looking at the urgency, the team really said, hey, we actually really need your support. It's an urgent situation. And so we sort of flipped from a service provider to, wow, we really need to get heavily engaged, and again, this was working with the team there, but heavily engaged to really drive a set of initiatives and to drive it with pace and speed just given the urgency.

I would say with that, we brought all the resources that we have nationally to bear. We see the potential for well over $180 million in improvements that we can make, both across the administrative and clinical side. Sometimes, this level of urgency creates action, creates a focus with the owner and provider partners that, okay, we got to move, and we have to work effectively together. It's very different when you're working through an existing organization. Some folks have accountability for certain aspects. You have some redundancies in terms of function. So I think from that experience, we see a very clear operating plan and path to strong financial performance. By setting up the management agreement in the way that we have, there's not redundancy in terms of function. We can put our people directly on the ground there when we close the transaction, and obviously, we're starting some of that today and operating the plan as it exists. And that really gives us the ability to have a strong line of sight and direct accountability.

So I think it's a very significant difference in sort of just being in what I'll call a vendor relationship and one where it really is ultimately our people on the ground, where there are clear agreements with the owners and the provider community about how we want to drive performance improvement, where a lot of things clinically that we might have rolled out more gradually or taken more time, maybe they're a little sticky, but feeling a real sense of urgency for driving those forward. And you can see that just in these last several months in terms of performance improvement. You can see that in the line of sight we've developed to drive performance. And frankly, this reflects what we've talked about more broadly across

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. SPECIAL CALL | MAY 13, 2019

the country, where we might be solely in just a fee-based relationship but where we see an ability through our deal structure to drive alignment and accountability. And again, it makes a big difference in terms of what we think we can accomplish clinically and on the administrative side.

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

No, that makes a ton of sense. And then I guess just, Frank, if we could go back to the RFP process. I just wanted to make sure I understood how that will play out. It sounds like they will lead that process in this round just given timing. So just curious how involved will Evolent be in the bidding process, if at all. And then can you maybe help us understand the range of outcomes of their success in that RFP process and how that could affect the relationship financially that you announced this morning between yourselves and Passport?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Sure. I think that's a great question. As I mentioned, the Department of Medicaid Service and the commonwealth issued an RFP very recently. Obviously, we've just announced our deal. It's going to take some time to move through the closing process and appropriate regulatory approvals, so it clearly makes sense for Passport, as it exists today, to respond to that RFP. We obviously work very closely with them on a day-to-day basis and have in the past. We have RFP experience, pretty extensive, within our ranks, both what we've done with our partners and people with a long history in this area. So we will be highly involved in supporting the RFP and making sure we execute at a high standard.

Passport has done this across several cycles and has strong experience here as well. They obviously are in the state and have a very good reputation with members, as I talked about, so we believe they start in a very, very strong position. We believe that there is support for Passport in the local community for all the reasons that we've talked about across the last several months. So I would say they have a very strong position as an incumbent going into the process. All the things that we're doing clinically are, we believe, very unique. The integration of the platform, the incorporation of what we believe are really cutting-edge clinical programs in Medicaid, again, are things that really matter in these types of responses.

So I would say we have very high confidence that they're going to do an excellent job in responding and building on what they've established in the state. If we win, then obviously, the new MSA is in effect. It would -- the contract will go forward for 5 years, really starting -- I believe it's in June or July of 2020. So you'd have a really strong ability and sort of runway to continue to drive performance and grow the plan over time. There's also opportunity with other populations, as I referenced, and a lot of things we're doing in other parts of the country which we think would be quite relevant here.

In the case where Passport did not win the RFP, then our management services agreement, as we talked about, would still be in effect. It's effective immediately. That would run through the contracting period through June of next year, so we continue to serve that out.

If, at that point, you made the decision because you don't have the membership base in Medicaid, the decision to wind down the plan, then the plan has an intrinsic asset base that then would ultimately get distributed, and you would involve the appropriate regulators and everything else, but would just get distributed to the owners.

It's hard to predict, but just given the value in the plan, we believe in that scenario, we would recoup a substantial amount of our investment just based in that wind-down value. You can't perfectly predict that in the moment, but again, high likelihood, we believe, in winning the RFP given the number of years they've been in the program and everything that we're doing. That's an extraordinary outcome in terms of the value of the asset itself and our long-term management services agreement. And then if it doesn't happen, we obviously would serve out the plan with the higher range of services that we talked about across the next year. That would have obviously a benefit for us and, hopefully, for the plan. And then we believe we would have the ability to recoup a substantial part of our investment if you actually wound it down.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So I'd, again, look at both of those scenarios. And one is much better than the other in terms of opportunity, but even the downside scenario, in our minds, is reasonable given the level of investment we're making in the plan. So sorry for the long answer there, but hopefully, that sort of explains the dynamic.

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

No, no. That's very helpful, and we'll see you tomorrow.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Thanks.

**Operator**

The next question is from Ryan Daniels of William Blair.

**Jared Phillip Haase**
*William Blair & Company L.L.C., Research Division*

This is actually Jared Haase in for Ryan. Just a quick question for me. So I understand the expectation of growth here through an expanded MSA. I'm wondering if you could talk a little bit kind of just how we should think about the cadence of that. Is that something where the growth opportunities kind of come all at once? Or is that more gradual over a period of time as the expanded relationship allows you to kind of uncover new opportunities, that sort of thing?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say, as I mentioned, the revised management services agreement takes effect immediately. So in terms of expanded scope, expanded oversight role, the ability to drive performance directly, we would see an immediate benefit. I mentioned also New Century. That implementation period probably would apply in the second half of the year. But all in all, it would have an immediate impact on the core service and technology revenue that we drive from the Passport relationship. It is substantial, so I think just in terms of our financial outlook for the year, it would give us great confidence in the numbers that we put forward. I mean if you think about the midpoint of our guidance, substantial confidence in hitting that number. If we close any of the other things we talked about in our pipeline on the last call, then we would have confidence in being at the upper end of our guidance. So the material impact on top line immediately going into the second half of '19.

And then if you just sort of roll forward for the full year and going back to 2020, it would also drive substantial growth in either of the scenarios I outlined going into 2020. So we do get an immediate pickup in terms of scope, in terms of ability to drive performance. That translates directly into revenue expansion. And again, there's some implementation time on some of the things that we would do before you're sort of in the recurring PMPM territory. But the implementation time line is relatively short and surely would come in by the summer, probably the July time frame.

**Operator**

The next question is from Mohan Naidu of Oppenheimer.

**Mohan A. Naidu**
*Oppenheimer & Co. Inc., Research Division*

Frank, how much of the situation is very unique to Passport or is this -- do you expect to see other clients in other states pursuing this similar strategy? And I guess the second question is the reason why Passport is seeking external ownership, is it primarily driven by the most recent rate cut and adjustments there? And you brought a lot of color, but I'm still unclear if the thought from Passport is that a similar rate adjustment again would probably not make Passport survivable?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So let's -- some really good questions there, so let me take those on. I think in general, in our business, we have talked about this notion of performance-based aligned relationships, that we see a major benefit to the ability to scale in local markets, to drive performance for longevity in our relationships when we create some form of alignments. And that alignment could be we have some portion of our fees that are at risk, we're demonstrating to our client that we believe in what we can do and are willing to sort of back it, so to speak, where we also maybe take a -- what we've talked about, sort of a small ownership position alongside an ACO or a group that we're working with. So that's been an important part of our strategy. We've sort of done that really across the last 2 years. And frankly, we've seen the payoff in a lot of our relationships in terms of performance.

Passport and the situation that we just talked about, I would say, is somewhat unique to that. Yes. We are talking about alignments and co-ownership, but it's a pretty significant investment. So this is not something we took lightly. I wouldn't say we would do this in most market situations, but there aren't very many situations where you have over 300,000 lives, the type of reputation that Passport has developed across the last 20 years, a very committed ownership group that decided, look, we built something valuable. The team has done a great job there, but Medicaid, sort of moving forward in the next decade, requires significant scale and infrastructure, it requires incredibly in-depth clinical program development, it requires technology investments, the administrative and back office has to be integrated, there are new requirements that are being developed that have to be incorporated, very difficult for a single team in a single market to have the investment capital to do all of those things, and particularly to incorporate the type of vision that I talked about on the clinical and administrative side.

So I think there was a step back there to say, boy, we sort of got ourselves in a tough spot across the last 6 months. Feels like we need a nationally-based organization that has the wherewithal that's investing across multiple clients to really help us execute. If we do that, we believe we have an incredible asset here, but we want really an operating partner to drive that. And again, you're seeing this across the country. Hence, the reason for the Evolent business is it's very difficult to do that simply as a standalone plan. So I think the ownership group stepped back and said, we really want an operating partner, and made it very clear, we want a financial partner as well. And so it was a competitive process, and needed to be. I mean they needed to do their diligence to feel like they could get the operating performance that they desired, the ability to grow the plan, reasonable terms in terms of the financial investments. So they ran, appropriately, a competitive process.

And what I feel good about is the strength of our relationship, what we've achieved since 2016, but also across the last several months factored in, where there was strong confidence in our ability to perform and, I think, an ability to drive an aligned relationship and take advantage of the investment we've made across the last several years, which I articulated earlier.

So I do think this is a very unique situation, but I think if we're savvy from a strategic perspective, you look at a market situation, you see the opportunity in front of you, 300,000-life plan, strong reputation, clear line of sight to drive very strong performance to expand our relationship, which clearly benefits our core service and technology business, and then the ability to invest under terms that are quite reasonable from a valuation perspective with a very committed group of provider owners, we looked at that and, in our minds, a very strong case for investment, very unique. So again, as I said, I don't think you'd see us investing this amount of capital normally, but extreme benefit that we believe we can create and value we can drive from doing all the things that we talked about.

So then your last question on the rate cut and the sustainability of the plan, we have absolute confidence that this can be a very sustainable and successful plan going well into the future. In Medicaid, and we see this play out when there's a rate cut, it comes immediately sometimes, and no question, it has an impact on the business. Everything that we're doing in terms of streamlining admin, I mean we believe we can get this to an incredibly efficient set of administrative costs and administrative ratio.

And then we look on the clinical side and believe we can drive improved quality, improved engagement of chronic condition patients, a very strong MLR performance. And so that when you have a rate cut, you can

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

actually absorb it because of the efficiency and the plan and you'd make the appropriate adjustments. And in any market situation, you need a rate that's appropriate with trend. We know that the Department for Medicaid Services wants to have ultimately a rate that's reasonable, or otherwise, people won't participate in the state's program. So you need to have a good back-and-forth relationship to understand what is the underlying trend, what's going on, does the rate reflect that. And again, we would surely want to have that with the Department for Medicaid Services, a very productive relationship with the regulators, et cetera, but we have high confidence that with those things in place, that even with some adjustments in rate, we can have a very strong health plan long term.

**Operator**

The next question is from Sandy Draper of SunTrust.

**Stanislav Berenshteyn**
*SunTrust Robinson Humphrey, Inc., Research Division*

This is Stan on for Sandy. I guess just a quick one for Nicky. So as I understand, typically, when you take a controlling stake, you consolidate the business and then break out noncontrolling interest. Just trying to understand what the rationale is for the equity method.

**Nicholas McGrane**
*Chief Financial Officer*

Thanks, Stan. Yes, I mean I would say that the definition of control comes down to the governance of the plan. And as Frank has outlined, this is a partnership with us and the existing owners, and so the key governance matters that determine control sit inside that governance agreement, and that's what's the determination on the equity method versus consolidation. So while we do have the majority economic stake in terms of the key levers of control, the plan has been to operate in conjunction with our partners, and that's -- we expect that to be the final determination.

**Operator**

The next question is from Charles Rhyee of Cowen.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

I just got a few here. First, following up on Bob's question at the beginning, Frank, you talked about sort of recent performance you're seeing and the urgency that's been happening, either the deployment of the tools and the performance you're seeing, so it would suggest that you're saying that Passport was not very active then in deploying your tools, but now they are doing so and seeing results. And if that's the case, why is there still the need to make this investment to become basically a 70% owner? And then kind of following up to the last question, if you have -- if the CEO of Passport is now going to be from Evolent, I'm still curious, like what is in the governance agreement that kind of maintains that? And sorry, and then my last question here is you're putting a $20 million sort of note for additional risk capital, can you talk about sort of the reserves for the plan right now? It sounds like the plan's been under-reserved here.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Sure. I think the first question was, hey, you've been doing a lot of things and why change the ownership structure. I would say this is really a result of a decision that the owners of Passport made in terms of what they wanted from their partner. And as I said, it's a very attractive plan and, therefore, a number of organizations were engaged at potentially becoming involved as an investor in the plan. So one, I think the ownership change was largely based on what the Board openly decided and the owners in terms of what they wanted on a go-forward basis. And I would say, yes, absolutely, there was a number of things we were doing in partnership with the team at Passport.

When you get a rate cut and you suffer substantial losses and those losses carry for several months, then you develop a sense of urgency that we need to respond with speed, we need to respond

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Case 1:19-cv-01031-MSN-WEF    Document 76-27    Filed 06/22/20    Page 15 of 20 PageID# 2287

comprehensively. Maybe there's a clinical program or something we need to do with the network that has some amount of controversy, it might even have some political sensitivity, but boy, given the financial situation, we need to respond immediately, where you really need to engage the ownership group in saying, look, we need to drive very strong performance, we need to operate this as efficiently as we can at all aspects. And I would -- that happens in a lot of businesses, I mean where you're going along, something happens and you suddenly need to respond with a level of urgency that ultimately turns around performance and where, frankly, it changes the organization permanently. At least in a lot of the businesses I've been involved with, that's a very natural thing that happens.

So what I would say is what do we have now that's different, full accountability, direct involvement, a full suite of ideas in terms of generating improvements on both the admin and the clinical side and a pace and force that is literally day-to-day in terms of the progress that we're making and also with the support of provider partners and everyone alongside us. So I would just say it's been a significant difference just in terms of tone, our role. And obviously with the new arrangement, that would just increase as we move forward.

I think you asked about the sort of reserves in the plan. Obviously, across the last several months, those reserves took a hit as the plan did incur losses. As I mentioned, when you put in place the improvement plan that we have, where we've seen a substantial pick-up already, but we'll really see a very significant pick-up in the second half of the year. We have confidence that we can get to breakeven. And by the fourth quarter, see positive contribution in the plan. And going to next year, you will replenish those reserves. And so I think you'll see a replenishment of the reserve base just based on what we've outlined this year. You do have some gap right now. We mentioned the $20 million contribution. Again, we believe that, which would occur across the next several weeks, that, that infusion would meet their needs for the time being, and then we drive the performance improvement, and you would have a replenishment of the capital base over time, which is what we expect to happen.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

And then about the ownership? Like it just seems like you're saying you're running the day-to-day operations. [indiscernible]

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I'm sorry, say that again.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

Frank, this is Charles.

**Nicholas McGrane**
*Chief Financial Officer*

He's asking about the – coming back to the consolidation.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. So let me explain, with absolute question -- without question, we are now going to have someone who has experience in Evolent and deep experience in Medicaid who will be the CEO of the plan. Once the agreement takes effect, is approved and all of that, we will be managing the plan on a day-to-day basis, and we will have the authority to do that. At the same time, with the ownership group, when you think about some of the larger decisions and the alignment we want to create and the level of engagement on decisions like who will be the CEO, who's actually -- the hiring and firing of the CEO, what is the budget for the year, all of those larger decisions, what larger investments are we making, et cetera, those types of decisions, which really are the broader governance issues, will be joint with our provider-owner partners. And we think that's an important dynamic. That's very different than someone saying, on a day-to-day

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

basis, we're going to be involved in day-to-day management decisions. That would definitely be in our purview. Obviously, we need to agree with who are the primary executives in the plan. We would do that on a joint basis. But that really is the joint governance nature, but on a day-to-day basis, we'd be running the plan.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

And just a quick modeling, Nicky. If I just think pro forma, understanding just the equity method, but effectively, are we going to be managing something like over $2 billion in premium revenue fairly directly? And if we think about that, our mix is almost 3/4 premium revenue to fee-based revenue?

**Nicholas McGrane**
*Chief Financial Officer*

I mean the equity method, you just reflect your stake in the net income of the plan, so we won't be -- we're not reflecting -- the revenue is not going to be on our P&L, just...

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

Understanding that, but we're effectively doing it though, right? We're effectively managing it?

**Nicholas McGrane**
*Chief Financial Officer*

I mean as Frank said, I mean I think this is a partnership with them, and I think it's not our intention to be -- as Frank sort of laid out, strategically, with -- that's not the direction we're going in. And so I think that we're -- as Frank said, day-to-day, that's correct, we're sort of managing it day-to-day, but in terms of the economics of the arrangement, the equity method is the path we expect to reflect on our P&L.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I mean just to use examples, in the case of New Mexico, where we really are the sole owner, all the sort of governance of the plan, the hiring/firing of the CEO, the budget, the investment plan, all of that is ours, along with the day-to-day management of the plan. Very clear that, that obviously does fall onto our P&L. I think it was important to the owners. And I think the statement they made to us is, look, we want to be highly engaged with you in building a successful plan. We want a seat at the table. And I think that helps when you actually need to drive clinical improvements through the provider organizations, through the physician organizations. To have them at the table creates a whole different level of the way you're able to engage and ultimately drive things through.

So at some levels we made -- you can say we made a trade-off in terms of some of those governance decisions, but we've done it because when we think about driving performance long term, having them at the table, having that level of engagement, having their commitment to growing the plan, having the alignment and incentives in growing the plan, et cetera, really positions it in a way that we want it to be. That said, and this is true of most Boards, that doesn't mean that a Board suddenly makes day-to-day operating decisions and sort of gets in the way of the management that's on the ground, their ability to execute. And I think that's the distinction that's an important one here, one that I think will ultimately drive performance, but then it also reflects how we ultimately would handle it from a financial perspective.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

So ultimately, the ownership structure means the risk sits on the Passport ownership versus you guys?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

What I would say, I mean I think we're -- I mean the way I look at it is we're jointly in this together. I mean obviously, the providers have an ownership stake in the plan, they also receive -- they participate in the network of the plan, and so they're sort of participating providers so they have a major financial stake in the game, they're very aligned for the plan to perform, and that's true of us. I mean this is the point. I mean we both are in it together, and that's important. We need to drive performance. We're very aligned to do that, both through our management services agreement, but also through an ownership stake, and they are as well on both sides. And again, that alignment makes a big difference, I think, in ultimately driving performance.

**Operator**

The next question is from Stephanie Demko of Citi.

**Stephanie July Demko**
*Citigroup Inc, Research Division*

You touched on this a bit, but part of Passport pressure has been driven by some gaps in their MLR versus their peers. As a more direct operator, how much of improving that will be in your control versus more structural, just given the less diversified nature of the plan?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, very good question. I mean I would say, we feel very much in our control. If you think about the areas that we're trying to address, one is we have a broad set of clinical programs that is making sure they are highly effective and that we're adding ones that address some of the variability that we're seeing. You think about behavioral health, complex patient populations, pharmacy, optimizing the network, specialty care, which I touched on earlier. So the good news here is some of it comes directly from contracting. Right away, you look at what you're spending, how you're spending in a certain clinical area and you say, you know what, we feel like we're spending too much, we're going to work with this provider, we're going to work with this contracted party that sort of handled this for us, and we're going to drive significant savings because we want them to be aligned with performance. So that is not behavior change-oriented. I would call that contracting and network optimization. It's important that we have a very strong line of sight to our savings number in areas, again, that are very much within our control. And I would say that that's true for those areas.

Second, I mean to your point, there are going to be some areas, think about integration of behavioral health, management of very high-cost chronic condition patients with multiple co-morbidities, where, yes, you would identify a patient group where you see high variability, we're catching them in our stratification where we have an engagement methodology and we ultimately need to engage providers, engage the member, and absolutely, we are cranking those efforts up. That's higher-quality care, it's better care and it has a dramatic impact on savings, and we have experience across dozens of markets in doing this.

So there are some areas where we believe we can elevate performance, and that is execution-based, I would say largely within our control, but there is some behavior component. And again, that would increase the savings amount, but the good news is a lot of the line of sight we see on clinical savings is pretty direct. We're paying X, we're actually going to re-contract here, we're going to optimize the network in certain ways because we want to have high-quality providers seeing these patients. Those kinds of moves are directly within our control and again, a large portion of the savings we see on the medical side.

**Stephanie July Demko**
*Citigroup Inc, Research Division*

Given the mix of that, kind of the recontracting versus maybe improvements in care, how should we think about the time line to really get to your peak improved rate?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I think as I talked about, a number of these initiatives began really at the start of this year. And so some of those, if you just think of the process, if you do the analysis, you see the opportunity, you have to go out and then execute, and there can be a several-month lag in putting that in place. Now surely, some of those initiatives fall under that category. I think what we've said is you look at that time line, we see a clear path to breakeven as we get into the summer in the third quarter, and then we see a path to positive contribution in the fourth quarter of this year. And some things, again, are known. One, a new rate that's in place as of April 1, it was a pretty significant rate increase, so that gives you a support on the top line. That's known. I talked about some of the contractual things that we actually have dates on and know when those come into effect. We have things like New Century, which would likely get started in the second half of '19 and a clear line of sight to savings in those areas. You put all that together, what I would say is breakeven by Q3 and positive contribution in Q4. And then hopefully, continued pick-up as you head into 2020.

**Operator**

The next question is from Steve Halper of Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Two questions. When you look at Passport, what do you think the long-term target pretax margin is on that business?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well, I would say that we see a couple of points of operating margin potential in the plan. That's, in the immediate term, what we're working towards. As to sort of expansion of that, it will be continuing to drive more and more of these initiatives all the way through, that we're optimizing network, we're optimizing contracting, we have a broad base of clinical programs. Rate will obviously impact that, but we surely believe that it can be a positive contribution in terms of margin, so a couple points. And then we obviously have, if you think about it, in total for us, we also have a service part of the business that we support and there's some revenues and margin associated with that as well.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

So do you think Passport over time can get to, say, like a 3% pretax margin?

**Nicholas McGrane**
*Chief Financial Officer*

Steve, this is...

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Go ahead. Go ahead, Nicky. Please.

**Nicholas McGrane**
*Chief Financial Officer*

No, I was just going to say, Steve, I mean I think, frankly, it's early. Let us take over and kind of come back to you with that question later in the year when we have more visibility into everything. I mean frankly, that's the near term plan. And long term, we got to get in there and lay it out.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Okay. Can you just help -- last question is, can you just help us size the revenue impact from the restructured and expanded MSA agreement?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I mean I would say, as I mentioned, there would be some amount of just new scope in the core service offering functions that we're taking on. We also have the New Century piece. Some of that will be a little dependent on start dates, sort of getting precise around what part of the population the New Century approach applies to. So there's still some nuances there. But I would say it's substantial. I mean the size, that it could increase our core service and tech revenue base by well over 50%. It could be greater than that, but I think, as a marker, that's a decent place to start. And then if we're fully up and running, et cetera, it could be more substantial than that, but that's, at least in the near term, a good way to think about it.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to Frank Williams for closing remarks.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well, we appreciate everyone jumping on the call early, premarket. A great set of questions. We'll see many of you tomorrow at our Investor Day in New York, and we look forward to going deeper on this and other things going on at Evolent. And again, we appreciate everyone participating in the call. Thanks.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.