# Exhibit 31

## Selected Warnings and Risk Factors Included in SEC Filings[1]

### Software and Business Integration

▪ The functionality of our platform depends, in part, on our ability to integrate it with third-party applications and data management systems that our partners use and from which they obtain data. (2019 10-K at 20; 2018 10-K at 18; 2017 10-K at 16; 2016 10-K at 17; see also 10-Qs such as 2Q 2017 at 49)

▪ The recently completed acquisitions of Valence Health, Aldera and assets from NMHC, as well as other acquisitions, investments and alliances could pose numerous risks to our business which could negatively impact our financial condition and results of operations, including:
    — difficulty integrating the purchased operations, products or technologies;
    — substantial unanticipated integration costs, delays and challenges that may arise in integration; …
    — failure to realize the potential cost savings or other financial benefits or the strategic benefits of the acquisitions, including failure to consummate any proposed or contemplated transaction; … (2019 10-K at 20; 2018 10-K at 18; 2017 10-K at 17; 2016 10-K at 17-18; see also 10-Qs such as 3Q 2018 at 56 and 2Q 2017 at 50)

▪ We may be unable to integrate the operations, products, technologies or personnel gained through the Valence Health, Aldera or NMHC acquisitions or integrate or complete any other such transaction without a material adverse effect on our business, financial condition and results of operations.  … Any integration may be unpredictable, or subject to delays or changed circumstances, and we and any targets may not perform in accordance with our expectations. … In connection with these acquisitions, investments or alliances, we could incur significant costs, debt, amortization expenses related to intangible assets or large and immediate write-offs or other impairments or charges, assume liabilities or issue stock that would dilute our current stockholders' ownership. (2019 10-K at 21; 2018 10-K at 18; 2017 10-K at 17; 2016 10-K at 18; see also 10-Qs such as 3Q 2018 at 57 and 2Q 2017 at 50)

### Passport-Specific Warnings

▪ We derive a significant portion of our revenues from our largest partners. The loss, termination or renegotiation of any contract could negatively impact our results. (2019 10-K at 17; 2018 10-K at 15; 2017 10-K at 15; 2016 10-K at 16; see also 10-Qs such as 2Q 2017 at 48)

---

[1] The full sections of "Risk Factors" are included for each cited document in the Exhibit; these are just selected warnings most relevant to Plaintiffs' claims.  The last page of this exhibit has the referenced documents' exhibit numbers in table form.

- Recent rate changes in Kentucky have negatively impacted Passport, our largest partner in terms of revenue for 2018, and could significantly harm our business, financial condition and results of operations.  (2018 10-K at 16)

- Risks and uncertainties that may cause actual results to vary materially … include, among others … uncertainty relating to expected future revenues from and our relationship with our largest customer, Passport, including as a result of ongoing litigation pertaining to rate adjustments and Passport's ability to remain solvent, which among other things could result in significantly reduced fees or a significant customer loss in 2019; (2019 10-K at iii; 2018 10-K at ii)

- Our largest partner in terms of revenue, Passport, comprised 17.5% of our revenue for 2018. Recent changes in the way the state of Kentucky distributes federal Medicaid benefits have had a significant negative impact on Passport. Passport is currently involved in a rate dispute with the state of Kentucky with respect to rates set in the Fall of 2018 that were retroactive to July of 2018 and by their terms to remain in effect through March of 2019. Passport has stated publicly that if the rates are not changed, it could be deemed insolvent by the end of March. On February 15, 2019, Passport filed a lawsuit in Franklin County Circuit Court against the Kentucky Cabinet for Health and Family Services seeking immediate and long-term relief from a reduction in reimbursement rates that impact Medicaid beneficiaries covered by Passport. We are unable to predict the outcome of this matter, the ongoing solvency of Passport, or to reasonably estimate the amount or range of any potential impact on Passport or the Company. However, this lawsuit, the rate reductions and surrounding publicity could result in reduced enrollment for Passport, provider disruption and reputational impact for both Passport and the Company. In addition, these matters could result in significant reductions of the fees we receive from Passport. If Passport were to become insolvent or cease to operate, we would no longer receive fees from Passport. As a result, the ongoing situation and the ultimate resolution thereof could negatively impact our business, financial condition and results of operations, as well as the prospects for the joint investment we have made with Passport in the Center of Medicaid Excellence in Louisville, Kentucky. (2018 10-K at 16)

**Regulatory Risk, Healthcare, and Rate Cuts**

- The health care regulatory and political framework is uncertain and evolving.  (2019 10-K at 18; 2018 10-K at 16; 2017 10-K at 14; 2016 10-K at 16; *see also* 10-Qs such as 2Q 2017 10-Q at 47)

- The regulations and requirements applicable to us and other participants in Medicaid and Medicare programs are complex and subject to change. (2019 10-K at 12; 2018 10-K at 11; 2017 10-K at 10; 2016 10-K at 12)

- Our partners derive a substantial portion of their revenue from third-party private and federal and state governmental payers, including Medicaid payers.  Revenue under certain of our agreements could be negatively impacted as a result of governmental funding reductions impacting government-sponsored programs, changes in reimbursement rates, and premium pricing reductions, as well as the inability of our partners to control and, if necessary, reduce health care costs, all of which are out of our control.  (2019 10-K at 21; 2018 10-K at 19; 2017 10-K at 18; 2016 10-K at 19)

- In addition, Congress, state legislatures and third-party payors may continue to review and assess alternative health care delivery and payment systems and may in the future propose and adopt legislation or policy changes or implementations effecting additional fundamental changes in the health care delivery system, including with respect to Medicare and Medicaid programs. We cannot assure you as to the ultimate content, timing, or effect of any changes, nor is it possible at this time to estimate the impact of any such potential legislation or changes. Health care reform has resulted in profound changes to the individual health insurance market and our business, and we expect these changes to continue.  (2019 10-K at 11; 2018 10-K at 17; 2017 10-K at 8; 2016 10-K at 11)

- As we increase our exposure to Medicare and Medicaid businesses through new and existing partners, including through our strategic alliance with Passport as well as our acquisition of Valence Health, we increase our exposure to changes in government policy with respect to and regulation of the Medicaid and Medicare programs in which we and our partners participate. We are subject to regulation by both CMS and state agencies in respect of certain services we provide relating to Medicaid and Medicare programs. (2018 10-K at 11; 2017 10-K at 10; 2016 10-K at 12)

- Similarly, we cannot predict whether pending or future federal or state legislation or court proceedings will change various aspects of the Medicaid and Medicare programs, nor can we predict the impact those changes will have on our business operations or financial results, but the effects could be materially adverse. (2019 10-K at 13; 2018 10-K at 11; 2017 10-K at 10; 2016 10-K at 12)

**General Business Risks**

- If we are unable to offer new and innovative products and services or our products and services fail to keep pace with advances in industry standards, technology and our partners' needs, our partners may terminate or fail to renew their relationship with us and our revenue and results of operations may suffer. (2019 10-K at 20; 2018 10-K at 17; 2017 10-K at 16; 2016 10-K at 17; see also 10-Qs such as 2Q 2017 10-Q at 49)

- Our operating results would also suffer if our innovations are not responsive to the needs of our existing partners or potential new partners, are not appropriately timed with market opportunity, are not effectively brought to market or significantly increase our operating

costs. If our new or modified product and service innovations are not responsive to partner preferences, emerging industry standards or regulatory changes, are not appropriately timed with market opportunity or are not effectively brought to market, we may lose existing partners or be unable to obtain new partners and our results of operations may suffer.  (2019 10-K at 20; 2018 10-K at 17–18; 2017 10-K at 16; 2016 10-K at 17; see also 10-Qs such as 2Q 2017 at 49)

- We typically incur significant upfront costs in our partner relationships, and if we are unable to develop or grow these partner relationships over time, we are unlikely to recover these costs and our operating results may suffer.  (2019 10-K at 22; 2018 10-K at 19; 2017 10-K at 19; 2016 10-K at 19; see also 10-Qs such as 2Q 2017 10-Q at 52)

- We have recorded a significant amount of goodwill, and we may never realize the full value of our intangible assets, causing us to record impairments that may negatively affect our results of operations. (2019 10-K at 32; 2018 10-K at 30; 2017 10-K at 28; 2016 10-K at 27; see also 10-Qs such as 2Q 2017 10-Q at 61)

- We previously identified a material weakness in our internal control over financial reporting. Although the material weakness was remediated, if we identify additional material weaknesses in the future, we and our auditor may conclude that our internal control over financial reporting is not effective and we may be unable to produce timely and accurate financial statements, any of which could adversely impact our investors' confidence and our stock price.  (2018 10-K at 38 and 3Q 2018 10-Q at 58; warning of material weakness also in 2017 10-K at 36; 2016 10-K at 34-35; *see also* 10-Qs such as 2Q 2017 10-Q at 68)

**"Forward-looking Statements – Cautionary Language"**

- Certain statements made in this report and in other written or oral statements made by us or on our behalf are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). A forward-looking statement is a statement that is not a historical fact and, without limitation, includes any statement that may predict, forecast, indicate or imply future results, performance or achievements, and may contain words like: "believe," "anticipate," "expect," "estimate," "aim," "predict," "potential," "continue," "plan," "project," "will," "should," "shall," "may," "might" and other words or phrases with similar meaning in connection with a discussion of future operating or financial performance. In particular, these include statements relating to future actions, trends in our businesses, prospective services, future performance or financial results and the outcome of contingencies, such as legal proceedings. We claim the protection afforded by the safe harbor for forward-looking statements provided by the PSLRA.  (2019 10-K at iii; 2018 10-K at ii; 2017 10-K at ii; 2016 10-K at ii; see also 10-Qs such as 3Q 2018 at 1)

- This call contains forward-looking statements under the U.S. federal securities laws. These statements are subject to risks and uncertainties that could cause actual results to differ

materially from historical experience or present expectations. A description of some of the risks and uncertainties can be found in the company's reports that are filed with the Securities and Exchange Commission, including cautionary statements included in the current and periodic filings. For additional information on the company's results and outlook, please refer to its second quarter news press release issued earlier today. *E.g., see* Q2 2018 Earnings Call at 4 (nearly identical language included at start of all earnings calls)

- Risks and uncertainties that may cause actual results to vary materially … include…

  — uncertainty in the health care regulatory framework;
  — the uncertain impact of CMS waivers to Medicaid rules;
  — risks related to completed and future acquisitions, investments and alliances, including the acquisition of assets from NMHC and the acquisitions of Valence Health and Aldera, which may be difficult to integrate, divert management resources, result in unanticipated costs or dilute our stockholders; …
  — certain risks and uncertainties associated with the acquisition of assets from NMHC and the acquisition of Valence Health, including future revenues may be less than expected, the timing and extent of new lives expected to come onto the platform may not occur as expected and the expected results of Evolent may not be impacted as anticipated; …

**Cited Documents' Exhibit Numbers**

| SEC Filing | Exhibit |
| --- | --- |
| 2019 10-K | Ex. 2 |
| 2018 10-K | Ex. 11 |
| 2017 10-K | Ex. 10 |
| 2016 10-K | Ex. 29 |
| 2Q 2017 10-Q | Ex. 37 |
| 3Q 2018 10-Q | Ex. 44 |