# Exhibit 35

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH
# FQ1 2017 Earnings Call Transcripts

## Tuesday, May 09, 2017 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ1 2017- | | | -FQ2 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.16) | (0.14) | NM | (0.12) | (0.43) | 0.02 |
| **Revenue (mm)** | 104.38 | 106.77 | ▲2.29 | 104.28 | 422.30 | 529.68 |

Currency: USD
Consensus as of  May-01-2017 10:03 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

**- EPS NORMALIZED -**

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ2 2016** | (0.16) | (0.12) | NM |
| **FQ3 2016** | (0.13) | (0.11) | NM |
| **FQ4 2016** | (0.20) | (0.18) | NM |
| **FQ1 2017** | (0.16) | (0.14) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ......................................................................... | **3** |
| **Presentation** | ......................................................................... | **4** |
| **Question and Answer** | ......................................................................... | **9** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Nicholas McGrane**
*Chief Financial Officer*

**ANALYSTS**

**Alexander Yearley Draper**
*SunTrust Robinson Humphrey, Inc., Research Division*

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

**Stephanie July Demko**
*JP Morgan Chase & Co, Research Division*

**David M. Larsen**
*SVB Leerink LLC, Research Division*

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

**James John Stockton**
*Wells Fargo Securities, LLC, Research Division*

**Mohan A. Naidu**
*Oppenheimer & Co. Inc., Research Division*

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

**Sean Wilfred Dodge**
*Jefferies LLC, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Welcome to Evolent Health's earnings conference call for the quarter ended March 31, 2017. As a reminder, this conference call is being recorded. Your host for the call today is Mr. Frank Williams, Chief Executive Officer of Evolent Health. This call will be archived and available later this evening and for the next week via the webcast on the company's website in the section entitled Investor Relations.

Here are some important introductory information. This call contains forward-looking statements under the U.S. federal securities laws. These statements are subject to risks and uncertainties that could cause actual results to differ materially from historical experience or present expectations.

A description of some of the risks and uncertainties can be found in the company's reports that are filed with the Securities and Exchange Commission, including cautionary statements included in the current and periodic filings. For additional information on the company's results and outlook, please refer to its first quarter news release.

As a reminder, reconciliations of non-GAAP measures discussed during today's call to the most direct comparable GAAP measures are available in the company's press release issued today and posted on the Investor Relations section of the company's website, ir.evolenthealth.com, and the 8-K filed by the company with the SEC earlier today.

At this time, I will turn the call over to the Company's Chief Executive Officer, Mr. Frank Williams.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Thank you, and good evening. I'm Frank Williams, Chief Executive Officer of Evolent Health, and I'm joined by Nicky McGrane, our Chief Financial Officer.

I will open the call this evening with a summary of our financial performance for the quarter and share perspective on our view of the overall market. Then I'll hand it to Nicky to take us through a detailed review of our first quarter results. I'll then close out with an update on our product and solution development and the organization overall. As always, we're happy to take questions at the end of the call.

In terms of our results for the quarter ended March 31, 2017, total adjusted revenue increased 115.5% to $106.8 million from the comparable quarter of the prior year. Adjusted EBITDA for the quarter ended March 31, 2017, was negative $4.8 million compared to negative $6.6 million from the comparable quarter of the prior year.

As of March 31, 2017, we had approximately 2.8 million total lives on the platform, an increase of 124% year-over-year. Overall, we're pleased with our results, having met our strategic and financial objectives for the quarter as well as continuing to solidify our position as a leader in a market with growing momentum as providers seek an experienced operating partner to accelerate success in value-based care.

In terms of the overall market environment, we're continuing to see strong demand for the Evolent platform as providers respond to increased pricing pressure from governmental and commercial payers and as consumers take a more active role in purchasing decisions. These forces continue to create margin pressure on traditional fee-for-service reimbursement and are driving providers into risk-based arrangements.

As health systems face downside risk and the need to master a new set of clinical and risk management capabilities in population health, they are increasingly turning to Evolent to provide the necessary technology and infrastructure to drive performance. This momentum is reflected in the steady demand we've seen in the pipeline throughout 2017, despite some of the political uncertainty in Washington. What we've heard time and time again from partners and prospects is whether it's Obamacare or repeal and replace, the market is pointing in 1 direction, which is demand for lower-cost, higher-value health care. As

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

a result, our current pipeline continues to be very strong in terms of breadth and depth, with a number of later-stage discussions moving with pace.

One of the compelling aspects of our revenue model is that we have multiple sources of organic growth between expanding solutions and covered lives at our existing partners as well as adding new providers to the Evolent network. To that end, I'm pleased to comment on a few of our accomplishments worth noting across the last quarter.

In terms of new additions to the Evolent network, I'm excited to announce a new partnership with a provider-led organization in the Boston area, Community Care Cooperative. Also known as C3, this is a newly formed accountable care organization made up of 13 Federally Qualified Health Centers across Massachusetts. It aims to deliver high-quality and low-cost health care for adults and children with a particular focus on building out infrastructure and clinical programs that could serve a portion of the Commonwealth's Medicaid beneficiaries. Together, we aim to build a model of care and associated delivery system that integrates social determinants of health and behavioral services with primary care to optimize outcomes for patients. All of our collective work will be supported through a centralized technology platform that unifies data, clinical modding and coding workflows across C3s 13 centers, which are all on different EMRs, and yet have a need for integrated clinical and financial data. While there are still details and approval process to be worked out at the state level, we anticipate over 100,000 lives coming onto the platform across the coming years through this arrangement. We're extremely excited about working with such an innovative delivery system and the potential to impact a vastly underserved population across the Commonwealth of Massachusetts.

Our second new addition is up and running in Texas with Houston Methodist. Houston Methodist is an 8-hospital, $3 billion system consistently ranked as a top health system in the country with a sterling reputation as a medical pioneer. We're initially focused on improving high-impact clinical programs in our identified technology platform as well as collaborating with the physician-led ACO to proactively manage Medicare beneficiaries across the continuum of care.

Our partnership with Houston Methodist began with an extensive planning engagement, which resulted in the approval of a long-term growth strategy that looks to advance Houston Methodist as a value-based care leader in the region, adding to the already stellar reputation as a true market innovator.

In terms of growth through our existing partners, I'm also excited about our work across the last year at Passport Health Plan in Kentucky. Passport is a nationally recognized organization in Medicaid, and we've been able to leverage its experience and strong provider network in combination with the Evolent platform to drive greater efficiency and to improve quality of care across a large and diverse population.

As a result of our early success, the leadership team at Passport spent the last several months evaluating Valence Health's capabilities and recently made the decision to move all TPA services to our platform later this year. The migration decision was driven off a belief in our vision of bringing together claims, clinical and financial information in an integrated platform to drive greater flexibility and clinical value in serving providers and patients.

In terms of the broader response to our offerings in the market, we're pleased to see a number of large opportunities moving through the pipeline as well as several new conversations as providers feel increasing urgency to respond to a rapidly evolving market. Overall, we feel good about our strong revenue visibility for 2017 as well as the breadth of our current pipeline for setting up next year.

When we examine the key drivers of our success in the market, we continue to believe that our focus on driving clinical value is a critical differentiator in the market. Clinical value is essentially driven by focusing on proven treatment pathways, eliminating unnecessary variances and engaging caregivers and patients to improve outcomes. There are a few key elements that drive our unique approach in the market. First, we have a direct connection to the point of care through our provider partners, which creates a more collaborative relationship with community physicians than traditional payers. Second, we had a clinical heritage from our roots with UPMC and our focus from the outset on leveraging deep analytics and proven care pathways to elevate clinical care remains central to our value proposition. Third, we bring strong operational leadership and organizational discipline through rigorous monitoring of program performance.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Fourth, we leverage our integrated technology platform to improve real-time decision-making and to ultimately establish a high-performance network. And finally, we bring an innovative research and development approach to identifying best practice in managing high-cost patient populations.

Armed with these distinct clinical levers, we've learned that a successful clinical value strategy accounts for cost drivers on 2 fronts: high-cost, high-need patients that are 7% to 10% of the population but drive a majority of costs; and provider network performance, which aims to impact 20% to 30% of the population that is being unnecessarily overtreated.

We deliver a turnkey population health infrastructure, impact the first group through care management coordination and bring solutions for impacting care delivery and network performance, which is a longer-term evolution of physician behavior that requires clinical decision support at the point of care. We find that a variety of tactics can be used to maximize value in both these areas and we've achieved real results when all initiatives are working harmoniously, including reductions in total in-patient admissions, avoidable admissions and readmissions within 30 days and achieving substantial savings in total cost for patients with complex chronic conditions, those in transition care and other high-acuity populations.

Our solid performance on the quarter and continued momentum in the pipeline reflect our clinical focus and the distinct benefits it bring to providers who are working to deliver higher-value care.

With that overview, I'll now turn it over to Nicky to speak about our financial performance on the quarter and the year.

**Nicholas McGrane**
*Chief Financial Officer*

Thanks, Frank, and good evening, everyone. Today, I will cover our financial results for the first quarter of 2017 and provide guidance on our outlook for the second quarter and remainder of the year.

Q1 was a strong quarter for Evolent, with results right on track with our plan and expectations for the year. For the quarter, adjusted revenue was $106.8 million and adjusted EBITDA was negative $4.8 million. Adjusted revenue for the quarter represented a 115.5% growth from the same period of the prior year, while adjusted EBITDA increased $1.9 million from the prior year.

Adjusted loss available for Class A and Class B common shareholders was negative $9.8 million or negative $0.14 per share for the quarter compared to negative $9.7 million or negative $0.16 per share for the same period of the prior year.

Finally, we ended the quarter with approximately 2.8 million lives in our platform at March 31, 2017, an increase of 124% over the prior year, and an increase of almost 800,000 from Q4.

Now let's turn to a detailed review of our adjusted results for the quarter. As a reminder, we derive our revenue from 2 sources: transformation and platform and operation services. Adjusted transformation revenue accounted for $10.2 million or 9.6% of our total adjusted revenue for the first quarter, representing an increase of $2 million or 24.8% compared to the same quarter last year. As we have noted in the past, transformation revenue can fluctuate from quarter-to-quarter based on the timing of when contracts are executed with new and existing partners, the scope of delivery and the timing of work being performed.

Adjusted platform and operations revenue accounted for $96.5 million or 90.4% of our total adjusted revenue for the first quarter, representing an increase of $55.2 million or 133.5% compared to the same quarter last year. This increase was driven primarily by a 124% increase in the number of lives in our platform from approximately 1.2 million as of March 31, 2016, to approximately 2.8 million as of March 31, 2017. The growth in lives in our platform was a result of increased partner count with more than 25 long-term partners across our consolidated organization as well as growth in our existing markets.

Our average PMPM fee for the quarter was $13.37 compared to $14.03 in the same period of the prior year. Adjusted cost of revenue increased to $66.5 million or 62.3% of adjusted revenue for the first quarter compared to $28.2 million or 56.8% of adjusted revenue in the same quarter of the prior year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

This increase in expense year-over-year was due primarily to the cost assumed from the acquisitions of Valence Health and Aldera, as well as additional personnel costs and third-party support services across the organization. As previously discussed, we expected gross margins in the first half of 2017 to be in line with our fourth quarter of 2016, reflecting the impact of the Valence acquisition and the ramp in new customers over this time.

Adjusted SG&A expense increased to $45 million or 42.2% of adjusted revenue for the first quarter compared to $28 million or 56.5% of adjusted revenue the same quarter of the prior year. This increase in expense year-over-year was primarily related to the cost we assumed from the acquisitions of Valence Health and Aldera. This is the fifth consecutive quarter where we've seen a decline in adjusted SG&A as a percent of adjusted revenue. We continue to expect total adjusted SG&A expenses to decrease as a percentage of total adjusted revenue over time.

Combined, our total adjusted cost of revenue and adjusted SG&A expenses as a percentage of total adjusted revenue declined to 104.5% in the first quarter of 2017 compared to 113.3% in the same quarter of the prior year.

Adjusted depreciation and amortization expenses in the quarter were $4.3 million or 4% of adjusted revenue compared to $3.4 million or 6.8% of adjusted revenue the same quarter of the prior year. The increase was due primarily to the D&A assumed as part of the acquisitions we completed in 2016. We expect adjusted depreciation and amortization expense to increase in future periods as additional software assets are placed in service.

As of May 5, 2017, there were 57.7 million shares of our Class A common stock outstanding and 10.3 million shares of our Class B common stock outstanding. Our balance sheet remains strong with $138 million of combined cash, cash equivalents and investments as of March 31, 2017. For the quarter, cash used in operations was $34.8 million, cash provided by investing activities was $4.6 million and cash used in financing activities was $100,000.

Now let me turn to guidance. The following comments are intended to fall under the safe harbor provisions outlined at the beginning of the call, and are based on preliminary assumptions which are subject to change over time. For the second quarter, we are forecasting revenue to be in the range of approximately $103 million to $105 million, and adjusted EBITDA to be in the range of approximately negative $5 million to negative $3 million. For the full year, we are holding our guidance at the previously announced levels with revenue of $415 million to $425 million and adjusted EBITDA in the range of negative $8 million to 0.

In summary, the first quarter of 2017 was a good start to the year, which puts us on track towards our goals for 2017. This concludes the financial summary, and I'll now turn things back over to Frank.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Thanks, Nicky. I want to close with a few updates on our operations and our organization. From an operational perspective, we're off to a strong start in 2017 as we expanded a number of our existing partner relationships and brought on the largest number of new customers and lives on the platform in 1 quarter in our history. To that end, the 2017 next-generation ACO cohort is up and running across 6 systems and approximately 175,000 Medicare beneficiaries.

We've been able to rapidly implement Identifi and integrate CMS and patient-specific clinical data in order to drive focus in our care management programs. The cohort is beginning to leverage high-power data from our analytics team to identify in-depth opportunities for performance improvement, and we're leveraging the network to drive successful approaches to improving quality and lowering costs. We feel quite good about the cohort's early progress and look to continue adding value beyond our initial clinical focus areas as the group comes together for shared learnings throughout the year.

As for new solution rollouts, our work with several health systems on risk adjustment is already garnering high levels of physician engagement as a result of our deep clinical focus. At 1 system, we've completed a retrospective review and coding of thousands of patient medical charts and trained more than 1,100

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

physician practice users to incorporate sound diagnosis and coding best practices into their everyday work, leveraging the Identifi platform.

Regarding our provider-sponsored health plan partners, this time of year is focused on preparing for important annual milestones around plan design and state filings so we can enter the fall open enrollment periods with a strong marketing plan and competitive offerings in each community. At the same time, we remain laser-focused on delivering value to these plans and their members for the current year through effective clinical programming and customer service.

Overall, we remain excited to be part of the transformation that is occurring in health care today in some of the leading provider organizations of all types around the country.

Turning now to the organization as a whole. We continue to focus on building a destination for top talent in the industry with a mission and values-driven culture. As we enter 2017 with approximately 2,400 employees across more than a dozen offices, we're continually focused on creating opportunities for feedback across the organization.

In March, senior executives across the firm conducted nearly 30 town hall sessions in 14 different regions to update staff on the new breadth and depth of our offering, and to talk openly about our collective strengths and areas to push ourselves to improve.

It is the spirit of transparency, connectedness and constant improvement that continues to build our culture and orient the organization towards driving success for our partners. Overall, one of our greatest strengths continues to be a highly engaged workforce that cares deeply about our mission and pushes to get better at everything that we do.

In closing, we're pleased with our results for the first quarter and remain focused on achieving our strategic and financial objectives in 2017. We remain highly motivated by the transformation that is occurring in health care and the ability to continue advancing our position as a market leader for provider-driven, value-based care.

Thank you, again, for participating in this evening's call, and we're happy to take your questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Ryan Daniels of William Blair.

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

Frank, one for you on the NextGen ACO program. I know you indicated that's off to a good start. And I also believe that the letters of intent for the next year are due shortly or were just completed. So can you talk about maybe momentum you're seeing in the client base to continue that? And more importantly, new clients or partners looking to enter the NextGen program?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Sure. I think as we've talked about, the NextGen ACO program has a number of characteristics that we really like when it comes to payer-delegated risk. We think it's a very attractive program, it's well organized, the upside risk is balanced with the downside risk. I think as we mentioned before, we had very strong results with our first partner in NextGen last year and generated several million dollars in savings. So we have that experience. We now have a group of very strong health systems off to a very good start and a number of health systems highly interested in participating going into 2018. So as you can imagine, we've built off the strong start, we've reached out to several health systems, we've had really engaging conversations, we feel really good about where we are in terms of establishing another cohort for the coming year. Obviously, we need to get through the application process and approval processes with CMS, but I would say demand feels very strong in the market around NextGen ACO.

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

Okay. Great. And then 2 more. First on Passport. Obviously, great announcement. They're moving lives over to the Valence platform. Can you talk a little bit about, is that going to be all 300-ish thousand lives? And then obviously, if so, a pretty big revenue opportunity, guidance was reiterated. So is that more of a 2018 event where it will start flowing through the income statement?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I think you're absolutely right. It is 400,000 to 300,000 lives. Passport, obviously, very experienced, really kicked the tires in looking at Valence. I think they saw the integrated vision that we have when we made the investment in Valence and Aldera, and the ability to integrate those elements and create, frankly, a lot more flexibility in the way that you can organize benefit design and share both clinical and claims information. And so for that reason, they did select our TPA platform. We're really excited about it. It will be well over a $20 million contract when it's fully up and running. There's some variance in terms of timing and exactly when lives would come on, but I would think we'd see most of the impact of that in 2018.

**Ryan Scott Daniels**
*William Blair & Company L.L.C., Research Division*

Okay. Perfect. And then final one and I'll hop off. With C3, it seems interesting that you're able to take social determinants of health into risk scoring, and I know that's been something that's a popular conversation topic in -- at May plans and other areas where you risk-adjust patients. And I'm curious, number one, if your view is that social determinants of health could be more broadly applied to risk scoring in the future? And if so, if this will give you kind of a leading-edge in that program, given that Massachusetts is unique in allowing that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. FQ1 2017 EARNINGS CALL | MAY 09, 2017

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. Look, I think we're really excited about this arrangement. Massachusetts is a leading-edge state. The FQHCs have really been at the forefront of population health for some time. And when you think about the gap in primary care with underserved populations, their ability to engage those patients effectively, to do it around primary care. For those of us that have been in the population health area for some time, we know that social determinants of health can be major factors in cost, in access, in quality and the ability to include those in our work, in our stratification -- to integrate other services like mental health, like transportation, nutrition into a whole view of the patient is massive in terms of its implications for our ability to manage cost and really make a difference in people's lives. So I absolutely think it's a great opportunity for us. We're working with a leading-edge organization, a number of people who have been doing this for years and then the ability to bring in the technology platform, our abilities in stratification and integrated care model, really exciting, not only in terms of our work in Massachusetts but far beyond in Medicaid and Medicare. So we do think that could really help us be on the cutting edge in terms of the things we're doing even towards the end of this year and going into next year, so very exciting.

**Operator**

Our next question comes from Robert Jones of Goldman Sachs.

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

I guess just a follow-up on the 2 announced new clients this evening. It looks like C3, as you guys just talked about a bit is primary care-led ACO focused on Medicaid. I guess maybe, Frank, just curious, maybe how you identified this prospect? Maybe how the deal came together? And then importantly, how the economics of a client like this might vary from those of your -- of a more typical Evolent client? And I believe you mentioned 100,000 lives, I guess, just over on the Houston Methodist announcement. Anything you'd be willing to share there as far as expected lives eventually on the platform would be helpful.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Sure. In terms of general economic structure with a physician-led ACO organization, I don't think there's anything structurally that necessarily would be different in working with a physician organization versus a health system. What really determines our economic arrangement is the number of lives, the type of population that we're serving, the extent of the support that we're providing. I think in this case, if you think about starting with 100,000 lives and putting in the identified platform and working in an integrated way on the clinical side across a region, again, this can be a very attractive, a substantial revenue arrangement for us and one that can grow over time. So obviously, if it's Medicaid patients, it'll be a lower PMPM, but a higher number of lives. So therefore, still scale in terms of revenue and still very profitable for us, but at a lower PMPM. In terms of the Houston Methodist arrangement, initially, we're starting with a Medicare population, a smaller population out of the gates. I don't have the exact number in front of me, and there is ability to expand that over time. We're obviously putting in place the technology and basic infrastructure working with their ACO. So I would say this is more of a standard bread-and-butter de novo launch for us, very similar to other launches we've down where we're not starting with a large base of lives.

**Robert Patrick Jones**
*Goldman Sachs Group Inc., Research Division*

That's really helpful. And I guess, Nicky, if I could just sneak one in on the full year revenue guidance. I think you guys had talked previously about seeing a little bit of a lift in the fourth quarter of '17, and I know you guys just guided to 2Q being a little bit down relative to what you put up in 1Q. So I'm just trying to get a better sense of the revenue dynamics that we should be thinking about as we move through the year and what would potentially prevent you from sequentially growing the top line throughout the year?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

EVOLENT HEALTH, INC. FQ1 2017 EARNINGS CALL | MAY 09, 2017

## Nicholas McGrane
*Chief Financial Officer*

I mean, just stepping back, Bob, thinking about -- sort of going to take it quarter-to-quarter. As I look at 2Q, there's just a few things. We talked about the MDWise ABD contract going away. So there's a couple of things in Q2 that add up. There's that -- there's the TSA contact, which is the co-ops, and then just the timing of transformation. So there's a few specific things, some puts and takes in Q2, the net of it may be a modest down from Q1. Q3 will be -- I think when we talked about this at the start of the year, when you look back to January between the NextGen cohort, Medwise and a lot of the other contracts started 01/01; in prior years, we've had things come on across the course of the year. So this year, we expect revenue to be relatively flat across the first 3 quarters. There's some service adds more than life adds in the fourth quarter that will add -- give us some revenue boost towards the back half of the year. But it's essentially the same arc as we talked about the last time, Bob. Pretty plus or minus, flattish the first 3 quarters, an uptick in the fourth. And again, as I say, some puts and takes in Q2, the net of it's not significant, but just trying to be as accurate as we can in giving an outlook.

## Operator

Our next question comes from Sandy Draper of SunTrust.

## Alexander Yearley Draper
*SunTrust Robinson Humphrey, Inc., Research Division*

So first question, maybe Frank, if you can just remind me when you think about what you brought on this quarter and then what you think for the year, how much is coming from new names that -- new names to be signed -- sorry. So just trying to get a sense of the new members you're bringing on, the mix between new logos to be signed maybe last year that are coming on versus existing customers that are expanding, just maybe for this quarter or maybe more importantly for the year, just trying to get an understanding on what's driving that.

## Frank J. Williams
*Co-Founder, CEO & Chairman*

Yes. I think as we've talked about previously, in an average year, we would expect roughly 60% of our growth to come from our existing client base. We have relatively low penetration in terms of total revenues into those clients, and now that we have over 25 partners, there's an ability to grow within those. If you look across the last year, our new clients started with substantial scale. If you look at Passport and MDWise as an example, they started out of the gates -- in Passport's case, it was about 300,000 lives and with MDWise, about 400,000 lives. So I think that flipped a little bit in terms of starting with fairly large contracts from new clients. And that's driven some of our growth coming into this year. I think on an ongoing basis -- and again, we're going to have some clients that are more de novo, where we're building the population. As we talk about with Houston, you're going to start with 15,000, 20,000 lives out of the gates; with the C3, 120,000 lives. If we had a big Medicaid contract, it could be larger. But I would say on average, we would expect about 60% of our growth to come from existing clients and 40% from new.

## Alexander Yearley Draper
*SunTrust Robinson Humphrey, Inc., Research Division*

Okay. That's really helpful. And then maybe, Nicky, a quick follow-up. When you think about the expense ramp and your ability to plan, how early do you have to start bringing on expenses ahead of bringing lives on board? And in terms of that matching, I'm just trying to think about longer-term, what your ability to control expenses as near-term versus having to spend early, and then if somebody potentially delayed, that you -- you had expenses and you were sort of stuck with those expenses waiting a quarter or 2 for someone to bring on lives?

## Nicholas McGrane
*Chief Financial Officer*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I mean, I would say generally speaking, Sandy, that part of the business is by and large the transformation part of the business. So we're generally matching revenues and expenses in the implementation phase. I would say on some of these bigger contracts, there's -- it's the benefit to us of potentially sort of overstaffing because there's just -- you've got to get a lot of things right. But by and large, the mismatch is not that material. It can bounce around, as I say, on a quarter-to-quarter basis. Transformation revenue is inherently -- there's difficulty in forecasting it just because you've got to get the work, it's percent of completion. So -- but by and large, there's not an inherent mismatch in the business between ramping and revenue just because we've got the implementation as generally a paid for activity.

**Operator**

Our next question comes from Jamie Stockton of Wells Fargo.

**James John Stockton**
*Wells Fargo Securities, LLC, Research Division*

I apologize if this has been asked, I got cut off the call there for a minute. I guess maybe, Frank, I know Brian asked earlier about level of interest in the NextGen ACO platform. If you turn around and you look at the Trump administration, and any kind of commentary coming out of them around their commitment to value-based care for multiple years in the future. Is there anything that, as far as Medicare specifically is concerned, you guys have heard them say lately that you feel like is really notable?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Look, I'd say a few things. I mean, one, we still see a very consistent commitment to MACRA and MIPS, which is a major piece of moving physicians into risk-based arrangements and therefore, moving provider organizations into risk-based arrangements. So everything that we see is full steam ahead on that. I would say on the Medicare side, same thing. We don't see anything -- obviously, we don't know what legislation will ultimately be passed but even in this first round -- that materially impacts Medicare in any way, except we believe there's a strong commitment to Medicare Advantage, there's going to be a strong commitment to these types of innovative programs like NextGen that do put providers more at performance -- on a performance basis in terms of reimbursements. So everything that we have heard suggests full steam ahead on the Medicare side.

**Nicholas McGrane**
*Chief Financial Officer*

And I would just add, Jamie, the CMMI wasn't impacted in the -- what we saw last week. So CMMI is the Center -- the Medicaid Innovation Center, which is generating a lot of the new programs and that remained intact in what we saw last week.

**James John Stockton**
*Wells Fargo Securities, LLC, Research Division*

Okay. And maybe just a couple of other quick ones, Nicky. When I looked at the PMPMs that you quoted versus what I calculated, if I just use the lives number that you guys ended the quarter with, it's kind of a full quarter number. It kind of implies that there is a decent chunk of lives that came on in mid or later in the quarter. Could you just talk about the cadence of lives, how they came on during the quarter and is some of the MDWise contract going away kind of offset what might be a boost for the second quarter? And then secondly, the follow-up to Bob's question on kind of the revenue cadence for the year, could you just give us any color on cost cadence as we move through the rest of the year, that would be great.

**Nicholas McGrane**
*Chief Financial Officer*

Okay. On the PMPM, Jamie, you and I can probably talk off-line, but I mean we just use average lives over the quarter, revenue divided by average lives. If you use ending lives, obviously, you'll come out with a different number. But in terms of the cadence, no, I mean, if you think about there's about 800,000 lives came on in the quarter. MDWise, is plus or minus 400,000 of those, the NextGen cohort, which was

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

1:1 start, was about 200,000. So there is about 25% of the lives came on over the course of the quarter versus the beginning, but it was pretty front-end weighted on that basis. Again, glad to talk off-line on the PMPM calc. I know it's a little confusing going up in Q1 given the broader trend, but I think that is just a math -- that's just a consequence of getting a full quarter of revenue and average lives when you've got a big ramp. In terms of cost cadence, again, I mean, I think this is fairly a narrow band here, we're talking about relatively flat revenue Q2; Q3, we're talking about a breakeven target. So it's a combination of gross margin expansion, a couple of points of margin, SG&A, cost control to get us through where we want to be in Q3. And then again, the same margin enhancement into Q4 and cost management. But it's pretty -- as I say, it's a pretty narrow band. It's not a difficult calculation to do. But we're obviously just trying to match things out, as I said, adding 800,000, we doubled the life count from Q3 of last year to Q1 of this year from 1.4 million to 2.8 million, so just that period, the first half of the year, a great deal going on, bringing on an unusually large number of clients. And so we get the clients up and ramped, you'll see margin improvement at the client level and cost management. So that's the arc of the year to sort of bring EBITDA in where we want it to be as well.

**Operator**

Our next question comes from David Larsen of Leerink.

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Can you talk about the competitive process for the Massachusetts consortium win as well as the Houston win? Like, who else was included in sort of that bid process? Do you have any sense for which EMR vendor these providers were on, with Cerner and/or Epic? Why did you win that -- those deals over Cerner and Epic? Any color there would be very helpful.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say, as we've talked about in general, a lot of times, we'll be in a situation where we've built a relationship. We have a reputation in the market just from what we've done, the fact we -- now we're in 30 markets. And a lot of times, we'll be in a sole-sourced situation. We really have built a relationship, we'll be seen as advisers to the senior team, we'll be working collaboratively on the outlook for their market and helping them think through the various ways they can realize the opportunity. And then that will naturally lead to a conversation about how we can support the organization. I would say with Houston, that characterizes the nature of the evolution of our relationship. In terms of EMR vendors and things like that, most of our clients tend to be on Epic or Cerner, but if they're working with a large network of physicians, you're going to have dozens of EMRs that will be part of the infrastructure in terms of supporting community-based physicians. So you're going to see that in almost every situation. And I wouldn't say we're going up against those vendors because we're not really selling a technology-only solution, we're offering a much broader operational proposition and long-term infrastructure to support their value-based business. So we don't really view the EMRs in any way competitively. For C3, I do think, in this case, they decided to think through what sort of support they needed and definitely, wanted to kick the tires and see what was out there. I think what we saw is that our provider focus, the investment we've made in Medicaid, the comprehensiveness of our clinical programs won the very -- won the day very quickly in that conversation. I think we showed very well, based on our experience, the number of lives we support, the launch of the Medicaid center of excellence, and I think it ended up being a focused process very quickly once we were able to really sit down and talk about our philosophies. So again, each pursuit is different. Some will involve some other alternatives, but I would say in almost all the cases, we don't see common competition in our pursuits.

**David M. Larsen**
*SVB Leerink LLC, Research Division*

Okay. That's great. And then with the American Healthcare Act, which obviously passed the GOP with some amendments, any thoughts on your ability to deliver Medicaid expertise and with the changing in the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

funding environment along Medicaid, how are you positioned to basically potentially benefit from that and help your clients continue to prosper in this new era?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say relative to the new legislation, I think the first thing is what's ultimately going to pass in the Senate. We don't know at this point and there's going to be probably some changes on the Medicaid side based on what we've heard at this point, but we don't know. I would say if you look at Medicaid today, there is roughly $550 billion in spend. There is a lot of pressure on increasing costs and a need to cover an underserved population. I would say if the legislation were to go through as it is, it means states will ultimately have less money to fund the care of these populations, and therefore, they're going to need cost-effective, value-driven solutions to help make the dollars they are investing go as far as they can possibly go. So as you know, we're working in a number of states with Republican governors that are quite happy with their experience in Medicaid and feel there's a potential to continue to invest and to really push on managed solutions, that's what I think we're going to see either way whether the legislation goes through or not. And again, with $550 billion in spend and that's having a very small portion of that, we do see an ability to grow in Medicaid for several years to come and hence, why we've made the investments that we've made.

**Operator**

Our next question comes from Stephanie Davis of JPMorgan.

**Stephanie July Demko**
*JP Morgan Chase & Co, Research Division*

So given you're only in 1Q and you guys already have a number of new wins for the year, does it still make sense to target the annual 4 to 6 new client adds? Or is there potential that this number increases as your platform has scaled?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, I would say we've tried to provide a directional guide in terms of new partner additions. Just to give you a sense of where we are in terms of process. Obviously, if we brought on 2 new clients and they were very, very large in terms of number of lives out of the gates, that might support the growth we need for the long-term targets that we've set. It's possible we could launch 10 new clients and they could be smaller in size and that's how we'd ultimately get to the number we need to set up for 2018. What I would say is, we took up our number this year from 4 to 6 to 5 to 7 just in terms of a general range. We've closed 4 thus far in the year, we feel very much on track. We've got a great pipeline and feel very good about where we are. We've got to work through the details in terms of getting those closed, and so I don't think we're at a position -- in a position right now where we'd go beyond our current range. I would just say we feel very good about where we are at this point in the year. We're continuing to work really hard across a number of really interesting prospects that are in the pipeline and obviously, hope to have more announcements as we move through the year.

**Stephanie July Demko**
*JP Morgan Chase & Co, Research Division*

And then thinking about this kind of outsized rate of growth that you guys have maintained. How much is that limited by the talent pool? Or does hiring in any way limit your ability to grow faster? And as a follow-up to that, what gives you confidence in your ability to recruit talent to stop this mitigating factor?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, I mean, it's a great question. I mean, I think one of the things when we launched the business and realized that we had such a large market opportunity is that we needed to be distinctive on the talent side. So we made a number of investments upfront in terms of how we built our talent organization,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

the -- our recruiting capability, which I think is absolutely world-class, how we're onboarding, how we're training and developing, how we're developing leaders and managers, how we're thinking through, how we move people throughout the organization so that they can have long-term career paths at Evolent. So we've placed a huge emphasis on that since the very beginning and continue to double down on that as we evolve as an organization. I think all of our metrics in terms of engagements, in terms of leader development and retention feel very, very good relative to historical, even despite all the growth that we've had. I think last quarter, we received somewhere on the order of 12,000 resumes. If you think about attracting that level of talent, that gives us an opportunity to look through hundreds of resumes in terms of targeting the people that we want to bring on. Some of those uniquely skilled to do what we're trying to do in value-based care. So I think we've built a pretty incredible repetition on the talent front. I think that's why the interest in Evolent -- and then it's our job to make sure that we've got an interview process, an ability to work through pipelines and manage them almost as we manage the sales pipeline to ensure that we're staffed up for new client launches. And right now, I think it all feels a very good in terms of how we're managing at. Great question.

**Operator**

Our next question comes from Mohan Naidu of Oppenheimer.

**Mohan A. Naidu**
*Oppenheimer & Co. Inc., Research Division*

Frank, I mean, going back to the providers' understanding of how strong the commitment is to these value-based programs, do you still see any providers who are on the sidelines waiting for more clarity from the new administration? Or is it just that most of them already understand it and they are going through the motions of figuring out how to handle it?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. That's a great question. What's interesting is, without question, there are providers that are still leaning towards the world of fee-for-service medicine. So there's a lot of trepidation about moving away from the traditional model. Obviously, if you could hold on to your traditional economic model, that's a lot easier than going through a massive transformation and putting your reimbursement at risk. So without question, I still think we're at the early stages of the market in terms of providers that are really moving aggressively on the risk side. I don't think the current administration has really influenced many organizations in terms of changing their pacing or their views of the market. What I would say is that starting in the middle half of last year, we were seeing more financial pressure on the average provider as a result of pricing pressure both from the government and commercial payers, volume of going into other settings, getting tiered out of networks, and that margin pressure helps organizations to realize that, God, we can't continue to do what we're doing and preserve our financial strength, and therefore, we really are going to have to figure out how to be successful in a world where we're taking performance-based reimbursement. I would say that, that pressure has, I would say, increased interest in spite of the administration change and election and all of those things; that financial reality is forcing organizations to recognize, with demographics of the population moving into Medicare and Medicaid, reimbursement being under pressure in those areas, same on commercial payers, that they really are going to have to move in this direction. I think that's what we're seeing. So again, just to repeat, I don't think we've seen a change in pacing at all since the election in terms of pipeline and demand. Pipeline feels very strong. I still think we're at the forefront of the movement, and so we're working with the top 1/3 of the market, and I think we're going to see more acceleration, that it continues to include a lot more providers that are moving in this direction which will expand the market for what we do.

**Mohan A. Naidu**
*Oppenheimer & Co. Inc., Research Division*

That's great. And Nicky, maybe a couple of questions around the partners. You've noted about 25 long-term partners here. How many of them are in the platform and operations stage? And can you give us clarity on how many of these 25 will convert to this stage throughout the year?

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Nicholas McGrane**
*Chief Financial Officer*

Mohan, we only talk about partners in the -- so they would all be in the long-term P&O stage. We don't really break out the number of folks in transformation. Historically, we had a 50% conversion from transformation to P&O. But when we talk about long-term partners, by definition in our world, they are already in platform and operations.

**Operator**

Our next question comes from Steven Halper of Cantor Fitzgerald.

**Steven Paul Halper**
*Cantor Fitzgerald & Co., Research Division*

Just a housekeeping question. I might have missed it. Did you reiterate your view that you'll reach adjusted EBITDA breakeven in Q3?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes.

**Operator**

Our next question comes from Charles Rhyee of Cowen & Co.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

Frank, I just want to talk about sort of the Medicaid market here a little bit. In particular, a number of states are going through some procurement processes now. Just curious, one, can you give us a sense on where you're -- how you're looking in several of these states and some of the opportunities as you're seeing them? And then secondly, as we think about the initial round of Medicaid expansion, how long -- I mean, were those certain set number of years in terms of the initial expansion in terms of how the procurement is set? And would those automatically come up for rebid at some point in the future? And would that trigger the time when providers would say, will come into this second go around or something like that?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say if you look at the Medicaid market right now relative to our pipeline, it feels broad across multiple provider organizations and multiple states. It is very state-specific, so what Massachusetts is doing versus Kentucky versus Indiana versus Florida -- very, very different. In some of those states, you really are working directly with the state on behalf of a group of providers. In some, you're orienting around a provider organization and there's a more clear process in terms of how Medicaid is ultimately awarded. And I would just say that we sort of have all kinds in the pipeline right now. I'd say some that, as we've mentioned, are large are at the later stages that we feel quite good about, and that we hope will resolve themselves across the coming months. We have some that are at earlier stages where we'll begin our process of working with a provider group and working with state legislatures and really trying to end up in the right situation for the state and that population. But I would say overall, lots of different flavors feels very good and pretty robust. And again, full steam ahead because the budget pressure that the states are facing doesn't really change. If anything, it gets worse with the new legislation that came through, not better. In terms of when state contracts come up for bid and what the implications are, what the implications are going to be over waivers and how states will impact with the federal government, it's again very dependent on the state. In places where we have an existing contract with a state, we do believe that we're well-positioned, given that we're affiliated with a large provider network throughout the state. Those are the highest employers in the state in terms of high skill jobs. They are locally based. Generally state governments know they're not going to leave town and that they're responsible for those

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

populations so we feel very well-positioned with our approach in terms of maintaining those contracts. And again, it depends on the state; that they might decide to go from 4 providers down to 3 or to expand the number of providers, and it would be dependent on what their approach is as to whether we'd be increasing lives in those cases or maybe decreasing lives. Overall, though, I would say the Medicaid market, our approach, its reception in the market feels very good right now.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

And just a follow-up on Houston Methodist. You're talking about 15,000 to 20,000 lives sort of in the ACO program. So does Houston Methodist have a Medicaid program that they serve? And would that be potentially down the road for you guys?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say, right now, we're starting with Medicare working with their ACO. Medicaid, surely, over time will be a potential population we could expand into, and that could take a variety of forms. There's also a potential on the commercial side over time. Right now, we're focused initially on Medicare, it's a great place for us to start, and then we'll expand over time based on the specific opportunities in that market.

**Operator**

Our next question comes from Richard Close of Canaccord Genuity.

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

This is Brian Hoffman in for Richard. First, on C3, if I believe I heard you correctly, it sounded like you said 100,000 or 120,000 lives coming over the coming years. Does that imply that the initial ramp will be smaller than that? And also when is that contract expected to begin?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. Again, rough numbers, we'd expect about 100,000 lives. Most likely, those wouldn't come fully on the platform until the beginning of next year. So in January of 2018, likely. We have implementation work obviously to get ready for that, that will occur across the back half of this year. And that's the general structure. And then obviously, we can add lives over time depending on what region that contract covers, the number of physicians, et cetera.

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

And then on the Passport announcement. I just want to clarify, with Passport shifting their TPA services to your platform, how should we think about that impacting the lives on your platform? Or since you already have those Passport lives, should we instead think about this in terms of increasing the PMPM?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes, you should think about it as an increase in PMPM. We don't double count the lives. If we're already covering those 280,000 and we add an additional service, we don't increase the life count. So life count would stay roughly the same and then obviously our total PMPM, given that we're expanding services, would increase.

**Brian Evan Hoffman**
*Canaccord Genuity Limited, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. And then last one for me. Last quarter, at the end of February, you said -- you talked about having over 90% visibility for 2017. Any update on that given that we're now halfway through 2Q?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Obviously our visibility increases as we get farther into the year. We still have very strong visibility, that's our reason for reiterating our guidance. I don't have the exact percentage, but it'll be over 90% at this point, probably in the mid-90s based on where we sit today.

**Operator**

Our next question comes from Sean Dodge of Jefferies.

**Sean Wilfred Dodge**
*Jefferies LLC, Research Division*

So maybe staying with Passport for just a moment. Frank, is that a transition you expect most of the legacy Evolent base to make at some point? And then the numbers you gave for Passport implies something like a $5 to $6 incremental bump to PMPMs for them. Is that a pretty good rule of thumb to use or think about as the going rate for TPA services?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I'd say, look, we try not to, for all sorts of reasons, to break out specific PMPMs by client. I think I gave a directional number that said it's well over $20 million a year on an annualized basis. So I think the PMPMs, if you go well over, would be higher than -- I haven't run the math, but higher than what you're throwing out. And again, for obvious reasons, we don't discuss specific PMPMs per client. But it will be a very large contract add for us and largely impact 2018. In terms of opportunities to bring other clients onto the platform, I think that's one of the reasons we made the investment that we did is we felt that there were real benefits to integrating the TPA into the clinical platform and having all of that in 1 infrastructure that could be applied across multiple populations. So we have done a lot of work with the market with understanding what the leading-edge potential was with the platform. And yes, we do feel that, over time, clients will want to take advantage of that integration because of the long-term benefits that gives them in terms of customization and flexibility, in terms of benefit design and -- around certain populations, in terms of more consumer-driven plans over time on the commercial side. So again, that's a little bit of a longer-term vision but yes, over time, we do feel this will be a great opportunity for us to grow within our existing client base.

**Sean Wilfred Dodge**
*Jefferies LLC, Research Division*

Okay. And then you had mentioned before a chance to go back through some of the blueprint-type work that Valence had done for clients before the acquisition and now, with the added capabilities of Evolent, maybe enticing some of them onto the platform. Has there been any progress there?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

I would say we're in the early stages of that at this point. If you think about closing the deal in October and bringing on a new 400,000 life arrangement on Gen 1 and integrating with a new company, I think we want to make sure that we got all of that right. That one, we have the right organization in place that we are prepared for a very large new contract that we're delivering at a high standard. And so you can imagine in the fourth quarter and early part of this year, there was a lot of scrambling just to make sure that the integration went well, that we're thinking through the technology strategy and that we have the organizations working together very collaboratively. I think that has gone incredibly well -- always has hiccups, but I think it's gone really, really well relative to other integrations that I've been a part of historically. I would say now we're at a point, having worked through that, feeling greater stability in operations, like we have the ability to scale. If you think about bringing on Passport, that's going to be

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

another 300,000 lives on the platform, and our commitment was to get that absolutely right in terms of serving clients at a high standard from the outset. So first order of business was around integration in operations and preparing for scale. And now, we're at a point as we get into the middle half of this year where we can more effectively do what you're suggesting and really look across our broad client base and think about cross-sell opportunities, how do we integrate the vision of Valence and Evolent in the minds of former Valence customers and our Evolent partners and that will be something that will be an opportunity for us as we head into 2018.

**Operator**

This concludes our question-and-answer session. I would like to turn the conference back over to Mr. Frank Williams for any closing remarks.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Well, we appreciate everyone participating in the call. I know we'll see many of you at our Investor Day later this week in New York and look forward to interaction and seeing many of you in person, and we appreciate everyone participating in the call. Thank you.

**Operator**
The conference has now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.