# Exhibit 43

**Company Name:** Evolent

**Company Ticker:** EVH US

**Date:** 2018-09-05

**Event Description:** Wells Fargo Health Care Conference

**Market Cap:** 1,946.49

**Current PX:** 24.75

**YTD Change($):** +12.45

**YTD Change(%):** +101.220

**Bloomberg Estimates - EPS**

**Current Quarter:** -0.044

**Current Year:** -0.093

**Bloomberg Estimates - Sales**

**Current Quarter:** 142.786

**Current Year:** 577.143

# Wells Fargo Health Care Conference

## Company Participants

- Jamie Stockton
- Unverified Participant

## MANAGEMENT DISCUSSION SECTION

### Jamie Stockton

I think we can go ahead and get started here to keep us on time. For those of you, who don't know me, my name is Jamie Stockton and I'm the digital health analyst at Wells Fargo. We are very pleased to have with us this morning, Evolent Health. I often tell investors that I feel like the two biggest themes over the next 5 or 10 years will be consumerism and health care and also value based care. And Evolent is really at the center of value-based care. It's a company with about $580 million of revenue, it's a $2.2 billion market cap company.

We're pleased to have the company's CEO, Frank Williams; and CFO, Nicky McGrane with us this morning. We're going to do a fireside chat format. I've got a ton of questions, but if anyone in the room has a question please just raise your hand and I'll get to you as soon as possible.

## Q&A

**<Q - Jamie Stockton>:** So guys, today I think you're working with about 40 partners something like that and you've got a little over 3 million lives that you're helping manage from a value-based care standpoint. I think one thing that I hear a lot from investors is how much of the growth is going to come from new accounts versus the existing base of customers continuing to expand?

So maybe we can start there because you have had a good year of signing new accounts this year. But I think that the thing that people always have a hard time trying to wrap their minds around is how much growth will come from the existing base expanding, so maybe we'll get start there.

**<A>:** Yeah, I think as you mentioned, in general, we've been adding roughly seven to nine new clients a year thus far this year nine new clients, some of them very large, some most in New York. The opportunity to launch five regions in Medicaid in Florida through three partners pretty significant.

So when you have sort of large contracts like that out of the gates, what we'll tend to see is a little more growth coming from new clients in the immediate year. So, we would expect roughly 60% of our growth to come from new this coming year and 40% from existing. The good news is over time when you think about building to a base of 50, 60 partners and the fact that we're 15% to 20% penetrated into the revenue base of those partners from a value perspective, there is an ability to really grow within the existing base.

So, I think that's an important part of the growth story as we can have lives, new populations and new services and grow. Passport would be an example of this, where we started out with an existing base of 280,000 Medicaid lives. We added our PBM offering, we added our Risk Adjustment solution, we added our TPA over time, we're doing more intensive clinical services and so you're able to almost double the size of that client over a three to four-year period, as they want to enhance their capabilities. So I think we get it from both sides, but to answer specifically roughly 60% from new clients for the coming year and 40% from the existing base.

**<Q - Jamie Stockton>:** Okay. That's great. Your per member per month, I think, is a little under $13, right now, in the most recent quarter. Depending on the type of life and depending on the breadth of services that you guys provide that



| | | |
|---|---|---|
| Company Name: Evolent | Market Cap: 1,946.49 | Bloomberg Estimates - EPS |
| Company Ticker: EVH US | Current PX: 24.75 | Current Quarter: -0.044 |
| Date: 2018-09-05 | YTD Change($): +12.45 | Current Year: -0.093 |
| Event Description: Wells Fargo Health Care Conference | YTD Change(%): +101.220 | Bloomberg Estimates - Sales |
| | | Current Quarter: 142.786 |
| | | Current Year: 577.143 |

can be kind of all over the board, right. So I think that it would be helpful if especially given that some of these recent contracts that you have are going to involve you standing up a Managed Medicaid plan with a provider organization. Can you give us some sense for the PMPM directionally, are we going to stay the same, do you think it has the potential to expand from here, just any color on that would be great?

<A>: Yeah. I mean what I would say is with that average now has established over 3.1 million lives. So, if you add a new PMPM on 50,000 lives, it's not going to move the average that much. But I think we're in a pretty comfortable zone around where we're going to be. I think sometimes people associate high PMPM with higher profitability and lower [ph] PM (00:04:32) with lower profitability. And there really is no correlation. Medicaid PMPMs are low, but we get a large number of lives that are very scalable contracts that are very profitable. And so, it definitely [ph] isn't (00:04:46) a marker for profitability. But I think we're in a zone now that we have 3.1 million plus lives of the range that you discussed that that's a reasonable range to assume at least for the coming year.

<Q - Jamie Stockton>: Okay. And I want to get deeper into the business and what's going on with health systems and your attitude towards value-based care, but just maybe finishing off the business model discussion, plan attrition is a big focus last year around this time. It seems like, it's not as much of a focus this year for investors at least, can you just talk about how things are trending, where we are in kind of the renewal cycle?

<A>: Yeah, I think, last year was a pretty unique year if you think about legislatively new administration, replace repeal, repeal replace secretary price going out of his position and very little from the government about how they were thinking about the future. So, I do think, it was a deer in the headlights moment for a lot of the provider community now with Azar in place and a few more years under their belt and more communication, I think providers have a clear sense that the market's going to continue to move to value. So I'd say, the overall backdrop is [ph] clearly (00:06:12) more positive than it was a year ago.

Second, we're now a more mature business. And every year we'll have a small number of clients given a five-year average contract cycle that come up for official renewal. So it will be a small portion of the base that we have a contract moment and we're re-contracting, I would say, the environment there feels similar as it did to last year and nothing new to report. What we've said is, we're always retaining the majority of our clients, obviously, the vast majority and occasionally [ph] we will define (00:06:50) for different situations, but it's felt like a relatively stable renewal environment.

I would say, the big thing when it comes to growth is, one, adding nine new partners, hopefully some more between now and the end of the year, ramping those partners and their contribution to 2019. That's a big component of growth that we just talked about. And then we've got the existing base of 35 partners which are making decisions about are they going to expand into a new county or are they going to take on a new population or are they going to step out of a delegated risk arrangement with Anthem, that discussion is all happening now at this time in the year, and that really sort of sets up a portion of the growth rate for next year. And normally at this time, we'd be working through that trying to close all that out by the end of the year.

So I would say, a similar environment to last year, nothing new or different to report there, and we work through our normal cycles of sitting down, helping them negotiate, make sure we're putting them into profitable new contracts or existing contracts and working through that process.

<Q - Jamie Stockton>: Okay. Maybe we can talk about what it feels like right now as far as your pipeline is concerned. In early August, we saw this new Medicare Shared Savings Plan and proposed rule that looks like it's really going to change the way that CMS is approaching the ACO program is going to push health systems much more aggressively toward two sided risk, basically cut off a lot of the path for them to stay in a one-sided risk model and kind of into perpetuity.

I guess, maybe the first question there is, have you seen any impact thus far from that as far as the conversations that you're having with organizations that might have been kind of deep into your pipeline not necessarily new conversations the people who were maybe already got through the blueprint process really we're taking a hard look at making [indiscernible] (00:08:54) value-based care, has this pushed some of those guys a lot closer to making the lead?



**Company Name:** Evolent
**Company Ticker:** EVH US
**Date:** 2018-09-05
**Event Description:** Wells Fargo Health Care Conference

**Market Cap:** 1,946.49
**Current PX:** 24.75
**YTD Change($):** +12.45
**YTD Change(%):** +101.220

**Bloomberg Estimates - EPS**
**Current Quarter:** -0.044
**Current Year:** -0.093
**Bloomberg Estimates - Sales**
**Current Quarter:** 142.786
**Current Year:** 577.143

**<A>**: What I would say, I mean, we commented on the last call, I mean the pipeline is felt a broad and deep, I think we've got across Medicaid, Medicare a number of the areas that we're working on physician groups, existing providers health plans, the pipeline's felt very good all year and we still have a lot there that we hope to close out, and also we could close out in early 2019. The new CMS statue which we feel like we're heavily involved in pushing in some ways has the benefit of sending a macro clear signal to the market that this is where the government is going to move in terms of reimbursement. So from a long-term perspective incredibly helpful to our business and what we see is a broader movement that's going to happen in the industry, short term, I would say, not particularly that helpful if anything, they move the deadline to the middle of next year. I don't think we plan to pick up a lot of new relative to that when it came to 2019, but it really isn't going to have much of an impact on 2019. I think, it is helping generate new conversations that can have a big impact on 2020, because a lot of organizations are now realizing [indiscernible] (00:10:14) are qualified for APMs and the things we want to accomplish with our physicians we can no longer do it in track one.

And so we've got to really think about some of these advanced payment models. We're also taking the entire next gen cohort and using that group to lobby effectively in Washington for improvements for that program that would also be major for us if we're able to get a new next generation program that has some improvements that we believe they should make to encourage providers to participate. So it's helped to catalyze a lot of activity that, I think, is going to be very positive for us but that's probably going to be beyond 2019, [ph] well, the (00:10:51) timelines.

**<Q - Jamie Stockton>**: Great. Just to stay on that topic for a minute, there have been some surveys that have showed that if you look at all the health systems that are in one-sided risk contracts right now, where there's no downside that 70% of them might just kind of abandon value-based care, because they don't want to take on the downside risk. I mean, is that just posturing do you think as far as maybe the hospital industry is concerned to try to convince the government to pump the brakes a little bit or is there a real kind of aversion to two-sided risk you think would cause that larger percentage of kind of the one-sided risk ACOs to just totally disengage with value-based care?

**<A>**: Yeah, I mean I think what's interesting, I mean, some of you probably saw some of the recent studies coming out of HHS which said that providers that took more downside risk are delivering substantially better outcomes. I mean, if you're a policymaker and you've got a major cost and quality problem in Medicare and Medicaid that is a clear marker that you want to move providers into more downside risk and it makes sense because it's ultimately going to change their behavior.

From our perspective, we need roughly 10 new clients a year to be successful. So we've never been trying to sell into the 70% of the market that wants to do 5,000 shared savings lives and really doesn't want to be in risk. We want to be working with leading organizations that want to have several hundred thousand lives that see it as a way to dramatically move market share and improve their margin profile with declining fee-for-service rates. One I would argue, it wouldn't impact us at all because we are really focused on scale clients, large amounts of lives and organizations that are going to be aggressive, but I would argue that I do think it's posturing. If you talk to the average health system's CEO, they care about physicians, physicians care about advance payment model qualification, so they can improve income over time. And if you need to be in down sided risk to qualify, you're not going to see 70% of organizations step out of downside risk.

**<Q - Jamie Stockton>**: Is that your expectation that this kind of new more aggressive path towards value-based care [ph] and the (00:13:11) CMS will stick with it?

**<A>**: Absolutely.

**<Q - Jamie Stockton>**: They won't fall prey to the posturing.

**<A>**: Absolutely. They have to. I mean that's the most important thesis for the business is if you look at health care costs growth and how much it will break the federal budget if it's goes unabated, you realize that they have to move in this direction or radically slash fee-for-service rates which is politically much more difficult to do than moving to value-based reimbursement.



Company Name: Evolent
Company Ticker: EVH US
Date: 2018-09-05
Event Description: Wells Fargo Health Care Conference

Market Cap: 1,946.49
Current PX: 24.75
YTD Change($): +12.45
YTD Change(%): +101.220

Bloomberg Estimates - EPS
Current Quarter: -0.044
Current Year: -0.093
Bloomberg Estimates - Sales
Current Quarter: 142.786
Current Year: 577.143

**\<Q - Jamie Stockton\>**: Okay. So maybe we can get a little more deep into some parts of the business, specifically Medicaid. You guys – you had this relatively long relationship with Passport Managed Medicaid plan in Kentucky, you develop kind of a Center of Excellence around Managed Medicaid with them, built up a lot of expertise around helping stand up Managed Medicaid plans. And it seems like that has really kind of come to fruition. Maybe you could say late last year, but especially this year with the number of new clients that you've announced in that area. I guess maybe the first question is, we've kind of seen a lot of the decision making in 2018 play out at this point. And so, people shouldn't really get over their skis about expecting a lot of incremental announcements [ph] this year (00:14:37)?

**\<A\>**: Well, I would say, look we made a concerted effort to invest in Medicaid, we formed the Medicaid Center of Excellence with what has been an absolutely wonderful partner in Passport. In their own plan, we believe we've helped to generate over $100 million in savings, which was highly valuable to that organization. They have contributed a number of assets, which have differentiated us in the market. We're doing really advanced things in social determinants and ability to manage populations in unique ways clinically and in that period of time, think about it, 2.5 years ago we didn't have a life in Medicaid and now we're approaching 2 million lives. We're now just won a procurement in Florida for five regions. We just won a very significant relationship in New York with a high value physician group that today has 300,000 district lives and an ability to grow. So, I would say a really exciting platform for us and one that I think applies very well to this movement towards value-based care.

Whether we'll have – I mean, we have a number of things we're working on this year that I'm hoping will be additive. Generally, when we close a contract it takes a while to implement. So if you think about its impact on 2019 a lot of those won't start until the middle for the second half of the year. So yes, you're correct that from a growth new client perspective most of 2019, as I said, although we can add a few things that will impact the second half of the year. But a lot of the work we're doing now in several states is around pretty big opportunities that would – [ph] can set up (00:16:19) 2020 and beyond. Florida you think about we've just entered the fourth largest Medicaid market in the country five regions. We think there's other regions [ph] they'll secure (00:16:27) there, there's other populations we can build on with those partners. Lot of them have interest in Medicare. So Florida could ultimately be a very large growth opportunity for us within the next 12 to 24 months.

**\<Q - Jamie Stockton\>**: The business that you've signed in Florida specifically, my understanding is that a lot of these provider organizations that you're partnering with have kind of bigger market shares within their geographies than maybe they're going to initially have within Managed Medicaid. Is that just kind of the way things go because of how competitive Managed Medicaid is or should people look at that and say, well, okay, these organizations are positioned well to significantly grow their market share over time versus maybe the 40,000 lives that they're going to start out with?

**\<A\>**: Yeah, I mean, I think one of the reasons why we've always loved the thesis of provider driven care in government oriented programs is because [ph] WeHealth brand, WeHealth (00:17:25) has been in that community for decades. They're embedded in the community. Their brand is going to be much stronger than a national Medicaid plan. So over time, the strength of that brand, their physician relationships that are active in the community, we believe will be a real draw potentially to even be larger than their current market share.

I think you're right that it's the launch of a new plan, it's a new brand in the market, and it's going to take a little bit of time for that brand to take hold, but ultimately longer term, I think, providers have a real advantage when it comes to attracting patients for those reason.

**\<Q - Jamie Stockton\>**: The comment that you made earlier about having other states where you worked on a lot of opportunities that might be kind of 2020 as far as an impact on the business is concerned. You guys said something on the last earnings call something to the extent of these provider organizations would have found it extremely difficult to stand up a Managed Medicaid plan in the shorter period of time, if they weren't working with us. That was kind of a material benefit that might be unique one that you brought to the table that they might not have been able to get anywhere else? How well understood do you feel like that is in other states? Or with organizations that are in your pipeline, like have we hit the point yet where maybe the market recognizes that differentiation?



Company Name: Evolent
Company Ticker: EVH US
Date: 2018-09-05
Event Description: Wells Fargo Health Care Conference

Market Cap: 1,946.49
Current PX: 24.75
YTD Change($): +12.45
YTD Change(%): +101.220

Bloomberg Estimates - EPS
Current Quarter: -0.044
Current Year: -0.093
Bloomberg Estimates - Sales
Current Quarter: 142.786
Current Year: 577.143

**<A>**: Look, I feel like in Medicaid, imagine trying to stand up a Medicaid plan from scratch. Florida has a very aggressive regulator. I mean, you have to have thousands of pages of policies and procedures and compliance and that work by certain dates and clinical programs. I would say it's very clear to the market that they need support and they need support from an organization like Evolent if they're going to stand up a Medicaid plan. I'd say anyone going to launching [ph] for health (00:19:28) plan, our differentiation the integration of our full suite. It's very, very clear to providers where it's less clear, and what I was saying earlier is less of our market. If a provider is getting into a wide upside only shared savings contract for 5,000 lives, then it might be easy for them to say I'm not sure we need it – we need this sophisticated integrated platform, because we're only doing this little thing over here, and we don't have much downside risk where providers are stepping into real risk, and where it really involves the operation of a health plan, I don't think there's any question that they need support from an outside organization, and hence why that's a very good market for us.

**<Q - Jamie Stockton>**: Okay. Do you feel like – and it's my last question on Medicaid, do you feel like, I guess, what inning do you think we're in when it comes to being able to identify kind of the best practices of these various organizations and then proliferate them? And I realize a lot of these clients are new, right, and you haven't even ramped yet, but you do have CountyCare and Passport that you've been working with for a while. Can you just talk about the path to sharing best practices, which I think is something that it's a key part of your model in the long run as you build these provider organizations across the country?

**<A>**: Look, I think the really good news is, we believe we've proven that we can add immense clinical value by capturing best practices, embedding them and disseminating them, and that we're seeing those results consistently in our clinical program. So imagine today if I said we're at risk for Boston – for the patient population in Boston, what you would want to do is collect as much information as you can on the population, and I'd want to be able to identify not the people who are sick last year, but the people who are going to get very sick this year, and which intervention will be most effective to engage them and which clinical protocol or program will be [ph] much or (00:21:43) most effective in changing their clinical trajectory, lowering costs and improving outcomes.

We've been doing that for – UPMC had been doing it for 10 years, and we benefited from all of that knowledge. We've now been doing it for 7 years. I've invested hundreds of millions of dollars in clinical program development and the core technology and those best practices are embedded all the way up in the analytics portion where we believe more than any organization out there, our predictive value is the highest in the industry in terms of predicting who's going to get sick and all the way through the intervention, the clinical program and everything else.

So the great news is, we have a process infrastructure and an ability to disseminate those across the network and we're now getting data back that suggests we can reduce hospitalizations by a third to half, we can reduce costs by a third. But I'd still argue even with all of that investment and sophistication in all the clinical programs that we've done, we're still in the early innings because every year we have seven new clinical areas that we want to go deeper on and if we want to expand we just took a program from Stanford, the research center that we partner with and around end-stage renal disease where if you can identify patients with certain clinical factors early and get a nephrologist consult engage you could actually keep people from going into end-stage renal disease where we pursue – we spend 1% of GDP on dialysis, that now has been exported to five of our members tested has worked. We're now taking that program, disseminating it across the entire network. And the good news is, I've got 20 other areas and imagine five years from now across complex care, across transitions, across oncology, across cardiology, across all of these different areas that we've developed all the way from analytics, the intervention, engagement and resolve in unbelievably sophisticated clinical model that's in a hundred of our partners that's how we think we create a differentiated model and business at Evolent.

**<Q - Jamie Stockton>**: Maybe we could touch on the competitive dynamic right now. I talked to a lot of private companies that are ventured backed that have pop health solutions tend to be a lot more narrowly focused than Evolent. And what surprises me is that even some of the most successful ones tell me and I hear this from you guys as well that like there are a lot of deals that aren't competitive. It's – somebody knows somebody at a health system, somehow you got kind of a foot in the door and it wasn't really an aggressive bake off between a bunch of different vendors. Is that an accurate description of kind of where things stand today? Or has the market matured more such that in a lot of these

Company Name: Evolent
Company Ticker: EVH US
Date: 2018-09-05
Event Description: Wells Fargo Health Care Conference

Market Cap: 1,946.49
Current PX: 24.75
YTD Change($): +12.45
YTD Change(%): +101.220

Bloomberg Estimates - EPS
Current Quarter: -0.044
Current Year: -0.093
Bloomberg Estimates - Sales
Current Quarter: 142.786
Current Year: 577.143

deals you are actually running up against relatively formidable competition?

**<A>**: Yeah. I think what's been really interesting is seven years into this business we do not see a common competitor. I would say, most customers like to have more than one alternative, it's just a good way to do business. So sometimes there might be a local option that they're looking out or there's a local payer they've talked to in the past, but frankly a lot of our opportunities do feel single source. We've identified the business opportunity for them. We've worked with them on forming it. They know they need a partner and that just happens very naturally through the process. We haven't seen any dramatic changes in the competitive environment. If anything, some of the major payers [ph] have been (00:25:32) – in some ways they've stepped out of the market, xG which was an initial competitor for us out of Geisinger really has sort of exited the market.

And some of it is, the barriers to entry are high, right. We had to make a very significant investment to establish an integrated platform that could go all the way to managing full health plan and do it in Medicaid and Medicare and commercial and that takes a tremendous investment.

The major payers have those assets, but most providers don't want to turn their growth strategy over to a payer that has competitive conflicts. And so this gave us an ability, I think, to offer something pretty unique in the market. But I think your assessment continues to be accurate that we don't. We've not seen any new entrants that are meaningful or common competition and a lot of our deals still single source.

**<Q - Jamie Stockton>**: I know this came upon on the call that I feel like [indiscernible] (00:26:28) again. I mean, Cerner making an investment. Lumeris does that, does that change anything for Evolent?

**<A>**: Yeah, I don't think so. I mean we have a lot of customers today that use Cerner, that use some Cerner's population, health tools that clinical stock that I talked about that we've developed is highly differentiated and even those customers will want to use that layer. And then if you think about standing up a Medicaid plan for these organizations in Florida, I don't think Cerner offers that, Lumeris isn't in Medicaid.

So I mean, we feel like we've got a highly differentiated offering. Cerner is going to be great at serving the 70% of the market that you talked about which might do light shared savings and ACOs, all of their current clients will want to use Cerner tools for that. The Tier 1 part of the market that we think wants to really operate health plans, wants to be majorly in Medicaid that want sophisticated integration of utilization management and traditional payer functions into the EMR and clinical tools. Again, we think we're very differentiated for that part of the market.

**<Q - Jamie Stockton>**: All right. I guess, the only other competitor that I get a lot of questions on is United. You guys [indiscernible] (00:27:43) they've been a good competitor, they have bought the advisory board last year. I mean, has there been any change there?

**<A>**: No. I mean, we rarely run into Optum in the market interestingly enough and obviously they provide a number of services to health systems and physician groups, but in this larger value-based care partner type relationship that we form we barely run into Optum.

**<Q - Jamie Stockton>**: We got about a minute and a half left. I thought I would ask real quick about the health plans that you guys bought last year in a small group plan in New Mexico. I guess, maybe one, can you talk about how comfortable you feel like you can really manage the profitability of that plan, I mean, this should theoretically be right in your wheel house right to set premiums appropriately and then aggressively manage the MLR. So can you just touch on that initially?

**<A>**: Yeah, look, the plans performed well, it's a commercial population. They've been in the market for some time. They have some real advantages in terms of their network, pricing in the market. So we believe we can manage its profitability. It's a very strong team there, a good start out of the gates. I don't think it's going to – we sort of wanted to buy something that was pretty predictable from a risk perspective that we felt we could manage well. I don't think we're going to see a lot of volatility there. And again, we believe there's opportunities in other populations there and more broadly in New Mexico that could make that a very interesting business for us over time.



**Company Name:** Evolent
**Company Ticker:** EVH US
**Date:** 2018-09-05
**Event Description:** Wells Fargo Health Care Conference

**Market Cap:** 1,946.49
**Current PX:** 24.75
**YTD Change($):** +12.45
**YTD Change(%):** +101.220

**Bloomberg Estimates - EPS**
Current Quarter: -0.044
Current Year: -0.093
**Bloomberg Estimates - Sales**
Current Quarter: 142.786
Current Year: 577.143

**<Q - Jamie Stockton>**: So that was going to be my other question, which was just from a growth standpoint, is this something that investors should think okay it's kind of a petri dish to some extent for Evolent where they're going to show, really what they can do from a cost of care standpoint, but maybe it doesn't grow? Or is this legitimately a growth business?

**<A>**: I mean, I think, it's legitimately a growth business. I think, you're one – there are lot of questions about – wait a minute, you're taking on something that might have more volatility [ph] in the (00:29:51) core. It's really important that you manage it well, and so our first 12 months have been around, let's manage it well, let's deliver consistent results and demonstrate we can manage this to breakeven and then to profitability.

Once we've established that base, it's a state with very significant Medicaid population, there's opportunity to grow in MA. And so, I think you'll see us carefully add on those things when we feel very good about the base, and then longer term absolutely truly shows credibility that we're able to operate a plan that we're able to grow it, that we're able to demonstrate strong clinical results and outperform other plans in the market. There was recently an employer survey that came out that demonstrated the highest quality and outcomes measures with the plan in New Mexico and we want to continue to build on that and demonstrate value and I'll sure help us from a business development perspective.

## Jamie Stockton

All right. I think we're out of our time. Thank you very much.

## Unverified Participant

Thanks.

## Unverified Participant

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*