UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT SYSTEM
and OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and On
Behalf of All Others Similarly Situated,

                          Plaintiffs,

v.

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS MCGRANE, SETH BLACKLEY,
CHRISTIE SPENCER, and STEVEN
WIGGINTON,

                          Defendants.

Case No. 1:19-cv-01031-RDA-TCB

**DECLARATION OF STEVEN J. TOLL IN SUPPORT
OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

I, Steven J. Toll, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.       I am Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and I am a member in good standing of the bar of the Commonwealth of Virginia and I am admitted to practice in the Eastern District of Virginia.  Cohen Milstein serves as liaison counsel for Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Plaintiffs" or "Lead Plaintiffs").

2.       Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Passport's RFP Response to Kentucky relating to encounter data ("RFP Response").

Exhibit B:    Evolent's May 29, 2020 Press Release, entitled "Evolent Health Partner Passport Health Plan is Not Selected for Kentucky Managed Medicaid Contract" ("Evolent Press Release").

Exhibit C:    "Determination and Finding (D&F) Managed Care Organization(s) (MCO)," released by Kentucky Finance & Administration Cabinet ("Determination and Finding").

Exhibit D:    "Technical Proposal Evaluation for Passport Health Plan, Inc.," released by Kentucky Finance & Administration Cabinet ("Technical Proposal Evaluation").

Exhibit E:    Evolent Form 8-K/A filed with the SEC on February 28, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed this 6th day of July, 2020, in Washington, D.C.


/s/ Steven J. Toll
Steven J. Toll (Va. Bar No. 15300)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2020, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*