# Exhibit B

# Evolent Health Partner Passport Health Plan is Not Selected for Kentucky Managed Medicaid Contract



NEWS PROVIDED BY
**Evolent Health →**
May 29, 2020, 17:33 ET

WASHINGTON, May 29, 2020 /PRNewswire/ -- Evolent Health, a health care company that delivers proven clinical and administrative solutions to payers and providers, today announced that its partner, Passport Health Plan, received notification from the Kentucky Cabinet for Health and Family Services that Passport has not been awarded a Kentucky Managed Care Organization (MCO) contract for the next contract period, which commences January 1, 2021. Evolent will support Passport in protesting this decision.

"We are deeply disappointed and firmly believe this decision is detrimental to the health and wellbeing of the residents of Kentucky—particularly now given the impact that disrupting insurance coverage and continuity of care during an unprecedented public health crisis could have on some of the most vulnerable members of Passport's community. The health plan has a long-standing history and reputation for providing outstanding service to Kentucky's Medicaid program and beneficiaries, is in a strong financial position, and has also responded extraordinarily and comprehensively to member and community needs during the COVID-19 crisis. We fully support Passport's intent to protest the decision and, along with Passport's other provider owners, intend to gather information from the Commonwealth about the evaluation process, scoring results, rationale for the decision and details around the appeal process," said Evolent Health Chief Executive Officer Frank Williams.

Passport is a Louisville, KY-based health plan that serves more than 300,000 Medicaid beneficiaries and has provided managed care services in the Commonwealth for 23 years. The plan is nationally recognized for delivering highly integrated, member-centric health and wellbeing initiatives for underserved children, low-income families, people with disabilities and other vulnerable populations. Passport is currently co-owned by Evolent and local Kentucky-based providers, including the University of Louisville, Norton Healthcare and other provider groups.

Evolent will continue to provide services to Passport until the new Medicaid contracts take effect on January 1, 2021.

**Conference Call and Webcast Details**
Evolent will hold a conference call to discuss additional details about this announcement on Monday, June 1, 2020, at 8:30 a.m., Eastern Time. The conference call will be available via live webcast on the company's Investor Relations website at

http://ir.evolenthealth.com. To participate by telephone, dial 1.855.940.9467 or 412.317.6034 for international callers and ask to join the Evolent call. Participants are advised to dial in at least 15 minutes prior to the call to register. The call will be archived on the company's website for 90 days. Evolent invites all interested parties to attend the conference call.

**About Evolent Health**

Evolent Health (NYSE: EVH) delivers proven clinical and administrative solutions that improve whole-person health while making health care simpler and more affordable. Our solutions encompass total cost of care management, specialty care management, and administrative simplification. Evolent serves a national base of leading payers and providers, is the first company to receive the National Committee for Quality Assurance's Population Health Program Accreditation, and is consistently recognized as a top place to work in health care nationally. Learn more about how Evolent is changing the way health care is delivered by visiting evolenthealth.com.

CONTACT: Bob East, 443.213.0500, Investor Relations, InvestorRelations@evolenthealth.com; Kim Conquest, 540.435.2095, Media Relations, KConquest@evolenthealth.com

SOURCE Evolent Health

Related Links

http://www.evolenthealth.com