# Exhibit C

**DETERMINATION AND FINDING (D&F)**
**MANAGED CARE ORGANIZATION(S) (MCO)**
**SOLICITATION NUMBER: RFP 758 2000000202**
**May 27, 2020**

RFP 758 2000000202 was published January 10, 2020 and closed on February 07, 2020.

Responses to the above referenced Request for Proposal (RFP) were received from Aetna Better Health of Kentucky Insurance Company dba Aetna Better Health of Kentucky Inc.; Anthem Kentucky Managed Care Plan, Inc.; Humana Health Plan, Inc.; Molina Healthcare of Kentucky, Inc.; Passport Health Plan, Inc., f/k/a Justify Holdings, Inc.; UnitedHealthcare of Kentucky, Ltd.; and WellCare Health Insurance Co. of Kentucky, Inc.

The Technical Proposals were reviewed for responsiveness and fulfillment of the requirements of the Solicitation, evaluated, and scored by an evaluation team.  The scoring and evaluation was conducted pursuant to Section 70 of the RFP utilizing the consensus scoring methodology.

Based on the Evaluation Criteria identified in the RFP, awards were made as follows to be the best-evaluated respondents: Molina Healthcare of Kentucky, Inc. (MA 758 2000000677); UnitedHealthcare of Kentucky, Ltd. (MA 758 2000000678); WellCare Health Insurance Co. of Kentucky, Inc. (MA 758 2000000679); Aetna Better Health of Kentucky Insurance Company dba Aetna Better Health of Kentucky Inc. (MA 758 2000000680); and Humana Health Plan, Inc. (MA 758 2000000681).

DocuSigned by:

*Amy Monroe*

Amy Monroe, CPPB
Commonwealth Buyer

| Vendor | Technical Total Points | Kentucky SKY Total Points |
|---|---|---|
| Aetna* | 1,653 | 1,126.3 |
| Anthem | 1,491 | |
| Humana* | 1,605 | 1,066.6 |
| Molina* | 1,507 | 1,017.4 |
| Passport | 1,409.5 | |
| UnitedHealthcare* | 1,520.5 | 1,044.2 |
| WellCare* | 1,662 | 1,120.6 |

\*  Pursuant to Section 60.7(G) of the Solicitation, evaluation of Kentucky SKY proposals were limited to those respondents receiving an award for the Managed Care contract.
\** Kentucky Reciprocal Preference law did not have any bearing on the award.

**DETERMINATION AND FINDING (D&F)**
**COMPETITIVE NEGOTIATION-REQUEST FOR PROPOSAL**
**MANAGED CARE ORGANIZATION(S) (MCO)**
**SOLICITATION NUMBER: RFP 758  2000000202**

Pursuant to KRS 45.085 and 200 KAR 5:307, it is determined that the use of competitive sealed bidding is not practicable for this procurement due to its complex nature.  Therefore, it is determined that it is in the best interest of the Commonwealth for the contracts established pursuant to this procurement to be awarded on the basis of competitive negotiation--Request for Proposal.

DocuSigned by:

*Amy Monroe*

Amy Monroe, CPPB
Commonwealth Buyer