UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                     Plaintiffs,<br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON,<br><br>                     Defendants. | Case No. 1:19-cv-01031-RDA-TCB |

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO RESPOND
TO DEFENDANTS' NOTICE OF RECENT EVENTS**

Pursuant to Local Civil Rule 7(F)(1), Lead Plaintiffs respectfully request leave to respond to Defendants' Notice of Recent Events (the "Notice") (ECF No. 86). Lead Plaintiffs' proposed Response is attached as Exhibit A to the accompanying Declaration of Steven J. Toll.

On August 20, 2020, Defendants filed their Notice, which included as an exhibit a five-week-old Form 8-K announcing that Evolent was selling Passport to Molina Healthcare (ECF No. 86-1). This Notice clearly constituted improper additional briefing under Local Civil Rule 7(F)(1), as it contained additional arguments by Defendants against the allegations in Lead Plaintiffs' Second Amended Complaint ("SAC"). Indeed, the Form 8-K attached to the Notice was filed with the SEC *before* Defendants filed their reply brief (ECF No. 85), and Defendants failed to mention it in their reply. This Notice effectively gives Defendants three sets of briefs—their motion to

dismiss the SAC, the reply, and the Notice—to Lead Plaintiffs' single opposition brief.

Granting Lead Plaintiffs' leave to file their proposed Response would be in the interests of justice because it would allow Lead Plaintiffs an opportunity to briefly respond to, and rebut, the arguments raised in Defendants' Notice, specifically that: (i) Defendants' notice is a procedurally improper supplemental brief in violation of Local Civil Rule 7(F)(1); (ii) Evolent's decision to sell Passport over a year after the Class Period ended has absolutely no relevance to the fact that *during* the Class Period, Defendants made material misrepresentations to investors regarding Evolent's ability to lower Passport's costs and improve its operations; (iii) Defendants' notion that Passport was well-run under Evolent is meritless in light of the corroborating accounts of multiple CWs, particularly CW 5's first-hand account that she "watched Evolent run Passport to the ground," Evolent's repeated bailouts of the plan, and Evolent's $415 million in goodwill impairment charges relating to Passport; and (iv) that Evolent is selling Passport because it is now worthless to Evolent, as it has twice lost the Kentucky Medicaid contract and can no longer contribute to Evolent's bottom line.

Accordingly, Lead Plaintiffs respectfully request that they be permitted leave to file their Response, which is attached as Exhibit A.

Pursuant to Local Civil Rule 7(E), counsel for Lead Plaintiffs certifies that it met and conferred with counsel for Defendants in good faith in an attempt to narrow the area of disagreement between the parties. Defendants take no position on this Motion.

Lead Plaintiffs hereby waive hearing on this Motion.

Dated: August 21, 2020

Respectfully submitted,

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers
dsommers@cohenmilstein.com
Megan Kinsella Kistler
mkistler@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena (*pro hac vice*)
msaxena@saxenawhite.com
Joseph E. White, III (*pro hac vice* forthcoming)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice* forthcoming)
lhooker@saxenawhite.com
Brandon T. Grzandziel (*pro hac vice*)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

Steven B. Singer (*pro hac vice* forthcoming)
ssinger@saxenawhite.com
Sara DiLeo (*pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice*)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*