UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON,<br><br>                          Defendants. | Case No. 1:19-cv-01031-RDA-TCB |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT
OF LEAD PLAINTIFFS' MOTION FOR LEAVE TO RESPOND
TO DEFENDANTS' NOTICE OF RECENT EVENTS**

I, Steven J. Toll, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct:

1.      I am Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and I am a member in good standing of the bar of the Commonwealth of Virginia and I am admitted to practice in the Eastern District of Virginia.  Cohen Milstein serves as liaison counsel for Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Plaintiffs" or "Lead Plaintiffs").

2.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:    Lead Plaintiffs' Proposed Response to Defendants' Notice of Recent Events.

Exhibit B:     Relevant excerpts of Evolent's 2Q 2020 Form 10-Q, filed on August 10, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 21st day of August, 2020, in Washington, D.C.

/s/ Steven J. Toll
Steven J. Toll (Va. Bar No. 15300)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2020 I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

2