# Exhibit B

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
#### WASHINGTON, D.C. 20549

## FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   For the quarterly period ended June 30, 2020

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
   For the transition period from _____ to _____

**Commission File Number: 001-37415**

# Evolent Health, Inc.
**(Exact name of registrant as specified in its charter)**

| **Delaware** | | **32-0454912** |
|---|---|---|
| **(State or other jurisdiction of incorporation or organization)** | | **(I.R.S. Employer Identification No.)** |

| **800 N. Glebe Road** , **Suite 500** , **Arlington** , **Virginia** | **22203** |
|---|---|
| **(Address of principal executive offices)** | **(Zip Code)** |

**(571) 389-6000**

**Registrant's telephone number, including area code**

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Trading Symbol(s)** | **Name of each exchange on which registered** |
|---|---|---|
| Class A Common Stock of Evolent Health, Inc., par value $0.01 per share | EVH | New York Stock Exchange |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒ Accelerated filer ☐ Non-accelerated filer ☐ Smaller reporting company ☐ Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13 (a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

As of August 1, 2020, there were 85,617,165 shares of the registrant's Class A common stock outstanding.

**Evolent Health, Inc.**
**Table of Contents**

| **Item** | | **Page** |
|---|---|---|
| | **PART I** | |
| 1. | Financial Statements (Unaudited) | 1 |
| 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 45 |
| 3. | Quantitative and Qualitative Disclosures About Market Risk | 62 |
| 4. | Controls and Procedures | 63 |
| | | |
| | **PART II** | |
| 1 | Legal Proceedings | 65 |
| 1A. | Risk Factors | 65 |
| 2. | Unregistered Sales of Equity Securities and Use of Proceeds | |
| 3. | Defaults Upon Senior Securities | |
| 4. | Mine Safety Disclosures | 66 |
| 5. | Other Information | 66 |
| 6. | Exhibits | 67 |
| | Signatures | 68 |

Company is not the primary beneficiary since it does not have the power to direct activities that most significantly impact Passport's performance. Therefore, the Company did not consolidate the VIE.

Passport is currently one of five Medicaid-managed care organizations serving the Commonwealth of Kentucky. Passport's current contract to provide managed care for Medicaid expires on December 31, 2020. In 2019, Passport submitted a proposal to continue providing managed care for Medicaid in the Commonwealth of Kentucky through December 31, 2024 in response to the ongoing "request for proposal" process (the "RFP") of the CHFS. While Passport was not initially awarded a Kentucky managed Medicaid contract for the next contract period, the bidding process was reopened, and a revised proposal was submitted during the first quarter of 2020. During May 2020, the CHFS announced that Passport was not awarded a Kentucky managed care Medicaid contract for the next contract period. As a result, we do not expect to receive any material revenue under our management services agreement from Passport Buyer subsequent to December 31, 2020. However, we expect to recover substantially all the value of our investment in Passport. In addition, since Passport was not awarded a new Medicaid contract with CHFS, the Company is required to acquire the Sponsors' 30% ownership interest in Passport Buyer for $20.0 million within twelve months following December 31, 2020, the expiration of Passport's current Medicaid contract.

On June 18, 2019, we contributed the Passport Note under an agreement with Passport. The Passport Note carries a fixed interest rate of 6.5% per annum and is required to be repaid, plus accrued interest, in a single payment on July 1, 2025, the maturity date, or earlier, subject to regulatory approval. The Passport Note is required to be repaid out of surplus in excess of Passport's obligations to its policyholders, claimant and beneficiary claims and all other creditors. Additionally, on June 6, 2019, the Company and Passport entered into an Indemnity Agreement (the "Indemnity Agreement"), with an insurance company (the "Surety"). The Surety issued a performance bond in the amount of $25.0 million to secure Passport's performance under its Medicaid contract with the Kentucky Cabinet of Health and Family Services ("CHFS"). Pursuant to the Indemnity Agreement, the Company and Passport are jointly and severally liable to the Surety in the maximum amount of the bond, plus certain costs of the Surety, in the event of losses arising under the bond. The bond's original expiry date was June 30, 2020. During the three months ended June 30, 2020, the expiry date was extended to the end of Passport's current Medicaid contract on December 31, 2020. In connection with the consummation of the transactions, the Sponsors, the Passport Buyer and a subsidiary of the Company entered into a shareholders' agreement that provides for the governance of the Passport Buyer following the closing, and certain other rights between the parties thereto. The shareholders' agreement provides that written consent of majority holders is required for certain significant governance and operational matters, including the appointment, removal or replacement of the Passport Buyer's chief executive officer, material changes to the provider network and other significant matters.

**Loss on Disposal of Assets**

During 2019, the Company, through a consolidated subsidiary, entered into an agreement with an unrelated party to provide services and support to providers, independent physician associations, and other provider groups. During the first quarter of 2020, the Company sold its interest in the subsidiary and recorded a loss on disposal of assets of $6.4 million. The Company did not have any continuing involvement with the subsidiary after the consummation of this transaction.

**Note 5. Revenue Recognition**

Our Services segment derives revenue from two sources: (1) transformation services and (2) platform and operations services.

*Transformation Services Revenue*
Transformation services consist of implementation services whereby we assist the customer in launching its population health or health plan strategy. In certain cases, transformation services can also include revenue associated with our support of certain one-time wind-down activities for clients who are exiting a line of business or population. The transformation services are usually completed within 12 months. We generally receive a fixed fee for transformation services and recognize revenue over time using an input method based on hours incurred compared to the total estimated hours required to satisfy our performance obligation.

*Platform and Operations Services Revenue*
Platform and operations services are typically multi-year arrangements with customers to provide various clinical and administrative solutions. Our clinical solutions are designed to lower the medical expenses of our partners and include our total cost of care, population health and specialty care management services; our administrative solutions are designed to provide comprehensive health plan operations and claims processing services, and also include transition or run-out services to customers receiving primarily TPA services. Contracts to provide these services may be developed on an integrated basis. For purposes of revenue disaggregation, we classify contracts including both clinical and administrative solutions into the category corresponding to the majority of services provided under those contracts.

for the three and six months ended June 30, 2019, respectively, of which $4.5 million and $8.6 million amortization expense related to capitalized internal-use software development costs.

**Note 8. Goodwill and Intangible Assets, Net**

*Goodwill*

Goodwill has an estimated indefinite life and is not amortized; rather, it is reviewed for impairment at least annually or whenever events or changes in circumstances indicate that the carrying amount of the asset may not be recoverable.

The Company has four reporting units. Our reporting units are not discrete legal entities with discrete full financial statements. Our assets and liabilities are employed in and relate to the operations of our reporting units. Therefore, the equity carrying value and future cash flows must be estimated each time a goodwill impairment analysis is performed on a reporting unit. As a result, our assets, liabilities and cash flows are assigned to reporting units using reasonable and consistent allocation methodologies.

Our annual goodwill impairment review occurs during the fourth quarter of each fiscal year. We evaluate qualitative factors that could cause us to believe the estimated fair value of each of our reporting units may be lower than the carrying value and trigger a quantitative assessment, including, but not limited to (i) macroeconomic conditions, (ii) industry and market considerations, (iii) our overall financial performance, including an analysis of our current and projected cash flows, revenues and earnings, (iv) a sustained decrease in share price and (v) other relevant entity-specific events including changes in management, strategy, partners, or litigation.

*2019 Goodwill Impairment Test*

During the second half of 2019, the price of our Class A common stock declined significantly. The average closing price per share of our Class A common stock for the period from May 1 to October 31 decreased by $6.59 per common share, or 43.5%, compared to the average closing price for the period from January 1 to April 30. In addition, it was not certain that Passport would be awarded a Kentucky managed Medicaid contract for the next contract period, which was expected to begin on January 1, 2021. Since Passport was not awarded a contract under the RFP, we expect that we will not receive any material revenue under our management services agreement from Passport Buyer subsequent to December 31, 2020 and the value of our investment in Passport and goodwill will be negatively impacted. The non-renewal of Passport's contract would reduce our medium-term and long-term cash flow projections for one of our reporting units, causing the decline in our stock price to possibly be further prolonged, indicating it is more likely than not that that the fair value of the reporting units is less than the reporting unit's carrying amounts, triggering an interim quantitative assessment.

In performing our October 31, 2019 impairment test, we estimated the fair value of our reporting units by considering a discounted cash flow valuation approach ("income approach"). In determining the estimated fair value using the income approach, we projected future cash flows based on management's estimates and long-term plans and applied a discount rate based on the Company's weighted average cost of capital. This analysis required us to make judgments, including about revenues, expenses, fixed asset and working capital requirements, the timing of exchanges of our Class B common shares, capital market assumptions, cash flows, the probability of the Passport RFP outcome and discount rates. The fair values determined by the income approach, as described above, were weighted considering future resolution of the Passport RFP result to determine the concluded fair value for each reporting unit. If the probability of Passport being awarded a contract under the RFP increases, it is unlikely to result in a future impairment charge ignoring other events or circumstances, however, if the probability of Passport being awarded a contract under the RFP decreases, we will likely have a future impairment charge.

As of October 31, 2019, we determined that one of our three reporting units in the Services segment had an estimated fair value less than its carrying value. As a result, we recorded a non-cash goodwill impairment charge of $199.8 million in goodwill impairment on our consolidated statements of operations and comprehensive income (loss) for the year ended December 31, 2019. If other indications of impairment exist we may be required to recognize additional impairments in the future as a result of market conditions or other factors related to our performance, including changes in our forecasted results, investment strategy, interest rates or assumptions used as part of the goodwill impairment analysis. Any further impairment charges that we may record in the future could be material to our results of operations.