**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

|  |  |  |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:19-cv-01031 (RDA/TCB) |
| EVOLENT HEALTH, INC., *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

Before the Court is Plaintiff Plymouth County Retirement System's ("Plaintiff") Motion for Leave to Respond to Defendant's Notice of Recent Events (Dkt. 88). Defendant Evolent Health, Inc. ("Defendant") filed a Notice of Recent Events (Dkt. 86) on August 20, 2020. Plaintiff now moves to respond to Defendant's notice. In the interest of justice, it is hereby

**ORDERED** that Plaintiff's Motion for Leave to Respond to Defendant's Notice of Recent Events (Dkt. 88) is **GRANTED**.

ENTERED this 25th day of August 2020.

                                       /s/
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia