**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

---

PLYMOUTH COUNTY RETIREMENT SYSTEM
and OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,

v.

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS MCGRANE, SETH BLACKLEY,
CHRISTIE SPENCER, and STEVEN
WIGGINTON,

                Defendants

Case No. 1:19-cv-01031-RDA-TCB

---

**LEAD PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION**
**FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**
**IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs respectfully submit this Memorandum in Support of their Motion for Leave to File a Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss.

The Local Rules for the United States District Court for the Eastern District of Virginia prohibit the filing of "further briefs *or written communications*" "without first obtaining leave of Court." E.D. Va. Loc. Civ. R. 7(F)(1) (emphasis added). Lead Plaintiffs seek leave to file their Notice of Supplemental Authority, which discusses *Cambridge Retirement System v. Jeld-Wen Holding, Inc., et al.*, No. 3:20-cv-112, 2020 WL 6270482 (E.D. Va. Oct. 26, 2020), the recent Opinion of the Hon. John A. Gibney, Jr. denying the defendants' motion to dismiss in that case. As explained more fully in the Notice, Judge Gibney's Opinion provides additional strong support for Plaintiffs' arguments in their Opposition to Defendants' Motion to Dismiss (ECF No. 80).

Lead Plaintiffs seek leave to bring this relevant and recent authority to the attention of the Court so that the Court may consider it while Defendants' Motion to Dismiss is pending. Accordingly, Lead Plaintiffs respectfully request that the Court permit the filing of their Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss.

Dated: November 3, 2020

Respectfully submitted,

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers
dsommers@cohenmilstein.com
Megan Kinsella Kistler
mkistler@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena (*pro hac vice*)
msaxena@saxenawhite.com
Joseph E. White, III (*pro hac vice*
forthcoming)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice* forthcoming)
lhooker@saxenawhite.com
Brandon T. Grzandziel (*pro hac vice*)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

Steven B. Singer (*pro hac vice* forthcoming)
ssinger@saxenawhite.com
Sara DiLeo (*pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice*)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

4