**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON,<br><br>     Defendants | Case No. 1:19-cv-01031-RDA-TCB |

**ORDER**

Pending before the Court is Lead Plaintiffs' Motion for Leave to File Notice of Supplemental Authority (Dkt. 94). Upon consideration of the Motion and being fully advised of the premises therefore, it is hereby

**ORDERED** that Lead Plaintiffs' Motion is **GRANTED** (Dkt. 94), and it is further

**ORDERED** that Lead Plaintiffs shall file their Notice of Supplemental Authority as a separate docket entry.

ENTERED this 10th day of November, 2020.

                   /s/

            _____
            THERESA CARROLL BUCHANAN
            UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia