# Exhibit A

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH
# FQ2 2017 Earnings Call Transcripts
## Monday, August 07, 2017 9:00 PM GMT

## S&P Global Market Intelligence Estimates

| | -FQ2 2017- | | | -FQ3 2017- | -FY 2017- | -FY 2018- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.13) | (0.13) | NM | (0.08) | (0.41) | 0.05 |
| **Revenue (mm)** | 104.45 | 107.32 | ▲2.75 | 104.80 | 424.57 | 538.35 |

Currency: USD
Consensus as of Jul-19-2017 11:05 AM GMT



Stock Price [USD] vs. Volume [mm] with earnings surprise annotations

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ3 2016** | (0.13) | (0.11) | NM |
| **FQ4 2016** | (0.20) | (0.18) | NM |
| **FQ1 2017** | (0.16) | (0.14) | NM |
| **FQ2 2017** | (0.13) | (0.13) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

EVOLENT HEALTH, INC. FQ2 2017 EARNINGS CALL | AUG 07, 2017

programs which they currently have in place, right? There are a number of states that have Medicaid programs in place or plans to move in certain directions. I think just clarity around certain decisions relative to those programs would be helpful. And again, these don't have to be precise declarative statements, but general guidance on yes, we're supporting CMMI and in general, we're bullish on some form of NextGen going forward. I mean, those kinds of comments would be very helpful, but I don't think they have to be done in a particular order.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

Okay, that's helpful. And you made earlier comments in your prepared comments around you can do -- see more skin in the game. Was that a reference to you taking more risk or in terms of more gain-sharing in terms of the types of contracts that you are looking at?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I think what we've seen is that providers really prefer when we have some skin in the game and we feel truly aligned. I think it changes the nature of the relationship, and frankly, when we do that, we can be more directive about what we require of the partner to drive performance. And I think increasingly, in our business, we are looking for situations where we can participate as an aligned partner and drive very specific actions in terms of how they're ultimately operating their risk business, how they're thinking about a number of decisions relative to it. Because we think in doing that, one, it changes the nature of the relationship, it makes it feel longer term in nature and, in some cases, perpetual; and then it enables us to drive performance because we're able to control many more levers than if we're just in a pure service relationship. We do feel that's really important because, as many of you know, this is hard stuff and you got to get all the decisions right. How you price products, what the benefit design is, how you think about physician compensation and network composition, how you think about site of service, all of those issues. And increasingly, we believe that if our customers are going to be successful and we're going to be successful long term, we want to be at the table participating in those decisions and structuring our relationships in a way that allows us to do that.

**Charles Rhyee**
*Cowen and Company, LLC, Research Division*

And just to clarify, when you're talking about providers in this case, are you also including sort of health systems? Or is this distinct from health systems? Or if it's combined. Is that -- can you talk about how the contracting kind of starting to shape up in terms of taking a little more risk in terms of larger health systems or health plans?

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

Yes. I would say honestly, across the board. I mean, I just, I think we've learned a lot in our first 6 years in the market, and we really feel that we want to be in relationships, as I said, that are aligned. And that's with health systems, that's with physician organizations, that's with provider-owned health plans. If you think about our relationship with Passport as an example, we made an upfront investment in a Medicaid Center of Excellence, in sort of jointly doing something nationally with them, which demonstrated we were committed to their markets, and we were committed, frankly, to investments in Medicaid. And as a result, we have a very aligned relationship with them. One, it's a long-term arrangement, so the initial term was 10 years in length. We do have some of our fees at risk in that relationship, and they really look at us, in some ways -- while we are separate entities, they look at us as a co-owner. And I just think in places where we can create alignment through direct investments, through putting fees at risk, through then being able to sit down at the table and say, okay, now that we are "co-owners" together, here's how we want to operate and what we need to do to be successful and get that commitment upfront and again, get away to work together where we really have joint governance and we're able to drive the decisions we think are important for performance. So I think you'll see that orientation. That's not to say we wouldn't

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.