**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

PLYMOUTH COUNTY RETIREMENT SYSTEM
and OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiffs,

v.

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS MCGRANE, SETH BLACKLEY,
CHRISTIE SPENCER, and STEVEN
WIGGINTON,

                Defendants

Case No. 1:19-cv-01031-RDA-TCB

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO FILE NOTICE
OF SUPPLEMENTAL AUTHORITY IN FURTHER OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Pursuant to E.D. Va. Local Civil Rule 7(F)(1), Lead Plaintiffs respectfully move for leave to file the attached Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss, attached as Exhibit A, regarding the recent opinion of the Hon. David J. Novak granting in part and denying in part the defendants' motion to dismiss in *Gabby Klein, et al. v. Altria Group, Inc., et al.*, No. 3:20-cv-75 (DJN) (E.D. Va. March 12, 2020). The grounds for this Motion are more fully set forth in Lead Plaintiffs' accompanying Memorandum of Law in Support. A [Proposed] Order granting the Motion is attached as Exhibit B.

Counsel for Lead Plaintiffs has conferred with counsel for Defendants, who indicated that they do not oppose the filing of this Motion or intend to seek oral argument but reserve the right to file a response.

Dated: March 17, 2021

Respectfully submitted,

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers
dsommers@cohenmilstein.com
Megan Kinsella Kistler
mkistler@cohenmilstein.com
**COHEN MILSTEIN SELLERS**
**& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena (*pro hac vice*)
msaxena@saxenawhite.com
Joseph E. White, III (*pro hac vice*
forthcoming)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice* forthcoming)
lhooker@saxenawhite.com

Brandon T. Grzandziel (*pro hac vice*)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

Steven B. Singer (*pro hac vice* forthcoming)
ssinger@saxenawhite.com
Sara DiLeo (*pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice*)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2021, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

_/s/ Steven J. Toll_
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

_Liaison Counsel for Lead Plaintiffs_