# Exhibit B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON,<br><br>Defendants | Case No. 1:19-cv-01031-RDA-TCB |

**[PROPOSED] ORDER GRANTING MOTION**
**FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**

Pending before the Court is Lead Plaintiffs' Motion for Leave to File Notice of Supplemental Authority. Upon consideration of the Motion and being fully advised of the premises therefore, it is hereby

ORDERED that Lead Plaintiffs' Motion is GRANTED, and it is further

ORDERED that Lead Plaintiffs shall file their Notice of Supplemental Authority as a separate docket entry.

The Clerk is directed to forward copies of this Order to all counsel of record.

_____
Date

_____