UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br>                        Plaintiffs, <br><br> v. <br><br> EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON, <br><br>                        Defendants. | Case No. 1:19-cv-01031-RDA-TCB |

**LEAD PLAINTIFFS' MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO
FILE SECOND NOTICE OF SUPPLEMENTAL AUTHORITY
IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Lead Plaintiffs respectfully submit this Memorandum of Law in Support of their Motion for Leave to File a Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss.

The Local Rules for the United States District Court for the Eastern District of Virginia prohibit the filing of "further briefs *or written communications*" "without first obtaining leave of Court." E.D. Va. Loc. Civ. R. 7(F)(1) (emphasis added).  Lead Plaintiffs seek leave to file their Notice of Supplemental Authority, which discusses *Gabby Klein, et al. v. Altria Group, Inc., et al.*, No. 3:30-cv-75 (DJN) (E.D. Va. Mar. 12, 2021), the recent Opinion of the Hon. David J. Novak granting in part and denying in part the defendants' motions to dismiss in that case.  As explained more fully in the Notice, Judge Novak's Opinion provides additional strong support for Plaintiffs' arguments in their Opposition to Defendants' Motion to Dismiss (ECF No. 80).

Lead Plaintiffs seek leave to bring this relevant and recent authority to the attention of the Court so that the Court may consider it while Defendants' Motion to Dismiss is pending. Accordingly, Lead Plaintiffs respectfully request that the Court permit the filing of their Second Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss.

Dated: March 17, 2021                    Respectfully submitted,

                                         /s/ Steven J. Toll
                                         Steven J. Toll
                                         Va. Bar No. 15300
                                         stoll@cohenmilstein.com
                                         Daniel S. Sommers
                                         dsommers@cohenmilstein.com
                                         Megan Kinsella Kistler
                                         mkistler@cohenmilstein.com
                                         **COHEN MILSTEIN SELLERS
                                         & TOLL PLLC**
                                         1100 New York Avenue, Suite 500
                                         Washington, D.C. 20005
                                         Tel: (202) 408-4600
                                         Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena (*pro hac vice*)
msaxena@saxenawhite.com
Joseph E. White, III (*pro hac vice* forthcoming)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice* forthcoming)
lhooker@saxenawhite.com
Brandon T. Grzandziel (*pro hac vice*)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

-and-

Steven B. Singer (*pro hac vice* forthcoming)
ssinger@saxenawhite.com
Sara DiLeo (*pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice*)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**

10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 17, 2021, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*