IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PLYMOUTH COUNTY RETIREMENT       )
SYSTEM, *et al.*,                )
                                 )
        Plaintiffs,              )
                                 )
    v.                           )       Civil Action No. 1:19-cv-1031 (RDA/TCB)
                                 )
EVOLENT HEALTH, INC., *et al.*,  )
                                 )
        Defendants.              )

## ORDER

This matter comes before the Court on Lead Plaintiffs Plymouth County Retirement System's and Oklahoma Police Pension and Retirement System's ("Lead Plaintiffs") Motion For Leave to File Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss ("Motion"). Dkt. 101. Considering the Motion, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED; and

IT IS FURTHER ORDERED that Lead Plaintiffs' Notice of Supplemental Authority in Further Opposition to Defendants' Motion to Dismiss ("Notice") (Dkt. 101-1) is deemed as filed as of the date of this Order.

If Defendants believe that a response to Plaintiffs' Notice is necessary, Defendants are hereby ORDERED to file their response to Lead Plaintiffs' Notice on or before Monday, March 22, 2021; and

IT IS FURTHER ORDERED that Defendants' brief in response to Plaintiffs' Notice shall be no longer than 4 pages and shall otherwise adhere to the requirements set forth in Local Civil Rule 7(F)(3).

It is SO ORDERED.

Alexandria, Virginia
March 18, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge