**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | Case No. 1:19-cv-01031-RDA-TCB |
| | § | |
| v. | § | |
| | § | CLASS ACTION |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON | § § § § § | |
| Defendants. | § | |

**DEFENDANTS' MOTION FOR PARTIAL RECONSIDERATION**
**OF THE COURT'S ORDER ON TWO FORWARD-LOOKING STATEMENTS**

Pursuant to Federal Rule 54(b), Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton (collectively "Defendants") respectfully move for partial reconsideration of the Court's March 24, 2021 Memorandum Opinion and Order ("Opinion"), granting in part and denying in part Defendants' Motion to Dismiss the Second Amended Complaint ("SAC"). For the reasons further described in the accompanying memorandum of law, Defendants ask that the Court hold that Frank Williams's statements on February 26, 2019 and May 7, 2019, cannot serve as the basis for a securities fraud claim because they are protected under the PSLRA's Safe Harbor statute.

DATED: April 1, 2021

RESPECTFULLY SUBMITTED,

*/s/ Ashley C. Parrish*
Ashley C. Parrish
Virginia Bar No. 43089
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Tel: (202) 626-2627
Fax: (202) 626-3737
aparrish@kslaw.com

Paul R. Bessette, *pro hac vice*
Michael J. Biles, *pro hac vice*
Tyler W. Highful, *pro hac vice*
Jill R. Carvalho, *pro hac vice*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
thighful@kslaw.com
jcarvalho@kslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF CONFERENCE

I hereby certify that on April 1, 2021, Defendants conferred with Brandon Grzandziel, Plaintiffs' counsel, regarding the foregoing motion, and Plaintiffs oppose it. Plaintiffs also confirmed they waive oral argument on the motion.

*/s/ Ashley Parrish*
Ashley C. Parrish

2

## CERTIFICATE OF SERVICE

I certify that on April 1, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Ashley C. Parrish*
Ashley C. Parrish