# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON,<br>         Defendants. | § § § § § § § § § § § § § | Case No. 1:19-cv-01031-RDA-TCB<br><br>CLASS ACTION |

## [PROPOSED] ORDER

This matter comes before the Court on the Motion for Partial Reconsideration of the Court's Order on Two Forward-Looking Statements, filed by Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton, pursuant to Federal Rule of Civil Procedure 54(b).

For the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Motion for Partial Reconsideration is **GRANTED**. Frank Williams's statements on February 26, 2019 and May 7, 2019, included in Plaintiffs' Second Amended Complaint at paragraphs 182, 183, and 188, are not actionable.

DATED:_____, 2021

_____
HONORABLE ROSSIE D. ALSTON, JR.
U.S. DISTRICT JUDGE