**FORWARD-LOOKING STATEMENTS AT ISSUE
WITH ACCOMPANYING CAUTIONARY LANGUAGE**

| Statements at Issue | Record Citations |
|---|---|
| **FEBRUARY 26, 2019 EARNINGS CALL** | Full Transcript: Ex. 25 (ECF 76-25) |
| **FORWARD-LOOKING STATEMENTS**<br><br>*From SAC ¶ 182:*<br>▪ "Lastly, in Medicare Advantage, we're launching a targeted strategy in a few focus markets where the reimbursement and provider dynamics are favorable. While we're **not focused on outright majority ownership in health plans,** we are interested in exploring creative, aligned co-ownership arrangements where we can partner with providers to help them monetize clinical value through MA [Medicare Advantage]."<br><br>*NOTE:* SAC only cites the portions in **bold**. | Ex. 25 at 6 |
| *From SAC ¶ 183:*<br>▪ Analyst Q re: balance sheet risk:<br>  A. "No. No, we don't have any broader exposure." | Ex. 25 at 23 |
| ▪ Analyst Q: "What would prevent you from potentially acquiring some of [Passport's] assets if not the whole business?"<br>  A: "Again, it's pretty hard to speculate on that. I don't think we've thought about acquiring a full Medicaid plan. It's just not in our strategic lens at this point. Again, in certain situations, we've talked about co-ownership models where we might have a minority stake in something, but related to Passport, that's not something that is currently being evaluated." | Ex. 25 at 24 |
| **CAUTIONARY LANGUAGE USED AT START OF CALL**[1]<br><br>▪ "Here is some important introductory information. This call contains forward-looking statements under the U.S. federal securities laws. These statements are subject to risks and uncertainties that could cause actual results to differ materially from historical experience or present expectations. A description of some of the risks and uncertainties can be found in the company's reports that are filed with the Securities and Exchange Commission, including cautionary statements included in the current and periodic filings. For additional information on the company's results and outlook, please refer to its third quarter (sic) [fourth quarter] news release." | Ex. 25 at 4<br><br>*Note:* Sentences 2 and 3 track § 78u-5(c)(2)(A).  Sentences 4 and 5 track § 78u-5(c)(2)(B). |

---

[1] 15 U.S.C. § 78u-5(c)(2).  The Safe Harbor's section (c)(2) allows the requirements of (c)(1)(A), that statements be accompanied by meaningful cautionary language *or* be immaterial tp be "deemed satisfied," for oral forward-looking statements if the requirements of (c)(2) are satisfied.  The statements must be identified as forward-looking,

| Statements at Issue | Record Citations |
|---|---|
| **MAY 7, 2019 EARNINGS CALL** | Full Transcript: Ex. 45 (ECF 76-45) |
| **FORWARD-LOOKING STATEMENTS**<br><br>*From SAC ¶ 188:*<br><br>▪ "Currently, we're pursuing several major initiatives in close collaboration with the Passport leadership team ….<br>"Based on these initiatives and given the strength of its clinical model, we believe that Passport is making solid progress towards improving its financial performance, while continuing to provide market-leading care to its members. Overall, we remain hopeful that the combination of the new reimbursement rates, administrative and clinical improvements and efforts to strengthen the balance sheet will provide a path for Passport to be successful long term in the Kentucky Medicaid market." | Ex. 45 at 6 |
| **CAUTIONARY LANGUAGE USED AT START OF CALL[2]**<br><br>▪ Here is some important introductory information. This call contains forward-looking statements under the U.S. federal securities laws. These statements are subject to risks and uncertainties that could cause actual results to differ materially from historical experience or present expectations. A description of some of the risks and uncertainties can be found in the company's reports that are filed with the Securities and Exchange Commission, including cautionary statements included in the current and periodic filings. For additional information on the company's results and outlook, please refer to its first quarter news release. | Ex. 45 at 4<br><br>*Note:* Sentences 2 and 3 track § 78u-5(c)(2)(A).  Sentences 4 and 5 track § 78u-5(c)(2)(B). |

---

include a warning that results may differ materially from the statements, and refer listeners to SEC filings that contain "meaningful cautionary language."

[2] *See supra* n.1 for explanation.

**MEANINGFUL CAUTIONARY LANGUAGE REFERENCED IN ORAL WARNING**

---

**SAMPLE CAUTIONARY STATEMENTS FROM SEC FILINGS
MADE BEFORE FEB. 26 AND MAY 27 CALLS**

**Acquisition and related risks**

- Part of our business strategy is to acquire or invest in companies, businesses, products or technologies ... Consistent with our business strategy, we continuously evaluate, and are currently in the process of evaluating, potential acquisition targets and investments," and that such investments are risky.

  2017 10-K, ECF No. 76-10 at 16, 17; 2018 10-K, ECF No. 76-11 at 18

**Regulatory Risks**

- The health care regulatory and political framework is uncertain and evolving.

  2018 10-K, ECF No. 76-11 at 16; 2017 10-K, ECF No. 76-10 at 14; 2016 10-K, ECF No. 76-29 at 16; *see also* 10-Qs such as 2Q 2017 10-Q, ECF No. 76-37 at 47

- The regulations and requirements applicable to us and other participants in Medicaid and Medicare programs are complex and subject to change.

  2018 10-K, ECF No. 76-11 at 11; 2017 10-K, ECF No. 76-10 at 10; 2016 10-K, ECF No. 76-29 at 12

**Passport-related risks**

- We derive a significant portion of our revenues from our largest partners. The loss, termination or renegotiation of any contract could negatively impact our results.

  2018 10-K, ECF No. 76-11 at 15; 2017 10-K, ECF No. 76-10 at 15; 2016 10-K, ECF No. 76-29 at 16; see also 10-Qs such as 2Q 2017, ECF No. 76-37 at 48

  **Additional Risks and Cautionary Statements** are available in ECF No. 76-31.
  Such statements are also available in each of Evolent's SEC filings.

---