UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT SYSTEM
and OKLAHOMA POLICE PENSION AND
RETIREMENT SYSTEM, Individually and On
Behalf of All Others Similarly Situated,

                    Plaintiffs,

v.

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS MCGRANE, SETH BLACKLEY,
CHRISTIE SPENCER, and STEVEN
WIGGINTON,

                    Defendants.

Case No. 1:19-cv-01031-RDA-TCB

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF LEAD PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES,
AND APPOINTMENT OF CLASS COUNSEL AND LIAISON COUNSEL**

I, Steven J. Toll, declare that:

1.      I am Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") and I am a member in good standing of the bar of the Commonwealth of Virginia and I am admitted to practice in the Eastern District of Virginia.  Cohen Milstein serves as liaison counsel for Lead Plaintiffs Plymouth County Retirement Association and Oklahoma Police Pension and Retirement System ("Plaintiffs" or "Lead Plaintiffs").

2.      Attached as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA (the "Coffman Rpt.").

3.      Attached as Exhibit B is a true and correct copy of the Firm Resume of Saxena White P.A.

4.    Attached as Exhibit C is a true and correct copy of the Firm Resume of Cohen Milstein Sellers & Toll PLLC.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed October 19, 2021.

*/s/ Steven J. Toll*
Steven J. Toll (Va. Bar No. 15300)
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 19, 2021 I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

<div style="margin-left: 50%;">

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

</div>