**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | Case No. 1:19-cv-01031 |
| | § | |
| v. | § | |
| | § | CLASS ACTION |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON | § § § § § | |
| Defendants. | § | |

**JOINT MOTION SEEKING STAY OF**
**DEADLINES RELATING TO CLASS CERTIFICATION**

Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, Seth Blackley, Christie Spencer, and Steven Wigginton ("Defendants") and Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Plaintiffs" and collectively, the "Parties"), submit this Joint Motion to Stay Deadlines Relating to Class Certification pursuant to Fed. R. Civ. P. 6(b)(1) and Local Civil Rule 7. In support of their request for relief, the Parties state as follows:

1.      Plaintiffs filed their Motion for Class Certification on October 19, 2021. Dkt. 134. Defendants' Opposition brief is currently due on November 23, 2021, and Plaintiffs' Reply brief is currently due on December 21, 2021.[1]

---

[1] The current schedule is set forth in the Parties' Joint Rule 26(f) Proposed Discovery Plan (Dkt. 122, App'x A), which was adopted by the Court on September 9, 2021 (Dkt. 125).

2.      On November 4, 2021, Plaintiffs filed a Notice of Intent to Amend Complaint.  Dkt. 139.  As set forth in that Notice, Plaintiffs intend to seek leave to file a Third Amended Class Action Complaint ("TAC") by the Court-ordered deadline of November 17, 2021.

3.      The Parties held a meet-and-confer call on November 5, 2021 to discuss the impact of Plaintiffs' forthcoming TAC on the discovery and litigation schedule relating to Plaintiffs' Motion for Class Certification.

4.      During that call, Plaintiffs advised Defendants that the forthcoming TAC will allege an enlarged putative class period based on documents and new information recently produced by Defendants in discovery, as those documents and new information relate to statements that are not encompassed in the current, operative class period.

5.      Accordingly, Plaintiffs may need to withdraw or amend their current Motion for Class Certification and file a new or amended Motion for Class Certification that is based on the allegations and expanded putative class period contained in the forthcoming TAC.

6.      In light of these changed circumstances, the Parties agree that the briefing deadlines set for Plaintiffs' currently pending Motion for Class Certification (Dkt. 134) should be stayed, and that the upcoming depositions relating to Defendants' Opposition to Class Certification should be adjourned pending the filing of the TAC and the setting of new deadlines.[2]

---

[2] The Parties have been working diligently to meet the discovery deadlines set in this matter.  The Parties have exchanged interrogatory responses, met and conferred regarding their requests for production of documents, scheduled depositions, and made numerous document productions. Additionally, Defendants are on track to meet the November 14, 2021 deadline for substantial completion of their document production.  However, proceeding with class certification-related discovery and briefing under the current schedule is untenable for the reasons stated above.

7.      The Parties further agree to meet and confer regarding an appropriate briefing schedule for class certification after Plaintiffs file their TAC.  The Parties will submit a proposed briefing schedule for the Court's consideration promptly following the filing of the TAC.

8.      Additionally, the Parties are cognizant of the possibility that Plaintiffs' forthcoming TAC could impact the litigation schedule for this case more broadly, as Defendants may challenge the sufficiency of the TAC's allegations through motion practice, the resolution of which could affect which claims and allegations remain in the case, as well as the length of the putative class period.

9.      Accordingly, Defendants will evaluate the TAC after it is filed, and the Parties will meet and confer regarding what effect, if any, the TAC may have on discovery, summary judgment, and trial, in addition to the aforementioned class certification schedule.  In the event the Parties determine that additional changes to the litigation schedule are warranted, they will attempt to agree upon a revised proposed schedule to submit for the Court's consideration and approval.[3]

10.      Because the TAC has not been filed and Defendants do not know what it will allege, the Parties believe it is premature to attempt to agree on any modifications to the current schedule at this time.  The Parties remain committed to litigating this matter expeditiously.

11.      A proposed order is attached hereto as Exhibit 1.

WHEREFORE, Defendants respectfully request that the Court (1) grant this Joint Motion Seeking a Stay of Deadlines Relating to Class Certification, and (2) grant such further relief that the Court deems proper.

---

[3] To the extent the Parties are unable to reach agreement on any changes to the litigation schedule, they will seek the Court's guidance.

Date:  November 9, 2021                    RESPECTFULLY SUBMITTED,


*/s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com

*Local counsel for Defendants*

Ashley C. Parrish (VSB No. 43089)
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Tel: (202) 737-0500
Fax: (202) 626-3737
aparrish@kslaw.com

Paul R. Bessette, *pro hac vice*
Michael J. Biles, *pro hac vice*
Jill R. Carvalho, *pro hac vice*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com

*Attorneys for Defendants*

4

*/s/ Steven J. Toll*
Steven J. Toll (VSB No. 15300)
stoll@cohenmilstein.com
Daniel S. Somers
dsommers@cohenmilstein.com
Josh Handelsman
jhandelsman@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III
jwhite@saxenawhite.com
Brandon T. Grzandziel
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

Steven B. Singer
ssinger@saxenawhite.com
Sara DiLeo
sdileo@saxenawhite.com
Joshua H. Saltzman
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

5

## CERTIFICATE OF SERVICE

I certify that on November 9, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

/s/ Robert R. Vieth
Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com

6