# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § | Case No. 1:19-cv-01031 |
| | § | |
| v. | § | |
| | § | CLASS ACTION |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON | § § § § | |
| Defendants. | § | |

## [PROPOSED] ORDER

This matter came before the Court on the Parties' Joint Motion Seeking a Stay of Deadlines Relating to Class Certification (the "Joint Motion"). For the reasons stated in the Joint Motion, and as agreed by the Parties,

It is hereby ORDERED that:

1.    The Joint Motion Seeking a Stay of Deadlines Relating to Class Certification is GRANTED; and

2.    After Plaintiffs file their forthcoming Third Amended Complaint, the Parties will meet and confer regarding a proposed briefing schedule relating to class certification and will submit the same to the Court.

Entered this _____ day of November, 2021

_____
United States District Judge