UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:19-cv-01031<br><br>CLASS ACTION |

## ORDER

This matter came before the Court on the Parties' Joint Motion Seeking a Stay of Deadlines Relating to Class Certification (the "Joint Motion"). For the reasons stated in the Joint Motion, and as agreed by the Parties,

It is hereby ORDERED that:

1.    The Joint Motion Seeking a Stay of Deadlines Relating to Class Certification is GRANTED; and

2.    After Plaintiffs file their forthcoming Third Amended Complaint, the Parties will promptly meet and confer regarding a proposed briefing schedule relating to class certification and will submit the same to the Court.

Entered this 9th day of November, 2021

/s/
Theresa Carroll Buchanan
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE