UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br> v. <br><br> EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, SETH BLACKLEY, CHRISTIE SPENCER, and STEVEN WIGGINTON, <br><br> Defendants. | Case No. 1:19-cv-01031-MSN-TCB |

**LEAD PLAINTIFFS' MOTION FOR LEAVE TO AMEND
THE SECOND AMENDED CLASS ACTION COMPLAINT**

Lead Plaintiffs Plymouth County Retirement Association and Oklahoma Police Pension and Retirement System ("Lead Plaintiffs") respectfully submit this Motion for Leave to Amend the Second Amended Class Action Complaint ("SAC") in accordance with the Court-ordered November 17, 2021 deadline to amend the pleadings in this action and pursuant to Fed. R. Civ. P. 15(a)(2). In support of this Motion, Lead Plaintiffs state as follows:

Lead Plaintiffs' SAC—the operative complaint in this action—was deemed filed as of June 8, 2020 (ECF Nos. 68, 69). Defendants moved to dismiss the SAC on June 22, 2020 (ECF Nos. 74, 75), and that motion was fully briefed as of July 17, 2020. (ECF Nos. 80, 85). The Court granted in part and denied in part Defendants' motion to dismiss the SAC on March 24, 2021 ("MTD Order," ECF No. 106). Defendants and Lead Plaintiffs each moved for partial reconsideration of the MTD Order on April 1, 2021 (ECF Nos. 109-112), and those motions are

fully briefed and *sub judice* (ECF Nos. 115, 116, 118, 119). On September 10, 2021, the Court entered a Rule 16(b) scheduling order (ECF No. 125), which adopted, in relevant part, the proposed schedule in the parties' Joint Rule 26(f) Proposed Discovery Plan (ECF No. 122). The schedule adopted by the Court provides that the "Deadline to Amend Pleadings or Add Parties" is November 17, 2021. (ECF No. 122, Appendix A).

Attached hereto as Exhibit A is a redacted version of Lead Plaintiffs' [Proposed] Third Amended Class Action Complaint. A redacted version of Lead Plaintiffs' Memorandum of Law in Support of their Motion for Leave to Amend the Second Amended Class Action Complaint is also being contemporaneously filed herewith. An unredacted version of the [Proposed] Third Amended Class Action Complaint and an unredacted version of Lead Plaintiffs' Memorandum of Law in Support of their Motion for Leave to Amend the Second Amended Class Action Complaint are being contemporaneously filed under seal. Attached hereto as Exhibit B is a Proposed Order granting Plaintiffs' Motion.

Pursuant to Local Rule 7(E), counsel for Lead Plaintiffs certifies that it met and conferred with counsel for Defendants in good faith in an attempt to narrow the area of disagreement between the parties. Defendants stated that they take no position on Plaintiffs' Motion but reserve judgment until after reviewing Lead Plaintiffs' Motion and [Proposed] Third Amended Class Action Complaint.

Lead Plaintiffs respectfully request that the Court grant this Motion and enter the Proposed Order filed herewith, and that the [Proposed] Third Amended Class Action Complaint be deemed filed as of the date of entry of the Court's Order granting this Motion.

Dated: November 17, 2021                                    Respectfully submitted,


                                                    */s/ Steven J. Toll*

2

Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Somers
dsommers@cohenmilstein.com
Josh Handelsman
jhandelsman@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*

Maya Saxena
msaxena@saxenawhite.com
Joseph E. White, III (*pro hac vice*)
jwhite@saxenawhite.com
Lester R. Hooker (*pro hac vice*)
lhooker@saxenawhite.com
Brandon T. Grzandziel (*pro hac vice*)
brandon@saxenawhite.com
**SAXENA WHITE P.A.**
7777 Glades Road, Suite 300
Boca Raton, Florida 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

Steven B. Singer (*pro hac vice*)
ssinger@saxenawhite.com
Sara DiLeo (*pro hac vice*)
sdileo@saxenawhite.com
Joshua H. Saltzman (*pro hac vice*)
jsaltzman@saxenawhite.com
**SAXENA WHITE P.A.**
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
Fax: (888) 631-3611

*Lead Counsel for Lead Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS
& TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs*