# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | Case No. 1:19-cv-01031-MSN-TCB |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFFS' MOTION
FOR LEAVE TO AMEND THE SECOND AMENDED CLASS ACTION COMPLAINT**

This matter comes before the Court on Lead Plaintiffs' Motion for Leave to Amend the Second Amended Class Action Complaint.  Pursuant to the schedule adopted by the Court, which provides that the "Deadline to Amend Pleadings or Add Parties" is November 17, 2021 (ECF No. 122, Appendix A), and Federal Rule of Civil Procedure 15(a)(2), Lead Plaintiffs' Motion is hereby GRANTED and the [Proposed] Third Amended Class Action Complaint is deemed filed as of the date of entry of this Order.

**IT IS SO ORDERD**


Dated: _____, 2021          _____

The Honorable Michael S. Nachmanoff
United States District Court Judge