**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM, *et al.*, | ) ) ) ) |  |
| Plaintiff, | ) ) |  |
| v. | ) ) | Civil Action No. 1:19-cv-1031 (MSN/TCB) |
| EVOLENT HEALTH, INC., *et al.*, | ) ) ) |  |
| Defendants. | ) ) ) |  |

**ORDER**

This matter comes before the Court on Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System's ("Plaintiffs") Motion for Leave to Amend the Second Amended Class Action Complaint. (Dkt. 147) ) and Defendant Evolent Health, Inc., Frank Williams, Nicholas McGrane, and Seth Blackley's ("Defendants") Notice of Non-Opposition to Plaintiffs' Motion for Leave to Amend the Second Amended Class Action Complaint (Dkt 153).

Plaintiffs request that the Court grant the Motion and deem the [Proposed] Third Amended Class Action Complaint filed as of the date of entry of the Court's Order. Plaintiffs timely filed this Motion on Wednesday, November 17, 2021, pursuant to the Scheduling Order's "Deadline to Amend Pleadings or Add Parties." (Dkt. 122.) Defendants respond that they do not oppose the Plaintiffs' Motion but instead plan to file a motion to dismiss addressing the new claims in the Proposed Third Amended Class Action Complaint. Therefore, Plaintiffs' Motion is unopposed.

Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to Amend the Second Amended Class Action Complaint (Dkt. 147) is **GRANTED**; and it is further

**ORDERED** that Plaintiffs file the Proposed Third Amended Class Action Complaint as a separate docket entry.

ENTERED this 2nd day of December, 2021.

/s/

_____
THERESA CARROLL BUCHANAN
UNITED STATES MAGISTRATE JUDGE

Alexandria, Virginia