# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | §<br>§<br>§<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§<br>§ | Case No. 1:19-cv-01031-MSN-TCB |
| v. | §<br>§ | CLASS ACTION |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | §<br>§ | |

## DEFENDANTS' PARTIAL MOTION TO DISMISS
## THE THIRD AMENDED CLASS ACTION COMPLAINT

Defendants Evolent Health, Inc. ("Evolent"), Frank Williams, Nicholas McGrane, and Seth Blackley (collectively "Defendants") respectfully file this partial motion to dismiss with prejudice three categories of alleged misstatements asserted in the Third Amended Class Action Complaint, which are based upon (i) the unnamed "full risk partner" statements, (ii) the May 11, 2018 statements, and (iii) the forward-looking statements on February 26, 2019 and May 7, 2019.

Dated: December 21, 2021

Respectfully submitted,

*/s/ Robert R. Vieth*

Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102

Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com

*Local counsel for Defendants*


Ashley C. Parrish
Virginia Bar No. 43089
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Tel: (202) 626-2627
Fax: (202) 626-3737
aparrish@kslaw.com

Paul R. Bessette, *pro hac vice*
Michael J. Biles, *pro hac vice*
Jill R. Carvalho, *pro hac vice*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

 */s/ Robert R. Vieth*
Robert R. Vieth (VSB No. 24304)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com

*Local counsel for Defendants*