# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | §<br>§<br>§<br>§<br>§<br>§ | |
| | § | Case No. 1:19-cv-01031-MSN-TCB |
| Plaintiffs, | §<br>§ | |
| | § | CLASS ACTION |
| v. | §<br>§ | |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY, | §<br>§<br>§<br>§<br>§ | |
| Defendants. | § | |

## [PROPOSED] ORDER

This matter comes before the Court on the Partial Motion to Dismiss the Third Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), filed by Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, and Seth Blackley (collectively "Defendants").

For the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss the Third Amended Class Action Complaint is **GRANTED** and the claims based upon (i) the unnamed "full risk partner" statements, (ii) the May 11, 2018 statements, and (iii) the Forward-looking Statements on February 26, 2019 and May 7, 2019, are hereby **DISMISSED** with **PREJUDICE**.

DATED: _____

_____
Michael S. Nachmanoff
United States District Judge