**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | §§§§§§ | Case No. 1:19-cv-01031-MSN-TCB |
| Plaintiffs, | §§ | CLASS ACTION |
| v. | §§§ | |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY | §§§§ | |
| Defendants. | | |

**DECLARATION OF ROBERT R. VIETH**
**IN SUPPORT OF DEFENDANTS' PARTIAL MOTION**
**TO DISMISS THE THIRD AMENDED CLASS ACTION COMPLAINT**

I, Robert R. Vieth, declare as follows:

I am admitted to practice before this Court.  I am a partner of the law firm of Hirschler Fleischer, PC, and I represent Defendants Evolent Health, Inc. ("Evolent"), Frank Williams, Nicholas McGrane and Seth Blackley in the above-captioned matter.  I submit this declaration on behalf of all Defendants.  Attached to this declaration submitted in support of Defendants' Partial Motion to Dismiss the Third Amended Class Action Complaint are true and correct copies of the following documents:

1.    2016 Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan, filed with Kentucky Department of Insurance for 2016.  Previously available at https://passporthealthplan.com/wp-content/uploads/2017/02/2016-Annual-Statement-UHC.PHP-to-KY-DOI_small-file-web-view-optimize.pdf,  and  produced  by  Lead

1

Plaintiffs at JOINTLP_00006499-6634.  A true and correct copy of relevant excerpts is attached as Exhibit 1.

2.    2017 Annual Statement of the University Health Care, Inc. d/b/a Passport Health Plan, filed with the Kentucky Department of Insurance, previously available at https://passporthealthplan.com/wp-content/uploads/2018/03/2017-UHC-PHP-Annual-Statement-for-Internet.pdf, and produced by Lead Plaintiffs at JOINTLP_00006336-6498.  A true and correct copy of relevant excerpts is attached as Exhibit 2.

3.    Evolent Health 2018 Investor & Analyst Day conference presentation from the event that occurred on May 11, 2018, produced at EVH_00076162-247.  A true and correct copy is attached as Exhibit 3.

4.    Evolent Health Overview presentation from the 36th Annual J.P. Morgan Healthcare Conference that occurred on January 10, 2018, produced at EVH_00076330-57.  A true and correct copy is attached as Exhibit 4.

5.    Evolent Fourth Quarter 2018 Earnings Call transcript for the call that occurred on February 26, 2019.  A true and correct copy is attached as Exhibit 5.

6.    Evolent First Quarter 2019 Earnings Call transcript for the call that occurred on May 7, 2019.  A true and correct copy is attached as Exhibit 6.

7.    Evolent SEC Form 10-K for the fiscal year 2017, filed with the SEC on March 1, 2018. A true and correct copy of relevant excerpts is attached as Exhibit 7.

8.    Evolent SEC Form 10-K for the fiscal year 2018, filed with the SEC on February 28, 2019.  A true and correct copy of relevant excerpts is attached as Exhibit 8.

9.    Email from T. Peterson attaching a Priorities and OKR Framework document, dated January 23, 2019, produced at EVH_00072985-91.  A true and correct copy is attached

as Exhibit 9.

10.    Email from T. Peterson attaching an Executive Summary, dated February 20, 2019, produced at EVH_00130266-68.  A true and correct copy is attached as Exhibit 10.


I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 21, 2021.

*/s/ Robert R. Vieth*
Robert R. Vieth

3

## CERTIFICATE OF SERVICE

I certify that on December 21, 2021, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document and attached exhibits that were not filed under seal via the Court's CM/ECF Filing System, and that all attached exhibits filed under seal are being served via electronic mail on all counsel of record in this case.

*/s/ Robert R. Vieth*
Robert R. Vieth