# Exhibit 1

# ANNUAL STATEMENT

OF THE

# University Health Care, Inc. d/b/a Passport Health Plan

2016

of

## Louisville

in the state of

## Kentucky

TO THE

Insurance Department

OF THE

STATE OF Kentucky

FOR THE YEAR ENDED

DECEMBER 31, 2016

HEALTH

# 2016

JOINTLP_00006499
JOINTLP_00006499



# ANNUAL STATEMENT
### FOR THE YEAR ENDING DECEMBER 31, 2016
OF THE CONDITION AND AFFAIRS OF THE

### University Health Care, Inc. d/b/a Passport Health Plan

| NAIC Group Code | 0000 (Current Period) | 0000 (Prior Period) | NAIC Company Code | 52621 | Employer's ID Number | 61-1325905 |
|---|---|---|---|---|---|---|

Organized under the Laws of ___ Kentucky ___, State of Domicile or Port of Entry ___ Kentucky

Country of Domicile ___ United States

Licensed as business type:
- Life, Accident & Health [ ]
- Dental Service Corporation [ ]
- Other [ ]
- Property/Casualty [ ]
- Vision Service Corporation [ ]
- Is HMO, Federally Qualified? Yes [ ] No [X]
- Hospital, Medical & Dental Service or Indemnity [ ]
- Health Maintenance Organization [X]

Incorporated/Organized ___ 10/31/1997 ___ Commenced Business ___ 10/01/2000

Statutory Home Office ___ 5100 Commerce Crossings Drive (Street and Number) ___ Louisville, KY, US 40229 (City or Town, State, Country and Zip Code)

Main Administrative Office ___ 5100 Commerce Crossings Drive (Street and Number)

Louisville, KY, US 40229 (City or Town, State, Country and Zip Code) ___ 502-585-7900 (Area Code) (Telephone Number)

Mail Address ___ 5100 Commerce Crossings Drive (Street and Number or P.O. Box) ___ Louisville, KY, US 40229 (City or Town, State, Country and Zip Code)

Primary Location of Books and Records ___ 5100 Commerce Crossings Drive (Street and Number)

Louisville, KY, US 40229 (City or Town, State, Country and Zip Code) ___ 502-585-7329 (Area Code) (Telephone Number) (Extension)

Internet Web Site Address ___ www.passporthealthplan.com

Statutory Statement Contact ___ David Stanley (Name) ___ 502-585-7329 (Area Code) (Telephone Number) (Extension)

David.Stanley@passporthealthplan.com (E-Mail Address) ___ 502-585-7950 (Fax Number)

## OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Henry Morris Altman Jr. | Chairman of the Board | David Andrew Stanley | VP and Chief Financial Officer |
| Mark Barnett Carter | Secretary & Ex-Officio, and Chief Executive Officer | | |

## OTHER OFFICERS

| Name | Title | Name | Title |
|---|---|---|---|
| Venkat Veerubhotla Sharma | Vice Chairman | Allan Tasman | Treasurer |
| Julia Joseph Bell | VP and Chief Marketing and Communications Officer | David Michael Henley | VP and Chief Compliance Officer |
| Stephen John Houghland | VP and Chief Medical Officer | John Eugene Burich | VP of Strategy and Business Development |
| Gary Earl Bensing | VP of Human Resources | Troy Allen May | VP and Chief Information Officer |
| Carl Felix # | VP of Operations Oversight | | |

## DIRECTORS OR TRUSTEES

| | | | |
|---|---|---|---|
| Mark Barnett Carter | Michael Wayne Gough | James Allen Hedrick | Gregory Carl Postel |
| Linda Marie Sims | Allan Tasman | James Howard Taylor | William Bosse Wagner |
| Manfred Gordon Reid Sr. | Henry Morris Altman Jr. | Venkat Veerubhotla Sharma | David Gregory Laird |
| Veronnie Faye Jones | Jennifer Landrum Elliott | Ramona Leslie Johnson | Sean Lamar Francis # |

State of ___ Kentucky ___
ss
County of ___ Jefferson ___

The officers of this reporting entity, being duly sworn, each depose and say that they are the described officers of said reporting entity, and that on the reporting period stated above, all of the herein described assets were the absolute property of the said reporting entity, free and clear from any liens or claims thereon, except as herein stated, and that this statement, together with related exhibits, schedules and explanations therein contained, annexed or referred to, is a full and true statement of all the assets and liabilities and of the condition and affairs of the said reporting entity as of the reporting period stated above, and of its income and deductions therefrom for the period ended, and have been completed in accordance with the NAIC *Annual Statement Instructions* and *Accounting Practices and Procedures* manual except to the extent that: (1) state law may differ; or, (2) that state rules or regulations require differences in reporting not related to accounting practices and procedures, according to the best of their information, knowledge and belief, respectively. Furthermore, the scope of this attestation by the described officers also includes the related corresponding electronic filing with the NAIC, when required, that is an exact copy (except for formatting differences due to electronic filing) of the enclosed statement. The electronic filing may be requested by various regulators in lieu of or in addition to the enclosed statement.

| | | |
|---|---|---|
| *(signature)* | *(signature)* David Stanley | *(signature)* |
| Henry Morris Altman Jr. | David Andrew Stanley | Mark Barnett Carter |
| Chairman of the Board | VP and Chief Financial Officer | Secretary & Ex-Officio, and Chief Executive Officer |

Subscribed and sworn to before me this
24th day of February, 2017

*(signature)* Nicole L. Robinson
Notary Public - Special Commission
My commission expires: June 4, 2019

a. Is this an original filing?   Yes [X] No [ ]
b. If no:
1. State the amendment number ___
2. Date filed ___
3. Number of pages attached ___

JOINTLP_00006500
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## ASSETS

| | | Current Year | | | Prior Year |
|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 |
| | | Assets | Nonadmitted Assets | Net Admitted Assets (Cols. 1 - 2) | Net Admitted Assets |
| 1. | Bonds (Schedule D) | 110,958,332 | | 110,958,332 | 108,827,082 |
| 2. | Stocks (Schedule D): | | | | |
| | 2.1 Preferred stocks | 530,280 | | 530,280 | 0 |
| | 2.2 Common stocks | 99,973,754 | | 99,973,754 | 77,725,349 |
| 3. | Mortgage loans on real estate (Schedule B): | | | | |
| | 3.1 First liens | | | 0 | 0 |
| | 3.2 Other than first liens | | | 0 | 0 |
| 4. | Real estate (Schedule A): | | | | |
| | 4.1 Properties occupied by the company (less $ _____ encumbrances) | | | 0 | 0 |
| | 4.2 Properties held for the production of income (less $ _____ encumbrances) | | | 0 | 0 |
| | 4.3 Properties held for sale (less $ _____ encumbrances) | | | 0 | 0 |
| 5. | Cash ($ ___163,203,092 , Schedule E-Part 1), cash equivalents ($ ___3,077,497 , Schedule E-Part 2) and short-term investments ($ ___5,921,977 , Schedule DA) | 172,202,565 | | 172,202,565 | 223,518,372 |
| 6. | Contract loans (including $ _____ premium notes) | | | 0 | 0 |
| 7. | Derivatives (Schedule DB) | 0 | | 0 | 0 |
| 8. | Other invested assets (Schedule BA) | 0 | | 0 | 0 |
| 9. | Receivables for securities | | | 0 | 60,877 |
| 10. | Securities lending reinvested collateral assets (Schedule DL) | | | 0 | 0 |
| 11. | Aggregate write-ins for invested assets | 0 | 0 | 0 | 0 |
| 12. | Subtotals, cash and invested assets (Lines 1 to 11) | 383,664,931 | 0 | 383,664,931 | 410,131,680 |
| 13. | Title plants less $ _____ charged off (for Title insurers only) | | | 0 | 0 |
| 14. | Investment income due and accrued | 775,212 | | 775,212 | 821,170 |
| 15. | Premiums and considerations: | | | | |
| | 15.1 Uncollected premiums and agents' balances in the course of collection | 11,551,000 | | 11,551,000 | 25,400,000 |
| | 15.2 Deferred premiums, agents' balances and installments booked but deferred and not yet due (including $ _____ earned but unbilled premiums) | | | 0 | 0 |
| | 15.3 Accrued retrospective premiums ($ _____) and contracts subject to redetermination ($ _____) | | | 0 | 0 |
| 16. | Reinsurance: | | | | |
| | 16.1 Amounts recoverable from reinsurers | 1,578,106 | | 1,578,106 | 2,107,773 |
| | 16.2 Funds held by or deposited with reinsured companies | | | 0 | 0 |
| | 16.3 Other amounts receivable under reinsurance contracts | | | 0 | 0 |
| 17. | Amounts receivable relating to uninsured plans | | | 0 | 0 |
| 18.1 | Current federal and foreign income tax recoverable and interest thereon | | | 0 | 0 |
| 18.2 | Net deferred tax asset | | | 0 | 0 |
| 19. | Guaranty funds receivable or on deposit | | | 0 | 0 |
| 20. | Electronic data processing equipment and software | 1,283,334 | | 1,283,334 | 1,807,635 |
| 21. | Furniture and equipment, including health care delivery assets ($ _____) | 760,683 | 760,683 | 0 | 0 |
| 22. | Net adjustment in assets and liabilities due to foreign exchange rates | | | 0 | 0 |
| 23. | Receivables from parent, subsidiaries and affiliates | | | 0 | 1,432,000 |
| 24. | Health care ($ ___5,781,416 ) and other amounts receivable | 10,696,739 | 4,915,323 | 5,781,416 | 2,531,764 |
| 25. | Aggregate write-ins for other-than-invested assets | 10,969,038 | 965,781 | 10,003,257 | 0 |
| 26. | Total assets excluding Separate Accounts, Segregated Accounts and Protected Cell Accounts (Lines 12 to 25) | 421,279,043 | 6,641,787 | 414,637,256 | 444,232,022 |
| 27. | From Separate Accounts, Segregated Accounts and Protected Cell Accounts | | | 0 | 0 |
| 28. | Total (Lines 26 and 27) | 421,279,043 | 6,641,787 | 414,637,256 | 444,232,022 |
| DETAILS OF WRITE-INS | | | | | |
| 1101. | | | | 0 | 0 |
| 1102. | | | | 0 | 0 |
| 1103. | | | | 0 | 0 |
| 1198. | Summary of remaining write-ins for Line 11 from overflow page | 0 | 0 | 0 | 0 |
| 1199. | Totals (Lines 1101 through 1103 plus 1198) (Line 11 above) | 0 | 0 | 0 | 0 |
| 2501. | Receivable from DMS/CMS | 9,811,122 | | 9,811,122 | 0 |
| 2502. | Prepaids | 960,781 | 960,781 | 0 | 0 |
| 2503. | Receivable from Evolent | 192,135 | | 192,135 | 0 |
| 2598. | Summary of remaining write-ins for Line 25 from overflow page | 5,000 | 5,000 | 0 | 0 |
| 2599. | Totals (Lines 2501 through 2503 plus 2598) (Line 25 above) | 10,969,038 | 965,781 | 10,003,257 | 0 |

JOINTLP_00006501
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## LIABILITIES, CAPITAL AND SURPLUS

| | Current Year | | | Prior Year |
| --- | --- | --- | --- | --- |
| | 1 Covered | 2 Uncovered | 3 Total | 4 Total |
| 1. Claims unpaid (less $ ___0 reinsurance ceded) | 186,183,669 | | 186,183,669 | 174,975,948 |
| 2. Accrued medical incentive pool and bonus amounts | | | 0 | 0 |
| 3. Unpaid claims adjustment expenses | 9,414,000 | | 9,414,000 | 8,171,000 |
| 4. Aggregate health policy reserves, including the liability of $ _____ for medical loss ratio rebate per the Public Health Service Act | | | 0 | 1,280,459 |
| 5. Aggregate life policy reserves | | | 0 | 0 |
| 6. Property/casualty unearned premium reserves | | | 0 | 0 |
| 7. Aggregate health claim reserves | | | 0 | 0 |
| 8. Premiums received in advance | | | 0 | 0 |
| 9. General expenses due or accrued | 22,012,686 | | 22,012,686 | 8,452,985 |
| 10.1 Current federal and foreign income tax payable and interest thereon (including $ _____ on realized capital gains (losses)) | | | 0 | 0 |
| 10.2 Net deferred tax liability | | | 0 | 0 |
| 11. Ceded reinsurance premiums payable | | | 0 | 0 |
| 12. Amounts withheld or retained for the account of others | | | 0 | 0 |
| 13. Remittances and items not allocated | | | 0 | 0 |
| 14. Borrowed money (including $ _____ current) and interest thereon $ _____ (including $ _____ current) | | | 0 | 0 |
| 15. Amounts due to parent, subsidiaries and affiliates | | | 0 | 0 |
| 16. Derivatives | | 0 | 0 | 0 |
| 17. Payable for securities | 216,211 | | 216,211 | 133,208 |
| 18. Payable for securities lending | | | 0 | 0 |
| 19. Funds held under reinsurance treaties (with $ _____ authorized reinsurers, $ _____ unauthorized reinsurers and $ _____ certified reinsurers) | | | 0 | 0 |
| 20. Reinsurance in unauthorized and certified ($ _____) companies | | | 0 | 0 |
| 21. Net adjustments in assets and liabilities due to foreign exchange rates | | | 0 | 0 |
| 22. Liability for amounts held under uninsured plans | | | 0 | 0 |
| 23. Aggregate write-ins for other liabilities (including $ _____ current) | 53,925 | 0 | 53,925 | 1,300,000 |
| 24. Total liabilities (Lines 1 to 23) | 217,880,491 | 0 | 217,880,491 | 194,313,600 |
| 25. Aggregate write-ins for special surplus funds | XXX | XXX | 9,394,162 | 9,394,162 |
| 26. Common capital stock | XXX | XXX | | 0 |
| 27. Preferred capital stock | XXX | XXX | | 0 |
| 28. Gross paid in and contributed surplus | XXX | XXX | 4,778,620 | 4,778,620 |
| 29. Surplus notes | XXX | XXX | | 0 |
| 30. Aggregate write-ins for other-than-special surplus funds | XXX | XXX | 0 | 0 |
| 31. Unassigned funds (surplus) | XXX | XXX | 182,583,983 | 235,745,640 |
| 32. Less treasury stock, at cost: | | | | |
| 32.1 _____ shares common (value included in Line 26 $ _____ ) | XXX | XXX | | 0 |
| 32.2 _____ shares preferred (value included in Line 27 $ _____ ) | XXX | XXX | | 0 |
| 33. Total capital and surplus (Lines 25 to 31 minus Line 32) | XXX | XXX | 196,756,765 | 249,918,422 |
| 34. Total liabilities, capital and surplus (Lines 24 and 33) | XXX | XXX | 414,637,256 | 444,232,022 |
| **DETAILS OF WRITE-INS** | | | | |
| 2301. Deferred Compensation 457(b) | 53,925 | | 53,925 | 0 |
| 2302. Payable to DMS | | | 0 | 1,300,000 |
| 2303. | | | | |
| 2398. Summary of remaining write-ins for Line 23 from overflow page | 0 | 0 | 0 | 0 |
| 2399. Totals (Lines 2301 through 2303 plus 2398) (Line 23 above) | 53,925 | 0 | 53,925 | 1,300,000 |
| 2501. Repayment of Distributed Capital | XXX | XXX | 9,394,162 | 9,394,162 |
| 2502. | XXX | XXX | | 0 |
| 2503. | XXX | XXX | | 0 |
| 2598. Summary of remaining write-ins for Line 25 from overflow page | XXX | XXX | 0 | 0 |
| 2599. Totals (Lines 2501 through 2503 plus 2598) (Line 25 above) | XXX | XXX | 9,394,162 | 9,394,162 |
| 3001. | XXX | XXX | | 0 |
| 3002. | XXX | XXX | | 0 |
| 3003. | XXX | XXX | | 0 |
| 3098. Summary of remaining write-ins for Line 30 from overflow page | XXX | XXX | 0 | 0 |
| 3099. Totals (Lines 3001 through 3003 plus 3098) (Line 30 above) | XXX | XXX | 0 | 0 |

3

JOINTLP_00006502
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## STATEMENT OF REVENUE AND EXPENSES

| | Current Year | | Prior Year |
|---|---|---|---|
| | 1 Uncovered | 2 Total | 3 Total |
| 1. Member Months | XXX | 3,567,940 | 3,249,370 |
| 2. Net premium income (including $ ____ 0 non-health premium income) | XXX | 1,747,750,539 | 1,653,065,718 |
| 3. Change in unearned premium reserves and reserve for rate credits | XXX | | 0 |
| 4. Fee-for-service (net of $ ____ medical expenses) | XXX | | 0 |
| 5. Risk revenue | XXX | | 0 |
| 6. Aggregate write-ins for other health care related revenues | XXX | 0 | 0 |
| 7. Aggregate write-ins for other non-health revenues | XXX | 0 | 0 |
| 8. Total revenues (Lines 2 to 7) | XXX | 1,747,750,539 | 1,653,065,718 |
| **Hospital and Medical:** | | | |
| 9. Hospital/medical benefits | | 724,662,788 | 681,938,448 |
| 10. Other professional services | | 366,277,948 | 291,544,614 |
| 11. Outside referrals | | | 0 |
| 12. Emergency room and out-of-area | | 98,905,706 | 102,052,720 |
| 13. Prescription drugs | | 333,158,297 | 298,856,890 |
| 14. Aggregate write-ins for other hospital and medical | 0 | 144,203,825 | 138,080,385 |
| 15. Incentive pool, withhold adjustments and bonus amounts | | | 0 |
| 16. Subtotal (Lines 9 to 15) | 0 | 1,669,208,564 | 1,512,473,057 |
| **Less:** | | | |
| 17. Net reinsurance recoveries | | 10,326,744 | 3,649,578 |
| 18. Total hospital and medical (Lines 16 minus 17) | 0 | 1,658,881,820 | 1,508,823,479 |
| 19. Non-health claims (net) | | | 0 |
| 20. Claims adjustment expenses, including $ ____ 284,383 cost containment expenses | | 1,504,383 | 2,149,289 |
| 21. General administrative expenses | | 169,051,568 | 107,528,988 |
| 22. Increase in reserves for life and accident and health contracts (including $ ____ increase in reserves for life only) | | (1,280,459) | 1,280,459 |
| 23. Total underwriting deductions (Lines 18 through 22) | 0 | 1,828,157,312 | 1,619,782,215 |
| 24. Net underwriting gain or (loss) (Lines 8 minus 23) | XXX | (80,406,773) | 33,283,503 |
| 25. Net investment income earned (Exhibit of Net Investment Income, Line 17) | | 4,906,657 | 4,733,827 |
| 26. Net realized capital gains (losses) less capital gains tax of $ ____ | | 2,558,686 | 1,118,806 |
| 27. Net investment gains (losses) (Lines 25 plus 26) | 0 | 7,465,343 | 5,852,633 |
| 28. Net gain or (loss) from agents' or premium balances charged off [(amount recovered $ ____ ) (amount charged off $ ____ )] | | 0 | 0 |
| 29. Aggregate write-ins for other income or expenses | 0 | 15,032,500 | 0 |
| 30. Net income or (loss) after capital gains tax and before all other federal income taxes (Lines 24 plus 27 plus 28 plus 29) | XXX | (57,908,930) | 39,136,136 |
| 31. Federal and foreign income taxes incurred | XXX | | 0 |
| 32. Net income (loss) (Lines 30 minus 31) | XXX | (57,908,930) | 39,136,136 |
| **DETAILS OF WRITE-INS** | | | |
| 0601. | XXX | | 0 |
| 0602. | XXX | | 0 |
| 0603. | XXX | | 0 |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | XXX | 0 | 0 |
| 0699. Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | XXX | 0 | 0 |
| 0701. | XXX | | 0 |
| 0702. | XXX | | 0 |
| 0703. | XXX | | 0 |
| 0798. Summary of remaining write-ins for Line 7 from overflow page | XXX | 0 | 0 |
| 0799. Totals (Lines 0701 through 0703 plus 0798) (Line 7 above) | XXX | 0 | 0 |
| 1401. Supplemental Payments | | 119,717,208 | 109,610,204 |
| 1402. Durable Medical Equipment | | 19,138,160 | 20,278,803 |
| 1403. Graduate Medical Education | | 5,348,457 | 8,191,378 |
| 1498. Summary of remaining write-ins for Line 14 from overflow page | 0 | 0 | 0 |
| 1499. Totals (Lines 1401 through 1403 plus 1498) (Line 14 above) | 0 | 144,203,825 | 138,080,385 |
| 2901. Income from Evolent Strategic Alliance | | 15,000,000 | 0 |
| 2902. Income from Luncina Strategic Alliance | | 32,500 | 0 |
| 2903. | | | 0 |
| 2998. Summary of remaining write-ins for Line 29 from overflow page | 0 | 0 | 0 |
| 2999. Totals (Lines 2901 through 2903 plus 2998) (Line 29 above) | 0 | 15,032,500 | 0 |

4

JOINTLP_00006503
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## STATEMENT OF REVENUE AND EXPENSES (Continued)

| | | 1<br>Current Year | 2<br>Prior Year |
|---|---|---|---|
| | **CAPITAL & SURPLUS ACCOUNT** | | |
| 33. | Capital and surplus prior reporting year | 249,918,422 | 214,861,200 |
| 34. | Net income or (loss) from Line 32 | (57,908,930) | 39,136,136 |
| 35. | Change in valuation basis of aggregate policy and claim reserves | | 0 |
| 36. | Change in net unrealized capital gains (losses) less capital gains tax of $ _____ 0 | 5,225,186 | (2,300,467) |
| 37. | Change in net unrealized foreign exchange capital gain or (loss) | | 866,242 |
| 38. | Change in net deferred income tax | | 0 |
| 39. | Change in nonadmitted assets | (477,912) | (2,644,689) |
| 40. | Change in unauthorized and certified reinsurance | 0 | 0 |
| 41. | Change in treasury stock | 0 | 0 |
| 42. | Change in surplus notes | 0 | 0 |
| 43. | Cumulative effect of changes in accounting principles | | 0 |
| 44. | Capital Changes: | | |
| | 44.1 Paid in | 0 | 0 |
| | 44.2 Transferred from surplus (Stock Dividend) | | 0 |
| | 44.3 Transferred to surplus | | 0 |
| 45. | Surplus adjustments: | | |
| | 45.1 Paid in | 0 | 0 |
| | 45.2 Transferred to capital (Stock Dividend) | 0 | 0 |
| | 45.3 Transferred from capital | | 0 |
| 46. | Dividends to stockholders | | 0 |
| 47. | Aggregate write-ins for gains or (losses) in surplus | 0 | 0 |
| 48. | Net change in capital and surplus (Lines 34 to 47) | (53,161,656) | 35,057,222 |
| 49. | Capital and surplus end of reporting year (Line 33 plus 48) | 196,756,765 | 249,918,422 |
| | **DETAILS OF WRITE-INS** | | |
| 4701. | | | 0 |
| 4702. | | | 0 |
| 4703. | | | 0 |
| 4798. | Summary of remaining write-ins for Line 47 from overflow page | 0 | 0 |
| 4799. | Totals (Lines 4701 through 4703 plus 4798) (Line 47 above) | 0 | 0 |

5

JOINTLP_00006504
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## CASH FLOW

| Cash from Operations | 1 Current Year | 2 Prior Year |
|---|---|---|
| 1. Premiums collected net of reinsurance | 1,750,489,418 | 1,650,665,718 |
| 2. Net investment income | 5,555,442 | 5,572,189 |
| 3. Miscellaneous income | 0 | 0 |
| 4. Total (Lines 1 through 3) | 1,756,044,860 | 1,656,237,907 |
| 5. Benefit and loss related payments | 1,650,839,963 | 1,461,261,195 |
| 6. Net transfers to Separate Accounts, Segregated Accounts and Protected Cell Accounts | | 0 |
| 7. Commissions, expenses paid and aggregate write-ins for deductions | 153,500,268 | 104,507,595 |
| 8. Dividends paid to policyholders | | 0 |
| 9. Federal and foreign income taxes paid (recovered) net of $ _____ tax on capital gains (losses) | 0 | 0 |
| 10. Total (Lines 5 through 9) | 1,804,340,231 | 1,565,768,790 |
| 11. Net cash from operations (Line 4 minus Line 10) | (48,295,371) | 90,469,117 |
| **Cash from Investments** | | |
| 12. Proceeds from investments sold, matured or repaid: | | |
| 12.1 Bonds | 152,548,094 | 94,697,310 |
| 12.2 Stocks | 4,201,140 | 29,951,252 |
| 12.3 Mortgage loans | 0 | 0 |
| 12.4 Real estate | 0 | 0 |
| 12.5 Other invested assets | 621,664 | (737) |
| 12.6 Net gains or (losses) on cash, cash equivalents and short-term investments | 0 | (838) |
| 12.7 Miscellaneous proceeds | 83,003 | (812,070) |
| 12.8 Total investment proceeds (Lines 12.1 to 12.7) | 157,453,901 | 123,834,917 |
| 13. Cost of investments acquired (long-term only): | | |
| 13.1 Bonds | 154,139,343 | 96,570,195 |
| 13.2 Stocks | 20,961,448 | 32,256,575 |
| 13.3 Mortgage loans | 0 | 0 |
| 13.4 Real estate | 0 | 0 |
| 13.5 Other invested assets | 0 | 0 |
| 13.6 Miscellaneous applications | (60,878) | (75,484) |
| 13.7 Total investments acquired (Lines 13.1 to 13.6) | 175,039,913 | 128,751,286 |
| 14. Net increase (decrease) in contract loans and premium notes | 0 | 0 |
| 15. Net cash from investments (Line 12.8 minus Line 13.7 minus Line 14) | (17,586,012) | (4,916,369) |
| **Cash from Financing and Miscellaneous Sources** | | |
| 16. Cash provided (applied): | | |
| 16.1 Surplus notes, capital notes | 0 | 0 |
| 16.2 Capital and paid in surplus, less treasury stock | 0 | 0 |
| 16.3 Borrowed funds | 0 | 0 |
| 16.4 Net deposits on deposit-type contracts and other insurance liabilities | | 0 |
| 16.5 Dividends to stockholders | 0 | 0 |
| 16.6 Other cash provided (applied) | 14,565,577 | (2,383,036) |
| 17. Net cash from financing and miscellaneous sources (Lines 16.1 to 16.4 minus Line 16.5 plus Line 16.6) | 14,565,577 | (2,383,036) |
| **RECONCILIATION OF CASH, CASH EQUIVALENTS AND SHORT-TERM INVESTMENTS** | | |
| 18. Net change in cash, cash equivalents and short-term investments (Line 11, plus Lines 15 and 17) | (51,315,806) | 83,169,712 |
| 19. Cash, cash equivalents and short-term investments: | | |
| 19.1 Beginning of year | 223,518,372 | 140,348,660 |
| 19.2 End of year (Line 18 plus Line 19.1) | 172,202,565 | 223,518,372 |

6

JOINTLP_00006505
JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

## ANALYSIS OF OPERATIONS BY LINES OF BUSINESS

| | 1 Total | 2 Comprehensive (Hospital & Medical) | 3 Medicare Supplement | 4 Dental Only | 5 Vision Only | 6 Federal Employees Health Benefit Plan | 7 Title XVIII Medicare | 8 Title XIX Medicaid | 9 Other Health | 10 Other Non-Health |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. Net premium income | 1,747,750,539 | 0 | 0 | 0 | 0 | 0 | 17,653,217 | 1,730,097,322 | 0 | 0 |
| 2. Change in unearned premium reserves and reserve for rate credit | 0 | | | | | | | | | |
| 3. Fee-for-service (net of $ medical expenses) | 0 | | | | | | | | | XXX |
| 4. Risk revenue | 0 | | | | | | | | | XXX |
| 5. Aggregate write-ins for other health care related revenues | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 6. Aggregate write-ins for other non-health care related revenues | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 7. Total revenues (Lines 1 to 6) | 1,747,750,539 | 0 | 0 | 0 | 0 | 0 | 17,653,217 | 1,730,097,322 | 0 | 0 |
| 8. Hospital/medical benefits | 724,562,788 | | | | | | 9,244,754 | 715,418,034 | | XXX |
| 9. Other professional services | 368,277,948 | | | | | | 2,154,340 | 365,123,608 | | XXX |
| 10. Outside referrals | 0 | | | | | | | | | XXX |
| 11. Emergency room and out-of-area | 98,905,706 | | | | | | 688,370 | 98,217,336 | | XXX |
| 12. Prescription drugs | 333,158,297 | | | | | | 1,749,310 | 331,408,987 | | XXX |
| 13. Aggregate write-ins for other hospital and medical | 144,203,825 | 0 | 0 | 0 | 0 | 0 | 363,139 | 143,840,686 | 0 | XXX |
| 14. Incentive pool, withhold adjustments and bonus amounts | 0 | | | | | | | | | XXX |
| 15. Subtotal (Lines 8 to 14) | 1,669,208,504 | 0 | 0 | 0 | 0 | 0 | 14,199,913 | 1,655,008,651 | 0 | XXX |
| 16. Net reinsurance recoveries | 10,326,744 | | | | | | | 10,326,744 | | XXX |
| 17. Total hospital and medical (Lines 15 minus 16) | 1,658,881,820 | 0 | 0 | 0 | 0 | 0 | 14,199,913 | 1,644,681,907 | 0 | XXX |
| 18. Non-health claims (net) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 19. Claims adjustment expenses including $ 284,383 cost containment expenses | 1,504,383 | | | | | | 267,000 | 1,237,383 | | |
| 20. General administrative expenses | 169,051,568 | | | | | | 4,302,044 | 164,749,524 | | |
| 21. Increase in reserves for accident and health contracts | (1,280,459) | | | | | | | (1,260,459) | | XXX |
| 22. Increase in reserves for life contracts | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 23. Total underwriting deductions (Lines 17 to 22) | 1,828,157,312 | 0 | 0 | 0 | 0 | 0 | 18,768,957 | 1,809,388,355 | 0 | 0 |
| 24. Net underwriting gain or (loss) (Line 7 minus Line 23) | (80,406,773) | 0 | 0 | 0 | 0 | 0 | (1,115,740) | (79,291,033) | 0 | 0 |

**DETAILS OF WRITE-INS**

| | 1 Total | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0501. | | | | | | | | | | XXX |
| 0502. | | | | | | | | | | XXX |
| 0503. | | | | | | | | | | XXX |
| 0598. Summary of remaining write-ins for Line 5 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0599. Totals (Lines 0501 through 0503 plus 0598) (Line 5 above) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 0601. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0602. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0603. | | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | |
| 0698. Summary of remaining write-ins for Line 6 from overflow page | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 0699. Totals (Lines 0601 through 0603 plus 0698) (Line 6 above) | 0 | XXX | XXX | XXX | XXX | XXX | XXX | XXX | XXX | 0 |
| 1301. Supplemental Payments | 119,717,208 | | | | | | | 119,717,208 | | XXX |
| 1302. Durable Medical Equipment | 19,138,160 | | | | | | 363,139 | 18,775,021 | | XXX |
| 1303. Graduate Medical Education | 5,348,457 | | | | | | | 5,348,457 | | XXX |
| 1398. Summary of remaining write-ins for Line 13 from overflow page | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | XXX |
| 1399. Totals (Lines 1301 through 1303 plus 1398) (Line 13 above) | 144,203,825 | 0 | 0 | 0 | 0 | 0 | 363,139 | 143,840,686 | 0 | XXX |

JOINTLP_00006506

JOINTLP_00006499

ANNUAL STATEMENT FOR THE YEAR 2016 OF THE University Health Care, Inc. d/b/a Passport Health Plan

# UNDERWRITING AND INVESTMENT EXHIBIT
## PART 1 - PREMIUMS

| Line of Business | 1 Direct Business | 2 Reinsurance Assumed | 3 Reinsurance Ceded | 4 Net Premium Income (Cols. 1+2-3) |
|---|---|---|---|---|
| 1. Comprehensive (hospital and medical) | | | | 0 |
| 2. Medicare Supplement | | | | 0 |
| 3. Dental only | | | | 0 |
| 4. Vision only | | | | 0 |
| 5. Federal Employees Health Benefits Plan | | | | 0 |
| 6. Title XVIII - Medicare | 17,729,782 | | 76,565 | 17,653,217 |
| 7. Title XIX - Medicaid | 1,734,648,686 | | 4,551,364 | 1,730,097,322 |
| 8. Other health | | | | 0 |
| 9. Health subtotal (Lines 1 through 8) | 1,752,378,468 | 0 | 4,627,929 | 1,747,750,539 |
| 10. Life | | | | 0 |
| 11. Property/casualty | | | | 0 |
| 12. Totals (Lines 9 to 11) | 1,752,378,468 | 0 | 4,627,929 | 1,747,750,539 |

JOINTLP_00006507

JOINTLP_00006499