# Exhibit 3

# Evolent Health
# 2018 Investor & Analyst Day

New York City, NY
May 11, 2018



CONFIDENTIAL

EVH00076162

# Safe Harbor Statement

Certain statements in this presentation and in other written or oral statements made by us or on our behalf are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995 ("PSLRA"). A forward-looking statement is a statement that is not a historical fact and, without limitation, includes any statement that may predict, forecast, indicate or imply future results, performance or achievements, and may contain words like: "believe," "anticipate," "expect," "estimate," "aim," "predict," "potential," "continue," "plan," "project," "will," "should," "shall," "may," "might" and other words or phrases with similar meaning in connection with a discussion of future operating or financial performance. In particular, these include statements relating to future actions, trends in our businesses, prospective services, future performance or financial results and the outcome of contingencies, such as legal proceedings. We claim the protection afforded by the safe harbor for forward-looking statements provided by the PSLRA.

These statements are only predictions based on our current expectations and projections about future events. Forward-looking statements involve risks and uncertainties that may cause actual results, level of activity, performance or achievements to differ materially from the results contained in the forward-looking statements. Risks and uncertainties that may cause actual results to vary materially, include, among others: the structural change in the market for health care in the United States; uncertainty in the health care regulatory framework; uncertainty in the public exchange market; the uncertain impact of CMS waivers to Medicaid rules; the uncertain impact the results of the 2018 congressional, state and local elections, as well as subsequent elections, may have on health care laws and regulations; our ability to effectively manage our growth; the significant portion of revenue we derive from our largest partners, and the potential loss, termination or renegotiation of customer contracts; our ability to offer new and innovative products and services; risks related to completed and future acquisitions, investments and alliances, including the acquisition of assets from NMHC and the acquisitions of Valence Health and Aldera, which may be difficult to integrate, divert management resources, result in unanticipated costs or dilute our stockholders; certain risks and uncertainties associated with the acquisition of assets from NMHC and the acquisition of Valence Health, including future revenues may be less than expected, the timing and extent of new lives expected to come onto the platform may not occur as expected and the expected results of Evolent may not be impacted as anticipated; the growth and success of our partners, which is difficult to predict and is subject to factors outside of our control, including premium pricing reductions, selection bias in at-risk membership and the ability to control and, if necessary, reduce health care costs, particularly in New Mexico; our ability to attract new partners; the increasing number of risk-sharing arrangements we enter into with our partners; our ability to recover the significant upfront costs in our partner relationships; our ability to estimate the size of our target market; our ability to maintain and enhance our reputation and brand recognition; consolidation in the health care industry; competition which could limit our ability to maintain or expand market share within our industry; risks related to governmental payor audits and actions, including whistleblower claims; our ability to partner with providers due to exclusivity provisions in our contracts; restrictions and penalties as a result of privacy and data protection laws; adequate protection of our intellectual property, including trademarks; any alleged infringement, misappropriation or violation of third-party proprietary rights; our use of "open source" software; our ability to protect the confidentiality of our trade secrets, know-how and other proprietary information; our reliance on third parties and licensed technologies; our ability to use, disclose, de-identify or license data and to integrate third-party technologies; data loss or corruption due to failures or errors in our systems and service disruptions at our data centers; online security risks and breaches or failures of our security measures; our reliance on Internet infrastructure, bandwidth providers, data center providers, other third parties and our own systems for providing services to our users; our reliance on third-party vendors to host and maintain our technology platform; our ability to contain health care costs, implement increases in premium rates on a timely basis, maintain adequate reserves for policy benefits or maintain cost effective provider agreements; the risk of a significant reduction in the enrollment in our health plan; our dependency on our key personnel, and our ability to attract, hire, integrate and retain key personnel; the risk of potential future goodwill impairment on our results of operations; our indebtedness and our ability to obtain additional financing; our ability to achieve profitability in the future; the requirements of being a public company; our adjusted results may not be representative of our future performance; the risk of potential future litigation; our holding company structure and dependence on distributions from Evolent Health LLC; our obligations to make payments to certain of our pre-IPO investors for certain tax benefits we may claim in the future; our ability to utilize benefits under the tax receivables agreement described herein; our ability to realize all or a portion of the tax benefits that we currently expect to result from past and future exchanges of Class B common units of Evolent Health LLC for our Class A common stock, and to utilize certain tax attributes of Evolent Health Holdings and an affiliate of TPG; distributions that Evolent Health LLC will be required to make to us and to the other members of Evolent Health LLC; our obligations to make payments under the tax receivables agreement that may be accelerated or may exceed the tax benefits we realize; different interests among our pre-IPO investors, or between us and our pre-IPO investors; the terms of agreements between us and certain of our pre-IPO investors; the potential volatility of our Class A common stock price; the potential decline of our Class A common stock price if a substantial number of shares are sold or become available for sale or if a large number of Class B common units are exchanged for shares of Class A common stock; provisions in our second amended and restated certificate of incorporation and second amended and restated by-laws and provisions of Delaware law that discourage or prevent strategic transactions, including a takeover of us; the ability of certain of our investors to compete with us without restrictions; provisions in our second amended and restated certificate of incorporation which could limit our stockholders' ability to obtain a favorable judicial forum for disputes with us or our directors, officers or employees; our intention not to pay cash dividends on our Class A common stock; our ability to remediate the material weakness in our internal control over financial reporting; our expectations regarding the additional management attention and costs that will be required as we transition from an "emerging growth company" to a "large accelerated filer"; and our lack of public company operating experience.

The risks included here are not exhaustive. Although we believe the expectations reflected in the forward-looking statements are reasonable, we cannot guarantee future results, level of activity, performance or achievements. Our Annual Report on Form 10-K for the year ended December 31, 2017, and other documents filed with the SEC include additional factors that could affect our businesses and financial performance. Moreover, we operate in a rapidly changing and competitive environment. New risk factors emerge from time to time, and it is not possible for management to predict all such risk factors. Further, it is not possible to assess the effect of all risk factors on our businesses or the extent to which any factor, or combination of factors, may cause actual results to differ materially from those contained in any forward-looking statements. Given these risks and uncertainties, investors should not place undue reliance on forward-looking statements as a prediction of actual results. In addition, we disclaim any obligation to update any forward-looking statements to reflect events or circumstances that occur after the date of this report.

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076163

# Non-GAAP Financial Measures

In addition to disclosing financial results that are determined in accordance with GAAP, we present and discuss Adjusted Revenue, Adjusted Transformation Revenue, Adjusted Platform and Operations Revenue, Adjusted Services Revenue, Adjusted EBITDA and Adjusted Selling, General and Administrative ("SG&A") Expenses, which are all non-GAAP financial measures, as supplemental measures to help investors evaluate our fundamental operational performance.

Adjusted Revenue, Adjusted Transformation Revenue and Adjusted Platform and Operations Revenue are defined as revenue, transformation revenue, and platform and operations revenue, respectively, adjusted to include revenue, transformation revenue and platform and operations revenue, as applicable, of Evolent Health LLC for periods prior to the offering reorganization, and to exclude the impact of purchase accounting adjustments. Evolent Health, Inc. is a holding company and its principal asset is all of the Class A common units in its operating subsidiary, Evolent Health LLC, which has owned all of its operating assets and substantially all of its business since inception. Prior to the offering reorganization on June 4, 2015, the predecessor of Evolent Health, Inc. accounted for Evolent Health LLC as an equity method investment. The financial results of Evolent Health LLC have been consolidated in the financial statements of Evolent Health, Inc. following the offering reorganization. Management uses Adjusted Revenue, Adjusted Transformation Revenue and Adjusted Platform and Operations Revenue as supplemental performance measures because they reflect a complete view of the operational results. The measures are also useful to investors because they reflect the full view of our operational performance in line with how we generate our long-term forecasts.

Adjusted Services Revenue, Adjusted Transformation Revenue and Adjusted Platform and Operations Revenue are defined as services revenue, transformation revenue, platform and operations revenue, respectively, adjusted to exclude the impact of purchase accounting adjustments. In addition, the company's Adjusted Transformation Services Revenue and Adjusted Platform and Operations Services Revenue for the three months ended March 31, 2018, include a $4.5 million adjustment related to revenue that was contracted for prior to 2018 and that was properly excluded from revenue in our 2017 results under the revenue recognition rules then in effect under Accounting Standards Codification ("ASC") 605. On January 1, 2018, we adopted the new revenue recognition rules under ASC 606 using the modified retrospective method, which required us to include this $4.5 million as part of the cumulative transition adjustment to beginning retained earnings as of January 1, 2018. Under ASC 605, and based on proportionate performance revenue recognition, we would have recognized an additional $4.5 million in revenue during 2018, primarily within our Adjusted Transformation Services Revenue. The company has therefore included this revenue, and related profit, in its adjusted results for the three months ended March 31, 2018, as they had not been previously reported prior to 2018 and the contracts are expected to be completed within 2018. This is a one-time adjustment and it will not reoccur in future periods. Adjusted Revenue is defined as the sum of Adjusted Services Revenue and True Health New Mexico Premium Revenue less intercompany eliminations. Management uses Adjusted Revenue, Adjusted Services Revenue, Adjusted Transformation Revenue and Adjusted Platform and Operations Revenue as supplemental performance measures because they reflect a complete view of the operational results. The measures are also useful to investors because they reflect the full view of our operational performance in line with how we generate our long term forecasts.

Adjusted Selling, General and Administrative Expenses are defined as selling, general and administrative expenses, respectively, adjusted to include the results of Evolent Health LLC for periods prior to the offering reorganization and to exclude the impact of stock-based compensation expenses, severance costs, amortization of contract cost assets recorded as a result of a one-time ASC 606 transition adjustment, transaction costs related to acquisitions and business combinations, securities offerings and other one-time adjustments. Management uses Adjusted Selling, General and Administrative Expenses as supplemental performance measures, which are also useful to investors, because they facilitate an understanding of our long term operational costs while removing the effect of costs that are one-time (e.g. transaction costs) and non-cash (e.g. stock-based compensation expenses) in nature. Additionally, these supplemental performance measures facilitate understanding a breakdown of our Adjusted Total Operating Expenses.

Adjusted EBITDA is defined as EBITDA (net income [loss] attributable to Evolent Health, Inc. before interest income, interest expense, [provision] benefit for income taxes, depreciation and amortization expenses), adjusted to include net income (loss) of Evolent Health LLC (less interest income [expense], net, depreciation and amortization expenses and other income [expense], net, of Evolent Health LLC) for the periods prior to the offering reorganization on June 4, 2015, and adjusted to exclude goodwill impairment, gain on change in fair value of contingent consideration, income (loss) from affiliates, other income (expense), net, net (income) loss attributable to non-controlling interests, purchase accounting adjustments, stock-based compensation expenses, severance costs, amortization of contract cost assets recorded as a result of a one-time ASC 606 transition adjustment, transaction costs related to acquisitions and business combinations and other one-time adjustments (which for the three months ended March 31, 2018 includes the ASC 606 transition adjustment described above). Management uses Adjusted EBITDA as a supplemental performance measure because the removal of transaction costs, one-time or non-cash items (depreciation, amortization and stock-based compensation expenses) allows us to focus on operational performance. We believe that this measure is also useful to investors because it allows further insight into the period over period operational performance in a manner that is comparable to other organizations in our industry and in the market in general.

These adjusted measures do not represent and should not be considered as alternatives to GAAP measurements, and our calculations thereof may not be comparable to similarly entitled measures reported by other companies. A reconciliation of these adjusted measures to the comparable GAAP financial measures is presented in the Appendix. We are not providing reconciliations for the forward-looking non-GAAP financial measures included in this presentation due to the inherent difficulty in forecasting and quantifying certain amounts that would be necessary for such reconciliations, including adjustments that could be made, the amount of which, based on historical experience, could be significant.

3

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076164

# Agenda

**8:30-9:00 AM**  **The Value-Based Care Market Landscape and Evolent Health**
- Evolent Health CEO Frank Williams

**9:00-9:45 AM**  **Health Care Policy Panel: Perspectives on What's Next**
- Evolent Health President Seth Blackley
- Rising Tide CEO Mary Langowski

**9:45-11:00 AM**  **Delivering Value to Evolent's Medicare and Medicaid Partners**
- Evolent Health President Seth Blackley
- Evolent Health COO Tom Peterson
- Passport Health Plan VP and CMO Stephen Houghland, MD
- Evolent Health Value-Based Services President Frazer Buntin
- Evolent Health CTO Chad Pomeroy
- Lee Health Chief Population Health Officer John Chomeau

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076165

# Agenda

**11:00-11:45 AM**      **Evolent Health Clinical Solutions and Driving Clinical Innovation with Houston Methodist**
- Evolent Health SVP Clinical Research & Development Anita Cattrell
- Houston Methodist VP Population Health & Primary Care Dr. Julia Andrieni

**11:45 AM-12 PM**      **Evolent Health Financial Performance Overview**
- Evolent Health CFO Nicky McGrane

**12:00-12:30 PM**      **Closing Remarks and Q&A**

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076166

# The Value-Based Care Market Landscape and Evolent Health

- Evolent Health CEO Frank Williams

CONFIDENTIAL

EVH00076167

# Focus for Today

**1** Recap on Evolent's current strategy and opportunity

**2** Health care policy and legislative landscape

**3** Deep dive on our Medicaid and Medicare operations, with client perspectives

**4** Our clinical model—from theory, to practice, to value

**5** Financial overview

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076168

# Evolent Health

## by the numbers

**30+**

Partners as of 31-Mar-18

**2.8M**

lives on the platform
as of 31-Mar-18

**33K**

hospital bed days
avoided in 2017

**$474.1**

Adjusted Revenue
LTM Q1 2018*

**3,000+**

Employees as of 31-Mar-18

## our vision

Build a national network of providers transforming care under value-based payment initiatives

## what we do

Provide an integrated clinical, administrative and technology platform to support providers moving to value-base care arrangements

## differentiators

Provider-driven, broad integrated platform, embedded and aligned partnerships, proven clinical and financial results

### historical growth
Adj. Revenue*:



*Non-GAAP measure, see "Non-GAAP Financial Measures" above for definition and Appendix A below for reconciliation to GAAP. GAAP revenues in 2013, 2014, 2015, 2016 and LTM Q1 2018 were $25.7M, zero, $96.9M, $254.2M and $468.4M respectively.

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL                                                                 EVH00076169

# Continued Strong Performance in 2018

## Strong Revenue Growth

Sustained adjusted revenue growth period-over-period* (in millions)

CAGR: 35%

$144.4M

$106.8M

Q1 2017*    Q1 2018*

## 2018 New Long-Term Operating Partners



**6** New Partners

## 2018 Highlights

Agreement with Lee Health to provide health plan and operational services for Lee's Next Gen ACO and Lee's new Medicaid plan**

New partnership agreement with the SOMOS IPA to accelerate value-based care in New York City

Operationalized and supporting 10 partners in 2018 Next Generation ACO cohort

Strong operational progress with CountyCare, Passport and Northeast Federally Qualified Health Center (FQHC) Network

* Non-GAAP measure, see "Non-GAAP Financial Measures" above for definition and Appendix A below for reconciliation to GAAP. GAAP revenues for Q1 2017 and Q1 2018 were $106.3M and $139.7M respectively.
**Lee notified by Florida's Agency for Health Care Administration (AHCA) of intent to award a contract to provide physical and behavioral health care services through Florida's Statewide Medicaid Managed Care (SMMC) Program in Fort Myers, FL region. Pending regulatory approval and successful completion of readiness review, the plan's five-year agreement is expected to commence between October 1, 2018 and January 1, 2019.



CONFIDENTIAL

EVH00076170

# 2018 Strategic Themes

**Medicaid and Medicare**

- Heightened focus on Medicaid and Medicare
- Continue building the Medicaid Center of Excellence

**Solutions, Performance, Value, and Expansion**

- Refined solutions, clinical model and cost structure driving better outcomes and administrative performance at lower operating costs
- Product expansion through both internal development and M&A, supporting partners along the full spectrum of Value-Based-Care maturity

**Partner Selection and Growth**

- Increased emphasis on selecting partners who are set up for success, catalyzing the market by selectively using our balance sheet to co-invest alongside partners

**Efficiency and Scale**

- Focus on efficiency, scalability to drive operating margin expansion

Confidential – Do Not Distribute

**evolent** HEALTH™

CONFIDENTIAL

EVH00076171

# Pressure on Trust Fund Suggests Potential Congressional Intervention

- While Trust Fund Insolvency Year projection changes each year, Legislative / Congressional action tends to occur when insolvency is less than 12 years away

- 2018 CBO reports that the fund will be insolvent by 2026; given shortened period to insolvency, we will likely see legislative pressure to act



Sources: CBO 2018 Budget and Economic Outlook: https://www.cbo.gov/system/files/115th-congress-2017-2018/reports/53651-outlook.pdf;
Congressional Research Service, Medicare: Insolvency Projections: https://fas.org/sgp/crs/misc/RS20946.pdf

Confidential – Do Not Distribute

evolent HEALTH

CONFIDENTIAL

EVH00076172

# Large Market in Early Stages Across Multiple Segments

| | MEDICARE | MEDICAID | COMMERCIAL |
|---|---|---|---|
| **Size** | $670B+ in 2016[1] | $565B+ in 2016[1] | $1.1T in 2016[1] |
| **Dynamics** | • CMS reducing FFS payments<br>• MACRA / MIPS<br>• Delegated ACO risk<br>• Dramatic MA enrollment growth[2] | • Increasing state budget pressure<br>• Movement to provider-driven managed Medicaid<br>• ABD population unmanaged<br>• Waivers encouraging innovation | • Increasing rate pressure<br>• Early in migration to value<br>• Narrow networks emerging in multiple regions<br>• Payer delegated risk |

## $45B+ Total Addressable Market by 2020

1) "NHE-Fact-Sheet." *CMS.gov Centers for Medicare & Medicaid Services*, Centers for Medicare and Medicaid Services, 6 Dec. 2017, www.cms.gov/research-statistics-data-and-systems/statistics-trends-and-reports/nationalhealthexpenddata/nhe-fact-sheet.html. 2) 10, 2017 Oct. "Medicare Advantage." *The Henry J. Kaiser Family Foundation*, Kaiser Family Foundation, 10 Oct. 2017, www.kff.org/medicare/fact-sheet/medicare-advantage/.

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076173

# A Unique Focus on Medicare and Medicaid

## Medicare and Medicaid Dominating Spend...

**U.S. Health Care Spend, as % of GDP**

- 13.3% — 2000
- 17.9% — 2016
- 19.7% $5.7 trillion — 2026 (Projected)

## ...And Populations Conducive to Provider-Led Interventions



**Relative Opportunity of Populations Eligible for Care Management Interventions**

Commercial · Medicaid · Medicare

## 2.8M

Lives supported

**Lives by LOB as of 31-Mar-18**



- Medicare (ACOs, MA, Payer Partnerships), 21%
- Commercial (Payer Partnerships, Employee, ASO, Individual, Group), 29%
- Medicaid, 50%

Sources: https://www.cms.gov/Research-Statistics-Data-and-Systems/Statistics-Trends-and-Reports/NationalHealthExpendData/NationalHealthAccountsHistorical.html; Evolent Health

13

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076174

# Provider Evolution Toward Risk



CONFIDENTIAL

EVH00076175

# Supporting Partners with an Integrated Value-Based Platform

| | PAY FOR PERFORMANCE | PARTIAL RISK | FULL RISK |
|---|---|---|---|
| **CLINICAL PLATFORM** | | | |
| Care Management | | ● | ● |
| Predictive Modeling | ● | ● | ● |
| Patient Identification / Engagement | ● | ● | ● |
| Utilization Management | | | ● |
| **ADMINISTRATIVE PLATFORM** | | | |
| Health Plan Administration | | | ● |
| Risk Adjustment | | ● | ● |
| Pharmacy Benefit Management | | ● | ● |
| Analytics & Performance Management | | | ● |
| **TECHNOLOGY PLATFORM** | | | |
| Risk Stratification | | ● | ● |
| Clinical, Financial, Admin Workflows | ● | ● | ● |
| Patient Engagement Tools | | | ● |
| Provider Engagement Tools | | ● | ● |

**evolent** HEALTH

CONFIDENTIAL

EVH00076176

# Addressing Chronic Conditions Key to Driving Value



Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076177

# Delivering Results Across All Partner Strategies

**CLINICAL RESULTS**

Newly launched ACO achieves clinical impact through Complex Care program[1]

▼ **48%** Medical Spend (PMPM)

▼ **66%** Inpatient Admissions

MA partner achieves clinical impact through hospital Transition Care program[2]

▼ **50%** 30-day readmission rates

▼ **31%** Average length of stay of 30-day readmission

**FINANCIAL RESULTS**

Full risk partner achieves
MLR / ALR reduction impact representing
**$100M+** identified annual savings[3]

1) Study period varies by partner analysis. Baseline period for clinical and utilization profile: 12 months prior to Complex Care case creation. Cases were excluded based on program length and closure status. Persons who declined participation were also excluded. Cases and controls were matched on demographics, socioeconomic status, health risk (i.e., CCI), inpatient case mix, 12 month prior healthcare use and spend using a propensity score model. Total annual cost savings are based on a cost savings per engaged case, using a difference-in-difference evaluation methodology, applied to the total number of engaged patients who met the case definition in a 9 month period (to account for lag in savings realization). 2) Transition Care cases created 1-Jan-15 to 30-Apr-17. Acute IP discharges based on claims incurred through May 2017, paid through August 2017. Exclusions applied for discharges for death, those with a principle diagnosis of pregnancy, or those with a condition originating in the perinatal period. Persons that declined participation or were inappropriate for program were also excluded. Cases and controls were matched on demographics, health risk (i.e., CCI), inpatient case mix and 12 month prior healthcare use and spend using a propensity score model. 3) Approximate annualized savings for all initiatives implemented in 2016 and 2017.



CONFIDENTIAL

EVH00076178

# How We're Helping Our Partners Evolve: Deaconess

Started Partnership with Evolent

Grow the participating physician network for ACO and prepare for migration to Next Generation ACO program

Second year in NGACO. Seen as a cohort leader

**2013    2014    2015    2016    2017    2018**

Start clinical programs with employee lives and existing Medicare ACO lives

First year in NGACO. Becomes a top 5 performer in the country

Third Year in NGACO.

18

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076179

# Evolent Core Services/Partnership Models

## Evolent Meets Providers Where They Are in Their Value-Based Care Journey

### CAPABILITIES PARTNER

- Integrated or targeted support across broad range of solutions:
  - Technology Platform
  - Population Health
  - Risk Adjustment
  - Medical Management
  - TPA
  - Pharmacy Services
  - Financial, Actuarial Services

**Partnership Economics:**
- Primarily PMPM
- Upside-only gainshare

### RISK SHARING PARTNER

- Performance-based partner with shared upside / downside
- Bundled service offering vs. point solution
- Aligned partnership leveraging respective strengths
- Highly selective use of capital in addition to performance-based fee structure; Long-term agreements
- Extensive diligence of opportunity utilizing internal experts

**Partnership Economics:**
- PMPM with portion of fees at risk
- Longer-term agreements

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076180

# Track Record of Successful Capital Deployment

| Co-Investment with Partners | M&A |
|---|---|



**February 2016**

- $10 million co-investment used to establish Medicaid Center of Excellence
- Long-term deal and <$80 million in revenue for 2017



**October 2016**

- Doubled the number of lives on the platform to 1.5 million since acquisition
- Deepened Medicaid expertise and significant future opportunity



- ~22,000 commercial members; <10% market share
- EVH providing a broad range of services
- Launching pad in New Mexico for multiple strategies

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076181

# The Evolent Health National Network



**30+**
Partners

■ Evolent Footprint



### Aligned Partner
Capabilities, Risk and Capital Partnership that Remains Provider-Led



### Clinical Value
High-powered analytics, clinical programs, integrated care teams, network optimization, patient and provider engagement



### Full Solution
Integrated infrastructure across all populations, all payers and key functional areas



### Proven Results
Deeply experienced team, rigorous focus on demonstrable outcomes

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076182

# Health Care Policy Panel: Perspectives on What's Next

- Evolent Health President Seth Blackley
- Rising Tide CEO Mary Langowski

CONFIDENTIAL                                                    EVH00076183

# Guest Speaker: Mary Langowski



**MARY LANGOWSKI**
President
Rising Tide, LLC

- Rising Tide supports C-suites of leading and emerging health care organizations on growth strategy and execution, market positioning, and business model development
- Former EVP/Chief Strategy and Corporate Development Officer at CVS Health
  - Ran govt/public affairs and helped facilitate CVS Health's evolution to a health care company and managed its growth strategy
- Decade of experience building and running successful multi-million dollar consulting businesses working with C-suites of start-ups, Fortune 500 organizations and investors
- Served in both state and federal government positions
- Board Member of Care Advantage, BioMatrix Specialty Pharmacy, Solera Health and Pharos Innovations, and was a member of the Aspen Institute Global Food Security Strategy Group
- In 2011, named one of Washingtonian Magazine's 40 Under 40 and "the best in the business" by former Senate Majority Leader Tom Daschle

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076184

# Policy Sphere of Influence: Key Players and Stakeholders

## Federal Regulators



## State and Other Key Stakeholders



**Center for Medicare and Medicaid Services (CMS)**
Administrator Seema Verma

**Dept. of Health and Human Services (HHS)**

Secretary Alex Azar

**Center for Medicare and Medicaid Innovation (CMMI)**
Director Adam Boehler

**State Governments (Medicaid)**

**Managed Care Organizations**

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076185

# Value-Based Care, Medicare and Medicaid Policy Discussion

- How should we view The Trump Administration in regard to health care policy? How are they thinking about the world?

- How are policymakers viewing Medicare reform?

- How should we think more specifically about this Administration's approach and commitment to value?

- How should we think about the Medicaid activity in the states?

- How does Evolent's strategy align with policy focus and "total budget" programs?

Confidential – Do Not Distribute



CONFIDENTIAL                                                                        EVH00076186

# Delivering Value to Evolent's Medicare and Medicaid Partners

- Evolent Health President Seth Blackley
- Evolent Health COO Tom Peterson
- Passport Health Plan VP and CMO Stephen Houghland, MD
- Evolent Health Value-Based Services President Frazer Buntin
- Evolent Health CTO Chad Pomeroy
- Lee Health Chief Population Health Officer John Chomeau

CONFIDENTIAL

EVH00076187

# Key Medicare and Medicaid Concepts and Organizations

## Organizations and Programs within Medicare and Medicaid:

- **Accountable Care Organizations (ACOs)**

- **Managed Care Organizations aligning with providers ("Capitation")**
  - **Medicare**: Secretary Azar driving renewed focus on value
  - **Medicaid**: New program launches driving new trend (e.g. New York, Mass.)

- **Provider-Sponsored Health Plans**

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076188

# Our Go to Market Strategy Addresses the Spectrum of Value-Based Arrangements, and Evolent has Significant Running Room to Grow

| | ACOs | | Managed Care Capitation | | Provider-Sponsored Health Plans | |
|---|---|---|---|---|---|---|
| | NATIONAL COVERAGE | EVOLENT EXAMPLES | NATIONAL COVERAGE | EVOLENT EXAMPLES | NATIONAL COVERAGE | EVOLENT EXAMPLES |
| **Medicare** | ~500+ ACOs covering 10+M lives | Deaconess | ~19M MA lives from plans (e.g. Humana, Cigna) | Western U.S. partner | 90+ plans 3M+ lives* | MedStar Medicare Choice |
| **Medicaid** | 12 States (e.g. NY, Mass) | Northeast FQHC Network | ~60M lives from plans (e.g. Centene, WellCare) | Under Development | 86 plans*** | CountyCare |

**The Market:** Total of 58.5M Medicare** and 74M Medicaid Lives Across U.S.

Sources: https://www.cms.gov/fastfacts/, https://www.medicaid.gov/medicaid/program-information/medicaid-and-chip-enrollment-data/report-highlights/index.html, https://www.cms.gov/Medicare/Medicare-Fee-for-Service-Payment/sharedsavingsprogram/Downloads/SSP-2018-Fast-Facts.pdf, https://www.chcs.org/media/ACO-Fact-Sheet-02-27-2018-1.pdf, https://www.kff.org/medicare/issue-brief/medicare-advantage-2017-spotlight-enrollment-market-update/,
*AIS **Medicare Part A & B; ***86 PSHPs w/ Medicaid lives and other LOBs; 8 Medicaid-only PSHPs; ****as of 2015 per KFF

28

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076189

# The Medicaid Math Problem and the Expected Formula to Solve it

| Medicaid's Share of State Budgets* | Federal Response | State Response |
|---|---|---|
| State Fiscal Years 1987-2015 | *Provider Greater Flexibility to States[1]* | *Transfer Risk & Seek Innovation[2]* |



\* State General Funds Only



*No central planner gave Henry Ford a set of rules and instructions to manufacture the Model T. His ingenuity led to the product, and millions of consumers chose to buy it.*

**Seema Verma, MPH**
CMS Administrator



**Medicaid Spend Breakdown** — 49% Managed, 51% FFS (FY16)

**State ACO Programs** — 25 (12 Pending, 13 Active)

Sources: Manatt, WSJ Op-Ed September 19, 2017; Cantor/Managed Care: Medicaid Managed Care Still Growing at a Nice Pace, https://www.chcs.org/resource/medicaid-aco-state-update/; [1] Wall St. Journal: Medicare and Medicaid Need Innovation https://www.wsj.com/articles/medicare-and-medicaid-need-innovation-1505862017 [2] Medicaid.gov, Expenditure Reports From MBES/CBES: https://www.medicaid.gov/medicaid/finance/state-expenditure-reporting/expenditure-reports/index.html ; Center for Health Care Strategies: Medicaid ACOs: State Activity Map, https://www.chcs.org/resource/medicaid-aco-state-update/

CONFIDENTIAL

EVH00076190

# Medicaid Risk as an Opportunity for Providers... Rather than a Threat

 **FINANCIAL**

 **STRATEGIC**

 **COMMUNITY**

- Enables providers to capture underwriting margin

- Lowers loss to the delivery system through reduction of inappropriate utilization

- Provides long-term asset value appreciation

- Provides economies of scale for value-based care initiatives in other LOBs

- Deepens relationship with key partners at the state and local levels

- Aligns with most providers' missions to care for the most vulnerable in their communities

- Provides funding stream and ROI model for local innovation

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076191

# Evolent's Role in the Medicaid Ecosystem

**Federal**

**RISK**



State

MCO

Provider

Beneficiary

## EVH Business Model in Medicaid

| Target Partner | Target States | Evolent Services | Example Partner |
|---|---|---|---|
| ① Existing PSHPs | • All managed care states | • Discrete health plan services | CountyCare HEALTH PLAN |
| ② New PSHPs | • States in the window of an RFP release | • Turnkey health plan services | |
| ③ Risk-Bearing Provider Organizations | • ACO states<br>• All managed care states | • Turnkey ACO services | COMMUNITY CARE COOPERATIVE |

PSHP = Provider Sponsored Health Plan

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076192

# What We're Building in the MCOE Enables Us To Better Serve Passport's Members and Export Medicaid Solution to Other Markets

**Already a leading population health organization, the Passport partnership allows Passport/Evolent to accomplish two objectives:**

### 1

DEMONSTRATE EXPERTISE IN MEDICAID…

**Allowing for:**

- ✓ Proof point that Medicaid is a viable long-term health plan strategy
- ✓ Compare and collaborate on a Medicaid clinical model and risk adjustment solution
- ✓ Establish MCOE concept and co-locate
- ✓ Why community sponsorship is critical

### 2

… ABILITY TO RAPIDLY EXPORT SOLUTION

**Allowing for:**

- ✓ Potential opportunities in several new markets
- ✓ Leverage Talent and Scale Operations
- ✓ Job growth in Kentucky through the Medicaid Center of Excellence (MCOE)
- ✓ Playbook for new provider sponsored organizations

**PACKAGE CAPABILITIES**

| IDENTIFI TECHNOLOGY PLATFORM | VALENCE HEALTH AND ALDERA PLATFORM | PBM |
|---|---|---|

**LOUISVILLE MCOE**

Confidential – Do Not Distribute



**evolent** HEALTH

CONFIDENTIAL

EVH00076193

# Passport and Medicaid Center of Excellence on Path to Achieve Integration, Localized Growth and Multi-State Scale




**Examples:**
- Medicaid Marketing
- Health Plan Finance
- Community Engagement
- Provider Relations

**Passport Health Plan Capabilities**



**Evolent Capabilities**

**Examples:**
- Care Mgmt.
- Utilization Mgmt.
- Disease Mgmt.
- Health Plan Services

## Medicaid Center of Excellence (MCOE)

### Successes and Outlook

| Short Term (2016 – 2017) | Med Term (2017 - 2018) | Longer Term (2018 - 2020) |
|---|---|---|
| Identifi (UM/CM/DM) <br> PBM | HPS Migration <br> RAF | Potential Goals: <br> Value Based Payment <br> Medicare Migration <br> Multi-State PSHP <br> New Campus |




Confidential – Do Not Distribute

CONFIDENTIAL

EVH00076194

# Passport and Evolent: Aligned Partnership and Clear Value

## Passport Value for Evolent

- Existing stable of **Medicaid-specific clinical programs,** including:
  - Early and Periodic Screening, Diagnostic and Treatment
  - High Risk Maternity & NICU Case Mgmt.
  - Foster Care
  - Behavioral Health Care Management
- Experience to support **RFPs**
- **Stable operating environment** to scale new business

## Evolent Value for Passport

- **$75M+ in Medical Expense Savings in 2017**
  - Driven in large part by **pharmacy improvements**, including better drug pricing, drug changes and clinical management
  - Other key drivers: **Contracting, Utilization Mgmt., Claims Mgmt**.

- Optimized Holistic Care Management Model
- Locally-operated TPA
- Medicaid-specific Risk Adjustment Model
- New Physician Compensation Model

34

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076195

# Evolent Now Serves as a Leading Operating Partner to Provider-Led Medicaid Entities Across the Country

## CLINICAL + OPERATIONAL

 

  

CLINICAL & BEHAVIORAL HEALTH PROGRAMS    NETWORK    PBM

 

CARE MANAGEMENT    TPA / CLAIMS    PRODUCT DESIGN

 

UTILIZATION MANAGEMENT    PROVIDER & MEMBER SERVICES    MEMBER ACQUISITION

  

CLINICAL QUALITY    QUALITY    GOV. RELATIONS & COMPLIANCE

## EXAMPLE PARTNER SYSTEMS FROM AROUND THE COUNTRY

 



**1.5M** MEDICAID LIVES ON THE PLATFORM

**11** PROVIDER-SPONSORED MEDICAID PARTNERS

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL    EVH00076196

# Exporting Clinical Value Through Identifi - Northeast FQHC Network

**Partner Profile**

- Recently formed network of 15 independent Federally Qualified Health Centers (FQHCs)
- Managing approximately 105,000 full-risk Medicaid/CHIP lives as a Medicaid ACO

**Partner/ Evolent Partnership Rationale**

- Develop an independent, physician-led, outpatient-centric delivery network
- Deploy best-practice patient stratification, and clinical, behavioral and social interventions
- Launched new integrated behavioral/physical health model developed in MCOE

**Partnership Parameters**

Evolent is Providing:

- Customized clinical/social programs
- Core Operations, including COO role, Care Management Operations, etc.
- Training & Performance Improvement
- Technology and analytics platform

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076197

# Our Partner and Guest Speaker: Stephen Houghland, MD



**STEPHEN HOUGHLAND, MD**

Vice President and
Chief Medical Officer
Passport Health Plan

- Leads Medical Management, Quality Management, and related policy and practice initiatives for Passport Health Plan
- Serves as lead physician on the Medical Management team working closely with Medical Directors, physician reviewers and numerous clinical Directors and Managers
- Selected by his peers as one of the "Best Docs" in Louisville for internal medicine in 2012
- Prior to joining Passport in 2010, Dr. Houghland served as:
  - Medical Director and attending physician for University Physicians Associates as an Associate
  - Assistant Professor of Medicine in the Division of General Internal Medicine, Palliative Medicine and Health Education at the University of Louisville

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076198

# The Future: Living The Mission and Embedding Into Communities

## Passport West End Health and Well-Being Campus



- New 20-acre health campus in West Louisville that will feature Passport and Evolent Health's Medicaid Center of Excellence
- Anticipated completion – late 2019

### Benefits of Passport West End Campus:

- Significant **Community Development** Project for Louisville
- Heavy **Job Growth** (MCOE Headquarters)
- Supports **Local Patient/Member Engagement**
  - CHW, Care Managers, Behavioral Health, Social Work, Nutritionists
- **Local Partnerships** On-site to Address Social Determinants of Health
  - Housing Support, Healthy Food, After School Programs, Job Training, Career Support, Exercise Facilities
- Integrated **Member Experience**
  - Address Claims, Customer Service, Authorization, Care Management Questions in One Stop Shop
- On-site **Access to Healthcare** – Multispecialty clinic
- Learning Lab on **Social Determinants of Health** to Apply Nationally
- Long Term **Community Commitment and Impact**

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076199

# Value Based Payment Program Tailored to Optimize Care Delivery

**JOC Meetings** for Group Executive Leadership





**Care Conferences** for Practice Mangers and Providers

### Examples of Top-Down Support:

- Sharing utilization and other data with practices to ensure providers are well informed
- Identifying which specialists are providing the most value

## Comprehensive Support

### Examples of Bottoms-Up Support:

- Stratifying patients using Identifi to inform health plan and empower providers
- Tracking patients to ensure proper care and follow-up

## Examples of How Compensation Plan Tied to Priority Domains

**Adult and Pediatric Prevention and Quality:**

- Diabetic care, medication management, child well-care visits

**Efficiency:**

- All-cause readmission rates, use of imaging studies for low back pain

**Provider Citizenship:**

- Participation in leadership meetings and use of Identifi Practice

**Appropriateness of Diagnosis Coding:**

- Patient Experience; Patient assessment of doctor explanations and show of respect

## Re-aligning compensation model for seven (7) practices covering 120,000 Passport lives across 2,100 contracted primary care providers

39

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076200

# Medicare Spotlight on ACO Sub-Segment



| ACO Program | Participants | Risk and Upside |
|---|---|---|
| Track 1/2 | ~500 | • No downside risk, less upside<br>• Lower average performance |
| Track 3 | ~50 | • **More upside, some downside risk** |
| Next Gen ACO | ~50 | • **Higher average performance** |

Evolent Proprietary Approach to Target
Best Provider Partners

Evolent-Exclusive, Mutual Due Diligence
with Our Target Provider Partners

Launch Highest-Performing ACOs

### Evolent's 2018 Next Gen Cohort

✓ **10 Next Generation ACOs and 200+K Lives**

✓ **Supporting ~1/5 of All Orgs. Accepted
to Next Gen ACO Program Nationwide**

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076201

# Medicare Market Observations | How Health Systems & Provider Organizations Think About Medicare

| Focus Areas for Health Systems & Independent Physician Associations (IPAs) | Medicare remains an **anchor line of business** for systems and IPAs due to predictability of deal terms and MACRA bonus |
| --- | --- |
| | Launching and using **ACOs as a key mechanism to affiliate with physicians** |
| | Significant shift from **patient-centric to network-centric tactics** |
| Increasing Importance and Role of ACOs | ACOs now have a **seat at the table** as formal part of systems and IPAs |
| | **Centralization of traditional services** from health system or PCP practice into the ACO to improve value-centric performance of these functions.  Examples: Inpatient discharge planning for risk lives; Certifications of home health and hospice service on behalf of PCPs |
| | ACOs continuing to **segment provider participants** into high and low value participants:<br>• Co-management agreements with specialists (e.g. cardiology, orthopedics)<br>• SNF preferred provider network<br>• Using data/reporting to influence PCP referral patterns & specialist/ancillary practice patterns |

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076202

# Supporting Our Medicare ACO Partners to Drive the Most Impact

Evolent helps organizations build and deliver capabilities for ACO Performance:

| | |
|---|---|
| **Care Management** | Operating under a performance management structure and best in class stratification to ensure ROI |
| **Network Performance** | Driving Tactics, reporting, and monitoring to deliver shared savings |
| **Data and Analytics** | Identifying opportunities & projecting financial performance |
| **Research and Development** | Providing R&D Capabilities to drive rapid continuous improvement |
| **ACO Learning Collaborative** | Capturing and sharing learnings and operational best practices from partners |
| **Next Gen and MSSP ACO Playbooks** | Equipping new markets with tactics and tools to maximize execution |

**17,000**

**ACO Patients Engaged Across Clinical Programs in 2017***

**90%**

**Of ACO Patients Graduated from Clinical Programs****

* Source: Evolent Health  **Of those engaged across complex and transitions programs in aggregate

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076203

# Evolent Health's Key Components to Delivering Clinical Value



Confidential – Do Not Distribute



CONFIDENTIAL    EVH00076204

# Evolent Deploys Experienced Data Integration Services



Confidential – Do Not Distribute

CONFIDENTIAL

EVH00076205

# Evolent's Integrated Platform for Population Health and Health Plan Administration

## Wide Range of Identifi Users:

- Care Managers
- Population Health Mgrs. (PHM)
- Physician Engagement Specialists
- Behavioral Health Specialists
- Utilization Mgmt. Staff
- Health Plan Admins
- Business Analysts
- Network Admins
- Patients



45

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076206

# Our Partner and Guest Speaker: John Chomeau



**JOHN CHOMEAU**

Chief Population Health Officer
Lee Health

- Oversees development and execution of Lee Health value-based care strategies that include infrastructure, resources, contracting, partnerships and innovative community-care models.

- Manages contract development and negotiation, network management, provider relations and technology solutions to support and define the Accountable Care strategic direction.

- Responsible for Physician-Hospital Organization (PHO) and Clinical Integration Network (CIN) and oversees development of strategies that meet the needs of providers, Lee Health, local employers and payers, while also improving quality and service to patients.

- Prior experience:
  - President/CEO of Magellan Health, Commercial Behavioral Health Care Division
  - President of Aetna's Medicare Health Care Division
  - Officer/VP/GM of Medica's Center for Healthy Aging
  - Chief Marketing Officer at UnitedGroup

Confidential – Do Not Distribute

**evolent** ⬤
HEALTH

CONFIDENTIAL

EVH00076207

# Lee Health and Value-Based Care Strategy Overview

LEE HEALTH
Caring People. Inspiring Health.



## LEE AT-A-GLANCE:

- Non-profit, 5-Acute Hospital with 57 practice locations
- 1,500 physicians, 13,000 employees located in greater Ft. Myers
- **Entered into partnership with Evolent** to manage risk  both Medicare ACO and Medicaid Full Risk Contract
- Moved into **Next Gen** in 2018, currently have **25K** attributed beneficiaries
- 800+ ACO contracted providers
- AHCA intends to award MMA plan

## VALUE-BASED CARE STATUS:

### Community Impact

 **Clinical Impact**

**1M** — Patient Contacts/year

**$200M+** — Charity Care

**$250M+** — Golisano Children's

**Clinical Savings**

**$5.6M** — Commercial Shared Savings

**$7.5M** — Self Insured Plan

### Provider and Beneficiary Engagement

**18%+** — 2017 annual growth in provider network

**2,300** — Physicians in the CIN

**Provider Engagement and Growth to Scale Quickly**

**~5% Readmit** — Patients engaged with dedicated Care Advisor

**High-Risk Patients Managed Through Care Programs**

Confidential – Do Not Distribute

evolent
HEALTH

CONFIDENTIAL

EVH00076208

# Advancing and Unifying Our Efforts

**LEE HEALTH**
Caring People. Inspiring Health.

## "Marketplace Events" expected to create additive opportunity…



Risk and Complexity

- ASO Employer
- FL Medicaid Re-Procurement
- CMS Payment Bundles
- ACO Next Generation

Improvement to Margin

## Building upon each other…

- **Success with ACO and Payment Bundles** together expected to drive **better Medicare outcomes** and align Preventive, Wellness, Acute and Community into a Population Health approach to risk

- Success in ACO helped prepare LH to apply for and achieve PSN Status for **Medicaid**

- **Medicaid is the most complex** and also the most urgent community need

- **Aligned Population Health** expected to drive ability to serve Regional Self Insured Employers

Confidential – Do Not Distribute

**evolent** HEALTH



CONFIDENTIAL

EVH00076209

# Evolent Health Clinical Solutions and Driving Clinical Innovation with Houston Methodist

- Evolent Health SVP Clinical Research & Development Anita Cattrell
- Houston Methodist VP Population Health & Primary Care Dr. Julia Andrieni

CONFIDENTIAL    EVH00076210

# Driving Clinical Value – Timing is Everything



Source: Kaiser Family Foundation analysis of Medical Expenditure Panel Survey, Agency for Healthcare Research and Quality, U.S. Department of Health and Human Services; Riley 2007 Health Affairs; "Index Year" is 2001. Sample is Medicare FFS beneficiaries.

    Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL    EVH00076211

# Evolent Health's Key Components to Delivering Clinical Value





CONFIDENTIAL    EVH00076212

# Evolent's Care Model Was Externally Validated, Showing Impressive Impact on Avoidable Spend for Those Managed in Care Programs

| | Total Medical Expense | Inpatient Admissions | ED Visits | PCP Visits |
|---|---|---|---|---|
| **Medicare Advantage** | ▼ 24% | ▼ 38% | ▼ 51% | ▲ 7% |
| **Next Generation Medicare ACO** | ▼ 48% | ▼ 66% | ▼ 51% | ▲ 7% |
| **Medicaid Health Plan** | ▼ 21% | ▼ 33% | ▼ 36% | ▲ 7% |

Validation by the Care Innovations Validation Institute confirms that Evolent's highly coordinated delivery system has delivered outcomes that so far are unmatched by any other vendor in this segment. Of over one thousand population health vendors, Evolent is one of only 23 to receive this distinction, and is the only one focused specifically on case management.

*— Al Lewis, independent reviewer*



CONFIDENTIAL

EVH00076213

# Compounding: Why "Good" Isn't Good Enough

Total **ACTUAL** Value Captured is Equal to…

| TOTAL POTENTIAL VALUE | X | % of accurate IDENTIFICATION | X | % of successful ENGAGEMENT | X | % of effective MANAGEMENT |
|---|---|---|---|---|---|---|

   

**Common Pitfalls:**

- Use of physician referrals
- Targeting broad outcomes (e.g., high cost)
- Dependency on "stale" data

- One-size-fits all approach
- Lack of training on engagement tactics (e.g., motivational interviewing)

- Distracted office-embedded staff
- Focus on low value activities
- Inconsistencies
- No performance management

Confidential – Do Not Distribute



CONFIDENTIAL                                   EVH00076214

# Evolent Health's Key Components to Delivering Clinical Value



Confidential – Do Not Distribute



CONFIDENTIAL                                                                 EVH00076215



# Data Aggregation: Building a Comprehensive Clinical, Social, and Behavioral Profile

Bringing together disparate data sources to paint the most comprehensive and current patient profile

 **Medical Claims|** Diagnosed with Diabetes, Hypertension, CKD; 1 IP admission 14 mo ago

 **ADT / Billing |** Had 1 ER visit in the last week due to edema and shortness of breath

 **Labs / Clinical |** Recent A1C out of control with GFR changes in past 3 months

 **Rx Claims |** Increased unique meds from 6 to 10 in recent months, incl. anti-anxiety meds

 **Social |** Lives in food desert and below poverty line, no transportation

 **HRA |** Lives alone

 **Activation (Identifi) |** Highly likely to engage

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076216



# Predictive Identification: Using Machine Learning to Catch Members Before an "Impactable" Adverse Event

Disease/Condition   Historic Utilization   Real-time Encounters   Clinical Data   Pharmacy   Social Determinants   Self-Assessment   Activation

New script for anti-anxiety medications

High propensity to engage in program

ED visit for swelling and shortness of breath, GFR < 30

Lives in a food desert; no reliable transportation

Single risk score to predict **impactable adverse event**

*Over 50 Unique Machine Learning Models Predicting 20 Different Adverse Outcomes Across 3 Populations*

Confidential – Do Not Distribute

evolent HEALTH

CONFIDENTIAL                          EVH00076217



# Predictive Identification: Real-time Data Dramatically Reduces Time to Outreach to Avoid Hospital Admissions

**············ 60-90-day Claims Lag ············**

**Claims-based Stratification**

ED visit,
Primary Dx:
CKD Stg 4

**Admission for Edema**

Community
Health Worker
(CHW) Outreach

**24 Hours**

**Real-time Stratification**

ED visit for
swelling,
shortness
of breath;
GFR<30

CHW
Outreach

PCP office
visit; start on
Lasix; refer to
nephrologist

**Admission Avoided**

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076218

# Targeted Engagement: Analytics-Driven Segmentation
## Increase Engagement by Over 30%



Demographics

Behavioral Health

Caregiver Support

Neighborhood Composition

Prior Care Experience

## ANALYTICS DRIVEN PREDICTED ENGAGEMENT LEVEL

LOW ←→ HIGH

Patient A

Patient B

Patient C

TAILOR OUTREACH STRATEGY

PCP / Practice

Nurse Care Manager

Community Health Worker

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076219



# Performance Management: Continuously monitor completion of highest impact activities of care team

By analyzing all prior Identifi cases, we know which specific program and activities are most strongly correlated with positive health outcomes for a given case

**COMPLEX CARE PROGRAM**

**CHW**
Arrange for low-sodium meal delivery and transportation to PCP and nephrologist office visits

**RN**
Perform comprehensive clinical assessment, develop integrated care and symptom response plan

**PCP**
PCP prescribes meds (Lasix), titrates other medications, refers to nephrologist

Confidential – Do Not Distribute



evolent
HEALTH

CONFIDENTIAL

EVH00076220

# Our Partner and Guest Speaker: Julia Andrieni, MD FACP



**JULIA ANDRIENI, MD, FACP**

Vice President, Population
Health and Primary Care
Houston Methodist

- President & CEO, Houston Methodist Coordinated Care
  - Houston Methodist Coordinated Care (HMCC) is an Accountable Care Organization (ACO) led by doctors affiliated with Houston Methodist and the community.
- President & CEO, Houston Methodist Physicians' Alliance for Quality
- Associate Professor of Clinical Medicine, Weill Cornell Medical College

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076221

# Provide Primary Care Practice Resources to Support Value Based Care

## Clinical programs are meant to support PCPs in managing high risk patients, not add more work

 **PRIMARY CARE PHYSICIAN SUPPORT**

 **INTEGRATED INFORMATICS PRACTICE SUPPORT**

### *Clinical and non-clinical support to PCPs*

- **Population Health Advisors** visit practices onsite to review individual physician utilization and quality reports monthly.
- **Coordinated Care Nurses** visit practices to review patients enrolled in clinical programs to discuss specific opportunities to manage rising risk patients

### *Updates available in EHR to assist PCPs at point of care*

- **Patient Care Plans** include goals and interventions
- **Medical Reconciliation** from pharmacists
- **Nursing Care Notes** integrated in EHR
- **Patient Risk Scores**
  - Readmission Risk Score
  - ED Utilization Risk Score
  - Complex Care Risk Score



Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076222

# Primacy Care Practice Support: Clinical and Non-Clinical Resources Work Together to Address Gaps in Care and Manage the "Rising Risk"

## Population Health Advisor

- The "boots on the ground" operational support to the practice

- Supports physician practices in collaboration with client physician leads, including understanding and closing patient care gaps

- Shares analysis and evaluation of data and performance reports with practices, and helps practice act on it

- Supports implementation of practice leadership and education at the practice sites

- Collaborates with Coordinated Care Nurses for to support rising risk



**Primacy Care Physician Practice**

## Coordinated Care Nurse

- The "boots on the ground" support to rising risk patients manage their health to prevent adverse events

- Supports qualified patients to manage chronic conditions and preventive care, including self-management and closure of care gaps

- Acts as a liaison to physicians in the coordination of patient care, including addressing barriers to access and social determinants of health

- Meets quarterly with high-volume practices to review cases and discuss care management needs

Confidential – Do Not Distribute



CONFIDENTIAL                                                                                                EVH00076223

# HMCC Quality Metrics Dashboard Integrated in Physician Workflow to Identify and Close Gaps in Care

## HMCC Quality Metrics Feedback for Physicians and Practices



Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076224

# Maximizing Physician and Care Team Engagement



Confidential – Do Not Distribute

CONFIDENTIAL

EVH00076225

# Physician Led Transformation Driven by Data



## Physician-Led Transformation

- Innovative approaches to clinical effectiveness and governance

$$\text{Value} = \frac{\text{Benefits (Quality)}}{\text{Avoidable Costs}}$$

***Provides Value to Patients and to Physicians***

Confidential – Do Not Distribute



CONFIDENTIAL    EVH00076226

# HMCC Innovative Solutions Utilizing Technology



| Challenges | Identification of Patients | Stratification of Individual Patient Health Risks | Collaborative Partnerships | Quality Integration & Interoperability (6 EHRs) |
|---|---|---|---|---|
| **Solutions** | • Patients identified in EHR<br>• Readmissions flagged and sent to care team and PCP | • Stratification of Patients' based on Health Risks<br>  – Complexity Risk Score<br>  – Readmission Risk Score<br>  – ED Utilization Risk Score | • Urgent Care Centers<br>• Post-Acute Facilities<br>• Health Information Exchange between health systems (HIE)<br>• PatientPing | • Hardwire Quality Metrics in Practices<br>• Data feeds<br>  – CMS Claims Data<br>  – Inpatient / Outpatient Data |

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076227

# Technology and Innovation Drives Patient Outcomes

## INDIVIDUALIZED PATIENT CARE STRATEGY

 **Risk-Life Banner**

***Risk level classification*** integrated & visible within EHR for ALL HMCC patients

- ED Utilization Risk Score
- Readmissions Risk Score
- Complex Care Risk Score

## ED UTILIZATION STRATEGY

 **ED Ping**

***Real-time ping capability*** when beneficiary presents at any Houston Methodist ED facility for HMCC Case Management

## PATIENT IDENTIFICATION STRATEGY

 **Identifying flag in EHRs**

***All attributed HMCC patients flagged*** in EHRs to alert care team

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076228

# HMCC Patient Risk Banner Integrated in EHR for Care Teams

**What is the patient risk-life banner?**

- Verifies person enrolled in care program and reason if not
- Predictively identifies and shows severity of patient risk:
  - Complex Care Risk
  - Readmissions Risk  } *Risk is color coded*
  - ED Utilization Risk

**Why is it important?**

- Categorizes patients into high, medium, low groups based on predictive analytic IT tool



**↑ Patient Risk Banner**

**Where is it? SnapShot also in EPIC Care Link**

Confidential – Do Not Distribute

evolent HEALTH

CONFIDENTIAL                                                                                                    EVH00076229

# HMCC Key Hospital Utilization Metrics | 2017 CMS Q4 Results

**1** **Inpatient Admits**
*Utilization per 1,000 patients*



**2** **ED Visits**
*Utilization per 1,000 patients*



**Key Takeaways**

- Clinical nursing outreach programs progressively made an impact with patient education and chronic condition management
- ED initiative contributes to reducing inpatient admits by providing HMCC Case Management

**Key Takeaways**

- ED Physicians and Hospitalists collaborate to continuously engage impactable patients in ED
- ED care teams and HMCC Case Management utilize patient risk scores

Disclaimer: Proprietary and Confidential. Trends and information shown are HMCC projections based on actuarial analysis and are not final. Subject to change based on actual CMS data and confirmation.

69

Confidential – Do Not Distribute

**evolent** HEALTH

EVH00076230

# 2017 HMCC Key Post Acute Utilization Metrics

**3** **Long-Term Acute Care/ Inpatient Rehabilitation Facility Visits**
*Utilization per 1,000 patients*

**4** **Skilled Nursing Facility Utilization**
*Utilization per 1,000 patients*





**Key Takeaways**

- Standardizing post acute patient placement was effective in reducing utilization
- HMCC Social Workers lead patient discharge planning with care teams and families

**Key Takeaways**

- HMCC team managed SNF days and patient goals of care utilizing patient risk scores
- HMCC team facilitated follow-up appointments with Primary Care Physicians

Disclaimer: Proprietary and Confidential. Trends and information shown are HMCC projections based on actuarial analysis and are not final. Subject to change based on actual CMS data and confirmation.

70

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076231

# Evolent Health
# Financial Overview

- Evolent Health CFO Nicky McGrane

CONFIDENTIAL

EVH00076232

# Financial Highlights



## Strong Consistent Growth

- Large addressable market

- Organic growth through addition of new markets and expansion in existing markets



## Scalable Model, Visibility and Long-Term Revenue Growth

- Scalable platform leveraging existing infrastructure



- High flow through on incremental lives added to platform

- Strong track record of accretive capital deployment

- Recurring revenue with high forward-visibility; long-term agreements

- Disciplined strategy to use capital to enhance long-term relationships

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076233

# Strong Topline Results



**Adjusted Revenue Growth***

CAGR 79%

| | 2013 | 2014 | 2015 | 2016 | LTM Q1 2018 |
|---|---|---|---|---|---|
| Revenue | $40.3 | $100.9 | $163.5 | $256.3 | $474.1 |
| LIVES | | 433K | 718K | 2.0M | 2.8M |

$ in Millions ■ Transformation ■ Platform and Operations ■ Premiums

### HOW WE MAKE MONEY

- PMPM model under long-term contracts

- PMPM is typically 2-5% of Providers' PMPM

- Q1 2018 2.8M lives and PMPM of $13.77

- 84% of revenue under services-only PMPM; 16% premium revenues

- Approx. 10% of revenue on LTM basis in "fees-at-risk" arrangements
  - Balanced risk share with fees booked and upside/downside tied to performance

*Non-GAAP measure, see "Non-GAAP Financial Measures" above for definition and Appendix A below for reconciliation to GAAP. GAAP revenues in 2013, 2014, 2015, 2016 and LTM Q1 2018 were $25.7M, zero, $96.9M, $254.2M and $468.4M respectively.

73

Confidential – Do Not Distribute

**evolent**  HEALTH™

EVH00076234

# Delivering Bottom Line Performance



**Adjusted Quarterly EBITDA***

7.9
3.5
2.6
(3.6)
(4.8)
(5.4)
(7.9)

Avg Quarter 2015   Avg Quarter 2016   2017Q1   2017Q2   2017Q3   2017Q4   2018Q1

Path to profitability driven by:
- Scale
  - 3.9x increase in lives on platform 2015 to Q1 2018
- Leverage
  - Stable gross margins, and
  - 20%+ reduction in SG&A as % of sales 2015 to Q1 2018

* Non-GAAP measure, see "Non-GAAP Financial Measures" above for definition and appendices B and C below for reconciliation to GAAP. GAAP net income (loss) for the average quarter in 2015 and 2016 was $83.1M and ($39.9M), respectively.  For Q1 through Q4 of 2017, GAAP net loss was ($18.0M), ($16.9M), ($12.6M) and ($13.2M), respectively. In addition, GAAP net loss for Q1 2018 was ($13.6M). SG&A as a percentage of revenue for the average quarter in 2015, the average quarter in 2016, Q1 2017, Q2 2017, Q3 2017, Q4 2017 and Q1 2018 was 90%, 63%, 50%, 48%, 42%, 49% and 40%, respectively.

74

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076235

# Capital Strategy

## Aim to Deploy Capital Across 2018-2019 Toward Strategic M&A and Co-Investment with Partners

### CO-INVESTMENT STRATEGY GOALS

- Catalyze attractive markets
- Deploy modest amounts of capital in context of large, multi-year agreements
- Enhance alignment and retention
- Capture downstream value creation

 

### STRATEGIC M&A GOALS

- Enhance capabilities / performance
- Improve margins through scale and in-sourcing services
- Cross-sell opportunity
- Market leadership

  accordion health

**Disciplined capital strategy with potential to deliver accretive returns on capital**

Confidential – Do Not Distribute

**evolent** HEALTH

CONFIDENTIAL

EVH00076236

# Track Record of Successful Capital Deployment

| Co-Investment with Partners | M&A |
|---|---|



**February 2016**

- $10 million co-investment used to establish Medicaid Center of Excellence
- Long-term deal and <$80 million in revenue for 2017



**October 2016**

- Doubled the number of lives on the platform to 1.5 million since acquisition
- Deepened Medicaid expertise and significant future opportunity



new mexico

- ~22,000 commercial members; <10% market share
- EVH providing a broad range of services
- Launching pad in New Mexico for multiple strategies

Confidential – Do Not Distribute



CONFIDENTIAL                                        EVH00076237

# Q1 2018 Summary



**Aggregate Performance***

- Adjusted revenues of $144.4mm representing growth of 35.3%

- Adjusted EBITDA of $7.9mm

- Cash of Hand of $200mm

- Six new long term partners added YTD

- **Segment Performance***

- Adjusted services revenue of $124.8mm representing 16.9% growth, before inter-segment eliminations of $3.8mm

- Adjusted services EBITDA of $7.0mm

- Lives on platform of 2.8mm; Q1 2018 PMPM of $13.77

- True Health revenue of $23.6mm, before inter-segment eliminations of $0.2mm

- Adjusted True Health EBITDA of $0.9mm

- 22k commercial members as of March 31, 2018

---

\* Non-GAAP measure, see "Non-GAAP Financial Measures" above for definition and the appendices below for reconciliation to GAAP. GAAP total revenue and net loss for Q1 2018 was $139.7M and ($13.6M), respectively. Services revenue for Q1 2018 was $116.3M.

Confidential – Do Not Distribute



CONFIDENTIAL

EVH00076238

# Key Takeaways



**1** Massive national movement around **addressing chronic populations to drive clinical value and lower costs**

**2** **Providers are best suited to manage this population**, but often lack the technology, support and depth of knowledge to identify and manage chronic patients and capture the value from the savings they generate.

**3** Our **payer-agnostic platform** provides the clinical, administrative and operational capabilities providers need—all within a single, integrated platform.

**4** With a **leading position in the market**, Evolent is taking advantage of this opportunity and meeting the needs of the market.

78    Confidential – Do Not Distribute



CONFIDENTIAL    EVH00076239

# Thank You
# Q&A

CONFIDENTIAL                                                                                                                     EVH00076240

# Appendix

CONFIDENTIAL

EVH00076241

# Appendix A – Adjusted Revenue Reconciliation

(in millions)

| | Evolent Health, Inc. as Reported | Add: Evolent Health LLC Operations | Adjustments | Evolent Health, Inc. as Adjusted |
|---|---|---|---|---|
| **LTM Q1 2018** | | | | |
| Transformation services | $ 25.7 | $ - | $ 3.7 | $ 29.4 |
| Platform and operations services | 419.3 | - | 2.0 | 421.3 |
| True Health premiums | 23.4 | - | - | 23.4 |
| Total revenue | $ 468.4 | $ - | $ 5.7 | $ 474.1 |
| **LTM Q1 2017** | | | | |
| Transformation | $ 40.5 | $ - | $ - | $ 40.5 |
| Platform and operations | 270.6 | - | 2.5 | 273.1 |
| Total revenue | $ 311.1 | $ - | $ 2.5 | $ 313.6 |
| **Q1 2018** | | | | |
| Transformation services | $ 6.5 | $ - | $ 3.6 [1] | $ 10.1 |
| Platform and operations services | 109.8 | - | 1.1 [1] | 110.9 |
| True Health premiums | 23.4 | - | - | 23.4 |
| Total revenue | $ 139.7 | $ - | $ 4.7 | $ 144.4 |
| **Q1 2017** | | | | |
| Transformation | $ 10.3 | $ - | $ - | $ 10.3 |
| Platform and operations | 96.0 | - | 0.5 [1] | 96.5 |
| Total revenue | $ 106.3 | $ - | $ 0.5 | $ 106.8 |
| **2017** | | | | |
| Transformation | $ 29.5 | $ - | $ - | $ 29.5 |
| Platform and operations | 405.5 | - | 1.4 [4] | 406.9 |
| Total revenue | $ 435.0 | $ - | $ 1.4 | $ 436.4 |
| **2016** | | | | |
| Transformation | $ 38.3 | $ - | $ 0.1 [3] | $ 38.4 |
| Platform and operations | 215.9 | - | 2.0 [3] | 217.9 |
| Total revenue | $ 254.2 | $ - | $ 2.1 | $ 256.3 |
| **2015** | | | | |
| Transformation | $ 19.9 | $ 15.8 [4] | $ 1.5 [3] | $ 37.2 |
| Platform and operations | 77.0 | 46.0 [4] | 3.3 [3] | 126.3 |
| Total revenue | $ 96.9 | $ 61.8 | $ 4.8 | $ 163.5 |
| **2014** | | | | |
| Transformation | $ - | $ 36.3 [5] | $ - | $ 36.3 |
| Platform and operations | - | 64.6 [5] | - | 64.6 |
| Total revenue | $ - | $ 100.9 | $ - | $ 100.9 |
| **2013** | | | | |
| Transformation | $ 22.1 | $ 12.5 [6] | $ - | $ 34.6 |
| Platform and operations | 3.6 | 2.1 [6] | - | 5.7 |
| Total revenue | $ 25.7 | $ 14.6 | $ - | $ 40.3 |

(1) Adjustments to transformation services revenue and platform and operations services revenue for the three months ended March 31, 2018, include approximately $3.7 million and $0.8 million, respectively, resulting from our transition adjustments related to the implementation of ASC 606. Adjustments to platform and operations services revenue also include deferred revenue purchase accounting adjustments of approximately $0.2 million and $0.5 million for the three months ended March 31, 2018 and 2017, respectively, resulting from our acquisitions and business combinations.

(2) Adjustments to platform and operations revenue include deferred revenue purchase accounting adjustments of approximately $1.5 million for the year ended December 31, 2017, resulting from our acquisitions and business combinations.

(3) We recorded deferred revenue adjustments of approximately $2.0 million to transformation revenue and platform and operations revenue during 2016, related to purchase accounting adjustments from the Valence Health and Aldera acquisitions. As part of the Reorganization and as a result of gaining control of Evolent Health LLC, we recorded the fair value of deferred revenue resulting in a $4.9 million reduction to the book value. This resulted in adjustments of approximately $0.1 million and $4.8 million to transformation revenue and platform and operations revenue for the years ended December 31, 2016 and 2015, respectively, related to purchase accounting adjustments which reflect the portion of the adjustment that would have been recognized in the respective period.

(4) Represents the results of operations of Evolent Health LLC for the period January 1, 2015, through June 3, 2015.

(5) Represents the results of operations of Evolent Health LLC for the period January 1, 2014, through December 31, 2014.

(6) Represents the results of operations of Evolent Health LLC for the period September 23, 2013, through December 31, 2013.

CONFIDENTIAL

EVH00076242

# Appendix B: Evolent Health, Inc. Adjusted EBITDA Reconciliation

For Q1-Q4 of 2015 and 2016

(in millions)

| | Adjusted EBITDA Reconciliation | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Q1 2015 | Q2 2015 | Q3 2015 | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 |
| **Net Income (Loss) Attributable to Evolent Health, Inc.** | $ (11.3) | $ 359.9 | $ (12.0) | $ (4.1) | $ (122.7) | $ (8.4) | $ (11.2) | $ (17.4) |
| Less: | | | | | | | | |
| Interest income | - | 0.0 | 0.1 | 0.2 | 0.3 | 0.3 | 0.3 | 0.1 |
| Interest expense | - | - | - | - | - | - | - | (0.2) |
| (Provision) benefit for income taxes | - | (29.3) | 0.1 | 5.7 | 1.0 | 0.4 | 0.3 | 9.1 |
| Depreciation and amortization expenses | - | (1.0) | (3.1) | (3.1) | (3.4) | (3.6) | (3.7) | (6.5) |
| **EBITDA** | (11.3) | 390.2 | (9.1) | (6.9) | (120.6) | (5.4) | (8.0) | (20.0) |
| Results of Evolent Health LLC [1] | | | | | | | | |
| Add: | | | | | | | | |
| Net income (loss) | (19.3) | (24.8) | - | - | - | - | - | - |
| Less: | | | | | | | | |
| Interest income (expense), net | 0.0 | 0.0 | - | - | - | - | - | - |
| Depreciation and amortization expenses | (1.5) | (1.2) | - | - | - | - | - | - |
| Other income (expense), net | - | - | - | - | - | - | - | - |
| Less: | | | | | | | | |
| Goodwill impairment | - | - | - | - | (160.6) | - | - | - |
| Gain on consolidation | - | 414.1 | - | - | - | - | - | - |
| Income (loss) from affiliates | (11.3) | (16.8) | - | - | - | (0.0) | (0.4) | (0.4) |
| Gain on change in fair value of contingent consideration | - | - | - | - | - | - | - | 2.1 |
| Impact of lease termination | - | - | - | - | - | - | - | (6.5) |
| Other income (expense), net | - | - | - | - | - | 0.0 | 0.0 | 0.0 |
| Net (income) loss attributable to non-controlling interests | - | 3.4 | 5.1 | 4.1 | 51.1 | 3.6 | 4.6 | 7.8 |
| Purchase accounting adjustments | - | (1.3) | (2.9) | (0.7) | (0.1) | - | - | (2.0) |
| Stock-based compensation expense | (8.0) | (19.9) | (4.4) | (4.2) | (4.3) | (4.7) | (4.8) | (8.7) |
| Transaction costs | (1.0) | (2.8) | (0.3) | (0.2) | (0.1) | (0.4) | (4.2) | (4.6) |
| **Adjusted EBITDA** | $ (8.8) | $ (10.2) | $ (6.7) | $ (5.9) | $ (6.6) | $ (3.9) | $ (3.1) | $ (7.7) |

[1] Represents the results of Evolent Health LLC for the period from January 1, 2015 – June 3, 2015

CONFIDENTIAL

EVH00076243

# Appendix B: Evolent Health, Inc. Adjusted EBITDA Reconciliation (continued)

For Q1-Q4 of 2017 and Q1 of 2018

(in millions)

| | Adjusted EBITDA Reconciliation | | | | |
|---|---|---|---|---|---|
| | Q1 2017 | Q2 2017 | Q3 2017 | Q4 2017 | Q1 2018 |
| **Net Income (Loss) Attributable to Evolent Health, Inc.** | $ (18.0) | $ (16.9) | $ (12.6) | $ (13.2) | $ (13.6) |
| Less: | | | | | |
| Interest income | 0.2 | 0.2 | 0.4 | 0.8 | 1.1 |
| Interest expense | (1.0) | (0.9) | (0.9) | (0.9) | (0.9) |
| (Provision) benefit for income taxes | (0.4) | 0.7 | 1.7 | 4.6 | (0.0) |
| Depreciation and amortization expenses | (6.6) | (6.9) | (7.7) | (11.1) | (9.5) |
| **EBITDA** | (10.2) | (10.0) | (6.1) | (6.6) | (4.3) |
| Less: | | | | | |
| Income (loss) from affiliates | (0.5) | (0.6) | (0.4) | (0.3) | (0.1) |
| Loss on change in fair value of contingent consideration | - | (0.2) | (0.1) | (0.1) | (0.1) |
| Other income (expense), net | 0.0 | 0.0 | 0.0 | 0.2 | (0.0) |
| Net (income) loss attributable to non-controlling interests | 5.1 | 2.8 | 0.5 | 0.6 | 0.4 |
| ASC 606 transition adjustments | - | - | - | - | (4.5) |
| Purchase accounting adjustments | (0.5) | (0.2) | (0.4) | (0.2) | (0.2) |
| Stock-based compensation expense | (5.1) | (5.4) | (5.7) | (4.3) | (3.8) |
| Severance costs | - | - | - | - | (1.6) |
| Amortization of contract cost assets | - | - | - | - | (0.6) |
| Transaction costs | (4.4) | (2.8) | (2.7) | (6.0) | (1.8) |
| **Adjusted EBITDA** | $ (4.8) | $ (3.6) | $ 2.6 | $ 3.5 | $ 7.9 |

CONFIDENTIAL

EVH00076244

# Appendix C – Adjusted SG&A as a % of Adjusted Revenue Reconciliation

(in millions)

| | Evolent Health, Inc. as Reported | Add: Evolent Health LLC Operations | Adjustments | Evolent Health, Inc. as Adjusted |
|---|---|---|---|---|
| **Q1 2018** | | | | |
| Transformation services | $ 6.5 | $ - | $ 3.7 [1] | $ 10.2 |
| Platform and operations services | 109.8 | - | 1.1 [1] | 110.9 |
| True Health premiums | 23.4 | - | - | 23.4 |
| Total revenue | $ 139.7 | - | 4.8 | $ 144.5 |
| SG&A | $ 55.5 | - | (6.1) [2] | $ 49.4 |
| SG&A as a % of total revenue | 40% | | | 34% |
| **Q4 2017** | | | | |
| Transformation | $ 5.6 | $ - | $ - | $ 5.6 |
| Platform and operations | 108.1 | - | 0.2 [3] | 108.3 |
| Total revenue | $ 113.7 | - | 0.2 | $ 113.9 |
| SG&A | $ 55.2 | - | (8.9) [4] | $ 46.3 |
| SG&A as a % of total revenue | 49% | | | 41% |
| **Q3 2017** | | | | |
| Transformation | $ 8.2 | $ - | $ - | $ 8.2 |
| Platform and operations | 99.7 | - | 0.5 [5] | 100.2 |
| Total revenue | $ 107.9 | - | 0.5 | $ 108.4 |
| SG&A | $ 45.8 | | (5.8) [6] | $ 40.0 |
| SG&A as a % of total revenue | 42% | | | 37% |
| **Q2 2017** | | | | |
| Transformation | $ 5.4 | $ - | $ - | $ 5.4 |
| Platform and operations | 101.7 | - | 0.2 [7] | 101.9 |
| Total revenue | $ 107.1 | - | 0.2 | $ 107.3 |
| SG&A | $ 51.1 | - | (6.4) [8] | $ 44.7 |
| SG&A as a % of total revenue | 48% | | | 42% |
| **Q1 2017** | | | | |
| Transformation | $ 10.3 | $ - | $ - | $ 10.3 |
| Platform and operations | 96.0 | - | 0.5 [1] | 96.5 |
| Total revenue | $ 106.3 | - | 0.5 | $ 106.8 |
| SG&A | $ 53.6 | - | (8.5) [2] | $ 45.1 |
| SG&A as a % of total revenue | 50% | | | 42% |

(1) Adjustments to transformation services revenue and platform and operations services revenue for the three months ended March 31, 2018, include approximately $3.7 million and $0.8 million, respectively, resulting from our transition adjustments related to the implementation of ASC 606. Adjustments to platform and operations services revenue also include deferred revenue purchase accounting adjustments of approximately $0.2 million and $0.5 million for the three months ended March 31, 2018 and 2017, respectively, resulting from our acquisitions and business combinations.

(2) Adjustments to selling, general and administrative expenses include $3.5 million and $4.8 million in stock-based compensation expense for the three months ended March 31, 2018 and 2017, respectively. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of $1.8 million and $3.8 million for the three months ended March 31, 2018 and 2017, respectively, resulting from acquisitions and business combinations and costs relating to our securities offerings. The adjustments also include less than $0.1 million related to the amortization of contract cost assets recorded as a result of the one time ASC 606 transition adjustment and $0.8 million of one-time severance costs for the three months ended March 31, 2018.

(3) We recorded deferred revenue adjustments of approximately $0.2 to platform and operations revenue for the three months ended December 31, 2017.

(4) Adjustments to selling, general and administrative expenses include approximately $4.0 million in stock-based compensation expense for the three months ended December 31, 2017. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of approximately $4.8 million for the three months ended December 31, 2017, resulting from acquisitions, business combinations and costs relating to our securities offerings.

(5) Adjustments to platform and operations revenue include deferred revenue purchase accounting adjustments of approximately $0.4 million for the three months ended September 30, 2017, resulting from our acquisitions and business combinations.

(6) Adjustments to selling, general and administrative expenses include $5.3 million in stock-based compensation expense for the three months ended September 30, 2017. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of $0.5 million for the three months ended September 30, 2017, resulting from acquisitions and business combinations and costs relating to our securities offerings.

(7) Adjustments to platform and operations revenue include deferred revenue purchase accounting adjustments of approximately $0.2 million for the three months ended June 30, 2017, resulting from our acquisitions and business combinations.

(8) Adjustments to selling, general and administrative expenses include $5.0 million in stock-based compensation expense for the three months ended June 30, 2017. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of $1.9 million for the three months ended June 30, 2017, resulting from acquisitions and business combinations and costs relating to our securities offerings. These adjustments for the three months ended June 30, 2017, were offset by a one-time benefit of approximately $0.5 million related to a lease termination in conjunction with the Valence Health acquisition.

CONFIDENTIAL

EVH00076245

# Appendix C Adjusted SG&A as a % of Adjusted Revenue Reconciliation (continued)

(in millions)

| | Evolent Health, Inc. as Reported | Add: Evolent Health LLC Operations | Adjustments | Evolent Health, Inc. as Adjusted | |
|---|---|---|---|---|---|
| **Q4 2016** | | | | | |
| Transformation | $ 12.1 | $ - | $ - | $ 12.1 | |
| Platform and operations | 76.0 | - | 1.9 [1] | 77.9 | |
| Total revenue | $ 88.1 | - | 1.9 | $ 90.0 | |
| SG&A | $ 57.6 | - | (15.5) [2] | $ 42.1 | |
| SG&A as a % of total revenue | 65% | | | 47% | |
| **Q3 2016** | | | | | |
| Transformation | $ 7.8 | $ - | $ - | $ 7.8 | |
| Platform and operations | 52.4 | - | - | 52.4 | |
| Total revenue | $ 60.2 | - | - | $ 60.2 | |
| SG&A | $ 38.4 | - | (8.8) [3] | $ 29.6 | |
| SG&A as a % of total revenue | 64% | | | 49% | |
| **Q2 2016** | | | | | |
| Transformation | $ 10.4 | $ - | $ - | $ 10.4 | |
| Platform and operations | 46.1 | - | - | 46.1 | |
| Total revenue | $ 56.5 | - | - | $ 56.5 | |
| SG&A | $ 32.8 | - | (4.5) [4] | $ 28.3 | |
| SG&A as a % of total revenue | 58% | | | 50% | |
| **Q1 2016** | | | | | |
| Transformation | $ 8.1 | $ - | $ 0.1 [5] | $ 8.2 | |
| Platform and operations | 41.3 | - | - | 41.3 | |
| Total revenue | $ 49.4 | - | 0.1 | $ 49.5 | |
| SG&A | $ 31.9 | - | (3.9) [6] | $ 28.0 | |
| SG&A as a % of total revenue | 65% | | | 57% | |
| **Average Quarter 2016** | | | | | |
| SG&A as a % of total revenue | 63% | | | 51% | |

(1) We recorded deferred revenue adjustments of approximately $2.0 million to transformation revenue and platform and operations revenue for the three months ended December 31, 2016, related to purchase accounting adjustments from the Valence Health and Aldera acquisitions.

(2) Adjustments to selling, general and administrative expenses include approximately $7.2 million in stock-based compensation expense for the three months ended December 31, 2016, including a one-time expense of approximately $2.8 million during the three months ended December 31, 2016, related to the acceleration of Valence Health's unvested equity awards that vested upon the close of the Valence Health acquisition. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of approximately $1.9 million for the three months ended December 31, 2016, resulting from acquisitions and business combinations and costs relating to our Reorganization, IPO and other securities offerings. There was an additional one-time adjustment of approximately $6.5 million for the three months ended December 31, 2016, related to a lease abandonment expense incurred as a result of the Valence Health acquisition.

(3) Adjustments to selling, general and administrative expenses include $4.4 million in stock-based compensation expense for the three months ended September 30, 2016. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or Evolent Health LLC. Adjustments also include transaction costs of $4.4 million for the three months ended September 30, 2016, resulting from acquisitions and business combinations and costs relating to our Reorganization, IPO and other securities offerings.

(4) Adjustments to selling, general and administrative expenses include $4.3 million in stock-based compensation expense for the three months ended June 30, 2016. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or Evolent Health LLC. Adjustments also include transaction costs of $0.2 million for the three months ended June 30, 2016, respectively, resulting from acquisitions and business combinations and costs relating to our Reorganization and IPO.

(5) As part of the Reorganization and as a result of gaining control of Evolent Health LLC, we recorded the fair value of deferred revenue resulting in a $4.9 million reduction to the book value. This resulted in an adjustment of less than $0.1 million to transformation revenue for the three months ended March 31, 2016.

(6) Adjustments to selling, general and administrative expenses include $3.9 million in stock-based compensation expense for the three months ended March 31, 2016, respectively. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of less than $0.1 million for the three months ended March 31, 2016, resulting from acquisitions and business combinations and costs relating to our securities offerings.

EVH00076246

# Appendix C Adjusted SG&A as a % of Adjusted Revenue Reconciliation (continued)

(in millions)

| | Evolent Health, Inc. as Reported | Add: Evolent Health LLC Operations | Adjustments | Evolent Health, Inc. as Adjusted |
|---|---|---|---|---|
| **Q4 2015** | | | | |
| Transformation | $  10.4 | $  - | $  0.4 [1] | $  10.8 |
| Platform and operations | 35.6 | - | 0.3 [1] | 35.9 |
| Total revenue | $  46.0 | - | 0.7 | $  46.7 |
| SG&A | $  32.4 | - | (4.1) [2] | $  28.3 |
| SG&A as a % of total revenue | 70% | | | 61% |
| **Q3 2015** | | | | |
| Transformation | $  6.8 | $  - | $  0.8 [3] | $  7.6 |
| Platform and operations | 33.6 | - | 2.1 [3] | 35.7 |
| Total revenue | $  40.4 | - | 2.9 | $  43.3 |
| SG&A | $  29.8 | - | (4.3) [4] | $  25.5 |
| SG&A as a % of total revenue | 74% | | | 59% |
| **Q2 2015** | | | | |
| Transformation | $  2.7 | $  5.4 [5] | $  0.4 [6] | $  8.5 |
| Platform and operations | 7.7 | 19.4 [5] | 0.9 [6] | 28.0 |
| Total revenue | $  10.4 | 24.8 | 1.3 | $  36.5 |
| SG&A | $  13.1 | 30.0 [5] | (21.3) [7] | $  21.8 |
| SG&A as a % of total revenue | 126% | | | 60% |
| **Q1 2015** | | | | |
| Transformation | $  - | $  10.4 [8] | $  - | $  10.4 |
| Platform and operations | - | 26.7 [8] | - | 26.7 |
| Total revenue | $  - | 37.1 | - | $  37.1 |
| SG&A | $  - | 28.5 [8] | (8.6) [9] | $  19.9 |
| SG&A as a % of total revenue | 0% | | | 54% |
| **Average Quarter 2015** | | | | |
| SG&A as a % of total revenue | 90% | | | 58% |

(1) As part of the Reorganization and as a result of gaining control of Evolent Health LLC, we recorded the fair value of deferred revenue resulting in a $4.9 million reduction to the book value. This resulted in adjustments of approximately $0.7 million to transformation revenue and platform and operations revenue for the three months ended December 31, 2015, related to purchase accounting adjustments which reflect the portion of the adjustment that would have been recognized in the respective period.

(2) Adjustments to selling, general and administrative expenses include approximately $3.8 million in stock-based compensation expense for the three months ended December 31, 2015. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or its consolidated subsidiaries. Adjustments also include transaction costs of approximately $0.2 million for the three months ended December 31, 2015, resulting from acquisitions and business combinations and costs relating to our Reorganization, IPO and other securities offerings.

(3) As part of the Reorganization and as a result of gaining control of Evolent Health LLC, we recorded the fair value of deferred revenue resulting in a $4.9 million reduction to the book value. Adjustments to transformation revenue and platform and operations revenue relate to purchase accounting adjustments which reflect the portion of the adjustment that would have been recognized in the respective period.

(4) Adjustments to selling, general and administrative expenses include $4.0 million in stock-based compensation expense for the three months ended September 30, 2015. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or Evolent Health LLC. Adjustments also include transaction costs of $0.3 million for the three months ended September 30, 2015, respectively, resulting from acquisitions and business combinations and costs relating to our Reorganization, IPO and other securities offerings.

(5) Represents the operational results of Evolent Health LLC for the period April 1, 2015, through June 3, 2015.

(6) As part of the Reorganization and as a result of gaining control of Evolent Health LLC, we recorded the fair value of deferred revenue resulting in a $4.9 million reduction to the book value. Adjustments to transformation revenue and platform and operations revenue relate to purchase accounting adjustments which reflect the portion of the adjustment that would have been recognized in the respective period.

(7) Adjustments to selling, general and administrative expenses include $18.5 million in stock-based compensation expense for the three months ended June 30, 2015. Stock-based compensation expense includes the value of equity awards granted to employees and non-employee directors of the Company or Evolent Health LLC. Adjustments also include transaction costs of $2.8 million for the three months ended June 30, 2015, respectively, resulting from acquisitions and business combinations and costs relating to our Reorganization and IPO.

(8) Represents the operational results of Evolent Health LLC for the period from January 1, 2015 through March 31, 2015.

(9) Represents adjustments to remove the results of stock-based compensation and transaction expenses.

CONFIDENTIAL

EVH00076247