IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PLYMOUTH COUNTY RETIREMENT SYSTEM, *et al.*,
Plaintiff,

v.

EVOLENT HEALTH, INC., *et al.*,
Defendants.

Case No. 1:19-cv-1031 (MSN/TCB)

**ORDER**

This matter comes before the Court on Defendants' Motion for Partial Reconsideration of the Court's Order on Two Forward-Looking Statements (Dkt. No. 109), Lead Plaintiffs' Motion for Partial Reconsideration (Dkt. No. 111), and Defendants' Partial Motion to Dismiss the Third Amended Class Action Complaint (Dkt. No. 161). Having reviewed the motions, oppositions, the replies thereto, arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendants' Partial Motion to Dismiss the Third Amended Class Action Complaint (Dkt. No. 161) is **GRANTED** in part and **DENIED** in part. The motion is denied as to the "Newly Added 'Risk Partner' Statements,'" Dkt. No. 162 at 9, and the "Forward-Looking Statements Made on Feb[ruary] 26, 2019 and May 7, 2019," *id.* at 26, for the reasons stated from the bench. The motion is granted as to the "Previously Dismissed May 11, 2018 Statements." *Id.* at 16. It is further

**ORDERED** that Defendants' Motion for Partial Reconsideration of the Court's Order on Two Forward-Looking Statements (Dkt. No. 109) and Lead Plaintiffs' Motion for Partial Reconsideration (Dkt. No. 111) are **DENIED AS MOOT**. It is further

**ORDERED** that Plaintiffs shall amend or renew their Motion for Class Certification (Dkt. No. 134) on or before April 8, 2022. It is further

**ORDERED** that the parties shall confer as directed in open court and shall file a joint motion setting forth the parties' proposed schedule addressing case management deadlines, including briefing and

hearing on Class Certification, the completion of fact and expert discovery, and a proposed date for the pretrial conference.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
March 18, 2022