UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT
SYSTEM and OKLAHOMA POLICE
PENSION AND RETIREMENT SYSTEM,
Individually and On Behalf of All Others
Similarly Situated,

                                        Plaintiffs,

                v.

EVOLENT HEALTH, INC., FRANK
WILLIAMS, NICHOLAS MCGRANE, and
SETH BLACKLEY,

                                  Defendants.

Case No. 1:19-cv-01031-MSN-TCB

**LEAD PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION, APPOINTMENTOF CLASS REPRESENTATIVES,
AND APPOINTMENT OF CLASS COUNSEL AND LIAISON COUNSEL**

Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Lead Plaintiffs"), by their counsel, hereby move the Court for entry of an Order, pursuant to Rules 23(a), (b)(3), and (g) of the Federal Rules of Civil Procedure: (i) certifying this action as a class action pursuant to Rules 23(a) and (b)(3); (ii) appointing Lead Plaintiffs as Class Representatives pursuant to Rules 23(a) and (b)(3); and (iii) appointing Lead Counsel Saxena White P.A. as Class Counsel and Cohen Milstein Sellers & Toll PLLC as Liaison Counsel for the Class.

The grounds for this motion are more fully set forth in the Memorandum in Support of this motion and exhibits, which are filed herewith. With regard to Local Civil Rule 7, prior to filing this motion Lead Counsel conferred telephonically with counsel for Defendants regarding:

1

(i) Plaintiffs' bases for so moving and counsel for Defendants stated that Defendants intend to oppose class certification; and (ii) noticing a hearing date for this motion. On March 24, 2022, the Court entered a Second Amended Scheduling Order (ECF No. 192), ordering that the hearing on this motion be set for June 24, 2022. In accordance with Local Civil Rule 7(E), Lead Plaintiffs are concurrently filing herewith a Notice of Hearing for argument on June 24, 2022, at 10:00AM, or as soon thereafter as counsel may be heard.

Dated: April 8, 2022                                Respectfully submitted,


                                                    */s/ Steven J. Toll*
                                                    Steven J. Toll
                                                    Va. Bar No. 15300
                                                    stoll@cohenmilstein.com
                                                    Daniel S. Sommers
                                                    dsommers@cohenmilstein.com
                                                    **COHEN MILSTEIN SELLERS
                                                    & TOLL PLLC**
                                                    1100 New York Avenue, Suite 500
                                                    Washington, D.C. 20005
                                                    Tel: (202) 408-4600
                                                    Fax: (202) 408-4699

                                                    *Liaison Counsel for Lead Plaintiffs and the
                                                    Proposed Class*

                                                    **SAXENA WHITE P.A.**
                                                    Maya Saxena
                                                    Joseph E. White III
                                                    Lester R. Hooker
                                                    7777 Glades Road, Suite 300
                                                    Boca Raton, FL 33434
                                                    Tel: (561) 206-6708
                                                    msaxena@saxenawhite.com
                                                    jwhite@saxenawhite.com
                                                    lhooker@saxenawhite.com

                                                    Steven B. Singer
                                                    Sara DiLeo

Joshua H. Saltzman
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
sdileo@saxenawhite.com
jsaltzman@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*