UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | Case No. 1:19-cv-01031-MSN-TCB |

**DECLARATION OF STEVEN J. TOLL
IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES,
AND APPOINTMENT OF CLASS COUNSEL AND LIASION COUNSEL**

I, Steven J. Toll, declare as follows:

1.      I am the Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am a member in good standing of the bar of the Commonwealth of Virginia, and I am admitted to practice in the Eastern District of Virginia. Cohen Milstein serves as liaison counsel for Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Lead Plaintiffs").

2.      Attached as Exhibit A is a true and correct copy of the Expert Report of Chad Coffman, CFA, dated April 8, 2022.

1

3.      Attached as Exhibit B is a true and correct copy of the Firm Resume of Saxena White, P.A.

4.      Attached as Exhibit C is a true and correct copy of the Firm Resume of Cohen Milstein.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of April, 2022.

> */s/ Steven J. Toll*
> Steven J. Toll
> Va. Bar No. 15300
> **COHEN MILSTEIN SELLERS & TOLL PLLC**
> 1100 New York Avenue, Suite 500
> Washington, D.C. 20005
> Tel: (202) 408-4600
> Fax: (202) 408-4699
> stoll@cohenmilstein.com
>
> *Liaison Counsel for Lead Plaintiffs and the*
> *Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*