## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:19-cv-01031-MSN-TCB<br><br>CLASS ACTION |

**DECLARATION OF PETER M. STARR IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES, AND <u>APPOINTMENT OF CLASS COUNSEL AND LIAISON COUNSEL</u>**

I, Peter M. Starr, hereby declare:

1.      I am an attorney licensed to practice law in the State of Georgia with the law firm of King & Spalding LLP, attorneys of record for Defendants Evolent Health, Inc. ("Evolent"), Frank Williams, Nicholas McGrane, and Seth Blackley (collectively, the "Individual Defendants," and together with Evolent, "Defendants"), in the above-captioned action.  I am admitted *pro hac vice* in this case.

2.      I make this Declaration in support of Defendants' Response in Opposition to Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Liaison Counsel (the "Opposition").

- 1 -

3.      Attached hereto are true and correct copies of the following documents submitted in support of Defendants' Opposition:

| Exhibit 1 | Excerpts of the April 26, 2022 Deposition of Lead Plaintiff Plymouth County Retirement System by its representative David J. Sullivan – SUBMITTED PROVISIONALLY UNDER SEAL |
|---|---|
| Exhibit 2 | Excerpts of the April 21, 2022 Deposition of Lead Plaintiff Oklahoma Police Pension and Retirement System by its representative Regina Sigler – SUBMITTED PROVISIONALLY UNDER SEAL |
| Exhibit 3 | Excerpts of the May 6, 2022 Deposition of Silvercrest Asset Management by its representative Steven Lilly |
| Exhibit 4 | Excerpts of the May 11, 2022 Deposition of Newton Investment Management North America by its representative John Porter |
| Exhibit 5 | Excerpts of the May 9, 2022 Deposition of Plaintiff's Expert Witness Chad Coffman, CFA |
| Exhibit 6 | Expert Report of Plaintiffs' Expert Witness Chad Coffman, CFA, filed in *Employees' Retirement System of The Puerto Rico Electric Power Authority v. Conduent, Inc. et al.*, Case No. 2:19-cv-08237-SDW, (D.N.J. Dec. 7, 2020) dated October 15, 2020 |
| Exhibit 7 | Expert Report of Defendants' Expert Witness Lucy Allen dated May 20, 2022 – REDACTED VERSION FILED PUBLICLY; UNREDACTED VERSION SUBMITTED PROVISIONALLY UNDER SEAL |
| Exhibit 8 | Event Study prepared in connection with Expert Report of Chad Coffman – Excerpt of document produced by Plaintiffs as COFFMAN_00011590[1] |
| Exhibit 9 | January 10, 2018 Transcript of Evolent Health, Inc.'s Presentation at 2018 JP Morgan Annual Healthcare Conference |
| Exhibit 10 | February 15, 2019 Verified Complaint for Injunctive and Declaratory Relief in *Passport Health Plan v. Commonwealth of Kentucky* |

---

[1] The PDF document Defendants submit as Exhibit 8 is an excerpt of a larger document that was produced by Plaintiffs as a native Excel spreadsheet file. The native version of the spreadsheet contains numerous tabs; Defendants submit only the tab titled "Event Study Regression."

| Exhibit 11 | February 19, 2019 SunTrust Robinson Humphrey Analyst Report (document produced by Plaintiffs as COFFMAN_00001756) |
|---|---|
| Exhibit 12 | February 26, 2019 William Blair Analyst Report |
| Exhibit 13 | Excerpts of the May 5, 2022 Deposition of David A. Stanley |
| Exhibit 14 | Excerpts of the May 12, 2022 Deposition of Carl Felix – SUBMITTED PROVISIONALLY UNDER SEAL |
| Exhibit 15 | January 23, 2019 Minutes of First Meeting of Interim Joint Committee on Health and Welfare and Family Services<br>(available at https://apps.legislature.ky.gov/minutes/h_w/190123OK.PDF) |
| Exhibit 16 | January 23, 2019 WDRB.com article titled "Passport Health Plan could be 'insolvent' by 'mid-year.'" (available at https://www.wdrb.com/news/passport-heatth-p[an-coutd-be-insolvent-by-mid-year-ceo-tettstawmakers/ articte_706e26b2-1152-11e9-82f4-3b3d85071811.htm[) |
| Exhibit 17 | January 23, 2019 *Courier Journal* article titled "Passport could face bankruptcy this year because of cuts" (available at https://www.courier-journal.com/story/news/politics/elections/kentucky/2019/01/23/passporthealth-ceo-medicaid-rate-cuts-bankruptcy-threat/2649052002/) |
| Exhibit 18 | January 24, 2019 Becker's Healthcare article titled "Kentucky healthplan may be insolvent by mid-2019, CEO says"<br>(available at https://www.beckerspayer.com/payer/kentucky-health-plan-may-be-insolvent-by-mid-2019-ceo-says.html) |
| Exhibit 19 | January 24, 2019 Baird Equity Research Analyst Report. |
| Exhibit 20 | January 31, 2019 Piper Jaffray Analyst Report (document produced by Plaintiffs as COFFMAN_00001797) |
| Exhibit 21 | January 24, 2019 Email from Mark West to Adam Dahms (document produced by Silvercrest Asset Management as Silvercrest-EVH REV 0069109) |
| Exhibit 22 | February 19, 2019 Email from Adam Dahms to Matt Gilmor (document produced by Silvercrest Asset Management as Silvercrest-EVH REV 0070239) |
| Exhibit 23 | February 25, 2019 Oppenheimer Analyst Report (document produced by Plaintiffs as COFFMAN_00001877) |
| Exhibit 24 | Account Statement titled "Transaction Detail" showing Plaintiff Oklahoma Police Pension and Retirement System's transactions in Evolent Stock from |

| | |
|---|---|
| | March 1, 2019 through December 3, 2019 (document produced by Plaintiffs as OPPRS_00000108) – SUBMITTED PROVISIONALLY UNDER SEAL |
| Exhibit 25 | August 16, 2019 Email from Adam Dahms to Steve Lilly (document produced by Silvercrest Asset Management as Silvercrest-EVH REV-A 0003109) |
| Exhibit 26 | June 10, 2019 Email from Adam Dahms to Steve Lilly (document produced by Silvercrest Asset Management as Silvercrest-EVH REV 0080096) |
| Exhibit 27 | May 29, 2019 Email from Edward Walter to John Porter et al. (document produced by Newton Investment Management North America as BNYM CONFIDENTIAL000512) |
| Exhibit 28 | May 29, 2019 SunTrust Robinson Humphrey Analyst Report |
| Exhibit 29 | May 29, 2019 Citi Research Analyst Report (document produced by Plaintiffs as JOINTLP_00007462) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of May in Atlanta, Georgia.

*/s/ Peter M. Starr*
Peter M. Starr, *pro hac vice*
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5140
pstarr@kslaw.com

Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com
*Local counsel for Defendants*

Ashley C. Parrish
Virginia Bar No. 43089
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Tel: (202) 626-2627
Fax: (202) 626-3737
aparrish@kslaw.com

Paul R. Bessette, *pro hac vice*
Michael J. Biles, *pro hac vice*
Jill R. Carvalho, *pro hac vice*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com

Michael R. Smith, *pro hac vice*
**KING & SPALDING LLP**
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5140
mrsmith@kslaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

*/s/ Peter M. Starr*
Peter M. Starr, *pro hac vice*