# Exhibit 9



# Evolent Health, Inc. NYSE:EVH

# Company Conference Presentation

## Wednesday, January 10, 2018 6:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ............................................................ 3
..........................

Presentation ............................................................ 4
..........................

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

**EXECUTIVES**

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

**Nicholas McGrane**
*Chief Financial Officer*

**ANALYSTS**

**Anne Elizabeth Samuel**
*JP Morgan Chase & Co, Research
Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Anne Elizabeth Samuel**
*JP Morgan Chase & Co, Research Division*

Good morning, everyone. Welcome to the JPMorgan health care conference. My name is Anne Samuel, and I cover health care IT for JPMorgan. This morning, it's my pleasure to introduce Evolent Health's CEO and Co-Founder, Frank Williams; and CFO, Nicky McGrane.

Following the presentation, we'll have a breakout session in the Georgian room.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

All right. Well, thanks for hosting us. The thing I love about JPMorgan is this is one of the only places where I -- it's standing room only to talk about value-based care. So thank you for being here. A couple of things, I think, starting out, we wanted to emphasize. First, things to highlight about Evolent for those of you who don't know the story.

One, market-leading position in the movement to value-based care, generally oriented towards providers, so that's physician groups and health systems, over 30 markets, 2.7 million lives, a very differentiated offering, so fully integrated platform, can manage all products, can help providers who are managing Medicaid, Medicare, commercial and so forth. Very clinically based and working directly through our physician partners.

Third, it's an attractive business model. You have multiple avenues of organic growth. A lot of our customers are still very early in their value-based journey, so there's an ability to increase services and lives with those clients. It's a recurring revenue model with a high degree of visibility, long-term contracts, PMPM model and then very scalable because once you add lives to an existing platform and an existing market, the marginal cost to serve those lives is very low.

And lastly, it's a very big market. I think, we're still in the early stages here but we see it as a market of well over $40 billion. A lot of the cost pressure in health care is going to drive increasing movement in this direction, and we think we're very well-positioned for that movement. So those are just some of the quick highlights.

For those of you who don't know us, we started really at the end of 2011 with the idea of building a national network of providers that wanted to move towards value-based care, and we would be a provider-oriented alternative versus traditional payers who might try to do individualized contracts with providers, and that's absolutely what we've built.

What do we do? We have an integrated platform. It's anchored by a robust technology that was actually contributed by UPMC, one of the largest provider payers in the country. We've added a lot of IP, a lot of modules, it integrates everything across clinical, admin and financial. To manage a value-based business, we also bring people expertise to our relationships as well.

What's unique about what we do? As I mentioned, provider-driven. We don't affiliate with payers. We're happy to work collaboratively with payers but we see ourselves as really a partner with provider-based organizations. This notion of integration, so I don't need a separate platform for Medicaid or a separate platform for Next Generation ACO, everything on one platform.

Embedded partnerships. We don't view ourselves as a vendor but really, long term, aligned with our partner base and then proven clinical and financial results, and we're increasingly seeing that across the portfolio.

We've got strong revenue growth. Historically, if you just look back from '13 through today, we gave preliminary indication on guidance this year, so we will exceed our guidance and be in the mid $430s millions in terms of revenue this year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

30 partners, 2.7 million lives. Clinically, we kept people out of the hospital, 30,000 nights through across all of our partnerships, which is the impact of intervening early and providing that support around the physician. And then, today, we have about 2,500 employees, many with very deep expertise in this terrain.

In terms of this year, we've had 80%, if you just go through September, 80% growth in lives, 80% growth in revenues through the first 9 months of the year. We added 6 new operating partners. We probably will have a few additional announcements in February, but this takes us to the high end of our expected range in terms of new partnership announcements. And then, a couple of important accomplishments operationally. We've almost doubled the lives on the Valence platform. These were very big new implementations and have successfully scaled that platform, it's very well-positioned for additional growth.

We've built a pretty incredible technology, development organization. And believe, again, that's a real asset in terms of the proprietary algorithms, the stratification logic, the rules, the modules that extend to the physician and the consumer.

We operationalize. We did half a dozen cohort participants in NextGen. That's gone very well this year. And again, we see that cohort growing going into next year. And then, we set a goal of hitting breakeven in Q3. We hit that and we anticipate seeing continued scalability on the bottom line with the business as well.

So there's been a lot of talk about value and this is an experienced audience, so I won't spend a lot of time here. There's no question, with the new administration, with replace and repeal, and repeal and replace, or some [indiscernible] in the wind this last year as providers trying to figure out what programs is the new administration going to emphasize, decisions to make on where they go and so we get a lot of questions about is the movement to value really happening.

And again, I always go back to the simple chart of the federal budget, which is largely flat, and you look at the anticipated growth in Medicare and Medicaid, and we simply can't afford health care to increase at its current growth rate.

That's true for commercial payers as well. You really have a choice. Do you radically cut rates, which is politically very difficult to do? Or do you move providers into performance-based arrangements? We believe Republicans or Democrats, we've been in a number of conversations with the new administration, and there's a belief that providers should be moved into risk-based arrangements.

They're going to qualify for things like MACRA and bonuses that they actually need to take real accountability for performance and real risks.

So we see this continuing. We're at the early stages of the market but this budget pressure will drive increasing movement to value-based arrangements. Republicans may choose a different set of programs, but it's going to be out the same vector and again, will fuel our business as providers move forward.

If you break it down by program area, obviously, these 3 segments are very large, well over $0.5 trillion in Medicare and Medicaid in each of those segments and over $1 trillion in commercial. If you look at Medicare and you see the activity going on, CMS is reducing fee-for-service payments, MACRA and MIPS are very big. And qualifying for those, we think, increasingly, will require a significant risk, not just light risk-oriented programs. There's delegated ACO program, such as with NextGen, and we see some form of that continuing probably with a different name. And then, there's, obviously, dramatic growth in MA, expected to double in terms of enrollment across the next 15 years.

Medicaid, pressure on state budgets, we're seeing increasing innovation in wanting to manage the more complex patients in their provider-driven models, so we see heavy growth here, about half our lives today in Medicaid and substantial growth opportunities.

Commercial, still relatively early, so very market-specific but in a few markets that we're in today, we do see a movement towards narrow networks, obviously, that have lower cost and potentially savings for payers.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

You take all of that and you look across the next several years, we see this as a $40 billion plus market, still in the early stages, but moving heavily in this direction, and we see accelerating as there's more financial pressure on providers.

So if you are a provider and you're a physician group or a health system, what do you do? Most of the market early on just moved into pay-for-performance program. So you get a light bonus. If you took out cost and downstream utilization, hit some quality metrics, maybe light shared savings, there's not a lot of need for an Evolent if you're just doing that. You don't have a lot of downside. Hopefully, you reduce -- it's not a huge deal if you don't. The big problem with these programs and what most of our provider partners have learned is that you can't make money on this side of the question -- equation. The downstream utilization you take out far outweighs the bonuses you get. So across the second half of last year, we saw more provider organizations stepping forward and saying, look, we get it now, you can't just be in light shared savings, you actually have to move up the continuum and take real risk. And if you do that, you can really get rewarded for better utilization and higher quality, early intervention with patients. And so this is the movement that we anticipate.

That's good news for us because, as I said, in the left-hand column, insured savings, you don't really need the comprehensive platform that we've built at Evolent. As you move to partial risk, as to full risk and you start to think about care management, predictive modeling, early engagement with patients, utilization management, health plan administration, the actuarial functions and a technology platform that links all of those things together so you can do this very efficiently and doing it across multiple products, that's where you really need a sophisticated platform to help you perform because the cost of performing is high. And so having this capability and being able to scale it, not only across your current network physicians but new independents you add across broader geographies, you need a way to do this efficiently. And as the market moves in this direction, that's really where we think we're uniquely positioned.

We're delivering consistent results. I think, one of the things I'm proudest about is if you look at our clinical programs, across the board, we're delivering big savings in our complex care program and transitions care, 50% reductions in spend. We're keeping people out of the hospital. And that clinical performance is actually then driving savings for payers, for commercial payers that delegate risk to our partners or potentially to large health plans that are really trying to improve margin performance that face rate pressure and, in some cases, we're generating $50 million, $60 million in savings through pharmacy, through clinical performance, through more efficient admin. And that's, again, what really drives what is now an emerging national network. We find ourselves in about 35 markets today, about 2.7 million lives. And again, across -- we made a very concerted effort to invest heavily in a comprehensive platform across Medicaid, Medicare and commercial.

You can see how our lives split there, about 45% in Medicaid, about 1/4 in Medicare and about 1/4 on the commercial side. And again, NextGen would be also lumped into some of the Medicare.

Across the last year or so, this investment has paid off just in terms of the new organizations that we're bringing in. So in Medicare, you look at organizations like Carilion, Houston Methodist, St. Luke's, these are Tier 1 organizations, very aggressively wanting to move to value.

In Medicaid, very unique relationships, so C3, CountyCare, very unique organizations. We've expanded our relationship with Passport. They just came on to our TPA platform in October. That's 280,000 lives throughout the State of Kentucky. And then, on the commercial side, with Beacon and Crystal Run, we announced the acquisition of a small health plan in New Mexico. Very unique arrangement for us. A lot of people have asked, wait, does that mean you're getting into the health plan business? And no, we're not, but we saw a unique opportunity in New Mexico, really, to work with a network that is low cost, very highly regarded, where we feel we can grow that, both on the commercial side and other product lines, and already is off to a very good start.

So a lot of nice wins and a really good setup for '18 and a number of things, as I mentioned, that we'll have to announce in the February announcement as well as some early additions, hopefully, in the first half of this year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that gives you a sense of where the business stands, what's driving demand and some of the recent additions in the platform.

So with that, I'll turn it over to Nicky.

**Nicholas McGrane**
*Chief Financial Officer*

Thanks, Frank. Good morning. So I'm going to walk through a financial overview of the company. Let me start with a few key highlights. So we've been able to deliver consistent growth and this is due in fact -- due to the fact that we participate in a very large market, and we've also been able to grow in the existing markets and add new markets.

We have a recurring revenue model, which gives rise to a high degree of revenue visibility. And as Frank alluded to, we've built a scalable platform that we've really been able to leverage through the addition of life growth in recent years. In terms of some facts, we've delivered an 86% compound annual growth rate since '13. And through the LTM period, we did [ $412 million ] in revenue.

And as you can see from the chart, the revenue growth has been focused on our platform and operation as a recurring revenue. And on the right-hand side, just in terms of how we make money, so we have a per member per month model under long-term contracts. Our PMPM ranges from 2% to 5% of our provider partners. PMPM as of 9/30, we had 2.7 million lives in the platform and a PMPM of $12.20.

In terms of the revenue mix, 90% of our arrangements are in services-only PMPM, in about 10% of the arrangements, there's a performance basis to them.

Turning to the bottom line. So we climbed -- we achieved positive EBITDA in the third quarter of 2017. That was a target we had set out when we went back public -- when we went back -- when we went public back in '15, so glad to achieve that goal.

And as I said, we've been able to achieve consistent improvements in profitability. We built a very large platform through an integrated platform. And through adding lives to the platform, we've been able to really drive scale in the business. If I look at SG&A, there's a 20 point reduction in SG&A as a percentage of sales over this time period.

Turning to capital for a minute, we raised capital this past summer, and we're looking to deploy capital across '18 and '19 in balanced means between strategic M&A and co-investments with partners. We have very clear goals in -- with respect to M&A. We're looking to enhance our capabilities, improve margins through adding lives to the platform and we look at opportunities where we can drive cross-sell. And collectively, we're looking to really enhance and solidify our market leadership position.

If I take Valence, the largest acquisition we've done to date, really achieved all those goals, we've more than doubled the lives in the platform at Valence in the 15 months since we bought it through a combination of cross-sell and expansion of the existing customers, so really checking all the boxes.

In terms of co-investment, and we look to do -- co-invest with partners in a select number of cases and this is all about catalyzing specific market opportunities and setting up very attractive long-term arrangements and also capturing downstream value.

We've gotten a number of questions on the co-investment strategy, so let me just take a moment on this. So again, to reiterate, we're looking to do -- to co-invest with partners in a select number of cases where, through the combination of our capabilities and capital, we can unlock very -- significant market opportunities with Tier 1 high-performing partners.

So we have a very clear criteria of what we're looking for, attractive markets, high-performing partners. We do extensive due diligence. We bring to bear the full set of our capabilities. And the last point, but a critical one is, by investing alongside partners, we really have a seat at the table to ensure that the key levers of success -- that we're driving the key levers of success.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

When we get all that achieved, on the right-hand side, we can really drive attractive economics. I would say, we're deploying in the range of -- seek to deploy in the range of $10 million to $15 million per arrangement. And we can set up -- we're looking to do this in more significant cases where we can set up $20 million, $30 million annual arrangements. When we can do all this, we can drive very compelling economics. And without giving it -- without terminal value of these arrangements, we can drive an ROI in excess of 4x.

So just looking at 2017, recap on '17 and preliminary outlook for '18. So Frank went through some of this, but in 2017, we added 6 new partners, so we're proud to add -- bring up to over 30 partners in the platform through 9/30. We had strong additions at existing partners, Passport and Cook County, most notably.

We did see challenges in one segment of our business, provider-sponsored health plans in the MA arena. We see some challenges in that segment. But collectively, across the year, we met or exceeded guidance in all 3 quarters, and we anticipate meeting or exceeding our guidance for adjusted revenue and adjusted EBITDA in the fourth quarter as well.

So looking to '18. We're coming into the year with a strong and broad pipeline. In terms of outlook, we're looking for adjusted services revenue. And just for those who follow us, to be very clear, that's equivalent to our existing transformation and platform and operations revenue. So the core business that we have in '17, we're looking for growth in the mid to high teens in that business going into '18. And in addition, we bought the health plan in New Mexico. That will be in a True Health segment. And as previously disclosed, we're looking for revenue in that segment in the $95 million to $100 million range in '18, and we expect to have intracompany revenue of approximately $20 million.

So just to bring it back to where Frank started in terms of investment highlights. So as we sort of talk about, we participate in a very large and attractive market that's at the early stage of the move to value. In a relatively short period of time, we've been able to establish a market leadership position with our highly differentiated and integrated platform, and we've got an attractive business model that's delivering strong top line growth. And through the addition of lives, it's using scale in the platform and profitability. So.

**Frank J. Williams**
*Co-Founder, CEO & Chairman*

So just to wrap, a couple of thoughts before we go to Q&A. I think, going back to the summer, I think, there's been some questions about the fund raise, about the economic model, where we see the market, and so I thought I'd just close on a couple of comments there. One, in terms of market demand, I would say, the breadth of our platform in terms of number of interested physician ACOs, health systems is very, very strong. And if anything, we're seeing more migration, as there are financial pressure on the fee-for-service side, more organizations stepping forward and saying they need to move into risk. And I think, where we get some indications from the administration on which programs they favor and how they want to move providers to performance-based arrangements, I think, we'll see an acceleration of that pipeline.

As Nicky mentioned, we'll probably have a couple of announcements again, which would take us to the high end of our range for last year. Again -- and again, some early things that could happen in the first half of the year, which could be very strong additions, largely, that would impact 2019.

Second, reason for the fund raise, I think, we've used capital very well historically. So you look at the returns on the tuck-in acquisitions that we do. These have been very high-return deals. They've enhanced our capabilities, they've enhanced cross-sell. We have several in the pipeline that we think are very attractive and again, that enhance our leadership position. We want to continue to do that. That's about half of the use of capital.

Second, why deploy capital alongside a customer? And the reason is, is because if you can get Tier 1 health systems or provider groups in Tier 1 markets that have the potential to generate $50 million plus in recurring revenues, and you can get better terms and have a seat at the table as a co-owner rather than as a vendor, you really strengthen the long-term returns in those relationships. And some of those

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

are competitive situation. You might have another payer that wants to work with a physician ACO. So in a select group of situations, we see the ability to co-invest and to set up very attractive long-term relationships. Passport is a great example of that. Passport will be over $80 million years in revenue, that's a 10-year term relationship with a business where we acquired some assets upfront that have really enhanced our Medicaid business. Great use of capital, great returns. We're going to be disciplined about it, but we think doing that in selective situation can really set up long-term profitable relationships.

Lastly, is there a big shift in our business model? One. Are all of our fee is moving to the risk-based arrangements? No. Bulk of our revenues will come from traditional PMPM arrangements. Occasionally, if we can put a little bit of our fees at risk, it demonstrates confidence. Those relationships historically have been more profitable for us because we've been earning the savings, so only in disciplined situations where we're getting a large fee base, that's going to still be a small portion of our total revenues.

And then, the last piece, just clarity on the health plan piece, New Mexico, our look in Ohio with Premier were very specific situations where we thought we could capitalize significant geographies, and have very profitable stream of revenue on our service tech platform with limited risk on the health plan side. It's not a new strategy for us. Those were one-off examples. We're really excited about New Mexico, and we ultimately couldn't get the terms that we wanted to have on the Premier side to ensure that we wouldn't expose ourselves to volatility in the P&L. But we're generally sticking to a model of a PMPM basis, long-term arrangements and then really trying to deliver value across the infrastructure -- across the broad infrastructure that we've built. So strong 2017. I think, we've got a strong setup for '18. Remember, we have very high visibility into the revenue guidance that we've given and great confidence there and a number of things that we think will begin to set up the second half of '18 and then ultimately into '19.

So overall, a good year for us. And again, we're excited about 2018.
That's it. Thank you, guys, very much, and we're doing questions somewhere. Which? Georgia room for questions. Thanks.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.