# Exhibit 11

SUNTRUST
ROBINSON HUMPHREY

# Concerns over solvency of largest client appear to be weighing on shares

**Buy**

Price Target: $25.00

Price: $16.80

Shares are down 7% today.

**What happened?** On Friday Passport Health (Private) filed a lawsuit with the state of Kentucky, claiming its planned cuts to Medicaid payments would force Passport into insolvency (Link; courier-journal.com) as soon as March of this year. The lawsuit seeks to bar the state from imposing the cuts that data back to July 2018. We note that January 25 article (Link; insiderlouisville.com) already noted that Passport was battling Kentucky's government over the Medicaid fee change that could "threaten its solvency and continued existence".

**Passport's significance to EVH.** We estimate Passport Health accounted for ~19% of revenue in the first 9 months of 2018, with no other client accounting for greater than 10% of revenue during that time. Given the significant contributions to revenue, we think the loss or decrease from financial commitments from Passport could reverse the recently achieved positive adj. EBITDA and delay recognition of positive FCF. Furthermore, given the importance of Passport Health to EVH, we believe EVH will likely work to ensure the continuity of the relationship under a variety of circumstances; this could mean the potential for certain financing arrangements, extension or write-downs of receivables, or revision of existing contracting terms.

**STRH Take.** With shares down 23% YTD (+11% S&P), we think the stock continues to reflect worries about 2019 guidance, with the additional pressure coming from potential risks associated with a key client. It does appear that with shares trading at <1.5x EV/Sales our 2020 estimates that a lot of negative sentiment is being priced in; we estimate the market is pricing the stock for mid- to high- single digit organic growth. Our view is that stability in the share price may not return until EVH reports 4Q18 and provides 2019 guidance (EVH typically has very high visibility into their annual guide).

**What's Next?** We plan to learn more about Passport Health when EVH is expected to announce its 4Q18 results and 2019 guidance on February 26 after market close, and host an **earnings conference call at 5pm EDT. Dial-in: 855-940-9467 ID: Evolent**

Sandy Draper, CFA
404-926-5273
sandy.draper@suntrust.com

Stan Berenshteyn, CFA
404-439-9719
stan.berenshteyn@suntrust.com

Jack Wallace
404-926-5234
jack.wallace@suntrust.com

SEE PAGE 2 FOR REQUIRED DISCLOSURE INFORMATION          Page 1

Equity Research

COFFMAN_00001756



## Valuation and Risks

**$25 PT:** Our PT implies an EV/Sales multiple of 2.3x on our '20 numbers, which is below the middle of its trading range of 1.5x-4.5x given the cautious stance ahead of 2019 guidance. Our PT is also supported by our proprietary unit economics model and associated DCF analysis.

**Investment risks. 1)** Customer concentration due to the intensive nature of customer relationships (Evolent's top customers comprised ~19% of 3Q18 revenue; no other customer was >10%). **2)** Slower than expected industry shift to value based care. **3)** Commercialization risk: Evolent faces the risk that its offering doesn't catch on or a competitor's offering becomes the standard given how nascent the market is. **4)** Large health systems decide to operate value based care strategies without the help of a strategic partner.

## Companies Mentioned in This Note

Passport Health (Private)

## Analyst Certification

I, Sandy Draper , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



## STRH Ratings System for Equity Securities

### Dissemination of Research

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

COFFMAN_00001757



Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.

**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return ≥ 15% (10% for low-Beta securities)***
· Reduce – total return ≤ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

COFFMAN_00001758



SunTrust Robinson Humphrey ratings distribution (as of 02/19/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| Rating | Count | Percent | Rating | Count | Percent |
| Buy | 464 | 64.80% | Buy | 121 | 26.08% |
| Hold | 249 | 34.78% | Hold | 32 | 12.85% |
| Sell | 3 | 0.42% | Sell | 1 | 33.33% |

## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070

COFFMAN_00001759