# Exhibit 12

Equity Research
**Healthcare | Healthcare Technology**

*William Blair*

February 26, 2019

**Ryan Daniels, CFA**  +1 312 364 8418
rdaniels@williamblair.com

# Evolent Health, Inc.

## Solid End to 2018; As Anticipated, Initial 2019 Guidance Below Expectations

On Tuesday, February 26, after the markets closed, Evolent Health reported solid fourth quarter 2018 results. More importantly, however, management provided initial full-year and first quarter 2019 sales and adjusted EBITDA guidance that were below Street expectations (as we believe was widely anticipated heading into the print, albeit the outlook was even lower than our Street-low expectation).

*Looking first at the quarterly performance*, total adjusted sales rose 69.6% year-over-year, to $193.3 million, nicely above both the $188.7 million consensus forecast and management's $185 million to $190 million guidance. Regarding the top-line performance, management noted it primarily was driven by core operating performance, as well as this quarter's addition of sales related to the October 3, 2018, acquisition of New Century Health (which added about $48 million to fourth-quarter sales).

Breaking sales down further, adjusted services revenue (or revenue from Evolent's core transformation and platform and operations [P&O] offerings) registered at $171.5 million during the period (versus management's guided range of $167.0 million to $171.0 million), with net recurring platform and operations (P&O) revenue of $162.5 million and transformation sales of $9.0 million. Again, within the P&O revenue, the recently acquired New Century Health business contributed roughly $48 million (compared to the estimated contribution of $44 million to $46 million). The company also reported health plan premium revenue of approximately $25.4 million, compared to management's guidance of between $22 million and $23 million. The company's adjusted EBITDA (the key profit metric we monitor for Evolent) came in at $5.6 million, compared to management's forecast range of $5 million to $7 million and the Street's target of $6.3 million.

*More importantly, management also provided an initial take on full year 2019 guidance that was below expectations.* More specific, it expects services revenue of between $650 million and $710 million and health plan premium revenue from its True Health New Mexico subsidiary of between $170 million and $190 million. With intercompany eliminations of roughly $15 million to $20 million, this results in total consolidated net revenue for 2019 between $805 million and $880 million (or a midpoint of $842.5 million as compared to consensus expectations of $847.8 million). Management also noted that Passport Health accounts for roughly 10% to 12% of this adjusted sales guidance.

| Stock Rating: | **Outperform** |
|---|---|

| Symbol: | EVH (NYSE) |
|---|---|
| Price: | $14.67 (52-Wk.: $14-$29) |
| Market Value (M): | $1,149 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

|  |  | 2017A | 2018A | 2019E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $106.8 | $144.4 | $190.6 |
|  | Q2 | $107.3 | $144.5 | $187.8 |
|  | Q3 | $108.4 | $150.2 | $204.3 |
|  | Q4 | $114.0 | $193.3 | $229.0 |
|  | FY | $436.4 | $632.4 | $811.7 |
| EPS | Q1 | $(0.14) | $0.02 | $(0.17) |
|  | Q2 | $(0.13) | $(0.03) | $(0.05) |
|  | Q3 | $(0.04) | $(0.04) | $(0.02) |
|  | Q4 | $(0.04) | $(0.07) | $0.03 |
|  | FY | $(0.36) | $(0.12) | $(0.21) |
| EBITDA (M) | Q1 | $(4.8) | $7.9 | $(14.0) |
|  | Q2 | $(3.6) | $4.9 | $0.6 |
|  | Q3 | $2.6 | $4.8 | $5.6 |
|  | Q4 | $3.5 | $5.6 | $12.9 |
|  | FY | $(2.2) | $23.2 | $5.1 |
| **Valuation** | | | | |
| EV/EBITDA | | NM | 43.6x | NM |
| EV/Sales | | 2.3x | 1.6x | 1.2x |
| FY P/E | | NM | NM | NM |

**Trading Data (FactSet)**

| Shares Outstanding (M): | 78.3 |
|---|---|
| Float (M): | 76.4 |
| Avg. Daily Volume (90-day): | 1,151,819 |

**Financial Data (FactSet)**

| Book Value Per Share (MRQ): | $13.25 |
|---|---|
| Return on Equity (TTM): | (4.8)% |
| Enterprise Value (M): | $1,012 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Evolent Health is a leading, pure-play operator focused on helping health systems transform to value-based care delivery strategies, such as provider-sponsored health plans, including Medicare Advantage plans and state health insurance exchange plans, as well as shared-savings arrangements with commercial insurers.

**Please refer to important disclosures on pages 7 – 8. Analyst certification is on page 7.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

Of note, Street expectations reflected a fairly wide range of revenue forecasts for 2019 (roughly $828 million [which was our Street-low target heading into the results] to $870 million) with a few outliers raising the consensus number. We also believe the Street sales targets were skewed more toward services revenue (with most investors anticipating modest organic growth, versus the relatively flat growth/modestly negative decline in this line that is implied at the midpoint of guidance). Moreover, if we eliminate an accounting change (related to health plan revenue recognition, which moves more health plan recognition onto Evolent's income statement), we believe the core guidance was below even our conservative expectation—to the tune of around 6% to 7%.

On the profit front, adjusted EBITDA (AEBITDA) for the fiscal year are expected to range between $0 million and $15 million—well below the $58.9 million Street target. ***Here, we believe the guidance downside versus expectations is largely attributable to four factors (all of which we believe are completely outside of management's control/not related to execution issues):*** 1) a delayed launch of Medicare ACOs (moving to July 1 of this year versus the typical January 1 start date); 2) a modestly slower-than-expected ramp of the Florida Medicaid business (given [somewhat sudden] regulatory changes outside of management's control, which changed the outlook for total lives under management, as incumbents were allowed to re-enter the market); 3) the loss of MDwise (a $25 million hit) as a third-party administrative (TPA) services client (MDwise was acquired by McLaren Health, and the acquirer moved its TPA services in house in January 2019); and 4) the wind down of several provider-sponsored plans (mostly Medicare Advantage (MA) provider sponsored plans, which have been under pressure for quite some time given lack of scale/provider commitment to these plans).

Of note, management highlighted that its ***cost structure will remain largely the same,*** while it winds down the MDwise operations as well as some subscale provider-sponsored Medicare Advantage (MA) plans (these account for another $25 million or so hit to sales in 2019), ***but revenue will decline***; thus pressuring results in the first half of the year before either growth, cost reductions, or both, can offset the sales declines.

Again, *we do not believe these losses were due to any dissatisfaction with Evolent or its services*, but rather: 1) a corporate decision to bundle an acquired asset's TPA operations under the acquirer's platform; 2) regulatory changes that were outside of management's control (changing the start date of ACOs, suddenly changing the Florida Medicaid regulations); and 3) provider-sponsored MA plans that simply never scaled to profitability (of note, these now contribute very little to sales, so we believe the remaining revenue stream is largely de-risked as it relates to this factor).

Continuing with 2019 guidance, management also provided its outlook for first quarter 2019. More specific, revenue is expected between $188 million and $197 million (compared to $204.8 million consensus), while adjusted EBITDA are expected to range between -$16 million and -$14 million (versus the consensus expectation of $11.8 million). Here, we believe the delayed new-business is again not only impacting sales but also profits, driving guidance to be more back-end loaded versus current Street forecasts.

Management also indicated that roughly 44% to 47% of 2019 sales will occur during the first half of the year, while AEBITDA will be roughly -$20 million.  This indicates that run-rate adjusted EBITDA will hit the mid-$50 million range by the fourth quarter 2019 (again, via growth or cost reductions, or both) with run-rate organic services growth also hitting the double-digit level by the fourth quarter.

On the positive front, we believe the overall trend toward value-based care and increased risk sharing by providers remains a key industry megatrend, and—outside of some of the transitory issues noted above—we believe the movement to value-based care will continue to drive new contract wins and organic growth for Evolent.  **To that end, management indicated that the sales pipeline remains broad (and at record levels—especially related to late-stage opportunities),** and we expect new contract announcements over the coming months to serve as potential catalysts for the stock. These should also drive much stronger organic growth in the second half of 2019, in our view.

**Passport Health**, the company's largest client (again 10% to 12% of the 2018 sales guidance), is facing financial distress following Medicaid rate cuts by the state of Kentucky, and management provided only limited novel commentary (not overly surprising given that Passport is now involved in a lawsuit against the state).  That stated, we continue to look for a positive resolution to the matter, and we believe that Evolent has been a key partner for the plan (helping it markedly through past financial pressures) versus any cause of the issue*.  Still, we acknowledge that the Passport-related noise will remain a key overhang on the stock until the matter is resolved (a hearing is scheduled for March 5, 2019).*

William Blair

Lastly, it appears that the integration of New Century Health is off to a solid start, contributing roughly $48 million in revenue during the quarter, and we anticipate that the expanded capabilities of the organization will serve as a further competitive differentiator for Evolent Health going forward. We also believe New Century's robust oncology and cardiac care management programs will prove attractive to Evolent's existing client base (in particular with partners managing Medicare lives, where these conditions are major cost drivers); accordingly, we anticipate ample cross-selling opportunities in 2019 and beyond.

**Stock Thoughts:** EVH shares have underperformed of late, given the Passport risk and worries about the 2019 guidance, and now trade at only 1.1 times our 2019 sales forecast (assuming an after-hours price of about $12.30), which we view as an attractive risk/reward level for the stock, given the company's unique market position, large and growing addressable market, and still-robust longer-term growth outlook. At a minimum, we believe shares should be able to hold this valuation level (or expand it as growth reaccelerates) and appreciate in line with sales growth going forward; we thus reiterate our Outperform rating and continue to recommend purchase of EVH shares, especially given the likely weakness the stock will experience tomorrow.

**Other Key Highlights from the Quarter:**

1. **New Client Additions and Sales Pipeline Overview:** The company announced two novel partnerships in tandem with today's earnings release: Beacon Health Options and Empower Healthcare Solutions (in Arkansas) and River City Medical Group (in Northern California).

   For River City, the company will provide its *population health management* solutions to roughly 300,000 Medi-Cal lives delegated to River City Medical by its health plan partners.  Regarding Beacon Health Options and Empower Health Solutions, the company will offer its population health management solutions, care management, and health plan operations (TPA services). Of note, this relationship is with five provider organizations (Empower PASSE) and Beacon Health Options, and will service a managed Medicaid plan scheduled to launch on March 1, 2019 (with roughly 15,000 initial lives).

   Management also noted a strong and deep pipeline, with a number of novel, large opportunities afoot.  Here we believe that strong operating performance with a number of existing partners (including NextGen ACO partners) should continue to drive strong net-new wins over the coming quarters (especially in the managed Medicaid business). We also believe the push toward two-sided risk models (with more downside exposure to providers) will stimulate pipeline activity as operators look to strategic partners like Evolent to help them better manage this increasing risk profile.

2. **Operating metrics review.** Evolent ended the quarter with about 3.6 million lives under management across roughly 40 long-term operating partners (this now includes the New Century asset, which closed early on in the fourth-quarter) and was in line with our forecasts (and prior management guidance).

   The company also reported a recurring per-member, per-month (PMPM) fee of approximately $14.99 (versus a $13.05 PMPM in the previous quarter, the $13.30 PMPM in the prior-year period). As a reminder, we believe the integration of New Century's lives (which average a PMPM of more than $30 dollars) will skew this metric upward going forward. Therefore, the prior-period PMPM fees are not strong comparative data points, in our view.

3. **End-market analysis: end-market demand still strong; *late-stage pipeline at record levels*.** As we have discussed in recent notes, we believe the long-term movement from fee-for-service to value-based healthcare delivery is one of the largest megatrends impacting the healthcare marketplace, and management again highlighted that this continues to manifest in a strong new business pipeline (at record levels)—further commenting that the movement toward value-based care continues to see solid momentum.

   We also believe that hospitals have little choice but to reassess their current operating models, as a negative mix shift toward government payers, continued growth in high-deductible health plan offerings, weak overall utilization trends, and pending reimbursement reductions from Medicare all place status quo business models at risk.

   Management also noted recently that commentary from both CMS and HHS policymakers remains favorable, as leaders at each of these organizations have been more deliberate, especially of late, in their support of risk-based models— particularly those with two-way risk models.

William Blair

Again, we view this as a key positive for Evolent, as we expect partners to seek out Evolent's solutions more actively as they face downside risk (versus models where only upside exists).

4. **Balance sheet remains solid post recent capital raise.** The company ended the period with roughly $228.3 million in cash and equivalents and $161 million in restricted cash and investments, after accounting for the New Century transaction and concomitant convertible debt offering.  Recall, the company paid $120 million in cash for New Century and issued roughly 3.1 million shares; however, the cash balance was positively affected during the quarter, given the issuance of $172.5 million in novel 1.5% convertible notes (due 2025); total debt ending the year at $221 million.

**Model Update:** We are making adjustments to our model to account for this quarter's results and management's updated commentary. More specific, our 2019 sales target moves to $811.7 million (up roughly 28.4% year-over-year, compared to our prior estimate of $828.4 million), and our adjusted EBITDA target moves to $5.1 million, from $51.0 million.

In the following exhibit, we recap the company's quarterly results versus both our estimates and results from the prior-year period.

| Quarterly Review | 4Q18 Actual | 4Q18 Estimate | % Difference | 4Q18 Consensus | % Difference | 4Q17 Actual | % Difference |
|---|---|---|---|---|---|---|---|
| Transformation | $ 9.0 | $ 6.4 | 40.7% | | | $ 5.7 | 58.2% |
| Platform and operations | 162.5 | 164.3 | (1.1)% | | | 108.3 | 50.1% |
| **Total services revenue** | **171.5** | **170.7** | 0.5% | | | **114.0** | 50.5% |
| Health plan premiums | 25.4 | 22.8 | 11.4% | | | NA | NA |
| Less: intercompany eliminations | (3.6) | (3.7) | 3.2% | | | NA | NA |
| **Consolidated net revenue (1)** | **$ 193.3** | **$ 189.8** | 1.9% | **$ 188.7** | 2% | **$ 114.0** | 69.6% |
| Total cost of revenue (a) | 130.6 | $ 115.5 | 13.1% | | | 64.2 | 103.5% |
| Gross Profit (a) | $ 62.7 | $ 74.3 | (15.6)% | **$ 82.0** | -24% | $ 49.8 | 25.9% |
| *Margin* | *32.4%* | *39.1%* | | | | *43.7%* | |
| Selling, general and administrative | 57.1 | 68.9 | (17.2)% | | | 46.3 | 23.2% |
| **Adjusted EBITDA (a)** | **$ 5.6** | **$ 5.4** | 5.0% | **$ 6.3** | | **$ 3.5** | 61.6% |
| *Margin* | *2.9%* | *2.8%* | | | | *3.1%* | |
| Depreciation and amortization | 6.0 | 7.9 | (23.8)% | | | 6.8 | (11.5)% |
| Adjusted operating income (a) | $ (0.4) | $ (2.6) | 83.7% | | | $ (3.4) | 87.5% |
| *Margin* | *(0.2)%* | *(1.4)%* | | | | *(2.9)%* | |
| Interest income (expense), net | (5.3) | (1.4) | (281.2)% | | | 0.3 | (2,107.5)% |
| Adjusted pretax income (a) | $ (5.8) | $ (4.0) | (45.0)% | | | $ (3.1) | (86.5)% |
| Adjusted full tax (benefit) provision | 0.0 | (1.6) | | | | - | |
| **Adjusted net income (a)** | **$ (5.4)** | **$ (2.4)** | (124.8)% | | | **$ (3.1)** | (73.5)% |
| *Margin* | *(2.8)%* | *(1.3)%* | (120.7)% | | | *(2.7)%* | |
| **Adjusted EPS (a)** | **$ (0.07)** | **$ (0.03)** | (132.7)% | | | **$ (0.04)** | (64.6)% |
| Economic fully diluted shares | 78.7 | 81.5 | (3.4)% | | | 74.7 | 5.4% |
| **Operational Metrics** | | | | | | | |
| Total lives on platform (period-end) | 3,600,000 | 3,656,020 | (1.5)% | | | 2,743,160 | 31.2% |
| Average platform PMPM | 14.99 | 22.32 | (32.8)% | | | 13.30 | 12.7% |

(a) Excludes stock compensation expense and other special items, based on economic fully diluted share count

In the next exhibit, we present an analysis of management's forward-quarter and full-year guidance.

William Blair

**Guidance Summary**

| | 2019 | | | |
| --- | --- | --- | --- | --- |
| | **Low End** | **Mid-Point** | **High End** | **Rel. to Consensus Estimate** |
| Adj. Services Revenue | $650.0 | $680.0 | $710.0 | NA |
| Health Plan Revenue | $170.0 | $180.0 | $190.0 | NA |
| Intercompany Elimination | ($15.0) | ($17.5) | ($20.0) | NA |
| Total Revenue | $805.0 | $842.5 | $880.0 | -1% |
| Adjusted EBITDA | $0.0 | $7.5 | $15.0 | -87% |
| Margin % | 0.0% | 0.9% | 1.7% | |

| | Q1'19 | | | |
| --- | --- | --- | --- | --- |
| | **Low End** | **Mid-Point** | **High End** | **Rel. to Consensus Estimate** |
| Adj. Services Revenue | $149.0 | $151.0 | $153.0 | NA |
| Health Plan Revenue | $42.5 | $45.0 | $47.5 | NA |
| Intercompany Elimination | ($3.8) | ($3.8) | ($3.8) | NA |
| Total Revenue | $188.0 | $192.5 | $197.0 | -6% |
| Adjusted EBITDA | ($16.0) | ($15.0) | ($14.0) | -224% |
| Margin % | -8.5% | -7.8% | -7.1% | |

Lastly, a copy of our summary financial model is presented on the following page; for a copy of our full model, please visit www.rdocs.com.

## William Blair

**Evolent Health, Inc. (EVH)**  
Operating Results Summary & Financial Analysis

Rating: Outperform

| $ in million, except per-share items | 3/17 1Q17 | 6/17 2Q17 | 9/17 3Q17 | 12/17 4Q17 | 3/18 1Q18 | 6/18 2Q18 | 9/18 3Q18 | 12/18 4Q18 | 3/19 1Q19E | 6/19 2Q19E | 9/19 3Q19E | 12/19 4Q19E | 2017 | 2018 | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | |
| Transformation | $ 10.8 | $ 5.4 | $ 8.2 | $ 5.7 | $ 10.2 | $ 8.2 | $ 9.2 | $ 9.0 | $ 4.6 | $ 8.1 | $ 9.3 | $ 6.5 | $ 30.0 | $ 36.6 | $ 28.5 |
| Platform and operations | 96.0 | 102.0 | 100.2 | 108.3 | 114.7 | 117.2 | 121.8 | 162.5 | 147.5 | 142.7 | 156.9 | 179.2 | 406.4 | 516.2 | 626.3 |
| Total services revenue | 106.8 | 107.3 | 108.4 | 114.0 | 124.8 | 125.4 | 131.1 | 171.5 | 152.1 | 150.8 | 166.2 | 185.7 | 436.4 | 552.8 | 654.8 |
| Health plan premiums | - | - | - | - | 23.6 | 22.9 | 22.8 | 25.4 | 42.3 | 41.5 | 42.6 | 47.8 | - | 94.8 | 174.2 |
| *Less: intercompany eliminations* | - | - | - | - | (4.0) | (3.8) | (3.7) | (3.6) | (3.8) | (4.5) | (4.5) | (4.5) | - | (15.1) | (17.3) |
| **Consolidated net revenue (1)** | **$ 106.8** | **$ 107.3** | **$ 108.4** | **$ 114.0** | **$ 144.4** | **$ 144.5** | **$ 150.2** | **$ 193.3** | **$ 190.6** | **$ 187.8** | **$ 204.3** | **$ 229.0** | **$ 436.4** | **$ 632.4** | **$ 811.7** |
| Cost of services revenue | 66.5 | 66.2 | 65.7 | 64.2 | 70.3 | 68.2 | 73.0 | 111.8 | 98.9 | 90.5 | 98.1 | 104.0 | 262.5 | 323.4 | 391.4 |
| Medical costs | - | - | - | - | 16.7 | 18.4 | 17.0 | 18.8 | 32.4 | 31.9 | 32.8 | 37.0 | - | 70.9 | 134.1 |
| Total cost of revenue (a) | 66.5 | 66.2 | 65.7 | 64.2 | 87.1 | 86.6 | 90.0 | 130.6 | 131.3 | 122.4 | 130.9 | 141.0 | 262.5 | 394.3 | 525.5 |
| Gross Profit (a) | $ 40.3 | $ 41.2 | $ 42.7 | $ 49.8 | $ 57.3 | $ 57.9 | $ 60.2 | $ 62.7 | $ 59.4 | $ 65.4 | $ 73.5 | $ 88.0 | $ 173.9 | $ 238.1 | $ 286.2 |
| Selling, general and administrative (a) | 45.0 | 44.7 | 40.0 | 46.3 | 49.4 | 53.0 | 55.4 | 57.1 | 73.4 | 64.8 | 67.8 | 75.1 | 176.1 | 214.9 | 281.1 |
| Adjusted EBITDA (a) | $ (4.8) | $ (3.6) | $ 2.6 | $ 3.5 | $ 7.9 | $ 4.9 | $ 4.8 | $ 5.6 | $ (14.0) | $ 0.6 | $ 5.6 | $ 12.9 | $ (2.2) | $ 23.2 | $ 5.1 |
| Depreciation and amortization | 4.3 | 4.5 | 5.4 | 6.8 | 6.9 | 7.3 | 7.8 | 6.0 | 6.3 | 6.6 | 6.9 | 7.2 | 21.0 | 27.9 | 26.9 |
| Adjusted operating income (a) | $ (9.1) | $ (8.1) | $ (2.7) | $ (3.4) | $ 1.1 | $ (2.4) | $ (3.0) | $ (0.4) | $ (20.4) | $ (5.9) | $ (1.2) | $ 5.7 | $ (23.2) | $ (4.7) | $ (21.8) |
| Adjusted net income (a) | $ (9.8) | $ (8.8) | $ (3.2) | $ (3.1) | $ 1.2 | $ (2.3) | $ (3.0) | $ (5.4) | $ (13.1) | $ (4.3) | $ (1.5) | $ 2.6 | $ (21.6) | $ 0.8 | $ (5.5) |
| Adjusted EPS (a) | $ (0.14) | $ (0.13) | $ (0.04) | $ (0.04) | $ 0.02 | $ (0.03) | $ (0.04) | $ (0.07) | $ (0.17) | $ (0.05) | $ (0.02) | $ 0.03 | $ (0.36) | $ (0.12) | $ (0.21) |
| Economic fully diluted shares | 67.9 | 68.2 | 73.0 | 74.7 | 75.4 | 77.2 | 78.0 | 78.7 | 79.1 | 79.5 | 79.8 | 80.2 | 70.9 | 77.3 | 79.7 |
| Margin analysis: | | | | | | | | | | | | | | | |
| Gross margin (a) | 37.7% | 38.4% | 39.4% | 43.7% | 39.7% | 40.1% | 40.1% | 32.4% | 31.1% | 34.8% | 36.0% | 38.4% | 39.9% | 37.7% | 35.3% |
| Services Gross margin | 37.7% | 38.4% | 39.4% | 43.7% | 43.7% | 45.6% | 44.3% | 34.8% | 35.0% | 40.0% | 41.0% | 44.0% | 39.9% | 41.5% | 40.2% |
| General and administrative (a) | 42.2% | 41.7% | 37.0% | 40.6% | 34.2% | 36.7% | 36.9% | 29.5% | 38.5% | 34.5% | 33.2% | 32.8% | 40.4% | 34.0% | 34.6% |
| Adjusted EBITDA (a) | (4.5)% | (3.3)% | 2.4% | 3.1% | 5.5% | 3.4% | 3.2% | 2.9% | (7.4)% | 0.3% | 2.8% | 5.6% | (0.5)% | 3.7% | 0.6% |
| Adjusted operating income (a) | (8.5)% | (7.5)% | (2.5)% | (2.9)% | 0.7% | (1.6)% | (2.0)% | (0.2)% | (10.7)% | (3.2)% | (0.6)% | 2.5% | (5.3)% | (0.7)% | (2.7)% |
| Adjusted Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 40.0% | 40.0% | 40.0% | 40.0% | 0.0% | (34.7)% | 66.4% |
| Adjusted net margin (a) | (9.2)% | (8.2)% | (2.9)% | (2.7)% | 0.9% | (1.6)% | (2.0)% | (2.8)% | (6.9)% | (2.3)% | (0.7)% | 1.1% | (5.0)% | 0.1% | (0.7)% |
| GAAP net margin | (21.8)% | (18.4)% | (12.2)% | (12.1)% | (10.1)% | (7.0)% | (8.4)% | (8.6)% | (14.7)% | (7.2)% | (4.3)% | (0.8)% | (16.0)% | (8.5)% | (6.4)% |
| Year-over-year growth: | | | | | | | | | | | | | | | |
| Transformation | 31.3% | (48.4)% | 5.8% | (53.1)% | (5.6)% | 53.2% | 12.5% | 58.2% | (55.0)% | (1.0)% | 1.0% | (27.5)% | (22.0)% | 21.9% | (22.0)% |
| Platform and operations | 132.3% | 121.0% | 90.9% | 39.0% | 19.4% | 14.9% | 21.7% | 50.1% | 28.7% | 21.7% | 28.8% | 10.3% | 86.6% | 27.0% | 21.3% |
| Total revenue | 115.5% | 89.9% | 80.0% | 26.6% | 35.3% | 34.7% | 38.6% | 69.6% | 32.0% | 29.9% | 36.1% | 18.5% | 70.3% | 44.9% | 28.4% |
| *Organic revenue growth* | 63.9% | 45.6% | 40.4% | 34.0% | 16.9% | 16.8% | 21.0% | 38.4% | 21.9% | 20.2% | 26.8% | 17.7% | 44.9% | 23.5% | 21.5% |
| Gross profit (a) | 88.3% | 68.9% | 61.2% | 45.2% | 42.4% | 40.7% | 40.9% | 25.9% | 3.5% | 13.0% | 22.1% | 40.3% | 63.2% | 36.9% | 20.2% |
| Adjusted EBITDA (a) | 28.0% | 8.8% | 184.8% | 144.9% | 265.8% | 237.1% | 80.4% | 61.6% | (277.4)% | (87.2)% | 17.7% | 128.7% | 89.7% | 1,152.4% | (78.1)% |
| Adjusted operating income (a) | 9.4% | (7.5)% | 60.4% | 72.0% | 111.6% | 70.6% | (9.4)% | 87.5% | (2,032.8)% | (149.6)% | 58.7% | 1,455.8% | 36.2% | 79.7% | (362.6)% |
| Adjusted net income (a) | (0.5)% | (21.0)% | 52.0% | 74.3% | 112.7% | 73.8% | 6.0% | (73.5)% | (1,153.4)% | (88.9)% | 48.9% | 148.9% | 41.8% | 103.5% | (836.7)% |
| Adjusted EPS (a) | 11.0% | (9.4)% | 60.4% | 76.7% | 111.5% | 76.9% | 12.1% | (64.6)% | (1,103.8)% | (83.6)% | 50.1% | 148.0% | 36.9% | 66.5% | (72.9)% |
| GAAP net income | 86.7% | (64.2)% | 16.8% | 45.3% | 39.2% | 49.1% | 4.4% | (21.0)% | (99.7)% | (34.5)% | 30.0% | 88.7% | 69.2% | 23.5% | 2.0% |
| GAAP EPS | 88.2% | (48.4)% | 31.3% | 50.5% | 45.2% | 55.0% | 10.5% | (14.8)% | (90.3)% | (30.7)% | 31.6% | 88.9% | 73.3% | 30.7% | 4.5% |
| **Key Metrics** | | | | | | | | | | | | | | | |
| Total lives on platform (period-end) | 2,768,000 | 2,790,000 | 2,685,000 | 2,743,160 | 2,810,000 | 3,094,110 | 3,130,411 | 3,600,000 | 3,096,000 | 3,250,800 | 3,527,118 | 3,844,559 | 2,743,160 | 3,600,000 | 3,844,559 |
| lives on platform y/y growth | 122.0% | 100.0% | 82.9% | 35.8% | 1.5% | 10.9% | 16.6% | 31.2% | 10.2% | 5.1% | 12.7% | 6.8% | 35.8% | 31.2% | 6.8% |
| Average platform PMPM | $ 13.37 | $ 12.23 | $ 12.20 | $ 13.30 | $ 13.77 | $ 13.23 | $ 13.05 | $ 14.99 | $ 14.69 | $ 14.98 | $ 15.43 | $ 16.21 | $ 14.19 | $ 13.14 | $ 13.65 |
| revenue per life y/y growth | (4.7)% | 5.1% | (0.2)% | 3.4% | 3.0% | 8.2% | 7.0% | 12.7% | 6.7% | 13.2% | 18.3% | 8.1% | 7.0% | (7.4)% | 3.9% |
| Active P&O customers at period end | 25 | 25 | 25 | 26 | 26 | 29 | 29 | 31 | 24 | 25 | 27 | 29 | 26 | 31 | 29 |
| Revenue mix | | | | | | | | | | | | | | | |
| Transformation | 10% | 5% | 8% | 5% | 7% | 6% | 6% | 4% | 2% | 4% | 5% | 3% | 7% | 5% | 4% |
| Platform and operations | 90% | 95% | 92% | 95% | 79% | 81% | 81% | 84% | 77% | 76% | 77% | 78% | 93% | 82% | 77% |
| Health Plan | 0% | 0% | 0% | 0% | 16% | 16% | 15% | 14% | 22% | 22% | 21% | 21% | 0% | 15% | 21% |
| New Century | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Less: inter-company eliminations | 0% | 0% | 0% | 0% | (3)% | (3)% | (2)% | (2)% | (2)% | (2)% | (2)% | (2)% | 0% | (2)% | (2)% |
| Total Revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Balance Sheet** | | | | | | | | | | | | | | | |
| Total stockholders' equity | $ 896.7 | $ 894.4 | $ 1,055.8 | $ 1,046.3 | $ 1,054.9 | $ 1,051.4 | $ 1,048.6 | $ 1,189.4 | $ 1,166.0 | $ 1,157.3 | $ 1,153.2 | $ 1,156.1 | $ 1,046.3 | $ 1,189.4 | $ 1,156.1 |
| Net working capital | $ (48.1) | $ (43.4) | $ (45.4) | $ (75.3) | $ (33.4) | $ (49.6) | $ (64.7) | $ (167.4) | $ (163.7) | $ (167.1) | $ (175.8) | $ (105.9) | $ (75.3) | $ (167.4) | $ (105.9) |
| Net cash and investments | $ 18.9 | $ 4.1 | $ 166.7 | $ 138.6 | $ 100.3 | $ 92.7 | $ 115.1 | $ 28.3 | $ 157.6 | $ 149.0 | $ 149.8 | $ 77.8 | $ 138.6 | $ 28.3 | $ 77.8 |
| Total debt | $ 120.7 | $ 120.9 | $ 121.2 | $ 121.4 | $ 121.6 | $ 121.9 | $ 122.1 | $ 221.0 | $ 221.0 | $ 221.0 | $ 221.0 | $ 221.0 | $ 121.4 | $ 221.0 | $ 221.0 |
| Days' sales outstanding | 38.1 | 38.5 | 37.8 | 37.2 | 41.8 | 43.2 | 39.8 | 30.9 | 23.0 | 23.0 | 23.0 | 23.0 | 37.5 | 34.6 | 28.9 |
| Total liabilities/total assets | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.3 |
| Leverage (avg. assets/avg. equity) | 1.3 | 1.3 | 1.3 | 1.2 | 1.2 | 1.3 | 1.2 | 1.4 | 1.5 | 1.6 | 1.6 | 1.6 | 1.3 | 1.3 | 1.6 |

(a) Excludes stock compensation expense and other special items, based on economic fully diluted share count

Ryan S. Daniels, CFA • (312) 364-8418 • rdaniels@williamblair.com

Please consult **Important Disclosures** at the below link:  
https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=EVH

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Evolent Health, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Evolent Health, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Evolent Health, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Evolent Health, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Ryan Daniels attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 26091.90
S&P 500: 2796.11
NASDAQ: 7554.46



Evolent Health, Inc. Rating History as of 02/25/2019
powered by: BlueMatrix

OP:Outperform  Mkt:Market Perform  UP:Under Perform  NR:Not Rated  I:Initiation of Coverage  D:Dropped Coverage

Source: FactSet & Willaim Blair

Additional information is available upon request.

**Current Rating Distribution (as of February 26, 2019):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 67 | Outperform (Buy) | 19 |
| Market Perform (Hold) | 32 | Market Perform (Hold) | 8 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2019, William Blair & Company, L.L.C. All rights reserved.