# Exhibit 13

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT      )

SYSTEM and OKLAHOMA POLICE      )

PENSION AND RETIREMENT SYSTEM, )  Case No.:

individually and on behalf of  )  1:19-cv-01031

all others similarly situated, )

              Plaintiffs,      )

     vs.                      )

EVOLENT HEALTH, INC., FRANK     )

WILLIAMS, NICHOLAS McGRANE,     )

and SETH BLACKLEY,              )

             Defendants.      )

-------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

REMOTE VIRTUAL DEPOSITION OF

DAVID A. STANLEY

Thursday, May 5, 2022

9:37 a.m.


Reported stenographically by:

Josephine H. Fassett, RPR, CCR

Page 2

Thursday, May 5, 2022

9:37 a.m.

T R A N S C R I P T  of the stenographic and video-recorded remote virtual deposition of DAVID A. STANLEY on Thursday, May 5, 2022, commencing at approximately 9:37 a.m., before Josephine H. Fassett, a Registered Professional Reporter, Certified Court Reporter, and Notary Public.

Page 3

REMOTE APPEARANCES:

LEAD COUNSEL FOR LEAD PLAINTIFFS AND THE PROPOSED

CLASS:

    SAXENA WHITE P.A.

    10 Bank Street

    8th Floor

    White Plains, New York 10606

    914.437.8551

BY:  SARA DiLEO, ESQ.

    sdileo@saxenawhite.com

    SCOTT KOREN, ESQ.

    skoren@saxenawhite.com

Page 4

REMOTE APPEARANCES (cont'd.):

COUNSEL FOR DEFENDANTS:

    KING & SPALDING LLP

    500 West 2nd Street

    Suite 1800

    Austin, Texas 78701

    512.457.2050

BY:  MICHAEL J. BILES, ESQ.

    mbiles@kslaw.com

    FRANCES R. FINK, ESQ.

    ffink@kslaw.com

    STEPHEN P. CUMMINGS, ESQ. (Atlanta office)

    scummings@saxenawhite.com

ALSO PRESENT REMOTELY:

    JONATHAN WEINBERG, ESQ.,

    Evolent General Counsel

    VICTORIA JADICK, Videographer

Page 8

STANLEY

(Whereupon, on the stenographic and video record 9:34 a.m.)

THE VIDEOGRAPHER:  We are now on the record.

My name is Victoria Jadick.  I'm the videographer today.

Today is the -- I'm sorry.

And the court reporter is Josephine Fassett.

Today is the 5th day of May 2022 and the time is 9:34 a.m.

We're at the offices of Kentucky Court Reporters to take the deposition of Mr. David Stanley in the matter of Plymouth County Retirement System, et. al., vs. Evolent Health, Inc., et. al., pending in the United States District Court for the Eastern District of Virginia.  Civil Action No. 1:19-CV-01031-MSN-TCB.

Will counsel please identify themselves for the record.

MS. DiLEO:  Good morning.  I'm Sara DiLeo.  I work at Saxena White.  I'm counsel for the plaintiffs in this action.

Page 9

STANLEY

I'll be taking the first half of Mr. Stanley's deposition today.

We also have one of my colleagues on the phone.

Scott, could you please introduce yourself.

MR. KOREN:  Yes.  I'm Scott Koren. I'm an attorney at Saxena White representing the plaintiffs.

MR. BILES:  Good morning.  This is Michael Biles at King & Spalding representing the defendants, and we'll be taking the second half of the deposition today.

MS. FINK:  Frances Fink from King & Spalding as well representing the defendants.

MR. WEINBERG:  Jonathan Weinberg with Evolent Health.

THE VIDEOGRAPHER:  Okay.  And, Mr. Stanley, would you please raise your right hand to be sworn in by the reporter.

Page 10

STANLEY

DAVID A. STANLEY

the witness, having been duly sworn, was examined

and testified under oath as follows:

EXAMINATION

BY MS. DiLEO:

Q.   Good morning, Mr. Stanley.  How are you
doing today?

A.   Good.

Q.   Okay.  I wanted to start by saying thank
you very much for being here with us today.  We
appreciate you coming to sit for your deposition.

A.   Okay.

Q.   Could you please state your full name,
current address and telephone number for the
record.

A.   David Andrew Stanley.  My address is
3902 Oakleigh Meadow Place, Louisville, Kentucky
40205.  My number is 502-241-5215.

Q.   Thank you.  Are you being represented by
counsel today?

A.   I am not.

Q.   Okay.  Are you familiar with the
background of this case?

A.   Slightly.

Page 217

STANLEY

your memory?

A.    That sounds pretty close.

Q.    Right.  And as the CFO, can you please explain what the impact of this rate decrease would have had on Passport?

A.    It would have had a significant financial impact to Passport and would even challenge its ability to remain a going concern.

Q.    Okay.  So this rate cut was proposed in May 2018.

A.    Uh-hum.

Q.    Okay.  Did Evolent's services to Passport have anything to do with this rate cut?

A.    Not that I'm aware of.

Q.    And why do you say that?

A.    Well, it was produced by the state's consulting actuary who we, who we worked with to provide all the appropriate data that they needed, and -- and we felt that the method that they use was flawed in that they used some erroneous assumptions on medical cost trends and cost increases or cost decreases that they were projecting and we thought that their assumptions were flawed and weren't actuarially sound, so.

Page 218

STANLEY

And we had our actuaries, in fact, we worked with the Evolent's actuaries as well on the rate review in trying to argue -- I mean -- I mean, this lawsuit wasn't filed until February of '19.  I mean, this was a drawn-out process because the rates were announced back in June or July of '18, and, you know, we fought it tooth and nail for a long, long time and went through all of the appeals processes as outlined in our state contract, which all were denied, and so it left us with no other option other than to file a lawsuit, which is what we ended up doing.

Q.   Right.  If we turn to paragraph or page 26, it's paragraph 87, subsection D.

A.   Sorry, paragraph what?

Q.   87, subsection D.

A.   Okay.

Q.   If you read the full paragraph of subsection D, it says:  Weekly used or Wakely used a baseline period of September 2006 through August 2017 as a baseline to calculate the rates.

A.   Correct.

Q.   Isn't it true that Evolent didn't take over the claims administrative process until

Page 264

C E R T I F I C A T E

I, JOSEPHINE H. FASSETT, a Registered Professional Reporter, Certified Court Reporter, and Notary Public, do hereby certify that the witness, whose stenographic remote virtual deposition is hereinbefore set forth, was first duly sworn by me on the date indicated, and that the foregoing stenographic remote virtual deposition is a true and accurate record of the testimony given by such witness.

I FURTHER CERTIFY that I am not employed by nor related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have subscribed my hand this 9th day of May 2022.

_____

JOSEPHINE H. FASSETT, RPR, CCR

NCRA License No. 32148

CCR License No. 30XI00098400

New York Notary Public

New Jersey Notary Public