# Exhibit 17

# Passport could face bankruptcy this year because of cuts, CEO says

**Deborah Yetter**
Courier Journal

Published 5:19 p.m. ET Jan. 23, 2019

FRANKFORT — Passport Health Plan is "not on the verge of bankruptcy," CEO Mark Carter told a legislative committee Wednesday.

But state cuts to its Medicaid business "make that a real threat down the road," possibly as soon as mid-2019, Carter said, testifying before the joint House-Senate Health and Welfare and Family Services Committee.

Carter's comments came at a hearing called to question all five managed care companies that handle 90 percent of the state's Medicaid business — with most of the attention focused on lawmakers' complaints about what they said are persistent problems with the companies' delay in paying claims.

Such concerns have been the subject of several recent legislative meetings, with frustration appearing to grow among legislators who say they receive regular complaints.

But Passport, which operates exclusively in Kentucky and is the only nonprofit Medicaid managed care company, came under particular scrutiny following Courier Journal reports that is has appealed state cuts it says threaten its existence as well as a new headquarters it is building in western Louisville.

https://www.courier-journal.com/story/news/politics/elections/kentucky/2019/01/23/passport-health-ceo-medicaid-rate-cuts-bankruptcy-threat/2649052002/



Rep. Mary Lou Marzian and Sen. Morgan McGarvey, both Louisville Democrats, expressed concern about the future of Passport as well as its planned headquarters at 18th Street and West Broadway, part of a larger complex that will include a new YMCA.

"I'm extremely alarmed," Marzian said.

Carter said he too is concerned and that's why after failing to reach a resolution with Kentucky Medicaid officials, Passport has begun appealing the cuts.

Passport is the second largest of the state's five Medicaid managed care companies, with about 313,500 enrollees and many of its members are in western Louisville, an area long in need of more focus on healthy living and economic growth, he said.

"The social impact of that building and what it could do for West Louisville are dramatic and far-reaching," he said. "It's an economic engine for that area, flat out."

https://www.courier-journal.com/story/news/politics/elections/kentucky/2019/01/23/passport-health-ceo-medicaid-rate-cuts-bankruptcy-threat/2649052002/

State officials have said the new Medicaid rates enacted in July 2018 are sound and were developed with the aid of an independent actuary.

Adam Meier, secretary of the Cabinet for Health and Family Services, which oversees Kentucky's $11-billion-a-year Medicaid program, plans to appear before the committee at a future meeting to answer questions about the rate changes affecting Passport, said Sen. Ralph Alvarado, a Winchester Republican and committee co-chairman.

Meanwhile lawmakers used much of their time at the three-hour meeting to lambast managed care companies over what they said are continuing complaints about the companies' slow payment of claims, not paying at all, refusing to authorize services and constantly changing rules for providers such as doctors, hospitals and pharmacists.

"They are delay tactics that are so obvious it's ridiculous," said Sen. Danny Carroll, a Paducah Republican and CEO of Easter Seals West Kentucky, who said his agency has constant trouble getting paid for routine Medicaid health screenings of children authorized by federal law.

Besides Passport, companies represented at the hearing included Aetna, Anthem, Humana and WellCare. All except Passport are national health insurance businesses.

Company executives insisted they do not stall paying claims and they provided glossy handouts and slideshows to accompany presentations about what they said is the successful work they do in Kentucky.

The lengthy presentations only appeared to irritate lawmakers.

"You can tout how great you are," Carroll said. "It's not reality."

McGarvey said he seems to hear the same responses from company executives year after year.

https://www.courier-journal.com/story/news/politics/elections/kentucky/2019/01/23/passport-health-ceo-medicaid-rate-cuts-bankruptcy-threat/2649052002/

"It feels like Groundhog Day," he said. "You guys come in and give us an hour and a half infomercial on how everything is awesome. It just doesn't square with what we are hearing from our constituents."

Company executives assured lawmakers they are trying to address all such problems but acknowledged they exist.

"We cringe when we hear that," said Ben Orris, chief operating officer for WellCare. "It's not who we are and what we bring to the table. We also cringe because some of these accounts are true."

Lawmakers voiced particular frustration over concerns that independent pharmacists are being unfairly squeezed and that rural health in general is suffering under managed care.

"We have to solve this problem," said Sen. Jimmy Higdon, a Lebanon Republican. "We cannot make our independent pharmacists in Kentucky extinct."

Alvarado, a physician, said he believes Medicaid managed care is improving overall in Kentucky since he joined the legislature in 2015.

But he said state Medicaid officials who oversee contracts with the managed care companies need to exert oversight. And companies could do more to improve operations, he said, noting that Medicaid is a health plan for low-income and disabled individuals.

"This is ultimately for the folks in our community that are the neediest," he said.

*Deborah Yetter: 502-582-4228; dyetter@courierjournal.com; Twitter: @d_yetter. Support strong local journalism by subscribing today: courier-journal.com/deborahy.*

https://www.courier-journal.com/story/news/politics/elections/kentucky/2019/01/23/passport-health-ceo-medicaid-rate-cuts-bankruptcy-threat/2649052002/