# Exhibit 18

Case 1:19-cv-01031-MSN-WEF   Document 213-19   Filed 05/20/22   Page 2 of 3 PageID# 5683

Contracting

Policy Updates

Executive Moves

Workforce

Virtual Care

Leadership

M&A

# Kentucky health plan may be insolvent by mid-2019, CEO says

Morgan Haefner - Thursday, January 24th, 2019

Save  Post  Tweet  Share  Listen  Text Size  Print  Email

Passport Health Plan, a health insurance company in Kentucky, may see its reserves fall below state requirements by midyear, CEO Mark Carter said during a meeting with lawmakers Jan. 23, according to local news station *WDRB*.

Passport Health Plan, which manages Medicaid coverage for 300,000 beneficiaries in Kentucky, is disputing reimbursement rates with Republican Gov. Matt Bevin's Medicaid agency. The agency plans to cut reimbursement to managed care plans starting July 1. Passport Health Plan expects to see its payments fall by $60 million in 2018 and $144 million in 2019.

During the meeting, Mr. Carter denied that Passport is "on the verge of bankruptcy"; however, he said the cuts may force the health plan into insolvency by the Kentucky Department of Insurance as soon as mid-2019.

Republican State Sen. Ralph Alvarado is requesting more information from Passport, including the amount of its cash reserves, according to *WDRB*. He also said a hearing will be scheduled to address Passport Health Plan's dispute with Kentucky's Medicaid department.

**More articles on payers:**
Arizona Medicaid work requirements approved
Hackensack Meridian drops ER copays, deductibles for government workers
76% of physicians oppose New York City mayor's healthcare for all plan, poll finds

**Do not miss our latest webinar:** 6 local search myths that need busting for dental practices which will take place on Tuesday, June 7th, 2022 at 12:00 PM CST - Register Now!

*Copyright © 2022 Becker's Healthcare. All Rights Reserved. Privacy Policy. Cookie Policy. Linking and Reprinting Policy.*

**Subscribe to the Becker's Payer Issues newsletter for the latest in healthcare news!**

Email*

You can unsubscribe from these communications at any time. For more information, please review our Privacy Policy.