# Exhibit 20

# PiperJaffray.

COMPANY NOTE
January 31, 2019

## Evolent Health, Inc. (EVH)    Overweight
### Passport is a Happy Client, Despite Local Media Reports

## CONCLUSION

A Louisville online news outlet reported on the financial challenges of Passport Health, and pinned the blame on EVH. We caught up with Mark Carter, CEO of Passport Health, and learned that the EVH relationship is going well and meeting objectives. While Passport is wrangling with regulators over capitation rates, the issue is not tied to the EVH relationship. That being said, we are revising our EVH estimates down slightly to account for lower premium revenue in the health plan, and uncertainty over Florida Medicaid enrollments, which brings our PT down by $1 to $33.

- **An article from "Insider Louisville," a local online blog, paints an overly draconian view of Evolent and its largest client, Passport Health.** Passport Health is a Kentucky Medicaid plan that accounts for ~20% of Evolent revenue, owns ~1 million shares of EVH, and provides Medicaid benefits to more than 300,000 Kentucky residents. The article, titled "Passport's finances being dragged down by $220M in 'management fees' to Evolent Health," suggests Evolent is largely to blame for Passport's financial challenges. At the heart of the issue is the increase in "non-employee management fees" paid to Evolent since the creation of the partnership in 2016. At the start of the relationship, the bulk of administrative personnel at Passport were re-badged as Evolent employees. Because the work is outsourced, it's reported as non-employee management fees. Overall administrative costs (based on comparable membership and excluding expansion of the relationship with Evolent) remained the same. The article incorrectly compares Passport's expense profile to similar-sized plans that have not outsourced administrative functions.

- **We caught up with Mark Carter, CEO of Passport Health, to better understand the issue.** According to Mark, "Our relationship with Evolent is actually going well, meeting the initial and current objectives we had for the arrangement. Our administrative costs benchmark favorably with like plans and are tightly aligned with the payment policies of the Department." The challenges facing Passport are due to a dispute the plan has with the Kentucky Department of Medicaid Services. The department revised the capitation rate paid out to Medicaid providers in the state, increasing rates by 2.2% outside of Louisville, but decreasing rates by 4.1% within Louisville. Two-third's of Passports members are Louisville residents, so this change is having a disproportionate effect on Passport finances. Passport has filed an appeal with the state and is awaiting word.

## RISKS TO ACHIEVEMENT OF PT & RECOMMENDATION

Deceleration of value based care adoption, changes in the regulatory environment at both federal and state level, increased in medical loss on the health plan, integration risk, failure to increase number of lives on the platform.

## COMPANY DESCRIPTION

Evolent is a a provider of technology and services that enables hospitals to adopt and implement value-based payment models.

**PRICE: US$17.19**
**TARGET: US$33.00**
3x EV/ 19E Rev with $24.5M net debt and 73M s/o

**Sean W. Wieland**
Sr Research Analyst, Piper Jaffray & Co.
415 616-1710, sean.w.wieland@pjc.com
**Nina Deka**
Research Analyst, Piper Jaffray & Co.
212 284-6132, nina.d.deka@pjc.com

| Changes | Previous | Current |
|---|---|---|
| Rating | — | Overweight |
| Price Tgt | US$34.00 | US$33.00 |
| FY18E Rev (mil) | — | US$627.5 |
| FY19E Rev (mil) | US$866.4 | US$847.6 |
| FY18E EPS | — | US$(0.09) |
| FY19E EPS | — | US$0.30 |

| | |
|---|---|
| 52-Week High / Low | US$29.05 / US$13.05 |
| Shares Out (mil) | 73.1 |
| Market Cap. (mil) | US$1,256.6 |
| Avg Daily Vol (000) | 964 |
| Book Value/Share | US$13.34 |
| Net Cash Per Share | US$1.71 |
| Yield | 0.00% |
| Fiscal Year End | Dec |

**Price Performance - 1 Year**



*Source: Bloomberg*

| YEAR | REVENUE (US$ m) | | | | | | EARNINGS PER SHARE (US$) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | FY | FY RM | Mar | Jun | Sep | Dec | FY | FY P/E |
| 2017A | 106.7 | 107.3 | 108.4 | 114.0 | 436.4 | 2.9x | (0.14) | (0.13) | (0.04) | (0.04) | (0.35) | NM |
| 2018E | 144.4A | 144.5A | 150.2A | 188.4 | 627.5 | 2.0x | 0.02A | (0.03)A | (0.04)A | (0.04) | (0.09) | NM |
| 2019E | 195.9 | 202.4 | 201.4 | 247.9 | 847.6 | 1.5x | 0.03 | 0.00 | 0.10 | 0.18 | 0.30 | 57.3x |

Piper Jaffray does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decisions. This report should be read in conjunction with important disclosure information, including an attestation under Regulation Analyst certification, found on pages 4 - 5 of this report or at the following site: http://www.piperjaffray.com/researchdisclosures.

COFFMAN_00001797

# PiperJaffray.

**Our take.** EVH's largest client is under pressure due to changes to the capitation payments for Louisville residents, and the solvency of the plan is an incremental risk/overhang on the shares. However, given Passport's disproportionate share of Louisville Medicaid recipients, the plan may be "too big to fail" in the local market. Also, their challenges are not related to their relationship with Evolent, so we don't believe there will be any spillover effects to other clients.

**But we are lowering our EVH estimates.** We are lowering our estimates to take a more conservative view on Florida Medicaid enrollments, and factoring in management comments to expect mid-single digit growth in health plan premium revenues. However, we continue to be Overweight rated because we view EVH as a derivative play on the transition to fee-for-value, which is accelerating across all three markets: Medicaid, Medicare, and Commercial.

---

COFFMAN_00001798

**PiperJaffray**

Sean W. Wieland, Sr. Research Analyst
415-616-1710
sean.w.wieland@pjc.com

Nina Deka, Research Analyst
212-284-6132
nina.d.deka@pjc.com

Last updated: 1/30/19
**Evolent Health, Inc.**
FY End Dec
($ in thousands, except per share and membership)

| | 2017A | Q1 Mar-18A | Q2 Jun-18A | Q3 Sept-18A | Q4 Dec-18E | 2018E | Q1 Mar-19A | Q2 Jun-19A | Q3 Sept-19E | Q4 Dec-19E | 2019E | 2020E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Revenue metrics:* | | | | | | | | | | | | |
| **Adjusted Revenue:** | | | | | | | | | | | | |
| Adjusted Transformation revenue | 29,466 | 10,160 | 8,215 | 9,230 | 7,932 | 35,537 | 7,286 | 9,201 | 10,338 | 8,884 | 35,708 | 39,279 |
| Adjusted platform and operations revenue | 406,951 | 110,878 | 113,562 | 118,308 | 161,820 | 504,568 | 163,851 | 168,359 | 167,106 | 215,054 | 714,371 | 837,629 |
| Health plan premium revenue | | 23,391 | 22,737 | 22,623 | 22,623 | 91,374 | 24,794 | 24,794 | 23,980 | 23,980 | 97,550 | 99,988 |
| Intercompany eliminations | | | - | (4,000) | | (4,000) | - | - | - | - | - | - |
| Adjusted revenue | 436,417 | 144,429 | 144,514 | 150,161 | 188,375 | 627,479 | 195,931 | 202,354 | 201,424 | 247,919 | 847,629 | 976,896 |
| GAAP COGS | 269,352 | 71,975 | 69,003 | 73,967 | 95,319 | 310,264 | 97,574 | 98,749 | 96,281 | 116,026 | 408,629 | 461,683 |
| **GAAP Gross Profit** | 165,598 | 67,739 | 75,295 | 75,980 | 97,057 | 316,071 | 98,358 | 103,605 | 105,143 | 131,893 | 438,999 | 515,213 |
| Cost of revenue adjustment | (6,848) | (1,636) | (815) | (988) | | (3,439) | - | - | - | - | - | - |
| Adjusted cost of revenue | 262,504 | 70,339 | 68,188 | 72,979 | 95,319 | 306,825 | 97,574 | 98,749 | 96,281 | 116,026 | 408,629 | 461,683 |
| **Adjusted Gross Profit** | 173,913 | 74,090 | 76,326 | 77,182 | 93,057 | 320,655 | 98,358 | 103,605 | 105,143 | 131,893 | 438,999 | 515,213 |
| **Opex:** | | | | | | | | | | | | |
| Claims expenses | | 16,749 | 18,428 | 16,992 | 16,992 | 69,161 | 17,742 | 20,083 | 18,000 | 18,000 | 73,824 | 74,669 |
| SG&A | 205,670 | 55,526 | 57,403 | 59,566 | 76,609 | 249,104 | 71,408 | 76,331 | 71,844 | 90,907 | 310,490 | 338,287 |
| Depreciation and amortization | 32,368 | 9,496 | 10,034 | 10,352 | 10,352 | 40,234 | 10,360 | 10,360 | 10,360 | 10,360 | 41,441 | 43,513 |
| Goodwill impairment | - | | | | | - | | | | | - | |
| Change in fair value contingent consideration | | 100 | (1,604) | 100 | - | (1,404) | - | - | - | - | - | - |
| Total opex | 238,438 | 81,871 | 84,261 | 87,010 | 103,953 | 357,095 | 99,509 | 106,774 | 100,204 | 119,267 | 425,754 | 456,469 |
| GAAP Income (loss) from operations | (72,840) | (14,132) | (8,966) | (11,030) | (6,896) | (41,024) | (1,152) | (3,169) | 4,939 | 12,626 | 13,245 | 58,744 |
| Interest income | 1,657 | 1,072 | 878 | 968 | 871 | 3,789 | 871 | 871 | 871 | 871 | 3,485 | 3,485 |
| Interest expense | (3,636) | (853) | (855) | (853) | (896) | (3,457) | (896) | (851) | (808) | (768) | (3,323) | (2,849) |
| Income (loss) from affiliate | (1,755) | (131) | (1,275) | (1,381) | (1,298) | (4,085) | (1,168) | (1,168) | (1,168) | (1,168) | (4,673) | (4,206) |
| Other income, net | 170 | (18) | 78 | (124) | | (64) | - | - | - | - | - | - |
| Net loss before tax | (76,404) | (14,062) | (10,140) | (12,420) | (8,219) | (44,841) | (2,345) | (4,317) | 3,834 | 11,561 | 8,733 | 55,174 |
| Provision (benefit) for income taxes | (6,637) | 3 | (109) | 135 | | 29 | - | | 958.51 | 2,890 | 3,849 | 13,794 |
| Net loss | (69,767) | (14,065) | (10,031) | (12,555) | (8,219) | (44,870) | (2,345) | (4,317) | 2,876 | 8,671 | 4,885 | 41,381 |
| Net income (loss) attributable to non-controlling interests | (9,102) | (439) | (115) | (126) | (126) | (806) | | | | | - | 1,407 |
| Undeclared cumulative preferred dividends | | | | | | | | | | | | |
| Net income attributable to Evolent Health | (60,665) | (13,626) | (9,916) | (12,429) | (8,093) | (44,064) | (2,345) | (4,317) | 2,876 | 8,671 | 4,885 | 39,974 |
| GAAP EPS | (0.98) | (0.18) | (0.13) | (0.16) | (0.10) | (0.57) | (0.03) | (0.05) | 0.04 | 0.11 | 0.06 | 0.47 |
| *Diluted shares outstanding* | 64,274 | 75,375 | 77,209 | 77,981 | 78,761 | 77,331 | 79,549 | 80,344 | 81,147 | 81,959 | 80,750 | 84,028 |
| Net income to Adj EBITDA walk through: | - | | | | | - | | | | | - | - |
| Adjusted EBITDA | (2,204) | 7,913 | 4,885 | 4,797 | 6,371 | 23,966 | 12,291 | 10,274 | 18,382 | 26,069 | 67,016 | 115,349 |
| Adj Net income | (24,798) | 1,244 | (2,299) | (2,960) | (2,833) | (6,848) | 1,906 | (66) | 7,126 | 12,922 | 21,889 | 58,678 |
| **Adj. EPS** | (0.35) | 0.02 | (0.03) | (0.04) | (0.04) | (0.09) | 0.03 | (0.00) | 0.10 | 0.18 | 0.30 | 0.79 |
| *Adjusted Shares Outstanding* | 71,636 | 77,516 | 78,071 | 72,982 | 73,347 | 75,479 | 73,420 | 73,494 | 73,567 | 73,641 | 73,530 | 73,825 |
| y/y Growth Analysis: | | | | | | | | | | | | |
| Transformation | -23% | -36% | 53% | 13% | 40% | 8% | 12% | 12% | 12% | 12% | 12% | 10% |
| Platform and operations | 88% | 14% | 11% | 18% | 50% | 24% | 49% | 49% | 42% | 33% | 42% | 17% |
| Health Plan Premiums | | | | | | | 6.0% | 9.0% | 6.0% | 6.0% | 7% | 2% |
| **Revenue** | 71% | 32% | 35% | 39% | 69% | 44% | 40% | 40% | 34% | 29% | 35% | 15% |
| SG&A Total | 28% | 4% | 12% | 30% | 39% | 21% | 29% | 33% | 21% | 19% | 25% | 9% |
| EBITDA | -100% | -136% | -183% | -84% | -77% | -1187% | 55% | 110% | 283% | 309% | 180% | 72% |
| Change in Adj EBITDA/ Change in Rev | | | | | | | | | | | | |
| EPS | | | | | | | | | | | | |
| Margin Analysis: | | | | | | | | | | | | |
| Gross Margin (GAAP) | 38% | 48.5% | 52.2% | 50.7% | 50.5% | 50% | 50.2% | 51.2% | 52.2% | 53.2% | 52% | 53% |
| As a % of Non-GAAP revenue: | | | | | | | | | | | | |
| Adjusted gross margin | 40% | 51% | 53% | 51% | 49% | 51% | 50% | 51% | 52% | 53% | 52% | 53% |
| Claims expenses | | 72% | 81% | 75% | 75% | 76% | 72% | 81% | 75% | 75% | 76% | 75% |
| SG&A | 47% | 38% | 40% | 40% | 41% | 40% | 36% | 38% | 36% | 37% | 37% | 35% |
| Total Opex | 55% | 57% | 58% | 58% | 55% | 57% | 51% | 53% | 50% | 48% | 50% | 47% |
| Operating income | -17% | -10% | -6% | -7% | -4% | -7% | -1% | -2% | 2% | 5% | 2% | 6% |
| Adj EBITDA (Non-GAAP revenue) | -1% | 5% | 3% | 3% | 3% | 4% | 6% | 5% | 9% | 11% | 7.9% | 12% |
| Incremental EBITDA | 300% | | | | | 14% | | | | | 20% | 37% |
| Tax | | 0% | 0% | 0% | 0% | 0% | 0% | 25% | 25% | 25% | | |

Current disclosure information for this company is located at
http://www.piperjaffray.com/researchdisclosures

Evolent Health, Inc.

COFFMAN_00001799

# PiperJaffray.

## IMPORTANT RESEARCH DISCLOSURES



**Rating and Price Target History for: Evolent Health, Inc. (EVH) as of 01-30-2019**

06/04/18 I:OW:$30    08/08/18 OW:$28    11/07/18 OW:$34

Created by: BlueMatrix

Notes: The boxes on the Rating and Price Target History chart above indicate the date of the fundamental Equity Research Note, the rating and the price target. Each box represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first Note written during the past three years.

Legend:
I: Initiating Coverage
R: Resuming Coverage
T: Transferring Coverage
D: Discontinuing Coverage
S: Suspending Coverage
OW: Overweight
N: Neutral
UW: Underweight
NA: Not Available
UR: Under Review

| Distribution of Ratings/IB Services | | | | |
| Piper Jaffray | | | | |
| | | | IB Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 422 | 65.33 | 117 | 27.73 |
| HOLD [N] | 213 | 32.97 | 18 | 8.45 |
| SELL [UW] | 11 | 1.70 | 0 | 0.00 |

Note: Distribution of Ratings/IB Services shows the number of companies currently covered by fundamental equity research in each rating category from which Piper Jaffray and its affiliates received compensation for investment banking services within the past 12 months. FINRA rules require disclosure of which ratings most closely correspond with "buy," "hold," and "sell" recommendations. Piper Jaffray ratings are not the equivalent of buy, hold or sell, but instead represent recommended relative weightings. Nevertheless, Overweight corresponds most closely with buy, Neutral with hold and Underweight with sell. See Stock Rating definitions below.

### Analyst Certification — Sean W. Wieland, Sr Research Analyst

The views expressed in this report accurately reflect my personal views about the subject company and the subject security. In addition, no part of my compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this report.

Piper Jaffray research analysts receive compensation that is based, in part, on overall firm revenues, which include investment banking revenues.

Time of dissemination: 31 January 2019 02:54EST.

COFFMAN_00001800

# PiperJaffray.

## Research Disclosures

Piper Jaffray usually provides bids and offers for the securities of Evolent Health, Inc. and will, from time to time, buy and sell Evolent Health, Inc. securities on a principal basis.

Affiliate disclosures: Piper Jaffray is the trade name and registered trademark under which the corporate and investment banking products and services of Piper Jaffray Companies and its subsidiaries Piper Jaffray & Co. and Piper Jaffray Ltd. are marketed. Simmons Energy is a division of Piper Jaffray & Co. This report has been prepared by Piper Jaffray & Co. and/or its affiliate Piper Jaffray Ltd. Piper Jaffray & Co. is regulated by FINRA, NYSE and the United States Securities and Exchange Commission, and its headquarters are located at 800 Nicollet Mall, Minneapolis, MN 55402. Piper Jaffray Ltd. is authorized and regulated by the Financial Conduct Authority, and is located at 88 Wood Street, 13th Floor, London EC2V 7RS. Disclosures in this section and in the Other Important Information section referencing Piper Jaffray include all affiliated entities unless otherwise specified.

## Rating Definitions

Stock Ratings: Piper Jaffray fundamental research ratings are indicators of expected total return (price appreciation plus dividend) within the next 12 months. At times analysts may specify a different investment horizon or may include additional investment time horizons for specific stocks. Stock performance is measured relative to the group of stocks covered by each analyst. Lists of the stocks covered by each are available at www.piperjaffray.com/researchdisclosures. Stock ratings and/or stock coverage may be suspended from time to time in the event that there is no active analyst opinion or analyst coverage, but the opinion or coverage is expected to resume. Research reports and ratings should not be relied upon as individual investment advice. As always, an investor's decision to buy or sell a security must depend on individual circumstances, including existing holdings, time horizons and risk tolerance. Piper Jaffray sales and trading personnel may provide written or oral commentary, trade ideas, or other information about a particular stock to clients or internal trading desks reflecting different opinions than those expressed by the research analyst. In addition, Piper Jaffray offers technical research products that are based on different methodologies, may contradict the opinions contained in fundamental research reports, and could impact the price of the subject security. Recommendations based on technical analysis are intended for the professional trader, while fundamental opinions are typically suited for the longer-term institutional investor.

**Overweight (OW):** Anticipated to outperform relative to the median of the group of stocks covered by the analyst.

**Neutral (N):** Anticipated to perform in line relative to the median of the group of stocks covered by the analyst.

**Underweight (UW):** Anticipated to underperform relative to the median of the group of stocks covered by the analyst.

## Other Important Information

The material regarding the subject company is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This report is solely for informational purposes and is not intended to be used as the primary basis of investment decisions. Piper Jaffray has not assessed the suitability of the subject company for any person. Because of individual client requirements, it is not, and it should not be construed as, advice designed to meet the particular investment needs of any investor. This report is not an offer or the solicitation of an offer to sell or buy any security. Unless otherwise noted, the price of a security mentioned in this report is the market closing price as of the end of the prior business day. Piper Jaffray does not maintain a predetermined schedule for publication of research and will not necessarily update this report. Piper Jaffray policy generally prohibits research analysts from sending draft research reports to subject companies; however, it should be presumed that the fundamental equity analyst(s) who authored this report has had discussions with the subject company to ensure factual accuracy prior to publication, and has had assistance from the company in conducting diligence, including visits to company sites and meetings with company management and other representatives.Notice to customers: This material is not directed to, or intended for distribution to or use by, any person or entity if Piper Jaffray is prohibited or restricted by any legislation or regulation in any jurisdiction from making it available to such person or entity. Customers in any of the jurisdictions where Piper Jaffray and its affiliates do business who wish to effect a transaction in the securities discussed in this report should contact their local Piper Jaffray representative, or as otherwise noted below. Canada: This research report is distributed in Canada by CIBC World Markets Inc. Investors in Canada wishing to effect a transaction in the securities discussed in this report should contact their CIBC sales representative. This research report has not been prepared in accordance with the disclosure requirements of Dealer Member Rule 3400 – Research Restrictions and Disclosure Requirements of the Investment Industry Regulatory Organization of Canada. For further disclosure related to CIBC conflicts of interest please visit https://researchcentral.cibcwm.com. Europe: This material is for the use of intended recipients only and only for distribution to professional and institutional investors, i.e. persons who are authorised persons or exempted persons within the meaning of the Financial Services and Markets Act 2000 of the United Kingdom, or persons who have been categorised by Piper Jaffray Ltd. as professional clients under the rules of the Financial Conduct Authority. United States: This report is distributed in the United States by Piper Jaffray & Co., member SIPC, FINRA and NYSE, Inc., which accepts responsibility for its contents. The securities described in this report may not have been registered under the U.S. Securities Act of 1933 and, in such case, may not be offered or sold in the United States or to U.S. persons unless they have been so registered, or an exemption from the registration requirements is available.This report is produced for the use of Piper Jaffray customers and may not be reproduced, re-distributed or passed to any other person or published in whole or in part for any purpose without the prior consent of Piper Jaffray & Co. Additional information is available upon request. Copyright 2019 Piper Jaffray. All rights reserved.

COFFMAN_00001801