# Exhibit 21

| | |
|---|---|
| **From:** | West, Mark <MWest@rwbaird.com> |
| **Sent:** | Thursday, January 24, 2019 2:46 PM |
| **To:** | Adam Dahms <adahms@cortina-am.com> |
| **Subject:** | RE: Baird - EVH Passport Health Rate Dispute |

I'll check and get back to you, Sir.

---

**From:** Adam Dahms [mailto:adahms@cortina-am.com]
**Sent:** Thursday, January 24, 2019 1:46 PM
**To:** West, Mark
**Subject:** RE: Baird - EVH Passport Health Rate Dispute

If matt has a few minutes to chat that would be great.

**Adam Dahms, CFA**
*Research Analyst*
414.225.7371 (o) · 414.225.0733 (f)

**Cortina Asset Management**
*Milwaukee · New York*
825 North Jefferson Street · Suite 400 · Milwaukee, WI 53202
**www.cortinaassetmanagement.com**

This message is intended only for the designated recipient(s). It may contain confidential, privileged or proprietary information. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message. Thank you.

**From:** West, Mark [mailto:MWest@rwbaird.com]
**Sent:** Thursday, January 24, 2019 1:36 PM
**To:** Adam Dahms <adahms@cortina-am.com>
**Subject:** Baird - EVH Passport Health Rate Dispute

We wanted to make sure that you saw this, Buddy.  Looks like you own a bit of EVH.

- Passport Health – EVH's largest client (~12% of run-rate revs) – is involved in an increasingly bitter rate dispute with the state of Kentucky.  Passport Health is disputing Medicaid rate changes that resulted in a ~4% cut to payments in Jefferson County (Louisville), where Passport has a large membership base.

- Passport has been lobbying state officials in recent weeks, and the rhetoric has become increasingly heated.  At a hearing on Wednesday (1/23), Passport's CEO suggested the organization could be insolvent by mid-2019 if the rates for Jefferson County aren't improved.

- Rate disputes between MCOs and states are not uncommon and we don't think investors should be overly concerned.  However, it's possible this issue could generate some headline risk for EVH, and we think it's an issue investors should monitor.

Please let us know if you'd like to speak with Matt Gillmor.

**Exhibit 0562**

Silvercrest-EVH REV 0069109

Mark

Link to note: Perspective on Passport Health Rate Dispute

http://www.rwbaird.com/ci/sales-trading/equity-sales-trading/ies-disclaimer.aspx

Silvercrest-EVH REV 0069110