# Exhibit 23

# OPPENHEIMER

**EQUITY RESEARCH**

## COMPANY UPDATE

February 25, 2019

HEALTHCARE/HEALTHCARE IT & DISTRIBUTION

| Stock Rating: | |
|---|---|
| **OUTPERFORM** | |
| 12-18 mo. Price Target | $31.00 |
| EVH - NYSE | $14.30 |
| | |
| 3-5 Yr. EPS Gr. Rate | NA |
| 52-Wk Range | $29.05-$13.61 |
| Shares Outstanding | 52.6M |
| Float | 39.9M |
| Market Capitalization | $1,175.9M |
| Avg. Daily Trading Volume | 1,123,411 |
| Dividend/Div Yield | $0.00/0.00% |
| Book Value | $13.46 |
| Fiscal Year Ends | Dec |
| 2018E ROE | NA |
| LT Debt | $122.1M |
| Preferred | NA |
| Common Equity | $703M |
| Convertible Available | Yes |

| Revenue (S/mil) | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2017A | 106.2 | 107.1 | 107.9 | 113.7 | 435.0 | NM |
| 2018E | 144.3A | 144.3A | 150.2 | 189.1 | 627.8 | NM |
| 2019E | 206.4 | 207.1 | 215.7 | 209.6 | 838.8 | NM |

| EPS Adjusted | Q1 | Q2 | Q3 | Q4 | Year | Mult |
|---|---|---|---|---|---|---|
| 2017A | (0.14) | (0.13) | (0.04) | (0.04) | (0.36) | NM |
| 2018E | 0.02A | (0.03)A | (0.04) | (0.07) | (0.12) | NM |
| 2019E | 0.02 | (0.01) | 0.03 | (0.04) | 0.00 | NM |

# Evolent Health, Inc.

## Passport Health Outcome Unclear, But EVH Selloff Overdone and Overshadows Upcoming Opportunities

### SUMMARY

The ongoing battle between EVH's biggest client, Passport Health, and KY State Medicaid reached new heights with Passport Health's lawsuit against KY Medicaid over reimbursement cuts and their impact on its solvency. Passport covers a significant portion (60%) of Louisville and is protesting the 4.1% reimbursement cuts in the Louisville area vs. a 2.2% increase in the rest of the state. While we are far from seeing a resolution, we believe the worst-case outcome of Passport Health and KY Medicaid is already baked into EVH's current valuation (1.5x CY19E adj. rev, excluding Passport revenue) and is overshadowing the opportunity in front of the company as many provider organizations embark on double-sided risk as pushed by CMS. We are sticking with our Outperform rating and $31 target.

### KEY POINTS

* **Passport Health's Battle with KY Medicaid:** With Passport's recent (2/15) lawsuit against KY Medicaid, the ongoing battle is reaching new highs with limited visibility on the outcome. We believe Tuesday's (2/26) hearing could provide some insight into each side's position, but a complete resolution near term is unlikely, which means this will be a drag on the stock in the near term.

* **Passport Covers Major Portion of Louisville Medicaid Lives:** At each of the top four hospitals in Louisville (covering 78% of area discharges), Passport Health is the No. 1 plan (by claims volume), ranging from 26% to 69% of claims. (See Exhibit 1.) More broadly, we estimate Passport covers 23% of KY's Medicaid population and 60% of the Medicaid lives in Louisville.

* **CMS's Pathways to Success Key to Long-Term Success:** Although the recent Passport Health saga has overtaken the discussion, we continue to believe the biggest tailwind for EVH is CMS's push toward double-sided risk. We believe several of the current MSSP/ACO organizations (460 total) are likely to move toward double-sided risk and represent a sizable opportunity for the next couple of years.

* **Valuation Pullback Overshoots Total Loss of Passport:** Passport Health represents about $90M in revenue, about 11.7% of our CY19E services revenue. EVH is trading at 1.5x CY19E services revenue excluding Passport's contribution. While it is hard to predict the outcome, we believe the worst is baked into the current valuation and discounts the opportunity ahead.

* **Datapoints Tuesday, 2/26—EVH Earnings, Passport Hearing:** EVH reports 4Q results Tues., 2/26 AMC (CC 5:00 ET, 855-940-9467; pc: Evolent). We're modeling CY19E revenue of $839M vs. consensus $848M. Passport's lawsuit will get a hearing earlier Tues., 2/26 at 9:30 ET.

### Stock Price Performance

1 Year Price History for EVH

### Company Description

* Evolent provides technology and services to aid healthcare providers (physicians and hospitals) in the shift to value-based payments and population health.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

Mohan Naidu, CFA
312-360-5948
Mohan.Naidu@opco.com

Mike Ott, CFA
312-360-5947
Mike.Ott@opco.com

Disseminated: February 25, 2019 06:45 EST; Produced: February 24, 2019 22:53 EST

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel: 800-221-5588 Fax: 212-667-8229

COFFMAN_00001877

Evolent Health, Inc.                                                                                          EVH (OUTPERFORM) - $31.00

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

Regulatory changes are looking to push alternate payment models that dramatically increase risk-based reimbursement for providers. The "Pathways to Success" proposal (finalized Dec. '18) is likely to cause the majority of provider organizations that are under one-sided risk to slowly to move toward two-sided risk. This transition requires significant changes to current operations and the way healthcare is delivered. We strongly believe several organizations will seek external help to succeed in this transition. As it's the niche vendor providing this particular set of solutions and services, we believe EVH is well positioned to benefit from this opportunity.

### BASE CASE ASSUMPTION

- Move to value-based payments continues at a measured pace under Trump administration.
- Continues to add several strategic partners each year, without many losses.

### CATALYSTS

- New long-term partner deal announcements.
- Acquisitions that bring new partners and/or markets.
- New regulatory mandates toward value-based payments.
- Resolution of Passport-KY dispute.

### UPSIDE SCENARIO

- Move to value-based payments accelerates under Trump administration.
- Continues to add double-digit strategic partners each year, without any losses.

### DOWNSIDE SCENARIO

- Move to value-based payments slows under Trump administration.
- Struggles to add several strategic partners each year, with several losses.

## PRICE TARGET CALCULATION

Our $31 target is based on 3x our EV/adj. CY19E revenue, excluding the plan premium revenue. We believe the push in Medicare and Medicaid will likely lead to more deal flow in the following quarters.

## KEY RISKS

Beyond political and regulatory uncertainty, notably around value-based payments (VBPs), risks include client concentration (No. 1 client Passport is ~21% of total 2017 revenue) and New Century acquisition integration a potential distraction (announced 9/12/18).



2   OPPENHEIMER                                                                        Mohan Naidu, CFA: 312-360-5948

COFFMAN_00001878

**Smaller Customer than in Past:** Back in 2017, Passport represented ~21% of EVH's total revenue. Today, following the True Health and New Century acquisitions, we estimate Passport represents just 11% of our CY19E revenue (assuming no growth). Further, Passport revenue may be slower growing, given KY's on/off Medicaid work requirements, recently delayed to 7/1/19.

 

COFFMAN_00001879

Evolent Health, Inc.

EVH (OUTPERFORM) - $31.00

## Exhibit 1 - Louisville Hospital Metrics

| No. | Hospital Name | City | State | # Beds | Share of Area Discharges | Net Patient Revenue | Medicaid % Revs | % Claims to Passport | Passport Payer Rank |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Norton Hospital | Louisville | KY | 340 | 39% | $1,860,274,286 | 17% | 26% | #1 |
| 2 | Jewish Hospital | Louisville | KY | 442 | 17% | $700,771,478 | 19% | 69% | #1 |
| 3 | Baptist Health Louisville | Louisville | KY | 468 | 14% | $523,312,602 | 7% | 30% | #1 (tied) |
| 4 | University of Louisville Hospital | Louisville | KY | 331 | 8% | $472,841,367 | 27% | 56% | #1 |
| | Source: Definitive Healthcare and Oppenhiemer & Co. Inc.  **Top 4 Total** | | | **1,581** | **78%** | **$3,557,199,733** | | | |



COFFMAN_00001880

EVH (OUTPERFORM) - $31.00 — Evolent Health, Inc.

Evolent Health, Inc.

Income Statement

Mohan Naidu, CFA, 312-360-5948, mohan.naidu@opco.com

11/6/18

| In $000s, except per share items | 2014 | 2015 | 2016 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Services Revenues | 100,888 | 96,878 | 254,188 | 434,950 | 124,835 | 125,392 | 131,075 | 170,563 | 551,865 | 189,402 | 190,126 | 198,678 | 192,608 | 770,814 |
| True Health Premiums | | | | | 23,391 | 22,737 | 22,829 | 22,500 | 91,457 | 22,000 | 22,000 | 22,000 | 22,000 | 88,000 |
| New Century | | | | | | | | - | - | - | - | - | - | - |
| Intercompany Eliminations | | | | | (3,991) | (3,817) | (3,743) | (4,000) | (15,551) | (5,000) | (5,000) | (5,000) | (5,000) | (20,000) |
| Total Adj. Revs | 100,888 | 96,878 | 254,188 | 434,950 | 144,235 | 144,312 | 150,161 | 189,063 | 627,771 | 206,402 | 207,126 | 215,678 | 209,608 | 838,814 |
| GAAP Revs | | | | | 139,714 | 144,298 | 149,947 | 188,863 | 622,426 | 206,402 | 207,126 | 215,678 | 209,608 | 838,814 |
| Cost of Revs -Core Services | 73,122 | 57,398 | 155,129 | 269,352 | 71,975 | 69,003 | 73,967 | 96,368 | 311,313 | 104,171 | 104,569 | 109,273 | 105,934 | 423,948 |
| Cost of Revs -Claims Expense | | | | | 16,749 | 18,428 | 16,992 | 18,450 | 70,619 | 15,840 | 18,040 | 19,800 | 20,900 | 74,580 |
| Gross Profit | 27,766 | 39,480 | 99,059 | 165,598 | 50,990 | 56,867 | 58,988 | 74,045 | 240,494 | 86,391 | 84,517 | 86,605 | 82,774 | 340,286 |
| SG&A | 76,521 | 75,286 | 160,841 | 205,670 | 55,526 | 57,403 | 59,566 | 73,735 | 246,230 | 80,497 | 80,779 | 79,801 | 81,747 | 322,824 |
| D&A | 12,602 | 7,166 | 17,224 | 32,368 | 9,496 | 10,034 | 10,352 | 11,722 | 41,604 | 12,384 | 12,428 | 12,941 | 12,576 | 50,329 |
| Total Operating Expenses | 89,123 | 82,452 | 336,579 | 238,438 | 65,122 | 65,833 | 70,018 | 85,457 | 286,430 | 92,881 | 93,207 | 92,741 | 94,324 | 373,153 |
| Operating Income | (61,357) | (42,972) | (237,520) | (72,840) | (14,132) | (8,966) | (11,030) | (11,412) | (45,540) | (6,490) | (8,690) | (6,136) | (11,550) | (32,866) |
| EBITDA | | 362,943 | (154,068) | (32,955) | (4,346) | (14) | (2,057) | 360 | (6,057) | 6,269 | 4,113 | 7,179 | 1,401 | 18,962 |
| Adj. EBITDA | (29,536) | (34,083) | (21,407) | (2,205) | 7,913 | 4,885 | 4,797 | 6,460 | 24,055 | 14,394 | 12,238 | 15,304 | 9,526 | 51,462 |
| Net income / loss | (61,171) | 655,163 | (226,879) | (69,767) | (14,065) | (10,031) | (12,555) | (11,796) | (48,447) | (6,777) | (8,933) | (6,430) | (11,736) | (33,875) |
| Net income / loss attributable to non-control | 19,228 | 19,325 | 67,065 | 9,102 | 439 | 115 | 126 | 175 | 855 | 500 | 500 | 500 | 500 | 2,000 |
| Net income / loss attributable to Evolent He | (41,943) | 674,488 | (159,814) | (60,665) | (13,626) | (9,916) | (12,429) | (11,621) | (47,592) | (6,277) | (8,433) | (5,930) | (11,236) | (31,875) |
| Earnings (Loss) available to Common Share | (41,943) | 655,163 | (159,814) | (60,665) | (13,626) | (9,916) | (12,429) | (11,621) | (47,592) | (6,277) | (8,433) | (5,930) | (11,236) | (31,875) |
| Diluted (GAAP) EPS | $ (1.10) | 14.20 | (3.70) | (0.98) | (0.18) | (0.13) | (0.16) | (0.14) | (0.61) | (0.08) | (0.10) | (0.07) | (0.14) | (0.40) |
| Adjusted Net Income | | (40,475) | (35,582) | (24,799) | 1,244 | (2,299) | (2,960) | (5,762) | (9,777) | 1,710 | (490) | 2,064 | (3,350) | (66) |
| Adjusted EPS | | $ (0.96) | (0.57) | (0.36) | 0.02 | (0.03) | (0.04) | (0.07) | (0.12) | 0.02 | (0.01) | 0.03 | (0.04) | (0.00) |
| Weighted Avg. Common Shares (Dil.) | 38,170 | 46,136 | 45,031 | 64,274 | 75,375 | 77,209 | 77,209 | 80,407 | 77,550 | 80,487 | 80,567 | 80,648 | 80,729 | 80,608 |
| Adj. Weighted Avg. Common Shares | | 46,136 | 61,913 | 71,607 | 77,516 | 77,209 | 77,999 | 81,197 | 78,480 | 81,969 | 82,050 | 82,133 | 82,215 | 82,092 |

**Margin Analysis:**

| | 2014 | 2015 | 2016 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Margin - Core Services | 27.5% | 40.8% | 39.0% | 38.1% | 42.3% | 45.0% | 43.6% | 44% | 43.6% | 45% | 45% | 45% | 45% | 45.0% |
| Gross Margin - True Health | | | | | 28.4% | 19.0% | 25.6% | 18% | 22.8% | 28% | 18% | 10% | 5% | 15.3% |
| Gross Margin - Total | | | | | 36.5% | 39.4% | 39.3% | 39% | 38.6% | 42% | 41% | 40% | 39% | 40.6% |
| SG&A | 75.8% | 77.7% | 63.3% | 47.3% | 38.5% | 39.8% | 39.7% | 39% | 39.2% | 39% | 39% | 37% | 39% | 38.5% |
| D&A | 12.5% | 7.4% | 6.8% | 7.4% | 6.6% | 7.0% | 6.9% | 6.2% | 6.6% | 6.0% | 6.0% | 6.0% | 6.0% | 6.0% |
| Op Margin | -60.8% | -44.4% | -93.4% | -16.7% | -9.8% | -6.2% | -7.3% | -6.0% | -7.3% | -3.1% | -4.2% | -2.8% | -5.5% | -3.9% |
| Adj. EBITDA Margin | -29.3% | -35.2% | -8.4% | -0.5% | 5.5% | 3.4% | 3.2% | 3.4% | 3.8% | 7.0% | 5.9% | 7.1% | 4.5% | 6.1% |
| Tax rate | 0.0% | -6.6% | -4.5% | -8.7% | 0.0% | -1.1% | 1.1% | -2.0% | -0.4% | -2.0% | -2.0% | -2.0% | -2.0% | -2.0% |

**Growth Analysis:**

| | 2014 | 2015 | 2016 | 2017 | 1Q:18 | 2Q:18 | 3Q:18 | 4Q:18E | 2018E | 1Q:19E | 2Q:19E | 3Q:19E | 4Q:19E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenues, Overall | | | 162% | 71% | 36% | 35% | 39% | 66% | 44% | 43% | 44% | 44% | 11% | 34% |
| Revenues - Services | | | 162% | 71% | 18% | 17% | 21% | 50% | 27% | 52% | 52% | 52% | 13% | 40% |
| Revenues, Transformation | | | 93% | -23% | -1% | 53% | 13% | -20% | 9% | 12% | 12% | 12% | 15% | 12% |
| Revenues, Platform and operations | | | 180% | 88% | 19% | 15% | 22% | 12% | 17% | 16% | 16% | 16% | 16% | 16% |
| Gross Margin, Overall | | | 151% | 67% | 32% | 46% | 49% | 54% | 45% | 69% | 49% | 47% | 12% | 41% |
| SG&A | | | 114% | 28% | 4% | 12% | 30% | 34% | 20% | 45% | 41% | 34% | 11% | 31% |
| D&A | | | 140% | 88% | 44% | 45% | 34% | 5% | 29% | 30% | 24% | 25% | 7% | 21% |
| Op Income | | | 453% | -69% | -34% | -53% | -21% | -37% | -37% | -54% | -3% | -44% | 1% | -28% |
| Incremental OM | | | -124% | 91% | 19% | 27% | 7% | 9% | 14% | 12% | 0% | 7% | -1% | 6% |
| Adj. EBITDA | | | -37% | -90% | -266% | -237% | 81% | 85% | -1191% | 82% | 151% | 219% | 47% | 114% |
| Adj. EPS | | | -41% | -37% | -111% | -77% | -13% | 78% | -66% | 30% | -80% | -166% | -43% | -99% |

Source: Company reports and Oppenheimer estimates



COFFMAN_00001881

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



Created by: BlueMatrix

All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.



COFFMAN_00001882

**Neutral** - anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell** - anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

### Distribution of Ratings/IB Services Firmwide

| Rating | Count | Percent | IB Serv/Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| OUTPERFORM [O] | 367 | 65.54 | 166 | 45.23 |
| PERFORM [P] | 192 | 34.29 | 62 | 32.29 |
| UNDERPERFORM [U] | 1 | 0.18 | 0 | 0.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

Note: Stocks trading under $5 can be considered speculative and appropriate for risk tolerant investors.

### Additional Information Available

**Company-Specific Disclosures: Important disclosures, including price charts, are available for compendium reports and all Oppenheimer & Co. Inc.-covered companies by logging on to https://www.oppenheimer.com/client-login.aspx or writing to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.**

## Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web

 

COFFMAN_00001883

Evolent Health, Inc.                                                                                                    EVH (OUTPERFORM) - $31.00

sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities and advising on securities. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2019.

 

COFFMAN_00001884