# Exhibit 25

```
################################################################################
###############################################
## The format of this text file is subject to change and should not be relied upon.
##
## The Bloomberg message compliance XML files have a published schema and are used
for machine processing.          ##
## For more details please speak to your Bloomberg representative.
##
################################################################################
###############################################
```

=====Begin Message=====
Message#: 8
Message Sent: 08/16/2019 11:50:00
FROM: adahms@silvercrestgroup.com
TO: slilly@silvercrestgroup.com
CC:
BCC:
Subject: RE: EVH
What's gone wrong:


   *   Medwise got acquired by McClaren Health Care that caused guidance to be a big below estimates - This doesn't happen often, but certainly can happen
   *   Passport, the largest client, started publicly complaining about rate reductions.  These actually got fixed, but the noise weighed on the stock.
   *   Passport needed more capital which EVH provided in taking more ownership - A key reason Passport needed capital is because it was a provider owned plan that overpaid a number of providers.  EVH, upon taking ownership, corrected thesis issues immediately improving cash flows.
   *   Passport Medicaid rebid is getting decided in Sept - Reason the stock has drifted lower as people await this event.  We think the core business ex-Passport is worth significantly more that the value right now.  A win by passport would just be gravy.

From: Adam Dahms
Sent: Friday, August 16, 2019 10:36 AM
To: Steve Lilly <slilly@silvercrestgroup.com>
Subject: EVH

EVH


   *   Central Thesis: Evolent has built a broad suite of products that at their core help their clients (plan administrators, healthcare providers) take and manage risk
   *   Despite the trouble with the stock, the positive (if you call it that) is that this thesis hasn't changed
   *   There's no question that Medicare, Medicaid, and even commercial payers are pushing risk to plan administers and providers and trying to drive them to control costs.  The question is how quickly this will happen.
   *   The hiccups for EVH have largely come from clients needing capital to manage risk (in

Silvercrest-EVH REV 0003109

some cases EVH has provided), clients getting acquired by a non-EVH client, and regulatory changes (think about how the ACO risk model got pushed out)
  *   The positives are that EVH continues to sign new clients up, has a strong funnel of new opportunities, and large opportunities to grow with existing clients
  *   At this point, EVH has visibility to mid-teens 2020 growth (excluding passport that will grow if it stays), has hit cash flow breakeven, and is basically trading at 1X trailing revenue.
  *   The risk of value-based care not pushing forward seems negligible (we need to control the cost curve)


=====End Message=====

Silvercrest-EVH REV 0003110