# Exhibit 26

| | |
|---|---|
| **From:** | Adam Dahms <adahms@cortina-am.com> |
| **Sent:** | Monday, June 10, 2019 1:17 PM |
| **To:** | Steve Lilly <slilly@cortina-am.com> |
| **Subject:** | RE: Names I didn't get to for Florida.... |

**Adam Dahms, CFA**
*Research Analyst*
414.225.7371 (o) · 414.225.0733 (f)

> **Exhibit**
> **0583**

**Cortina Asset Management**
825 North Jefferson Street · Suite 400 · Milwaukee, WI 53202
**www.cortinaassetmanagement.com**

This message is intended only for the designated recipient(s). It may contain confidential, privileged or proprietary information. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message. Thank you.

**From:** Steve Lilly
**Sent:** Monday, June 10, 2019 8:45 AM
**To:** Adam Dahms <adahms@cortina-am.com>
**Subject:** Names I didn't get to for Florida....

I literally just need 3-5 bullet points on what's transpired over the last 12 months on the following....

- EBS
  - Acquired Adapt Pharma and PaxVax late 2018
  - Adapt (Narcan) modified end-market exposure (less direct govt purchasing) and potential competition have weighed on the stock
    - Trends continue to be strong with Narcan and no real change in competitive landscape has occurred.
    - Management continues to inidicate they've always expected competition at some point
  - 2019 initial guidance was strong ahead of Street estimates, but H2-19 loaded due to timing of contracts and shift from Biothrax to Nuthrax
    - Also probably weighing on the stock a bit
  - Recent approvals include the ability to deliver AV7909 (Nuthrax), longest contract signed to date with Fed (10-year VIGIV contract)
- EVH
  - While the thesis of helping providers take risk has remained intact, this story has had the misfortune of 'death by 1000 cuts' in the past 12 months
  - The positive side is the company continues to add new clients, partnerships, and capabilities to provide clients with a more comprehensive risk management solution
  - The negatives...
    - ACO program changes = Long-term this should be a very powerful tailwind, but near-term it could be a headwind as providers are given more time to prepare to take on two-sided risk
    - Florida = Another nice long-term tailwind that is dealing with a slower initial ramp relative to expectations (pretty common for ramps to be slower)
    - MDWise = This client was acquired by McClaren and services will be brought in house over time
    - Beacon = Another client getting acquired by Anthem, though management believes this contract will remain for the next 3 years
      - Client risk gets mitigated as EVH adds more clients (now ~40), but this risk will always

Silvercrest-EVH REV 0080096

exist
- Passport = Largest client, had issues around rate cuts that caused investors to worry about the ability of Passport to survive.  Rates were reviewed and improved recently, but this was follow by EVH announcement they are buying a majority stake in Passport.
  - We prefer to see EVH sell services/software to providers and not take on the role of plan administrator...

- HQY
  - The company continues to execute well and outgrow the market
  - Layering on additional capabilities (e.g., retirement, HRA, Cobra, etc) to become a more comprehensive offering
  - Legislative tailwinds continue to exist though admittedly these catalysts remain on the come
  - Rumored to have made on offer to acquire WageWorks.  Makes sense longer-term to consolidate these businesses, but near-term dilutive to a strong HSA story

- TCMD
  - Increased payer access starting end of 2018 continues to benefit growth
  - FlexiTouch Plus new product roll out continues to benefit growth
  - The company continues to invest in the sales force to drive growth (the recurring bear thesis stems from the inability to gain leverage)
  - Probable that stock weakness is somewhat a results of Inogen high-multiple anchor is no longer there to help the stock.

- VCRA
  - Back-half loaded guidance due to govt shutdown and new product roll out
  - The company has talked about Middle East deal, Nordstrom rollout, smartbadge sales resuming (including new version), and better Federal trends making full-year guidance a reality

Thanks!

**Steve Lilly, CFA**
*Portfolio Manager*
414.225.7360 (o)

**Cortina Asset Management**
825 North Jefferson Street · Suite 400 · Milwaukee, WI 53202
slilly@cortina-am.com · www.cortinaassetmanagement.com

This message is intended only for the designated recipient(s). It may contain confidential, privileged or proprietary information. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this message in error, please notify the sender by reply email and delete this message. Thank you.

Silvercrest-EVH REV 0080097