# Exhibit 27

Document ID: 0.7.3542.9803

| | |
|---|---|
| From: | Walter, Edward R </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=walter edwardb10> |
| To: | Porter, John R </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john r. porter50f>; Corrado, Joseph M </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=corrado josephd8c>; Wakefield, Todd </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wakefield todd134>; Zeuthen, Robert C </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=zeuthen robert814>; Ladner, Stephen D </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=ladner stephen dce4>; Piskorowski, Jonathan J </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=piskorowski jonathan ja84>; Higgins, Caroline M </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=higgins caroline m2f0>; Miller, Eric G </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=miller eric ge35>; Canning, Scott P </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=scott p. canning1bb> |
| Cc: | |
| Bcc: | |
| Subject: | this morning |
| Date: | Wed May 29 2019 07:41:44 EDT |
| Attachments: | image001.png image002.png |

I will not be on the call this morning

Only news from me at the moment is EVH is effectively buying Passport Health (70% interest). This is the plan in Kentucky that has been struggling.  I am not stunned by the news, but not thrilled by it either.  I'd rather see them make investments that allow them to grow lives under coverage.   This will increase the scope of their offering and increase their $ per member in Kentucky.  It is clear that they have shifted to wanting to have more control over the health plans they are partnered with given recent experiences in Kentucky and Florida.  I'm going to withhold judgment until their analyst day tomorrow where we will get a full explanation and they are doing a call at 8 today.

I'm heading down to visit  TDOC later this morning.  I will be spending a lot of time in the car today if anyone needs me (508-930-1965).

**Exhibit
0626**

Ed Walter
Managing Director
ewalter@mellon.com
T +1 617.248.6279
www.mellon.com

_____


Mellon
BNY Mellon Center, 201 Washington St, Boston, MA 02108-4408


_____

BNYM CONFIDENTIAL000513