# Exhibit 28



**QUICK THOUGHTS**
May 29, 2019

SUNTRUST ROBINSON HUMPHREY

Please don't forward - Exclusive use: jordan.kohnstam@westwicke.com

# Impressions on EVH Stamping Passport With a 70% Stake

Mix shift toward health plan may cast shadow on EVH's use of capital.

**Buy**

**Price Target: $19.00**

**Price: $14.15**

**STRH Thoughts:** Our sense is that this transaction signals that Passport wasn't in a position to remain operationally sustainable as a standalone entity, which suggests to us that EVH's investment and balance sheet commitment is likely instrumental in supporting the business. Although we think EVH is capable of running Passport more successfully (evidenced by EVH's management of True Health to date), this transaction does raise questions about what is Evolent's business model? Is it still a tech-enabled service for health plans and providers or is it a hybrid of tech-enabled services and a health plan business? Investors may have questions about EVH's controlling 70% stake and balance sheet exposure even though the business is not fully consolidated. Should Passport continue to operate, EVH expects expanded contract terms (which mandate use of New Century) could provide a ~50% lift to P&O revenue currently generated from Passport that could imply a ~$45M revenue lift to ~$135M.

**The news:** This morning EVH announced (link) that it had invested $70M in a 70% stake into Passport Health (Private), along with a $20M statutory note and interim balance sheet support. Passport is EVH's largest client (has ~315,000 Medicaid lives) and has been in financial difficulty following the State of Kentucky's reset in Medicaid reimbursement rates (we discussed Passport: here, here, here, and here). The stake will be recorded under equity method accounting; though, EVH will be running the company and has a majority equity interest management justified the equity method on the basis of shared governance with minority owners.

**Market reaction:** Shares of EVH are down ~20% (S&P down less than 1%), which is a loss of ~$230 million in market cap since yesterday's close. We are not surprised, as the market previously reacted adversely when EVH had acquired health plans in late 2017 (EVH subsequently walked away from Premier Health in Ohio at the start of 2018 after the stock went from $24 in August of 2017 to ~$10 by mid-November, following the health plan acquisitions).

**Management has previously talked down going after Passport as recently as 4Q18 earnings call:** When asked whether EVH would acquire some, if not the whole, Passport business during the 4Q18 earnings call, management cited they had "not contemplated acquiring a full Medicaid plan", that it's "not in our strategic lens at this point". Management did state that they have "talked about

**Sandy Draper, CFA**
404-926-5273
sandy.draper@suntrust.com

Jack Wallace
404-926-5234
jack.wallace@suntrust.com

Stan Berenshteyn, CFA
404-439-9719
stan.berenshteyn@suntrust.com

**SEE PAGE 3 FOR REQUIRED DISCLOSURE INFORMATION**

Equity Research



co-ownership models where they might have a <u>minority</u> stake", but "related to Passport it's not something that is being evaluated".

**What else?** EVH is hosting an analyst day tomorrow in NYC. We hope to learn more details about this transaction as well as underlying business trends.



### Valuation and Risks

**$19 PT:** Our PT implies an EV/Sales multiple of 1.9x on our '20 numbers, which is below the middle of its trading range of 1.5x-4.5x given the cautious stance ahead of a difficult start to 2019. Our PT is also supported by our proprietary unit economics model and associated DCF analysis.

**Investment risks. 1)** Customer concentration due to the intensive nature of customer relationships (Evolent's top customers comprised ~17% of 2018 revenue; no other customer was >10%). **2)** Slower than expected industry shift to value based care. **3)** Commercialization risk: Evolent faces the risk that its offering doesn't catch on or a competitor's offering becomes the standard given how nascent the market is. **4)** Large health systems decide to operate value based care strategies without the help of a strategic partner.

## Companies Mentioned in This Note

Passport Health (Private)

## Analyst Certification

I, Sandy Draper , hereby certify that the views expressed in this research report accurately reflect my personal views about the subject company(ies) and its (their) securities. I also certify that I have not been, am not, and will not be receiving direct or indirect compensation in exchange for expressing the specific recommendation(s) in this report.

## Required Disclosures

Analyst compensation is based upon stock price performance, quality of analysis, communication skills, and the overall revenue and profitability of the firm, including investment banking revenue.

As a matter of policy and practice, the firm prohibits the offering of favorable research, a specific research rating or a specific target price as consideration or inducement for the receipt of business or compensation. In addition, associated persons preparing research reports are prohibited from owning securities in the subject companies.



Rating and Price Target History for: Evolent Health, Inc. (EVH-US) as of 05-28-2019

Created by: BlueMatrix

## STRH Ratings System for Equity Securities

**Dissemination of Research**

SunTrust Robinson Humphrey (STRH) seeks to make all reasonable efforts to provide research reports simultaneously to all eligible clients. Reports are available as published in the restricted access area of our website to all eligible clients who have requested a password. Institutional investors, corporates, and members of the Press may also receive our research via third party vendors including: Thomson Reuters, Bloomberg, FactSet, and S&P Capital IQ. Additional distribution may be done by sales personnel via email, fax, or other electronic means, or regular mail.

For access to third party vendors or our Research website: https://suntrustlibrary.bluematrix.com/client/library.jsp

Please email the Research Department at mailto:STRHEquityResearchDepartment@suntrust.com or contact your STRH sales representative.



**The rating system effective as of Oct. 7, 2016:**

**STRH Rating System for Equity Securities**

SunTrust Robinson Humphrey (STRH) rates individual equities using a three-tiered system. Each stock is rated relative to the broader market (generally the S&P 500) over the next 12-18 months (unless otherwise indicated).

**Buy (B)** – the stock's total return is expected to outperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Hold (H)** – the stock's total return is expected to perform in line with the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Sell (S)** – the stock's total return is expected to underperform the S&P 500 or relevant benchmark over the next 12-18 months (unless otherwise indicated)

**Not Rated (NR)** – STRH does not have an investment rating or opinion on the stock

**Coverage Suspended (CS)** – indicates that STRH's rating and/or target price have been temporarily suspended due to applicable regulations and/or STRH Management discretion. The previously published rating and target price should not be relied upon

STRH analysts have a price target on the stocks that they cover, unless otherwise indicated. The price target represents that analyst's expectation of where the stock will trade in the next 12-18 months (unless otherwise indicated). If an analyst believes that there are insufficient valuation drivers and/or investment catalysts to derive a positive or negative investment view, they may elect with the approval of STRH Research Management not to assign a target price; likewise certain stocks that trade under $5 may exhibit volatility whereby assigning a price target would be unhelpful to making an investment decision. As such, with Research Management's approval, an analyst may refrain from assigning a target to a sub-$5 stock.

**Legend for Rating and Price Target History Charts:**
B = Buy
H = Hold
S = Sell
D = Drop Coverage
CS = Coverage Suspended
NR = Not Rated
I = Initiate Coverage
T = Transfer Coverage

**The prior rating system until Oct. 7, 2016:**

3 designations based on total returns* within a 12-month period**
· Buy – total return $\geq$ 15% (10% for low-Beta securities)***
· Reduce – total return $\leq$ negative 10% (5% for low Beta securities)
· Neutral – total return is within the bounds above
· NR – NOT RATED, STRH does not provide equity research coverage
· CS – Coverage Suspended
*Total return (price appreciation + dividends); **Price targets are within a 12-month period, unless otherwise noted; ***Low Beta defined as securities with an average Beta of 0.8 or less, using Bloomberg's 5-year average

SunTrust Robinson Humphrey ratings distribution (as of 05/29/2019):

| Coverage Universe | | | Investment Banking Clients Past 12 Months | | |
|---|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Rating** | **Count** | **Percent** |
| Buy | 419 | 63.58% | Buy | 99 | 23.63% |
| Hold | 237 | 35.96% | Hold | 32 | 13.50% |
| Sell | 3 | 0.46% | Sell | 1 | 33.33% |



## Other Disclosures

Information contained herein has been derived from sources believed to be reliable but is not guaranteed as to accuracy and does not purport to be a complete analysis of the security, company or industry involved. This report is not to be construed as an offer to sell or a solicitation of an offer to buy any security. SunTrust Robinson Humphrey, Inc. and/or its officers or employees may have positions in any securities, options, rights or warrants. The firm and/or associated persons may sell to or buy from customers on a principal basis. Investors may be prohibited in certain states from purchasing some over-the-counter securities mentioned herein. Opinions expressed are subject to change without notice. The information herein is for persons residing in the United States only and is not intended for any person in any other jurisdiction.

SunTrust Robinson Humphrey, Inc.'s research is provided to and intended for use by Institutional Accounts as defined in FINRA Rule 4512(c). The term "Institutional Account" shall mean the account of: (1) a bank, savings and loan association, insurance company or registered investment company; (2) an investment adviser registered either with the SEC under Section 203 of the Investment Advisers Act or with a state securities commission (or any agency or office performing like functions); or (3) any other person (whether a natural person, corporation, partnership, trust or otherwise) with total assets of at least $50 million.

SunTrust Robinson Humphrey, Inc. is a registered broker-dealer and a member of FINRA and SIPC. It is a service mark of SunTrust Banks, Inc. SunTrust Robinson Humphrey, Inc. is owned by SunTrust Banks, Inc. ("SunTrust") and affiliated with SunTrust Investment Services, Inc. Despite this affiliation, securities recommended, offered, sold by, or held at SunTrust Robinson Humphrey, Inc. and at SunTrust Investment Services, Inc. (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including SunTrust Bank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. SunTrust Bank may have a lending relationship with companies mentioned herein.

Please see our Disclosure Database to search by ticker or company name for the current required disclosures, including valuation and risks, Link: https://suntrust.bluematrix.com/sellside/Disclosures.action

Please visit the STRH equity research library for current reports and the analyst roster with contact information, Link (password protected): STRH RESEARCH LIBRARY

SunTrust Robinson Humphrey, Inc., member FINRA and SIPC. SunTrust and SunTrust Robinson Humphrey are service marks of SunTrust Banks, Inc.

If you no longer wish to receive this type of communication, please request removal by sending an email to STRHEquityResearchDepartment@SunTrust.com

© SunTrust Robinson Humphrey, Inc. 2019. All rights reserved. Reproduction or quotation in whole or part without permission is forbidden.

**ADDITIONAL INFORMATION IS AVAILABLE** at our website, www.suntrustrh.com, or by writing to:SunTrust Robinson Humphrey, Research Department, 3333 Peachtree Road N.E., Atlanta, GA 30326-1070