**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, | §<br>§<br>§<br>§<br>§<br>§ | Case No. 1:19-cv-01031-MSN-TCB |
| Plaintiffs, | §<br>§ | |
| | § | CLASS ACTION |
| v. | §<br>§ | |
| EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY, | §<br>§<br>§<br>§ | |
| Defendants. | §<br>§<br>§ | |

**DEFENDANTS' MOTION FOR LEAVE TO PRESENT LIVE EXPERT TESTIMONY
AND TO FILE SUPPLEMENTAL BRIEF OPPOSING CLASS CERTIFICATION**

Defendants Evolent Health, Inc., Frank Williams, Nicholas McGrane, and Seth Blackley (collectively, "Defendants"), respectfully request that the Court grant Defendants leave to present live testimony from their expert economist, Lucy Allen, at the June 24, 2022 hearing on Plaintiffs' Motion for Class Certification (Dkt. 195). Defendants additionally seek leave to file a short supplemental brief responding to two reports Plaintiffs' expert, Mr. Coffman, has written (or will have written) before the June 24 hearing. Defendants ask the Court to permit them to file a short supplemental brief—not to exceed six pages in length—addressing this new evidence.

Dated: June 3, 2022

Respectfully submitted,

*/s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102

Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com
*Local counsel for Defendants*


Ashley C. Parrish
Virginia Bar No. 43089
**KING & SPALDING LLP**
700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006-4707
Tel: (202) 626-2627
Fax: (202) 626-3737
aparrish@kslaw.com

Paul R. Bessette, *pro hac vice*
Michael J. Biles, *pro hac vice*
Jill R. Carvalho, *pro hac vice*
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2050
Fax: (512) 457-2100
pbessette@kslaw.com
mbiles@kslaw.com
jcarvalho@kslaw.com

Michael R. Smith, *pro hac vice*
Peter M. Starr, *pro hac vice*
**KING & SPALDING LLP**
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5140
mrsmith@kslaw.com
pstarr@kslaw.com

*Attorneys for Defendants*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF Filing System on all parties in this case.

 */s/ Robert R. Vieth*
Robert R. Vieth, Esq. (VSB No. 24304)
Abigail J. Johansen (VSB No. 93585)
**HIRSCHLER FLEISCHER, PC**
8270 Greensboro Drive, Suite 700
Tysons Corner, VA 22102
Tel: (703) 584-8366
Fax: (703) 584-8901
rvieth@hirschlerlaw.com
ajohansen@hirschlerlaw.com
*Local counsel for Defendants*

- 3 -