IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PLYMOUTH COUNTY RETIREMENT
SYSTEM, *et al.*,

　　　　　　Plaintiffs,

　　v.

EVOLENT HEALTH, INC., *et al.*,

　　　　　　Defendants.

Case No. 1:19-cv-1031 (MSN/TCB)

## ORDER

This matter comes before the Court on Defendants' Motion for Leave to Present Live Expert Testimony and To File Supplemental Brief Opposing Class Certification (Dkt. No. 218). Having reviewed the motion, opposition, the reply thereto, arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendants' Motion (Dkt. No. 218) is **DENIED**; it is further

**ORDERED** that the hearing on Plaintiffs' Motion for Class Certification (Dkt. No. 195) scheduled for June 24, 2022 will now be held on Friday, July 8, 2022 at 10:00 a.m.; it is further

**ORDERED** that the parties shall confer as directed in open court and shall file a joint motion by Friday, June 17, 2022 setting forth the parties' proposed schedule addressing briefing and hearing on motions for summary judgment; it is further

**ORDERED** that the Final Pretrial Conference scheduled for June 30, 2022 is SUSPENDED pending resolution of the motions for summary judgment.

It is **SO ORDERED**.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　Hon. Michael S. Nachmanoff
　　　　　　　　　　　　　　　　United States District Judge

Alexandria, Virginia
June 14, 2022