# EXHIBIT 4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

```
PLYMOUTH COUNTY            )
RETIREMENT SYSTEM and      )
OKLAHOMA POLICE PENSION     )  CASE NO.
AND RETIREMENT SYSTEM,      )  1:19-cv-01031-MSN-TCB
Individually and On         )
Behalf of All Others        )
Similarly Situated          )
                            )
VS.                         )
                            )
EVOLENT HEALTH, INC.,       )
FRANK WILLIAMS,             )
NICHOLAS MCGRANE, and        )
SETH BLACKLEY               )
```

ORAL AND VIDEOTAPED DEPOSITION OF STEVEN LILLY

MAY 6, 2022

ORAL AND VIDEOTAPED DEPOSITION OF STEVEN LILLY, produced as a witness at the instance of the Defendant and duly sworn, was taken in the above styled and numbered cause on Friday, May 6, 2022, from 9:10 a.m. to 2:12 p.m., before Janalyn Elkins, CSR, in and for the State of Texas, reported by computerized stenotype machine, via Zoom, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record herein.

Page 1

VIDEOGRAPHER:  We're back on the record. The time is 1:58.

EXAMINATION

Q.  (BY MR. GRUNEWALD)  Okay.  So thank you, Mr. Lilly, again for your time and your efforts here today.  I just have a few questions and some follow-up, so this shouldn't take too long.

Do you have an understanding in your industry of what material non-public information may be?

A.  Yes.

Q.  And what is that understanding of yours, what's the general industry?

A.  It is information that would be significant to a company's stock price that has not publicly been disseminated.

Q.  And did you ever receive any information from Evolent that was material and non-public?

A.  No, I don't believe so.

Q.  So earlier you talked about Passport's financial distress in 2019, the early part of 2019, and you expressed certain views and opinions about that situation.

Do you remember that?

A.  I recall discussing Passport, yes.  I don't recall offering opinions on their financial condition.

Page 139

to our projected earnings, cash flow, revenue, market opportunity, that is a factor, yes.

Q. Right. So in a sense, you're saying that if the number of the stock is what you think is a fair valuation, the price of a stock is a fair valuation, that will -- that will impact your -- your decision to buy or sell?

A. Yes.

Q. Okay. Thank you.

Is an opinion that a stock is oversold, does that relate to the market price of the stock?

A. Yes.

Q. Okay. And that opinion that it was oversold, it wasn't -- when you made opinions that things were oversold, that wasn't based on any material nonpublic information?

A. Correct.

Q. That's just your analysis of what's out there in the public sphere?

A. Correct. Yes.

Q. Thank you.

MR GRUNEWALD: I think that's all I have today. But I thank you again for your time. And thank you for everyone, for being here.

THE WITNESS: All right.

Page 147