# EXHIBIT 5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT       *
SYSTEM and OKLAHOMA POLICE        *
PENSION AND RETIREMENT            *
SYSTEM, Individually and On       *
Behalf of All Others             *
Similarly Situated,               *
                                  *    Case No.
     Plaintiffs,                  *    1:19-cv-01031-MSN-TCB
                                  *
VS.                               *
                                  *
EVOLENT HEALTH, INC., FRANK       *
WILLIAMS, NICHOLAS MCGRANE,       *
and SETH BLACKLEY,                *
                                  *
     Defendants.                  *

***********************************************

ORAL AND VIDEOTAPED DEPOSITION OF

NEWTON INVESTMENT MANAGEMENT NORTH AMERICA, LLC

BY AND THROUGH

JOHN PORTER

MAY 11, 2022

(Reported Remotely)

***********************************************

Page 1

rounding the last bit -- last leg of the course.

Again, I thank you for your time here.  I know you have a high opportunity cost for it, so again thank you.  I just have a few short questions.

You mentioned MNPI, that you were careful about not getting this.  That's why you spoke to former employees.  Did you -- are you aware that you received any material nonpublic information about Evolent?  Did you receive any of that?

A.    No, we did not.  Neither -- neither me or Rafe.  If -- you know, we've got gates built in.  So if Rafe were to receive anything that he -- he thought was MNPI, he would have first communicated that with the -- with our legal compliance team, and he would have -- he would have ceased the research project and the communication around said research project with the investment team.

Q.    Excellent.  You speak a lot about valuation, stocks being overpriced, underpriced, overvalued, undervalued.  So my question is, is price an important part or an important factor in determining whether you can transact in securities?

A.    Yes.

Q.    Thank you.  You were mentioning you're a growth fund, and you're interested I guess in organic

Page 138

for us to have an investigative team really dive into
it.

Q.   (By Mr. Grunewald)  If there were causes for
concern about Passport and that's why you took this
investigation, how come you were --

THE REPORTER:  Mr. Grunewald, I'm sorry.
Could you start over?  You were cutting out.

MR. GRUNEWALD:  I'm sorry.

Q.   (By Mr. Grunewald)  You said that the -- you
were looking into issues at Passport, the volatility.
And why would you speak with former employees of
Evolent and not just focus your investigation on
Passport or a situation in Kentucky or Kentucky
politics?  Why would you also look at Evolent formers?

MR. STARR:  Object to form.

THE WITNESS:  We were trying to cast a
wide net.  You're trying to understand is the product
that Evolent sells, is it -- is it valued by customers,
what's the view -- what's the view of -- of clients
that have used it, what's the view of -- of clients
that maybe have -- maybe have chosen other alternative
solutions in the marketplace.

So, you know, while the stock volatility
related to Passport was the impetus for the deep dive
work, it wasn't -- we weren't focused solely on what

Page 141

was going on in Kentucky because it was an opportunity for us to sort of just further explore the value of the product offering, the platform in a broader set of customers' eyes.

Q.   (By Mr. Starr)  Were you concerned then about the product offering and the value that Evolent was providing to its customers?

A.   I always am.  I mean, it's part of my job as an investor in any of my companies to be their -- in some senses their biggest sceptic, really scrutinize whether the value proposition is what they purport it to be, and that's true with any business, large or small.  But when you're dealing with small companies, you know, emerging markets, you know, innovative technology, the -- the unknowns, the variables around the -- the attractiveness of product are even more at the forefront of our minds.

Q.   So would you say -- would you agree maybe that the volatility in the stock after the Passport complaint in that period of time -- that's February 2019, March of 2019 -- caused you to want to drill down more into the value thesis at Evolent, their ability to provide value to customers?

A.   Yes.

Q.   When you reviewed the complaint in this

Page 142

of, you know, where they lose -- when they lose clients, the reason behind it is -- is critically important.

Q.   So if, for example, a -- Evolent were to make a statement that it saved an unnamed partner a hundred million dollars and it turned out that they did not, if it was found to be that they did not, would that support the idea that clients would not be happy with Evolent?

MR. STARR:  Object to form.

THE WITNESS:  I would need more information.  I mean, clearly if there is a -- if there is an existing client that you believe you saved a significant amount of money for and that said client says, "I see no evidence of savings," that -- that's a problem.  Absolutely.  You know, that comes back to, you know, Evolent had a new innovative way of doing business, new technology tools that, you know, were -- you know, had the hope -- the expectation of, you know, having there be significant savings, a significantly -- significant ROI.  So if you're falling short of that ROI for clients, that would, you know, absolutely be a challenge for -- for your business.

Q.   (By Mr. Grunewald)  All right.  I'm going to try to introduce an exhibit.  You may have heard me

Page 148

proposition. In your hypothetical they claim to have saved somebody a hundred million dollars and the client says, "I don't see evidence of it." You know, this is -- you know, particularly at the stage Evolent was in 2018, 2019, you know, it's that evangelical sale. As I said before, you're trying to convince, you know, a set of customers that frankly aren't that comfortable with technology, innovation.

You're trying to convince them that you've got a new -- some might describe it as radical way of managing the business that's going to prove to be much more efficient. But it's -- but it's -- you know, it's a risky move for an industry that doesn't tend to be that -- that open to taking -- taking business risk.

So if Evolent were to have, you know, had -- you know, use Passport as an example. If Passport fired Evolent and said, "They didn't -- they didn't deliver what they said they would for us. They cost us money. They didn't save us money. We were better off without them," that would, you know, be a significant headwind to the next, you know, prospect that Evolent's meeting with to try and sell on their product.

Q.  What if the State of Kentucky made an

Page 150