# EXHIBIT 6

| | |
|---|---|
| **From:** | Adam Dahms <adahms@cortina-am.com> |
| **Sent:** | Wednesday, May 29, 2019 8:28 AM |
| **To:** | Gillmor, Matt <MGillmor@rwbaird.com> |
| **Subject:** | Re: EVH |

---

I'm traveling so can't hop on the call. Passport hasn't been able to be profitable while already using a number of EVH products. What does EVH believe it can do that hasn't already been done to drive profitability for Passport? If that plan isn't clear it seems like they're just using our cash to prop up the largest client.

Sent from my iPhone

> On May 29, 2019, at 6:28 AM, Gillmor, Matt <MGillmor@rwbaird.com> wrote:
>
> Yeah, that would be no Bueno if they lost the RFP.  Can't imagine selling to EVH helps with the RFP.
>
> Matthew Gillmor, CFA
> Director, Senior Research Analyst
> Institutional Equities & Research
> Robert W. Baird & Co.
> 615-341-7113 (direct)
> 615-804-5496 (mobile)
> mgillmor@rwbaird.com | http://www.rwbaird.com/equities-research
>
> According to Greenwich Associates' 2018 Small-/Mid-Cap Equities Survey
> Fourteen consecutive years as one of FORTUNE® magazine's 100 Best Companies to Work For, 2004-2018
>
>
> Baird's Annual Conferences: www.bairdconferences.com
> Global Consumer, Technology & Services Conference | June 4-6 | InterContinental New York Barclay, New York
> Global Healthcare Conference | September 4-5 | InterContinental New York Barclay, New York
> Global Industrial Conference | November 5-7 | Four Seasons Hotel, Chicago
> Government Services & Defense Conference | November 20 | The Ritz-Carlton, Tysons Corner
>
> -----Original Message-----
> From: Adam Dahms [mailto:adahms@cortina-am.com]
> Sent: Wednesday, May 29, 2019 5:52 AM
> To: Gillmor, Matt
> Subject: EVH
>
> So they pay $70m and if Passport doesn't win the RFP rebid would they just lose that money?
>
> Sent from my iPhone
> ********************************************************************
>
> Robert W. Baird & Co. Incorporated does not accept buy, sell or other transaction orders by e-mail, or any instructions by e-mail that require a signature. This e-mail message, and any attachment(s), is not an offer, or solicitation of an offer, to buy or sell any security or other product. Unless otherwise specifically indicated, information contained in this communication is not an official confirmation of any transaction or an official statement of Baird. The information provided is subject to change without notice. This e-mail may contain privileged or confidential information or may otherwise be protected by other legal rules. Any use, copying or distribution of the information contained in this e-mail by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any computer on which it exists. Baird, in accordance with applicable laws, reserves the right to monitor, review and retain all electronic communications, including e-mails, traveling through its networks and systems. E-mail transmissions cannot be guaranteed to be secure, timely or error-free. Baird therefore recommends that you do not send any sensitive information such as account or personal identification numbers by e-mail.
>
> ********************************************************************

Silvercrest-EVH REV 0079418