# **EXHIBIT 8**

Case 1:19-cv-01031-MSN-WEF    Document 231-6    Filed 06/17/22    Page 1 of 3 PageID# 6152

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION
Case No.: 1:19-cv-01031-MSN-TCB
-------------------------------------x
PLYMOUTH COUNTY RETIREMENT SYSTEM and
OKLAHOMA POLICE PENSION AND RETIREMENT
SYSTEM, individually and on behalf of
all others similarly situated,

                    Plaintiffs,

                -against-

EVOLENT HEALTH, INC., FRANK WILLIAMS,
NICHOLAS McGRANE, and SETH BLACKLEY,
                    Defendants.
-------------------------------------x
                    Tuesday, May 24, 2022
                    9:36 a.m.

            CONFIDENTIAL
    Videotaped Deposition of NICHOLAS
McGRANE, taken pursuant to Notice, held
at the offices of King & Spalding LLP,
1885 Avenue of the Americas, New York,
New York, before Dawn Matera, a Certified
Shorthand Reporter and Notary Public for
the State of New York.

CONFIDENTIAL

Page 69

NICHOLAS McGRANE

prepare this slide deck?

A.    Yeah.

Q.    Was the J.P. Morgan healthcare conference a particularly important healthcare conference?

A.    It was the most widely attended.  So on one hand, yes, it was, it's the biggest healthcare conference, most widely attended.  So, yes.

It came at an odd time of year insofar as it happened in early January.  We didn't have full year results until the end of February.  So it was, you know -- it was a mix.  A lot of times people want to just talk numbers.  And so J.P. Morgan was a little bit odd in that regard.

Some of the big public companies had preannounced prior to J.P. Morgan.  We never did.  But, yes, it was an important conference.

Q.    And so who was the target audience?  Was it more Evolent's investors and analysts or more Evolent's