# EXHIBIT 14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

CASE NO.: 1:19-CV-01031-MSN-TCB

PLYMOUTH COUNTY RETIREMENT SYSTEM AND OKLAHOMA POLICE

PENSION AND RETIREMENT SYSTEM, INDIVIDUALLY AND ON

BEHALF OF ALL OTHERS SIMILARLY SITUATED,

Plaintiffs,

V.

EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE,

AND SETH BLACKLEY,

Defendants.

DEPONENT:  CARL FELIX

DATE:      MAY 12, 2022

REPORTER:  LINDSEY N. JOHNSON

Page 97

but you are allowed to know it's Kevin Stabler.

A.   Okay.

Q.   So, let's look at paragraph 112.  So, it says, "CW5 recalled that she took part in several projects that Evolent had Passport undertake bluntly stating, 'I don't think a single one actually succeeded.  Evolent never followed through.  Evolent came in and absorbed as much as they could on Passport and never delivered on really much.'"  Assuming that is what Kevin Stabler said --

A.   Uh-huh.

Q.   -- do you disagree with that?

A.   That's his opinion.  You know, we -- generally, I wouldn't -- I wouldn't disagree with that statement.

Q.   Okay.  And did you discuss Evolent with Kevin Stabler at times?

A.   He was my director of IT.  I had a lot of conversations with him about Evolent.

Q.   Okay.  And it says here that you would share -- according to Stabler -- according to what the complaint says, it says you would share prickly conversation you had about Evolent with Mr. Stabler --

A.   Uh-huh.

Q.   -- and Stabler also recounted -- it says how,

Page 98

"Felix stated many conversations -- started many conversations with Evolent's then national Medicaid president Scott Bowers about how Passport was losing money using Evolent, but that Bowers would squelch those conversations."  Does that sound accurate to you?

A.    Well, I guess based on previous documents, I was pretty vocal about what we were getting as a return, so I don't know if I would categorize it as many, but, you know, he was one of my direct reports, so, I probably did have conversations along those lines with him.

Q.    Okay.  Do you remember anything in particular about those conversations?

A.    No.

Q.    Okay.  And would you understand Passport was losing money using Evolent to mean that Evolent was costing Passport more money than it was saving?

A.    From a reputation perspective, with some of these issues that we have then naturally.  The fact that -- yeah, that's not a -- that's not an unfair characterization that I thought we were losing money.

Q.    Okay.  And it says also that you had a running joke with Stabler that, we got another commitment from Evolent that they will not deliver on." Does that sound accurate to you?