UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>                                    Plaintiffs,<br><br>           v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>                                    Defendants. | Case No. 1:19-cv-01031-MSN-TCB |

**DECLARATION OF STEVEN J. TOLL
IN FURTHER SUPPORT OF LEAD PLAINTIFFS' MOTION FOR CLASS
CERTIFICATION, APPOINTMENT OF CLASS REPRESENTATIVES,
AND APPOINTMENT OF CLASS COUNSEL AND LIASION COUNSEL**

I, Steven J. Toll, declare as follows:

1.      I am the Managing Partner at the law firm of Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). I am a member in good standing of the bar of the Commonwealth of Virginia, and I am admitted to practice in the Eastern District of Virginia. Cohen Milstein serves as liaison counsel for Lead Plaintiffs Plymouth County Retirement System and Oklahoma Police Pension and Retirement System ("Lead Plaintiffs"). I respectfully submit the following in further support of Lead Plaintiffs' Motion for Class Certification, Appointment of Class Representatives, and Appointment of Class Counsel and Liaison Counsel.

2.　　Attached as Exhibit 1 is a true and correct copy of excerpts of the April 26, 2022 Deposition of Lead Plaintiff Plymouth County Retirement Association by its representative David J. Sullivan.

3.　　Attached as Exhibit 2 is a true and correct copy of excerpts of the June 8, 2022 Deposition of Defendant Frank Williams. (SUBMITTED PROVISIONALLY UNDER SEAL.)

4.　　Attached as Exhibit 3 is a true and correct copy of excerpts of the April 21, 2022 Deposition of Lead Plaintiff Oklahoma Police Pension and Retirement System by its representative Regina Sigler.

5.　　Attached as Exhibit 4 is a true and correct copy of excerpts of the May 6, 2022 Deposition of Silvercrest Asset Management by its representative Steven Lilly. (SUBMITTED PROVISIONALLY UNDER SEAL.)

6.　　Attached as Exhibit 5 is a true and correct copy of excerpts of the May 11, 2022 Deposition of Newton Investment Management North America by its representative John Porter. (SUBMITTED PROVISIONALLY UNDER SEAL.)

7.　　Attached as Exhibit 6 is a true and correct copy of the May 29, 2019 email from Adam Dahms to Matthew Gillmor (produced by Silvercrest Asset Management as Silvercrest - EVH REV 0079418).  (SUBMITTED PROVISIONALLY UNDER SEAL.)

8.　　Attached as Exhibit 7 is a true and correct copy of excerpts of the April 26, 2022 Deposition of Kimberly Conquest.  (SUBMITTED PROVISIONALLY UNDER SEAL.)

9.　　Attached as Exhibit 8 is a true and correct copy of excerpts of the May 24, 2022 Deposition of Defendant Nicholas McGrane.  (SUBMITTED PROVISIONALLY UNDER SEAL.)

10. Attached as Exhibit 9 is a true and correct copy of excerpts of the May 25, 2022 Deposition of Mark Carter. (SUBMITTED PROVISIONALLY UNDER SEAL.)

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the March 18, 2022 hearing transcript. (SUBMITTED PROVISIONALLY UNDER SEAL.)

12. Attached as Exhibit 11 is a true and correct copy of excerpts of the Transcript of the May 11, 2018 Analyst/Investor Day Call.

13. Attached as Exhibit 12 is a true and correct copy of the February 20, 2019 email from Edward Walter to John Porter (produced by Newton Asset Management North America as BNYM CONIFDENTIAL000218). (SUBMITTED PROVISIONALLY UNDER SEAL.)

14. Attached as Exhibit 13 is a true and correct copy of the February 19, 2019 email from Nicholas McGrane to Richard Close and Brian Hoffman (produced by Defendants as EVH00089363). (SUBMITTED PROVISIONALLY UNDER SEAL.)

15. Attached as Exhibit 14 is a true and correct copy of excerpts of the May 12, 2022 Deposition of Carl Felix. (SUBMITTED PROVISIONALLY UNDER SEAL.)

16. Attached as Exhibit 15 is a true and correct copy of the April 1-2, 2019 emails among Carl Felix, Paul Muench, and others (produced by Defendants as EVH00128941 and marked by Plaintiffs as Exhibit 113). (SUBMITTED PROVISIONALLY UNDER SEAL.)

17. Attached as Exhibit 16 is a true and correct copy of the June 21, 2019 email between Boris Vuchic and Frank Williams (produced by Defendants as EVH00097924 and marked by Plaintiffs as Exhibit 263). (SUBMITTED PROVISIONALLY UNDER SEAL.)

18. Attached as Exhibit 17 is a true and correct copy of the May 29, 2019 Cowen Analyst Report (produced by Defendants as EVH00327843).

3

19.      Attached hereto as Exhibit 18 is a true and correct copy of Evolent's Twitter post dated January 10, 2018, screenshotted on June 16, 2022 and available at:

twitter.com/EvolentHealth/status/951175135410753536?cxt=HHwWgMC8leCvoLMaAAAA.

20.      Attached hereto as Exhibit 19 is a true and correct copy of excerpts of the June 15, 2022 Deposition of Lucy Allen.

21.      Attached hereto as Exhibit 20 is a true and correct copy of the May 11, 2018 William Blair Analyst Report (marked by Plaintiffs as Exhibit 157).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 17th day of June, 2022.

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com

*Liaison Counsel for Lead Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, I caused the foregoing to be electronically filed with

the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the
Proposed Class*