# EXHIBIT 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT    *

SYSTEM and OKLAHOMA POLICE    *

PENSION AND RETIREMENT        *

SYSTEM, Individually and On   *

Behalf of All Others          *

Similarly Situated,           *

                              *    Case No.

        Plaintiffs,           *    1:19-cv-01031-MSN-TCB

                              *

VS.                           *

                              *

EVOLENT HEALTH, INC., FRANK   *

WILLIAMS, NICHOLAS MCGRANE,   *

and SETH BLACKLEY,            *

                              *

        Defendants.           *


          *******************************************

              ORAL AND VIDEOTAPED DEPOSITION OF

              PLYMOUTH COUNTY RETIREMENT SYSTEM

                      BY AND THROUGH

                     DAVID J. SULLIVAN

                      APRIL 26, 2022

                    (Reported Remotely)

          *******************************************


                                            Page 1

Q.   How many complaints has Plymouth filed in this case?

A.   Well, it's the initial complaint, and then there's been first, second, and third amended complaints.

Q.   And why were the complaints amended?

MR. HOOKER:  Objection to form.

THE WITNESS:  I missed that second word. I apologize.

Q.   (By Mr. Starr)  Why were the complaints amended?

MR. HOOKER:  Same objection.

THE WITNESS:  I think during discovery you learn new things and, you know, it's -- they add to the complaints.  You know, as our legal counsel, you know, learns more facts, you know, they'll amend the complaint to -- you know, to make it stronger or to refine the class period.

Q.   (By Mr. Starr)  Did you review all the complaints before they were filed?

A.   I did.

Q.   What is the currently operative complaint in this case?

A.   The third amended complaint.

Q.   When was that filed?

Page 35

Q.   Does Saxena White provide monitoring services for free or does the -- does the system pay them a fee for that?

A.   We do not pay them a fee.

Q.   So is it free, then?

A.   We don't pay them a fee.

Q.   What are the terms of the monitoring agreement that you have in place with Saxena White?

A.   That they will monitor our portfolio and alert us to cases that we might have potential interest.

Q.   And does the system offer anything in exchange for that service?

A.   We just allow them access to our, you know, portfolio with State Street.

Q.   Does the monitoring agreement in place between Saxena White and Plymouth obligate Plymouth to hire Saxena White in the event that Plymouth pursues litigation that was first identified by Saxena White?

A.   No.  I still have full discretion to move or not move and then choose whomever I want.

Q.   Is there an engagement letter with Saxena White governing the specific representation in this case?

A.   Once it moved from portfolio monitoring to security litigation we signed a retainer, yes.

Page 83