# EXHIBIT 11

**S&P Global**
Market Intelligence

# Evolent Health, Inc. NYSE:EVH

# Analyst/Investor Day

## Friday, May 11, 2018 1:30 PM GMT

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

EVOLENT HEALTH, INC. ANALYST/INVESTOR DAY | MAY 11, 2018

categories up and down, and -- all 6 categories. That way, if you're a provider, you can begin to have a common platform across all these areas.

Just a second on Medicaid, and I'm going to turn it over to Tom and Steve who we'll introduce as we start here. The Medicaid problem is pretty significant for the states today. As you can see on the far left, the portion of state budgets driven by Medicaid is growing steadily.

Have you seen -- you've probably seen the news on teacher strikes popping up all across the country, it's largely because of this issue, which is the Medicaid program's growing. It's squeezing out most other state expenditures right now. It creates a pretty big opportunity, the federal government said we're going to let innovation solve this problem. And so on the far right, you see growth in things like state ACO programs on Medicaid. I think you're going to see growth that was managed. As Frank said earlier, it's not just the moms and kids within Medicaid, but you're going to get the really sick populations, the dual eligibles, et cetera. So this, to us, is just generally a large opportunity for growth and supporting the states in their objectives, and why do providers even have interest in supporting total budget health care and Medicaid? There's a couple, one of which is being in fee-for-service, and Medicaid is not the greatest proposition on Earth to begin with, the status quo is not that attractive. And so it allows the provider to say if I'm losing money today supporting my Medicaid patients, if I get into a managed program, maybe I actually have a chance. David, to your point, 45% of them, there's a chance to manage down the cost and actually have some margin at the end of that.

Strategically, it provides scale, and I think from a community standpoint, as you'd hear, the mission of all these provider organizations we partner with is to support the communities, the Medicaid population, generally, the most needy niche of this populace. So we find a lot of interest from the provider community in supporting these programs in general.

So I think we're going to talk for the rest of the session about the things that we've done in Medicaid. They generally fall into 3 categories: the providers-sponsored category; existing plans, like CountyCare, like Passport, new provider-sponsored plans, which again, the Lee Health announcement would fall into that category; and third, more of an ACO model, supporting state programs and the like.

So I want to introduce, first, Tom Peterson, Co-Founder and COO, and then I think he'll -- also we have Dr. Steve Hoagland here, he's the Chief Medical Officer of Passport. So up to Tom, here.

**Thomas Peterson**
*Co-Founder & COO*

Thanks, Seth. Well I think in previous meetings, we've talked a little bit about the Medicaid Center of Excellence and the reasons behind it, but just as a refresher for those of you who aren't familiar with the concept, so we've entered into partnership with Passport Health Plan in 2016, and really, the impetus behind it, we've been talking a lot today about the importance to be able to cover all lines of business for our provider partners, and not have to be niched out into different solutions for different populations; be able to go all the way up to risk continuum. And at the time, when we launched that partnership, we had some light -- this is before, pre-Valence, we have some light capabilities in Medicaid, but really, most of our expertise was in Medicare. So the partnership with Passport was really an opportunity for us to establish a proof point.

When you're going out and trying to win business in other states, the bulk of the RFPs are all based on your track record and your experience, and the ability to have a partner that we can reference in terms of that track record. So you'll get questions in RFPs related to your HEDIS performance or your quality measure improvement performance over the last 2 years, last 3 years, et cetera, and you're really disadvantaged if you don't have that track record. So it gave us an opportunity as Evolent, so from an impetus, from Evolent perspective, to build that track record. Also, to expand our capabilities with Passport to allow those capabilities to flow back to Passport, but also then expand and basically export those capabilities. An example of that would be, when we first got started in Medicaid with Passport, you've got a lot of churn in the Medicaid population. One of the more challenging aspects of managing that population is the churn, the need to be able to keep track of those members, and then be able to intervene with those members as they come into the system without a lot of historical data. So our clinical

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.