# EXHIBIT 17

Health Care Technology & Distribution: Health Care IT

# COWEN

EVOLENT HEALTH

This report is intended for jordan.bohnen@weebos.com. Unauthorized redistribution of this report is prohibited.

## EQUITY RESEARCH

May 29, 2019

Price: **$14.15** (05/28/2019)
**Price Target: $26.00**

OUTPERFORM (1)

---

**Charles Rhyee**
646 562 1376
charles.rhyee@cowen.com

**James Auh**
646 562 1352
james.auh@cowen.com

**Calvin Sternick**
646 562 1342
calvin.sternick@cowen.com

Key Data

| | |
|---|---|
| Symbol | NYSE: EVH |
| Market Cap (MM) | $1,170.7 |

## QUICK TAKE: COMPANY UPDATE

# EVH MORPHING INTO A HEALTH PLAN?

---

### THE COWEN INSIGHT

Investors will likely re-rate EVH's multiple lower to be more in line with health plans than its HCIT peers as the company's recent investments increasingly lever its earnings exposure toward health plan performance. EVH maintains that it does not want to be a health plan but management's use of capital suggests otherwise. We look for more detail on the L-T strategy at tomorrow's Investor Day.

---

### Strategic Rationale Doesn't Make Sense To Us

We are confused by the strategic rationale for EVH's investment in Passport which seems to be at odds with management's comments that the company does not want to be a health plan. EVH's earnings mix is more levered to the at-risk health plan business following its investments in True Health and Passport. We believe investors are apt to apply a lower multiple to EVH given its changing earnings outlook. EVH shares currently trade at 1.2x our 2020 revenue estimate vs. an average of 0.5x for the managed care group. If the investment is completed (pending the outcome of the Kentucky reprocurement), EVH's top and bottom-lines going forward will show two different stories: revenue will be more reflective of a HCIT company while earnings are increasingly skewed toward health plan performance. At a 1% adj. EBITDA margin, we estimate Passport's operating earnings contribution is about $19.5M in 2020 vs. our standalone EVH projection of $66.4M. Including True Health and Passport, at-risk health plan adj. EBITDA is about 26% of our total 2020 adj. EBITDA projection. What is unclear is whether the Passport operating earnings contribution is incremental to our adj. EBITDA estimate or if it is needed to help reach our numbers. If it is the latter, then at-risk health plan adj. EBITDA contribution could be even higher than 26%, though it is unclear how much core adj. EBITDA could grow as a result of the expanded MSA agreement. We look for more detail on the company's long-term strategy as well as how Passport should be contemplated in our model at tomorrow's Investor Day. Until we get more information, we are worried that either the long-term vision is not being well communicated or the company is not quite sure what it wants to be - both of which give us cause for concern.

The company views the Passport deal as an opportunistic investment after it won Passport's competitive search for a long-term partner. This could be true, but we are somewhat skeptical given Passport's recent financial struggles. It is not unreasonable, in our opinion, that Passport could have explored a potential sale to a larger managed care organization as part of its competitive search process. If this is true, then we would view EVH's investment as more driven by the need to retain a key client as opposed to a unique opportunity. In fact, the investment was likely attractively priced given the near-term uncertainty presented by the Kentucky RFP awards. If Passport was really interested in a long-term strategic partner and not in dire financial straits, and EVH did not feel compelled to act quickly, we believe it would make more sense to wait until after the RFP process is completed. The company believes it could recoup a substantial portion of its investment in the event that Passport does not win the Kentucky reprocurement - suggesting limited downside - but it is difficult for us to view this investment as coming from a position of strength rather than weakness.

### Transaction Details

EVH announced that it entered into a definitive agreement with the owners of Passport Health Plan to become its long-term financial and operating partner in serving the Kentucky Medicaid market. The current owners include The University of Louisville, University of Louisville Physicians, University Medical Center, Jewish Heritage Fund for Excellence, Norton Healthcare and the Louisville/Jefferson County Primary Care Association. Under the

Please see pages 3 to 6 of this report for important disclosures.      **COWEN**.COM

---

CONFIDENTIAL                                                                EVH00327843

Evolent Health
May 29, 2019

partnership, EVH will provide expanded management and operational support, along with capital through joint ownership of Passport. Per the agreement, EVH will contribute $70M for a 70% ownership interest in Passport, as well as provide $20M of additional capital to support Passport's near-term regulatory capital requirements, if necessary, indicating that the business is under reserved. We note that the deal is contingent on Passport being awarded a contract in the Kentucky reprocurement, with awards expected in September. Additionally, EVH will amend its existing Management Services Agreement with Passport to include taking on additional responsibilities, including administrative, clinical and financial operations and oversight. The amended MSA will have a 10-year term.

If the deal closes, EVH highlighted a clear path to growth and profit improvement for Passport in 2H19 and into 2020. It sounds as though the benefits from cost cutting and efficiency improvement initiatives will initially be devoted toward replenishing Passport's reserve capital before the company focuses on growth efforts. The expanded MSA should provide an immediate boost to EVH's core service revenues and management indicated it should give investors greater confidence in the company's ability to achieve its 2019 guidance targets.

CONFIDENTIAL

EVH00327844

Evolent Health
May 29, 2019

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

#### Health Care Technology & Distribution:

We use a five-year discounted cash flow analysis as our primary valuation method to derive our 12-month price target. We generally assume a 10% discount rate but may apply appropriate adjustments depending on company and/or industry specific factors. We also assume a terminal growth rate that is dependent on our long-term view of the specific sub-industries under coverage. We note our discount rate assumption could be viewed as conservative relative to the actual weighted average cost of capital, but we view our 10% assumption as reasonable over the long run. Lowering our discount rate assumption or increasing our terminal growth rate assumption would lead to a higher estimated value per share. As a secondary measure, we look at the forward P/E multiple and EV/Sales ratio implied by our DCF analysis and compare that to historical averages.

### Investment Risks

#### Health Care IT:

There are potential risks associated with the HCIT space: (1) a significant amount of spending on HCIT has been driven by government related programs (i.e., HITECH Act), and any slowdown or cuts in such programs could negatively impact spending on HCIT; (2) constrained hospital budgets could potentially lead to a decrease in HCIT-related investments; (3) customer losses as a result of facility consolidation in both the inpatient and outpatient markets could create challenges for a number of vendors; (4) greater price competition in the HCIT industry; and (5) the current focus on Meaningful Use incentives could delay purchasing decisions for non-EHR related solutions and services.

### Risks To The Price Target

(1) Guidance comes in below expectations; (2) client signings move slower than expected; (3) existing clients chose other vendors; (4) the shift to value-based care progresses more slowly with little help from the government.

CONFIDENTIAL

EVH00327845

COWEN
EQUITY RESEARCH

Evolent Health
May 29, 2019

## ADDENDUM

### Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| EVH | Evolent Health |

### Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

### Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of Evolent Health securities.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

### Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at May 29, 2019, 14:32 ET. and disseminated at May 29, 2019, 14:32 ET.

**Copyright, User Agreement and other general information related to this report**

CONFIDENTIAL                                                    EVH00327846

**COWEN**
EQUITY RESEARCH

Evolent Health
May 29, 2019

© 2019 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

## COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/19**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 465 | 62.00% | 107 | 23.01% |
| Hold (b) | 278 | 37.07% | 19 | 6.83% |
| Sell (c) | 7 | 0.93% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.





Evolent Health Rating History as of 05/28/2019

**Legend for Price Chart:**
I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

CONFIDENTIAL

EVH00327847

# POINTS OF CONTACT

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646 562 1010
800 221 5616

**Boston**
Two International Place
Boston, MA 02110
617 946 3700
800 343 7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440 331 3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415 646 7200
800 858 9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866 544 7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312 577 2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646 616 3000

**Washington, D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202 868 5300

### International Location

## Cowen International Limited

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500

  COWENRESEARCH

COWEN INC.

CONFIDENTIAL                                                                      EVH00327848