# EXHIBIT 18



**Evolent Health** ✔
@EvolentHealth

Evolent Health delivers results across all partner strategies = one of our #fullrisk partners achieved MLR/ALR reduction impact representing $100M+ in identified annualized savings. #JPM18

2:33 PM · Jan 10, 2018 · Pardot