# EXHIBIT 19

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

---------------------------- X

PLYMOUTH COUNTY RETIREMENT

SYSTEM and OKLAHOMA POLICE

PENSION AND RETIREMENT SYSTEM,

individually and on behalf of

all others similarly situated,

           Plaintiffs,

      vs.                 No.

                        1:19-cv-

                        01031

EVOLENT HEALTH, INC., FRANK

WILLIAMS, NICHOLAS McGRANE, and

SETH BLACKLEY,

          Defendants.

---------------------------- X

June 15, 2022

9:44 a.m.

Deposition of LUCY ALLEN, held at the offices of King & Spalding, 1185 Avenue of the Americas, New York, New York, pursuant to Notice, before Theresa Tramondo, AOS, CLR, a Notary Public of the State of New York.

Reported by:

THERESA TRAMONDO, AOS, CLR

Page 57

Allen

not sure how you could say there is impact if you can't -- if you've looked at all the -- if you are an efficient market, you're saying that the reason that the market is efficient is in part because there are these professionals and they're analysts and you're saying that the stock price reacts quickly and efficiently the information and you have this alleged misrepresentation that's supposedly materially changing the market and changing the mix of information, then if it doesn't make an impact on any of the professionals valuing the stock and you can't see a stock price reaction and nobody even bothers to mention it, that's a lot of evidence that it's not impacting the stock price.

Q.   Again, I'm not asking about a lack of price impact.  I understand your point.  You made it now twice.

I'm asking is it necessary for an analyst to react to a statement for there to be a price impact?

A.   I don't think that's a necessary

Page 58

Allen

condition.

THE WITNESS:  Can we do a break?

MR. COQUIN:  Sure.  Now is a good time.

THE VIDEOGRAPHER:  We are going off the record at 10:54 a.m.

(Recess.)

THE VIDEOGRAPHER:  We are back on the record at 11:13 a.m.

Q.    Welcome back, Ms. Allen.

A.    Thank you.

Q.    How is it relevant to your price impact analysis that Evolent did not identify the full risk partner as Passport?

A.    Plaintiffs are alleging that there are alleged corrective disclosures and those corrective disclosures involve Passport.  So there's no corrective disclosure that savings were not made except for the Inside -- Insider Louisville article, but the alleged corrective disclosures that plaintiffs are alleging as corrective involve news about Passport and plaintiffs are trying to link that to this