# EXHIBIT 20

Equity Research
**Healthcare | Healthcare Technology**

*William Blair*

May 11, 2018

# Evolent Health, Inc.

## Highlights from 2018 Analyst Day; Remains a Top Long-Term Pick

**Summary:** Evolent Health held its third-annual investor and analyst day on Friday, May 10, 2018; during the event we gained additional clarity on management's views regarding current market dynamics as well as the company's expansive long-term growth opportunities. We also heard several customer testimonials that support Evolent's strong value proposition and unique presence across several markets (including Medicare Next Generation ACOs, Managed Medicaid, and commercial shared-savings models).

Overall, we left the event bullish about the company's near- and longer-term growth prospects, as well as its strong competitive positioning in a market that we believe is poised for significant growth over the coming years.

Key highlights from the event are discussed in the note below.

**Stock Thoughts:** Based on an intraday price of $18.45, EVH shares now trade at roughly 1.8 times our 2019 sales forecast, which we view as an attractive risk/reward level for the stock, given the company's unique market position, large and growing addressable market, and still-robust long-term growth outlook. At a minimum, we believe shares should be able to hold this valuation level and appreciate in line with strong sales growth going forward; we thus reiterate our Outperform rating and continue to recommend purchase of EVH shares at current levels.

**Exhibit 0157**
5/24/2022
McGrane

**Ryan Daniels, CFA**  +1 312 364 8418
rdaniels@williamblair.com

**Robert Munnings**  +1 312 364 5163
rmunnings@williamblair.com

Stock Rating:  **Outperform**

| | | |
|---|---|---|
| Symbol: | | EVH (NYSE) |
| Price: | $18.15 (52-Wk.: $10.30-$27.50) | |
| Market Value (M): | | $1,399 |
| Dividend/Yield: | | $0.00/0.00% |
| Fiscal Year End: | | December |

| | | 2017A | 2018E | 2019E |
|---|---|---|---|---|
| **Estimates** | | | | |
| Sales (M) | Q1 | $106.8 | $144.4 | $162.5 |
| | Q2 | $107.3 | $141.5 | $166.2 |
| | Q3 | $108.4 | $147.6 | $171.6 |
| | Q4 | $114.0 | $144.7 | $166.2 |
| | FY | $436.4 | $578.2 | $666.5 |
| EPS | Q1 | $(0.14) | $0.02 | $(0.03) |
| | Q2 | $(0.13) | $(0.03) | $0.01 |
| | Q3 | $(0.04) | $(0.03) | $0.01 |
| | Q4 | $(0.04) | $(0.02) | $0.03 |
| | FY | $(0.36) | $(0.06) | $0.02 |
| EBITDA (M) | Q1 | $(4.8) | $7.9 | $4.2 |
| | Q2 | $(3.6) | $4.0 | $8.9 |
| | Q3 | $2.6 | $3.7 | $9.4 |
| | Q4 | $3.5 | $5.3 | $11.7 |
| | FY | $(2.2) | $20.9 | $34.2 |
| **Valuation** | | | | |
| EV/EBITDA | | NM | 60.5x | 37.0x |
| EV/Sales | | 2.9x | 2.2x | 1.9x |
| FY P/E | | NM | NM | NM |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 77.1 |
| Float (M): | 67.1 |
| Avg. Daily Volume (90-day): | 849,225 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $13.53 |
| Return on Equity (TTM): | (7.1)% |
| Enterprise Value (M): | $1,264 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

Evolent Health is a leading, pure-play operator focused on helping health systems transform to value-based care delivery strategies, such as provider-sponsored health plans, including Medicare Advantage plans and state health insurance exchange plans, as well as shared-savings arrangements with commercial insurers.

**Please refer to important disclosures on pages 7 – 8. Analyst certification is on page 7.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Key Highlights:**

- **Strong Bipartisan Support for the Broad Movement to Value-Based Care.** We believe that both Republicans and Democrats are in favor of the movement from fee-for-service to value-based healthcare delivery—and recent commentary from the administration (both at HHS and CMS) appears to be reaccelerating interest in this shift.

  To be fair, there could be an evolution within many of the government-based programs (e.g., a de-emphasis on bundled payment programs and fewer Accountable Care Organizations with "upside only" risk) but the overall trend toward paying less for units of care and more for the value of care delivered is not going away, in our view.

  Moreover, we believe investors often focus too much on the initial Accountable Care Organizations (ACOs) sponsored by Medicare as the key drive of this trend. Rather, we believe providers are much more interested in commercial shared-savings programs, launching managed Medicaid plans (which now represent half of Evolent's lives under management), launching Next Gen ACOs, and entering into value-based network contracts with large employers. Each of these programs has a greater risk/reward opportunity for providers, which we also view favorably for Evolent, as providers are more likely to engage a third-party partner like Evolent to help management the transition to value-based care under these higher-risk models.

- **Market Realities also Will Led to More Provider Risk Bearing.** As we also have discussed myriad times in past reports, we believe *market realities* also *are driving providers to bear more financial risk, and management highlighted this as a key market driver at the start of today's analyst day*. More specific, healthcare provider's status quo operating models face a very uncertain future, in our view, for a number of reasons.

  First, providers will experience **a negative mix shift over the coming decade**—as more of their volumes shift to lower-paying government payers (e.g., the aging U.S. population will increase low-margin Medicare volumes each year going forward). Moreover, given ACA-related reimbursement reductions to providers—*which are very unlikely to be reversed*—we expect this negative mix shift to have a materially negative impact on provider margins going forward.

  Second, we believe the growing movement of financial risk to individuals, in the form of high-deductible health plans and defined contribution health benefits, will make it much more difficult for providers to increase prices to commercial payers/employers in order to offset this negative mix shift trend.

  Here we note that high-deductible health plans have been *the only type of insurance to see consistent growth over the past decade*, and we expect more than one-third of the commercial population to be in one of these plans in 2018.

  Lastly, we note that hospital operating margins are already razor thin—so the abovementioned trends are likely to have a material negative impact on provider operating profits, all else equal. And it is this market reality—more than any government legislation–that is driving the country's leading health systems (and Evolent's current client base of roughly three dozen operating partners) to move toward value-based care.

- **Client pipeline remains strong.** Management continues to believe that roughly one-third of the provider market is either actively exploring risk-based arrangements, or already participating in them, and this metric is set to expand markedly over the coming years, in our view.

  We believe the company is well-positioned to take advantage of this market interest, as its scale and expertise help ease the transition into risk-based agreements and help organizations become more comfortable with taking on this risk, —particularly as the company has now demonstrated an ability to drive results for its partner organizations, as shown below:



William Blair



Management also highlighted the success it has had with capital deployment, including both via risk-based partnerships (such as its agreement with Passport Health), as well as through M&A activity (such as the company's recent True Health acquisition). More specific, management highlighted its investment experience with Passport Health and the Medicaid Center of Excellence, which has allowed the company to develop valuable expertise and apply it across its entire client base to generate greater savings (and thus stronger interest in partnering with Evolent amount other managed Medicaid providers).

Management also highlighted the performance of its novel New Mexico Health Connections subsidiary, a small health plan based in New Mexico. While the team considers this more of a one-off acquisition (management has made it clear that the organization does not intend to expand further into this space), it still grants the company a foothold in a very large and competitive market.

- **Company's ability to drive improved medical outcomes achieves third-party recognition.** The company also shared independent data highlighting impressive improvements in medical expenses, emergency department (ED) visits, and admissions across all risk models, including Medicare Advantage, ACOs, and Medicaid, as shown in the exhibit below.

  Of note, the company is *one of only 23 organizations (out of 1,000 eligible vendors)* to be validated by the Care Innovations Validation Institute (a third-party organization that assures population health organizations adhere to high standards of validity) for its ability to deliver unmatched outcomes, as shown in the exhibit below. Again, we view this as a key competitive differentiator for the organization, one which should continue to foster a strong pipeline conversion rate as more providers enter into risk-baring models going forward.

William Blair

### Evolent's Care Model Was Externally Validated, Showing Impressive Impact on Avoidable Spend for Those Managed in Care Programs

| | Total Medical Expense | Inpatient Admissions | ED Visits | PCP Visits |
|---|---|---|---|---|
| Medicare Advantage | ▼ 24% | ▼ 38% | ▼ 51% | ▲ 7% |
| Next Generation Medicare ACO | ▼ 48% | ▼ 66% | ▼ 51% | ▲ 7% |
| Medicaid Health Plan | ▼ 21% | ▼ 33% | ▼ 36% | ▲ 7% |

Validation by the Care Innovations Validation Institute confirms that Evolent's highly coordinated delivery system has delivered outcomes that so far are unmatched by any other vendor in this segment. Of over **one thousand population health vendors**, Evolent is **one of only 23** to receive this distinction, and is the **only one focused specifically on case management**.

*— Al Lewis, independent reviewer*



- **Evolent solutions help drive value and enhance clinical performance in partner organizations.** Management also discussed the strength of the company's patient analytics services, highlighting its novel partnership with Lee Health (represented by John Chomeau, Chief Population Health Officer of Lee), as well as its existing partnerships with Houston Methodist (represented by Vice President of Population Health and Primary Care Dr. Julia Andrieni), and Passport Health (represented by Chief Medical Officer Stephen Houghland, M.D.).

  All three organizations spoke highly of the company's ability to identify and improve inefficiencies in order to drive cost savings and stronger clinical outcomes; Mr. Chomeau also noted that the company's experience and strong reputation in the managed Medicaid and ACO markets were driving factors behind forming a partnership.

  Dr. Andrieni highlighted the company's patient analytics software, as it has also allowed her organization to analyze, identify, and target high-risk and high-utilization patients in order to reduce costs. In its first year taking on risk-based payments, Houston Methodist was able to reduce inpatient admissions by nearly 6%, in addition to reducing post-acute care utilization markedly (a key cost-savings driver), including a roughly 14% decrease in inpatient rehabilitation facilitation visits, a 15.6% reduction in long-term acute-care visits, and an 8.8% reduction in skilled nursing utilization.

  Lastly, Mr. Houghland highlighted that Evolent has helped his organization improve its medical loss ratio (MLR, essentially the cost of goods sold for a health plan) by nearly 5%, *which equates to a roughly $75 million improvement in the organization's bottom line*, which allowed the organization to remain profitable despite macro headwinds—as the state of Kentucky recently cut its reimbursement rates.

- **Other highlights include:**

  - Management reiterated the importance of customer selection, and that the company chooses to work with quality partners who can be successful in their markets versus working with as many organizations as possible; we believe this strategy helps drive sustained success for the organization.

  - Management reiterated its disciplined approach to both M&A and client co-investments, and indicated that the company has some deals in the pipeline and intends to deploy some of its capital in the coming months. We view larger physician groups (which typically lack the balance sheet to participate in risk-bearing models) as a particularly ripe area for co-investments.

  - Management noted that there are more than 500 Track One and Track Two Medicare ACO organizations (in which providers are asked to take on only a small portion of risk), versus just 50 Next Gen ACO organizations (where participants are fully at-risk). We believe this creates a larger opportunity for the company to engage novel partners who decide to convert to the higher risk/reward ACO models.

William Blair

- Lee Health indicated that it will initially target between 20,000 and 40,000 managed Medicaid lives in the state of Florida.  Assuming the midpoint of this target, we believe this population could thus generate around $7 million to $10 million in recurring platform and operation (P&O) fees for Evolent.

- Evolent, and its partners, believe the company has a unique IT platform, which integrates not only care management activities but also health plan administrative services into a single operating system.  While other HCIT vendors offer care management modules (but not health plan services) and some health plans offer third-party administrative (TPA) solutions, no other vendor offers a soup-to-nuts operations systems that can fully address plan needs like Evolent.

**Model Details:** Management also provided a detailed financial overview.  However, we are not making any adjustments to our model based on the analyst day event, especially as we already updated our financial targets following the release of Evolent's first-quarter results on Wednesday, May 9.

We estimate 2018 sales of $578.2 million (up roughly 32% year-over-year), and we expect 2018 adjusted EBITDA of $20.9 million.  Again, we believe sales visibility is quite high at this point in the year, with more than 90% of revenues already under contract.

For 2019, we model sales of $666.5 million (up roughly 15% year-over-year), and adjusted EBITDA of roughly $34.2 million.

A copy of our summary financial model is presented below. For a copy of our full model, please visit www.rdocs.com.

William Blair

**Evolent Health, Inc. (EVH)**                                                                                     Rating: Outperform
Operating Results Summary & Financial Analysis

| $ in million, except per-share items | 3/17 1Q17 | 6/17 2Q17 | 9/17 3Q17 | 12/17 4Q17 | 3/18 1Q18 | 6/18 2Q18E | 9/18 3Q18E | 12/18 4Q18E | 2017 | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | |
| *Revenue* | | | | | | | | | | | |
| Transformation | $ 10.8 | $ 5.4 | $ 8.2 | $ 5.7 | $ 10.2 | $ 7.0 | $ 7.9 | $ 5.9 | $ 30.0 | $ 30.9 | $ 28.8 |
| Platform and operations | 96.0 | 102.0 | 100.2 | 108.3 | 114.7 | 116.4 | 121.5 | 120.7 | 406.4 | 473.3 | 561.6 |
| Total services revenue | 106.8 | 107.3 | 108.4 | 114.0 | 124.8 | 123.4 | 129.5 | 126.5 | 436.4 | 504.2 | 590.3 |
| Health plan premiums | - | - | - | - | 23.6 | 23.1 | 23.1 | 23.1 | - | 93.0 | 98.6 |
| *Less: intercompany eliminations* | - | - | - | - | (4.0) | (5.0) | (5.0) | (5.0) | - | (19.0) | (22.4) |
| **Consolidated net revenue (1)** | **$ 106.8** | **$ 107.3** | **$ 108.4** | **$ 114.0** | **$ 144.4** | **$ 141.5** | **$ 147.6** | **$ 144.7** | **$ 436.4** | **$ 578.2** | **$ 666.5** |
| Cost of services revenue | 66.5 | 66.2 | 65.7 | 64.2 | 70.3 | 72.2 | 75.1 | 71.5 | 262.5 | 289.1 | 337.8 |
| Medical costs | | | | | 16.7 | 20.8 | 20.8 | 20.8 | - | 79.2 | 88.7 |
| *Less: intercompany eliminations* | - | - | - | - | - | (2.9) | (2.9) | (2.8) | - | (8.7) | (12.8) |
| Total cost of revenue (a) | 66.5 | 66.2 | 65.7 | 64.2 | 87.1 | 90.1 | 93.0 | 89.5 | 262.5 | 359.6 | 413.7 |
| Gross Profit (a) | $ 40.3 | $ 41.2 | $ 42.7 | $ 49.8 | $ 57.3 | $ 51.4 | $ 54.6 | $ 55.2 | $ 173.9 | $ 218.6 | $ 252.8 |
| Selling, general and administrative (a) | 45.0 | 44.7 | 40.0 | 46.3 | 49.4 | 47.4 | 50.9 | 49.9 | 176.1 | 197.7 | 218.6 |
| **Adjusted EBITDA (a)** | **$ (4.8)** | **$ (3.6)** | **$ 2.6** | **$ 3.5** | **$ 7.9** | **$ 4.0** | **$ 3.7** | **$ 5.3** | **$ (2.2)** | **$ 20.9** | **$ 34.2** |
| Depreciation and amortization | 4.3 | 4.5 | 5.4 | 6.8 | 6.9 | 6.9 | 7.0 | 7.1 | 21.0 | 28.0 | 29.8 |
| Adjusted operating income (a) | $ (9.1) | $ (8.1) | $ (2.7) | $ (3.4) | $ 1.1 | $ (2.9) | $ (3.4) | $ (1.8) | $ (23.2) | $ (7.1) | $ 4.3 |
| Adjusted net income (a) | **$ (9.8)** | **$ (8.8)** | **$ (3.2)** | **$ (3.1)** | **$ 1.2** | **$ (2.1)** | **$ (2.4)** | **$ (1.4)** | **$ (21.6)** | **$ (1.7)** | **$ 5.8** |
| **Adjusted EPS (a)** | **$ (0.14)** | **$ (0.13)** | **$ (0.04)** | **$ (0.04)** | **$ 0.02** | **$ (0.03)** | **$ (0.03)** | **$ (0.02)** | **$ (0.36)** | **$ (0.06)** | **$ 0.02** |
| Economic fully diluted shares | 67.9 | 68.2 | 73.0 | 74.7 | 75.4 | 75.8 | 76.1 | 76.5 | 70.9 | 75.9 | 77.4 |
| *Margin analysis:* | | | | | | | | | | | |
| Gross margin (a) | **37.7%** | **38.4%** | **39.4%** | **43.7%** | **39.7%** | **36.4%** | **37.0%** | **38.1%** | **39.9%** | **37.8%** | **37.9%** |
| Services Gross margin | **37.7%** | **38.4%** | **39.4%** | **43.7%** | **43.7%** | **41.5%** | **42.0%** | **43.5%** | **39.9%** | **42.7%** | **42.8%** |
| General and administrative (a) | 42.2% | 41.7% | 37.0% | 40.6% | 34.2% | 33.5% | 34.5% | 34.5% | 40.4% | 34.2% | 32.8% |
| Adjusted EBITDA (a) | **(4.5)%** | **(3.3)%** | **2.4%** | **3.1%** | **5.5%** | **2.9%** | **2.5%** | **3.6%** | **(0.5)%** | **3.6%** | **5.1%** |
| Adjusted operating income (a) | (8.5)% | (7.5)% | (2.5)% | (2.9)% | 0.7% | (2.1)% | (2.3)% | (1.3)% | (5.3)% | (1.2)% | 0.7% |
| Adjusted Tax rate | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 40.0% | 40.0% | 40.0% | 0.0% | 69.8% | 12.1% |
| Adjusted net margin (a) | **(9.2)%** | **(8.2)%** | **(2.9)%** | **(2.7)%** | **0.9%** | **(1.5)%** | **(1.6)%** | **(1.0)%** | **(5.0)%** | **(0.3)%** | **0.9%** |
| GAAP net margin | (21.8)% | (18.4)% | (12.2)% | (12.1)% | (10.1)% | (6.9)% | (6.9)% | (6.0)% | (16.0)% | (7.4)% | (3.4)% |
| *Year-over-year growth:* | | | | | | | | | | | |
| Transformation | 31.3% | (48.4)% | 5.8% | (53.1)% | (5.6)% | 30.0% | (3.5)% | 3.5% | (22.0)% | 3.0% | (7.0)% |
| Platform and operations | 132.3% | 121.0% | 90.9% | 39.0% | 19.4% | 14.2% | 21.4% | 11.4% | 86.6% | 16.5% | 18.6% |
| Total revenue | **115.5%** | **89.9%** | **80.0%** | **26.6%** | **35.3%** | **31.9%** | **36.2%** | **26.9%** | **70.3%** | **32.5%** | **15.3%** |
| *Organic revenue growth* | *63.9%* | *45.6%* | *40.4%* | *(1.7)%* | *0.0%* | *0.0%* | *0.0%* | *0.0%* | *44.9%* | | |
| Gross profit (a) | 88.3% | 68.9% | 61.2% | 45.2% | 42.4% | 25.0% | 27.9% | 10.8% | 63.2% | 25.7% | 15.7% |
| Adjusted EBITDA (a) | **28.0%** | **8.8%** | **184.8%** | **144.9%** | **265.8%** | **213.4%** | **38.5%** | **51.4%** | **89.7%** | **1,047.5%** | **63.5%** |
| Adjusted operating income (a) | 9.4% | (7.5)% | 60.4% | 72.0% | 111.6% | 64.1% | (23.8)% | 44.9% | 36.2% | 69.6% | 161.4% |
| Adjusted net income (a) | (0.5)% | (21.0)% | 52.0% | 74.3% | 112.7% | 76.3% | 25.5% | 53.1% | 41.8% | 92.2% | 446.7% |
| Adjusted EPS (a) | **11.0%** | **(9.4)%** | **60.4%** | **76.7%** | **111.5%** | **78.7%** | **28.6%** | **54.2%** | **36.9%** | **82.9%** | **125.0%** |
| GAAP net income | 86.7% | (64.2)% | 16.8% | 45.3% | 39.2% | 50.5% | 22.2% | 37.0% | 69.2% | 38.8% | 46.2% |
| GAAP EPS | 88.2% | (48.4)% | 31.3% | 50.5% | 45.2% | 55.5% | 25.4% | 38.5% | 73.3% | 43.4% | 47.2% |
| **Key Metrics** | | | | | | | | | | | |
| Total lives on platform (period-end) | 2,768,000 | 2,790,000 | 2,685,000 | 2,743,160 | 2,810,000 | 3,133,150 | 3,164,482 | 3,211,949 | 2,743,160 | 3,211,949 | 3,927,018 |
| lives on platform y/y growth | 122.0% | 100.0% | 82.9% | 35.8% | 1.5% | 12.3% | 17.9% | 17.1% | 35.8% | 17.1% | 22.3% |
| Average platform PMPM | $ 13.37 | $ 12.23 | $ 12.20 | $ 13.30 | $ 13.77 | $ 13.06 | $ 12.87 | $ 12.62 | $ 14.19 | $ 13.11 | $ 13.11 |
| revenue per life y/y growth | (4.7)% | 5.1% | (0.2)% | 3.4% | 3.0% | 6.8% | 5.5% | (5.2)% | 7.0% | (7.6)% | (0.0)% |
| Active P&O customers at period end | 25 | 25 | 25 | 26 | 26 | 29 | 29 | 29 | 26 | 29 | 32 |
| Revenue mix | | | | | | | | | | | |
| Transformation | 10% | 5% | 8% | 5% | 7% | 5% | 5% | 4% | 7% | 5% | 4% |
| Platform and operations | 90% | 95% | 92% | 95% | 79% | 82% | 82% | 83% | 93% | 82% | 84% |
| **Balance Sheet** | | | | | | | | | | | |
| Total stockholders' equity | $ 896.7 | $ 894.4 | $ 1,055.8 | $ 1,046.3 | $ 1,040.9 | $ 1,035.9 | $ 1,030.5 | $ 1,026.6 | $ 1,046.3 | $ 1,026.6 | $ 1,022.6 |
| Net working capital | $ (48.1) | $ (43.4) | $ (45.4) | $ (75.3) | $ (109.8) | $ (111.3) | $ (117.2) | $ (87.9) | $ (75.3) | $ (87.9) | $ (92.5) |
| Net cash and investments | $ 18.9 | $ 4.1 | $ 166.7 | $ 138.6 | $ 189.0 | $ 185.5 | $ 185.7 | $ 152.4 | $ 138.6 | $ 152.4 | $ 148.8 |
| Total debt | $ 120.7 | $ 120.9 | $ 121.2 | $ 121.4 | $ 121.4 | $ 121.4 | $ 121.4 | $ 121.4 | $ 121.4 | $ 121.4 | $ 121.4 |
| Days' sales outstanding | 38.1 | 38.5 | 37.8 | 37.2 | 29.3 | 30.0 | 25.0 | 24.0 | 37.5 | 27.5 | 21.9 |
| Total liabilities/total assets | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Leverage (avg. assets/avg. equity) | 1.3 | 1.3 | 1.3 | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 | 1.3 |

(a) Excludes stock compensation expense and other special items, based on economic fully diluted share count

Ryan S. Daniels, CFA ▪ (312) 364-8418 ▪ rdaniels@williamblair.com

Please consult **Important Disclosures** at the below link:
https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=EVH

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Evolent Health, Inc. within the prior 12 months.

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Evolent Health, Inc. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Evolent Health, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Evolent Health, Inc. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Evolent Health, Inc. within the last 12 months. Evolent Health, Inc. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Evolent Health, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Ryan Daniels attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 24739.50
S&P 500: 2723.07
NASDAQ: 7404.98



**Evolent Health, Inc. Rating History as of 05/10/2018**
powered by: BlueMatrix

OP: Outperform Mkt: Market Perform UP: Under Perform NR: Not Rated I: Initiation of Coverage D: Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of May 11, 2018):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 65 | Outperform (Buy) | 20 |
| Market Perform (Hold) | 33 | Market Perform (Hold) | 10 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

William Blair

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2018, William Blair & Company, L.L.C. All rights reserved.

8 | Ryan Daniels +1 312 364 8418