# EXHIBIT 7

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

PLYMOUTH COUNTY RETIREMENT          )

SYSTEM and OKLAHOMA POLICE          )

PENSION AND RETIREMENT SYSTEM, )  Case No.:

individually and on behalf of  )  1:19-cv-01031

all others similarly situated, )

                Plaintiffs,          )

      vs.                            )

EVOLENT HEALTH, INC., FRANK          )

WILLIAMS, NICHOLAS McGRANE,          )

and SETH BLACKLEY,                    )

                Defendants.          )

-------------------------------*

STENOGRAPHIC AND VIDEO-RECORDED

REMOTE VIRTUAL DEPOSITION OF

KIMBERLY CONQUEST

Tuesday, April 26, 2022

9:36 a.m.


Reported stenographically by:

Josephine H. Fassett, RPR, CCR

CONQUEST presentation.

Why did you say "hugely important presentation"?

A.   Because the JPMorgan healthcare conference has a lot of eyes on it, really. There's a lot of people there relative to presentations that happen in smaller groups.  So when you're at the JPM conference, your slides go up on a screen that's like the size of a movie theater screen.  It's enormous.  So everything that might look out of alignment or off by a color tone really shows up for you when you're in that venue relative to other places where you might present slides.

Q.   So the only reason why it was hugely important is because it would be up on a bigger television screen versus a smaller television screen?

A.   Well, in the context of talking with Lara, the creative designer, that's why we had her involved, yes.  Like it was going to be seen in a room at a large scale and then also distributed in all the ways that JPM distributes the deck.

Q.   Would you say the content of the deck

Page 137

CONQUEST

itself was hugely important?

A.    Yes.  I mean, I think that we felt the JPMorgan healthcare conference was important to us.  Every year.

Q.    Investors would pay attention to what was presented or discussed by Evolent there?

MR. BILES:  Objection to form.

A.    We are there to present to whoever is attending the JPMorgan conference, which often included investors or analysts and others in the industry.  Reporters, media, all kinds of people.

Q.    Did you know that investors and analysts at the JPMorgan conference would read this presentation?

A.    I assumed that they would.

MS. DiLEO:  Can I introduce Tab 16, please.

MR. KOREN:  You said 16?

MS. DiLEO:  16.  One-six.

(Email, Bates EVH00209392, marked as Exhibit 13, as of this date.)

MR. KOREN:  Exhibit 13 is introduced.  If you will refresh your page again.