# EXHIBIT 8

CONFIDENTIAL

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

Case No.: 1:19-cv-01031-MSN-TCB

-------------------------------------------x

PLYMOUTH COUNTY RETIREMENT SYSTEM and

OKLAHOMA POLICE PENSION AND RETIREMENT

SYSTEM, individually and on behalf of

all others similarly situated,

Plaintiffs,

-against-

EVOLENT HEALTH, INC., FRANK WILLIAMS,

NICHOLAS McGRANE, and SETH BLACKLEY,

Defendants.

-------------------------------------------x

Tuesday, May 24, 2022

9:36 a.m.

CONFIDENTIAL

Videotaped Deposition of NICHOLAS McGRANE, taken pursuant to Notice, held at the offices of King & Spalding LLP, 1885 Avenue of the Americas, New York, New York, before Dawn Matera, a Certified Shorthand Reporter and Notary Public for the State of New York.

CONFIDENTIAL

Page 69

NICHOLAS McGRANE

prepare this slide deck?

        A.    Yeah.

        Q.    Was the J.P. Morgan healthcare
conference a particularly important
healthcare conference?

        A.    It was the most widely
attended.  So on one hand, yes, it was,
it's the biggest healthcare conference,
most widely attended.  So, yes.

            It came at an odd time of year
insofar as it happened in early January.
We didn't have full year results until
the end of February.  So it was, you
know -- it was a mix.  A lot of times
people want to just talk numbers.  And so
J.P. Morgan was a little bit odd in that
regard.

            Some of the big public
companies had preannounced prior to J.P.
Morgan.  We never did.  But, yes, it was
an important conference.

        Q.    And so who was the target
audience?  Was it more Evolent's
investors and analysts or more Evolent's