# EXHIBIT 12

Document ID: 0.7.3542.9143

| | |
|---|---|
| From: | Walter, Edward R </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=walter edwardb10> |
| To: | Porter, John R </o=exchange/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=john r. porter50f> |
| Cc: | |
| Bcc: | |
| Subject: | evh |
| Date: | Wed Feb 20 2019 13:27:06 EST |
| Attachments: | image001.png image002.png |

Conclusion is I still think the best course is to wait. If you put a gun to my head and said I had to buy or sell, I would buy – but I don't see the need to rush.

The recent weakness is predominantly related to Passport Health. There are some upcoming hearings, but this is not going to get resolved any time soon. I don't suspect EVH can say anything on their call that will get people to get over this concern. (More on this below)

The risk in buying more now is that the enrollment numbers are slower than anticipated, guidance comes down, and this comes as a surprise to some and the stock sells off.

The risk in not buying more now is (a) enrollment is better than feared and/or they announce significant new contract wins. I put more likelihood on the latter, but am not convinced the stock is going to rip given the Passport overhang and slower enrollment.

I am tempted, and could be persuaded, but at the moment I am sticking with the patient strategy. I suppose we could do some now, some next week.....

Regarding Passport. I spoke to WCG (IR – pretty knowledgeable) this morning. They are the largest provider in KY (Passport is 2nd) and would presumably be a beneficiary if Passport goes under. WCG's stance is the rates are fine, and Passport is having issues because their operations are inefficient and choosing to blame it on the rates. I'm not surprised with WCG's reaction, but it does eliminate the possibility that rates are broadly too low b/c WCG is not challenging them. Regarding EVH, it could be a positive if Passport is inefficient as they may use more services. Although he suggested EVH's fees may also be part of the problem (tough to determine this from public filings). He did indicate they have looked at acquisitions of EVH

clients and reached the conclusion that they could do it cheaper than what evh is being paid. From a timing perspective – this is not going to be resolved quickly. If Passport goes under, the state would have to assign a fiscal agent, and if that didn't work, the state would take over the plan and then decide what to do. He wouldn't endorse my 2 year suggestion, but indicated it is certainly not 6 months. If Passport goes away, it will not be the last client they lose. What we need to watch is are they losing clients because clients are not happy with evh's product. Up to this point I see no evidence of that.

While it is easy to get sucked into a Passport analysis, it is not the real issue. The real issue is are they saving customers money, are they growing inside their own base and are they gaining new customers. If Passport goes or stays it does not change the long term story. What is important about Passport, is it gives us a better entry point. I just don't think we are going to lose that entry point by waiting a week.

Let me know if you want to discuss.

Ed Walter
Managing Director

ewalter@mellon.com

T +1 617.248.6279

www.mellon.com

Mellon

BNY Mellon Center, 201 Washington St, Boston, MA 02108-4408