# EXHIBIT 13

| | |
|---|---|
| **From:** | Nicky McGrane </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9332B77DF2054C199714D64E1C96FA5F-NMCGRANE> |
| **To:** | Close, Richard |
| **CC:** | Hoffman, Brian |
| **Sent:** | 2/19/2019 02:05:14 PM |
| **Subject:** | RE: Passport story has people nervous |

Richard, yes we have gotten a lot of in-bounds on the topic and the lawsuit on Friday is seen as new news. Unfortunately not a lot we can add.  We are supporting Passport in their on-going rate dispute with the State and we and they are hopeful is gets resolved.  Nicky

**From:** Close, Richard <rclose@cgf.com>
**Sent:** Tuesday, February 19, 2019 1:32 PM
**To:** Nicky McGrane <NMcGrane@evolenthealth.com>
**Cc:** Hoffman, Brian <bhoffman@cgf.com>
**Subject:** Passport story has people nervous

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Nicky,

Getting calls on this with the stock down. I am curious if there is anything new here from the last time we talked/emailed on this back on 1/17? I guess today's article (link below) has people nervous that numbers are going to have to get cut since Passport ~19% of revenue (10-Q).

https://www.bizjournals.com/louisville/news/2019/02/18/passport-sues-state-over-medicaid-payments-claims.html

"Without an immediate rate adjustment, Passport Health Plan will face insolvency in 2019."

Passport estimates that if rates aren't changed, it could be deemed insolvent by the end of March and that it would lose $144 million by June 30, the end of its fiscal year.

Richard Close
Managing Director | Healthcare Equity Research
Canaccord Genuity LLC
1033 Demonbreuen Street, Suite 620
Nashville, TN 37203

T: +1 615.490.8501 | C: +1 615.415.7121
E:  rclose@cgf.com | www.cgf.com



CANACCORD GENUITY LLC MEMBER FINRA & SIPC

EVH00089363