IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PLYMOUTH COUNTY RETIREMENT
SYSTEM, *et al.*,

        *Plaintiffs*,

    v.

EVOLENT HEALTH, INC., *et al.*,

        *Defendants*.

Case No. 1:19-cv-1031 (MSN/TCB)

## ORDER

On July 12, 2022, the parties advised the Court that they had reached a tentative settlement agreement. To conserve judicial resources, and in the interest of efficiency, it is hereby

**ORDERED** that the parties shall submit a joint status report within ten (10) days that provides an update with respect to the status of the settlement agreement and the position of the parties with respect to whether a temporary stay of all deadlines should be granted. Further, the joint status report shall include a proposed schedule for the following:

- Motion for preliminary approval of proposed settlement;

- Hearing on the motion(s) for preliminary approval of proposed settlement;

- Motion for final approval of class action settlement and plan of allocation; and

- Hearing in accordance with Rule 23(e) on the motion for final approval of class settlement and plan allocation.

It is **SO ORDERED**.

                                  /s/
                                  Hon. Michael S. Nachmanoff
                                  United States District Judge

Alexandria, Virginia
August 1, 2022