UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>               Plaintiffs,<br><br>      v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>               Defendants. | Case No. 1:19-cv-01031-MSN-TCB |

## LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Lead Plaintiffs Plymouth County Retirement Association ("Plymouth County") and Oklahoma Police Pension and Retirement System ("Oklahoma Police") (collectively, "Lead Plaintiffs" or "Plaintiffs"),[1] on behalf of themselves and the proposed Settlement Class, respectfully move this Court to enter an order preliminarily approving the settlement of this class action.

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs seek an order, which will, among other things:

    (i)    preliminarily approve the proposed Settlement pursuant to the Stipulation;

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Stipulation and Agreement of Settlement, dated August 2, 2022 (the "Stipulation"), filed concurrently herewith.

(ii)   certify the proposed Settlement Class for settlement purposes;

(iii)  approve the form and content of the Notice and Summary Notice attached as Exhibits A-1 and A-3 to the Proposed Order Preliminarily Approving Settlement and Providing for Notice (the "Preliminary Approval Order");

(iv)   find that the proposed procedures for distribution of the Notice and publication of the Summary Notice constitute the best notice practicable under the circumstances, and comply with due process, Rule 23 of the Federal Rules of Civil Procedure, and the PSLRA; and

(v)    set a schedule and procedures for: (1) disseminating the Notice and publishing the Summary Notice; (2) requesting exclusion from the Settlement Class; (3) objecting to the Settlement, the Plan of Allocation, and/or Lead Plaintiffs' motion for an award of attorneys' fees and reimbursement of Litigation Expenses; (4) submitting papers in support of final approval of the Settlement; (5) participating in the Settlement and submitting a Claim; and (6) the Settlement Hearing.

This Motion is supported by the accompanying Memorandum of Law and exhibits, which are filed herewith, and the Parties' August 2, 2022 Joint Status Report (ECF No. 242). The specific terms of the proposed Settlement are set forth in the Stipulation, filed herewith.

Pursuant to Local Civil Rule 7, Lead Counsel has conferred with Defendants' Counsel and Lead Plaintiffs certify that, as set forth in ¶ 3.2 of the Stipulation, Defendants do not oppose the Motion. For the Court's convenience, the Parties' agreed-upon form of proposed Preliminary Approval Order (and accompanying exhibits) is submitted herewith.

Dated: August 2, 2022               Respectfully submitted,

                                    */s/ Steven J. Toll*
                                    Steven J. Toll

Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers (*pro hac vice*)
dsommers@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Proposed Settlement Class*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White III (*pro hac vice*)
Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
Alec Coquin (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, New York 10606
Tel: (914) 437-8551
ssinger@saxenawhite.com
sdileo@saxenawhite.com
jsaltzman@saxenawhite.com
acoquin@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

*/s/ Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Proposed Settlement Class*