# EXHIBIT A-2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY, <br><br> Defendants. | No. 1:19-cv-01031-MSN-TCB (E.D. Va.) |

**PROOF OF CLAIM AND RELEASE**

**I.    GENERAL INSTRUCTIONS**

1.    To recover as a member of the Settlement Class based on your claims in the action entitled *Plymouth County Retirement System and Oklahoma Police Pension and Retirement System, et al. v. Evolent Health, Inc., et al.,* Case No. 1:19-cv-01031-MSN-TCB (E.D. Va.) (the "Action"), you must complete and, on page 5 below, sign this Proof of Claim and Release form ("Claim Form"). If you fail to submit a timely and properly addressed (as explained in paragraph 3 of this section) Claim Form, your claim may be rejected, and you may not receive any recovery from the Net Settlement Fund created in connection with the proposed Settlement.

2.    Submission of this Claim Form, however, does not ensure that you will share in the proceeds of the Settlement of the Action.

3.    **THIS CLAIM FORM MUST BE SUBMITTED ONLINE AT WWW.EVOLENTSECURITIESLITIGATION.COM NO LATER THAN XXXXXXX, OR, IF MAILED, BE POSTMARKED NO LATER THAN XXXXXXXX, ADDRESSED AS FOLLOWS**:

Evolent Securities Litigation
c/o A.B. Data, Ltd.
P.O. Box 173032
Milwaukee, WI 53217
www.EvolentSecuritiesLitigation.com

4.    If you are a member of the Settlement Class, you are bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A CLAIM FORM OR RECEIVE A PAYMENT.

**II.    CLAIMANT IDENTIFICATION**

1.    If you purchased or otherwise acquired publicly-traded common stock of Evolent Health, Inc. ("Evolent"), between January 10, 2018 and May 28, 2019, inclusive (the "Settlement Class Period"), and were damaged thereby, and held the common stock in your name, you are the beneficial owner as well as the record owner. If, however, you purchased or otherwise acquired publicly-traded Evolent common stock during the Class Period through a third party, such as a brokerage firm, you are the beneficial owner, and the third party is the record owner.

2.    Use **Part I** of this form entitled "Claimant Information" to identify each beneficial owner of publicly-traded Evolent common stock that forms the basis of this claim, as well as the owner of record if different. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNERS OR THE LEGAL REPRESENTATIVE OF SUCH OWNERS.

3.      All joint owners must sign this claim. Executors, administrators, guardians, conservators, and trustees must complete and sign this claim on behalf of persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or Taxpayer Identification) Number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## III. IDENTIFICATION OF TRANSACTIONS

1.      Use **Part II** of this form entitled "Schedule of Transactions in publicly-traded Evolent Common Stock" to supply all required details of your transaction(s) in publicly-traded Evolent common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.      On the schedules, provide all of the requested information with respect to your holdings, purchases, acquisitions, and sales of publicly-traded Evolent common stock, whether the transactions resulted in a profit or a loss. Failure to report all such transactions may result in the rejection of your claim.

3.      The date of covering a "short sale" is deemed to be the date of purchase or acquisition of the publicly-traded Evolent common stock. The date of a "short sale" is deemed to be the date of sale of the publicly-traded Evolent common stock.

4.      Copies of broker confirmations or other documentation of your transactions must be attached to your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim. **THE PARTIES DO NOT HAVE INFORMATION ABOUT YOUR TRANSACTIONS IN PUBLICLY-TRADED EVOLENT COMMON STOCK.**

5.      NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. All claimants with large numbers of transactions, utilizing the electronic filing format, MUST submit a manually signed paper Claim Form whether or not they also submit electronic copies. If you wish to file your claim electronically, you must contact the Claims Administrator at (877) 354-3840 to obtain the required file layout. No electronic files will be considered to have been properly submitted unless the Claims Administrator issues to the claimant a written acknowledgment of receipt and acceptance of electronically submitted data.

**PART I: <u>CLAIMANT INFORMATION</u>**

The Claims Administrator will use this information for all communications regarding this Claim Form. If this information changes, you MUST notify the Claims Administrator in writing at the address above. Complete names of all persons and entities must be provided.

Beneficial Owner's Name:

Co-Beneficial Owner's Name:

Entity Name (if Claimant is not an individual):

Representative or Custodian Name (if different from Benefical Owner(s) listed above):

Address 1 (street name and number):

Address 2 (apartment, unit, or box number):

City                                State        Zip Code/Province Code                Country

Social Security Number or Taxpayer Identification Number:

Telephone Number (day):            Telephone Number (evening):

Email Address:

Account Number (if filing for multiple accounts, file a separate Claim Form for each account):

Claimant Account Type (check appropriate box):
Individual (includes joint owner accounts) ☐        Pension Plan ☐
Corporation ☐        Estate ☐
IRA/401k ☐        Trust ☐

Other_____ (please specify)

QUESTIONS? CALL (877) 354-3840 OR VISIT <u>WWW.EVOLENTSECURITIESLITIGATION.COM</u>   PAGE 3 OF 6

**PART II: <u>SCHEDULE OF TRANSACTIONS IN PUBLICLY-TRADED EVOLENT COMMON STOCK</u>**

| 1. **HOLDINGS AS OF JANUARY 10, 2018**– State the total number of Publicly-Traded Evolent Common Stock held as of the opening of trading on January 10, 2018. (Must be documented.) If none, write "zero" or "0." | Confirm Proof of Position Enclosed ○ |
|---|---|

**2. PURCHASES/ACQUISITIONS DURING THE CLASS PERIOD** – Separately list each and every purchase/acquisition of publicly-traded Evolent common stock from after the opening of trading on January 10, 2018 and May 28, 2019. (Must be documented.)

| Date of Purchase (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Purchase Price Per Share | Total Purchase Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |

**3. PURCHASES/ACQUISITIONS DURING 90-DAY LOOKBACK PERIOD** – State the total number of shares of publicly-traded Evolent common stock purchased/acquired between May 29, 2019, and August 26, 2019, inclusive. (Must be documented.)

**4. SALES DURING THE CLASS PERIOD AND DURING THE 90-DAY LOOKBACK PERIOD** – Separately list each sale/disposition of publicly-traded Evolent common stock from after the opening of trading on January 10, 2018, through and including the close of trading on August 26, 2019. (Must be documented.)

| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) |
|---|---|---|---|
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |
| /      / | | $ | $ |

**5. END HOLDINGS –** State the total number of shares of publicly-traded Evolent common stock held as of the close of trading on August 26, 2019. If none, write "zero" or "0." (Must be documented.)

## IV.  SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

By signing and submitting this Claim Form, the claimant(s), or the person(s) acting on behalf of the claimant(s) certify(ies) that: I (We) submit this Claim Form under the terms of the Plan of Allocation of the Net Settlement Fund described in the accompanying Notice or any other Plan of Allocation approved by the Court. I (We) also submit to the jurisdiction of the United States District Court for the Eastern District of Virginia (the "Court") with respect to my (our) claim(s) as a Settlement Class Member(s) and for purposes of enforcing the releases set forth herein. I (We) further acknowledge that I (we) will be bound by the terms of any judgment entered in connection with the Settlement in the Action, including the releases set forth therein. I (We) agree to furnish additional information to the Claims Administrator to support this claim, such as additional documentation for transactions in eligible publicly-traded Evolent common stock, if required to do so. I (We) have not submitted any other claim covering the same transactions in publicly-traded Evolent common stock during the Class Period and know of no other person having done so on my (our) behalf.

## V. RELEASES, WARRANTIES, AND CERTIFICATION

1.    I (We) hereby warrant and represent that I am (we are) a Settlement Class Member(s) as defined in the Notice, that I am (we are) not excluded from the Settlement Class, and that I am (we are) not one of the "Defendant Releasees" as defined in the accompanying Notice.

2.    As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever compromise, settle, release, resolve, relinquish, waive, and discharge with prejudice the Released Plaintiffs' Claims as to each and all of the Defendant Releasees (as these terms are defined in the accompanying Notice). This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions, and sales of publicly-traded Evolent common stock that occurred during the Settlement Class Period and the number of shares held by me (us), to the extent requested.

5.    I (We) certify that I am (we are) NOT subject to backup tax withholding. (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)

I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, in _____, _____.
                                      (Month / Year)                        (City)                    (State/Country)

_____          _____
Signature of Claimant                                              Signature of Joint Claimant, if any

_____          _____
Print Name of Claimant                                          Print Name of Joint Claimant, if any

_____
(Capacity of person(s) signing, *e.g.*, Beneficial Purchaser, Executor, or Administrator)

ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.

**REMINDER CHECKLIST:**

1.  Please sign this Claim Form.

2.  DO NOT HIGHLIGHT THE CLAIM FORM OR YOUR SUPPORTING DOCUMENTATION.

3.  Attach only copies of supporting documentation as these documents will not be returned to you.

4.  Keep a copy of your Claim Form for your records.

5.  If you move after submitting this Claim Form, please notify the Claims Administrator of the change in your address; otherwise, you may not receive additional notices or payment.