UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | Case No. 1:19-cv-01031-MSN-WEF |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, PLAN OF ALLOCATION AND REQUEST FOR ATTORNEYS' FEES AND EXPENSES**

Pursuant to Federal Rule of Civil Procedure 23, the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4) ("PSLRA"), and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated August 9, 2022 (ECF No. 247), Lead Plaintiffs Plymouth County Retirement Association and Oklahoma Police Pension and Retirement System, on behalf of themselves and the proposed Settlement Class, respectfully move this Court for entry of an order granting final approval of the Settlement and the Plan of Allocation, and awarding attorneys' fees and reimbursement of Litigation Expenses.  The specific terms of the Settlement are set forth in the Stipulation and Agreement of Settlement (the "Stipulation" or "Settlement

1

Agreement"), which was previously filed with the Court (ECF No. 245).[1]

This Motion is supported by the accompanying Memorandum of Law, the Declaration of Lester R. Hooker in Support of Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation and Request for Attorneys' Fees and Expenses and the exhibits thereto, the record and proceedings in this Action, and such other matters as the Court may consider at the time of the hearing.

For the Court's convenience, a proposed order(s) granting the requested relief will be submitted with Lead Plaintiffs' reply submission on or before November 10, 2022.

Dated: October 14, 2022

Respectfully submitted,

/s/ Steven J. Toll
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
Daniel S. Sommers (*pro hac vice*)
dsommers@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White III (*pro hac vice*)
Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
Fax: (561) 394-3382

---

[1] Unless otherwise defined herein, all capitalized terms shall have the same meanings ascribed to them in the Stipulation.

      msaxena@saxenawhite.com
      jwhite@saxenawhite.com
      lhooker@saxenawhite.com

      Steven B. Singer (*pro hac vice*)
      Sara DiLeo (*pro hac vice*)
      Joshua H. Saltzman (*pro hac vice*)
      Alec T. Coquin (*pro hac vice*)
      10 Bank Street, 8th Floor
      White Plains, NY 10606
      Tel: (914) 437-8551
      Fax: (888) 631-3611
      ssinger@saxenawhite.com
      sdileo@saxenawhite.com
      jsaltzman@saxenawhite.com
      acoquin@saxenawhite.com

      *Lead Counsel for Lead Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2022, I caused the foregoing to be electronically filed with the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

/s/ *Steven J. Toll*
Steven J. Toll
Va. Bar No. 15300
stoll@cohenmilstein.com
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, Suite 500
Washington, D.C. 20005
Tel: (202) 408-4600
Fax: (202) 408-4699

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*