# EXHIBIT E

**EXHIBIT E**

*Plymouth County Retirement System, et al. v. Evolent Health, Inc., et al.*
Case No. 1:19-cv-01031-MSN-WEF (E.D. Va.)

**SCHEDULE OF LODESTAR AND EXPENSES FOR ALL PLAINTIFFS' COUNSEL**

| EXHIBIT | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| F | Saxena White P.A. | 20,111.50 | $10,778,315.00 | $915,946.61 |
| G | Cohen Milstein Sellers & Toll PLLC | 289.75 | $258,318.75 | $2,592.84 |
| | **TOTAL:** | **20,401.25** | **$11,036,633.75** | **$918,539.45** |