# MOTION HEARING

| | |
|---|---|
| Date:  11/18/2022 | Judge:  Nachmanoff |
| | Reporter: Diane Salters |
| Start:  10:04 am | Deputy Clerk:  Lynnelle Creek |
| Finish:  10:13 am | |

Civil Action Number:  **1:19-cv-1031**

**Plymouth County Retirement System, et al**

vs.

**Evolent Health, Inc., et al**

Appearance of Counsel for (✓) Pltf -Lester Hooker/Steven Toll (✓) Deft-Ashley Parrish/Robert Veith

Motion for Settlement (Dkt.250)

---

Argued &
(✓) Granted   (  ) Denied   (  ) Granted in part/Denied in part
(  ) Taken Under Advisement     (  ) Continued to

---

(  ) Report and Recommendation to Follow
(✓) Order to Follow