UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | Case No. 1:19-cv-01031-MSN-WEF |

**LEAD PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF DISTRIBUTION OF NET SETTLEMENT FUND**

In accordance with this Court's Final Judgment and Order of Dismissal (ECF No. 256), Order Approving Plan of Allocation (ECF No. 258), and the Settlement Agreement, Lead Plaintiffs Plymouth County Retirement Association and Oklahoma Police Pension and Retirement System (together "Lead Plaintiffs" or "Plaintiffs"),[1] by and through their undersigned counsel, hereby move this Court for entry of a Class Distribution Order: (i) approving the Court-appointed Claims

---

[1] All capitalized terms not defined herein shall have the same definitions as in the Stipulation and Agreement of Settlement (the "Stipulation" or "Settlement Agreement") filed with the Court on August 2, 2022 (ECF No. 245) and approved on November 18, 2022 (*see* ECF No. 256), and in the Declaration of Eric Nordskog in Support of Lead Plaintiffs' Motion for Approval of Distribution of Net Settlement Fund ("Nordskog Declaration" or "Claims Administrator's Declaration") filed herewith.

Administrator A.B. Data, Ltd.'s ("A.B. Data") administrative determinations concerning the acceptance and rejection of Claims submitted in connection with the Settlement of the Action; (ii) directing distribution of the Net Settlement Fund to Authorized Claimants; (iii) approving payment of A.B. Data's fees and expenses estimated to conduct the distribution of the Settlement; (iv) authorizing the destruction of Claim Forms and supporting documents at an appropriate time; (v) releasing claims related to the administration process; and (vi) granting such other and further relief as this Court deems appropriate.

This Motion is supported by the accompanying Memorandum of Law, the Nordskog Declaration and the exhibits thereto, the record and proceedings in this Action, and such other matters the Court may consider. There are no disputed Claims by any Settlement Class Member requiring Court review.

Pursuant to Local Civil Rule 7, Lead Counsel has conferred with Defendants' Counsel and certifies that Defendants do not oppose the Motion. Lead Plaintiffs respectfully submit this Motion on the papers without oral argument. For the Court's convenience, a proposed Class Distribution Order is submitted herewith.

Dated: June 23, 2023                        Respectfully submitted,

                                            /s/ Steven J. Toll
                                            Steven J. Toll
                                            Va. Bar No. 15300
                                            stoll@cohenmilstein.com
                                            Daniel S. Sommers (*pro hac vice*)
                                            dsommers@cohenmilstein.com
                                            **COHEN MILSTEIN SELLERS
                                            & TOLL PLLC**
                                            1100 New York Avenue, Suite 500
                                            Washington, D.C. 20005
                                            Tel: (202) 408-4600
                                            Fax: (202) 408-4699

2

*Liaison Counsel for Lead Plaintiffs and the Settlement Class*

**SAXENA WHITE P.A.**
Maya Saxena (*pro hac vice*)
Joseph E. White III (*pro hac vice*)
Lester R. Hooker (*pro hac vice*)
7777 Glades Road, Suite 300
Boca Raton, FL 33434
Tel: (561) 394-3399
Fax: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

Steven B. Singer (*pro hac vice*)
Sara DiLeo (*pro hac vice*)
Joshua H. Saltzman (*pro hac vice*)
10 Bank Street, 8th Floor
White Plains, NY 10606
Tel: (914) 437-8551
Fax: (888) 631-3611
ssinger@saxenawhite.com
sdileo@saxenawhite.com
jsaltzman@saxenawhite.com

*Lead Counsel for Lead Plaintiffs and the Settlement Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 23, 2023, I caused the foregoing to be electronically filed with

the Clerk of Court via CM/ECF, which will send a notice of electronic filing to all registered users.

> /s/ Steven J. Toll
> Steven J. Toll
> Va. Bar No. 15300
> stoll@cohenmilstein.com
> **COHEN MILSTEIN SELLERS & TOLL PLLC**
> 1100 New York Avenue, Suite 500
> Washington, D.C. 20005
> Tel: (202) 408-4600
> Fax: (202) 408-4699
>
> *Liaison Counsel for Lead Plaintiffs and the*
> *Settlement Class*