UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PLYMOUTH COUNTY RETIREMENT SYSTEM and OKLAHOMA POLICE PENSION AND RETIREMENT SYSTEM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>EVOLENT HEALTH, INC., FRANK WILLIAMS, NICHOLAS MCGRANE, and SETH BLACKLEY,<br><br>Defendants. | Case No. 1:19-cv-01031-MSN-WEF |

**[PROPOSED] ORDER APPROVING
DISTRIBUTION OF NET SETTLEMENT FUND**

WHEREAS, in the above-captioned action (the "Action"), the Court-approved Claims Administrator A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator") has completed the administration of the Settlement Fund, including the processing of all submitted Claim Forms, and is now prepared, with the approval of the Court, to distribute the net proceeds of the Settlement;

WHEREAS, on November 18, 2022, the Court granted Lead Plaintiffs' Motion for Final Approval of Class Action Settlement, Plan of Allocation and Request for Attorneys' Fees and Expenses. The same day, the Court entered (i) a Final Judgment and Order of Dismissal (ECF No. 256) and (ii) Order Approving Plan of Allocation (ECF No. 258) and retained jurisdiction over the Action, including the administration and distribution of the Settlement Fund;

WHEREAS, pursuant to the Order Preliminarily Approving Settlement and Providing for Notice entered on August 9, 2022 (ECF No. 247), the deadline for Settlement Class Members to submit claims to participate in a distribution from the Net Settlement Fund was December 16, 2022;

WHEREAS, as reflected in the Declaration of Eric Nordskog in Support of Lead Plaintiffs' Motion for Approval of Distribution of Net Settlement Fund ("Nordskog Declaration"), the Claims Administrator has completed the process of reviewing all submitted Claims, and has made a recommendation as to the eligibility of each submitted Claim;

WHEREAS, Lead Plaintiffs and the Claims Administrator now seek authorization to distribute the Net Settlement Fund to Authorized Claimants; and

WHEREAS, after reviewing Lead Plaintiffs' Unopposed Motion for Approval of Distribution of Net Settlement Fund, the Memorandum of Law in support thereof, the Nordskog Declaration, and all other exhibits and papers submitted in support thereof, the Court has determined that good cause exists for the relief requested.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. This Order incorporates by reference the definitions in the Stipulation and Agreement of Settlement, dated and filed on August 2, 2022 (the "Stipulation" or "Settlement Agreement," ECF No. 245), and in the Nordskog Declaration, and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation or in the Nordskog Declaration, unless otherwise noted.

2. This Court has continuing jurisdiction over the subject matter of the Action and over all parties to the Action, including all Settlement Class Members.

3. The claims set forth in Exhibit D ("Valid and Timely Claims") and Exhibit E ("Late but Otherwise Eligible Claims") to the Nordskog Declaration are APPROVED, and the distribution of the Net Settlement Fund to the Authorized Claimants is AUTHORIZED.

4. Wholly ineligible or otherwise deficient claims ("Rejected Claims"), as set forth in Exhibit F to the Nordskog Declaration, are REJECTED.

5. The distribution of the Net Settlement Fund to Authorized Claimants is hereby AUTHORIZED and shall be conducted in accordance with the Settlement Agreement, the Court-approved Plan of Allocation, and the Distribution Plan for payment of the Net Settlement Fund set forth in the Nordskog Declaration, which is hereby APPROVED.

6. No Claims received or adjusted after May 12, 2023, will be eligible for payment for any reason.

7. At such time as Lead Counsel, in consultation with A.B. Data, determines that further redistribution of the funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance of the Net Settlement Fund, after payment of any unpaid notice and administration costs, taxes, the costs of preparing appropriate tax returns, and any escrow fees, shall be contributed to the Investor Protection Trust, a non-sectarian, not-for-profit organization.

8. A.B. Data shall be paid the estimate of its fees and expenses in connection with the services to be performed in conducting the Initial Distribution in the total amount of $37,306.50. If the incurred fees and expenses are lower than the estimate, A.B. Data shall promptly reimburse the Net Settlement Fund.

9. A.B. Data is authorized to destroy the paper copies and electronic copies of the Proof of Claim forms, and all related paper documents, one (1) year after the distribution of the Net Settlement Fund is complete.

10.     All persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Claims submitted in connection with the Settlement, or who are otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund, are hereby released and discharged from all claims arising out of that involvement, and all Settlement Class Members and other Claimants, whether or not they receive payment from the Net Settlement Fund, are hereby barred from making any further claims against the Net Settlement Fund, Lead Plaintiffs, Lead Counsel, the Claims Administrator, the Escrow Agent, or any other agent retained by Lead Plaintiffs or Lead Counsel in connection with the administration or taxation of the Settlement Fund or Net Settlement Fund, or any other person released under the Settlement beyond the amounts allocated to Authorized Claimants.

11.     This Court retains jurisdiction to consider any further applications concerning the administration of the Settlement, and such other and further relief as this Court deems appropriate.


SO ORDERED this _____ day of _____, 2023


_____
Hon. Michael S. Nachmanoff
United States District Judge